UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>             v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>                              Defendants. | No. 1:19-cv-09767-AKH-GWG |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>             v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>                              Defendants. | No. 1:19-cv-09795-AKH-GWG |

**[caption continued on next page]**

**NOTICE OF MOTION OF GATEWAY SECURITIES LLC FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| LAILA MANSUR, Individually And On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>       vs.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY VICTOR BOZZO and EDWARD O'DONNELL<br><br>             Defendants. | No. 1:19-cv-09849-AKH-GWG |
| JOHN VARGO, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>       v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER and EDWARD O'DONNELL,<br><br>             Defendants. | No. 1:19-cv-09936-AKH-GWG |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that at such date and time as determined by this Court, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Lead Plaintiff Movant Gateway Securities LLC ("Gateway"), by and through its counsel, will move this Court pursuant to Federal Rule of Civil Procedure 42(a) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*. (the "PSLRA") for an Order: (1) consolidating the above-captioned related actions; (2) appointing Gateway as Lead Plaintiff in the consolidated actions; (3) approving Gateway's selection of Wolf Popper LLP as Lead Counsel; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

2

In support of this Motion, Gateway submits the accompanying Memorandum of Law, the

Declaration of Joshua W. Ruthizer, and supporting exhibits.

DATED: December 23, 2019
        New York, New York

**WOLF POPPER LLP**

*/s/ Joshua W. Ruthizer*
Joshua W. Ruthizer
Robert C. Finkel
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600
jruthizer@wolfpopper.com
rfinkel@wolfpopper.com

*Attorneys for Gateway Securities LLC and*
*Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2019, I caused the foregoing document to be served upon

all counsel of record in this action by filing the document with the Court's CM/ECF system.

*/s/ Joshua W. Ruthizer*
Joshua W. Ruthizer