**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN O'BRIEN, Individually and on Behalf of and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>          Defendants. | Civil Action No.: 1:19-cv-09767-AKH<br><br>CLASS ACTION<br><br>Hon. Alvin K. Hellerstein |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY<br><br>          Defendants. | Civil Action No.: 1:19-cv-09795-AKH<br><br>CLASS ACTION<br><br>Hon. Alvin K. Hellerstein |
| LAILA MANSUR, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY VICTOR BOZZO and EDWARD O'DONNELL,<br><br>          Defendants. | Civil Action No.: 1:19-cv-09849-AKH<br><br>CLASS ACTION<br><br>Hon. Alvin K. Hellerstein |

| | |
|---|---|
| JOHN VARGO, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.: 1:19-cv-09936-AKH |
| Plaintiff, | CLASS ACTION |
| v. | Hon. Alvin K. Hellerstein |
| PARETEUM CORPORATION, ROBERT H. TURNER and EDWARD O'DONNELL, | |
| Defendants. | |

**NOTICE OF MOTION OF FREDERICK RUEHR FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Eastern District of New York, Movant Frederick Ruehr ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of Pareteum Corporation ("Pareteum" or the "Company") from December 14, 2017 through October 21, 2019, inclusive;; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Gregory M. Nespole filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the above-captioned related actions; (2) appoint Movant as Lead Plaintiff on behalf of all similarly situated Pareteum investors; (3) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: December 23, 2019                                Respectfully Submitted,

                                                        **LEVI & KORSINSKY, LLP**

                                                        By: /s/ *Gregory M. Nespole*
                                                        Gregory M. Nespole (GN-6820)
                                                        55 Broadway, 10th Floor
                                                        New York, NY 10006
                                                        Tel: (212) 363-7500
                                                        Fax: (212) 363-7171
                                                        Email: gnespole@zlk.com

                                                        *Lead Counsel for Movant and [Proposed]*
                                                        *Lead Counsel for the Class*

3