# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>Defendants. | CASE NO. 1:19-cv-09767-AKH-GWG |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>Defendants. | CASE NO. 1:19-cv-09795-AKH-GWG |
| LAILA MANSUR, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY VICTOR BOZZO and EDWARD O'DONNELL<br><br>Defendants | CASE NO. 1:19-cv-09849-AKH-GWG |

|  |  |  |
|---|---|---|
| **JOHN VARGO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 1:19-cv-09936-AKH-GWG** |

**NOTICE OF THE PARETEUM SHAREHOLDER INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT THE PARETEUM SHAREHOLDER INVESTOR GROUP AS LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Pareteum Shareholder Investor Group ("PSIG" or "Movant")[1], by and through their undersigned counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) consolidating related actions; (2) appointing Movant as Lead Plaintiff in this action; and (3) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the litigation.

In support of this Motion, Movant submits a Memorandum in Support, Declaration, and Exhibits thereto, and a [Proposed] Order granting Movant's Motion.  As set forth in the

---

[1]     The Pareteum Shareholder Investor Group is comprised of five individual business professionals and investors, namely Messrs. Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr., who each invested in publicly-traded securities of Pareteum Corporation, and who have known one another prior to the commencement of this litigation.

Memorandum in Support filed concurrently herewith, consolidation of the above-captioned actions is appropriate, the procedural requirements of the PSLRA have been satisfied, and the PSIG is the presumptive most adequate plaintiff and further satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. As such, Movant respectfully requests this Court to appoint the Pareteum Shareholder Investor Group as Lead Plaintiff in this action and approve its selection of KSF as Lead Counsel for the Class.

DATED: December 23, 2019                          Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Melinda A. Nicholson*
Lewis S. Kahn
Melinda A. Nicholson (MN-6251)
Michael J. Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Melinda.Nicholson@ksfcounsel.com
Email: Lewis.Kahn@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com

-and-

J. Ryan Lopatka
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: J.Lopatka@ksfcounsel.com

*Counsel for Movant Pareteum*
*Shareholder Investor Group and*
*Proposed Lead Counsel for the Class*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

<u>*/s/ Melinda A. Nicholson*</u>
Melinda A. Nicholson