**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, <br><br> Defendants. | CASE NO. 1:19-cv-09767-AKH-GWG |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, <br><br> Defendants. | CASE NO. 1:19-cv-09795-AKH-GWG |
| LAILA MANSUR, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY VICTOR BOZZO and EDWARD O'DONNELL <br><br> Defendants | CASE NO. 1:19-cv-09849-AKH-GWG |

|  |  |
|---|---|
| JOHN VARGO, individually and on behalf of all others similarly situated,<br><br>                    **Plaintiff,**<br><br>     **vs.**<br><br><br>**PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,**<br><br>                   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>**CASE NO. 1:19-cv-09936-AKH-GWG** |

**DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF THE PARETEUM SHAREHOLDER INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT THE PARETEUM SHAREHOLDER INVESTOR GROUP AS LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF <u>COUNSEL</u>**

I, Melinda A. Nicholson, hereby declare as follows:

1.      I am a member in good standing of the New York and Louisiana Bars.  I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, the Pareteum Shareholder Investor Group (the "PSIG" or "Movant").[1] I submit this Declaration in support of Movant's Motion to: (1) consolidate related actions; (2) appoint Movant as Lead Plaintiff; and (2) approve Proposed Lead Plaintiff's choice of Lead Counsel for the Class.

2.      Attached hereto as Exhibits are true and correct copies of the following:

Exhibit 1:      Joint Declaration of the PSIG.

Exhibit 2:      Certification of Kevin Ivkovich along with a detailed listing of his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

---

[1]      The Pareteum Shareholder Investor Group is comprised of five individual business professionals and investors, namely Messrs. Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr., who each invested in publicly-traded securities of Pareteum Corporation, and who have known one another prior to the commencement of this litigation.

2

Exhibit 3:      Loss Chart of Kevin Ivkovich reflecting his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 4:      Certification of Stephen Jones along with a detailed listing of his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 5:      Loss Chart of Stephen Jones reflecting his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 6:      Certification of Keith Moore along with a detailed listing of his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 7:      Loss Chart of Keith Moore reflecting his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 8:      Certification of Nicholas Steffey along with a detailed listing of his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 9:      Loss Chart of Nicholas Steffey reflecting his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 10:     Certification of Robert E. Whitley, Jr. along with a detailed listing of his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 11:     Loss Chart of Robert E. Whitley, Jr. reflecting his transactions in Pareteum Corporation securities from December 14, 2017 to October 21, 2019, inclusive.

Exhibit 12:     Published Notices on *Business Wire* on October 22, 2019 of the first securities class action complaints filed in the United States District Court for Eastern District of New York and the Southern District of New York.

Exhibit 13:     Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

3

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 23rd day of December, 2019, at New Orleans, Louisiana.

/s/ Melinda A. Nicholson
Melinda A. Nicholson

4