# EXHIBIT 3

**Pareteum Securities Litigation**
**Loss Chart for Kevin Ivkovich**

| | | |
|---|---|---|
| **Class Period Begins:** | 12/14/2017 | |
| **Class Period Ends:** | 10/21/2019 | |
| **90-Day Lookback Ends:** | 1/19/2020 | **NOT YET EXPIRED** |

| **Mean Trading Price (at 12/20/2019):** | **0.408139535** |
|---|---|

| **Partial Disclosures:** | 6/7/2019 |
|---|---|
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

**LOSS CHART:  ACCOUNT NO. 1**

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2017 | BOUGHT | 5,000 | 1.39 | $ (6,950.00) | | | | | | |
| 12/22/2017 | BOUGHT | 6,000 | 1.115 | $ (6,690.00) | | | | | | |
| 5/21/2018 | BOUGHT | 5,000 | 2.39 | $ (11,950.00) | | | | | | |
| 8/14/2018 | BOUGHT | 3,000 | 2.5184 | $ (7,555.20) | | | | | | |
| 10/8/2018 | BOUGHT | 4,000 | 2.5595 | $ (10,238.00) | | | | | | |
| 10/26/2018 | BOUGHT | 4,500 | 2.22 | $ (9,990.00) | | | | | | |
| 11/20/2018 | BOUGHT | 900 | 1.7686 | $ (1,591.74) | | | | | | |
| 11/20/2018 | BOUGHT | 5,100 | 1.77 | $ (9,027.00) | | | | | | |
| 12/6/2018 | BOUGHT | 600 | 1.66 | $ (996.00) | | | | | | |
| 12/6/2018 | BOUGHT | 1,995 | 1.6799 | $ (3,351.40) | | | | | | |
| 12/6/2018 | BOUGHT | 3,905 | 1.68 | $ (6,560.40) | | | | | | |
| 6/7/2019 | BOUGHT | 100 | 2.59 | $ (259.00) | | | | | | |
| 6/7/2019 | BOUGHT | 40,000 | 2.535 | $ (101,400.00) | | | | | | |
| 6/7/2019 | BOUGHT | 39,900 | 2.6 | $ (103,740.00) | | | | | | |
| | | | | | 6/7/2019 | SOLD | (63,125) | 3.05 | $ 192,531.25 | |
| | | | | | 6/7/2019 | SOLD | (12,232) | 3.06 | $ 37,429.92 | |
| | | | | | 6/7/2019 | SOLD | (9,203) | 3.07 | $ 28,253.21 | |
| | | | | | 6/7/2019 | SOLD | (3,400) | 3.075 | $ 10,455.00 | |
| | | | | | 10/21/2019 | SOLD | (172) | 0.425 | $ 73.10 | |
| | | | | | 10/21/2019 | SOLD | (4,332) | 0.409 | $ 1,771.79 | |
| | | | | | 10/21/2019 | SOLD | (2,668) | 0.417 | $ 1,112.56 | |
| | | | | | 10/21/2019 | SOLD | (2,228) | 0.43 | $ 958.04 | |
| | | | | | 10/21/2019 | SOLD | (600) | 0.41 | $ 246.00 | |
| | | | | | | HELD* | (22,040) | 0.408139535 | $ 8,995.40 | $ 1,527.52 |
| 6/24/2019 | BOUGHT | 3,027 | 2.3748 | $ (7,188.52) | | | | | | |
| 6/24/2019 | BOUGHT | 3,973 | 2.375 | $ (9,435.88) | | | | | | |
| | | | | | 10/21/2019 | SOLD | (1,172) | 0.41 | $ 480.52 | |
| | | | | | 10/21/2019 | SOLD | (5,828) | 0.425 | $ 2,476.90 | $ (13,666.97) |
| 8/9/2019 | BOUGHT | 3,000 | 2.799 | $ (8,397.00) | | | | | | |
| | | | | | 8/9/2019 | SOLD | (3,000) | 2.9601 | $ 8,880.30 | $ 483.30 |
| 8/26/2019 | BOUGHT | 3,500 | 2.27 | $ (7,945.00) | | | | | | |
| 9/4/2019 | BOUGHT | 3,500 | 1.79 | $ (6,265.00) | | | | | | |
| | | | | | 10/21/2019 | SOLD | (400) | 0.425 | $ 170.00 | |
| | | | | | 10/21/2019 | SOLD | (6,600) | 0.41 | $ 2,706.00 | $ (11,334.00) |
| 9/24/2019 | BOUGHT | 4,000 | 1.1438 | $ (4,575.20) | | | | | | |
| | | | | | 9/25/2019 | SOLD | (4,000) | 1.15 | $ 4,600.00 | $ 24.80 |
| 10/1/2019 | BOUGHT | 100 | 1.215 | $ (121.50) | | | | | | |
| 10/10/2019 | BOUGHT | 3,700 | 1.22 | $ (4,514.00) | | | | | | |
| 10/17/2019 | BOUGHT | 3,300 | 0.9096 | $ (3,001.68) | | | | | | |
| | | | | | 10/21/2019 | SOLD | (7,100) | 0.425 | $ 3,017.50 | $ (4,619.68) |
| **Total Purchased (This Account):** | | **148,100** | | **(331,743)** | **Total Sold (This Account):** | | **(126,060)** | | **304,157** | **$ (27,585.04)** **Total Gain or (Loss) on This Account** |
| | | | | | **Retained Shares (This Account):** | | **22,040** | | | |

*continued on next page*

**LOSS CHART:  ACCOUNT NO. 2**

| DATE: | TRANSACTION: | QUANTITY: | COST BASIS: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2017 | REVERSE SPLIT** | 1,633 | $ 15.14 | $ (24,729.66) | | | | | | |
| | | | | | 10/21/2019 | SOLD | (1,633) | 0.43 | $ 702.19 | $ (24,027.47) |
| | **Total Obtained (This Account):** | **1,633** | | | | **Total Sold (This Account):** | **(1,633)** | | $ | **(24,027.47)** Total Gain or (Loss) on This Account: |
| | | | | | | **Retained Shares (This Account):** | **-** | | $ | *(24,027.47) Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | $ | - **Yields: Net Gain or (Loss) On This Account** |

HELD* = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.

REVERSE SPLIT** = On February 27, 2017, TEUM stock underwent a 25/1 reverse stock split, at which time Mr. Ivkovich's interest in the company was converted to 1,633 shares with a total cost basis of $24,729.66.  This figure is included here solely to provide a LIFO match against a class period sale of 1,633 shares which took place on 10/21/2019.

| SUMMARY: | | |
|---|---|---|
| *Recoverable Losses on Common Stock:* | | |
| Account No. 1: | $ | (27,585.04) |
| Account No. 2: | $ | - |
| **GRAND TOTAL:** | $ | (27,585.04) |