# EXHIBIT 5

**Pareteum Securities Litigation**
**Loss Chart for Stephen Jones**

| | | |
|---|---|---|
| **Class Period Begins:** | 12/14/2017 | |
| **Class Period Ends:** | 10/21/2019 | |
| **90-Day Lookback Ends:** | 1/19/2020 *NOT YET EXPIRED* | |
| **Mean Trading Price (at 12/20/2019):** | 0.408139535 | |

| Partial Disclosures: | 6/7/2019 |
|---|---|
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

### ACCOUNT NO. 1:

| TRADE DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2019 | BOUGHT | 3,050 | $ 4.03 | $ (12,291.50) | | HELD* | (3,050) | $ 0.408 | $ 1,244.83 | $ (11,046.67) | |
| | Total Purchased (This Account): | 3,050 | | $ (12,291.50) | Total Sold (This Account): | | - | | $ 1,244.83 | (11,046.67) | Total Gain or (Loss) on This Account: |
| | | | | | Total Retained (This Account): | | 3,050 | | | $ - | *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | $ (11,046.67) | Yields: Net Gain or (Loss) On This Account |

### ACCOUNT NO. 2:

| SETTLEMENT DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2019 | BOUGHT | 1,850 | $ 4.31 | $ (7,973.50) | | HELD* | (1,850) | $ 0.408 | $ 755.06 | $ (7,218.44) | |
| | Total Purchased (this account): | 1,850 | | | Total Sold (This Account): | | - | | | $ (7,218.44) | Total Gain or (Loss) on This Account: |
| | | | | | Total Retained (This Account): | | 1,850 | | | $ - | *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | $ (7,218.44) | Yields: Net Gain or (Loss) On This Account |

