# EXHIBIT 7

**Pareteum Securities Litigation**
**Loss Chart for Keith Moore**

| | | |
|---|---|---|
| **Class Period Begins:** | 12/14/2017 | |
| **Class Period Ends:** | 10/21/2019 | |
| **90-Day Lookback Ends:** | 1/19/2020 | NOT YET EXPIRED |
| **Mean Trading Price (at 12/20/2019):** | 0.408139535 | |

| **Partial Disclosures:** | 6/7/2019 |
|---|---|
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

### LOSS CHART: ACCOUNT NO. 1

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2018 | BOUGHT | 5,000 | $ 2.35 | $ (11,750.00) | | | | | | |
| 1/19/2018 | BOUGHT | 5,000 | $ 2.38 | $ (11,900.00) | | | | | | |
| 2/2/2018 | BOUGHT | 5,000 | $ 1.97 | $ (9,835.50) | | | | | | |
| 3/5/2018 | BOUGHT | 5,000 | $ 2.42 | $ (12,085.00) | | | | | | |
| 3/5/2018 | BOUGHT | 5,000 | $ 2.43 | $ (12,125.50) | | | | | | |
| 3/12/2018 | BOUGHT | 5,000 | $ 2.82 | $ (14,100.00) | | | | | | |
| 4/23/2018 | BOUGHT | 3,505 | $ 2.51 | $ (8,814.72) | | | | | | |
| 4/23/2018 | BOUGHT | 2,095 | $ 2.51 | $ (5,258.45) | | | | | | |
| 4/23/2018 | BOUGHT | 4,400 | $ 2.50 | $ (11,000.00) | | | | | | |
| 5/25/2018 | BOUGHT | 10,000 | $ 2.39 | $ (23,899.00) | | | | | | |
| | | | | | 5/25/2018 | SOLD | (6,310) | $ 2.37 | $ 14,954.70 | |
| | | | | | 5/25/2018 | SOLD | (2,690) | $ 2.38 | $ 6,402.20 | |
| | | | | | 5/25/2018 | SOLD | (200) | $ 2.39 | $ 477.00 | |
| | | | | | 5/25/2018 | SOLD | (800) | $ 2.38 | $ 1,904.00 | |
| | | | | | 6/19/2018 | SOLD | (10,200) | $ 2.60 | $ 26,520.00 | |
| | | | | | 6/19/2018 | SOLD | (2,000) | $ 2.60 | $ 5,200.20 | |
| | | | | | 6/19/2018 | SOLD | (1,000) | $ 2.60 | $ 2,601.00 | |
| | | | | | 6/19/2018 | SOLD | (600) | $ 2.60 | $ 1,560.00 | |
| | | | | | 6/19/2018 | SOLD | (300) | $ 2.60 | $ 780.30 | |
| | | | | | 6/19/2018 | SOLD | (900) | $ 2.61 | $ 2,344.50 | |
| | | | | | 7/2/2018 | SOLD | (4,300) | $ 2.44 | $ 10,496.30 | |
| | | | | | 7/2/2018 | SOLD | (600) | $ 2.45 | $ 1,470.00 | |
| | | | | | 7/2/2018 | SOLD | (100) | $ 2.45 | $ 245.01 | |
| | | | | | 7/9/2018 | SOLD | (2,000) | $ 2.44 | $ 4,880.00 | |
| | | | | | 7/9/2018 | SOLD | (100) | $ 2.44 | $ 244.10 | |
| | | | | | 7/9/2018 | SOLD | (3,300) | $ 2.44 | $ 8,052.33 | |
| | | | | | 7/9/2018 | SOLD | (300) | $ 2.44 | $ 732.00 | |
| | | | | | 7/9/2018 | SOLD | (700) | $ 2.45 | $ 1,711.50 | |
| | | | | | 7/9/2018 | SOLD | (3,600) | $ 2.43 | $ 8,748.00 | |
| | | | | | 7/9/2018 | SOLD | (10,000) | $ 2.43 | $ 24,330.00 | $ 2,884.97 |
| 12/12/2018 | BOUGHT | 392 | $ 1.56 | $ (613.36) | | | | | | |
| 12/12/2018 | BOUGHT | 100 | $ 1.57 | $ (156.90) | | | | | | |
| 12/12/2018 | BOUGHT | 200 | $ 1.56 | $ (312.92) | | | | | | |
| 12/12/2018 | BOUGHT | 100 | $ 1.57 | $ (156.90) | | | | | | |
| 12/12/2018 | BOUGHT | 100 | $ 1.56 | $ (156.46) | | | | | | |
| 12/12/2018 | BOUGHT | 208 | $ 1.56 | $ (325.46) | | | | | | |
| 12/12/2018 | BOUGHT | 200 | $ 1.56 | $ (312.92) | | | | | | |
| 12/12/2018 | BOUGHT | 1,700 | $ 1.57 | $ (2,667.30) | | | | | | |
| 12/12/2018 | BOUGHT | 5,000 | $ 1.56 | $ (7,808.00) | | | | | | |
| 12/12/2018 | BOUGHT | 9,900 | $ 1.56 | $ (15,434.10) | | | | | | |
| 12/12/2018 | BOUGHT | 100 | $ 1.56 | $ (155.50) | | | | | | |
| | | | | | 12/17/2018 | SOLD | (6,800) | $ 1.61 | $ 10,948.00 | |
| | | | | | 12/17/2018 | SOLD | (2,200) | $ 1.62 | $ 3,564.00 | |
| | | | | | 12/20/2018 | SOLD | (9,000) | $ 1.57 | $ 14,130.00 | $ 542.18 |
| 4/25/2019 | BOUGHT | 5,000 | $ 3.91 | $ (19,543.50) | | | | | | |
| 4/25/2019 | BOUGHT | 5,200 | $ 3.94 | $ (20,488.00) | | | | | | |
| 4/25/2019 | BOUGHT | 1,800 | $ 3.93 | $ (7,074.00) | | | | | | |
| 4/25/2019 | BOUGHT | 2,600 | $ 3.93 | $ (10,218.00) | | | | | | |
| | | | | | 9/17/2019 | SOLD | (600) | $ 2.09 | $ 1,251.00 | |
| | | | | | 10/1/2019 | SOLD | (14,000) | $ 1.29 | $ 18,060.00 | $ (38,012.50) |

