# EXHIBIT 8

## CERTIFICATION PURSUANT TO SECURITIES LAWS

Nicholas Steffey ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Pareteum Corporation** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Pareteum Corporation**. The transactions in the attached Schedule set forth all of the transactions of Movant in **Pareteum Corporation** securities during the Class Period specified in the Complaint.

5. Moreover, Movant has been assigned "any and all rights, title, ownership, and/or interests in any and all claims, demands, and causes of action of any kind whatsoever that [Michael Steffey and Gordon Tayloe have] or may have arising from violations under the federal securities laws of the United States of America in connection with [their] purchase and/or acquisition of the publicly-traded securities of Pareteum," and, as such, these transactions have been included in the attached Schedule and are reflected in the Loss Chart filed contemporaneously herewith. *See* attached Schedule of Transactions.

6. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

7. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 19th , 2019

_____
Movant's Signature

_____
Nicholas Steffey
Printed Name

2

**Pareteum Securities Litigation**
**Trade Data Provided by Nicholas Steffey**
**Class Period Begins:**          12/14/2017
**Class Period Ends:**            10/21/2019
**90-Day Lookback Ends:**         1/19/2020  **NOT YET EXPIRED**

| SCHEDULE A: ACCOUNT NO. 1: | | | |
|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: |
| 3/19/2018 | BOUGHT | 1,000 | $ 2.87 |
| 3/20/2018 | BOUGHT | 4,000 | $ 2.86 |
| 3/21/2018 | SOLD | (1,500) | $ 3.22 |
| 3/21/2018 | SOLD | (1,500) | $ 3.21 |
| 3/21/2018 | SOLD | (2,000) | $ 3.21 |
| 3/29/2018 | BOUGHT | 1,000 | $ 2.50 |
| 3/29/2018 | BOUGHT | 1,000 | $ 2.51 |
| 3/29/2018 | SOLD | (2,000) | $ 2.53 |
| 3/29/2018 | BOUGHT | 1,200 | $ 2.50 |
| 3/29/2018 | BOUGHT | 800 | $ 2.52 |
| 3/29/2018 | SOLD | (100) | $ 2.53 |
| 4/2/2018 | BOUGHT | 1,100 | $ 2.27 |
| 4/5/2018 | BOUGHT | 1,000 | $ 2.34 |
| 4/5/2018 | SOLD | (3,000) | $ 2.31 |
| 4/20/2018 | SOLD | (156) | $ 2.57 |
| 4/20/2018 | SOLD | (844) | $ 2.57 |
| 4/30/2018 | BOUGHT | 1,000 | $ 2.84 |
| 5/3/2018 | BOUGHT | 1,000 | $ 2.86 |
| 5/10/2018 | BOUGHT | 8,000 | $ 2.54 |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.56 |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.52 |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.48 |
| 5/14/2018 | BOUGHT | 5,363 | $ 2.46 |
| 5/14/2018 | BOUGHT | 600 | $ 2.46 |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.45 |
| 5/14/2018 | BOUGHT | 9,037 | $ 2.50 |
| 5/15/2018 | BOUGHT | 5,000 | $ 2.39 |
| 5/16/2018 | BOUGHT | 10,000 | $ 2.41 |
| 5/25/2018 | SOLD | (2,000) | $ 2.38 |
| 6/7/2018 | BOUGHT | 10,000 | $ 2.38 |
| 6/7/2018 | BOUGHT | 5,000 | $ 2.35 |
| 6/11/2018 | BOUGHT | 10,000 | $ 2.42 |
| 6/28/2018 | SOLD | (5,000) | $ 2.48 |
| 6/28/2018 | SOLD | (1,300) | $ 2.49 |
| 6/28/2018 | SOLD | (3,700) | $ 2.48 |
| 6/28/2018 | SOLD | (5,000) | $ 2.48 |

