# EXHIBIT 9

**Pareteum Securities Litigation**
**Loss Chart for Nicholas Steffey**
**Class Period Begins:** 12/14/2017
**Class Period Ends:** 10/21/2019
**90-Day Lookback Ends:** 1/19/2020 NOT YET EXPIRED
**Mean Trading Price (at 12/20/2019):** 0.408139535

| Partial Disclosures: | |
|---|---|
| | 6/7/2019 |
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

### LOSS CHART: ACCOUNT NO. 1

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/19/2018 | BOUGHT | 1,000 | $ 2.87 | $ (2,870.00) | | | | | | |
| 3/20/2018 | BOUGHT | 4,000 | $ 2.86 | $ (11,458.80) | | | | | | |
| | | | | | 3/21/2018 | SOLD | (1,500) | $ 3.22 | $ 4,823.25 | |
| | | | | | 3/21/2018 | SOLD | (1,500) | $ 3.21 | $ 4,820.25 | |
| | | | | | 3/21/2018 | SOLD | (2,000) | $ 3.21 | $ 6,422.00 | $ 1,736.70 |
| 3/29/2018 | BOUGHT | 1,000 | $ 2.50 | $ (2,500.10) | | | | | | |
| 3/29/2018 | BOUGHT | 1,000 | $ 2.51 | $ (2,505.20) | | | | | | |
| | | | | | 3/29/2018 | SOLD | (2,000) | $ 2.53 | $ 5,062.80 | $ 57.50 |
| 3/29/2018 | BOUGHT | 1,200 | $ 2.50 | $ (3,000.00) | | | | | | |
| 3/29/2018 | BOUGHT | 700 | $ 2.52 | $ (1,764.00) | 4/5/2018 | SOLD | (900) | $ 2.31 | $ 2,080.80 | |
| | | | | | 4/20/2018 | SOLD | (156) | $ 2.57 | $ 401.53 | |
| | | | | | 4/20/2018 | SOLD | (844) | $ 2.57 | $ 2,171.95 | $ (109.72) |
| 3/29/2018 | BOUGHT | 100 | $ 2.52 | $ (252.00) | | | | | | |
| | | | | | 3/29/2018 | SOLD | (100) | $ 2.53 | $ 253.00 | $ 1.00 |
| 4/2/2018 | BOUGHT | 1,100 | $ 2.27 | $ (2,497.00) | | | | | | |
| 4/5/2018 | BOUGHT | 1,000 | $ 2.34 | $ (2,340.00) | | | | | | |
| | | | | | 4/5/2018 | SOLD | (2,100) | $ 2.31 | $ 4,855.20 | $ 18.20 |
| 4/30/2018 | BOUGHT | 1,000 | $ 2.84 | $ (2,839.90) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (2,431.76) |
| 5/3/2018 | BOUGHT | 1,000 | $ 2.86 | $ (2,860.00) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (2,451.86) |
| 5/10/2018 | BOUGHT | 8,000 | $ 2.54 | $ (20,354.40) | | HELD* | (8,000) | 0.40814 | $ 3,265.12 | $ (17,089.28) |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.56 | $ (12,800.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (10,759.30) |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.52 | $ (12,600.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (10,559.30) |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.48 | $ (12,420.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (10,379.30) |
| 5/14/2018 | BOUGHT | 5,363 | $ 2.46 | $ (13,192.98) | | HELD* | (5,363) | 0.40814 | $ 2,188.85 | $ (11,004.13) |
| 5/14/2018 | BOUGHT | 600 | $ 2.46 | $ (1,475.94) | | HELD* | (600) | 0.40814 | $ 244.88 | $ (1,231.06) |
| 5/14/2018 | BOUGHT | 5,000 | $ 2.45 | $ (12,250.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (10,209.30) |
| 5/14/2018 | BOUGHT | 9,037 | $ 2.50 | $ (22,592.50) | | HELD* | (9,037) | 0.40814 | $ 3,688.36 | $ (18,904.14) |
| 5/15/2018 | BOUGHT | 5,000 | $ 2.39 | $ (11,944.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (9,903.30) |
| 5/16/2018 | BOUGHT | 8,000 | $ 2.41 | $ (19,280.00) | | HELD* | (8,000) | 0.40814 | $ 3,265.12 | $ (16,014.88) |
| 5/16/2018 | BOUGHT | 2,000 | $ 2.41 | $ (4,820.00) | | | | | | |
| | | | | | 5/25/2018 | SOLD | (2,000) | $ 2.38 | $ 4,760.00 | $ (60.00) |
| 6/7/2018 | BOUGHT | 10,000 | $ 2.38 | (23,800.00) | | HELD* | (10,000) | 0.40814 | $ 4,081.40 | $ (19,718.60) |
| 6/7/2018 | BOUGHT | 5,000 | $ 2.35 | $ (11,750.00) | | | | | | |
| 6/11/2018 | BOUGHT | 10,000 | $ 2.42 | $ (24,200.00) | | | | | | |
| | | | | | 6/28/2018 | SOLD | (5,000) | $ 2.48 | $ 12,420.00 | |
| | | | | | 6/28/2018 | SOLD | (1,300) | $ 2.49 | $ 3,231.28 | |
| | | | | | 6/28/2018 | SOLD | (3,700) | $ 2.48 | $ 9,187.84 | |
| | | | | | 6/28/2018 | SOLD | (5,000) | $ 2.48 | $ 12,410.50 | $ 1,299.62 |
| 8/17/2018 | BOUGHT | 300 | $ 2.50 | $ (750.00) | | HELD* | (300) | 0.40814 | $ 122.44 | $ (627.56) |
| 8/20/2018 | BOUGHT | 2,400 | $ 2.48 | $ (5,952.00) | | HELD* | (2,400) | 0.40814 | $ 979.53 | $ (4,972.47) |
| 8/20/2018 | BOUGHT | 100 | $ 2.48 | $ (247.97) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (207.16) |
| 8/20/2018 | BOUGHT | 1,350 | $ 2.48 | $ (3,347.19) | | HELD* | (1,350) | 0.40814 | $ 550.99 | $ (2,796.20) |
| 8/20/2018 | BOUGHT | 400 | $ 2.48 | $ (991.68) | | HELD* | (400) | 0.40814 | $ 163.26 | $ (828.42) |
| 8/20/2018 | BOUGHT | 1,000 | $ 2.48 | $ (2,479.00) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (2,070.86) |
| 8/20/2018 | BOUGHT | 620 | $ 2.48 | $ (1,536.48) | | HELD* | (620) | 0.40814 | $ 253.05 | $ (1,283.44) |
| 8/20/2018 | BOUGHT | 900 | $ 2.47 | $ (2,223.00) | | HELD* | (900) | 0.40814 | $ 367.33 | $ (1,855.67) |
| 8/20/2018 | BOUGHT | 2,930 | $ 2.47 | $ (7,236.81) | | HELD* | (2,930) | 0.40814 | $ 1,195.85 | $ (6,040.96) |
| 8/23/2018 | BOUGHT | 10,000 | $ 2.48 | $ (24,800.00) | | HELD* | (10,000) | 0.40814 | $ 4,081.40 | $ (20,718.60) |
| 10/4/2018 | BOUGHT | 17,800 | $ 2.73 | $ (48,594.00) | | HELD* | (17,800) | 0.40814 | $ 7,264.88 | $ (41,329.12) |
| 10/4/2018 | BOUGHT | 2,200 | $ 2.72 | $ (5,984.00) | | HELD* | (2,200) | 0.40814 | $ 897.91 | $ (5,086.09) |
| 10/8/2018 | BOUGHT | 10,000 | $ 2.59 | $ (25,900.00) | | HELD* | (10,000) | 0.40814 | $ 4,081.40 | $ (21,818.60) |

