# EXHIBIT 11

**Pareteum Securities Litigation**
**Loss Chart for Robert Whitley**

| | |
|---|---|
| **Class Period Begins:** | 12/14/2017 |
| **Class Period Ends:** | 10/21/2019 |
| **90-Day Lookback Ends:** | 1/19/2020 NOT YET EXPIRED |
| **Mean Trading Price (at 12/20/2019):** | 0.408139535 |

| Partial Disclosures: | |
|---|---|
| | 6/7/2019 |
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | (TOTAL COST): | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/2018 | BOUGHT | 800 | $ 2.1775 | $ (1,742.00) | | HELD* | (800) | 0.40814 | $ 326.51 | $ (1,415.49) |
| 11/9/2018 | BOUGHT | 200 | $ 2.1776 | $ (435.52) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (353.89) |
| 11/13/2018 | BOUGHT | 3,200 | $ 2.0986 | $ (6,715.52) | | HELD* | (3,200) | 0.40814 | $ 1,306.05 | $ (5,409.47) |
| 11/13/2018 | BOUGHT | 800 | $ 2.0987 | $ (1,678.96) | | HELD* | (800) | 0.40814 | $ 326.51 | $ (1,352.45) |
| 1/2/2019 | BOUGHT | 3,000 | $ 1.7000 | $ (5,100.00) | | HELD* | (3,000) | 0.40814 | $ 1,224.42 | $ (3,875.58) |
| 2/1/2019 | BOUGHT | 1,000 | $ 2.5387 | $ (2,538.70) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (2,130.56) |
| 2/1/2019 | BOUGHT | 1,000 | $ 2.5387 | $ (2,538.70) | | | | | | |
| | | | | | 3/13/2019 | SOLD | (1,000) | $ 5.0000 | $ 5,000.00 | $ 2,461.30 |
| 2/13/2019 | BOUGHT | 2,000 | $ 2.9400 | $ (5,880.00) | | | | | | |
| 2/27/2019 | BOUGHT | 1,000 | $ 4.0500 | $ (4,050.00) | | | | | | |
| 3/4/2019 | BOUGHT | 1,000 | $ 3.7073 | $ (3,707.30) | | | | | | |
| | | | | | 3/13/2019 | SOLD | (4,000) | $ 4.7000 | $ 18,800.00 | $ 5,162.70 |
| 3/14/2019 | BOUGHT | 3,500 | $ 4.7100 | $ (16,485.00) | | HELD* | (3,500) | 0.40814 | $ 1,428.49 | $ (15,056.51) |
| 3/14/2019 | BOUGHT | 900 | $ 4.7300 | $ (4,257.00) | | HELD* | (900) | 0.40814 | $ 367.33 | $ (3,889.67) |
| 3/14/2019 | BOUGHT | 600 | $ 4.7200 | $ (2,832.00) | | HELD* | (600) | 0.40814 | $ 244.88 | $ (2,587.12) |
| 3/18/2019 | BOUGHT | 1,800 | $ 5.4386 | $ (9,789.48) | | HELD* | (1,800) | 0.40814 | $ 734.65 | $ (9,054.83) |
| 3/18/2019 | BOUGHT | 200 | $ 5.4388 | $ (1,087.76) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (1,006.13) |
| 3/19/2019 | BOUGHT | 3,700 | $ 5.4483 | $ (20,158.71) | | HELD* | (3,700) | 0.40814 | $ 1,510.12 | $ (18,648.59) |
| 3/19/2019 | BOUGHT | 3,000 | $ 5.2000 | $ (15,600.00) | | HELD* | (3,000) | 0.40814 | $ 1,224.42 | $ (14,375.58) |
| 3/19/2019 | BOUGHT | 2,000 | $ 5.6200 | $ (11,240.00) | | HELD* | (2,000) | 0.40814 | $ 816.28 | $ (10,423.72) |
| 3/19/2019 | BOUGHT | 2,000 | $ 5.1700 | $ (10,340.00) | | HELD* | (2,000) | 0.40814 | $ 816.28 | $ (9,523.72) |
| 3/19/2019 | BOUGHT | 200 | $ 5.4500 | $ (1,090.00) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (1,008.37) |
| 3/19/2019 | BOUGHT | 100 | $ 5.4488 | $ (544.88) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (504.07) |
| 3/21/2019 | BOUGHT | 1,000 | $ 4.9876 | $ (4,987.60) | | HELD* | (1,000) | 0.40814 | $ 408.14 | $ (4,579.46) |
