UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09767-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09795-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09849-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO and EDWARD O'DONNELL, | |
| Defendants. | |

[Caption continued on the next page.]

- 1 -

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

  v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

          Defendants.

No. 1:19-cv-09936-AKH

CLASS ACTION

**NOTICE OF MOTION AND MOTION OF CHANG LEE, M.D. AND CYNTHIA SOTO, M.D. TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that classmembers Chang Lee, M.D. and Cynthia Soto, M.D., a married couple, will and hereby do respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movants as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Pareteum Corporation ("Pareteum," "TEUM" or the "Company") from December 14, 2017 through October 21, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Lucas E. Gilmore filed herewith and all exhibits attached thereto, the pleadings

and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movants respectfully request that the Court: (1) consolidate the Related Actions; (2) appoint Movants as Lead Plaintiff on behalf of all similarly situated TEUM investors; (3) approve Movants' selection of Hagens Berman as Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: December 23, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Jason A. Zweig
    JASON A. ZWEIG, JZ-8107

555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Chang Lee, M.D. and Cynthia Soto, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*

JASON A. ZWEIG
