UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09767-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09795-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09849-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO and EDWARD O'DONNELL, | |
| Defendants. | |

[Caption continued on the next page.]

- 1 -

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

                                    Plaintiff,

        v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

                                    Defendants.

No. 1:19-cv-09936-AKH

CLASS ACTION

**DECLARATION OF LUCAS E. GILMORE
IN SUPPORT OF CHANG LEE, M.D. AND CYNTHIA SOTO, M.D.S'
MOTION TO CONSOLIDATE RELATED CASES,
APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for classmembers Chang Lee, M.D. and Cynthia Soto, M.D., a married couple (collectively, "Movants").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movants' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

        Exhibit A:    Chang Lee, M.D. and Cynthia Soto, M.D.'s sworn Certifications;

        Exhibit B:    Charts of Chang Lee, M.D. and Cynthia Soto, M.D.'s estimated losses;

Exhibit C:    Notice of pendency of class action published in *BusinessWire*, a

national business-oriented wire service, on October 22, 2019; and

Exhibit D:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 23rd day of December 2019, at San Diego,

California.


LUCAS E. GILMORE

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG