# Exhibit B

| | Account Name | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|---|
| 1 | Acct x1680 | $ 731,596.16 | $ 741,775.55 |
| 2 | Acct x644 (Custodial) | $ 4,879.01 | $ 5,027.29 |
| 3 | Acct x644 (Indiv 401k) | $ 137,813.60 | $ 140,143.16 |
| 4 | Acct x644 (Pension) | $ 151,371.18 | $ 153,480.46 |
| 5 | Acct x644 (Simplified) | $ 430.80 | $ 444.08 |
| 6 | Acct x001 (Pension) | $ 151,371.18 | $ 153,480.46 |
| 7 | Acct x001 (Simplified) | $ 49,636.22 | $ 50,165.01 |
| | TOTAL LOSSES | $ 1,227,098.16 | $ 1,244,516.00 |

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x1680**
**Class Period 12/14/17 - 10/21/19**

| | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |

Pre-Class Held

Class Period Purchases

| Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|
| 04/01/19 | 4,200 | $4.5500 | $19,110.00 | 08/06/19 | 4,200 | $3.6300 | $15,246.00 |
| 04/01/19 | 7,754 | $4.5450 | $35,241.93 | 08/06/19 | 7,754 | $3.6300 | $28,147.02 |
| 04/01/19 | 9,846 | $4.5500 | $44,799.30 | 08/06/19 | 16,046 | $3.6300 | $58,246.98 |
| 04/01/19 | 200 | $4.5500 | $910.00 | | | | |
| 04/26/19 | 6,000 | $4.1000 | $24,600.00 | | | | |
| 04/26/19 | 2,064 | $4.1000 | $8,462.40 | | | | |
| 04/30/19 | 600 | $4.5000 | $2,700.00 | | | | |
| 04/30/19 | 800 | $4.4950 | $3,596.00 | | | | |
| 04/30/19 | 8,534 | $4.5000 | $38,403.00 | | | | |
| 04/30/19 | 500 | $4.4950 | $2,247.50 | | | | |
| 04/30/19 | 2,076 | $4.5000 | $9,342.00 | | | | |
| 04/30/19 | 700 | $4.4950 | $3,146.50 | | | | |
| 04/30/19 | 100 | $4.5000 | $450.00 | | | | |
| 04/30/19 | 1,000 | $4.4990 | $4,499.00 | | | | |
| 04/30/19 | 2,290 | $4.5000 | $10,305.00 | | | | |
| 04/30/19 | 800 | $4.5000 | $3,600.00 | | | | |
| 06/04/19 | 6,300 | $3.9700 | $25,011.00 | | | | |
| 06/04/19 | 1,615 | $3.9650 | $6,403.48 | | | | |
| 06/04/19 | 4,000 | $3.9800 | $15,920.00 | | | | |
| 06/04/19 | 13,305 | $3.9900 | $53,086.95 | | | | |
| 06/14/19 | 66,666 | $3.0100 | $200,664.66 | | | | |
| 06/20/19 | 111,153 | $2.6000 | $288,997.80 | | | | |
| 06/26/19 | 6,455 | $2.1000 | $13,555.50 | | | | |
| 06/26/19 | 16,046 | $2.1000 | $33,696.60 | | | | |
| 06/26/19 | 500 | $2.1000 | $1,050.00 | | | | |
| 06/26/19 | 16,255 | $2.1000 | $34,135.50 | | | | |
| 06/26/19 | 3,999 | $2.1000 | $8,397.90 | | | | |
| 06/26/19 | 3,645 | $2.1000 | $7,654.50 | | | | |
| 06/26/19 | 1,000 | $2.1000 | $2,100.00 | | | | |
| 09/17/19 | 100 | $2.0100 | $201.00 | | | | |
| 09/17/19 | 100 | $2.0050 | $200.50 | | | | |
| 09/17/19 | 1,901 | $2.0100 | $3,821.01 | | | | |
| 09/17/19 | 22,769 | $2.0100 | $45,765.69 | | | | |
| 09/17/19 | 1,030 | $2.0100 | $2,070.30 | | | | |

