UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
KEVIN O'BRIEN, Individually and on Behalf  :   Civil Action No. 1:19-cv-09767-AKH
of All Others Similarly Situated,          :
                                           :   CLASS ACTION
                                           :
                    Plaintiff,             :
                                           :
                                           :
         vs.                               :
                                           :
PARETEUM CORPORATION, VICTOR               :
BOZZO, EDWARD O'DONNELL and                :
DENIS MCCARTHY,                            :
                                           :
                    Defendants.            :
————————————————————       :
AJAY SINGH, Individually and on Behalf of  :   Civil Action No. 1:19-cv-09795-AKH
All Others Similarly Situated,             :
                                           :   CLASS ACTION
                    Plaintiff,             :
                                           :
                                           :
         vs.                               :
                                           :
PARETEUM CORPORATION, ROBERT               :
TURNER, VICTOR BOZZO, EDWARD               :
O'DONNELL and DENIS MCCARTHY,              :
                                           :
                    Defendants.            :
———————————————————— x

[Caption continued on following page.]


NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4835-9096-5935.v1

---------------------------------------------------------x

LAILA MANSUR, Individually and on Behalf :    Civil Action No. 1:19-cv-09849-AKH
of All Others Similarly Situated,

       :    CLASS ACTION

             Plaintiff,

      vs.

PARETEUM CORPORATION, ROBERT
TURNER, DENIS MCCARTHY, VICTOR
BOZZO and EDWARD O'DONNELL,

           Defendants.

---------------------------------------------------------

JOHN VARGO, Individually and on Behalf of :    Civil Action No. 1:19-cv-09936-AKH
All Others Similarly Situated,

       :    CLASS ACTION

             Plaintiff,

      vs.

PARETEUM CORPORATION, ROBERT
TURNER and EDWARD O'DONNELL,

           Defendants.

---------------------------------------------------------x

4835-9096-5935.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members and proposed lead plaintiff Clarence Bassarath and James A. Lisi will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an order (1) consolidating the above-captioned related securities actions presently pending before this Court; (2) appointing Mr. Bassarath and Mr. Lisi as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and (3) approving Mr. Bassarath and Mr. Lisi's selection of Robbins Geller Rudman & Dowd LLP and Robbins LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Bassarath and Mr. Lisi submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 23, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

- 1 -

4835-9096-5935.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS LLP
BRIAN J. ROBBINS
GREGORY DEL GAIZO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4835-9096-5935.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: drosenfeld@rgrdlaw.com

4835-9096-5935.v1

# Mailing Information for a Case 1:19-cv-09767-AKH O'Brien v. Pareteum Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Jeffrey James Chapman**
  jchapman@mcguirewoods.com,cguerrero@mcguirewoods.com,Sruffin@mcguirewoods.com

- **Stephen G. Foresta**
  sforesta@orrick.com,nymao@orrick.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Gregory Mark Nespole**
  gnespole@zlk.com,jtash@zlk.com

- **Melinda Ann Nicholson**
  melinda.nicholson@ksfcounsel.com,ecf.filings@ksfcounsel.com,patrick.abercrombie@ksfcounsel.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,ceciliah@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`