UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| KEVIN O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-09767-AKH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-09795-AKH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL and DENIS MCCARTHY, | |
| Defendants. | |

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

4811-0636-5103.v1

———————————————————————— x

LAILA MANSUR, Individually and on Behalf :    Civil Action No. 1:19-cv-09849-AKH
of All Others Similarly Situated,    :

         :    CLASS ACTION

         Plaintiff,    :

         :

         vs.    :

         :

PARETEUM CORPORATION, ROBERT    :
TURNER, DENIS MCCARTHY, VICTOR    :
BOZZO and EDWARD O'DONNELL,    :

         :

         Defendants.    :

———————————————————————— :

JOHN VARGO, Individually and on Behalf of :    Civil Action No. 1:19-cv-09936-AKH
All Others Similarly Situated,    :

         :    CLASS ACTION

         Plaintiff,    :

         :

         vs.    :

         :

PARETEUM CORPORATION, ROBERT    :
TURNER and EDWARD O'DONNELL,    :

         :

         Defendants.    :

———————————————————————— x

4811-0636-5103.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movants Clarence Bassarath and James A. Lisi and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of Mr. Bassarath and Mr. Lisi's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Notice of pendency of first-filed class action published on *Business Wire*, a national business-oriented wire service, on October 22, 2019;

Exhibit 2:    Mr. Bassarath and Mr. Lisi's Sworn Certifications;

Exhibit 3:    Chart of Mr. Bassarath and Mr. Lisi's estimated losses, prepared by counsel; and

Exhibit 4:    Joint Declaration in Support of Lead Plaintiff Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of December, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4811-0636-5103.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4811-0636-5103.v1

# Mailing Information for a Case 1:19-cv-09767-AKH O'Brien v. Pareteum Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Jeffrey James Chapman**
  jchapman@mcguirewoods.com,cguerrero@mcguirewoods.com,Sruffin@mcguirewoods.com

- **Stephen G. Foresta**
  sforesta@orrick.com,nymao@orrick.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Gregory Mark Nespole**
  gnespole@zlk.com,jtash@zlk.com

- **Melinda Ann Nicholson**
  melinda.nicholson@ksfcounsel.com,ecf.filings@ksfcounsel.com,patrick.abercrombie@ksfcounsel.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,ceciliah@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)