# EXHIBIT 3

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| James A. Lisi | 03/01/2019 | 4,100 | $4.05 | $16,596.39 | 04/29/2019 | 5,000 | $4.39 | $21,957.00 | |
| | 03/01/2019 | 4,700 | $3.99 | $18,750.65 | 04/29/2019 | 1,000 | $4.40 | $4,396.70 | |
| | 03/01/2019 | 2,300 | $4.02 | $9,240.71 | 04/29/2019 | 4,000 | $4.39 | $17,560.00 | |
| | 03/01/2019 | 600 | $4.03 | $2,416.08 | 04/30/2019 | 5,400 | $4.35 | $23,490.54 | |
| | 03/01/2019 | 2,350 | $3.98 | $9,352.77 | 04/30/2019 | 4,700 | $4.32 | $20,316.22 | |
| | 03/04/2019 | 4,700 | $3.84 | $18,047.53 | 04/30/2019 | 300 | $4.39 | $1,317.00 | |
| | 03/04/2019 | 1,690 | $3.81 | $6,438.90 | 04/30/2019 | 1,600 | $4.39 | $7,028.80 | |
| | 03/04/2019 | 660 | $3.81 | $2,513.02 | 04/30/2019 | 500 | $4.39 | $2,195.00 | |
| | 03/04/2019 | 100 | $3.88 | $388.00 | 04/30/2019 | 2,600 | $4.39 | $11,414.26 | |
| | 03/04/2019 | 200 | $3.87 | $774.00 | 04/30/2019 | 5,000 | $4.53 | $22,654.00 | |
| | 03/04/2019 | 1,350 | $3.88 | $5,238.00 | 07/26/2019 | 1 | $3.25 | $3.25 | |
| | 03/04/2019 | 100 | $3.87 | $387.00 | 07/26/2019 | 30 | $3.25 | $97.50 | |
| | 03/04/2019 | 600 | $3.88 | $2,328.00 | 07/26/2019 | 4,669 | $3.25 | $15,174.25 | |
| | 03/04/2019 | 2,400 | $3.87 | $9,287.52 | 07/26/2019 | 530 | $3.25 | $1,722.50 | |
| | 03/04/2019 | 7,750 | $3.87 | $29,980.10 | 07/26/2019 | 4,470 | $3.28 | $14,662.05 | |
| | 03/04/2019 | 500 | $3.87 | $1,934.95 | 08/26/2019 | 2,350 | $2.40 | $5,640.00 | |
| | 03/04/2019 | 8,250 | $3.88 | $31,996.80 | 08/27/2019 | 3,000 | $2.30 | $6,900.00 | |
| | 03/04/2019 | 50 | $3.88 | $193.82 | 08/27/2019 | 4,000 | $2.31 | $9,240.00 | |
| | 05/01/2019 | 2,686 | $4.69 | $12,597.34 | 10/28/2019 | 9,500 | $0.40 | $3,781.00 | |
| | 05/01/2019 | 5,814 | $4.69 | $27,261.26 | 10/28/2019 | 100 | $0.40 | $39.76 | |
| | 05/01/2019 | 200 | $4.65 | $930.00 | 10/28/2019 | 100 | $0.40 | $39.74 | |
| | 05/01/2019 | 5,300 | $4.65 | $24,645.00 | 10/28/2019 | 600 | $0.40 | $238.32 | |
| | 05/01/2019 | 9,289 | $4.66 | $43,286.74 | 10/28/2019 | 1,046 | $0.40 | $415.37 | |
| | 05/01/2019 | 1,711 | $4.65 | $7,956.15 | 10/28/2019 | 100 | $0.40 | $39.72 | |
| | 05/01/2019 | 2,600 | $4.65 | $12,090.00 | 10/28/2019 | 604 | $0.40 | $239.85 | |
| | 05/01/2019 | 8,800 | $4.66 | $41,008.00 | 10/28/2019 | 1,700 | $0.40 | $674.90 | |
| | 08/06/2019 | 100 | $3.39 | $338.50 | 10/28/2019 | 100 | $0.40 | $39.69 | |
| | 08/06/2019 | 100 | $3.39 | $338.99 | 10/28/2019 | 100 | $0.40 | $39.71 | |
| | 08/06/2019 | 100 | $3.39 | $338.50 | 10/28/2019 | 200 | $0.40 | $79.40 | |
| | 08/06/2019 | 50 | $3.39 | $169.50 | 10/28/2019 | 100 | $0.40 | $39.69 | |
| | 08/30/2019 | 100 | $2.13 | $212.70 | 10/28/2019 | 100 | $0.40 | $39.70 | |
| | 09/05/2019 | 500 | $2.01 | $1,002.50 | 10/28/2019 | 100 | $0.40 | $39.68 | |
| | 09/09/2019 | 470 | $1.87 | $878.90 | 10/28/2019 | 100 | $0.40 | $39.70 | |
