# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

KEVIN O'BRIEN, Individually and on Behalf
of All Others Similarly Situated,

                        Plaintiff,

       vs.

PARETEUM CORPORATION, VICTOR
BOZZO, EDWARD O'DONNELL and
DENIS MCCARTHY,

                    Defendants.

—————————————————————————— 

AJAY SINGH, Individually and on Behalf of
All Others Similarly Situated,

                        Plaintiff,

       vs.

PARETEUM CORPORATION, ROBERT
TURNER, VICTOR BOZZO, EDWARD
O'DONNELL and DENIS MCCARTHY,

                    Defendants.

—————————————————————————— x

Civil Action No. 1:19-cv-09767-AKH

CLASS ACTION

Civil Action No. 1:19-cv-09795-AKH

CLASS ACTION

[Caption continued on following page.]

DECLARATION OF JAMES LISI AND CLARENCE BASSARATH IN SUPPORT OF
MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

```
                                                        x
LAILA MANSUR, Individually and on Behalf   :    Civil Action No. 1:19-cv-09849-AKH
of All Others Similarly Situated,
                                           :
                                                CLASS ACTION
                                           :
                       Plaintiff,          :
                                           :
         vs.                               :
                                           :
PARETEUM CORPORATION, ROBERT               :
TURNER, DENIS MCCARTHY, VICTOR             :
BOZZO and EDWARD O'DONNELL,                :
                                           :
                       Defendants.         :
                                           :
JOHN VARGO, Individually and on Behalf of  :    Civil Action No. 1:19-cv-09936-AKH
All Others Similarly Situated,
                                           :
                                                CLASS ACTION
                                           :
                       Plaintiff,          :
                                           :
         vs.                               :
                                           :
PARETEUM CORPORATION, ROBERT               :
TURNER and EDWARD O'DONNELL,               :
                                           :
                       Defendants.         :
                                                        x
```

Pareteum Corporation ("Pareteum" or the "Company") investors James Lisi and Clarence Bassarath, declare as follows:

1. We respectfully submit this joint declaration in support of our motion for consolidation, to be appointed Lead Plaintiff in the above-captioned actions, and for approval of our selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Robbins LLP to be appointed as Lead Counsel for the class. We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2. As set forth in our certifications, we each purchased Pareteum securities during the Class Period and suffered substantial losses.

3. We are informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

4. I, James Lisi, suffered substantial losses as a result of my transactions in Pareteum securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I have approximately 30 years of investing experience, hold an MBA degree, and am an industrial engineer and business valuation expert. I currently reside in Santa Barbara, California. I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

5. I, Clarence Bassarath, suffered substantial losses as a result of my transactions in Pareteum securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I have approximately 10 years of investing experience, hold a JD degree, and am employed as a claims professional with Travelers. I currently reside in Westbury, New York. I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

6.      We understand our responsibilities as class representatives and as Lead Plaintiff, including the duty to provide fair and adequate representation to all members of the class, and will fulfill these responsibilities to the best of our abilities. We understand that our duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class.  In performing these duties, we will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      We understand that we are seeking to be appointed as Lead Plaintiff together. If appointed as Lead Plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller and Robbins LLP, in the prosecution of this action. We understand that as Lead Plaintiff, we have fiduciary obligations to fairly and adequately represent the class by vigorously prosecuting this case on behalf of the class. We understand that one of the primary responsibilities of the Lead Plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently.

8.      Prior to filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against Defendants; our interest in serving jointly as Lead Plaintiff; and ensuring that the Class's claims will be efficiently and zealously prosecuted, without duplicative efforts, by our oversight of our proposed Lead Counsel, Robbins Geller and Robbins LLP. We believe that two sophisticated, experienced, and geographically diverse investors serving as Lead Plaintiff will have a positive effect on the quality of the representation provided to absent class members.

9.      We also discussed a Lead Plaintiff's obligation to select Lead Counsel, and to supervise the prosecution of the case to guarantee that the action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone and email.

10.     We have obtained each other's contact information. Either one of us may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that these meetings or conference calls may be conducted without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via e-mail, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff. We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation.

11.     We intend to work together to oversee the litigation in a manner that will best serve the interests of the class. If any disagreements arise, we will make decisions based on consensus.

12.     We decided, after careful consideration, to select the law firms of Robbins Geller and Robbins LLP to serve as Lead Counsel. We are satisfied that our chosen counsel is experienced in prosecuting actions of this nature and capable of diligently prosecuting the Class's claims under our supervision. We have instructed our counsel to conduct the litigation in an efficient manner and to provide updates regularly, or as frequently as necessary.

13.     We are aware that we could select any counsel to represent us, and that we were not and are not required or compelled to recommend Robbins Geller and Robbins LLP as class counsel. By submitting this declaration, we are personally ratifying Robbins Geller and Robbins LLP as our choice for that role in this litigation.

- 3 -

- 4 -

14.     Before filing this motion, we were aware of each other's interest in leading this case. We considered the benefits and potential drawbacks of proceeding individually or jointly as Lead Plaintiff. After considering the options, we decided to file a joint motion. Because of the complexity of the case, our collective investing experience and sophistication, and the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the Class.

15.     We have no interests antagonistic to the interests of the class and do not believe that we are subject to any unique defenses.

- 5 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of December, 2019.

DocuSigned by:

*James Lisi*

DC41D47818E84BD...

JAMES LISI

- 6 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of December, 2019.

_____
CLARENCE BASSARATH