**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>Defendants. | Case No. 1:19-cv-09767-AKH |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>Defendants. | Case No. 1:19-cv-09795-AKH |
| LAILA MANSUR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL,<br><br>Defendants. | Case No. 1:19-cv-09849-AKH |

[Caption continued on next page.]

| | |
|---|---|
| JOHN VARGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,<br><br>Defendants. | Case No. 1:19-cv-09936-AKH |

### CACIOPPO & DARLEY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

Putative Class members and Lead Plaintiff movants Philip Cacioppo and Reed Darley ("Cacioppo & Darley" or "Movants"), by and through their undersigned counsel, will, and hereby do, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order, submitted herewith: (1) consolidating the above-captioned actions; (2) appointing Cacioppo & Darley as Lead Plaintiffs pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, *et seq.*; (3) approving Cacioppo & Darley's selection of the law firm of Scott+Scott Attorneys at Law LLP to serve as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law in support hereof; the Declaration of Thomas L. Laughlin, IV in support hereof, and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and oral argument as may be presented to the Court.

DATED:  December 23, 2019

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

Rhiana L. Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Proposed Lead Counsel for Lead Plaintiff
Movants Philip Cacioppo and Reed Darley*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
