UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>        Defendants. | Case No: 1:19-cv-09767-AKH<br><br>CLASS ACTION |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>        Defendants. | Case No: 1:19-cv-09795-AKH<br><br>CLASS ACTION |

[Caption continues on following page]

LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL,

Defendants.

Case No: 1:19-cv-09849-AKH

CLASS ACTION

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

Defendants.

Case No: 1:19-cv-09936-AKH

CLASS ACTION

**NOTICE OF MOTION AND MOTION OF NIKO HOLDING & INVESTMENT LIMITED FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that NIKO Holding & Investment Limited ("NIKO Holding" or "Movant") will and hereby does respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on behalf of a class consisting of all persons and entities, other than defendants, who purchased or otherwise acquired Pareteum Corporation securities between December 14, 2017 and October 21, 2019, inclusive; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of W. Scott Holleman, the [Proposed] Order Consolidating the Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: December 23, 2019                    Respectfully submitted,

                                            **BRAGAR EAGEL & SQUIRE, P.C.**

                                            By: */s/ W. Scott Holleman*
                                            W. Scott Holleman
                                            885 Third Avenue, Suite 3040
                                            New York, NY 10022
                                            Telephone:  (646) 860-9449

1

Facsimile:  (212) 214-0506
Email: holleman@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, W. Scott Holleman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 23th day of December, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman
