**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>              Defendants. | Case No. 1:19-cv-09767-AKH |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>              Defendants. | Case No. 1:19-cv-09795-AKH |
| LAILA MANSUR, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL,<br><br>              Defendants. | Case No. 1:19-cv-09849-AKH |

[Caption continued on next page.]

| | |
|---|---|
| JOHN VARGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,<br><br>Defendants. | Case No. 1:19-cv-09936-AKH |

## DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF CACIOPPO & DARLEY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF THEIR SELECTION OF <u>LEAD COUNSEL</u>

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.    I am an attorney with Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movants and putative class members Philip Cacioppo and Reed Darley ("Cacioppo & Darley" or "Movants"). I make this Declaration in support of Cacioppo & Darley's motion for: (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiffs; (3) approval of their selection of Scott+Scott as Lead Counsel for the class; and (4) such other and further relief as the Court may deem just and proper.

2.    Attached are true and correct copies of the following:

Exhibit 1:    Notice published on October 22, 2019, via *Business Wire*;

Exhibit 2:    Movants' Certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit 3:    Movants' Loss Charts;

Exhibit 4:    Movants' Joint Declaration; and

Exhibit 5:    Scott+Scott's Firm Résumé.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of December, 2019, in New York, New York.

 *s/ Thomas L. Laughlin, IV*          
THOMAS L. LAUGHLIN, IV

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
