# EXHIBIT 2

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Philip Cacioppo, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaints related to this case and I authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of the purchasers of Pareteum Corporation ("Pareteum") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Phoenix, Arizona_ . (City, State)

_10/29/19_
Date

_Philip Cacioppo_
Philip Cacioppo

# Schedule A

**PARETEUM CORP**                    **Ticker:** **TEUM**         **Cusip:** **69946T207**

Class Period: 12/14/2017 to 10/21/2019

**PHILIP CACIOPPO**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| Purchases: | 3/18/2019 | 100 | $5.14 |
|  | 3/18/2019 | 200 | $5.14 |
|  | 3/18/2019 | 100 | $5.14 |
|  | 3/18/2019 | 41 | $5.15 |
|  | 3/18/2019 | 100 | $5.16 |
|  | 3/18/2019 | 100 | $5.15 |
|  | 3/18/2019 | 100 | $5.16 |
|  | 3/18/2019 | 100 | $5.16 |
|  | 3/18/2019 | 9 | $5.17 |
|  | 3/18/2019 | 100 | $5.17 |
|  | 3/18/2019 | 1,000 | $5.17 |
|  | 3/18/2019 | 100 | $5.17 |
|  | 3/18/2019 | 1,000 | $5.17 |
|  | 3/18/2019 | 100 | $5.17 |
|  | 3/18/2019 | 100 | $5.18 |
|  | 3/18/2019 | 200 | $5.17 |
|  | 3/18/2019 | 100 | $5.18 |
|  | 3/18/2019 | 100 | $5.18 |
|  | 3/18/2019 | 500 | $5.18 |
|  | 3/18/2019 | 100 | $5.18 |
|  | 3/18/2019 | 100 | $5.19 |
|  | 3/18/2019 | 100 | $5.19 |
|  | 3/18/2019 | 100 | $5.19 |
|  | 3/18/2019 | 500 | $5.19 |
|  | 3/18/2019 | 100 | $5.19 |

| Date | Quantity | Price |
|---|---|---|
| 3/18/2019 | 300 | $5.19 |
| 3/18/2019 | 13,550 | $5.20 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 7,600 | $5.19 |
| 3/18/2019 | 27 | $5.19 |
| 3/18/2019 | 73 | $5.19 |
| 3/18/2019 | 1,000 | $5.19 |
| 3/18/2019 | 1,300 | $5.19 |
| 3/18/2019 | 8,200 | $5.19 |
| 3/18/2019 | 1,000 | $5.19 |
| 3/18/2019 | 425 | $5.18 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 583 | $5.20 |
| 3/18/2019 | 400 | $5.20 |
| 3/18/2019 | 200 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 400 | $5.20 |
| 3/18/2019 | 685 | $5.20 |
| 3/18/2019 | 832 | $5.20 |
| 3/18/2019 | 209 | $5.20 |
| 3/18/2019 | 38 | $5.20 |
| 3/18/2019 | 11,500 | $5.20 |
| 3/18/2019 | 2,417 | $5.20 |
| 3/18/2019 | 836 | $5.20 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 200 | $5.19 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 100 | $5.19 |
| 3/18/2019 | 500 | $5.20 |
| 3/18/2019 | 4,400 | $5.20 |

| Date | Shares | Price |
|---|---|---|
| 3/18/2019 | 400 | $5.20 |
| 3/18/2019 | 3,900 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 9,200 | $5.20 |
| 3/18/2019 | 2,000 | $5.20 |
| 3/18/2019 | 5,500 | $5.20 |
| 3/18/2019 | 200 | $5.20 |
| 3/18/2019 | 2,000 | $5.20 |
| 3/18/2019 | 600 | $5.20 |
| 3/18/2019 | 600 | $5.20 |
| 3/18/2019 | 400 | $5.20 |
| 3/18/2019 | 200 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 700 | $5.20 |
| 3/18/2019 | 200 | $5.20 |
| 3/18/2019 | 2,475 | $5.20 |
| 3/18/2019 | 500 | $5.20 |
| 3/18/2019 | 1,200 | $5.20 |
| 3/18/2019 | 400 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 300 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 100 | $5.20 |
| 3/18/2019 | 1,400 | $5.20 |
| 3/18/2019 | 100 | $5.33 |
| 3/18/2019 | 200 | $5.33 |
| 3/18/2019 | 5,500 | $5.34 |
| 3/18/2019 | 2,330 | $5.20 |
| 3/19/2019 | 300 | $5.20 |
| 3/20/2019 | 8,400 | $5.21 |
| 3/22/2019 | 300 | $4.60 |
| 4/12/2019 | 210 | $4.14 |
| 4/15/2019 | 400 | $3.90 |
| 5/13/2019 | 400 | $4.11 |

| | | | |
|---|---|---:|---:|
| | 6/6/2019 | 350 | $3.43 |
| | 6/7/2019 | 500 | $3.26 |
| | 6/10/2019 | 600 | $2.94 |
| | 7/1/2019 | 1,860 | $2.70 |
| | 8/30/2019 | 1,050 | $2.19 |
| | 9/20/2019 | 3,900 | $1.65 |
| **Sales:** | 7/8/2019 | 1,860 | $2.98 |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Reed Darley, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the complaints related to this case and I authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers on my behalf.

