# EXHIBIT 3

**LOSS ANALYSIS**

**Class Period: 12/14/2017 to 10/21/2019**

**PARETEUM CORP**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| TEUM | 69946T207 | BDZPJS1 | US69946T2078 |

**PHILIP CACIOPPO**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/18/2019 | 100 | $5.14 | -$514.00 |
| Purchase | 3/18/2019 | 200 | $5.14 | -$1,028.00 |
| Purchase | 3/18/2019 | 100 | $5.14 | -$514.00 |
| Purchase | 3/18/2019 | 41 | $5.15 | -$211.15 |
| Purchase | 3/18/2019 | 100 | $5.16 | -$516.00 |
| Purchase | 3/18/2019 | 100 | $5.15 | -$515.00 |
| Purchase | 3/18/2019 | 100 | $5.16 | -$516.00 |
| Purchase | 3/18/2019 | 100 | $5.16 | -$516.00 |
| Purchase | 3/18/2019 | 9 | $5.17 | -$46.53 |
| Purchase | 3/18/2019 | 100 | $5.17 | -$517.00 |
| Purchase | 3/18/2019 | 1,000 | $5.17 | -$5,170.00 |
| Purchase | 3/18/2019 | 100 | $5.17 | -$517.00 |
| Purchase | 3/18/2019 | 1,000 | $5.17 | -$5,170.00 |
| Purchase | 3/18/2019 | 100 | $5.17 | -$517.00 |
| Purchase | 3/18/2019 | 100 | $5.18 | -$518.00 |
| Purchase | 3/18/2019 | 200 | $5.17 | -$1,034.00 |
| Purchase | 3/18/2019 | 100 | $5.18 | -$518.00 |
| Purchase | 3/18/2019 | 100 | $5.18 | -$518.00 |
| Purchase | 3/18/2019 | 500 | $5.18 | -$2,590.00 |
| Purchase | 3/18/2019 | 100 | $5.18 | -$518.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$518.50 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 500 | $5.19 | -$2,595.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 300 | $5.19 | -$1,557.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/18/2019 | 13,550 | $5.20 | -$70,460.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$518.50 |
| Purchase | 3/18/2019 | 7,600 | $5.19 | -$39,436.40 |
| Purchase | 3/18/2019 | 27 | $5.19 | -$140.10 |
| Purchase | 3/18/2019 | 73 | $5.19 | -$378.87 |
| Purchase | 3/18/2019 | 1,000 | $5.19 | -$5,190.00 |
| Purchase | 3/18/2019 | 1,300 | $5.19 | -$6,745.70 |
| Purchase | 3/18/2019 | 8,200 | $5.19 | -$42,558.00 |
| Purchase | 3/18/2019 | 1,000 | $5.19 | -$5,190.00 |
| Purchase | 3/18/2019 | 425 | $5.18 | -$2,201.50 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 583 | $5.20 | -$3,031.60 |
| Purchase | 3/18/2019 | 400 | $5.20 | -$2,080.00 |
| Purchase | 3/18/2019 | 200 | $5.20 | -$1,040.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 400 | $5.20 | -$2,080.00 |
| Purchase | 3/18/2019 | 685 | $5.20 | -$3,562.00 |
| Purchase | 3/18/2019 | 832 | $5.20 | -$4,326.40 |
| Purchase | 3/18/2019 | 209 | $5.20 | -$1,086.80 |
| Purchase | 3/18/2019 | 38 | $5.20 | -$197.60 |
| Purchase | 3/18/2019 | 11,500 | $5.20 | -$59,800.00 |
| Purchase | 3/18/2019 | 2,417 | $5.20 | -$12,568.40 |
| Purchase | 3/18/2019 | 836 | $5.20 | -$4,347.20 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 200 | $5.19 | -$1,038.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 100 | $5.19 | -$519.00 |
| Purchase | 3/18/2019 | 500 | $5.20 | -$2,600.00 |
| Purchase | 3/18/2019 | 4,400 | $5.20 | -$22,880.00 |
| Purchase | 3/18/2019 | 400 | $5.20 | -$2,080.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/18/2019 | 3,900 | $5.20 | -$20,280.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 9,200 | $5.20 | -$47,840.00 |
| Purchase | 3/18/2019 | 2,000 | $5.20 | -$10,400.00 |
| Purchase | 3/18/2019 | 5,500 | $5.20 | -$28,600.00 |
| Purchase | 3/18/2019 | 200 | $5.20 | -$1,040.00 |
| Purchase | 3/18/2019 | 2,000 | $5.20 | -$10,400.00 |
| Purchase | 3/18/2019 | 600 | $5.20 | -$3,120.00 |
| Purchase | 3/18/2019 | 600 | $5.20 | -$3,120.00 |
| Purchase | 3/18/2019 | 400 | $5.20 | -$2,080.00 |
| Purchase | 3/18/2019 | 200 | $5.20 | -$1,040.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 700 | $5.20 | -$3,640.00 |
| Purchase | 3/18/2019 | 200 | $5.20 | -$1,040.00 |
| Purchase | 3/18/2019 | 2,475 | $5.20 | -$12,870.00 |
| Purchase | 3/18/2019 | 500 | $5.20 | -$2,600.00 |
| Purchase | 3/18/2019 | 1,200 | $5.20 | -$6,240.00 |
| Purchase | 3/18/2019 | 400 | $5.20 | -$2,080.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 300 | $5.20 | -$1,560.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 100 | $5.20 | -$520.00 |
| Purchase | 3/18/2019 | 1,400 | $5.20 | -$7,280.00 |
| Purchase | 3/18/2019 | 100 | $5.33 | -$533.00 |
| Purchase | 3/18/2019 | 200 | $5.33 | -$1,066.00 |
| Purchase | 3/18/2019 | 5,500 | $5.34 | -$29,370.00 |
| Purchase | 3/18/2019 | 2,330 | $5.20 | -$12,116.00 |
| Purchase | 3/19/2019 | 300 | $5.20 | -$1,560.00 |
| Purchase | 3/20/2019 | 8,400 | $5.21 | -$43,764.00 |
| Purchase | 3/22/2019 | 300 | $4.60 | -$1,378.50 |
| Purchase | 4/12/2019 | 210 | $4.14 | -$869.40 |
| Purchase | 4/15/2019 | 400 | $3.90 | -$1,560.00 |
| Purchase | 5/13/2019 | 400 | $4.11 | -$1,644.00 |
| Purchase | 6/6/2019 | 350 | $3.43 | -$1,200.50 |

