UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>                    Defendants. | Case No: 1:19-cv-09767-AKH<br><br>CLASS ACTION |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY,<br><br>                    Defendants. | Case No: 1:19-cv-09795-AKH<br><br>CLASS ACTION |

[Caption continues on following page]

|  |  |
|---|---|
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL,<br><br>Defendants. | Case No: 1:19-cv-09849-AKH<br><br>CLASS ACTION |
| JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,<br><br>Defendants. | Case No: 1:19-cv-09936-AKH<br><br>CLASS ACTION |

**DECLARATION OF W. SCOTT HOLLEMAN
IN SUPPORT OF NIKO HOLDING & INVESTMENT LIMITED'S
MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movant NIKO Holding & Investment Limited ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

1

Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Certification signed by Movant, attaching its securities during the Class Period in a Schedule A, thereto;

Exhibit 2:      Chart detailing Movant's financial losses;

Exhibit 3:      Press release published October 22, 2019, on *Business Wire* announcing the pendency of the securities class action against Defendants herein:  *O'Brien v. Pareteum Corporation, et al.*, Case No. 1:19-cv-09767; and

Exhibit 4:      Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 23rd day of December, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman

2