# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Ivan Nikolaychuk, Managing Director of NIKO Holding & Investment Limited ("NIKO Holding"), hereby certify that:

1.      I am the Managing Director of NIKO Holding.  NIKO Holding is a company duly registered and existing under the laws of Cyprus.  NIKO Holding is a holding company for several Ukrainian entities whose main lines of business include:  (i) vehicle import, distribution, and retail sales and services; (ii) leasing; (iii) investment and asset management; (iv) transportation; and (v) insurance.

2.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.      NIKO Holding did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      NIKO Holding wants to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial.  NIKO Holding fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all of NIKO Holding's Pareteum Corporation (NASDAQ: TEUM) transactions during the Class Period.

6.      NIKO Holding has not served as a representative party on behalf of a class under this title during the last three years.

1

7.      NIKO Holding will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 19, 2019

Ivan Nikolaychuk

2

## SCHEDULE A

Class Period Transactions of NIKO Holding & Investment Limited
in Pareteum Corporation Securities (NASDAQ: TEUM)

### Account 1

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 5/21/2019 | 7,400 | $4.84 |
| Purchase | 5/21/2019 | 34,200 | $4.84 |
| Purchase | 6/3/2019 | 25,000 | $3.95 |
| Purchase | 6/12/2019 | 2,190 | $2.79 |
| Purchase | 6/12/2019 | 41,810 | $2.76 |
| Purchase | 6/28/2019 | 20,802 | $2.50 |
| Purchase | 6/28/2019 | 29,484 | $2.51 |
| Purchase | 6/28/2019 | 40,049 | $2.49 |
| Purchase | 6/28/2019 | 20,065 | $2.52 |
| Purchase | 8/2/2019 | 2,359 | $3.50 |
| Purchase | 8/2/2019 | 26,606 | $3.47 |
| Purchase | 8/5/2019 | 100,000 | $3.49 |
| Sale | 8/5/2019 | 100,000 | $3.25 |
| Purchase | 9/5/2019 | 45,000 | $1.88 |
| Sale | 10/18/2019 | 29,700 | $0.87 |
| Sale | 10/18/2019 | 13,131 | $0.86 |
| Sale | 10/18/2019 | 17,095 | $0.87 |
| Sale | 10/18/2019 | 42,462 | $0.87 |
| Sale | 10/18/2019 | 22,742 | $0.87 |
| Sale | 10/18/2019 | 11,600 | $0.87 |
| Sale | 10/18/2019 | 10,770 | $0.86 |
| Sale | 10/21/2019 | 70,000 | $0.76 |

## Account 2

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 5/21/2019 | 30,000 | $4.78 |
| Purchase | 5/24/2019 | 42,000 | $4.63 |
| Purchase | 6/3/2019 | 20,000 | $3.95 |
| Purchase | 6/11/2019 | 70,000 | $2.90 |
| Purchase | 6/12/2019 | 39,500 | $2.81 |
| Purchase | 6/18/2019 | 35,000 | $2.75 |
| Purchase | 6/20/2019 | 46,150 | $2.90 |
| Purchase | 6/27/2019 | 85,000 | $2.18 |
| Purchase | 6/28/2019 | 145,000 | $2.65 |
| Sale | 8/5/2019 | 55,250 | $3.30 |
| Sale | 10/21/2019 | 300,000 | $0.75 |

4