# Exhibit 2

## Loss Chart

| | | |
|---|---|---|
| **Company Name** | Pareteum Corporation | |
| **Client Name** | NIKO Holding & Investment Limited | **Toal LIFO Loss**     ($1,769,099.58) |
| **Ticker Symbol** | TEUM | |
| **Class Period Start** | 12/14/2017 | |
| **Class Period End** | 10/21/2019 | |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/21/2019 | 7,400 | $4.84 | ($35,816.00) | | | ($35,816.00) |
| 5/21/2019 | 34,200 | $4.84 | ($165,528.00) | | | ($201,344.00) |
| 6/3/2019 | 25,000 | $3.95 | ($98,750.00) | | | ($300,094.00) |
| 6/12/2019 | 2,190 | $2.79 | ($6,110.10) | | | ($306,204.10) |
| 6/12/2019 | 41,810 | $2.76 | ($115,395.60) | | | ($421,599.70) |
| 6/28/2019 | 20,802 | $2.50 | ($52,005.00) | | | ($473,604.70) |
| 6/28/2019 | 29,484 | $2.51 | ($74,004.84) | | | ($547,609.54) |
| 6/28/2019 | 40,049 | $2.49 | ($99,722.01) | | | ($647,331.55) |
| 6/28/2019 | 20,065 | $2.52 | ($50,563.80) | | | ($697,895.35) |
| 8/2/2019 | 2,359 | $3.50 | ($8,256.50) | | | ($706,151.85) |
| 8/2/2019 | 26,606 | $3.47 | ($92,322.82) | | | ($798,474.67) |
| 8/5/2019 | 100,000 | $3.49 | ($349,000.00) | | | ($1,147,474.67) |
| 8/5/2019 | -100,000 | | | $3.25 | $325,000.00 | ($822,474.67) |
| 9/5/2019 | 45,000 | $1.88 | ($84,600.00) | | | ($907,074.67) |
| 10/18/2019 | -29,700 | | | $0.87 | $25,839.00 | ($881,235.67) |
| 10/18/2019 | -13,131 | | | $0.86 | $11,292.66 | ($869,943.01) |
| 10/18/2019 | -17,095 | | | $0.87 | $14,872.65 | ($855,070.36) |
| 10/18/2019 | -42,462 | | | $0.87 | $36,941.94 | ($818,128.42) |
| 10/18/2019 | -22,742 | | | $0.87 | $19,785.54 | ($798,342.88) |
| 10/18/2019 | -11,600 | | | $0.87 | $10,092.00 | ($788,250.88) |
| 10/18/2019 | -10,770 | | | $0.86 | $9,262.20 | ($778,988.68) |
| 10/21/2019 | -70,000 | | | $0.76 | $53,200.00 | ($725,788.68) |
| 10/23/2019 | -77,465 | | | $0.34* | $26,338.10 | ($699,450.58) |
| | | | | | **Subtotal** | ($699,450.58) |
| **Shares Retained** | | | | | **Retained Share Value** | $0.00 |
| 0 | | | | | **Total** | ($699,450.58) |

**Account 2**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/21/2019 | 30,000 | $4.78 | ($143,400.00) | | | ($143,400.00) |
| 5/24/2019 | 42,000 | $4.63 | ($194,460.00) | | | ($337,860.00) |
| 6/3/2019 | 20,000 | $3.95 | ($79,000.00) | | | ($416,860.00) |
| 6/11/2019 | 70,000 | $2.90 | ($203,000.00) | | | ($619,860.00) |
| 6/12/2019 | 39,500 | $2.81 | ($110,995.00) | | | ($730,855.00) |
| 6/18/2019 | 35,000 | $2.75 | ($96,250.00) | | | ($827,105.00) |
| 6/20/2019 | 46,150 | $2.90 | ($133,835.00) | | | ($960,940.00) |
| 6/27/2019 | 85,000 | $2.18 | ($185,300.00) | | | ($1,146,240.00) |
| 6/28/2019 | 145,000 | $2.65 | ($384,250.00) | | | ($1,530,490.00) |
| 8/5/2019 | -55,250 | | | $3.30 | $182,325.00 | ($1,348,165.00) |
| 10/21/2019 | -300,000 | | | $0.75 | $225,000.00 | ($1,123,165.00) |
| 10/23/2019 | -157,400 | | | $0.34* | $53,516.00 | ($1,069,649.00) |
| | | | | | Subtotal | ($1,069,649.00) |
| Shares Retained | | | | | Retained Share Value | $0.00 |
| 0 | | | | | Total | ($1,069,649.00) |

*Pursuant to 15 U.S.C. § 78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

Sheet1