UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, <br><br> Defendants. | Case No.  1:19-cv-09767-AKH <br><br> **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE PARETEUM INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, <br><br> Defendants. | Case No.  1:19-cv-09795-AKH |
| LAILA MANSUR, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY VICTOR BOZZO and EDWARD O'DONNELL <br><br> Defendants | Case No.  1:19-cv-09849-AKH |

JOHN VARGO, individually and on behalf of all others similarly situated,

           Plaintiff,

     v.

PARETEUM CORPORATION, ROBERT H. TURNER and EDWARD O'DONNELL,

           Defendants.

Case No.   1:19-cv-09936-AKH

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.     I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Richard Radford, Brian Bock, and Jacob Friedman (collectively, the "Pareteum Investor Group"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.     I make this Declaration in support of the Pareteum Investor Group's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff, and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:     Loss chart of the Pareteum Investor Group;

Exhibit 2:     Press release published over *Business Wire* on October 22, 2019, announcing the pendency of the first-filed of the Related Actions;

Exhibit 3:     Shareholder Certifications executed by the members of the Pareteum Investor Group; and

Exhibit 4:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 23, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1