# EXHIBIT 1

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Radford, Richard | 3/11/2019 | 13 | $4.1799 | ($54) | 3/18/2019 | (6,500) | $5.6929 | $37,004 | | | |
| Radford, Richard | 3/11/2019 | 200 | $4.1794 | ($836) | 3/18/2019 | (6,500) | $5.6901 | $36,986 | | | |
| Radford, Richard | 3/11/2019 | 3,557 | $4.1793 | ($14,866) | 3/18/2019 | (400) | $5.6761 | $2,270 | | | |
| Radford, Richard | 3/11/2019 | 1,000 | $4.1790 | ($4,179) | 3/18/2019 | (971) | $5.6722 | $5,508 | | | |
| Radford, Richard | 3/11/2019 | 800 | $4.1784 | ($3,343) | 3/18/2019 | (1,300) | $5.6715 | $7,373 | | | |
| Radford, Richard | 3/11/2019 | 100 | $4.1765 | ($418) | 3/18/2019 | (3,829) | $5.6700 | $21,710 | | | |
| Radford, Richard | 3/11/2019 | 330 | $4.1752 | ($1,378) | 3/18/2019 | (300) | $5.6761 | $1,703 | | | |
| Radford, Richard | 3/11/2019 | 800 | $4.1800 | ($3,344) | 3/18/2019 | (500) | $5.6714 | $2,836 | | | |
| Radford, Richard | 3/11/2019 | 5,200 | $4.1773 | ($21,722) | 3/18/2019 | (5,700) | $5.6705 | $32,322 | | | |
| Radford, Richard | 3/12/2019 | 2,300 | $4.1200 | ($9,476) | 8/7/2019 | (4,000) | $3.3300 | $13,320 | | | |
| Radford, Richard | 3/12/2019 | 700 | $4.1199 | ($2,884) | 8/7/2019 | (4,000) | $3.3201 | $13,280 | | | |
| Radford, Richard | 3/12/2019 | 800 | $4.1000 | ($3,280) | 8/7/2019 | (2,980) | $3.3201 | $9,894 | | | |
| Radford, Richard | 3/12/2019 | 2,200 | $4.0999 | ($9,020) | 8/7/2019 | (1,020) | $3.3200 | $3,386 | | | |
| Radford, Richard | 3/13/2019 | 300 | $4.8599 | ($1,458) | 8/7/2019 | (4,000) | $3.3205 | $13,282 | | | |
| Radford, Richard | 3/13/2019 | 100 | $4.8590 | ($486) | 8/7/2019 | (4,000) | $3.3201 | $13,280 | | | |
| Radford, Richard | 3/13/2019 | 1,600 | $4.8550 | ($7,768) | 8/7/2019 | (3,301) | $3.3200 | $10,959 | | | |
| Radford, Richard | 3/13/2019 | 2,000 | $4.8387 | ($9,677) | 8/7/2019 | (2,300) | $3.3000 | $7,590 | | | |
| Radford, Richard | 3/14/2019 | 2,000 | $4.9499 | ($9,900) | 8/7/2019 | (4,000) | $3.2900 | $13,160 | | | |
| Radford, Richard | 3/14/2019 | 2,000 | $4.8899 | ($9,780) | 8/7/2019 | (1,500) | $3.2950 | $4,943 | | | |
| Radford, Richard | 3/21/2019 | 3,502 | $4.8700 | ($17,055) | 8/7/2019 | (2,500) | $3.2900 | $8,225 | | | |
| Radford, Richard | 3/21/2019 | 2,998 | $4.8699 | ($14,600) | 8/7/2019 | (4,000) | $3.2900 | $13,160 | | | |
| Radford, Richard | 3/21/2019 | 100 | $4.9477 | ($495) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 3/21/2019 | 6,400 | $4.9692 | ($31,803) | 8/7/2019 | (500) | $3.2805 | $1,640 | | | |
| Radford, Richard | 3/21/2019 | 5,975 | $4.8700 | ($29,098) | 8/7/2019 | (3,500) | $3.2800 | $11,480 | | | |
| Radford, Richard | 3/21/2019 | 525 | $4.8699 | ($2,557) | 8/7/2019 | (2,300) | $3.2801 | $7,544 | | | |
| Radford, Richard | 3/21/2019 | 2,000 | $4.9600 | ($9,920) | 8/7/2019 | (1,700) | $3.2800 | $5,576 | | | |
| Radford, Richard | 3/21/2019 | 2,400 | $4.9593 | ($11,902) | 8/7/2019 | (3,742) | $3.2801 | $12,274 | | | |
| Radford, Richard | 3/21/2019 | 1,000 | $4.9585 | ($4,959) | 8/7/2019 | (258) | $3.2800 | $846 | | | |
| Radford, Richard | 3/21/2019 | 1,100 | $4.9577 | ($5,453) | 8/7/2019 | (4,000) | $3.2800 | $13,120 | | | |
