# EXHIBIT 2





# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of Pareteum Corporation Investors

October 22, 2019 11:50 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned *O'Brien v. Pareteum Corporation, et al.*, (Case No. 19-cv-09767), on behalf of persons and entities that purchased or otherwise acquired Pareteum Corporation (NASDAQ: TEUM) ("Pareteum" or the "Company") securities between **March 12, 2019 and October 21, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On June 7, 2019, Marcus Aurelius Value published a report questioning the Company's accounting regarding backlog, backlog conversion rates, and receivables.

On this news, the Company's stock price fell $0.83, or over 24%, to close at $2.58 per share on June 7, 2019, thereby injuring investors.

Then, on June 25, 2019, Viceroy Research Group published a report that alleged further accounting discrepancies related to several sources of "uncollectable" revenue, concluding that "total revenue is overstated by 42%."

On this news, the Company's stock price fell $0.51, or over 20%, to close at $2.00 per share on June 26, 2019, thereby injuring investors further.

Then, on October 15, 2019, the Company announced that Chief Operating Officer Denis McCarthy was leaving the Company. McCarthy had maintained the Company's 36-month contractual revenue backlog spreadsheets and analysis that were scrutinized by the Aurelius Value and Viceroy reports.

On this news, the Company's stock price fell $0.36, over three consecutive trading sessions to close at $0.83 per share on October 17, 2019, thereby injuring investors further.

Then, on October 21, 2019, after the market closed, the Company disclosed that certain revenues recognized during 2018 and 2019 should not have been recorded during that period and that, as a result, the Company would restate their previously issued consolidated financial statements as of and for the full year ended December 31, 2018, and interim periods ended March 31, 2019 and June 30, 2019.

On this news, the Company's stock price fell $0.4401, or nearly 40%, to close at $0.6893 on October 22, 2009, thereby injuring investors further.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's backlog had been artificially inflated; (2) that the Company was not likely to collect from several of its key customers; (3) that, as a result, the Company's accounts receivable was overstated; (4) that the Company improperly recognized revenue from certain customer transactions; (5) that there was a material weakness in Pareteum's internal control over financial reporting related to the Company's backlog; (6) that, as a result of the foregoing, the Company was reasonably likely to restate financial statements for several periods; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Pareteum securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#FRAUD    #INVESTORS    #CLASSACTION

## $Cashtags

$TEUM