# EXHIBIT 3

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _____Richard_____Radford_____, make this

declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities

Litigation Reform Act of 1995.

2.  I have reviewed a Complaint on behalf of shareholders of Pareteum Corporation ("Pareteum" or

the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Pareteum securities at the direction of plaintiffs counsel, or in order

to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired Pareteum securities during the class period, including providing testimony at deposition and trial, if

necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this

action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Pareteum

securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as

set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and

expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___12/20/19___

        **(Date)**

_____

        **(Signature)**

___Richard Radford___

        **(Type or Print Name)**

**Pareteum Corporation (TEUM)**                                                    **Radford, Richard**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------:|---------------------:|
| 3/11/2019 | Purchase | 13 | $4.1799 |
| 3/11/2019 | Purchase | 200 | $4.1794 |
| 3/11/2019 | Purchase | 3,557 | $4.1793 |
| 3/11/2019 | Purchase | 1,000 | $4.1790 |
| 3/11/2019 | Purchase | 800 | $4.1784 |
| 3/11/2019 | Purchase | 100 | $4.1765 |
| 3/11/2019 | Purchase | 330 | $4.1752 |
| 3/11/2019 | Purchase | 800 | $4.1800 |
| 3/11/2019 | Purchase | 5,200 | $4.1773 |
| 3/12/2019 | Purchase | 2,300 | $4.1200 |
| 3/12/2019 | Purchase | 700 | $4.1199 |
| 3/12/2019 | Purchase | 800 | $4.1000 |
| 3/12/2019 | Purchase | 2,200 | $4.0999 |
| 3/13/2019 | Purchase | 300 | $4.8599 |
| 3/13/2019 | Purchase | 100 | $4.8590 |
| 3/13/2019 | Purchase | 1,600 | $4.8550 |
| 3/13/2019 | Purchase | 2,000 | $4.8387 |
| 3/14/2019 | Purchase | 2,000 | $4.9499 |
| 3/14/2019 | Purchase | 2,000 | $4.8899 |
| 3/21/2019 | Purchase | 3,502 | $4.8700 |
| 3/21/2019 | Purchase | 2,998 | $4.8699 |
| 3/21/2019 | Purchase | 100 | $4.9477 |
| 3/21/2019 | Purchase | 6,400 | $4.9692 |
| 3/21/2019 | Purchase | 5,975 | $4.8700 |
| 3/21/2019 | Purchase | 525 | $4.8699 |
| 3/21/2019 | Purchase | 2,000 | $4.9600 |
| 3/21/2019 | Purchase | 2,400 | $4.9593 |
| 3/21/2019 | Purchase | 1,000 | $4.9585 |
| 3/21/2019 | Purchase | 1,100 | $4.9577 |
| 3/25/2019 | Purchase | 2,000 | $4.6697 |
| 3/25/2019 | Purchase | 2,000 | $4.6687 |
| 3/26/2019 | Purchase | 2,000 | $4.4299 |
| 3/26/2019 | Purchase | 2,000 | $4.4299 |
| 3/28/2019 | Purchase | 2,000 | $4.6899 |
| 3/28/2019 | Purchase | 2,000 | $4.6899 |
| 3/29/2019 | Purchase | 2,000 | $4.4099 |
| 3/29/2019 | Purchase | 2,000 | $4.4200 |
| 4/1/2019 | Purchase | 2,000 | $4.5500 |
| 4/1/2019 | Purchase | 3,500 | $4.5499 |
| 4/1/2019 | Purchase | 500 | $4.5450 |
| 4/1/2019 | Purchase | 2,000 | $4.5500 |
| 4/2/2019 | Purchase | 900 | $4.6400 |
| 4/2/2019 | Purchase | 1,100 | $4.6399 |
| 4/2/2019 | Purchase | 2,000 | $4.6699 |
| 4/2/2019 | Purchase | 3,000 | $4.6298 |
| 4/2/2019 | Purchase | 3,000 | $4.6299 |
| 4/2/2019 | Purchase | 4,000 | $4.5599 |
| 4/2/2019 | Purchase | 4,000 | $4.6299 |
| 4/2/2019 | Purchase | 4,000 | $4.6491 |
| 4/2/2019 | Purchase | 4,000 | $4.6289 |

