UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KEVIN O'BRIEN, individually and on behalf of                   :
all others similarly situated,                                 :
                                                               :
                                    Plaintiff,                 :
                v.                                             :      19 Civ. 9767 (AKH)
                                                               :
PARETEUM CORPORATION, VICTOR                                   :
BOZZO, EDWARD O'DONNELL, and DENIS                             :
MCCARTHY,                                                      :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
                                                               :
AJAY SINGH, individually and on behalf of all                  :
others similarly situated,                                     :
                                                               :
                                    Plaintiff,                 :
                v.                                             :      19 Civ. 9795 (AKH)
                                                               :
PARETEUM CORPORATION, ROBERT                                   :
TURNER, VICTOR BOZZO, EDWARD                                   :
O'DONNEL, and DENIS MCCARTHY,                                  :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
                                                               :
LAILA MANSUR, individually and on behalf of                    :
all others similarly situated,                                 :
                                                               :
                                    Plaintiff,                 :
                v.                                             :      19 Civ. 9849 (AKH)
                                                               :
PARETEUM CORPORATION, ROBERT H.                                :
TURNER, DENIS MCCARTHY, VICTOR                                 :
BOZZO, and EDWARD O'DONNELL,                                   :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/20

1

```
---------------------------------------------------------  X
                                                           :
JOHN VARGO, individually and on behalf of all              :
others similarly situated,                                 :
                                                           :
                          Plaintiff,                       :   19 Civ. 9936 (AKH)
              v.                                            :
                                                           :   **ORDER REGULATING**
PARETEUM CORPORATION, ROBERT H.                            :   **PROCEEDINGS**
TURNER, and EDWARD O'DONNELL,                              :
                                                           :
                          Defendants.                      :
---------------------------------------------------------  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties in the above putative securities class actions are hereby ordered to

attend a conference on Thursday, January 9, 2020, at 11:15 a.m., in Courtroom 14D of the

United States Courthouse, 500 Pearl Street, New York, New York, 10007. At the conference,

the parties should be prepared to discuss the pending motions for consolidation and appointment

of lead plaintiff and counsel.

        SO ORDERED.

Dated:     January 2, 2020
           New York, New York         ALVIN K. HELLERSTEIN
                                United States District Judge