UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-09767-AKH |
| Plaintiff, | |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-09795-AKH |
| Plaintiff, | |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |

[Caption continues on following page]

1

| | |
|---|---|
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL,<br><br>        Defendants. | Case No. 1:19-cv-09849-AKH |

**DECLARATION OF W. SCOTT HOLLEMAN
IN SUPPORT OF NIKO HOLDING & INVESTMENT
LIMITED'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION
TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movant NIKO Holding & Investment Limited ("NIKO Holding") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibit, in support of NIKO Holding's Memorandum of Law in Further Support of its Motion for Appointment as Lead Plaintiff and in Opposition to the Competing Motions for Appointment as Lead Plaintiff.

3.      Attached hereto as **Exhibit 1** are true and correct copies of Pareteum Historical Pricing Data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 6th day of January, 2020.

                                        */s/ W. Scott Holleman*
                                        W. Scott Holleman

2