# Exhibit 1

Log In

*Watch*

January 6, 2020                  7:38 PM EST

| New York | London | Tokyo |
|---|---|---|
| After | Closed | Open |

**Latest News**                                    **View All**

7:37p Impossible Foods to add pork and sausage in battle with Beyond Meat

7:19p Republican gerrymandering guru's confidential documents posted online

| DOW | +68.50 | NASDAQ | +50.70 | S&P 500 | +11.43 |
|---|---|---|---|---|---|
| 28,703.38 | +0.24% | 9,071.46 | +0.56% | 3,246.28 | +0.35% |

**Virtual Stock Exchange**

**Our free stock-market game**
• Trade your virtual portfolio in real time
• Talk strategies in group discussions
• Find or create a game that suits you
• Use our learning center to improve

Home   News Viewer   Markets   **Investing**   Personal Finance   Retirement   Economy   Real Estate   Entertainment          Watchlist  Alerts  Games

**Stocks**   Funds   ETFs   Options   Bonds   Commodities   Currencies   Crypto   Futures   FA Center   Tools   Getting Started   Premium Newsletters

# Pareteum Corp.
NAS: TEUM

Set Alerts
Market Index

Enter Symbols or Keywords   [ GO ]

OVERVIEW   PROFILE   CHARTS   FINANCIALS   **HISTORICAL QUOTES**   ANALYST ESTIMATES   OPTIONS   SEC FILINGS   INSIDERS

After Hours --Real time quotes                                     Jan 6, 2020 7:35 p.m.

$**0.77**          **+0.01 +0.71%**
                  Volume 455,763

10a  12p  2p  4p  6p

| | Today's close | Day low | Day high | 52 week low | 52 week high |
|---|---|---|---|---|---|
| | $ **0.76** | $0.43 | $0.79 | $0.29 | $5.93 |
| | +0.31 +67.15% | | | | |

Enter Date: 10/21/2019   [ Set ]

## Historical quote for: TEUM

Monday, October 21, 2019

| | |
|---|---|
| Closing price: | **$0.74** |
| Open: | **$0.80** |
| High: | **$0.82** |
| Low: | **$0.68** |
| Volume: | **11.47M** |

2.00
1.50
1.00
0.50
0.00
S    O    N

### Sponsored Links

1. **How to Buy TEUM HISTORICAL Stocks**

2. **TEUM HISTORICAL Stock Predictions**

3. **Buy TEUM HISTORICAL Stocks**

4. **Investing in TEUM HISTORICAL**

5. **TEUM HISTORICAL Stock Options**

6. **Top 5 Stocks to Buy Now**

## RECOMMENDED

FEATURE          NEWS          NEWS          FEATURE



Trending Tickers   VUZI  +15.60%   JCP  -5.83%   NUGT  -2.93%   JNUG  -5.94%   TLT  +1.11%   Powered by  StockTwits   X

*Log In*

**Watch**

January 6, 2020     7:38 PM EST

| New York | London | Tokyo |
|---|---|---|
| After | Closed | Open |

**Latest News**     View All

7:37p Impossible Foods to add pork and sausage in battle with Beyond Meat

7:19p Republican gerrymandering guru's confidential documents posted online

| DOW | +68.50 | NASDAQ | +50.70 | S&P 500 | +11.43 |
|---|---|---|---|---|---|
| 28,703.38 | +0.24% | 9,071.46 | +0.56% | 3,246.28 | +0.35% |

**Alerts**

NEWS — Latest news

Breaking-news alerts — for free

Sign up for real-time bulletins that affect your portfolio.

| Home | News Viewer | Markets | **Investing** | Personal Finance | Retirement | Economy | Real Estate | Entertainment | | Watchlist | Alerts | Games |

**Stocks**   Funds   ETFs   Options   Bonds   Commodities   Currencies   Crypto   Futures   FA Center   Tools   Getting Started   Premium Newsletters

# Pareteum Corp.
NAS: TEUM

Set Alerts
Market Index

Enter Symbols or Keywords   GO

OVERVIEW   PROFILE   CHARTS   FINANCIALS   **HISTORICAL QUOTES**   ANALYST ESTIMATES   OPTIONS   SEC FILINGS   INSIDERS

After Hours --Real time quotes      Jan 6, 2020 7:35 p.m.

## $0.77

+0.01 +0.71%
Volume 455,763



10a   12p   2p   4p   6p

Today's close
**$ 0.76**
+0.31 +67.15%

| Day low | Day high | 52 week low | 52 week high |
|---|---|---|---|
| $0.43 ▼ | $0.79 | $0.29 ▼ | $5.93 |

Enter Date: 03/15/2019   Set

## Historical quote for: TEUM

Friday, March 15, 2019

| | |
|---|---|
| Closing price: | $5.21 |
| Open: | $4.80 |
| High: | $5.29 |
| Low: | $4.80 |
| Volume: | 6.13M |



F     M     A

**Sponsored Links**

1. **How to Buy TEUM HISTORICAL Stocks**

2. **TEUM HISTORICAL Stock Predictions**

3. **Buy TEUM HISTORICAL Stocks**

4. **Investing in TEUM HISTORICAL**

5. **TEUM HISTORICAL Stock Options**

6. **Top 5 Stocks to Buy Now**

**RECOMMENDED**



FEATURE      NEWS      NEWS      FEATURE

Trending Tickers   VUZI **+15.60%**   JCP **-5.83%**   NUGT **-2.93%**   JNUG **-5.94%**   TLT **+1.11%**   Powered by StockTwits   X