UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09767-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09795-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09849-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO and EDWARD O'DONNELL, | |
| Defendants. | |

[Caption continued on the next page.]

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

Defendants.

No. 1:19-cv-09936-AKH

CLASS ACTION

## DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF CHANG LEE, M.D.'S AND CYNTHIA SOTO, M.D.'S OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Chang Lee, M.D. and Cynthia Soto, M.D., a married couple (collectively, "Movants").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movants' Opposition to Competing Motions for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Niko Holding & Investment Limited Company Profile, available at http://cy-check.com/niko-holding-investment-limited/174449.html (last visited January 6, 2020);

Exhibit 2:    Niko Company Profile Presentation (May 27, 2013), available at https://www.slideshare.net/pavelkozhukhar/niko-company-profile;

- 1 -

Exhibit 3:       OCCRP Report, "Money from 'Magnitsky Case' Passed Through

Ukraine" (July 30, 2018), available at

https://www.occrp.org/en/daily/8399-money-from-magnitsky-case-

passed-through-ukraine;

Exhibit 4:       Kompromat Article, "Investigation: Ukrainian banks helped

launder Putin's regime money" (July 30, 2018), available at

https://kompromat1.live/articles/94353-

rassledovanie_ukrainskie_banki_pomogali_otmyvatj_denjgi_putin

skogo_rezhima;

Exhibit 4a:      English translation of Kompromat Article, "Investigation:

Ukrainian banks helped launder Putin's regime money" (July 30,

2018), obtained through Google Translate on Jan. 6, 2020;

Exhibit 5:       Kompromat Article, "Ukrainian banks from the Magnitsky case"

(Aug. 1, 2018), available at https://compromat.ws/ukrainskie-

banki-iz-dela-magnitskogo/;

Exhibit 5a:      English translation of Kompromat Article, "Ukrainian banks from

the Magnitsky case" (Aug. 1, 2018), obtained through Google

Translate on Jan. 6, 2020;

Exhibit 6:       Slidstvo Article, "Ukrainians withdraw $ 57 million in cash,

laundered under Magnitsky's scheme" (July 27, 2018), available at

https://www.slidstvo.info/news/ukrainians-in-magnitskyi-case/;

Exhibit 6a: English translation of Slidstvo Article, "Ukrainians withdraw $ 57 million in cash, laundered under Magnitsky's scheme" (July 27, 2018), obtained through Google Translate on Jan. 6, 2020;

Exhibit 7: Radio Liberty Publications Article, "Investigation: $ 57 million from the Russian budget was withdrawn in cash through Ukraine" (July 31, 2018), available at https://www.radiosvoboda.org/a/russia-ukraine-cash-banks-magnitsky/29401007.html; and

Exhibit 7a: English translation of Radio Liberty Publications Article, "Investigation: $ 57 million from the Russian budget was withdrawn in cash through Ukraine" (July 31, 2018), obtained through Google Translate on Jan. 6, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of January 2020, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                    */s/ Jason A. Zweig*
                                                    JASON A. ZWEIG