# EXHIBIT 2



# NIKO®

## GROUP OF COMPANIES
PRESENTATION

# CONTENT



I.    INTRODUCTION

II.   MISSION AND CORE VALUES

III.  OWNERSHIP AND OPERATIONAL STRUCTURE

IV.   CORPORATE GOVERNANCE

V.    BRIEF DESCRIPTION OF MAJOR ACTIVITIES

VI.   ACHIEVEMENTS, AWARDS AND RECOGNITION

VII.  MANAGEMENT AND EMPLOYEES

VIII. WHY CONSIDER "NIKO" TO BE A RELIABLE PARTNER

**NIKO**®



# I. INTRODUCTION

NIKO®



- Established – 1992, Ukraine

- Major Shareholder – "NIKO" Holding Ltd.

- Major Businesses:

    - Car business (import, distribution, retail sales and service)

    - Transportation and Logistics

    - Customs clearance and Bonded warehouses

    - Investment and Construction Engineering

    - Financing and Asset management

    - Insurance

    - Distribution of lubricants.


- Group employees – more than 2000.



# II. MISSION AND CORE VALUES

NIKO®

# MISSION

**"NIKO" is a leading Company determined to be:**

- To Customers –  a benchmark of responsibility

- To Partners – a model of professional dignity

- To Society – a Company with high standards of social responsibility

- To Employees – an Employer that cares

- To Business Community – a constantly growing Company.

# CORE VALUES

- Customers

- Personnel

- "Fair Play"

- Knowledge and Experience

- Responsibility.

**NIKO**®



III. OWNERSHIP AND OPERATIONAL STRUCTURE



Legend:
Holding Company, no operating activity
Operating Company
Asset Holder Company
Financing Company

## Vreston Group Structure

**VRESTON**

95% → **NIKO AUTO HOLDING Limited**

99% → **TD-NIKO** 1%- Kovin Capital

60% → **N-Trans** 1%-Kovin Capital
100% → **Ukrterminal**

100% → **IFL**
5% → **Albion Trade & Commerce**
95%
90% → **Trade House-NIKO** 1%- Kovin Capital

98.69% → **Kovin Capital**
45%

55% → **NIKO AUTO INVEST**
100% → **Doncomunservice**

99% → **NIKO AUTO HOLDING UKRAINE** 1%- Kovin Capital
94% → **NIKO UKRAINE** 2%- Kovin Capital

99% → **NIKO Dnipro** 1%- Kovin Capital
99% → **NIKO Donbas** 1%- Kovin Capital
99% → **NIKO Forward Megapolis** 1%- Kovin Capital
99% → **NIKO Eastline Megapolis** 1%- Kovin Capital
99% → **NIKO Prime Megapolis** 1%- Kovin Capital

**NIKO Donetsk** 1%- Kovin Capital 99%
**NIKO Zahid** 1%- Kovin Capital 99%
98% → **Zahid Invest** 2%-Kovin Capital
**Auto Aliance** 1%- Kovin Capital 99%
**NIKO Dnipropetrovsk** 1%- Kovin Capital 99%
**NIKO Chernivtsi** 1%- Kovin Capital 99%
**NIKO Tendence Auto** 1%- Kovin Capital 99%
**NIKO Skyline Motors** 1%- Kovin Capital 99%
**Zahid Motors** 1%- Kovin Capital 99%
**NIKO Zaporizhzhya** 1%- Kovin Capital 99%
**NIKO Drive Motors** 1%- Kovin Capital 99%
**West Auto** 1%- Kovin Capital 99%
**NIKO Avant Megapolis** 1%- Kovin Capital 99%
**NIKO Diamante Megapolis** 1%- Kovin Capital 99%
**NIKO Auto Aliance Chernivtsi** 1%- Kovin Capital 99%
**Audi NIKO Lviv**

53% → **NIKO Trading** 3%- Kovin Capital

**JVF Rubin**
100% → **JVF Corporate Finance**
**JVF Corporate Investment**

**(Associate)**
**Indigo** 24.55%- Kovin Capital

100% → **Ukrmlyn Centrostroy** 1%- Kovin Capital 99%

**Azovinvestbud 2009** 1%-NIKO Donetsk 99%

98% → **NIKO Capital** 2%- Kovin Capital



# IV. CORPORATE GOVERNANCE



## Philosophy

"NIKO" builds favorable relations with all of its stakeholders, including shareholders, customers, business partners, local communities and employees.

## Priority

Top management's priority is to maintain sustainable growth of the shareholder value over the long-term as well as strong correspondence to corporate social responsibility principles.

## Corporate ethics

"NIKO" builds a well-developed awareness of ethics among employees that  is the key to a successful management system being reflected not only at work, but in a free time.

## Management system

"NIKO" introduced new streamlined management system that includes "NIKO" Corporation to be responsible for specific strategic goals and tasks of all "NIKO" Group of companies. In order to increase transparency of corporate activities of "NIKO" Group of companies, "NIKO" Corporation hosts a group of internal controllers as well as employs outsourcing audit company "Grant Thornton".

