# EXHIBIT 4

Главная   О нас   Статьи   Архив   Конта

Олигархи   Министры   Депутаты   Полиция   Прокуроры   Чиновники   Спецслужбы

Расследование: украинские банки помогали отмывать деньги путин

# Расследование: украинские банки помогали отмывать деньги путинского режима

🗓 30 июля 2018 г.



*Расследование: украинские*

**Важны**

### Соратника главы ГФС Сергея Верланова обнальщика-миллиардера Василия Костюка силовики трясут по делам с рекордным обналом / 04.01.2020


Как утверждают СМИ, глава ГФС Сергей Верланов старается замять уголовное дело св…   Подробнее

### Министр с миллионами, скандальным мужем и спорным заработком: Маркарова влипла в очередной скандал / 26.12.2019


В Украине всплыла возможная связь между известной по обвинениям в отмывании сред…   Подробнее

### Энергомафия Шкрибляка. Сколько занесли в СБУ и ДБР? / 25.12.2019


Согласно полученным данным, в состав энергогруппы Шкрибляка А.В. (далее ЭГ) вход…   Подробнее

### Депутат Шаповалов провернул многомиллионную схему с недвижимостью / 21.12.2019




Народный депутат Юрий Шаповалов, который является членом депутатской группы «За …   Подробнее

**По дате**

### Авторитетные строители Павел Те и Олег Шейх / 20.12.2019

Судимости и Capital group объединили двух бизнесменов   Подробнее

Ульмер
вымогат

### Казнокрад Константин Синцов: судьба ушлого проходимца и его дойной коровы ВТБ / 19.12.2019


ВТБ тратит бюджетные миллиарды на новый актив для олигарха Искандера Махмудова, …   Подробнее

Станисла
убийстве

Шодиев

***Средства выводились по «схеме Магнитского».***

В схеме вывода из российского бюджета более 5 мил 2008 году юрист Сергей Магнитский, были задейство

Об этом сообщает «Слідство.Інфо» со ссылкой на до полученные от российского центра «Досье», передаё

Речь идет о хищении через возмещение налогов под Магнитского, схема была организована российскими сотрудниками МВД и налоговиками.

"Слідство.Інфо получило доказательства причастнос

сняли в украинских банках более 50 миллионов долларов наличными", – говорится в материале.

Всего на счета украинских банков зашло почти 100 миллионов долларов.

По информации журналистов, двое киевлян, Игорь Любунь и Павел Грицына, в 2008 году снимали средства со счетов кипрской фирмы Vreston Limited в банке "АРМА".

Грицына за два месяца снял почти 128 миллионов гривен (25 миллионов долларов по тогдашнему курсу), а Любунь – 164,6 миллиона гривен (тогда – 32 миллиона долларов).

Оба "миллионера" зарегистрированы в старых домах: один – на окраине столицы, второй – в городе Бровары под Киевом. Авторы материалов утверждают, что не смогли даже найти мужчин. К тому же даже родственники Грицыны говорят, что не знают, где он находится.

Журналисты предполагают, что Любунь и Грицына были использованы российскими организаторами.

Конечный бенефициарный владелец банка "АРМА", через который, вероятно, выводили средства, "спрятался за белизскими и панамскими оффшорами". "АРМА" обанкротился, и через два года после сделок с российскими средствами, в 2010 году, Нацбанк отозвал его лицензию.

Еще одним украинским фигурантом "дела Магнитского" авторы расследования называют компанию "Випоникс-снаб". На ее счет в банке "Легбанк" в 2008 году было перечислено более 40 миллионов долларов.

"Тогда, десять лет назад, эта киевская фирма получила десятки миллионов долларов за вероятно фиктивным контрактам на поставку строительного оборудования", – пишут журналисты.

В компании сейчас работает один человек, по ее адресу якобы находятся еще несколько сотен фирм, а в самом здании о существовании "Випоникс-снаб" не знают.

Владелец "Легбанк" также неизвестен, однако СМИ говорили об уроженце Харькова Артуре Ересько, который входит в сотню самых богатых людей Латвии.

Сергей Магнитский вместе с другими юристами фонда Hermitage Capital обвинял российских чиновников в хищении 5,4 миллиардов рублей из бюджета в результате возмещения налогов подставным фирмам.

Позже против Магнитского возбудили дело. Российское следствие обвинило его в помощи главе фонда Hermitage Capital Management Уильяму Браудеру в уклонении от уплаты налогов.

Магнитский был подвергнут пыткам и умер в тюрьме в 2009 году. Адвокаты юриста, его родственники, большинство российских оппозиционеров и европейские политики считают, что Магнитского фактически убили, не оказав медицинскую помощь.

США в 2012 году утвердили санкционный список, в который включили ответственных за это преступление россиян, ЕС предпринял подобные меры в 2013-м, Канада окончательно приняла "акт Магнитского" в 2017 году.

crime-ua.com

Теги статьи:    Схема Магнитского    Отмывание денег    Магнитский Сергей    Любунь Игорь    Легбанк    Коррупция    Ересько Артур    Грицына Павел    Бюджет    Банки Украины    Банк АРМА

Статьи по теме:

   Бориспольская ОПГ: как прокурор-оборотень Николай Ульмер с помощью подельников взрастил банду вымогателей, репетиров и рейдеров

   Шодиев Патох Каюмович: Интерпол готовит арест криминального олигарха

   Глава ГФС Сергей Верланов назначил в Киевскую налоговую мошенника и члена ОПГ Костюка Ореста Витыка отмывшего сотни миллионов для мафии

   Николай Ульмер, прокурор-коррупционер хочет очистить интернет от фактов своей криминальной жизни

   Как глава ГНС Сергей Верланов и глава ГТС Максим Нефедов провернули гигантскую автомобильную аферу

| Распечатать | Послать другу |

Sponsored

**Meet The Lipstick Made For Women Over 40 In Mind. Doesn't Feather or Accentuate Fine Lines**

Color The World Lipsticks

**U.S. Cardiologist: It's Like a Pressure Wash for Your Insides**

Gundry MD Total Restore Supplement

**Locate Anyone By Entering Their Name (This is addicting!)**

TruthFinder

**Top US Doctor: Sugar is not the problem (This Is)**

Gundry MD Metabolic Advanced Supplements

**25 Celebs You Didn't Realize Are Gay - No. 8 Will Shock Women**

Car Novels

**The Most Ridiculous Airport People You've Ever Seen**

Livestly

Кадыров
06.01.2020

Николай
прокурор

Порезави
россияни

Станисла
обьявил

В России
ребенок

Максим Н
агент Кре


Россияни
централь
06.01.2020

Тевфик А
мафии в

Все стать

Послед



Мне даже
бесконта
заплатил
отзыва л
таких слу

Владимир
корпорати



Желтожо

Дом Зияд
в России



○ ФСБ

**Голосо**

Показать
Показать

Sponsored

**Top US Doctor: Sugar is not the problem (This Is)**

Gundry MD Metabolic Advanced Supplements

**How To Stop GMO Foods From Wrecking Your Digestion**

Nucific Prebio-Cleanse Supplement

**Are you on Medicare? If you live in California, Read This!**

Quick Medigap

**How To Entirely Empty Your Bowels Every Morning - Top Surgeon Explains How**

Gundry MD

**California: Convert Your Tub to a Luxury Shower in 1 Day**

Profind Bath Quotes

**Dog Owners Swear By This Incredible Joint Chew**

Petlab Co

 

© 2014–2020
Все права защищены

Олигархи    Министры    Депутаты    По
Спецслужбы    Диктаторы

О нас    Архив    Контакты