# EXHIBIT 4A

https://kompromat1.live/articles/94353-
rassledovanie_ukrainskie_banki_pomogali_otmyvatj_denjgi_putinskogo_rezhima

Investigation: Ukrainian banks helped launder Putin's regime money
July 30, 2018

Investigation: Ukrainian banks helped launder Putin's regime money
Funds were withdrawn according to the Magnitsky scheme.

In the scheme for withdrawing from the Russian budget more than 5 billion rubles, which was exposed in 2008 by lawyer Sergei Magnitsky, Ukrainian banks were involved.

It is reported by "Slidstvo.Info" with reference to documents from the case materials received from the Russian center "Dossier", reports " Ukrainian Truth ."

We are talking about embezzlement through tax refunds to shell companies. According to Magnitsky, the scheme was organized by Russian officials, in particular, officers of the Ministry of Internal Affairs and tax authorities.

"Sldistvo.Info received evidence of involvement in the case of two Ukrainians who withdrew more than $ 50 million in cash from Ukrainian banks," the material said.

In total, almost $ 100 million went into the accounts of Ukrainian banks.

According to journalists, two Kyivans, Igor Lyubun and Pavel Gritsyna, in 2008 withdrew funds from the accounts of the Cypriot company Vreston Limited in the bank "ARMA".

In two months, Gritsyna withdrew almost 128 million hryvnias ($ 25 million at the then exchange rate), and Lyubun - 164.6 million hryvnias (then $ 32 million).

Both "millionaires" are registered in old houses: one - on the outskirts of the capital, the second - in the city of Brovary near Kiev. The authors of the materials claim that they could not even find men. In addition, even Gritsyna's relatives say they don't know where he is.

Journalists suggest that Lyubun and Gritsyna were used by Russian organizers.

The ultimate beneficial owner of ARMA Bank, through which funds were probably withdrawn, "hid behind Belizean and Panamanian offshores." "ARMA" went bankrupt, and two years after transactions with Russian funds, in 2010, the National Bank revoked its license.

The authors of the investigation call the Viponix-snab company another Ukrainian defendant in the Magnitsky case. In 2008, more than $ 40 million was transferred to her account with Legbank.

"Then, ten years ago, this Kiev company received tens of millions of dollars for probably fictitious contracts for the supply of construction equipment," journalists say.

The company now employs one person, several hundred other companies are allegedly located at its address, and they do not know about the existence of Viponics-snab in the building itself.

The owner of Legbank is also unknown, but the media spoke of a native of Kharkov, Arthur Eresko, who is one of the hundred richest people in Latvia.

Sergei Magnitsky, along with other Hermitage Capital lawyers, accused Russian officials of embezzling 5.4 billion rubles from the budget as a result of tax reimbursement to shell companies.

Later, a case was brought against Magnitsky. A Russian investigation accused him of assisting the head of the Hermitage Capital Management Fund, William Browder, of tax evasion.

Magnitsky was tortured and died in prison in 2009. Lawyers' lawyers, his relatives, most Russian opposition figures and European politicians believe that Magnitsky was actually killed without medical assistance.

The USA in 2012 approved the sanctions list, which included the Russians responsible for this crime, the EU took similar measures in 2013, Canada finally adopted the Magnitsky Act in 2017.

crime-ua.com
Больше читайте на портале Компромат: https://kompromat1.live/articles/94353-rassledovanie_ukrainskie_banki_pomogali_otmyvatj_denjgi_putinskogo_rezhima