### ACCOUNT NO. 3 & 4:

| TRADE DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2018 | BOUGHT | 10,000 | 2.42 | $ (24,200.00) | | HELD* | (10,000) | 0.4081395 | $ 4,081.40 | $ (20,118.60) |
| 1/9/2018 | BOUGHT | 10,000 | 2.46 | $ (24,600.00) | | HELD* | (10,000) | 0.4081395 | $ 4,081.40 | $ (20,518.60) |
| 1/12/2018 | BOUGHT | 10,000 | 2.41 | $ (24,100.00) | | HELD* | (10,000) | 0.4081395 | $ 4,081.40 | $ (20,018.60) |
| 1/16/2018 | BOUGHT | 10,000 | 2.31 | $ (23,100.00) | | HELD* | (10,000) | 0.4081395 | $ 4,081.40 | $ (19,018.60) |
| 3/14/2018 | BOUGHT | 3,900 | 2.91 | $ (11,349.00) | | HELD* | (3,900) | 0.4081395 | $ 1,591.74 | $ (9,757.26) |
| 4/3/2018 | BOUGHT | 10,000 | 2.16 | $ (21,600.00) | | HELD* | (10,000) | 0.4081395 | $ 4,081.40 | $ (17,518.60) |
| 4/24/2018 | BOUGHT | 5,550 | 2.68 | $ (14,874.00) | | HELD* | (5,550) | 0.4081395 | $ 2,265.17 | $ (12,608.83) |
| 6/6/2018 | BOUGHT | 3,600 | 2.35 | $ (8,460.00) | | HELD* | (3,600) | 0.4081395 | $ 1,469.30 | $ (6,990.70) |
| 6/21/2018 | BOUGHT | 1,000 | 2.45 | $ (2,450.00) | | HELD* | (1,000) | 0.4081395 | $ 408.14 | $ (2,041.86) |
| 6/21/2018 | BOUGHT | 2,400 | 2.45 | $ (5,880.00) | | HELD* | (2,400) | 0.4081395 | $ 979.53 | $ (4,900.47) |
| 6/22/2018 | BOUGHT | 1,500 | 2.575 | $ (3,862.50) | | HELD* | (1,500) | 0.4081395 | $ 612.21 | $ (3,250.29) |
| 6/22/2018 | BOUGHT | 1,000 | 2.5762 | $ (2,576.20) | | HELD* | (1,000) | 0.4081395 | $ 408.14 | $ (2,168.06) |
| 6/22/2018 | BOUGHT | 700 | 2.5762 | $ (1,803.34) | | | | | | |
| 7/17/2018 | BOUGHT | 4,300 | 2.3 | $ (9,890.00) | | | | | | |
| | | | | | 7/25/2018 | SOLD | (5,000) | 2.98 | $ 14,900.00 | $ 3,206.66 |
| 7/30/2018 | BOUGHT | 3,350 | 2.91 | $ (9,748.50) | | HELD* | (3,350) | 0.4081395 | $ 1,367.27 | $ (8,381.23) |
| 7/30/2018 | BOUGHT | 210 | 2.85 | $ (598.50) | | HELD* | (210) | 0.4081395 | $ 85.71 | $ (512.79) |
| 7/30/2018 | BOUGHT | 1,590 | 2.85 | $ (4,531.50) | | | | | | |
| 7/30/2018 | BOUGHT | 3,000 | 2.84 | $ (8,520.00) | | | | | | |
| 8/6/2018 | BOUGHT | 2,159 | 3.0771 | $ (6,643.46) | | | | | | |
| 8/7/2018 | BOUGHT | 3,322 | 2.95 | $ (9,799.90) | | | | | | |
| 8/7/2018 | BOUGHT | 3,485 | 2.83 | $ (9,862.55) | | | | | | |
| 8/13/2018 | BOUGHT | 3,293 | 2.52 | $ (8,298.36) | | | | | | |
| 8/14/2018 | BOUGHT | 3,650 | 2.52 | $ (9,198.00) | | | | | | |
| 9/12/2018 | BOUGHT | 1,200 | 2.707 | $ (3,248.40) | | | | | | |
| 9/12/2018 | BOUGHT | 1,801 | 2.7005 | $ (4,863.60) | | | | | | |
| 9/12/2018 | BOUGHT | 1,800 | 2.701 | $ (4,861.80) | | | | | | |
| | | | | | 2/4/2019 | SOLD | (5,300) | 2.69 | $ 14,257.00 | |
| | | | | | 2/15/2019 | SOLD | (10,000) | 3.69 | $ 36,900.00 | |
| | | | | | 2/15/2019 | SOLD | (10,000) | 3.43 | $ 34,300.00 | $ 15,629.43 |
| 9/12/2018 | BOUGHT | 200 | 2.701 | $ (540.20) | | | | | | |
| 9/12/2018 | BOUGHT | 2,000 | 2.701 | $ (5,402.00) | | | | | | |
| 9/14/2018 | BOUGHT | 2,600 | 2.79 | $ (7,254.00) | | | | | | |
| 9/14/2018 | BOUGHT | 4,400 | 2.81 | $ (12,364.00) | | | | | | |
| 9/14/2018 | BOUGHT | 3,800 | 2.8177 | $ (10,707.26) | | | | | | |
| | | | | | 10/4/2018 | SOLD | (10,000) | 2.78 | $ 27,800.00 | |
| | | | | | 10/11/2018 | SOLD | (2,999) | 2.5501 | $ 7,647.75 | |
| | | | | | 10/11/2018 | SOLD | (1) | 2.57 | $ 2.57 | $ (817.14) |
| 11/29/2018 | BOUGHT | 5,150 | 1.87 | $ (9,630.50) | | | | | | |
| 1/22/2019 | BOUGHT | 4,250 | 2.21 | $ (9,392.50) | | | | | | |
| | | | | | 1/28/2019 | SOLD | (7,200) | 2.52 | $ 18,144.00 | |
| | | | | | 2/4/2019 | SOLD | (2,200) | 2.69 | $ 5,918.00 | $ 5,039.00 |
| 2/19/2019 | BOUGHT | 12,000 | 3.51 | $ (42,120.00) | | | | | | |
| | | | | | 2/19/2019 | SOLD | (276) | 3.71 | $ 1,023.96 | |
| | | | | | 2/20/2019 | SOLD | (11,724) | 3.76 | $ 44,082.24 | $ 2,986.20 |