| Date | Action | Qty | | Price | | Amount | Date | Action | Qty | | Price | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/2019 | BOUGHT | 400 | $ | 3.93 | $ | (1,572.00) | | | | | | | | | |
| 5/13/2019 | BOUGHT | 9,600 | $ | 4.12 | $ | (39,552.00) | | | | | | | | | |
| 5/17/2019 | BOUGHT | 200 | $ | 4.60 | $ | (920.00) | | | | | | | | | |
| 5/17/2019 | BOUGHT | 6,800 | $ | 4.59 | $ | (31,212.00) | | | | | | | | | |
| 5/17/2019 | BOUGHT | 3,000 | $ | 4.60 | $ | (13,800.00) | | | | | | | | | |
| 5/17/2019 | BOUGHT | 8,688 | $ | 4.55 | $ | (39,530.40) | | | | | | | | | |
| 5/17/2019 | BOUGHT | 1,312 | $ | 4.55 | $ | (5,969.60) | | | | | | | | | |
| | | | | | | | 5/17/2019 | SOLD | (10,000) | $ | 4.66 | $ | 46,600.00 | | |
| | | | | | | | 5/17/2019 | SOLD | (7,500) | $ | 4.60 | $ | 34,500.00 | | |
| | | | | | | | 5/17/2019 | SOLD | (2,500) | $ | 4.60 | $ | 11,500.00 | | |
| | | | | | | | 5/20/2019 | SOLD | (10,000) | $ | 4.51 | $ | 45,100.00 | $ | 5,144.00 |
| 5/30/2019 | BOUGHT | 3,500 | $ | 4.15 | $ | (14,522.90) | | | | | | | | | |
| | | | | | | | 9/17/2019 | SOLD | (1,370) | $ | 2.08 | $ | 2,849.60 | | |
| | | | | | | | 9/17/2019 | SOLD | (2,130) | $ | 2.09 | $ | 4,441.05 | $ | (7,232.25) |
| 5/30/2019 | BOUGHT | 2,800 | $ | 4.15 | $ | (11,618.32) | | | | | | | | | |
| 5/30/2019 | BOUGHT | 100 | $ | 4.15 | $ | (414.80) | | | | | | | | | |
| 5/30/2019 | BOUGHT | 100 | $ | 4.15 | $ | (414.73) | | | | | | | | | |
| 5/30/2019 | BOUGHT | 500 | $ | 4.15 | $ | (2,072.60) | | | | | | | | | |
| 5/30/2019 | BOUGHT | 2,500 | $ | 4.14 | $ | (10,356.50) | | | | | | | | | |
| | | | | | | | 6/4/2019 | SOLD | (6,000) | $ | 4.05 | $ | 24,305.40 | $ | (571.55) |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.13) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 100 | $ | 2.85 | $ | (284.82) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.63) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 100 | $ | 2.85 | $ | (284.83) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.13) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |