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 8/17/2018 | BOUGHT | 300 | $ 2.50 |
| 8/20/2018 | BOUGHT | 2,400 | $ 2.48 |
| 8/20/2018 | BOUGHT | 100 | $ 2.48 |
| 8/20/2018 | BOUGHT | 1,350 | $ 2.48 |
| 8/20/2018 | BOUGHT | 400 | $ 2.48 |
| 8/20/2018 | BOUGHT | 1,000 | $ 2.48 |
| 8/20/2018 | BOUGHT | 620 | $ 2.48 |
| 8/20/2018 | BOUGHT | 900 | $ 2.47 |
| 8/20/2018 | BOUGHT | 2,930 | $ 2.47 |
| 8/23/2018 | BOUGHT | 10,000 | $ 2.48 |
| 10/4/2018 | BOUGHT | 17,800 | $ 2.73 |
| 10/4/2018 | BOUGHT | 2,200 | $ 2.72 |
| 10/8/2018 | BOUGHT | 10,000 | $ 2.59 |
| 10/8/2018 | BOUGHT | 10,000 | $ 2.55 |
| 10/22/2018 | BOUGHT | 1,800 | $ 2.35 |
| 10/22/2018 | BOUGHT | 200 | $ 2.34 |
| 10/22/2018 | BOUGHT | 2,000 | $ 2.31 |
| 10/23/2018 | BOUGHT | 1,000 | $ 2.27 |
| 10/23/2018 | BOUGHT | 5,000 | $ 2.17 |
| 11/7/2018 | BOUGHT | 1,814 | $ 2.31 |
| 11/7/2018 | BOUGHT | 7,086 | $ 2.25 |
| 11/7/2018 | BOUGHT | 1,100 | $ 2.25 |
| 11/13/2018 | BOUGHT | 10,000 | $ 2.02 |
| 2/19/2019 | BOUGHT | 10,000 | $ 3.43 |
| 3/15/2019 | BOUGHT | 3,400 | $ 5.24 |
| 3/15/2019 | BOUGHT | 100 | $ 5.24 |
| 3/15/2019 | BOUGHT | 200 | $ 5.24 |
| 3/15/2019 | BOUGHT | 200 | $ 5.24 |
| 3/15/2019 | BOUGHT | 100 | $ 5.24 |
| 3/18/2019 | BOUGHT | 4,000 | $ 5.41 |
| 3/19/2019 | BOUGHT | 3,799 | $ 5.32 |
| 3/19/2019 | BOUGHT | 101 | $ 5.32 |
| 3/19/2019 | BOUGHT | 100 | $ 5.32 |
| 3/19/2019 | BOUGHT | 2,880 | $ 5.29 |
| 3/19/2019 | BOUGHT | 4,000 | $ 5.17 |
| 3/19/2019 | BOUGHT | 200 | $ 5.24 |
| 3/21/2019 | BOUGHT | 4,000 | $ 4.76 |
| 3/25/2019 | BOUGHT | 1,920 | $ 4.67 |
| 5/21/2019 | SOLD | (100) | $ 4.91 |
| 5/21/2019 | SOLD | (5) | $ 4.90 |
| 5/21/2019 | SOLD | (100) | $ 4.90 |
| 5/21/2019 | SOLD | (400) | $ 4.90 |
| 5/21/2019 | SOLD | (400) | $ 4.90 |
| 5/21/2019 | SOLD | (1,100) | $ 4.90 |
| 5/21/2019 | SOLD | (996) | $ 4.90 |
| 5/21/2019 | SOLD | (781) | $ 4.90 |
| 5/21/2019 | SOLD | (1,118) | $ 4.90 |