1

| DATE | TRANSACTION | QUANTITY | PRICE | (TOTAL COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/2018 | BOUGHT | 10,000 | $ 2.55 | $ (25,500.00) | | HELD* | (10,000) | 0.40814 | $ 4,081.40 | $ (21,418.60) |
| 10/22/2018 | BOUGHT | 1,800 | $ 2.35 | $ (4,230.00) | | HELD* | (1,800) | 0.40814 | $ 734.65 | $ (3,495.35) |
| 10/22/2018 | BOUGHT | 200 | $ 2.34 | $ (467.98) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (386.35) |
| 10/22/2018 | BOUGHT | 2,000 | $ 2.31 | $ (4,620.00) | | HELD* | (2,000) | 0.40814 | $ 816.28 | $ (3,803.72) |
| 10/23/2018 | BOUGHT | 1,000 | $ 2.27 | $ (2,270.00) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (1,861.86) |
| 10/23/2018 | BOUGHT | 5,000 | $ 2.17 | $ (10,843.50) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (8,802.80) |
| 11/7/2018 | BOUGHT | 1,814 | $ 2.31 | $ (4,181.27) | | HELD* | (1,814) | 0.40814 | $ 740.37 | $ (3,440.90) |
| 11/7/2018 | BOUGHT | 7,086 | $ 2.25 | $ (15,943.50) | | HELD* | (7,086) | 0.40814 | $ 2,892.08 | $ (13,051.42) |
| 11/7/2018 | BOUGHT | 1,100 | $ 2.25 | $ (2,473.90) | | HELD* | (1,100) | 0.40814 | $ 448.95 | $ (2,024.95) |
| 11/13/2018 | BOUGHT | 6,000 | $ 2.02 | $ (12,120.00) | | HELD* | (6,000) | 0.40814 | $ 2,448.84 | $ (9,671.16) |
| 11/13/2018 | BOUGHT | 4,000 | $ 2.02 | $ (8,080.00) | | | | | | |
| 2/19/2019 | BOUGHT | 10,000 | $ 3.43 | $ (34,300.00) | | | | | | |
| 3/15/2019 | BOUGHT | 3,400 | $ 5.24 | $ (17,816.00) | | | | | | |
| 3/15/2019 | BOUGHT | 100 | $ 5.24 | $ (523.83) | | | | | | |
| 3/15/2019 | BOUGHT | 200 | $ 5.24 | $ (1,047.58) | | | | | | |
| 3/15/2019 | BOUGHT | 200 | $ 5.24 | $ (1,047.38) | | | | | | |
| 3/15/2019 | BOUGHT | 100 | $ 5.24 | $ (523.66) | | | | | | |
| 3/18/2019 | BOUGHT | 4,000 | $ 5.41 | $ (21,630.80) | | | | | | |
| 3/19/2019 | BOUGHT | 3,799 | $ 5.32 | $ (20,210.68) | | | | | | |
| 3/19/2019 | BOUGHT | 101 | $ 5.32 | $ (537.31) | | | | | | |
| 3/19/2019 | BOUGHT | 100 | $ 5.32 | $ (531.60) | | | | | | |
| 3/19/2019 | BOUGHT | 2,880 | $ 5.29 | $ (15,234.91) | | | | | | |
| 3/19/2019 | BOUGHT | 4,000 | $ 5.17 | $ (20,680.00) | | | | | | |
| 3/19/2019 | BOUGHT | 200 | $ 5.24 | $ (1,047.98) | | | | | | |
| 3/21/2019 | BOUGHT | 920 | $ 4.76 | $ (4,379.20) | | | | | | |
| | | | | | 7/31/2019 | SOLD | (2,500) | $ 3.52 | $ 8,800.00 | |
| | | | | | 8/6/2019 | SOLD | (2,000) | $ 3.74 | $ 7,480.00 | |
| | | | | | 8/26/2019 | SOLD | (2,500) | $ 2.46 | $ 6,150.00 | |
| | | | | | 8/27/2019 | SOLD | (2,500) | $ 2.29 | $ 5,726.50 | |