| 3/22/2019 | BOUGHT | 5,000 | $ 4.5000 | $ (22,500.00) | | HELD* | (5,000) | 0.40814 | $ 2,040.70 | $ (20,459.30) |
| 3/22/2019 | BOUGHT | 2,000 | $ 4.6400 | $ (9,280.00) | | HELD* | (2,000) | 0.40814 | $ 816.28 | $ (8,463.72) |
| 3/29/2019 | BOUGHT | 3,000 | $ 4.4181 | $ (13,254.30) | | HELD* | (3,000) | 0.40814 | $ 1,224.42 | $ (12,029.88) |
| 3/29/2019 | BOUGHT | 200 | $ 4.5466 | $ (909.32) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (827.69) |
| 4/2/2019 | BOUGHT | 1,100 | $ 4.5750 | $ (5,032.50) | | HELD* | (1,100) | 0.40814 | $ 448.95 | $ (4,583.55) |
| 4/2/2019 | BOUGHT | 600 | $ 4.5799 | $ (2,747.94) | | HELD* | (600) | 0.40814 | $ 244.88 | $ (2,503.06) |
| 4/2/2019 | BOUGHT | 500 | $ 4.5675 | $ (2,283.75) | | HELD* | (500) | 0.40814 | $ 204.07 | $ (2,079.68) |
| 4/2/2019 | BOUGHT | 400 | $ 4.5676 | $ (1,827.04) | | HELD* | (400) | 0.40814 | $ 163.26 | $ (1,663.78) |
| 4/2/2019 | BOUGHT | 100 | $ 4.5800 | $ (458.00) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (417.19) |
| 4/2/2019 | BOUGHT | 100 | $ 4.5678 | $ (456.78) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (415.97) |
| 4/3/2019 | BOUGHT | 200 | $ 4.6767 | $ (935.34) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (853.71) |
| 4/3/2019 | BOUGHT | 200 | $ 4.9967 | $ (999.34) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (917.71) |
| 4/3/2019 | BOUGHT | 200 | $ 4.8966 | $ (979.32) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (897.69) |
| 4/3/2019 | BOUGHT | 100 | $ 4.9268 | $ (492.68) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (451.87) |
| 4/3/2019 | BOUGHT | 100 | $ 4.9267 | $ (492.67) | | HELD* | (100) | 0.40814 | $ 40.81 | $ (451.86) |
| 4/4/2019 | BOUGHT | 500 | $ 4.9175 | $ (2,458.75) | | HELD* | (500) | 0.40814 | $ 204.07 | $ (2,254.68) |
| 4/4/2019 | BOUGHT | 200 | $ 5.1067 | $ (1,021.34) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (939.71) |
| 4/5/2019 | BOUGHT | 200 | $ 4.8966 | $ (979.32) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (897.69) |
| 4/5/2019 | BOUGHT | 200 | $ 4.9666 | $ (993.32) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (911.69) |
| 4/5/2019 | BOUGHT | 200 | $ 4.9167 | $ (983.34) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (901.71) |
| 4/8/2019 | BOUGHT | 200 | $ 4.8966 | $ (979.32) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (897.69) |
| 4/12/2019 | BOUGHT | 3,000 | $ 4.0866 | $ (12,259.80) | | HELD* | (3,000) | 0.40814 | $ 1,224.42 | $ (11,035.38) |
| 4/18/2019 | BOUGHT | 500 | $ 3.9175 | $ (1,958.75) | | HELD* | (500) | 0.40814 | $ 204.07 | $ (1,754.68) |
| 4/23/2019 | BOUGHT | 500 | $ 4.1700 | $ (2,085.00) | | HELD* | (500) | 0.40814 | $ 204.07 | $ (1,880.93) |
| 4/23/2019 | BOUGHT | 200 | $ 4.1799 | $ (835.98) | | HELD* | (200) | 0.40814 | $ 81.63 | $ (754.35) |
| 4/25/2019 | BOUGHT | 500 | $ 3.9875 | $ (1,993.75) | | HELD* | (500) | 0.40814 | $ 204.07 | $ (1,789.68) |