Post Class Purchases | Post Class Sales

| Date | Shares | Share Price | Amount Received |
|---|---|---|---|
| 10/22/19 | 500 | $0.3731 | $186.55 |
| 10/22/19 | 600 | $0.3731 | $223.86 |
| 10/22/19 | 100 | $0.3731 | $37.31 |
| 10/22/19 | 800 | $0.3730 | $298.40 |
| 10/22/19 | 8,534 | $0.3730 | $3,183.18 |
| 10/22/19 | 6,300 | $0.3730 | $2,349.90 |
| 10/22/19 | 1,615 | $0.3730 | $602.40 |
| 10/22/19 | 4,000 | $0.3730 | $1,492.00 |
| 10/22/19 | 13,305 | $0.3730 | $4,962.77 |
| 10/22/19 | 66,666 | $0.3730 | $24,866.42 |
| 10/22/19 | 111,153 | $0.3730 | $41,460.07 |
| 10/22/19 | 16,255 | $0.3730 | $6,063.12 |
| 10/22/19 | 3,999 | $0.3737 | $1,494.43 |
| 10/22/19 | 100 | $0.3737 | $37.37 |
| 10/22/19 | 1,901 | $0.3737 | $710.40 |
| 10/22/19 | 500 | $0.3750 | $187.50 |
| 10/22/19 | 2,076 | $0.3750 | $778.50 |
| 10/22/19 | 700 | $0.3752 | $262.64 |
| 10/22/19 | 100 | $0.3752 | $37.52 |
| 10/22/19 | 6,000 | $0.3760 | $2,256.00 |
| 10/22/19 | 6,455 | $0.3760 | $2,427.08 |
| 10/22/19 | 9,846 | $0.3760 | $3,702.10 |
| 10/22/19 | 2,064 | $0.3760 | $776.06 |
| 10/22/19 | 1,000 | $0.3760 | $376.00 |
| 10/22/19 | 2,290 | $0.3760 | $861.04 |
| 10/22/19 | 3,645 | $0.3760 | $1,370.52 |
| 10/22/19 | 1,000 | $0.3770 | $377.00 |
| 10/22/19 | 800 | $0.3770 | $301.60 |
| 10/22/19 | 22,769 | $0.3770 | $8,583.91 |
| 10/22/19 | 200 | $0.3771 | $75.42 |
| 10/22/19 | 1,030 | $0.3771 | $388.41 |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 324,303 | **Total Amount Paid in CP** | $954,145.02 | |
| **Total Shares Sold in CP** | 28,000 | **Total Amount Sold in CP** | $101,640.00 | |
| **Post CP Shares Sold** | 296,303 | **Post CP Amount Sold** | $110,729.47 | |
| **Total Shares Sold to Current** | 324,303 | **Total Amount Sold to Current** | $212,369.47 | **ALTERNATIVE** |

**Actual Net Shares Acquired in CP**          296,303 **(CP Retained Shares)**

**Net Amount Paid in CP**          $852,505.02

**Net Amount Paid in CP Minus Sold to Current Date**          $741,775.55 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)**          296,303 **Automatically 0 if Negative**

**Net Shares Acquired During Class Period Held to Current Date**          0 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP**          $0.41

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**          $120,908.85

**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**          $0.00 **ALTERNATIVE**

**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**          $852,505.02 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**          $731,596.16

**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**          $741,775.55 **ALTERNATIVE**

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x644 (Custodial)**
**Class Period 12/14/17 - 10/21/19**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 09/16/19 | 685 | $2.2100 | $1,513.85 | | | | | |
| | 09/16/19 | 130 | $2.2050 | $286.65 | | | | | |
| | 09/16/19 | 1,893 | $2.2100 | $4,183.53 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | 11/04/19 | 2,708 | $0.3533 | $956.74 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 2,708 | Total Amount Paid in CP | $5,984.03 | Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |

Total Shares Sold in CP: 0
Total Amount Sold in CP: $0.00
Post CP Shares Sold: 2,708
Post CP Amount Sold: $956.74
Total Shares Sold to Current: 2,708
Total Amount Sold to Current: $956.74 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 2,708 (CP Retained Shares)

Net Amount Paid in CP: $5,984.03
Net Amount Paid in CP Minus Sold to Current Date: $5,027.29 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 2,708 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.41

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $1,105.02
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $5,984.03 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $4,879.01
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $5,027.29 **ALTERNATIVE**