| | 09/09/2019 | 600 | $1.87 | $1,122.00 | 10/28/2019 | 100 | $0.40 | $39.67 | |
| | 09/09/2019 | 600 | $1.87 | $1,122.00 | 10/28/2019 | 100 | $0.40 | $39.66 | |
| | 09/09/2019 | 600 | $1.87 | $1,122.00 | 10/28/2019 | 200 | $0.40 | $79.40 | |
| | 09/09/2019 | 4,430 | $1.87 | $8,284.10 | 10/28/2019 | 200 | $0.40 | $79.30 | |
| | 09/11/2019 | 1,900 | $1.96 | $3,724.00 | 10/28/2019 | 100 | $0.40 | $39.57 | |
| | 09/11/2019 | 15,900 | $1.97 | $31,323.00 | 10/28/2019 | 100 | $0.40 | $39.56 | |
| | 09/18/2019 | 2,300 | $2.04 | $4,680.50 | 10/28/2019 | 57,450 | $0.40 | $22,698.50 | |
| | 09/18/2019 | 3,882 | $2.04 | $7,919.28 | | | | | |
| | 09/18/2019 | 7,500 | $2.04 | $15,300.00 | | | | | |
| | 09/18/2019 | 3,918 | $2.06 | $8,078.52 | | | | | |
| | 10/10/2019 | 100 | $1.26 | $125.50 | | | | | |
| | | **121,950** | | **$421,719.21** | | **121,950** | | **$214,570.95** | **($207,148.27)** |
| Clarence Bassarath account 1 | 12/20/2017 | 2,000 | $1.53 | $3,052.60 | 01/17/2018 | 26,591 | $2.32 | $61,717.71 | |
| | 12/26/2017 | 1,397 | $2.74 | $3,827.78 | 04/30/2018 | 300 | $2.90 | $868.50 | |
| | 12/26/2017 | 8,300 | $2.73 | $22,659.00 | 08/28/2018 | 100 | $2.73 | $273.03 | |
| | 12/26/2017 | 10,303 | $2.75 | $28,333.25 | 08/28/2018 | 100 | $2.76 | $275.50 | |
| | 12/27/2017 | 5,000 | $2.63 | $13,135.00 | 08/28/2018 | 200 | $2.76 | $552.50 | |
| | 01/17/2018 | 1,500 | $2.35 | $3,525.00 | 08/28/2018 | 200 | $2.76 | $552.56 | |
| | 01/17/2018 | 3,400 | $2.34 | $7,956.00 | 08/28/2018 | 200 | $2.74 | $547.00 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | 25,100 | $2.36 | $59,210.90 | 08/28/2018 | 400 | $2.76 | $1,104.64 |
| 01/19/2018 | 20,000 | $2.31 | $46,200.00 | 08/28/2018 | 400 | $2.76 | $1,104.56 |
| 01/24/2018 | 400 | $2.17 | $868.00 | 08/28/2018 | 4,800 | $2.76 | $13,224.00 |
| 01/24/2018 | 1,000 | $2.12 | $2,116.80 | 08/28/2018 | 6,200 | $2.75 | $17,050.00 |
| 01/24/2018 | 1,000 | $2.21 | $2,208.20 | 08/28/2018 | 11,300 | $2.74 | $30,962.00 |
| 01/24/2018 | 1,100 | $2.19 | $2,406.69 | 08/28/2018 | 15,700 | $2.73 | $42,861.00 |
| 01/24/2018 | 3,500 | $2.13 | $7,447.30 | 08/28/2018 | 36,400 | $2.72 | $99,008.00 |
| 01/24/2018 | 5,000 | $2.18 | $10,900.00 | 09/20/2018 | 500 | $2.80 | $1,400.05 |
| 03/08/2018 | 2,800 | $2.75 | $7,697.20 | 03/19/2019 | 14 | $4.97 | $69.58 |
| 03/15/2018 | 200 | $2.80 | $559.00 | 03/19/2019 | 4,200 | $4.97 | $20,874.00 |
| 04/27/2018 | 100 | $2.78 | $277.63 | 03/19/2019 | 6,200 | $4.98 | $30,876.00 |
| 04/27/2018 | 900 | $2.75 | $2,470.50 | 03/19/2019 | 7,590 | $5.01 | $38,025.90 |
| 04/27/2018 | 1,000 | $2.78 | $2,780.00 | 03/19/2019 | 15,998 | $4.96 | $79,350.08 |
| 04/30/2018 | 100 | $2.88 | $287.63 | 03/19/2019 | 21,509 | $4.99 | $107,329.91 |
| 04/30/2018 | 200 | $2.89 | $577.00 | 03/19/2019 | 29,489 | $5.00 | $147,445.00 |