2.      I am willing to serve as a representative party on behalf of the purchasers of Pareteum Corporation ("Pareteum") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3.      During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4.      I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5.      I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Lehi, Utah_____. (City, State)


__12/20/2019___                          __/s/ Reed Bryce Darley_____
Date                                     Reed Darley

# Schedule A

**PARETEUM CORP**                    **Ticker:**  **TEUM**          **Cusip:**  **69946T207**

Class Period: 12/14/2017 to 10/21/2019

**REED BRYCE DARLEY**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 12/20/2017 | 4,800 | $1.70 |
| | 1/3/2018 | 1,500 | $3.05 |
| | 1/3/2018 | 100 | $3.06 |
| | 1/4/2018 | 2,000 | $3.05 |
| | 1/4/2018 | 5,800 | $3.10 |
| | 2/23/2018 | 1,100 | $1.92 |
| | 3/21/2018 | 705 | $3.01 |
| | 3/22/2018 | 775 | $3.25 |
| | 3/27/2018 | 75 | $3.20 |
| | 3/27/2018 | 130 | $3.20 |
| | 3/27/2018 | 100 | $3.21 |
| | 4/27/2018 | 1,300 | $2.74 |
| | 4/30/2018 | 525 | $2.78 |
| | 6/6/2018 | 10,300 | $2.34 |
| | 6/11/2018 | 8,000 | $2.35 |
| | 6/15/2018 | 12,400 | $2.43 |
| | 6/27/2018 | 1,720 | $2.52 |
| | 7/18/2018 | 4,200 | $2.34 |
| | 7/30/2018 | 1,120 | $2.84 |
| | 8/6/2018 | 4,090 | $3.08 |
| | 8/13/2018 | 3,800 | $2.59 |
| | 8/24/2018 | 1,000 | $2.55 |
| | 3/13/2019 | 20,000 | $4.81 |
| | 3/27/2019 | 200 | $4.62 |
| | 3/27/2019 | 3,700 | $4.63 |

|  | | | |
|---|---|---:|---:|
| | 3/27/2019 | 65,100 | $4.64 |
| | 4/2/2019 | 185 | $4.62 |
| | 4/2/2019 | 500 | $4.61 |
| | 4/22/2019 | 700 | $4.23 |
| | 4/22/2019 | 38,139 | $4.23 |
| | 4/23/2019 | 3,153 | $4.28 |
| | 4/23/2019 | 27,147 | $4.28 |
| | 4/30/2019 | 1,900 | $4.44 |
| | 5/6/2019 | 110 | $4.62 |
| | 7/8/2019 | 1,800 | $2.95 |
| | 8/6/2019 | 1,300 | $3.44 |
| | 8/19/2019 | 2,100 | $3.01 |
| | 8/28/2019 | 2,600 | $2.33 |
| | 9/17/2019 | 2,100 | $2.28 |
| | 10/8/2019 | 25,720 | $1.21 |
| | 10/9/2019 | 100 | $1.22 |
| | 10/9/2019 | 28,568 | $1.22 |
| | 10/10/2019 | 3,000 | $1.20 |
| | 10/10/2019 | 26,200 | $1.20 |
| | 10/11/2019 | 1,090 | $1.20 |
| **Sales:** | 12/21/2017 | 4,800 | $1.38 |
| | 1/9/2018 | 7,400 | $2.28 |
| | 3/22/2019 | 11,750 | $4.50 |
| | 3/22/2019 | 300 | $4.51 |
| | 3/22/2019 | 1,289 | $4.51 |
| | 3/22/2019 | 1,600 | $4.52 |
| | 3/22/2019 | 24,393 | $4.56 |
| | 3/22/2019 | 1,000 | $4.56 |
| | 3/22/2019 | 8,034 | $4.57 |
| | 3/22/2019 | 400 | $4.57 |
| | 3/22/2019 | 13,951 | $4.46 |
| | 3/22/2019 | 1,600 | $4.47 |
| | 3/22/2019 | 4,373 | $4.53 |
| | 3/22/2019 | 800 | $4.53 |
| | 3/22/2019 | 1,000 | $4.54 |

|  | 4/10/2019 | 69,500 | $4.21 |
|---|---|---|---|
|  | 9/24/2019 | 3,035 | $1.19 |
|  | 9/24/2019 | 34,925 | $1.22 |
|  | 9/24/2019 | 2,000 | $1.22 |
|  | 9/24/2019 | 41,057 | $1.20 |
|  | 9/24/2019 | 3,067 | $1.20 |
| **Options:** | | | |
| Bought 10 TEUM Jan 17 2020 7.5 Call @ 0.8 | 5/23/2019 | 10 | $0.80 |
| Bought 10 TEUM Oct 18 2019 5.0 Call @ 1.17 | 5/23/2019 | 10 | $1.17 |