| | | | | |
|---|---|---|---|---|
| Purchase | 6/7/2019 | 500 | $3.26 | -$1,629.25 |
| Purchase | 6/10/2019 | 600 | $2.94 | -$1,764.00 |
| Purchase | 7/1/2019 | 1,860 | $2.70 | -$5,022.00 |
| Purchase | 8/30/2019 | 1,050 | $2.19 | -$2,299.50 |
| Purchase | 9/20/2019 | 3,900 | $1.65 | -$6,430.71 |
| **Class Period purchases:** | | **122,100** | | **-$609,480.11** |
| Sale | 7/8/2019 | 1,860 | $2.98 | $5,542.80 |
| Sale | 10/22/2019 | 100 | $0.40 | $39.77 |
| Sale | 10/22/2019 | 2,000 | $0.40 | $794.00 |
| Sale | 10/22/2019 | 500 | $0.40 | $198.00 |
| Sale | 10/22/2019 | 3,700 | $0.40 | $1,463.72 |
| Sale | 10/22/2019 | 800 | $0.40 | $316.48 |
| Sale | 10/22/2019 | 300 | $0.40 | $119.10 |
| Sale | 10/22/2019 | 2,000 | $0.40 | $791.20 |
| Sale | 10/22/2019 | 2,000 | $0.40 | $790.40 |
| Sale | 10/22/2019 | 3,800 | $0.40 | $1,521.14 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.06 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |

| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
|---|---|---|---|---|
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.06 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.06 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |

| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
|------|-----------|-----|-------|--------|
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |

| | | | | |
|---|---|---|---|---|
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.03 |
| Sale | 10/22/2019 | 14,300 | $0.40 | $5,724.29 |
| Sale | 10/22/2019 | 800 | $0.41 | $324.00 |
| Sale | 10/22/2019 | 9,355 | $0.41 | $3,788.78 |
| Sale | 10/22/2019 | 2,000 | $0.41 | $810.00 |
| Sale | 10/22/2019 | 5,234 | $0.41 | $2,119.77 |
| Sale | 10/22/2019 | 7,611 | $0.40 | $3,074.84 |
| Sale | 10/22/2019 | 50 | $0.40 | $20.20 |
| Sale | 10/22/2019 | 8,485 | $0.40 | $3,422.00 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.40 |
| Sale | 10/22/2019 | 31 | $0.40 | $12.48 |
| Sale | 10/22/2019 | 1,000 | $0.40 | $403.00 |
| Sale | 10/22/2019 | 600 | $0.40 | $241.80 |
| Sale | 10/22/2019 | 65 | $0.40 | $26.16 |
| Sale | 10/22/2019 | 1,500 | $0.40 | $603.75 |
| Sale | 10/22/2019 | 3,650 | $0.40 | $1,469.13 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.23 |
| Sale | 10/22/2019 | 500 | $0.40 | $201.15 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.42 |
| Sale | 10/22/2019 | 128 | $0.40 | $51.46 |
| Sale | 10/22/2019 | 1,719 | $0.40 | $691.04 |

| | | | | |
|---|---|---|---|---|
| Sale | 10/22/2019 | 100 | $0.40 | $40.22 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.42 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.23 |
| Sale | 10/22/2019 | 34 | $0.40 | $13.67 |
| Sale | 10/22/2019 | 338 | $0.40 | $135.88 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.22 |
| Sale | 10/22/2019 | 5,900 | $0.40 | $2,371.80 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.20 |
| Sale | 10/22/2019 | 300 | $0.40 | $121.02 |
| Sale | 10/22/2019 | 700 | $0.40 | $282.38 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.33 |
| Sale | 10/22/2019 | 200 | $0.40 | $80.68 |
| Sale | 10/22/2019 | 2,900 | $0.40 | $1,169.57 |
| Sale | 10/22/2019 | 100 | $0.40 | $40.33 |
| Sale | 10/22/2019 | 11,200 | $0.40 | $4,516.96 |
| Sale | 10/22/2019 | 9,500 | $0.40 | $3,831.35 |
| Sale | 10/22/2019 | 600 | $0.40 | $237.96 |
| Sale | 10/22/2019 | 700 | $0.40 | $277.27 |
| Sale | 10/22/2019 | 1,030 | $0.40 | $407.88 |
| Sale | 10/22/2019 | 300 | $0.40 | $118.50 |
| Sale | 10/22/2019 | 200 | $0.39 | $78.54 |
| Sale | 10/22/2019 | 10 | $0.39 | $3.93 |
| Sale | 10/22/2019 | 300 | $0.39 | $117.57 |
| Sale | 10/22/2019 | 350 | $0.39 | $136.64 |
| Sale | 10/22/2019 | 500 | $0.39 | $195.20 |
| Sale | 10/22/2019 | 1,050 | $0.39 | $412.34 |
| **Class Period sales (matched to Class Period purchases):** | | **1,680** | | **$5,542.80** |
| | LIFO Retained Purchases: | 120,240 | | $48,292.98 |
| | | | **LIFO Gain/(Loss):** | **-$555,644.33** |