| Radford, Richard | 3/25/2019 | 2,000 | $4.6697 | ($9,339) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 3/25/2019 | 2,000 | $4.6687 | ($9,337) | 8/7/2019 | (2,611) | $3.2800 | $8,564 | | | |
| Radford, Richard | 3/26/2019 | 2,000 | $4.4299 | ($8,860) | 8/7/2019 | (4,000) | $3.2500 | $13,000 | | | |
| Radford, Richard | 3/26/2019 | 2,000 | $4.4299 | ($8,860) | 8/7/2019 | (5,000) | $3.2500 | $16,250 | | | |
| Radford, Richard | 3/28/2019 | 2,000 | $4.6899 | ($9,380) | 8/7/2019 | (4,400) | $3.2501 | $14,300 | | | |
| Radford, Richard | 3/28/2019 | 2,000 | $4.6899 | ($9,380) | 8/7/2019 | (600) | $3.2500 | $1,950 | | | |
| Radford, Richard | 3/29/2019 | 2,000 | $4.4099 | ($8,820) | 8/7/2019 | (5,000) | $3.2500 | $16,250 | | | |
| Radford, Richard | 3/29/2019 | 2,000 | $4.4200 | ($8,840) | 8/7/2019 | (5,000) | $3.2500 | $16,250 | | | |
| Radford, Richard | 4/1/2019 | 2,000 | $4.5500 | ($9,100) | 8/7/2019 | (5,000) | $3.2501 | $16,251 | | | |
| Radford, Richard | 4/1/2019 | 3,500 | $4.5499 | ($15,925) | 8/7/2019 | (6,788) | $3.2500 | $22,061 | | | |
| Radford, Richard | 4/1/2019 | 500 | $4.5450 | ($2,273) | 8/7/2019 | (4,000) | $3.2701 | $13,080 | | | |
| Radford, Richard | 4/1/2019 | 2,000 | $4.5500 | ($9,100) | 8/7/2019 | (4,000) | $3.2705 | $13,082 | | | |
| Radford, Richard | 4/2/2019 | 900 | $4.6400 | ($4,176) | 8/7/2019 | (4,000) | $3.2700 | $13,080 | | | |
| Radford, Richard | 4/2/2019 | 1,100 | $4.6399 | ($5,104) | 8/7/2019 | (4,000) | $3.2700 | $13,080 | | | |
| Radford, Richard | 4/2/2019 | 2,000 | $4.6699 | ($9,340) | 8/7/2019 | (2,100) | $3.2700 | $6,867 | | | |
| Radford, Richard | 4/2/2019 | 3,000 | $4.6298 | ($13,889) | 8/7/2019 | (4,000) | $3.2500 | $13,000 | | | |

*Avg Closing Prices from October 22 to December 20          Page 1 of 6

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Radford, Richard | 4/2/2019 | 3,000 | $4.6299 | ($13,890) | 8/7/2019 | (4,000) | $3.2500 | $13,000 | | | |
| Radford, Richard | 4/2/2019 | 4,000 | $4.5599 | ($18,240) | 8/7/2019 | (3,663) | $3.2501 | $11,905 | | | |
| Radford, Richard | 4/2/2019 | 4,000 | $4.6299 | ($18,520) | 8/7/2019 | (337) | $3.2500 | $1,095 | | | |
| Radford, Richard | 4/2/2019 | 4,000 | $4.6491 | ($18,596) | 8/7/2019 | (4,000) | $3.2500 | $13,000 | | | |
| Radford, Richard | 4/2/2019 | 4,000 | $4.6289 | ($18,516) | 8/7/2019 | (4,000) | $3.2500 | $13,000 | | | |
| Radford, Richard | 4/2/2019 | 2,000 | $4.6498 | ($9,300) | 8/7/2019 | (31) | $3.2550 | $101 | | | |
| Radford, Richard | 4/2/2019 | 2,000 | $4.6687 | ($9,337) | 8/7/2019 | (1,400) | $3.2504 | $4,551 | | | |
| Radford, Richard | 4/2/2019 | 5,000 | $4.6499 | ($23,250) | 8/7/2019 | (2,569) | $3.2500 | $8,349 | | | |
| Radford, Richard | 4/3/2019 | 5,000 | $4.9180 | ($24,590) | 8/7/2019 | (4,000) | $3.2201 | $12,880 | | | |
| Radford, Richard | 4/3/2019 | 7,500 | $4.7098 | ($35,324) | 8/7/2019 | (4,000) | $3.2210 | $12,884 | | | |
| Radford, Richard | 4/3/2019 | 7,500 | $4.7394 | ($35,546) | 8/7/2019 | (4,000) | $3.2201 | $12,880 | | | |