**Pareteum Corporation (TEUM)**                                          **Radford, Richard**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/2/2019 | Purchase | 2,000 | $4.6498 |
| 4/2/2019 | Purchase | 2,000 | $4.6687 |
| 4/2/2019 | Purchase | 5,000 | $4.6499 |
| 4/3/2019 | Purchase | 5,000 | $4.9180 |
| 4/3/2019 | Purchase | 7,500 | $4.7098 |
| 4/3/2019 | Purchase | 7,500 | $4.7394 |
| 4/3/2019 | Purchase | 5,000 | $4.9150 |
| 4/3/2019 | Purchase | 5,000 | $4.9797 |
| 4/3/2019 | Purchase | 5,000 | $5.0194 |
| 4/4/2019 | Purchase | 500 | $4.9699 |
| 4/4/2019 | Purchase | 2,000 | $4.9691 |
| 4/4/2019 | Purchase | 2,500 | $4.9699 |
| 4/23/2019 | Purchase | 2,500 | $4.1599 |
| 4/23/2019 | Purchase | 2,500 | $4.1599 |
| 5/6/2019 | Purchase | 5,000 | $4.7965 |
| 5/7/2019 | Purchase | 5,000 | $4.8484 |
| 6/21/2019 | Purchase | 7,000 | $2.5178 |
| 6/21/2019 | Purchase | 6,700 | $2.5187 |
| 6/21/2019 | Purchase | 1,300 | $2.5173 |
| 6/26/2019 | Purchase | 5,000 | $2.1078 |
| 6/26/2019 | Purchase | 5,000 | $2.1076 |
| 6/26/2019 | Purchase | 5,000 | $2.1099 |
| 6/26/2019 | Purchase | 5,000 | $2.1072 |
| 6/27/2019 | Purchase | 9,600 | $2.4200 |
| 6/27/2019 | Purchase | 300 | $2.4100 |
| 6/27/2019 | Purchase | 100 | $2.4050 |
| 6/27/2019 | Purchase | 5,000 | $2.2199 |
| 6/27/2019 | Purchase | 5,000 | $2.2399 |
| 7/1/2019 | Purchase | 5,000 | $2.6986 |
| 7/11/2019 | Purchase | 2,500 | $3.1491 |
| 7/11/2019 | Purchase | 2,500 | $3.1491 |
| 7/11/2019 | Purchase | 2,500 | $3.1499 |
| 7/11/2019 | Purchase | 2,500 | $3.1499 |
| 7/15/2019 | Purchase | 1,013 | $3.0900 |
| 7/15/2019 | Purchase | 824 | $3.0899 |
| 7/15/2019 | Purchase | 663 | $3.2099 |
| 7/15/2019 | Purchase | 2,500 | $3.0900 |
| 7/24/2019 | Purchase | 2,300 | $3.1799 |
| 7/24/2019 | Purchase | 200 | $3.1750 |
| 7/24/2019 | Purchase | 2,500 | $3.2999 |
| 7/24/2019 | Purchase | 1,004 | $3.1992 |
| 7/24/2019 | Purchase | 1,496 | $3.1991 |
| 7/24/2019 | Purchase | 2,500 | $3.2999 |
| 7/24/2019 | Purchase | 2,500 | $3.1999 |
| 7/24/2019 | Purchase | 2,500 | $3.2999 |
| 7/24/2019 | Purchase | 2,200 | $3.1999 |
| 7/24/2019 | Purchase | 300 | $3.1991 |
| 7/24/2019 | Purchase | 2,500 | $3.3099 |
| 7/26/2019 | Purchase | 2,500 | $3.3199 |
| 7/26/2019 | Purchase | 2,500 | $3.3199 |