## Accountability

"NIKO" considers the appropriate disclosures of corporate and financial information as a critical responsibility in corporate governance. Since 2004 "NIKO" Group of companies is producing audited consolidated financial statements.

## Corporate social responsibility

Rather than simply contributing to economic development through operational activities, "NIKO" keeps earning respect and trust of society as well as individuals through its philanthropy and charity activities.

NIKO®

# V. BRIEF DESCRIPTION OF MAJOR ACTIVITIES

NIKO®



# "TRADE HOUSE – NIKO"

An exclusive importer of **Mitsubishi Motors**
to Ukraine, Belarus and Moldova



**MITSUBISHI MOTORS**





# "NIKO TRADING"

An official **ExxonMobil** distributor in Ukraine.







# "NIKO-INVEST"

Investment and engineering company that successfully implements various construction and development projects.







# "N-TRANS"
## TRANSPORT COMPANY

Company specializing in cargo transport services in Ukraine, Europe and Asia using its Euro-standard 120 trucks fleet.

# BONDED WAREHOUSE
# "UKRAINIAN TERMINAL"

Company specializing in a wide range of customs and warehouse services.









# INSURANCE COMPANY "INDIGO"

A client-oriented company confidently holding the leading positions in the insurance market and proving the respect and confidence among partners and Clients.



# "NIKO-CAPITAL"

A non-bank financial institution specializing on rendering financial services to the outside customers.







# "NIKO" ASSET MANAGEMENT

Dynamically developing investment company operating in the sphere of Private Equity and Asset Management.





# DEALERSHIP IN KIEV

## "NIKO-Ukraine" – official Mitsubishi dealer

Company has been numerously recognized as "The Best AutoDealer" in Ukraine since 2005.



# DEALERSHIP IN KIEV

## "AutoAlliance Kiev" – official Nissan Motor dealer



# DEALERSHIP IN KIEV

## "NIKO-Ukraine Left bank" – official Mitsubishi dealer



# DEALERSHIP IN KIEV

### "NIKO Avant Motors" – official Citroën dealer



# DEALERSHIP IN KIEV

**Automotive Megapolis "NIKO" is located in the 13th km of "Kiev-Borispol" highway. Will be opened in 2013.**





# DEALERSHIP IN LVIV

## "NIKO Zahid" – official Mitsubishi and Audi dealer





# DEALERSHIP IN LVIV

## "Zahid Motors" – official Mazda dealer





# DEALERSHIP IN DONETSK AND REGION

## "NIKO Donetsk" – official Mitsubishi dealer

# DEALERSHIP IN DONETSK

## "NIKO Tendence Avto" – official Peugeot dealer



# DEALERSHIP IN DONETSK

## "NIKO Skyline" – official Infiniti dealer



# DEALERSHIP IN DNIPROPETROVS'K

## "NIKO Dnipropetrovs'k" – official Mitsubishi dealer



# DEALERSHIP IN ZAPORIZHIE

**"NIKO Zaporizhie" – official Mitsubishi dealer**





# DEALERSHIP IN CHERNIVTSI

## "NIKO Chernivtsi" – official Mitsubishi dealer



# DEALERSHIP IN CHERNIVTSI

## "WEST AVTO" – official Mazda dealer



# VI. ACHIEVEMENTS, AWARDS AND RECOGNITION

**NIKO**®



# "NIKO" STANDS FOR HIGH QUALITY SERVICE

**The following quality's improvement programs are constantly implemented within "NIKO" Group of companies:**

- ## Quality Control and Management Program
  Regardless the area and size, each company of the "NIKO" Group hires quality control managers responsible for standards observance.

- ## Mystery Shopping
  Special Consulting Agency is outsourced to periodically monitor the quality of services performed by the "NIKO" workshops and showrooms.

- ## "NIKO" Loyalty Program
  The Program is to provide wide-range and high-quality services to its current and potential customers.

- ## "NIKO" Hot Line
  Special department and telephone line have been designated to deliver, receive and process the information for/from customers.

- ## After sales Services Audit
  Corporate auditors make sure that works performed by the servicemen meet safety regulations and legal norms.

- ## CSI
  Special Department has been established to analyze and report on Customers Satisfaction Index.

**The level of quality is guaranteed by personal responsibility and commitment of our managers and employees!**

# "NIKO" STANDS FOR HIGH-QUALITY COMMUNICATIONS

We are proud of taking leading positions on the market and we have always been thinking of how to hold it!

### CLIENTS ORIENTED APPROACH /AUTOPARADE/

As part of the "Loyalty to Customer" Program "NIKO" organized AUTOPARADE where official world record was registered – 620 one-brand cars with its owners on the main street of Kiev at a time.



### RANGE & LEVEL/ FOOTBALL/

"NIKO" is the official automotive partner and supplier for the Ukraine Football Federation and FC "Dynamo" (Kiev) for 2008 – 2012 years. Budget of this program amounts up to $7 million.







# "NIKO" STANDS FOR HIGH-QUALITY COMMUNICATIONS

We are proud of taking leading positions on the market and we have always been thinking of how to hold it!