| Date | Transaction | Quantity | Price | | Total (Cost) | Date | Transaction | Quantity | Price | | Proceeds | | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2019 | BOUGHT | 492 | 3.86 | $ | (1,899.12) | | HELD* | (492) | 0.4081395 | $ | 200.80 | $ | (1,698.32) |
| 2/25/2019 | BOUGHT | 6,998 | 3.9 | $ | (27,292.20) | | HELD* | (6,998) | 0.4081395 | $ | 2,856.16 | $ | (24,436.04) |
| 2/25/2019 | BOUGHT | 3,950 | 3.86 | $ | (15,247.00) | | HELD* | (3,950) | 0.4081395 | $ | 1,612.15 | $ | (13,634.85) |
| 2/25/2019 | BOUGHT | 8,750 | 3.86 | $ | (33,775.00) | | | | | | | | |
| 3/4/2019 | BOUGHT | 10,000 | 3.88 | $ | (38,800.00) | | | | | | | | |
| 3/4/2019 | BOUGHT | 10,000 | 3.82 | $ | (38,200.00) | | | | | | | | |
| 3/4/2019 | BOUGHT | 1,250 | 3.68 | $ | (4,600.00) | | | | | | | | |
| | | | | | | 3/18/2019 | SOLD | (15,000) | 5.31 | $ | 79,650.00 | | |
| | | | | | | 3/18/2019 | SOLD | (15,000) | 5.41 | $ | 81,150.00 | $ | 45,425.00 |
| 3/19/2019 | BOUGHT | 10,000 | 5.52 | $ | (55,200.00) | | HELD* | (10,000) | 0.4081395 | $ | 4,081.40 | $ | (51,118.60) |
| 3/19/2019 | BOUGHT | 3,625 | 5.44 | $ | (19,720.00) | | HELD* | (3,625) | 0.4081395 | $ | 1,479.51 | $ | (18,240.49) |
| 3/19/2019 | BOUGHT | 15,800 | 5.44 | $ | (85,952.00) | | | | | | | | |
| 3/26/2019 | BOUGHT | 4,200 | 4.38 | $ | (18,396.00) | | | | | | | | |
| | | | | | | 7/9/2019 | SOLD | (16,552) | 3.38 | $ | 55,945.76 | | |
| | | | | | | 7/9/2019 | SOLD | (3,248) | 3.385 | $ | 10,994.48 | | |
| | | | | | | 7/9/2019 | SOLD | (200) | 3.3825 | $ | 676.50 | $ | (36,731.26) |
| 7/10/2019 | BOUGHT | 20,425 | 3.28 | $ | (66,994.00) | | HELD* | (20,425) | 0.4081395 | $ | 8,336.25 | $ | (58,657.75) |
| 8/19/2019 | OPTION EXERCISE | 11,300 | 2.5 | $ | (28,250.00) | | HELD* | (11,300) | 0.4081395 | $ | 4,611.98 | $ | (23,638.02) |
| 10/21/2019 | BOUGHT | 6,390 | 0.73 | $ | (4,664.70) | | HELD* | (6,390) | 0.4081395 | $ | 2,608.01 | $ | (2,056.69) |

**Total Purchased (This Account):** 250,390   $ (795,320.09)    **Total Sold (This Account):** (114,700)   $ 488,772.71   $ (306,547.38) **Total Gain or (Loss) on This Account:**

**Total Retained (This Account):** 135,690    $ (817.14) *Less: Losses Preceding Any Corrective Disclosure*

$ (305,730.24) **Yields: Net Gain or (Loss) On This Account**

### OPTIONS GAINS or (LOSSES):

| DATE: | TRANSACTION: | OPTION: | QUANTITY: | PRICE: | TOTAL (COST) or PROCEEDS: |
|---|---|---|---|---|---|
| 6/26/2019 | Buy Open | TEUM AUG 16 '19 $2.50 CALL | 200 | 0.5 | $ (10,000.00) |
| 7/22/2019 | Buy Open | TEUM AUG 16 '19 $2.50 CALL | 51 | 0.9 | $ (4,590.00) |
| 8/14/2019 | Sell To Close | TEUM AUG 16 '19 $2.50 CALL | (138) | 0.4 | $ 5,520.00 |
| 8/19/2019 | Option Exercise | TEUM AUG 16 '19 $2.50 CALL | (113) | 0 | $ - |
| | | | | **Total Expended:** | $ (9,070.00) |

| DATE: | TRANSACTION: | OPTION: | QUANTITY: | PRICE: | TOTAL (COST) or PROCEEDS: |
|---|---|---|---|---|---|
| 7/16/2019 | Buy Open | TEUM OCT 18 '19 $2.50 CALL | 95 | 1.25 | $ (11,875.00) |
| 10/21/2019 | Option Expire | TEUM OCT 18 '19 $2.50 CALL | (95) | 0 | $ - |
| | | | | **Total Expended:** | $ (11,875.00) |

| DATE: | TRANSACTION: | OPTION: | QUANTITY: | PRICE: | TOTAL (COST) or PROCEEDS: |
|---|---|---|---|---|---|
| 7/29/2019 | Buy Open | TEUM OCT 18 '19 $5 CALL | 100 | 0.45 | $ (4,500.00) |
| 7/29/2019 | Buy Open | TEUM OCT 18 '19 $5 CALL | 125 | 0.4 | $ (5,000.00) |
| 10/21/2019 | Option Expire | TEUM OCT 18 '19 $5 CALL | (225) | 0 | $ - |
| | | | | **Total Expended:** | $ (9,500.00) |

**NET OPTIONS EXPENDITURES:** $ (30,445.00)

| SUMMARY: | | |
|---|---|---|
| *Recoverable Losses on Common Stock:* | | |
| Account No. 1: | $ | (11,046.67) |
| Account No. 2: | $ | (7,218.44) |
| Account No. 3: | $ | (305,730.24) |
| *Expenditures on Options:* | $ | (30,445.00) |
| **GRAND TOTAL:** | $ | (354,440.35) |

HELD* = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).