| Date | Type | Qty | | Price | | Amount | Date | Type | Qty | | Price | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.65) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.84 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 88 | $ | 2.85 | $ | (250.66) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 12 | $ | 2.85 | $ | (34.14) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 58 | $ | 2.85 | $ | (165.17) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 100 | $ | 2.85 | $ | (284.83) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 42 | $ | 2.85 | $ | (119.62) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 100 | $ | 2.85 | $ | (284.92) | | | | | | | | | |
| 6/7/2019 | BOUGHT | 2,508 | $ | 2.87 | $ | (7,187.18) | | | | | | | | | |
| | | | | | | | 7/8/2019 | SOLD | (8) | $ | 2.92 | $ | 23.36 | | |
| | | | | | | | 9/17/2019 | SOLD | (1,198) | $ | 2.07 | $ | 2,479.86 | | |
| | | | | | | | 9/17/2019 | SOLD | (4,302) | $ | 2.08 | $ | 8,948.16 | $ | (4,279.79) |
| 6/7/2019 | BOUGHT | 2,492 | $ | 2.87 | $ | (7,141.32) | | | | | | | | | |
| 6/26/2019 | BOUGHT | 1,000 | $ | 2.04 | $ | (2,040.00) | | | | | | | | | |
| 6/26/2019 | BOUGHT | 8 | $ | 2.04 | $ | (16.32) | | | | | | | | | |
| 6/26/2019 | BOUGHT | 6,500 | $ | 2.10 | $ | (13,650.00) | | | | | | | | | |
| | | | | | | | 6/27/2019 | SOLD | (10,000) | $ | 2.40 | $ | 24,000.00 | $ | 1,152.36 |
| 6/28/2019 | BOUGHT | 10,000 | $ | 2.53 | $ | (25,299.00) | | | | | | | | | |
| 6/28/2019 | BOUGHT | 9,000 | $ | 2.54 | $ | (22,860.00) | | | | | | | | | |
| 6/28/2019 | BOUGHT | 1,000 | $ | 2.54 | $ | (2,539.60) | | | | | | | | | |
| | | | | | | | 7/8/2019 | SOLD | (8,008) | $ | 2.91 | $ | 23,303.28 | | |
| | | | | | | | 7/8/2019 | SOLD | (2,000) | $ | 2.92 | $ | 5,840.00 | | |
| | | | | | | | 7/8/2019 | SOLD | (8,700) | $ | 2.91 | $ | 25,317.00 | | |
| | | | | | | | 7/8/2019 | SOLD | (1,292) | $ | 2.92 | $ | 3,772.64 | $ | 7,534.32 |
| 7/9/2019 | BOUGHT | 9,400 | $ | 3.20 | $ | (30,080.00) | | | | | | | | | |
| | | | | | | | 7/11/2019 | SOLD | (6,000) | $ | 3.21 | $ | 19,261.20 | | |
| | | | | | | | 9/17/2019 | SOLD | (3,400) | $ | 2.07 | $ | 7,038.00 | $ | (3,780.80) |