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | |
|---|---|---|---|---|
| 7/31/2019 | SOLD | (2,500) | $ | 3.52 |
| 8/6/2019 | SOLD | (2,000) | $ | 3.74 |
| 8/26/2019 | SOLD | (2,500) | $ | 2.46 |
| 8/27/2019 | SOLD | (2,500) | $ | 2.29 |
| 8/28/2019 | SOLD | (500) | $ | 2.29 |
| 8/28/2019 | SOLD | (100) | $ | 2.28 |
| 8/28/2019 | SOLD | (9,400) | $ | 2.28 |
| 9/4/2019 | SOLD | (5,000) | $ | 1.86 |
| 9/4/2019 | SOLD | (4,091) | $ | 1.77 |
| 9/4/2019 | SOLD | (909) | $ | 1.77 |
| 9/5/2019 | SOLD | (2,500) | $ | 2.00 |
| 9/9/2019 | SOLD | (500) | $ | 1.88 |
| 9/12/2019 | SOLD | (200) | $ | 2.14 |
| 9/12/2019 | SOLD | (800) | $ | 2.14 |
| 9/13/2019 | SOLD | (500) | $ | 2.24 |

**TOTAL PURCHASED (THIS ACCOUNT):** 221,100
**TOTAL SOLD (THIS ACCOUNT):** (67,100)

| SCHEDULE A: ACCOUNT NO. 2: | | | | |
|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | |
| 11/26/2018 | BOUGHT | 11,900 | $ | 1.90 |
| 11/26/2018 | BOUGHT | 100 | $ | 1.90 |
| 11/26/2018 | BOUGHT | 6,500 | $ | 1.90 |
| 11/26/2018 | BOUGHT | 1,124 | $ | 1.89 |
| 11/26/2018 | BOUGHT | 2,376 | $ | 1.89 |
| 11/29/2018 | BOUGHT | 10,000 | $ | 1.74 |
| 3/18/2019 | BOUGHT | 3,500 | $ | 5.40 |
| 3/19/2019 | BOUGHT | 3,300 | $ | 5.24 |
| 3/19/2019 | BOUGHT | 200 | $ | 5.23 |
| 3/22/2019 | BOUGHT | 5,000 | $ | 4.41 |
| 3/22/2019 | BOUGHT | 4,351 | $ | 4.41 |
| 3/22/2019 | BOUGHT | 300 | $ | 4.41 |
| 3/22/2019 | BOUGHT | 5,183 | $ | 4.41 |
| 3/25/2019 | BOUGHT | 666 | $ | 4.66 |
| 3/26/2019 | BOUGHT | 2,000 | $ | 4.35 |

**TOTAL PURCHASED (THIS ACCOUNT):** 56,500
**TOTAL SOLD (THIS ACCOUNT):** -

| SCHEDULE A: ACCOUNT NO. 3: | | | | |
|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | |
| 11/26/2018 | BOUGHT | 12,100 | $ | 1.91 |
| 11/26/2018 | BOUGHT | 44 | $ | 1.91 |
| 11/26/2018 | BOUGHT | 2,456 | $ | 1.90 |
| 11/26/2018 | BOUGHT | 400 | $ | 1.90 |
| 11/29/2018 | BOUGHT | 5,000 | $ | 1.75 |
| 3/18/2019 | BOUGHT | 40 | $ | 5.41 |
| 3/18/2019 | BOUGHT | 300 | $ | 5.41 |

| 3/18/2019 | BOUGHT | 360 | $ | 5.41 |
|---|---|---|---|---|
| 3/18/2019 | BOUGHT | 2,800 | $ | 5.41 |
| 3/19/2019 | BOUGHT | 3,500 | $ | 5.24 |
| 3/22/2019 | BOUGHT | 600 | $ | 4.44 |
| 3/22/2019 | BOUGHT | 100 | $ | 4.44 |