| | | | | | 8/28/2019 | SOLD | (500) | $ 2.29 | $ 1,142.50 | |
| | | | | | 8/28/2019 | SOLD | (100) | $ 2.28 | $ 228.10 | |
| | | | | | 8/28/2019 | SOLD | (9,400) | $ 2.28 | $ 21,432.00 | |
| | | | | | 9/4/2019 | SOLD | (5,000) | $ 1.86 | $ 9,304.00 | |
| | | | | | 9/4/2019 | SOLD | (4,091) | $ 1.77 | $ 7,241.48 | |
| | | | | | 9/4/2019 | SOLD | (909) | $ 1.77 | $ 1,608.93 | |
| | | | | | 9/5/2019 | SOLD | (2,500) | $ 2.00 | $ 5,003.00 | |
| | | | | | 9/9/2019 | SOLD | (500) | $ 1.88 | $ 940.50 | |
| | | | | | 9/12/2019 | SOLD | (200) | $ 2.14 | $ 428.06 | |
| | | | | | 9/12/2019 | SOLD | (800) | $ 2.14 | $ 1,712.00 | |
| | | | | | 9/13/2019 | SOLD | (500) | $ 2.24 | $ 1,117.50 | $ (69,276.36) |
| 3/21/2019 | BOUGHT | 3,080 | $ 4.76 | $ (14,660.80) | | | | | | |
| 3/25/2019 | BOUGHT | 1,920 | $ 4.67 | $ (8,964.86) | | | | | | |
| | | | | | 5/21/2019 | SOLD | (100) | $ 4.91 | $ 490.80 | |
| | | | | | 5/21/2019 | SOLD | (5) | $ 4.90 | $ 24.52 | |
| | | | | | 5/21/2019 | SOLD | (100) | $ 4.90 | $ 490.12 | |
| | | | | | 5/21/2019 | SOLD | (400) | $ 4.90 | $ 1,960.36 | |
| | | | | | 5/21/2019 | SOLD | (400) | $ 4.90 | $ 1,960.24 | |
| | | | | | 5/21/2019 | SOLD | (1,100) | $ 4.90 | $ 5,390.44 | |
| | | | | | 5/21/2019 | SOLD | (996) | $ 4.90 | $ 4,880.70 | |
| | | | | | 5/21/2019 | SOLD | (781) | $ 4.90 | $ 3,827.06 | |
| | | | | | 5/21/2019 | SOLD | (1,118) | $ 4.90 | $ 5,478.20 | $ 876.77 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Purchased (This Account):** | | **221,100** | | **$ (622,275.70)** | **Total Sold (This Account):** | | **(67,100)** | | **$ 238,570.89** | **$ (383,704.81)** Total Gain or (Loss) on This Account: |
| | | | | | **Retained Shares (This Account):** | | **154,000** | | | $ *(169.72)* *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | **$ (383,535.09)** Yields: Net Gain or (Loss) On This Account |

| LOSS CHART: ACCOUNT NO. 2 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
| 11/26/2018 | BOUGHT | 11,900 | $ 1.90 | $ (22,610.00) | | HELD* | (11,900) | 0.40814 | $ 4,856.86 | $ (17,753.14) |
| 11/26/2018 | BOUGHT | 100 | $ 1.90 | $ (189.50) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (148.69) |
| 11/26/2018 | BOUGHT | 6,500 | $ 1.90 | $ (12,350.00) | | HELD* | (6,500) | 0.40814 | $ 2,652.91 | $ (9,697.09) |
| 11/26/2018 | BOUGHT | 1,124 | $ 1.89 | $ (2,124.36) | | HELD* | (1,124) | 0.40814 | $ 458.75 | $ (1,665.61) |
| 11/26/2018 | BOUGHT | 2,376 | $ 1.89 | $ (4,478.76) | | HELD* | (2,376) | 0.40814 | $ 969.74 | $ (3,509.02) |