| Date | Action | Shares | | Price | | Amount | Date | Action | Shares | Price | | Amount | | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2019 | BOUGHT | 1,000 | $ | 4.3875 | $ | (4,387.50) | | | | | | | | |
| 5/7/2019 | BOUGHT | 500 | $ | 4.8200 | $ | (2,410.00) | | | | | | | | |
| 5/29/2019 | BOUGHT | 500 | $ | 4.4531 | $ | (2,226.55) | | | | | | | | |
| | | | | | | | 6/10/2019 | SOLD | (1,100) | $ 3.0090 | $ | 3,309.90 | | |
| | | | | | | | 6/10/2019 | SOLD | (500) | $ 3.0190 | $ | 1,509.50 | | |
| | | | | | | | 6/10/2019 | SOLD | (400) | $ 3.0191 | $ | 1,207.64 | $ | (2,997.01) |
| 6/11/2019 | BOUGHT | 500 | $ | 2.6975 | $ | (1,348.75) | | HELD* | (500) | 0.40814 | $ | 204.07 | $ | (1,144.68) |
| 6/13/2019 | BOUGHT | 200 | $ | 2.9850 | $ | (597.00) | | HELD* | (200) | 0.40814 | $ | 81.63 | $ | (515.37) |
| 6/13/2019 | BOUGHT | 200 | $ | 2.9899 | $ | (597.98) | | HELD* | (200) | 0.40814 | $ | 81.63 | $ | (516.35) |
| 6/13/2019 | BOUGHT | 100 | $ | 2.9879 | $ | (298.79) | | HELD* | (100) | 0.40814 | $ | 40.81 | $ | (257.98) |
| 6/20/2019 | BOUGHT | 200 | $ | 2.8166 | $ | (563.32) | | HELD* | (200) | 0.40814 | $ | 81.63 | $ | (481.69) |
| 6/26/2019 | BOUGHT | 500 | $ | 2.4000 | $ | (1,200.00) | | HELD* | (500) | 0.40814 | $ | 204.07 | $ | (995.93) |
| 6/26/2019 | BOUGHT | 2,500 | $ | 2.4000 | $ | (6,000.00) | | | | | | | | |
| | | | | | | | 7/10/2019 | SOLD | (2,500) | $ 3.4000 | $ | 8,500.00 | $ | 2,500.00 |
| 7/2/2019 | BOUGHT | 500 | $ | 2.4199 | $ | (1,209.95) | 7/10/2019 | SOLD | (500) | $ 3.4000 | $ | 1,700.00 | $ | 490.05 |
| 7/11/2019 | BOUGHT | 1,000 | $ | 3.1975 | $ | (3,197.50) | | HELD* | (1,000) | 0.40814 | $ | 408.14 | $ | (2,789.36) |
| 7/16/2019 | BOUGHT | 200 | $ | 3.1966 | $ | (639.32) | | HELD* | (200) | 0.40814 | $ | 81.63 | $ | (557.69) |
| 7/25/2019 | BOUGHT | 200 | $ | 3.2966 | $ | (659.32) | | HELD* | (200) | 0.40814 | $ | 81.63 | $ | (577.69) |
| 8/7/2019 | BOUGHT | 2,000 | $ | 3.4500 | $ | (6,900.00) | | HELD* | (2,000) | 0.40814 | $ | 816.28 | $ | (6,083.72) |
| 9/3/2019 | BOUGHT | 2,000 | $ | 2.0000 | $ | (4,000.00) | | HELD* | (2,000) | 0.40814 | $ | 816.28 | $ | (3,183.72) |
| 9/30/2019 | BOUGHT | 5,000 | $ | 1.3083 | $ | (6,541.50) | | HELD* | (5,000) | 0.40814 | $ | 2,040.70 | $ | (4,500.80) |
| 10/3/2019 | BOUGHT | 1,000 | $ | 1.2576 | $ | (1,257.60) | | HELD* | (1,000) | 0.40814 | $ | 408.14 | $ | (849.46) |
| 10/8/2019 | BOUGHT | 1,000 | $ | 1.2667 | $ | (1,266.70) | | HELD* | (1,000) | 0.40814 | $ | 408.14 | $ | (858.56) |
| 10/10/2019 | BOUGHT | 500 | $ | 1.2050 | $ | (602.50) | | HELD* | (500) | 0.40814 | $ | 204.07 | $ | (398.43) |
| 10/14/2019 | BOUGHT | 500 | $ | 1.1650 | $ | (582.50) | | HELD* | (500) | 0.40814 | $ | 204.07 | $ | (378.43) |

| | Total Purchased: | 73,100 | | | $ | (268,483.56) | | Total Sold: | (10,000) | | | | $ | (202,702.92) Total Gain or (Loss) on This Account: |
| | | | | | | | | Total Retained: | 63,100 | | | | $ | -  *Less: Losses Preceding Any Corrective Disclosure* |
| | | | | | | | | | | | | | $ | (202,702.92) Yields: Net Gain or (Loss) On This Account |

HELD* = To estimate damages, shares retained at the end of the class period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See, generally,* 15 U.S.C. 78u-4(e).

Losses have been determined on a last in first out (LIFO) basis.