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x644 (Indiv 401k)**
**Class Period 12/14/17 - 10/21/19**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 04/16/19 | 300 | $4.0600 | $1,218.00 | | | | | |
| | 04/16/19 | 100 | $4.0600 | $406.00 | | | | | |
| | 04/16/19 | 6,188 | $4.0600 | $25,123.28 | | | | | |
| | 06/05/19 | 247 | $3.6000 | $889.20 | | | | | |
| | 06/05/19 | 100 | $3.6000 | $360.00 | | | | | |
| | 06/05/19 | 3,224 | $3.6000 | $11,606.40 | | | | | |
| | 06/05/19 | 728 | $3.6000 | $2,620.80 | | | | | |
| | 06/06/19 | 7,599 | $3.4700 | $26,368.53 | | | | | |
| | 06/06/19 | 2,101 | $3.4800 | $7,311.48 | | | | | |
| | 06/06/19 | 775 | $3.4800 | $2,697.00 | | | | | |
| | 06/06/19 | 210 | $3.4800 | $730.80 | | | | | |
| | 06/06/19 | 1,550 | $3.4800 | $5,394.00 | | | | | |
| | 06/06/19 | 1,000 | $3.4800 | $3,480.00 | | | | | |
| | 06/06/19 | 1,531 | $3.4800 | $5,327.88 | | | | | |
| | 06/06/19 | 200 | $3.4800 | $696.00 | | | | | |
| | 06/06/19 | 303 | $3.4800 | $1,054.44 | | | | | |
| | 06/06/19 | 100 | $3.4800 | $348.00 | | | | | |
| | 06/06/19 | 200 | $3.4800 | $696.00 | | | | | |
| | 06/06/19 | 200 | $3.4800 | $696.00 | | | | | |
| | 06/06/19 | 1,100 | $3.4800 | $3,828.00 | | | | | |
| | 06/06/19 | 200 | $3.4800 | $696.00 | | | | | |
| | 06/06/19 | 1 | $3.4800 | $3.48 | | | | | |
| | 06/06/19 | 5,986 | $3.4800 | $20,831.28 | | | | | |
| | 06/06/19 | 500 | $3.4800 | $1,740.00 | | | | | |
| | 06/06/19 | 400 | $3.4800 | $1,392.00 | | | | | |
| | 06/06/19 | 300 | $3.4800 | $1,044.00 | | | | | |
| | 06/06/19 | 300 | $3.4800 | $1,044.00 | | | | | |
| | 06/06/19 | 400 | $3.4800 | $1,392.00 | | | | | |
| | 06/06/19 | 654 | $3.4800 | $2,275.92 | | | | | |
| | 06/06/19 | 200 | $3.4800 | $696.00 | | | | | |
| | 06/06/19 | 5,200 | $3.4800 | $18,096.00 | | | | | |
| | 06/06/19 | 800 | $3.4800 | $2,784.00 | | | | | |
| | 06/06/19 | 400 | $3.4800 | $1,392.00 | | | | | |
| | 06/06/19 | 300 | $3.4800 | $1,044.00 | | | | | |
| | 06/06/19 | 78 | $3.4800 | $271.44 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | 11/04/19 | 100 | $0.3561 | $35.61 |
| | | | | | | 11/04/19 | 10,700 | $0.3560 | $3,809.20 |
| | | | | | | 11/04/19 | 800 | $0.3558 | $284.64 |
| | | | | | | 11/04/19 | 6,799 | $0.3551 | $2,414.32 |
| | | | | | | 11/04/19 | 8,302 | $0.3550 | $2,947.21 |
| | | | | | | 11/04/19 | 300 | $0.3548 | $106.44 |
| | | | | | | 11/04/19 | 5,000 | $0.3544 | $1,772.00 |
| | | | | | | 11/04/19 | 500 | $0.3540 | $177.00 |
| | | | | | | 11/04/19 | 400 | $0.3531 | $141.24 |
| | | | | | | 11/04/19 | 10,574 | $0.3521 | $3,723.11 |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 43,475 | Total Amount Paid in CP | $155,553.93 |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |
| Post CP Shares Sold | 43,475 | Post CP Amount Sold | $15,410.77 |
| Total Shares Sold to Current | 43,475 | Total Amount Sold to Current | $15,410.77 ALTERNATIVE |

Actual Net Shares Acquired in CP   43,475  (CP Retained Shares)

Net Amount Paid in CP   $155,553.93
Net Amount Paid in CP Minus Sold to Current Date   $140,143.16 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)   43,475  Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date   0  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $0.41

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $17,740.33
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $155,553.93 ALTERNATIVE

| | |
|---|---|
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | $137,813.60 |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | $140,143.16 **ALTERNATIVE** |