| 04/30/2018 | 300 | $2.90 | $868.50 | 12/18/2019 | 10 | $0.45 | $4.46 |
| 05/01/2018 | 100 | $2.95 | $295.00 | 12/18/2019 | 100 | $0.44 | $44.47 |
| 05/01/2018 | 100 | $2.95 | $295.00 | 12/18/2019 | 128 | $0.45 | $57.01 |
| 05/01/2018 | 300 | $2.89 | $865.89 | 12/18/2019 | 200 | $0.45 | $89.34 |
| 05/02/2018 | 700 | $2.91 | $2,034.41 | 12/18/2019 | 200 | $0.45 | $89.10 |
| 05/03/2018 | 100 | $2.98 | $297.63 | 12/18/2019 | 300 | $0.44 | $133.44 |
| 05/03/2018 | 100 | $2.98 | $297.63 | 12/18/2019 | 500 | $0.45 | $222.50 |
| 05/07/2018 | 2,300 | $2.78 | $6,393.77 | 12/18/2019 | 800 | $0.44 | $355.92 |
| 05/09/2018 | 2,000 | $2.38 | $4,755.80 | 12/18/2019 | 1,095 | $0.45 | $488.70 |
| 05/09/2018 | 2,000 | $2.88 | $5,755.20 | 12/18/2019 | 10,000 | $0.43 | $4,300.00 |
| 08/07/2018 | 1,000 | $2.82 | $2,820.10 | 12/18/2019 | 10,000 | $0.43 | $4,300.00 |
| 08/29/2018 | 100 | $2.83 | $282.78 | 12/18/2019 | 20,000 | $0.43 | $8,665.30 |
| 08/29/2018 | 100 | $2.83 | $282.79 | 12/18/2019 | 25,500 | $0.41 | $10,386.15 |
| 08/29/2018 | 300 | $2.82 | $847.11 | 12/18/2019 | 26,667 | $0.44 | $11,778.81 |
| 08/29/2018 | 1,000 | $2.83 | $2,829.00 | | | | |
| 08/29/2018 | 1,600 | $2.84 | $4,542.40 | | | | |
| 08/29/2018 | 1,600 | $2.82 | $4,511.84 | | | | |
| 08/29/2018 | 3,500 | $2.84 | $9,936.50 | | | | |
| 08/29/2018 | 3,500 | $2.82 | $9,870.00 | | | | |
| 08/29/2018 | 3,800 | $2.83 | $10,754.00 | | | | |
| 08/29/2018 | 4,600 | $2.84 | $13,064.00 | | | | |
| 08/29/2018 | 5,000 | $2.84 | $14,200.00 | | | | |
| 08/29/2018 | 7,500 | $2.87 | $21,524.25 | | | | |
| 08/29/2018 | 9,509 | $2.84 | $26,996.05 | | | | |
| 08/29/2018 | 10,000 | $2.85 | $28,500.00 | | | | |
| 08/29/2018 | 10,000 | $2.84 | $28,400.00 | | | | |
| 08/29/2018 | 10,391 | $2.83 | $29,406.53 | | | | |
| 10/18/2018 | 1,000 | $2.54 | $2,537.90 | | | | |
| 10/18/2018 | 1,000 | $2.54 | $2,536.90 | | | | |
| 10/22/2018 | 400 | $2.33 | $931.96 | | | | |
| 10/22/2018 | 5,600 | $2.33 | $13,046.32 | | | | |
| 11/13/2018 | 100 | $1.97 | $197.25 | | | | |
| 02/15/2019 | 500 | $3.74 | $1,871.45 | | | | |
| 02/15/2019 | 500 | $3.75 | $1,873.90 | | | | |
| 02/15/2019 | 500 | $3.75 | $1,873.85 | | | | |
| 02/15/2019 | 500 | $3.58 | $1,791.60 | | | | |
| 02/25/2019 | 491 | $3.92 | $1,927.03 | | | | |
| 02/25/2019 | 1,800 | $3.86 | $6,947.82 | | | | |
| 02/28/2019 | 200 | $4.05 | $809.50 | | | | |
| 03/21/2019 | 1,248 | $4.69 | $5,846.88 | | | | |
| 03/21/2019 | 9,748 | $4.69 | $45,718.12 | | | | |

|  | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
|  | 03/21/2019 | 29,173 | $4.70 | $137,113.10 |  |  |  |  |  |
|  | 03/21/2019 | 29,831 | $4.71 | $140,504.01 |  |  |  |  |  |
|  | 03/22/2019 | 100 | $4.59 | $458.80 |  |  |  |  |  |
|  | 03/22/2019 | 200 | $4.61 | $921.14 |  |  |  |  |  |
|  | 03/22/2019 | 200 | $4.60 | $919.14 |  |  |  |  |  |