**LOSS ANALYSIS**

**Class Period: 12/14/2017 to 10/21/2019**

**PARETEUM CORP**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| **TEUM** | **69946T207** | **BDZPJS1** | **US69946T2078** |

**REED BRYCE DARLEY**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** |
| Purchase | 12/20/2017 | 4,800 | $1.70 | -$8,160.00 |
| Purchase | 1/3/2018 | 1,500 | $3.05 | -$4,575.00 |
| Purchase | 1/3/2018 | 100 | $3.06 | -$306.48 |
| Purchase | 1/4/2018 | 2,000 | $3.05 | -$6,100.00 |
| Purchase | 1/4/2018 | 5,800 | $3.10 | -$17,980.00 |
| Purchase | 2/23/2018 | 1,100 | $1.92 | -$2,112.00 |
| Purchase | 3/21/2018 | 705 | $3.01 | -$2,122.05 |
| Purchase | 3/22/2018 | 775 | $3.25 | -$2,518.75 |
| Purchase | 3/27/2018 | 75 | $3.20 | -$239.63 |
| Purchase | 3/27/2018 | 130 | $3.20 | -$416.00 |
| Purchase | 3/27/2018 | 100 | $3.21 | -$320.90 |
| Purchase | 4/27/2018 | 1,300 | $2.74 | -$3,562.00 |
| Purchase | 4/30/2018 | 525 | $2.78 | -$1,459.50 |
| Purchase | 6/6/2018 | 10,300 | $2.34 | -$24,102.00 |
| Purchase | 6/11/2018 | 8,000 | $2.35 | -$18,800.00 |
| Purchase | 6/15/2018 | 12,400 | $2.43 | -$30,132.00 |
| Purchase | 6/27/2018 | 1,720 | $2.52 | -$4,334.40 |
| Purchase | 7/18/2018 | 4,200 | $2.34 | -$9,828.00 |
| Purchase | 7/30/2018 | 1,120 | $2.84 | -$3,180.80 |
| Purchase | 8/6/2018 | 4,090 | $3.08 | -$12,597.20 |
| Purchase | 8/13/2018 | 3,800 | $2.59 | -$9,842.00 |
| Purchase | 8/24/2018 | 1,000 | $2.55 | -$2,549.90 |
| Purchase | 3/13/2019 | 20,000 | $4.81 | -$96,200.00 |
| Purchase | 3/27/2019 | 200 | $4.62 | -$924.00 |
| Purchase | 3/27/2019 | 3,700 | $4.63 | -$17,131.00 |
| Purchase | 3/27/2019 | 65,100 | $4.64 | -$302,064.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 4/2/2019 | 185 | $4.62 | -$854.70 |
| Purchase | 4/2/2019 | 500 | $4.61 | -$2,305.00 |
| Purchase | 4/22/2019 | 700 | $4.23 | -$2,957.50 |
| Purchase | 4/22/2019 | 38,139 | $4.23 | -$161,327.97 |
| Purchase | 4/23/2019 | 3,153 | $4.28 | -$13,479.08 |
| Purchase | 4/23/2019 | 27,147 | $4.28 | -$116,189.16 |
| Purchase | 4/30/2019 | 1,900 | $4.44 | -$8,436.00 |
| Purchase | 5/6/2019 | 110 | $4.62 | -$508.20 |
| Purchase | 7/8/2019 | 1,800 | $2.95 | -$5,309.82 |
| Purchase | 8/6/2019 | 1,300 | $3.44 | -$4,472.00 |
| Purchase | 8/19/2019 | 2,100 | $3.01 | -$6,321.00 |
| Purchase | 8/28/2019 | 2,600 | $2.33 | -$6,067.88 |
| Purchase | 9/17/2019 | 2,100 | $2.28 | -$4,788.00 |
| Purchase | 10/8/2019 | 25,720 | $1.21 | -$31,121.20 |
| Purchase | 10/9/2019 | 100 | $1.22 | -$121.50 |
| Purchase | 10/9/2019 | 28,568 | $1.22 | -$34,852.96 |
| Purchase | 10/10/2019 | 3,000 | $1.20 | -$3,600.00 |
| Purchase | 10/10/2019 | 26,200 | $1.20 | -$31,440.00 |
| Purchase | 10/11/2019 | 1,090 | $1.20 | -$1,308.00 |
| **Class Period purchases:** | | **320,972** | | **-$1,017,037.27** |
| Sale | 12/21/2017 | 4,800 | $1.38 | $6,624.00 |
| Sale | 1/9/2018 | 7,400 | $2.28 | $16,872.00 |
| Sale | 3/22/2019 | 11,750 | $4.50 | $52,875.00 |
| Sale | 3/22/2019 | 300 | $4.51 | $1,351.50 |
| Sale | 3/22/2019 | 1,289 | $4.51 | $5,813.39 |
| Sale | 3/22/2019 | 1,600 | $4.52 | $7,232.00 |
| Sale | 3/22/2019 | 24,393 | $4.56 | $111,232.08 |
| Sale | 3/22/2019 | 1,000 | $4.56 | $4,561.00 |
| Sale | 3/22/2019 | 8,034 | $4.57 | $36,675.21 |
| Sale | 3/22/2019 | 400 | $4.57 | $1,828.00 |
| Sale | 3/22/2019 | 13,951 | $4.46 | $62,221.46 |
| Sale | 3/22/2019 | 1,600 | $4.47 | $7,152.00 |
| Sale | 3/22/2019 | 4,373 | $4.53 | $19,825.43 |
| Sale | 3/22/2019 | 800 | $4.53 | $3,626.96 |
| Sale | 3/22/2019 | 1,000 | $4.54 | $4,536.80 |