| Radford, Richard | 4/3/2019 | 5,000 | $4.9150 | ($24,575) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/3/2019 | 5,000 | $4.9797 | ($24,899) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/3/2019 | 5,000 | $5.0194 | ($25,097) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/4/2019 | 500 | $4.9699 | ($2,485) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/4/2019 | 2,000 | $4.9691 | ($9,938) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/4/2019 | 2,500 | $4.9699 | ($12,425) | 8/7/2019 | (4,000) | $3.2200 | $12,880 | | | |
| Radford, Richard | 4/23/2019 | 2,500 | $4.1599 | ($10,400) | 8/7/2019 | (4,000) | $3.2000 | $12,800 | | | |
| Radford, Richard | 4/23/2019 | 2,500 | $4.1599 | ($10,400) | 8/7/2019 | (2,900) | $3.2000 | $9,280 | | | |
| Radford, Richard | 5/6/2019 | 5,000 | $4.7965 | ($23,983) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 5/7/2019 | 5,000 | $4.8484 | ($24,242) | 8/7/2019 | (3,800) | $3.2801 | $12,464 | | | |
| Radford, Richard | 6/21/2019 | 7,000 | $2.5178 | ($17,625) | 8/7/2019 | (200) | $3.2800 | $656 | | | |
| Radford, Richard | 6/21/2019 | 6,700 | $2.5187 | ($16,875) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/21/2019 | 1,300 | $2.5173 | ($3,272) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 6/26/2019 | 5,000 | $2.1078 | ($10,539) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/26/2019 | 5,000 | $2.1076 | ($10,538) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/26/2019 | 5,000 | $2.1099 | ($10,550) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/26/2019 | 5,000 | $2.1072 | ($10,536) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 6/27/2019 | 9,600 | $2.4200 | ($23,232) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/27/2019 | 300 | $2.4100 | ($723) | 8/7/2019 | (4,000) | $3.2813 | $13,125 | | | |
| Radford, Richard | 6/27/2019 | 100 | $2.4050 | ($241) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 6/27/2019 | 5,000 | $2.2199 | ($11,100) | 8/7/2019 | (4,000) | $3.2801 | $13,120 | | | |
| Radford, Richard | 6/27/2019 | 5,000 | $2.2399 | ($11,200) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 7/1/2019 | 5,000 | $2.6986 | ($13,493) | 8/7/2019 | (4,000) | $3.2805 | $13,122 | | | |
| Radford, Richard | 7/11/2019 | 2,500 | $3.1491 | ($7,873) | 8/7/2019 | (6,500) | $3.2804 | $21,323 | | | |
| Radford, Richard | 7/11/2019 | 2,500 | $3.1491 | ($7,873) | 8/7/2019 | (500) | $3.2850 | $1,643 | | | |
| Radford, Richard | 7/11/2019 | 2,500 | $3.1499 | ($7,875) | 8/7/2019 | (3,500) | $3.2800 | $11,480 | | | |
| Radford, Richard | 7/11/2019 | 2,500 | $3.1499 | ($7,875) | 8/7/2019 | (4,000) | $3.2800 | $13,120 | | | |
| Radford, Richard | 7/15/2019 | 1,013 | $3.0900 | ($3,130) | 8/7/2019 | (4,000) | $3.2600 | $13,040 | | | |
| Radford, Richard | 7/15/2019 | 824 | $3.0899 | ($2,546) | 8/7/2019 | (4,000) | $3.2705 | $13,082 | | | |
| Radford, Richard | 7/15/2019 | 663 | $3.2099 | ($2,128) | 8/7/2019 | (4,000) | $3.2701 | $13,080 | | | |
| Radford, Richard | 7/15/2019 | 2,500 | $3.0900 | ($7,725) | 8/7/2019 | (2,500) | $3.2701 | $8,175 | | | |
| Radford, Richard | 7/24/2019 | 2,300 | $3.1799 | ($7,314) | | | | | | | |