**Pareteum Corporation (TEUM)**                                    **Radford, Richard**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/26/2019 | Purchase | 2,500 | $3.3199 |
| 7/26/2019 | Purchase | 2,500 | $3.3199 |
| 7/30/2019 | Purchase | 2,500 | $3.4499 |
| 7/30/2019 | Purchase | 2,500 | $3.4499 |
| 7/31/2019 | Purchase | 2,500 | $3.4799 |
| 7/31/2019 | Purchase | 2,500 | $3.4799 |
| 8/6/2019 | Purchase | 10,000 | $3.7500 |
| 8/6/2019 | Purchase | 5,000 | $3.7599 |
| 9/5/2019 | Purchase | 5,000 | $2.0587 |
| 9/5/2019 | Purchase | 5,000 | $2.0572 |
| 9/5/2019 | Purchase | 4,998 | $2.0600 |
| 9/5/2019 | Purchase | 2 | $2.0599 |
| 9/5/2019 | Purchase | 5,000 | $1.9787 |
| 9/5/2019 | Purchase | 5,000 | $1.9795 |
| 9/5/2019 | Purchase | 5,000 | $2.0587 |
| 9/5/2019 | Purchase | 5,000 | $2.0599 |
| 9/5/2019 | Purchase | 5,000 | $2.0588 |
| 9/5/2019 | Purchase | 5,000 | $1.9794 |
| 9/5/2019 | Purchase | 5,000 | $1.9787 |
| 9/5/2019 | Purchase | 5,000 | $2.0580 |
| 9/5/2019 | Purchase | 5,000 | $2.0587 |
| 9/5/2019 | Purchase | 5,000 | $2.0599 |
| 9/5/2019 | Purchase | 5,000 | $1.9799 |
| 9/5/2019 | Purchase | 3,600 | $1.9799 |
| 9/5/2019 | Purchase | 1,400 | $1.9750 |
| 9/6/2019 | Purchase | 5,000 | $1.8999 |
| 9/6/2019 | Purchase | 5,000 | $1.8999 |
| 9/6/2019 | Purchase | 5,000 | $1.8999 |
| 9/6/2019 | Purchase | 5,000 | $1.8998 |
| 9/6/2019 | Purchase | 5,000 | $1.9099 |
| 9/11/2019 | Purchase | 4,570 | $1.9500 |
| 9/11/2019 | Purchase | 5,430 | $1.9450 |
| 9/11/2019 | Purchase | 5,000 | $2.0187 |
| 9/11/2019 | Purchase | 3,900 | $2.0477 |
| 9/11/2019 | Purchase | 100 | $2.0476 |
| 9/11/2019 | Purchase | 1,000 | $2.0444 |
| 9/12/2019 | Purchase | 10,000 | $2.1100 |
| 9/13/2019 | Purchase | 5,000 | $2.2300 |
| 9/13/2019 | Purchase | 5,000 | $2.2378 |
| 9/13/2019 | Purchase | 10,000 | $2.2800 |
| 9/17/2019 | Purchase | 5,000 | $2.0788 |
| 9/17/2019 | Purchase | 5,000 | $2.0699 |
| 9/20/2019 | Purchase | 5,000 | $1.5887 |
| 9/20/2019 | Purchase | 5,000 | $1.5860 |
| 9/20/2019 | Purchase | 5,000 | $1.5878 |
| 9/24/2019 | Purchase | 4,500 | $1.3200 |
| 9/24/2019 | Purchase | 500 | $1.3187 |
| 9/24/2019 | Purchase | 5,000 | $1.3194 |
| 9/24/2019 | Purchase | 15,000 | $1.1900 |
| 9/24/2019 | Purchase | 5,000 | $1.3199 |