## SECURITY AND RESPONSIBILITY

"NIKO" is a general partner of the first "Bodyguards' world championship".



## AUTO SPORT

"NIKO" is an official partner of a "Prime Yalta Rally" during the six consecutive years.



NIKO®



# OUTSTANDING ACHIEVEMENTS

## Broad experience in Import & Distribution

"NIKO" was one of the first mass-production brand official importer and distributor in Ukraine. For its 18-year history "NIKO" has gained a valuable experience and proved its leadership positions on the market.

## Quality of Dealerships Network

"NIKO" demonstrates consistent and systematic approach to dealers' selection and development. Dealers are motivated and encouraged to work in accordance with the manufacturer's and distributor's standards within all areas (e.g., showroom design development, sales and after sales, etc.). Successful implementation of the personnel training and development programs provides for products and services' quality enhancement

## Financial Statements

Strong partnership with the leading financial institutions enabled us to gain the revenue in the amount of more than US $300 mln in 2011.

## Logistics Support

Using its 120-truck fleet the "N-TRANS" is capable to handle over 7000 vehicles per month making company the largest operator of the national transportation market.

**NIKO**®

# AWARDS AND RECOGNITION



In 2012 'Kommersant-Ukraine' publicshing house named 'NIKO' Group of Companies in the TOP-10
leading companies of the retail sector according to the rating of '50 leading companies of Ukraine'.

In 2012 and 2011 'NIKO' Group of Companies was named among TOP 10 most successful corporations
in Ukraine by the 'Galitsky Kontrakry' publishing house.

In 2012 Brand 'NIKO' was named among three most valuable corporations' brands in Ukraine by the rating 'GVardiya.
The most expensive corporate brands of Ukraine – 2012'.

In 2012 'NIKO' Group of companies for the fifth year in a row, has confirmed its status of the company, that can serve as an example
of social responsibility of Ukrainian business. According to the results of the rating of socially responsible companies in Ukraine
published by 'Galitsky Kontrakty publishing house 'NIKO' Group of companies was named among top three socially responsible companies
that participated in rating since its launch in 2008.

'NIKO' Group of Companies was recognized by the National Competition 'Charitable Ukraine – 2012' in the category 'The Philanthropist
- big business'.







# AWARDS AND RECOGNITION

In 2012 'NIKO' retail dealer network was named among top three automotive market leaders in Ukraine by the rating '100 largest companies in Ukraine', issued by the 'Ekonomika' publishing house.

In 2011 'NIKO' retail dealer network was named among the market leaders and came in second in the rating of the auto dealers according to the rating 200 effective companies in Ukraine' published by the 'Ekonomika' publishing house.

In 2012 'NIKO Trading',official importer and distributor of ExxonMobil in Ukraine, for the third time was recognized as the best distributor for ExxonMobil products in Ukraine by ExxonMobil.

In 2011 Mitsubishi Motors was named Brand of the Year in Top Quality category for the fourth time in its history of presence in Ukrainian market. For  Mitsubishi Motors brand in general and 'Trade House – NIKO' in particular, which is the official importer of Mitsubishi Motors in Ukraine, the Brand of the Year title is a great honor and a sign of trust on behalf of the clients, partners and journalists.















# "NIKO" IS SOCIALLY RESPONSIBLE COMPANY SUPPORTING:

- PHYLANTHROPY & CHARITY PROJECTS

- ARTS AND CULTURE

- SCIENCE & EDUCATION

- SPORTS

- EMPLOYEES SOCIAL PROTECTION

- PEOPLE IN NEED.

"NIKO" Corporate Social Responsibility is performed by the All Ukrainian Charitable Foundation "KRONA" that has been awarded with the title "Philanthropist of the year 2008" among the largest Ukrainian corporations and went into the top 5 socially responsible companies in Ukraine.









# VII. MANAGEMENT AND EMPLOYEES



# MANAGEMENT & EMPLOYEES

**"NIKO" is a team of 2000 dedicated managers and employees experienced in:**

- Retail and Distribution
- Finance & Economics
- Marketing & Sales
- Service and After sales
- HR & Administration
- Information Technologies
- Logistics & Transportation
- Insurance and leasing
- Asset management and investment
- Legal and Corporate issues
- General and strategic management.

"NIKO" HRMS database contains a great number of highly-qualified internal and outside candidates that can be immediately employed for new projects and businesses.

**NIKO** ®

# MANAGEMENT STRUCTURE



# PERSONNEL TRAINING AND DEVELOPMENT –

### integral part of all "NIKO" business activities.

Programs of personnel's training and development are carried out by corporate training centre "NIKO".



# VIII. WHY CONSIDER "NIKO" TO BE A RELIABLE PARTNER





"NIKO" is a well-known and credible brand

"NIKO" has a strong market and financial positions

"NIKO" Management is a team of experienced professionals

"NIKO" is socially responsible entity involved in numerous sponsorship, charity and philanthropic programs

"NIKO" gained valuable experience in investment and construction

"NIKO" implemented uniform computer system based on licensed and certified software

"NIKO" accounting and financial reporting system is based on International Financial Reporting Standards.