| 8/2/2019 | BOUGHT | 2,200 | $ | 3.54 | $ | (7,788.00) | | | | | | | | | |
| 8/2/2019 | BOUGHT | 3,330 | $ | 3.61 | $ | (12,014.64) | | | | | | | | | |
| 8/2/2019 | BOUGHT | 70 | $ | 3.57 | $ | (249.90) | | | | | | | | | |
| 8/2/2019 | BOUGHT | 3,900 | $ | 3.55 | $ | (13,837.20) | | | | | | | | | |
| 8/7/2019 | BOUGHT | 3,100 | $ | 3.26 | $ | (10,100.42) | | | | | | | | | |
| 8/9/2019 | BOUGHT | 5,000 | $ | 2.78 | $ | (13,900.00) | | | | | | | | | |
| 8/9/2019 | BOUGHT | 8,466 | $ | 2.88 | $ | (24,382.08) | | | | | | | | | |
| 8/9/2019 | BOUGHT | 8 | $ | 2.88 | $ | (23.04) | | | | | | | | | |
| 8/9/2019 | BOUGHT | 1,526 | $ | 2.88 | $ | (4,394.88) | | | | | | | | | |
| | | | | | | | 8/9/2019 | SOLD | (4,574) | $ | 2.94 | $ | 13,469.52 | | |
| | | | | | | | 8/9/2019 | SOLD | (3) | $ | 2.98 | $ | 8.94 | | |
| | | | | | | | 8/9/2019 | SOLD | (21) | $ | 2.98 | $ | 62.58 | | |
| | | | | | | | 8/9/2019 | SOLD | (2) | $ | 2.98 | $ | 5.96 | | |
| | | | | | | | 8/9/2019 | SOLD | (400) | $ | 2.98 | $ | 1,192.00 | | |
| | | | | | | | 8/9/2019 | SOLD | (5,000) | $ | 2.97 | $ | 14,850.00 | | |
| | | | | | | | 8/9/2019 | SOLD | (3,498) | $ | 2.99 | $ | 10,459.02 | | |
| | | | | | | | 8/9/2019 | SOLD | (1,500) | $ | 2.99 | $ | 4,485.00 | | |
| | | | | | | | 8/9/2019 | SOLD | (2) | $ | 2.99 | $ | 5.98 | | |
| | | | | | | | 9/13/2019 | SOLD | (1,000) | $ | 2.20 | $ | 2,200.00 | | |
| | | | | | | | 9/13/2019 | SOLD | (600) | $ | 2.20 | $ | 1,320.00 | | |
| | | | | | | | 9/13/2019 | SOLD | (2,000) | $ | 2.18 | $ | 4,360.00 | | |
| | | | | | | | 9/13/2019 | SOLD | (2,100) | $ | 2.18 | $ | 4,578.00 | | |
| | | | | | | | 9/13/2019 | SOLD | (5,900) | $ | 2.18 | $ | 12,862.00 | | |
| | | | | | | | 9/17/2019 | SOLD | (1,000) | $ | 2.07 | $ | 2,070.00 | $ | (14,761.16) |
| 8/13/2019 | BOUGHT | 5,000 | $ | 2.83 | $ | (14,146.50) | | | | | | | | | |
| | | | | | | | 9/13/2019 | SOLD | (5,000) | $ | 2.20 | $ | 11,000.00 | $ | (3,146.50) |
| 8/15/2019 | BOUGHT | 100 | $ | 2.76 | $ | (276.00) | | | | | | | | | |
| 8/15/2019 | BOUGHT | 1,264 | $ | 2.77 | $ | (3,501.28) | | | | | | | | | |