**TOTAL PURCHASED (THIS ACCOUNT):**  27,700

**TOTAL SOLD (THIS ACCOUNT):**  -

**Pareteum Securities Litigation**
**Trade Data Provided by Michael Steffey**
**Class Period Begins:** 12/14/2017
**Class Period Ends:** 10/21/2019
**90-Day Lookback Ends:** 1/19/2020 **NOT YET EXPIRED**

| SCHEDULE A: ACCOUNT NO. 1 | | | |
|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: |
| 3/27/2018 | BOUGHT | 10,000 | $ 3.10 |
| 4/5/2018 | BOUGHT | 2,500 | $ 2.27 |
| 4/17/2018 | BOUGHT | 2,000 | $ 2.45 |
| 4/18/2018 | BOUGHT | 6,500 | $ 2.62 |
| 4/24/2018 | BOUGHT | 402 | $ 2.74 |
| 4/24/2018 | BOUGHT | 3,588 | $ 2.75 |
| 4/24/2018 | BOUGHT | 10 | $ 2.74 |
| 4/26/2018 | BOUGHT | 1,000 | $ 2.79 |
| 4/26/2018 | BOUGHT | 2,500 | $ 2.77 |
| 4/26/2018 | BOUGHT | 2,500 | $ 2.74 |
| 4/30/2018 | BOUGHT | 2,326 | $ 2.84 |
| 5/9/2018 | BOUGHT | 2,500 | $ 2.59 |
| 5/9/2018 | BOUGHT | 2,500 | $ 2.65 |
| 5/17/2018 | SOLD | (100) | $ 2.42 |
| 5/17/2018 | SOLD | (4,609) | $ 2.41 |
| 6/11/2018 | BOUGHT | 3,383 | $ 2.45 |
| 6/12/2018 | BOUGHT | 2,326 | $ 2.60 |
| 6/26/2018 | SOLD | (400) | $ 2.52 |
| 6/26/2018 | SOLD | (4,955) | $ 2.51 |
| 7/20/2018 | BOUGHT | 4,355 | $ 2.71 |
| 7/30/2018 | SOLD | (4,175) | $ 2.83 |
| 7/31/2018 | BOUGHT | 6,175 | $ 2.88 |
| 8/7/2018 | SOLD | (4,000) | $ 2.80 |
| 8/8/2018 | SOLD | (2,270) | $ 2.67 |
| 8/29/2018 | BOUGHT | 4,270 | $ 2.85 |
| 9/6/2018 | SOLD | (3,625) | $ 2.77 |
| 9/7/2018 | SOLD | (950) | $ 2.69 |
| 9/14/2018 | BOUGHT | 200 | $ 2.81 |
| 9/14/2018 | BOUGHT | 4,800 | $ 2.82 |
| 9/18/2018 | SOLD | (5,000) | $ 2.94 |
| 9/19/2018 | BOUGHT | 3,498 | $ 2.86 |
| 9/19/2018 | BOUGHT | 1,502 | $ 2.86 |
| 9/19/2018 | BOUGHT | 3,626 | $ 2.86 |
| 9/19/2018 | BOUGHT | 1,374 | $ 2.86 |
| 9/25/2018 | SOLD | (4,751) | $ 2.96 |
| 9/27/2018 | SOLD | (300) | $ 2.93 |
| 9/27/2018 | SOLD | (1,500) | $ 2.92 |
| 9/27/2018 | SOLD | (3,200) | $ 2.92 |
| 10/2/2018 | BOUGHT | 1,000 | $ 2.89 |