| DATE | TRANSACTION | QUANTITY | PRICE | (TOTAL COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2018 | BOUGHT | 10,000 | $ 1.74 | $ (17,400.00) | | HELD* | (10,000) | 0.40814 | $ 4,081.40 | $ (13,318.60) |
| 3/18/2019 | BOUGHT | 3,500 | $ 5.40 | $ (18,882.50) | | HELD* | (3,500) | 0.40814 | $ 1,428.49 | $ (17,454.01) |
| 3/19/2019 | BOUGHT | 3,300 | $ 5.24 | $ (17,281.44) | | HELD* | (3,300) | 0.40814 | $ 1,346.86 | $ (15,934.58) |
| 3/19/2019 | BOUGHT | 200 | $ 5.23 | $ (1,046.84) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (965.21) |
| 3/22/2019 | BOUGHT | 5,000 | $ 4.41 | $ (22,046.50) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (20,005.80) |
| 3/22/2019 | BOUGHT | 4,351 | $ 4.41 | $ (19,187.91) | | HELD* | (4,351) | 0.40814 | $ 1,775.82 | $ (17,412.09) |
| 3/22/2019 | BOUGHT | 300 | $ 4.41 | $ (1,322.25) | | HELD* | (300) | 0.40814 | $ 122.44 | $ (1,199.81) |
| 3/22/2019 | BOUGHT | 5,183 | $ 4.41 | $ (22,831.12) | | HELD* | (5,183) | 0.40814 | $ 2,115.39 | $ (20,715.73) |
| 3/25/2019 | BOUGHT | 666 | $ 4.66 | $ (3,103.49) | | HELD* | (666) | 0.40814 | $ 271.82 | $ (2,831.67) |
| 3/26/2019 | BOUGHT | 2,000 | $ 4.35 | $ (8,700.00) | | HELD* | (2,000) | 0.40814 | $ 816.28 | $ (7,883.72) |
| **Total Purchased (This Account):** | | **56,500** | | **$ (173,554.67)** | **Total Sold (This Account):** | | **-** | | **$ 23,059.88** | **$ (150,494.78) Total Gain or (Loss) on This Account:** |
| | | | | | **Retained Shares (This Account):** | | **56,500** | | | *$ - Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | **$ (150,494.78) Yields: Net Gain or (Loss) On This Account** |

| LOSS CHART: ACCOUNT NO. 3 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
| 11/26/2018 | BOUGHT | 12,100 | $ 1.91 | $ (23,111.00) | | HELD* | (12,100) | 0.40814 | $ 4,938.49 | $ (18,172.51) |
| 11/26/2018 | BOUGHT | 44 | $ 1.91 | $ (84.04) | | HELD* | (44) | 0.40814 | $ 17.96 | $ (66.08) |
| 11/26/2018 | BOUGHT | 2,456 | $ 1.90 | $ (4,666.40) | | HELD* | (2,456) | 0.40814 | $ 1,002.39 | $ (3,664.01) |
| 11/26/2018 | BOUGHT | 400 | $ 1.90 | $ (758.00) | | HELD* | (400) | 0.40814 | $ 163.26 | $ (594.74) |
| 11/29/2018 | BOUGHT | 5,000 | $ 1.75 | $ (8,750.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (6,709.30) |
| 3/18/2019 | BOUGHT | 40 | $ 5.41 | $ (216.40) | | HELD* | (40) | 0.40814 | $ 16.33 | $ (200.07) |
| 3/18/2019 | BOUGHT | 300 | $ 5.41 | $ (1,622.97) | | HELD* | (300) | 0.40814 | $ 122.44 | $ (1,500.53) |
| 3/18/2019 | BOUGHT | 360 | $ 5.41 | $ (1,946.16) | | HELD* | (360) | 0.40814 | $ 146.93 | $ (1,799.23) |
| 3/18/2019 | BOUGHT | 2,800 | $ 5.41 | $ (15,134.00) | | HELD* | (2,800) | 0.40814 | $ 1,142.79 | $ (13,991.21) |
| 3/19/2019 | BOUGHT | 3,500 | $ 5.24 | $ (18,323.20) | | HELD* | (3,500) | 0.40814 | $ 1,428.49 | $ (16,894.71) |
| 3/22/2019 | BOUGHT | 600 | $ 4.44 | $ (2,663.94) | | HELD* | (600) | 0.40814 | $ 244.88 | $ (2,419.06) |
| 3/22/2019 | BOUGHT | 100 | $ 4.44 | $ (443.70) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (402.89) |
| **Total Purchased (This Account):** | | **27,700** | | **$ (77,719.81)** | **Total Sold (This Account):** | | **-** | | **$ 11,305.47** | **$ (66,414.34) Total Gain or (Loss) on This Account:** |
| | | | | | **Retained Shares (This Account):** | | **27,700** | | | *$ - Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | **$ (66,414.34) Yields: Net Gain or (Loss) On This Account** |

HELD* = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.

| SUMMARY: | | |
|---|---|---|
| *Recoverable Losses on Common Stock:* | | |
| Account No. 1: | $ | (383,535.09) |
| Account No. 2: | $ | (150,494.78) |
| Account No. 3: | $ | (66,414.34) |
| **GRAND TOTAL:** | **$** | **(600,444.21)** |

**Pareteum Securities Litigation**
**Loss Chart for Michael Steffey**

| | |
|---|---|
| **Class Period Begins:** | 12/14/2017 |
| **Class Period Ends:** | 10/21/2019 |
| **90-Day Lookback Ends:** | 1/19/2020 **NOT YET EXPIRED** |
| **Mean Trading Price (at 12/20/2019):** | 0.408139535 |