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x644 (Pension)**
**Class Period 12/14/17 - 10/21/19**

| | | P U R C H A S E S | | | | | | S A L E S | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Shares | Share Price | | Amount Paid | | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | | |
| Class Period Purchases | 04/08/19 | 15,128 | $4.9000 | | $74,127.20 | | | | | | |
| | 04/10/19 | 2,688 | $4.3500 | | $11,692.80 | | | | | | |
| | 04/10/19 | 12,278 | $4.3500 | | $53,409.30 | | | | | | |
| | 04/15/19 | 7,200 | $3.8000 | | $27,360.00 | | | | | | |
| | | | | | | | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | 11/04/19 | 37,294 | $0.3515 | | $13,108.84 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| Total Shares Acquired in CP | 37,294 | Total Amount Paid in CP | $166,589.30 | |
| | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| Total Shares Sold in CP | 0 | Total  Amount Sold in CP | $0.00 | |
| Post CP Shares Sold | 37,294 | Post CP Amount Sold | $13,108.84 | |
| Total Shares Sold to Current | 37,294 | Total  Amount Sold to Current | $13,108.84 | ALTERNATIVE |

Actual Net Shares Acquired in CP    37,294    (CP Retained Shares)

| | | |
| --- | --- | --- |
| Net Amount Paid  in CP | $166,589.30 | |
| Net Amount Paid in CP Minus Sold to Current Date | $153,480.46 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
| --- | --- | --- |
| Net Shares Acquired in CP (CP Retained Shares) | 37,294 | Automatically 0 if Negative |
| Net  Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP    $0.41

| | | |
| --- | --- | --- |
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $15,218.12 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $166,589.30 | ALTERNATIVE |

| | | |
| --- | --- | --- |
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $151,371.18 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $153,480.46 | ALTERNATIVE |

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x644 (Simplified)**
**Class Period 12/14/17 - 10/21/19**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 09/03/19 | 260 | $2.0650 | $536.90 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | 11/04/19 | 260 | $0.3570 | $92.82 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 260 | Total Amount Paid in CP | $536.90 | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 | |
| Post CP Shares Sold | 260 | Post CP Amount Sold | $92.82 | |
| Total Shares Sold to Current | 260 | Total Amount Sold to Current | $92.82 | ALTERNATIVE |

Actual Net Shares Acquired in CP    260  (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $536.90 | |
| Net Amount Paid in CP Minus Sold to Current Date | $444.08 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 260 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP    $0.41

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $106.10 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $536.90 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $430.80 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $444.08 | ALTERNATIVE |

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x001 (Pension)**
**Class Period 12/14/17 - 10/21/19**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 04/08/19 | 15,128 | $4.9000 | $74,127.20 | | | | | |
| | 04/10/19 | 2,688 | $4.3500 | $11,692.80 | | | | | |
| | 04/10/19 | 12,278 | $4.3500 | $53,409.30 | | | | | |
| | 04/15/19 | 7,200 | $3.8000 | $27,360.00 | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | 11/04/19 | 37,294 | $0.3515 | $13,108.84 |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 37,294 | Total Amount Paid in CP | $166,589.30 |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |
| Post CP Shares Sold | 37,294 | Post CP Amount Sold | $13,108.84 |
| Total Shares Sold to Current | 37,294 | Total Amount Sold to Current | $13,108.84 ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 37,294 | (CP Retained Shares) |

| | |
|---|---|
| Net Amount Paid in CP | $166,589.30 |
| Net Amount Paid in CP Minus Sold to Current Date | $153,480.46 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 37,294 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $0.41 |

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $15,218.12 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $166,589.30 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $151,371.18 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $153,480.46 ALTERNATIVE |

**Loss Analysis for Chang Lee - Pareteum Corp. (TEUM)**
**Account x001 (Simplified)**
**Class Period 12/14/17 - 10/21/19**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 04/04/19 | 5,190 | $5.0600 | $26,261.40 | | | | | |
| | 04/04/19 | 5,480 | $5.0600 | $27,728.80 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | 11/04/19 | 10,670 | $0.3585 | $3,825.20 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 10,670 | Total Amount Paid in CP | $53,990.20 | |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |
| Post CP Shares Sold | 10,670 | Post CP Amount Sold | $3,825.20 |
| Total Shares Sold to Current | 10,670 | Total Amount Sold to Current | $3,825.20 ALTERNATIVE |

Actual Net Shares Acquired in CP    10,670 (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid in CP | $53,990.20 |
| Net Amount Paid in CP Minus Sold to Current Date | $50,165.01 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 10,670 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP    $0.41

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $4,353.98 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $53,990.20 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $49,636.22 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $50,165.01 ALTERNATIVE |