|  | 03/22/2019 | 500 | $4.63 | $2,316.60 |  |  |  |  |  |
|  | 03/22/2019 | 1,000 | $4.59 | $4,586.10 |  |  |  |  |  |
|  | 03/25/2019 | 100 | $4.43 | $442.50 |  |  |  |  |  |
|  | 03/25/2019 | 500 | $4.44 | $2,217.50 |  |  |  |  |  |
|  | 03/25/2019 | 1,700 | $4.43 | $7,531.00 |  |  |  |  |  |
|  | 03/25/2019 | 2,600 | $4.44 | $11,544.00 |  |  |  |  |  |
|  | 03/25/2019 | 5,421 | $4.42 | $23,960.82 |  |  |  |  |  |
|  | 03/25/2019 | 7,179 | $4.45 | $31,946.55 |  |  |  |  |  |
|  | 03/28/2019 | 500 | $4.43 | $2,213.45 |  |  |  |  |  |
|  | 06/07/2019 | 500 | $2.42 | $1,211.25 |  |  |  |  |  |
|  | 09/20/2019 | 2,200 | $1.65 | $3,629.78 |  |  |  |  |  |
|  | 09/20/2019 | 2,800 | $1.65 | $4,620.00 |  |  |  |  |  |
|  |  | **283,891** |  | **$923,167.88** |  | **283,891** |  | **$736,386.72** | **($186,781.16)** |
| **Clarence Bassarath account 2** | 01/26/2018 | 600 | $2.26 | $1,356.00 | 05/29/2018 | 6,600 | $2.41 | $15,906.00 |  |
|  | 01/26/2018 | 5,250 | $2.26 | $11,865.00 | 02/19/2019 | 6,000 | $3.72 | $22,320.00 |  |
|  | 03/20/2018 | 350 | $2.90 | $1,015.00 | held | 43,250 | $0.41 | $17,652.03 |  |
|  | 03/20/2018 | 400 | $2.91 | $1,164.00 |  |  |  |  |  |
|  | 02/05/2019 | 100 | $2.99 | $299.00 |  |  |  |  |  |
|  | 02/05/2019 | 100 | $2.99 | $299.00 |  |  |  |  |  |
|  | 02/05/2019 | 800 | $3.00 | $2,400.00 |  |  |  |  |  |
|  | 02/05/2019 | 1,000 | $2.99 | $2,990.00 |  |  |  |  |  |
|  | 02/05/2019 | 1,000 | $2.99 | $2,990.00 |  |  |  |  |  |
|  | 02/13/2019 | 500 | $2.96 | $1,480.00 |  |  |  |  |  |
|  | 02/13/2019 | 1,000 | $3.00 | $3,000.00 |  |  |  |  |  |
|  | 02/13/2019 | 1,500 | $3.03 | $4,545.00 |  |  |  |  |  |
|  | 03/29/2019 | 100 | $4.43 | $443.00 |  |  |  |  |  |
|  | 03/29/2019 | 200 | $4.43 | $886.00 |  |  |  |  |  |
|  | 03/29/2019 | 900 | $4.43 | $3,987.00 |  |  |  |  |  |
|  | 03/29/2019 | 1,500 | $4.41 | $6,615.00 |  |  |  |  |  |
|  | 03/29/2019 | 4,600 | $4.44 | $20,424.00 |  |  |  |  |  |
|  | 03/29/2019 | 5,244 | $4.41 | $23,126.04 |  |  |  |  |  |
|  | 03/29/2019 | 5,400 | $4.43 | $23,922.00 |  |  |  |  |  |
|  | 03/29/2019 | 6,000 | $4.42 | $26,520.00 |  |  |  |  |  |
|  | 03/29/2019 | 16,056 | $4.44 | $71,288.64 |  |  |  |  |  |
|  | 04/08/2019 | 3,250 | $4.77 | $15,502.50 |  |  |  |  |  |
|  |  | **55,850** |  | **$226,117.18** |  | **55,850** |  | **$55,878.03** | **($170,239.15)** |
| **Clarence Bassarath account 3** | 02/06/2019 | 750 | $2.92 | $2,190.00 | held | 750 | $0.41 | $306.10 |  |
|  |  | **750** |  | **$2,190.00** |  | **750** |  | **$306.10** | **($1,883.90)** |
| **Movants' Total** |  | **462,441** |  | **$1,573,194.27** |  | **462,441** |  | **$1,007,141.81** | **_($566,052.47)_** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $0.41 as of December 20, 2019 for common stock.

Prices listed are rounded up to two decimal places.