| | | | | |
|---|---|---|---|---|
| Sale | 4/10/2019 | 69,500 | $4.21 | $292,595.00 |
| Sale | 9/24/2019 | 3,035 | $1.19 | $3,611.95 |
| Sale | 9/24/2019 | 34,925 | $1.22 | $42,608.50 |
| Sale | 9/24/2019 | 2,000 | $1.22 | $2,442.00 |
| Sale | 9/24/2019 | 41,057 | $1.20 | $49,268.40 |
| Sale | 9/24/2019 | 3,067 | $1.20 | $3,680.71 |
| Sale | 12/10/2019 | 3,000 | $0.43 | $1,295.40 |
| Sale | 12/10/2019 | 53,139 | $0.43 | $22,631.90 |
| Sale | 12/10/2019 | 14,200 | $0.43 | $6,081.86 |
| Sale | 12/10/2019 | 29 | $0.43 | $12.45 |
| Sale | 12/10/2019 | 6,600 | $0.43 | $2,838.00 |
| Sale | 12/10/2019 | 2,910 | $0.43 | $1,254.21 |
| Sale | 12/10/2019 | 3,900 | $0.43 | $1,684.02 |
| Sale | 12/10/2019 | 900 | $0.43 | $388.71 |
| **Class Period sales (matched to Class Period purchases):** | | **236,274** | | **$772,819.95** |
| | LIFO Retained Purchases: | 84,678 | | $36,186.55 |
| | | | **LIFO Gain/(Loss):** | **-$244,197.62** |

Class Period: 12/14/2017 to 10/21/2019

PARETEUM CORP

| Movant | Shares Purchased | Retained S | Total Expenditures | Total Loss |
|---|---|---|---|---|
| **PHILIP CACIOPPO** | 122,100 | 120,240 | $609,480.11 | **($555,644.33)** |
| **REED BRYCE DARLEY** | 320,972 | 84,678 | $1,017,017.57 | **($244,197.62)** |
| **Totals:** | 443,072 | 204,918 | $1,626,497.68 | |
| | | | Total Losses: | **($799,841.95)** |