| Radford, Richard | 7/24/2019 | 200 | $3.1750 | ($635) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,500 | $3.2999 | ($8,250) | | | | | | | |

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Radford, Richard | 7/24/2019 | 1,004 | $3.1992 | ($3,212) | | | | | | | |
| Radford, Richard | 7/24/2019 | 1,496 | $3.1991 | ($4,786) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,500 | $3.2999 | ($8,250) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,500 | $3.1999 | ($8,000) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,500 | $3.2999 | ($8,250) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,200 | $3.1999 | ($7,040) | | | | | | | |
| Radford, Richard | 7/24/2019 | 300 | $3.1991 | ($960) | | | | | | | |
| Radford, Richard | 7/24/2019 | 2,500 | $3.3099 | ($8,275) | | | | | | | |
| Radford, Richard | 7/26/2019 | 2,500 | $3.3199 | ($8,300) | | | | | | | |
| Radford, Richard | 7/26/2019 | 2,500 | $3.3199 | ($8,300) | | | | | | | |
| Radford, Richard | 7/26/2019 | 2,500 | $3.3199 | ($8,300) | | | | | | | |
| Radford, Richard | 7/26/2019 | 2,500 | $3.3199 | ($8,300) | | | | | | | |
| Radford, Richard | 7/30/2019 | 2,500 | $3.4499 | ($8,625) | | | | | | | |
| Radford, Richard | 7/30/2019 | 2,500 | $3.4499 | ($8,625) | | | | | | | |
| Radford, Richard | 7/31/2019 | 2,500 | $3.4799 | ($8,700) | | | | | | | |
| Radford, Richard | 7/31/2019 | 2,500 | $3.4799 | ($8,700) | | | | | | | |
| Radford, Richard | 8/6/2019 | 10,000 | $3.7500 | ($37,500) | | | | | | | |
| Radford, Richard | 8/6/2019 | 5,000 | $3.7599 | ($18,800) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0587 | ($10,294) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0572 | ($10,286) | | | | | | | |
| Radford, Richard | 9/5/2019 | 4,998 | $2.0600 | ($10,296) | | | | | | | |
| Radford, Richard | 9/5/2019 | 2 | $2.0599 | ($4) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $1.9787 | ($9,894) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $1.9795 | ($9,898) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0587 | ($10,294) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0599 | ($10,300) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0588 | ($10,294) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $1.9794 | ($9,897) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $1.9787 | ($9,894) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0580 | ($10,290) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0587 | ($10,294) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $2.0599 | ($10,300) | | | | | | | |
| Radford, Richard | 9/5/2019 | 5,000 | $1.9799 | ($9,900) | | | | | | | |
| Radford, Richard | 9/5/2019 | 3,600 | $1.9799 | ($7,128) | | | | | | | |
| Radford, Richard | 9/5/2019 | 1,400 | $1.9750 | ($2,765) | | | | | | | |
| Radford, Richard | 9/6/2019 | 5,000 | $1.8999 | ($9,500) | | | | | | | |
| Radford, Richard | 9/6/2019 | 5,000 | $1.8999 | ($9,500) | | | | | | | |
| Radford, Richard | 9/6/2019 | 5,000 | $1.8999 | ($9,500) | | | | | | | |
| Radford, Richard | 9/6/2019 | 5,000 | $1.8998 | ($9,499) | | | | | | | |