**Pareteum Corporation (TEUM)**                                   **Radford, Richard**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/25/2019 | Purchase | 5,000 | $1.3187 |
| 9/25/2019 | Purchase | 5,000 | $1.3194 |
| 3/18/2019 | Sale | (6,500) | $5.6929 |
| 3/18/2019 | Sale | (6,500) | $5.6901 |
| 3/18/2019 | Sale | (400) | $5.6761 |
| 3/18/2019 | Sale | (971) | $5.6722 |
| 3/18/2019 | Sale | (1,300) | $5.6715 |
| 3/18/2019 | Sale | (3,829) | $5.6700 |
| 3/18/2019 | Sale | (300) | $5.6761 |
| 3/18/2019 | Sale | (500) | $5.6714 |
| 3/18/2019 | Sale | (5,700) | $5.6705 |
| 8/7/2019 | Sale | (4,000) | $3.3300 |
| 8/7/2019 | Sale | (4,000) | $3.3201 |
| 8/7/2019 | Sale | (2,980) | $3.3201 |
| 8/7/2019 | Sale | (1,020) | $3.3200 |
| 8/7/2019 | Sale | (4,000) | $3.3205 |
| 8/7/2019 | Sale | (4,000) | $3.3201 |
| 8/7/2019 | Sale | (3,301) | $3.3200 |
| 8/7/2019 | Sale | (2,300) | $3.3000 |
| 8/7/2019 | Sale | (4,000) | $3.2900 |
| 8/7/2019 | Sale | (1,500) | $3.2950 |
| 8/7/2019 | Sale | (2,500) | $3.2900 |
| 8/7/2019 | Sale | (4,000) | $3.2900 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (500) | $3.2805 |
| 8/7/2019 | Sale | (3,500) | $3.2800 |
| 8/7/2019 | Sale | (2,300) | $3.2801 |
| 8/7/2019 | Sale | (1,700) | $3.2800 |
| 8/7/2019 | Sale | (3,742) | $3.2801 |
| 8/7/2019 | Sale | (258) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (2,611) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2500 |
| 8/7/2019 | Sale | (5,000) | $3.2500 |
| 8/7/2019 | Sale | (4,400) | $3.2501 |
| 8/7/2019 | Sale | (600) | $3.2500 |
| 8/7/2019 | Sale | (5,000) | $3.2500 |
| 8/7/2019 | Sale | (5,000) | $3.2500 |
| 8/7/2019 | Sale | (5,000) | $3.2501 |
| 8/7/2019 | Sale | (6,788) | $3.2500 |
| 8/7/2019 | Sale | (4,000) | $3.2701 |
| 8/7/2019 | Sale | (4,000) | $3.2705 |
| 8/7/2019 | Sale | (4,000) | $3.2700 |
| 8/7/2019 | Sale | (4,000) | $3.2700 |
| 8/7/2019 | Sale | (2,100) | $3.2700 |
| 8/7/2019 | Sale | (4,000) | $3.2500 |
| 8/7/2019 | Sale | (4,000) | $3.2500 |
| 8/7/2019 | Sale | (3,663) | $3.2501 |
| 8/7/2019 | Sale | (337) | $3.2500 |

**Pareteum Corporation (TEUM)**                                                  **Radford, Richard**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 8/7/2019 | Sale | (4,000) | $3.2500 |
| 8/7/2019 | Sale | (4,000) | $3.2500 |
| 8/7/2019 | Sale | (31) | $3.2550 |
| 8/7/2019 | Sale | (1,400) | $3.2504 |
| 8/7/2019 | Sale | (2,569) | $3.2500 |
| 8/7/2019 | Sale | (4,000) | $3.2201 |
| 8/7/2019 | Sale | (4,000) | $3.2210 |
| 8/7/2019 | Sale | (4,000) | $3.2201 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2200 |
| 8/7/2019 | Sale | (4,000) | $3.2000 |
| 8/7/2019 | Sale | (2,900) | $3.2000 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (3,800) | $3.2801 |
| 8/7/2019 | Sale | (200) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2813 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (4,000) | $3.2801 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (4,000) | $3.2805 |
| 8/7/2019 | Sale | (6,500) | $3.2804 |
| 8/7/2019 | Sale | (500) | $3.2850 |
| 8/7/2019 | Sale | (3,500) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2800 |
| 8/7/2019 | Sale | (4,000) | $3.2600 |
| 8/7/2019 | Sale | (4,000) | $3.2705 |
| 8/7/2019 | Sale | (4,000) | $3.2701 |
| 8/7/2019 | Sale | (2,500) | $3.2701 |

DocuSign Envelope ID: B6811773-A3FD-4D70-92A2-EA625F6797D8

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Brian Bock, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Pareteum Corporation ("Pareteum" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Pareteum securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Pareteum securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Pareteum securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed: 12/20/2019

DocuSigned by:

Brian Bock
4945E3A49D7E480...