3

| DATE | TRANSACTION | QUANTITY | PRICE | (TOTAL COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2019 | BOUGHT | 400 | $ 2.76 | $ (1,104.00) | | | | | | |
| 8/15/2019 | BOUGHT | 100 | $ 2.77 | $ (277.00) | | | | | | |
| 8/15/2019 | BOUGHT | 300 | $ 2.77 | $ (831.00) | | | | | | |
| 8/15/2019 | BOUGHT | 200 | $ 2.77 | $ (554.00) | | | | | | |
| 8/15/2019 | BOUGHT | 100 | $ 2.77 | $ (277.00) | | | | | | |
| 8/15/2019 | BOUGHT | 600 | $ 2.77 | $ (1,662.00) | | | | | | |
| 8/15/2019 | BOUGHT | 6,936 | $ 2.77 | $ (19,212.72) | | | | | | |
| | | | | | 8/16/2019 | SOLD | (9,890) | $ 3.04 | $ 30,065.60 | |
| | | | | | 8/16/2019 | SOLD | (10) | $ 3.04 | $ 30.40 | |
| | | | | | 8/16/2019 | SOLD | (100) | $ 3.04 | $ 304.00 | $ 2,705.00 |
| 8/26/2019 | BOUGHT | 4,400 | $ 2.29 | $ (10,073.80) | | | | | | |
| 8/26/2019 | BOUGHT | 6,600 | $ 2.29 | $ (15,114.00) | | | | | | |
| 8/26/2019 | BOUGHT | 2,400 | $ 2.51 | $ (6,023.76) | | | | | | |
| 9/5/2019 | BOUGHT | 1,697 | $ 1.98 | $ (3,360.06) | | | | | | |
| 9/5/2019 | BOUGHT | 53 | $ 1.98 | $ (104.94) | | | | | | |
| 9/5/2019 | BOUGHT | 5,250 | $ 1.98 | $ (10,395.00) | | | | | | |
| 9/5/2019 | BOUGHT | 3,000 | $ 1.98 | $ (5,940.00) | | | | | | |
| 9/5/2019 | BOUGHT | 10,000 | $ 2.01 | $ (20,100.00) | | | | | | |
| | | | | | 9/5/2019 | SOLD | (2,977) | $ 2.08 | $ 6,198.71 | |
| | | | | | 9/5/2019 | SOLD | (6,023) | $ 2.09 | $ 12,588.07 | |
| | | | | | 9/5/2019 | SOLD | (11,000) | $ 2.05 | $ 22,550.00 | |
| | | | | | 9/13/2019 | SOLD | (7,973) | $ 2.28 | $ 18,178.44 | |
| | | | | | 9/13/2019 | SOLD | (2,027) | $ 2.28 | $ 4,621.56 | |
| | | | | | 9/13/2019 | SOLD | (3,400) | $ 2.20 | $ 7,480.00 | $ 505.22 |
| 9/20/2019 | BOUGHT | 9,900 | $ 1.62 | $ (16,038.00) | | | | | | |
| 9/20/2019 | BOUGHT | 100 | $ 1.62 | $ (161.99) | | | | | | |
| 9/20/2019 | BOUGHT | 1,300 | $ 1.62 | $ (2,099.50) | | | | | | |
| 9/20/2019 | BOUGHT | 600 | $ 1.62 | $ (970.20) | | | | | | |
| 9/20/2019 | BOUGHT | 1,300 | $ 1.62 | $ (2,099.50) | | | | | | |
| 9/20/2019 | BOUGHT | 1,000 | $ 1.62 | $ (1,619.00) | | | | | | |
| 9/20/2019 | BOUGHT | 800 | $ 1.62 | $ (1,292.00) | | | | | | |
| | | | | | 9/20/2019 | SOLD | (15,000) | $ 1.67 | $ 25,050.00 | $ 769.81 |
| 10/21/2019 | BOUGHT | 5,000 | $ 0.70 | $ (3,491.50) | | | | | | |
| 10/21/2019 | BOUGHT | 2,428 | $ 0.70 | $ (1,687.70) | | | | | | |
| 10/21/2019 | BOUGHT | 1,000 | $ 0.70 | $ (695.00) | | | | | | |
| 10/21/2019 | BOUGHT | 372 | $ 0.70 | $ (258.58) | | | | | | |
| 10/21/2019 | BOUGHT | 300 | $ 0.70 | $ (208.50) | | | | | | |
| 10/21/2019 | BOUGHT | 300 | $ 0.70 | $ (208.50) | | | | | | |
| 10/21/2019 | BOUGHT | 200 | $ 0.70 | $ (139.00) | | | | | | |
| 10/21/2019 | BOUGHT | 100 | $ 0.70 | $ (69.50) | | | | | | |
| 10/21/2019 | BOUGHT | 200 | $ 0.70 | $ (139.00) | | | | | | |
| 10/21/2019 | BOUGHT | 100 | $ 0.70 | $ (69.50) | | | | | | |
| | | | | | 10/21/2019 | SOLD | (10) | $ 0.65 | $ 6.50 | |
| | | | | | 10/21/2019 | SOLD | (1) | $ 0.66 | $ 0.66 | |
| | | | | | | HELD* | (9,989) | $ 0.41 | $ 4,076.91 | $ (2,882.71) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Purchases (This Account):** | | 268,008 | | | **Total Sold (This Account):** | | (258,019) | | $ | (53,429.42) **Total Gain or (Loss) on This Account:** |
| | | | | | **Retained Shares (This Account):** | | 9,989 | | $ | *(571.55) Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | $ | (52,857.87) **Yields: Net Gain or (Loss) On This Account** |