| Date | Transaction | Shares | | Price |
|---|---|---|---|---|
| 10/2/2018 | BOUGHT | 1,000 | $ | 2.90 |
| 10/2/2018 | BOUGHT | 4,000 | $ | 2.90 |
| 10/11/2018 | SOLD | (4,880) | $ | 2.56 |
| 10/15/2018 | SOLD | (2,120) | $ | 2.50 |
| 10/17/2018 | BOUGHT | 2,899 | $ | 2.49 |
| 10/19/2018 | BOUGHT | 4,101 | $ | 2.49 |
| 10/26/2018 | SOLD | (300) | $ | 2.21 |
| 10/26/2018 | SOLD | (2,500) | $ | 2.20 |
| 10/26/2018 | SOLD | (3,838) | $ | 2.19 |
| 11/19/2018 | SOLD | (3,362) | $ | 1.90 |
| 1/10/2019 | BOUGHT | 1,500 | $ | 2.16 |
| 1/11/2019 | BOUGHT | 2,000 | $ | 2.27 |
| 2/1/2019 | BOUGHT | 3,500 | $ | 2.64 |
| 2/8/2019 | SOLD | (1,050) | $ | 2.89 |
| 2/11/2019 | SOLD | (1,000) | $ | 2.86 |
| 2/11/2019 | SOLD | (1,040) | $ | 2.86 |
| 2/15/2019 | **TENDER (IPASS, INC)**\*\* | 6,336 | $ | 4.18 |
| 2/15/2019 | BOUGHT | 5,000 | $ | 3.22 |
| 2/15/2019 | SOLD | (5,070) | $ | 3.59 |
| 2/26/2019 | SOLD | (3,000) | $ | 3.72 |
| 2/27/2019 | BOUGHT | 10,000 | $ | 3.94 |
| 2/28/2019 | SOLD | (2,500) | $ | 4.04 |
| 2/28/2019 | SOLD | (2,500) | $ | 4.00 |
| 2/28/2019 | SOLD | (200) | $ | 4.00 |
| 2/28/2019 | SOLD | (2,300) | $ | 4.00 |
| 2/28/2019 | SOLD | (2,000) | $ | 4.00 |
| 3/12/2019 | BOUGHT | 10,000 | $ | 4.32 |
| 3/15/2019 | SOLD | (976) | $ | 5.34 |
| 3/19/2019 | SOLD | (7,500) | $ | 5.02 |
| 4/17/2019 | SOLD | (619) | $ | 3.97 |
| 4/26/2019 | BOUGHT | 1,419 | $ | 4.21 |
| 4/29/2019 | BOUGHT | 5,000 | $ | 4.45 |
| 5/9/2019 | SOLD | (5,000) | $ | 4.64 |
| 6/7/2019 | SOLD | (950) | $ | 3.28 |
| 6/10/2019 | SOLD | (700) | $ | 2.98 |
| 7/11/2019 | BOUGHT | 3,973 | $ | 3.11 |
| 7/19/2019 | SOLD | (2,200) | $ | 3.10 |
| 7/19/2019 | SOLD | (100) | $ | 3.10 |
| 7/19/2019 | SOLD | (1,380) | $ | 3.10 |
| 7/25/2019 | BOUGHT | 5,357 | $ | 3.21 |
| 8/2/2019 | SOLD | (822) | $ | 3.49 |
| 8/2/2019 | SOLD | (3,583) | $ | 3.49 |
| 8/6/2019 | BOUGHT | 5,000 | $ | 3.71 |
| 8/14/2019 | SOLD | (5,500) | $ | 2.79 |
| 8/14/2019 | SOLD | (470) | $ | 2.78 |
| 8/14/2019 | SOLD | (1,208) | $ | 2.78 |
| 8/14/2019 | SOLD | (692) | $ | 2.78 |
| 8/14/2019 | SOLD | (100) | $ | 2.78 |

| 9/4/2019 | SOLD | | (5,790) | $ | 1.79 |
|---|---|---|---|---|---|
| **TOTAL PURCHASED (THIS ACCOUNT):** | | | 139,584 | | |
| **TOTAL SOLD (THIS ACCOUNT):** | | | (115,085) | | |

**TENDER (IPASS, INC)\*\*** = On February 15, 2019, movant obtained 6,336 shares of Pareteum common stock pursuant to a tender exchange for shares of iPASS, Inc. at a ratio of 1.17 to 1.  Movant's cost basis in iPass common stock at the time of the tender was $ 26,486.30.  This cost basis has been allocated to the shares of Pareteum acquired through the tender, at a value of approximately $ 4.18 per share.