**Partial Disclosures:** 6/7/2019
6/26/2019
8/23/2019
8/27/2019
10/21/2019

## LOSS CHART: ACCOUNT NO. 1 (COMMON STOCK)

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2018 | BOUGHT | 10,000 | $ 3.10 | $ (31,000.00) | | HELD* | (10,000) | $ 0.41 | $ 4,081.40 | $ (26,918.60) |
| 4/5/2018 | BOUGHT | 2,500 | $ 2.27 | $ (5,675.00) | | HELD* | (2,500) | $ 0.41 | $ 1,020.35 | $ (4,654.65) |
| 4/17/2018 | BOUGHT | 2,000 | $ 2.45 | $ (4,899.80) | | HELD* | (2,000) | $ 0.41 | $ 816.28 | $ (4,083.52) |
| 4/18/2018 | BOUGHT | 6,500 | $ 2.62 | $ (17,030.00) | | HELD* | (6,500) | $ 0.41 | $ 2,652.91 | $ (14,377.09) |
| 4/24/2018 | BOUGHT | 402 | $ 2.74 | $ (1,101.44) | | HELD* | (402) | $ 0.41 | $ 164.07 | $ (937.37) |
| 4/24/2018 | BOUGHT | 3,588 | $ 2.75 | $ (9,867.00) | | HELD* | (3,588) | $ 0.41 | $ 1,464.40 | $ (8,402.60) |
| 4/24/2018 | BOUGHT | 10 | $ 2.74 | $ (27.40) | | HELD* | (10) | $ 0.41 | $ 4.08 | $ (23.32) |
| 4/26/2018 | BOUGHT | 1,000 | $ 2.79 | $ (2,790.00) | | HELD* | (1,000) | $ 0.41 | $ 408.14 | $ (2,381.86) |
| 4/26/2018 | BOUGHT | 2,500 | $ 2.77 | $ (6,925.00) | | HELD* | (2,500) | $ 0.41 | $ 1,020.35 | $ (5,904.65) |
| 4/26/2018 | BOUGHT | 1,500 | $ 2.74 | $ (4,108.50) | | HELD* | (1,500) | $ 0.41 | $ 612.21 | $ (3,496.29) |
| 4/26/2018 | BOUGHT | 1,000 | $ 2.74 | $ (2,739.00) | | | | | | |
| 4/30/2018 | BOUGHT | 2,000 | $ 2.84 | $ (5,680.00) | | | | | | |
| | | | | | 11/19/2018 | SOLD | (3,000) | $ 1.90 | $ 5,704.20 | $ (2,714.80) |
| 4/30/2018 | BOUGHT | 326 | $ 2.84 | $ (925.84) | | | | | | |
| 5/9/2018 | BOUGHT | 291 | $ 2.59 | $ (753.66) | | | | | | |
| | | | | | 10/15/2018 | SOLD | (617) | $ 2.50 | $ 1,542.50 | $ (137.00) |
| 5/9/2018 | BOUGHT | 2,209 | $ 2.59 | $ (5,721.09) | | | | | | |
| 5/9/2018 | BOUGHT | 2,500 | $ 2.65 | $ (6,625.00) | | | | | | |
| | | | | | 5/17/2018 | SOLD | (100) | $ 2.42 | $ 241.50 | |
| | | | | | 5/17/2018 | SOLD | (4,609) | $ 2.41 | $ 11,107.69 | $ (996.90) |
| 6/11/2018 | BOUGHT | 134 | $ 2.45 | $ (328.30) | | | | | | |
| | | | | | 10/15/2018 | SOLD | (134) | $ 2.50 | $ 335.00 | $ 6.70 |
| 6/11/2018 | BOUGHT | 220 | $ 2.45 | $ (539.00) | | | | | | |
| | | | | | 9/7/2018 | SOLD | (220) | $ 2.69 | $ 592.75 | $ 53.75 |
| 6/11/2018 | BOUGHT | 3,029 | $ 2.45 | $ (7,421.05) | | | | | | |
| 6/12/2018 | BOUGHT | 2,326 | $ 2.60 | $ (6,047.60) | | | | | | |
| | | | | | 6/26/2018 | SOLD | (400) | $ 2.52 | $ 1,006.00 | |
| | | | | | 6/26/2018 | SOLD | (4,955) | $ 2.51 | $ 12,437.55 | $ (25.10) |
| 7/20/2018 | BOUGHT | 85 | $ 2.71 | $ (230.34) | | | | | | |
| | | | | | 9/7/2018 | SOLD | (85) | $ 2.69 | $ 229.02 | $ (1.33) |
| 7/20/2018 | BOUGHT | 95 | $ 2.71 | $ (257.44) | | | | | | |
| | | | | | 8/8/2018 | SOLD | (95) | $ 2.67 | $ 253.75 | $ (3.70) |
| 7/20/2018 | BOUGHT | 4,175 | $ 2.71 | $ (11,313.83) | | | | | | |
| | | | | | 7/30/2018 | SOLD | (4,175) | $ 2.83 | $ 11,815.25 | $ 501.42 |
| 7/31/2018 | BOUGHT | 6,175 | $ 2.88 | $ (17,784.00) | | | | | | |
| | | | | | 8/7/2018 | SOLD | (4,000) | $ 2.80 | $ 11,200.40 | |
| | | | | | 8/8/2018 | SOLD | (2,175) | $ 2.67 | $ 5,809.43 | $ (774.18) |
| 8/29/2018 | BOUGHT | 4,270 | $ 2.85 | $ (12,169.50) | | | | | | |
| | | | | | 9/6/2018 | SOLD | (3,625) | $ 2.77 | $ 10,041.25 | |
| | | | | | 9/7/2018 | SOLD | (645) | $ 2.69 | $ 1,737.82 | $ (390.43) |
| 9/14/2018 | BOUGHT | 200 | $ 2.81 | $ (562.00) | | | | | | |
| 9/14/2018 | BOUGHT | 4,800 | $ 2.82 | $ (13,535.52) | | | | | | |
| | | | | | 9/18/2018 | SOLD | (5,000) | $ 2.94 | $ 14,700.00 | $ 602.48 |
| 9/19/2018 | BOUGHT | 249 | $ 2.86 | $ (712.14) | | | | | | |
| | | | | | 10/15/2018 | SOLD | (249) | $ 2.50 | $ 622.50 | $ (89.64) |
| 9/19/2018 | BOUGHT | 3,249 | $ 2.86 | $ (9,292.14) | | | | | | |
| 9/19/2018 | BOUGHT | 1,502 | $ 2.86 | $ (4,295.57) | | | | | | |
| 9/19/2018 | BOUGHT | 3,626 | $ 2.86 | $ (10,370.36) | | | | | | |
| 9/19/2018 | BOUGHT | 1,374 | $ 2.86 | $ (3,929.50) | | | | | | |
| | | | | | 9/25/2018 | SOLD | (4,751) | $ 2.96 | $ 14,062.96 | |
| | | | | | 9/27/2018 | SOLD | (300) | $ 2.93 | $ 877.50 | |
| | | | | | 9/27/2018 | SOLD | (1,500) | $ 2.92 | $ 4,380.15 | |
| | | | | | 9/27/2018 | SOLD | (3,200) | $ 2.92 | $ 9,344.00 | $ 777.04 |
| 10/2/2018 | BOUGHT | 1,000 | $ 2.89 | $ (2,890.00) | | | | | | |
| 10/2/2018 | BOUGHT | 1,000 | $ 2.90 | $ (2,900.00) | | | | | | |
| 10/2/2018 | BOUGHT | 4,000 | $ 2.90 | $ (11,600.00) | | | | | | |
| | | | | | 10/11/2018 | SOLD | (4,880) | $ 2.56 | $ 12,494.26 | |