| Radford, Richard | 9/6/2019 | 5,000 | $1.9099 | ($9,550) | | | | | | | |
| Radford, Richard | 9/11/2019 | 4,570 | $1.9500 | ($8,912) | | | | | | | |
| Radford, Richard | 9/11/2019 | 5,430 | $1.9450 | ($10,561) | | | | | | | |
| Radford, Richard | 9/11/2019 | 5,000 | $2.0187 | ($10,094) | | | | | | | |
| Radford, Richard | 9/11/2019 | 3,900 | $2.0477 | ($7,986) | | | | | | | |
| Radford, Richard | 9/11/2019 | 100 | $2.0476 | ($205) | | | | | | | |

*Avg Closing Prices from October 22 to December 20

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Radford, Richard | 9/11/2019 | 1,000 | $2.0444 | ($2,044) | | | | | | | |
| Radford, Richard | 9/12/2019 | 10,000 | $2.1100 | ($21,100) | | | | | | | |
| Radford, Richard | 9/13/2019 | 5,000 | $2.2300 | ($11,150) | | | | | | | |
| Radford, Richard | 9/13/2019 | 5,000 | $2.2378 | ($11,189) | | | | | | | |
| Radford, Richard | 9/13/2019 | 10,000 | $2.2800 | ($22,800) | | | | | | | |
| Radford, Richard | 9/17/2019 | 5,000 | $2.0788 | ($10,394) | | | | | | | |
| Radford, Richard | 9/17/2019 | 5,000 | $2.0699 | ($10,350) | | | | | | | |
| Radford, Richard | 9/20/2019 | 5,000 | $1.5887 | ($7,944) | | | | | | | |
| Radford, Richard | 9/20/2019 | 5,000 | $1.5860 | ($7,930) | | | | | | | |
| Radford, Richard | 9/20/2019 | 5,000 | $1.5878 | ($7,939) | | | | | | | |
| Radford, Richard | 9/24/2019 | 4,500 | $1.3200 | ($5,940) | | | | | | | |
| Radford, Richard | 9/24/2019 | 500 | $1.3187 | ($659) | | | | | | | |
| Radford, Richard | 9/24/2019 | 5,000 | $1.3194 | ($6,597) | | | | | | | |
| Radford, Richard | 9/24/2019 | 15,000 | $1.1900 | ($17,850) | | | | | | | |
| Radford, Richard | 9/24/2019 | 5,000 | $1.3199 | ($6,600) | | | | | | | |
| Radford, Richard | 9/25/2019 | 5,000 | $1.3187 | ($6,594) | | | | | | | |
| Radford, Richard | 9/25/2019 | 5,000 | $1.3194 | ($6,597) | | | | | | | |
| **Radford, Richard** | | **511,000** | | **($1,554,047)** | | **(296,000)** | | **$1,029,627** | **215,000** | **$87,755** | **($436,665)** |
| Bock, Brian | 12/18/2017 | 10,000 | $1.6500 | ($16,500) | 11/13/2018 | (40,000) | $1.8585 | $74,341 | | | |
| Bock, Brian | 12/21/2017 | 10,000 | $1.5900 | ($15,900) | 2/8/2019 | (40,000) | $2.8300 | $113,198 | | | |
| Bock, Brian | 12/22/2017 | 5,000 | $1.2730 | ($6,365) | 4/3/2019 | (5,000) | $4.8232 | $24,116 | | | |
| Bock, Brian | 12/26/2017 | 5,000 | $2.7868 | ($13,934) | | | | | | | |
| Bock, Brian | 1/3/2018 | 5,000 | $2.6800 | ($13,400) | | | | | | | |
| Bock, Brian | 1/4/2018 | 5,000 | $3.1400 | ($15,700) | | | | | | | |
| Bock, Brian | 12/18/2017 | 2,500 | $1.4200 | ($3,550) | | | | | | | |
| Bock, Brian | 1/4/2018 | 10,000 | $3.1332 | ($31,332) | | | | | | | |
| Bock, Brian | 2/14/2018 | 3,000 | $2.0110 | ($6,033) | | | | | | | |
| Bock, Brian | 3/1/2018 | 2,000 | $2.1950 | ($4,390) | | | | | | | |
| Bock, Brian | 3/2/2018 | 2,500 | $2.1644 | ($5,411) | | | | | | | |
| Bock, Brian | 3/7/2018 | 2,500 | $2.6620 | ($6,655) | | | | | | | |
| Bock, Brian | 3/14/2018 | 2,000 | $2.9700 | ($5,940) | | | | | | | |
| Bock, Brian | 3/22/2018 | 100 | $3.2600 | ($326) | | | | | | | |