Brian Bock

**Pareteum Corporation (TEUM)**                                                          **Bock, Brian**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 12/18/2017 | Purchase | 10,000 | $1.6500 |
| 12/21/2017 | Purchase | 10,000 | $1.5900 |
| 12/22/2017 | Purchase | 5,000 | $1.2730 |
| 12/26/2017 | Purchase | 5,000 | $2.7868 |
| 1/3/2018 | Purchase | 5,000 | $2.6800 |
| 1/4/2018 | Purchase | 5,000 | $3.1400 |
| 12/18/2017 | Purchase | 2,500 | $1.4200 |
| 1/4/2018 | Purchase | 10,000 | $3.1332 |
| 2/14/2018 | Purchase | 3,000 | $2.0110 |
| 3/1/2018 | Purchase | 2,000 | $2.1950 |
| 3/2/2018 | Purchase | 2,500 | $2.1644 |
| 3/7/2018 | Purchase | 2,500 | $2.6620 |
| 3/14/2018 | Purchase | 2,000 | $2.9700 |
| 3/22/2018 | Purchase | 100 | $3.2600 |
| 3/22/2018 | Purchase | 78 | $3.2600 |
| 3/22/2018 | Purchase | 210 | $3.2887 |
| 4/18/2018 | Purchase | 4,790 | $2.6227 |
| 4/20/2018 | Purchase | 5,000 | $2.4764 |
| 6/19/2018 | Purchase | 5,000 | $2.6310 |
| 7/19/2018 | Purchase | 980 | $2.5800 |
| 7/19/2018 | Purchase | 20 | $2.5700 |
| 9/27/2018 | Purchase | 500 | $2.8700 |
| 9/27/2018 | Purchase | 5,000 | $2.8854 |
| 10/2/2018 | Purchase | 500 | $2.9100 |
| 11/1/2018 | Purchase | 5,000 | $2.1309 |
| 11/1/2018 | Purchase | 5,000 | $2.1000 |
| 11/9/2018 | Purchase | 10,000 | $2.3211 |
| 2/19/2019 | Purchase | 10,000 | $3.5600 |
| 2/25/2019 | Purchase | 5,000 | $3.9600 |
| 3/12/2019 | Purchase | 5,000 | $4.0100 |
| 4/8/2019 | Purchase | 10,000 | $4.7800 |
| 4/9/2019 | Purchase | 5,000 | $4.7600 |
| 4/23/2019 | Purchase | 10,000 | $4.1850 |
| 5/7/2019 | Purchase | 5,000 | $4.9900 |
| 9/17/2019 | Purchase | 7,500 | $2.0800 |
| 9/23/2019 | Purchase | 1,000 | $1.4100 |
| 11/13/2018 | Sale | (40,000) | $1.8585 |
| 2/8/2019 | Sale | (40,000) | $2.8300 |
| 4/3/2019 | Sale | (5,000) | $4.8232 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Jacob Friedman _____, make this

declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities

Litigation Reform Act of 1995.