| LOSS CHART:  ACCOUNT NO. 2 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
| 3/6/2018 | BOUGHT | 5,300 | $ 2.61 | $ (13,827.17) | | | | | | |
| 3/6/2018 | BOUGHT | 4,250 | $ 2.60 | $ (11,045.33) | | | | | | |
| | | | | | 7/9/2018 | SOLD | (9,500) | $ 2.47 | $ 23,465.00 | |
| | | | | | 1/30/2019 | SOLD | (50) | $ 2.43 | $ 121.71 | $ (1,285.79) |
| 4/25/2019 | BOUGHT | 3,290 | $ 3.97 | $ (13,061.30) | | | | | | |
| 9/4/2019 | BOUGHT | 170 | $ 1.91 | $ (324.11) | | | | | | |
| | | | | | 10/1/2019 | SOLD | (3,460) | $ 1.30 | $ 4,480.70 | $ (8,904.71) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Purchases (This Account):** | | 13,010 | | **Total Sold (This Account):** | | (13,010) | | $ | (10,190.50) **Total Gain or (Loss) on This Account:** |
| | | | | **Retained Shares (This Account):** | | - | | $ | *(1,285.79) Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | $ | (8,904.71) **Yields: Net Gain or (Loss) On This Account** |

4

| LOSS CHART:  ACCOUNT NO. 3 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
| 3/5/2018 | BOUGHT | 1,870 | $ 2.39 | $ (4,469.30) | | | | | | |
| | | | | | 6/19/2018 | SOLD | (1,870) | $ 2.59 | $ 4,843.30 | $ 374.00 |

Total Purchases (This Account): 1,870          Total Sold (This Account): (1,870)          $ 374.00  Total Gain or (Loss) on This Account:
Retained Shares (This Account): -

**HELD\*** = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.

| SUMMARY: | | |
|---|---|---|
| *Recoverable Losses on Common Stock:* | | |
| Account No. 1: | $ | (52,857.87) |
| Account No. 2: | $ | (8,904.71) |
| Account No. 3: | $ | 374.00 |
| GRAND TOTAL: | $ | (61,388.58) |