| SCHEDULE A: ACCOUNT NO. 1 - OPTIONS ACTIVITY: | | | | |
|---|---|---|---|---|
| **DATE:** | **TRANSACTION:** | **OPTION:** | **QUANTITY:** | **PRICE:** |
| 4/26/2019 | Bought to Open | TEUM May 17 2019 5.0 Call | 50 | $  0.30 |
| 5/20/2019 | Option Expired | TEUM May 17 2019 5.0 Call | -50 | $  - |
| 4/8/2019 | Bought to Open | TEUM May 17 2019 7.5 Call | 100 | $  0.10 |
| 5/20/2019 | Option Expired | TEUM May 17 2019 7.5 Call | -100 | $  - |

| SCHEDULE A: ACCOUNT NO. 2 | | | |
|---|---|---|---|
| **DATE:** | **TRANSACTION:** | **QUANTITY:** | **PRICE:** |
| 3/27/2018 | BOUGHT | 8,000 | $  3.12 |
| 4/5/2018 | SOLD | (1,500) | $  2.33 |
| 4/16/2018 | BOUGHT | 1,000 | $  2.31 |
| 4/24/2018 | SOLD | (826) | $  2.70 |
| **TOTAL PURCHASED (THIS ACCOUNT):** | | 9,000 | |
| **TOTAL SOLD (THIS ACCOUNT):** | | (2,326) | |

| SCHEDULE A: ACCOUNT NO. 3 | | | |
|---|---|---|---|
| **DATE:** | **TRANSACTION:** | **QUANTITY:** | **PRICE:** |
| 12/10/2018 | BOUGHT | 3,150 | 1.74 |
| 2/25/2019 | SOLD | (1,000) | 3.96 |
| **TOTAL PURCHASED (THIS ACCOUNT):** | | 3,150 | |
| **TOTAL SOLD (THIS ACCOUNT):** | | (1,000) | |

**Pareteum Securities Litigation**
**Trade Data Provided By Gordon Tayloe**
**Class Period Begins:**          12/14/2017
**Class Period Ends:**            10/21/2019
**90-Day Lookback Ends:**          1/19/2020 **NOT YET EXPIRED**

| SCHEDULE A:  ACCOUNT NO. 1 | | | |
|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: |
| 9/20/2018 | BOUGHT | 10,000 | $ 2.81 |
| 9/21/2018 | BOUGHT | 1,000 | $ 2.77 |
| 9/24/2018 | BOUGHT | 4,000 | $ 2.91 |
| 9/26/2018 | BOUGHT | 5,000 | $ 2.94 |
| 11/19/2018 | BOUGHT | 10,000 | $ 1.88 |
| 2/19/2019 | BOUGHT | 10,000 | $ 3.53 |
| 3/22/2019 | BOUGHT | 2,500 | $ 4.51 |
| 3/26/2019 | BOUGHT | 2,500 | $ 4.46 |

**TOTAL PURCHASED (THIS ACCOUNT):**          45,000
**TOTAL SOLD (THIS ACCOUNT):**          -

| SCHEDULE A:  ACCOUNT NO. 2 | | | |
|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: |
| 10/22/2018 | BOUGHT | 2,600 | $ 2.31 |
| 10/8/2018 | BOUGHT | 9,800 | $ 2.57 |
| 10/8/2018 | BOUGHT | 200 | $ 2.565 |

**TOTAL PURCHASED (THIS ACCOUNT):**          12,600
**TOTAL SOLD (THIS ACCOUNT):**          -

| SCHEDULE A:  ACCOUNT NO. 3 | | | |
|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: |
| 3/20/2019 | BOUGHT | 500 | $ 5.20 |

**TOTAL PURCHASED (THIS ACCOUNT):**          500
**TOTAL SOLD (THIS ACCOUNT):**          -