| DATE | TRANSACTION | QUANTITY | PRICE | (TOTAL COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/15/2018 | SOLD | (1,120) | $ 2.50 | $ 2,800.00 | $ (2,095.74) |
| 10/17/2018 | BOUGHT | 2,899 | $ 2.49 | $ (7,218.51) | | | | | | |
| 10/19/2018 | BOUGHT | 4,101 | $ 2.49 | $ (10,211.49) | | | | | | |
| | | | | | 10/26/2018 | SOLD | (300) | $ 2.21 | $ 661.50 | |
| | | | | | 10/26/2018 | SOLD | (2,500) | $ 2.20 | $ 5,500.00 | |
| | | | | | 10/26/2018 | SOLD | (3,838) | $ 2.19 | $ 8,405.60 | |
| | | | | | 11/19/2018 | SOLD | (362) | $ 1.90 | $ 688.31 | $ (2,174.59) |
| 1/10/2019 | BOUGHT | 835 | $ 2.16 | $ (1,803.60) | | HELD* | (835) | $ 0.41 | $ 340.80 | $ (1,462.80) |
| 1/10/2019 | BOUGHT | 665 | $ 2.16 | $ (1,436.40) | | | | | | |
| 1/11/2019 | BOUGHT | 2,000 | $ 2.27 | $ (4,536.80) | | | | | | |
| 2/1/2019 | BOUGHT | 410 | $ 2.64 | $ (1,082.40) | | | | | | |
| | | | | | 9/4/2019 | SOLD | (3,075) | $ 1.79 | $ 5,504.25 | $ (1,551.35) |
| 2/1/2019 | BOUGHT | 3,090 | $ 2.64 | $ (8,157.60) | | | | | | |
| | | | | | 2/8/2019 | SOLD | (1,050) | $ 2.89 | $ 3,034.50 | |
| | | | | | 2/11/2019 | SOLD | (1,000) | $ 2.86 | $ 2,860.50 | |
| | | | | | 2/11/2019 | SOLD | (1,040) | $ 2.86 | $ 2,974.50 | $ 711.90 |
| 2/15/2019 | TENDER (IPASS, INC)** | 3,266 | $ 4.18 | $ (13,652.82) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (451) | $ 2.78 | $ 1,253.83 | |
| | | | | | 8/14/2019 | SOLD | (100) | $ 2.78 | $ 278.00 | |
| | | | | | 9/4/2019 | SOLD | (2,715) | $ 1.79 | $ 4,859.85 | $ (7,261.14) |
| 2/15/2019 | TENDER (IPASS, INC)** | 3,070 | $ 4.18 | $ (12,833.48) | | | | | | |
| 2/15/2019 | BOUGHT | 5,000 | $ 3.22 | $ (16,100.00) | | | | | | |
| | | | | | 2/15/2019 | SOLD | (5,070) | $ 3.59 | $ 18,201.30 | |
| | | | | | 2/26/2019 | SOLD | (3,000) | $ 3.72 | $ 11,160.00 | $ 427.82 |
| 2/27/2019 | BOUGHT | 500 | $ 3.94 | $ (1,970.00) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (259) | $ 2.78 | $ 720.77 | |
| | | | | | 8/14/2019 | SOLD | (241) | $ 2.78 | $ 670.00 | $ (579.22) |
| 2/27/2019 | BOUGHT | 9,500 | $ 3.94 | $ (37,430.00) | | | | | | |
| | | | | | 2/28/2019 | SOLD | (2,500) | $ 4.04 | $ 10,100.00 | |
| | | | | | 2/28/2019 | SOLD | (2,500) | $ 4.00 | $ 10,007.25 | |
| | | | | | 2/28/2019 | SOLD | (200) | $ 4.00 | $ 800.16 | |
| | | | | | 2/28/2019 | SOLD | (2,300) | $ 4.00 | $ 9,200.46 | |
| | | | | | 2/28/2019 | SOLD | (2,000) | $ 4.00 | $ 8,008.80 | $ 686.67 |
| 3/12/2019 | BOUGHT | 674 | $ 4.32 | $ (2,911.68) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (674) | $ 2.78 | $ 1,875.67 | $ (1,036.01) |
| 3/12/2019 | BOUGHT | 231 | $ 4.32 | $ (997.92) | | | | | | |
| | | | | | 6/10/2019 | SOLD | (231) | $ 2.98 | $ 688.40 | $ (309.52) |
| 3/12/2019 | BOUGHT | 9,095 | $ 4.32 | $ (39,290.40) | | | | | | |
| | | | | | 3/15/2019 | SOLD | (976) | $ 5.34 | $ 5,211.84 | |
| | | | | | 3/19/2019 | SOLD | (7,500) | $ 5.02 | $ 37,650.00 | |
| | | | | | 4/17/2019 | SOLD | (619) | $ 3.97 | $ 2,457.74 | $ 6,029.18 |
| 4/26/2019 | BOUGHT | 1,419 | $ 4.21 | $ (5,973.99) | | | | | | |
| | | | | | 6/7/2019 | SOLD | (950) | $ 3.28 | $ 3,116.67 | |
| | | | | | 6/10/2019 | SOLD | (469) | $ 2.98 | $ 1,397.67 | $ (1,459.66) |
| 4/29/2019 | BOUGHT | 5,000 | $ 4.45 | $ (22,244.50) | | | | | | |
| | | | | | 5/9/2019 | SOLD | (5,000) | $ 4.64 | $ 23,200.00 | $ 955.50 |
| 7/11/2019 | BOUGHT | 293 | $ 3.11 | $ (911.23) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (18) | $ 2.78 | $ 50.10 | |
| | | | | | 8/14/2019 | SOLD | (275) | $ 2.78 | $ 765.30 | $ (95.83) |
| 7/11/2019 | BOUGHT | 3,680 | $ 3.11 | $ (11,444.80) | | | | | | |
| | | | | | 7/19/2019 | SOLD | (2,200) | $ 3.10 | $ 6,820.00 | |
| | | | | | 7/19/2019 | SOLD | (100) | $ 3.10 | $ 309.98 | |
| | | | | | 7/19/2019 | SOLD | (1,380) | $ 3.10 | $ 4,271.10 | $ (43.72) |
| 7/25/2019 | BOUGHT | 952 | $ 3.21 | $ (3,055.92) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (500) | $ 2.79 | $ 1,395.00 | |
| | | | | | 8/14/2019 | SOLD | (452) | $ 2.78 | $ 1,258.01 | $ (402.91) |
| 7/25/2019 | BOUGHT | 4,405 | $ 3.21 | $ (14,140.05) | | | | | | |
| | | | | | 8/2/2019 | SOLD | (822) | $ 3.49 | $ 2,868.86 | |
| | | | | | 8/2/2019 | SOLD | (3,583) | $ 3.49 | $ 12,493.92 | $ 1,222.73 |
| 8/6/2019 | BOUGHT | 5,000 | $ 3.71 | $ (18,550.00) | | | | | | |
| | | | | | 8/14/2019 | SOLD | (5,000) | $ 2.79 | $ 13,950.00 | $ (4,600.00) |
| **Total Purchased (This Account):** | | **145,920** | | **$ (458,000.62)** | **Total Sold (This Account):** | | **(115,085)** | | **$ 370,590.29** | **$ (87,410.33)** Total Gain or (Loss) on This Account: |
| | | | | | **Retained Shares (This Account):** | | **30,835** | | | $ (9,403.39) Less: Losses Preceding Any Corrective Disclosure |
| | | | | | | | | | | $ (78,006.94) Yields: Net Gain or (Loss) On This Account |