| Bock, Brian | 3/22/2018 | 78 | $3.2600 | ($254) | | | | | | | |
| Bock, Brian | 3/22/2018 | 210 | $3.2887 | ($691) | | | | | | | |
| Bock, Brian | 4/18/2018 | 4,790 | $2.6227 | ($12,563) | | | | | | | |
| Bock, Brian | 4/20/2018 | 5,000 | $2.4764 | ($12,382) | | | | | | | |
| Bock, Brian | 6/19/2018 | 5,000 | $2.6310 | ($13,155) | | | | | | | |
| Bock, Brian | 7/19/2018 | 980 | $2.5800 | ($2,528) | | | | | | | |
| Bock, Brian | 7/19/2018 | 20 | $2.5700 | ($51) | | | | | | | |
| Bock, Brian | 9/27/2018 | 500 | $2.8700 | ($1,435) | | | | | | | |
| Bock, Brian | 9/27/2018 | 5,000 | $2.8854 | ($14,427) | | | | | | | |
| Bock, Brian | 10/2/2018 | 500 | $2.9100 | ($1,455) | | | | | | | |
| Bock, Brian | 11/1/2018 | 5,000 | $2.1309 | ($10,654) | | | | | | | |
| Bock, Brian | 11/1/2018 | 5,000 | $2.1000 | ($10,500) | | | | | | | |

*Avg Closing Prices from October 22 to December 20

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bock, Brian | 11/9/2018 | 10,000 | $2.3211 | ($23,211) | | | | | | | |
| Bock, Brian | 2/19/2019 | 10,000 | $3.5600 | ($35,600) | | | | | | | |
| Bock, Brian | 2/25/2019 | 5,000 | $3.9600 | ($19,800) | | | | | | | |
| Bock, Brian | 3/12/2019 | 5,000 | $4.0100 | ($20,050) | | | | | | | |
| Bock, Brian | 4/8/2019 | 10,000 | $4.7800 | ($47,800) | | | | | | | |
| Bock, Brian | 4/9/2019 | 5,000 | $4.7600 | ($23,800) | | | | | | | |
| Bock, Brian | 4/23/2019 | 10,000 | $4.1850 | ($41,850) | | | | | | | |
| Bock, Brian | 5/7/2019 | 5,000 | $4.9900 | ($24,950) | | | | | | | |
| Bock, Brian | 9/17/2019 | 7,500 | $2.0800 | ($15,600) | | | | | | | |
| Bock, Brian | 9/23/2019 | 1,000 | $1.4100 | ($1,410) | | | | | | | |
| **Bock, Brian** | | **165,178** | | **($479,603)** | | **(85,000)** | | **$211,656** | **80,178** | **$32,726** | **($235,222)** |
| Friedman, Jacob | | | | | PreClass | 200,000 | | | | | |
| Friedman, Jacob | 1/8/2018 | 4,181 | $2.6300 | ($10,996) | 12/26/2017 | (100,000) | $2.7300 | $273,000 | | | |
| Friedman, Jacob | 1/9/2018 | 5,000 | $2.3600 | ($11,800) | 12/28/2017 | (5,000) | $2.0100 | $10,050 | | | |
| Friedman, Jacob | 1/9/2018 | 819 | $2.4900 | ($2,039) | 12/28/2017 | (25,000) | $2.0000 | $50,000 | | | |
| Friedman, Jacob | 1/23/2018 | 10,000 | $2.2200 | ($22,200) | 12/28/2017 | (45,000) | $2.0100 | $90,450 | | | |
| Friedman, Jacob | 3/5/2018 | 9,000 | $2.3800 | ($21,420) | 1/3/2018 | (25,000) | $3.2700 | $81,750 | | | |
| Friedman, Jacob | 3/27/2018 | 1,000 | $3.1400 | ($3,140) | 7/26/2018 | (20,000) | $2.9500 | $59,000 | | | |
| Friedman, Jacob | 5/24/2018 | 10,000 | $2.3800 | ($23,800) | 1/28/2019 | (10,000) | $2.5100 | $25,100 | | | |
| Friedman, Jacob | 6/4/2018 | 10,000 | $2.3800 | ($23,800) | 1/29/2019 | (10,000) | $2.5000 | $25,000 | | | |
| Friedman, Jacob | 6/21/2018 | 10,000 | $2.4500 | ($24,500) | 1/29/2019 | (10,000) | $2.4900 | $24,900 | | | |
| Friedman, Jacob | 7/17/2018 | 10,000 | $2.2900 | ($22,900) | 1/31/2019 | (40,000) | $2.5300 | $101,200 | | | |
| Friedman, Jacob | 8/8/2018 | 10,000 | $2.7200 | ($27,200) | 2/1/2019 | (20,000) | $2.6165 | $52,330 | | | |