2.  I have reviewed a Complaint on behalf of shareholders of Pareteum Corporation ("Pareteum" or

the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Pareteum securities at the direction of plaintiffs counsel, or in order to

participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired Pareteum securities during the class period, including providing testimony at deposition and trial, if

necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Pareteum

securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed** _____
12/19/2019 | 4:40 AM EST

        **(Date)**

DocuSigned by:

_____
2D3073E58A85453...

        **(Signature)**

Jacob Friedman
_____

        **(Type or Print Name)**

**Pareteum Corporation (TEUM)**                                                                    **Friedman, Jacob**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|---------------------|
| 1/8/2018 | Purchase | 4,181 | $2.6300 |
| 1/9/2018 | Purchase | 5,000 | $2.3600 |
| 1/9/2018 | Purchase | 819 | $2.4900 |
| 1/23/2018 | Purchase | 10,000 | $2.2200 |
| 3/5/2018 | Purchase | 9,000 | $2.3800 |
| 3/27/2018 | Purchase | 1,000 | $3.1400 |
| 5/24/2018 | Purchase | 10,000 | $2.3800 |
| 6/4/2018 | Purchase | 10,000 | $2.3800 |
| 6/21/2018 | Purchase | 10,000 | $2.4500 |
| 7/17/2018 | Purchase | 10,000 | $2.2900 |
| 8/8/2018 | Purchase | 10,000 | $2.7200 |
| 10/22/2018 | Purchase | 40,000 | $2.3500 |
| 11/5/2018 | Purchase | 40,000 | $2.0900 |
| 11/13/2018 | Purchase | 10,000 | $1.9100 |
| 12/11/2018 | Purchase | 10,000 | $1.6600 |
| 12/12/2018 | Purchase | 19,900 | $1.5900 |
| 12/13/2018 | Purchase | 1,100 | $1.6500 |
| 12/17/2018 | Purchase | 10,000 | $1.5400 |
| 12/27/2018 | Purchase | 9,000 | $1.4800 |
| 2/25/2019 | Purchase | 50,000 | $3.9300 |
| 3/20/2019 | Purchase | 10,000 | $5.4000 |
| 3/22/2019 | Purchase | 10,000 | $4.4600 |
| 3/26/2019 | Purchase | 10,000 | $4.3500 |
| 5/31/2019 | Purchase | 25,000 | $4.0000 |
| 6/7/2019 | Purchase | 20,000 | $3.1300 |
| 6/17/2019 | Purchase | 10,000 | $2.8000 |
| 6/17/2019 | Purchase | 2,000 | $2.8300 |
| 6/20/2019 | Purchase | 3,000 | $2.7500 |
| 6/24/2019 | Purchase | 10,000 | $2.3700 |
| 6/26/2019 | Purchase | 10,000 | $2.1700 |
| 9/4/2019 | Purchase | 10,000 | $1.8200 |
| 9/23/2019 | Purchase | 10,000 | $1.5200 |
| 9/24/2019 | Purchase | 10,000 | $1.3100 |
| 9/24/2019 | Purchase | 10,000 | $1.2200 |
| 10/17/2019 | Purchase | 20,000 | $0.9600 |
| 12/26/2017 | Sale | (100,000) | $2.7300 |
| 12/28/2017 | Sale | (5,000) | $2.0100 |
| 12/28/2017 | Sale | (25,000) | $2.0000 |
| 12/28/2017 | Sale | (45,000) | $2.0100 |
| 1/3/2018 | Sale | (25,000) | $3.2700 |
| 7/26/2018 | Sale | (20,000) | $2.9500 |
| 1/28/2019 | Sale | (10,000) | $2.5100 |
| 1/29/2019 | Sale | (10,000) | $2.5000 |
| 1/29/2019 | Sale | (10,000) | $2.4900 |
| 1/31/2019 | Sale | (40,000) | $2.5300 |
| 2/1/2019 | Sale | (20,000) | $2.6165 |
| 2/5/2019 | Sale | (10,000) | $2.9900 |
| 2/14/2019 | Sale | (50,000) | $3.1040 |
| 2/15/2019 | Sale | (40,000) | $3.3975 |
| 2/19/2019 | Sale | (5,000) | $3.6000 |
| 2/20/2019 | Sale | (5,000) | $3.7200 |
| 3/11/2019 | Sale | (30,000) | $4.2800 |
| 3/12/2019 | Sale | (10,000) | $4.0300 |
| 3/13/2019 | Sale | (10,000) | $4.6400 |