| LOSS CHART: ACCOUNT NO. 2 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
| 3/27/2018 | BOUGHT | 6,500 | $ 3.12 | $ (20,280.00) | | HELD* | (6,500) | $ 0.41 | $ 2,652.91 | $ (17,627.09) |

5

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2018 | BOUGHT | 1,500 | $ 3.12 | $ (4,680.00) | | | | | | |
| | | | | | 4/5/2018 | SOLD | (1,500) | $ 2.33 | $ 3,495.00 | $ (1,185.00) |
| 4/16/2018 | BOUGHT | 174 | $ 2.31 | $ (401.94) | | HELD* | (174) | $ 0.41 | $ 71.02 | $ (330.92) |
| 4/16/2018 | BOUGHT | 826 | $ 2.31 | $ (1,908.06) | | | | | | |
| | | | | | 4/24/2018 | SOLD | (826) | $ 2.70 | $ 2,232.84 | $ 324.78 |
| | | | | $ (27,270.00) | | | | | $ 8,451.77 | $ (18,818.23) **Total Gain or (Loss) on This Account:** |
| | | | | | | | | | | $ (1,185.00) *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | $ (17,633.23) **Yields: Net Gain or (Loss) On This Account** |

**LOSS CHART: ACCOUNT NO. 3**

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2018 | BOUGHT | 2,150 | 1.74 | $ (2,148.26) | | HELD* | (2,150) | $ 0.41 | $ 877.50 | $ (1,270.76) |
| 12/10/2018 | BOUGHT | 1,000 | 1.74 | $ (998.26) | | | | | | |
| | | | | | 2/25/2019 | SOLD | (1,000) | 3.96 | $ 3,960.00 | $ 3,960.00 |
| | | | | | | | | | $ 2,689.24 | **Total Gain or (Loss) on This Account:** |
| | | | | | | | | | $ - | *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | $ 2,689.24 | **Yields: Net Gain or (Loss) On This Account** |

**OPTIONS GAINS or (LOSSES):  ACCOUNT NO. 1**

| DATE: | TRANSACTION: | OPTION: | QUANTITY: | PRICE: | TOTAL (COST) or PROCEEDS: |
|---|---|---|---|---|---|
| 4/26/2019 | Bought to Open | TEUM May 17 2019 5.0 Call | 50 | $ 0.30 | $ (1,500.00) |
| 5/20/2019 | Option Expired | TEUM May 17 2019 5.0 Call | (50) | $ - | $ - |
| | | | | Total | $ (1,500.00) |

| DATE: | TRANSACTION: | OPTION: | QUANTITY: | PRICE: | TOTAL (COST) or PROCEEDS: |
|---|---|---|---|---|---|
| 4/8/2019 | Bought to Open | TEUM May 17 2019 7.5 Call | 100 | $ 0.10 | $ (1,000.00) |
| 5/20/2019 | Option Expired | TEUM May 17 2019 7.5 Call | (100) | $ - | $ - |
| | | | | Total | $ (1,000.00) |
| | | | | **NET OPTIONS EXPENDITURES:** | $ (2,500.00) |