| Friedman, Jacob | 10/22/2018 | 40,000 | $2.3500 | ($94,000) | 2/5/2019 | (10,000) | $2.9900 | $29,900 | | | |
| Friedman, Jacob | 11/5/2018 | 40,000 | $2.0900 | ($83,600) | 2/14/2019 | (50,000) | $3.1040 | $155,200 | | | |
| Friedman, Jacob | 11/13/2018 | 10,000 | $1.9100 | ($19,100) | 2/15/2019 | (40,000) | $3.3975 | $135,900 | | | |
| Friedman, Jacob | 12/11/2018 | 10,000 | $1.6600 | ($16,600) | 2/19/2019 | (5,000) | $3.6000 | $18,000 | | | |
| Friedman, Jacob | 12/12/2018 | 19,900 | $1.5900 | ($31,641) | 2/20/2019 | (5,000) | $3.7200 | $18,600 | | | |
| Friedman, Jacob | 12/13/2018 | 1,100 | $1.6500 | ($1,815) | 3/11/2019 | (30,000) | $4.2800 | $128,400 | | | |
| Friedman, Jacob | 12/17/2018 | 10,000 | $1.5400 | ($15,400) | 3/12/2019 | (10,000) | $4.0300 | $40,300 | | | |
| Friedman, Jacob | 12/27/2018 | 9,000 | $1.4800 | ($13,320) | 3/13/2019 | (10,000) | $4.6400 | $46,400 | | | |
| Friedman, Jacob | 2/25/2019 | 50,000 | $3.9300 | ($196,500) | | | | | | | |
| Friedman, Jacob | 3/20/2019 | 10,000 | $5.4000 | ($54,000) | | | | | | | |
| Friedman, Jacob | 3/22/2019 | 10,000 | $4.4600 | ($44,600) | | | | | | | |
| Friedman, Jacob | 3/26/2019 | 10,000 | $4.3500 | ($43,500) | | | | | | | |
| Friedman, Jacob | 5/31/2019 | 25,000 | $4.0000 | ($100,000) | | | | | | | |
| Friedman, Jacob | 6/7/2019 | 20,000 | $3.1300 | ($62,600) | | | | | | | |
| Friedman, Jacob | 6/17/2019 | 10,000 | $2.8000 | ($28,000) | | | | | | | |
| Friedman, Jacob | 6/17/2019 | 2,000 | $2.8300 | ($5,660) | | | | | | | |
| Friedman, Jacob | 6/20/2019 | 3,000 | $2.7500 | ($8,250) | | | | | | | |
| Friedman, Jacob | 6/24/2019 | 10,000 | $2.3700 | ($23,700) | | | | | | | |
| Friedman, Jacob | 6/26/2019 | 10,000 | $2.1700 | ($21,700) | | | | | | | |
| Friedman, Jacob | 9/4/2019 | 10,000 | $1.8200 | ($18,200) | | | | | | | |
| Friedman, Jacob | 9/23/2019 | 10,000 | $1.5200 | ($15,200) | | | | | | | |

*Avg Closing Prices from October 22 to December 20

**Pareteum Corporation (TEUM)**
**Class Period: Dec 14, 2017 through Oct 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchase Amount | Sales Date | Sold Shares | Price | Sold Amount | End-of-Class Shares Retained | 60-Day Mean Price $0.4082 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Friedman, Jacob | 9/24/2019 | 10,000 | $1.3100 | ($13,100) | | | | | | | |
| Friedman, Jacob | 9/24/2019 | 10,000 | $1.2200 | ($12,200) | | | | | | | |
| Friedman, Jacob | 10/17/2019 | 20,000 | $0.9600 | ($19,200) | | | | | | | |
| **Friedman, Jacob** | | **440,000** | | **($1,135,681)** | | **(470,000)** | | **$1,365,480** | **170,000** | **$69,388** | **($206,064)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Radford, Richard | | 511,000 | | ($1,554,047) | | (296,000) | | $1,029,627 | 215,000 | | ($436,665) |
| Bock, Brian | | 165,178 | | ($479,603) | | (85,000) | | $211,656 | 80,178 | | ($235,222) |
| Friedman, Jacob | | 440,000 | | ($1,135,681) | | (470,000) | | $1,365,480 | 170,000 | | ($206,064) |
| **Total** | | **1,116,178** | | **($3,169,331)** | | **(851,000)** | | **$2,606,763** | **465,178** | | **($877,951)** |

*Avg Closing Prices from October 22 to December 20