**SUMMARY:**

*Recoverable Losses on Common Stock:*

| | |
|---|---|
| Account No. 1: | $ (78,006.94) |
| Account No. 2: | $ (17,633.23) |
| Account No. 3: | $ 2,689.24 |
| *Expenditures on Options:* | $ (2,500.00) |
| **GRAND TOTAL:** | $ (95,450.93) |

**HELD\*** = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.

**TENDER (IPASS, INC)\*\*** = On February 15, 2019, movant obtained 6,336 shares of Pareteum common stock pursuant to a tender exchange for shares of iPASS, Inc. at a ratio of 1.17 to 1.  Movant's cost basis in iPass common stock at the time of the tender was $ 26,486.30.  This cost basis has been allocated to the shares of Pareteum acquired through the tender, at a value of approximately $ 4.18 per share.

**Pareteum Securities Litigation**
**Loss Chart for Gordon Tayloe**

| | | | |
|---|---|---|---|
| **Class Period Begins:** | 12/14/2017 | **Partial Disclosures:** | 6/7/2019 |
| **Class Period Ends:** | 10/21/2019 | | 6/26/2019 |
| **90-Day Lookback Ends:** | 1/19/2020 **NOT YET EXPIRED** | | 8/23/2019 |
| **Mean Trading Price (at 12/20/2019):** | **0.408139535** | | 8/27/2019 |
| | | | 10/21/2019 |

**LOSS CHART: ACCOUNT NO. 1**

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2018 | BOUGHT | 10,000 | $ 2.81 | $ (28,100.00) | | HELD* | (10,000) | 0.408139535 | $ 4,081.40 | $ (24,018.60) |
| 9/21/2018 | BOUGHT | 1,000 | $ 2.77 | $ (2,770.00) | | HELD* | (1,000) | 0.408139535 | $ 408.14 | $ (2,361.86) |
| 9/24/2018 | BOUGHT | 4,000 | $ 2.91 | $ (11,640.00) | | HELD* | (4,000) | 0.408139535 | $ 1,632.56 | $ (10,007.44) |
| 9/26/2018 | BOUGHT | 5,000 | $ 2.94 | $ (14,700.00) | | HELD* | (5,000) | 0.408139535 | $ 2,040.70 | $ (12,659.30) |
| 11/19/2018 | BOUGHT | 10,000 | $ 1.88 | $ (18,800.00) | | HELD* | (10,000) | 0.408139535 | $ 4,081.40 | $ (14,718.60) |
| 2/19/2019 | BOUGHT | 10,000 | $ 3.53 | $ (35,300.00) | | HELD* | (10,000) | 0.408139535 | $ 4,081.40 | $ (31,218.60) |
| 3/22/2019 | BOUGHT | 2,500 | $ 4.51 | $ (11,275.00) | | HELD* | (2,500) | 0.408139535 | $ 1,020.35 | $ (10,254.65) |
| 3/26/2019 | BOUGHT | 2,500 | $ 4.46 | $ (11,150.00) | | HELD* | (2,500) | 0.408139535 | $ 1,020.35 | $ (10,129.65) |

| | | | |
|---|---|---|---|
| **Total Purchased (This Account):** | 45,000 | **Total Sold (This Account):** | - |
| | | **Retained Shares (This Account):** | 45,000 |

$ **(115,368.72)** Total Gain or (Loss) on This Account:

**LOSS CHART: ACCOUNT NO. 2**

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2018 | BOUGHT | 2,600 | $ 2.31 | $ (6,006.00) | | HELD* | (2,600) | 0.408139535 | $ 1,061.16 | $ (4,944.84) |
| 10/8/2018 | BOUGHT | 9,800 | $ 2.57 | $ (25,186.00) | | HELD* | (9,800) | 0.408139535 | $ 3,999.77 | $ (21,186.23) |
| 10/8/2018 | BOUGHT | 200 | $ 2.565 | $ (513.00) | | HELD* | (200) | 0.408139535 | $ 81.63 | $ (431.37) |

| | | | |
|---|---|---|---|
| **Total Purchased (This Account):** | 12,600 | **Total Sold (This Account):** | - |
| | | **Retained Shares (This Account):** | 12,600 |

$ **(26,562.44)** Total Gain or (Loss) on This Account:

**LOSS CHART: ACCOUNT NO. 3**

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2019 | BOUGHT | 500 | $ 5.20 | $ (2,600.00) | | HELD* | (500) | 0.408139535 | $ 204.07 | $ (2,395.93) |

| | | | |
|---|---|---|---|
| **Total Purchased (This Account):** | 500 | **Total Sold (This Account):** | - |
| | | **Retained Shares (This Account):** | 500 |

$ **(2,395.93)** Total Gain or (Loss) on This Account:

**HELD*** = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.

**SUMMARY:**
*Recoverable Losses on Common Stock:*

| | | |
|---|---|---|
| Account No. 1: | $ | (115,368.72) |
| Account No. 2: | $ | (26,562.44) |
| Account No. 3: | $ | (2,395.93) |
| **GRAND TOTAL:** | **$** | **(144,327.09)** |