# EXHIBIT 5

Пишите нам

# КОМПРОМАТ .ws

    



☰

🏠 Статьи Расследования Слухи

Россия Украина

Теги

## Украинские банки из дела Магнитского

4830

👁 483    💬 0
Источник: Криминальный мир
English version

Главная › Статьи



*Сергей Магнитский*

Два банка Украины замешаны в налоговой афере, совершенной российскими чиновниками, которые похитили из бюджета России 230 миллионов долларов из налоговых средств, отмыли их через разные банки и фиктивные компании и затем вывели на Запад.

Мошенническую схему раскрыл российский юрист Сергей Магнитский, сообщивший о ней властям. Однако после этого его самого арестовали и продержали год за решеткой без суда. В 2009 году он умер в следственном изоляторе при подозрительных обстоятельствах.

Бывший работодатель Магнитского, западный инвестор Уильям Браудер, сумел убедить ряд правительств Запада принять закон, который запрещает лицам, причастным к коррупции и нарушению прав человека, въезжать в эти

страны, владеть в них любыми активами и пользоваться местной финансовой системой. Эти меры стали известны как «закон Магнитского».

В распоряжении редакции оказались данные о том, что 97 миллионов долларов из «дела Магнитского» прошли через два украинских банка — «Арма» и «Легбанк». Сведения о перечислении денег предоставил российский некоммерческий правовой центр «Досье».

Как выяснилось, с февраля по март 2008 года киевлянин Павел Грицина снял в банке «Арма» 128 миллионов гривен наличными (25 миллионов долларов по тогдашнему курсу). За тот же период из того же банка другой украинец, Игорь Любун, забрал 164,6 миллиона гривен (32 миллиона долларов). И Грицина, и Любун снимали деньги со счета кипрской компании Vreston Limited.

В Государственной службе финансового мониторинга журналистам заявили, что данные по этим транзакциям засекречены и не могут быть раскрыты. В свою очередь представители Национального банка Украины сообщили, что документация банка «Арма» уже в архиве, так как банк прекратил работу два года назад. Владельцем банка был сталелитейный завод, также на сегодня закрытый, при этом его владелец скрыт за офшорными компаниями, зарегистрированными в Белизе и Панаме.

Еще более 40 миллионов долларов из выявленной Магнитским мошеннической схемы поступили из России на счет украинской компании «Випоникс-Снаб» в «Легбанке».

По данным реестра юридических лиц, «Випоникс-Снаб» продолжает вести деятельность, однако такой компании не оказалось по официальному адресу ее регистрации. Также неизвестно, как компания распорядилась 40 миллионами долларов.

Что касается «Легбанка», то он сейчас в процессе ликвидации. О его собственниках нет сведений, так как банк в нарушение требований Нацбанка никогда не раскрывал структуру собственности. Если верить СМИ, в 2014 году его владельцем был уроженец Харькова Артур Ерешко — сегодня он один из ста богатейших людей Латвии.

01.08.2018

#Сергей Магнитский

## Материалы по теме

- СALMAН БАБАЕВ И АЛЕКСЕЙ ТАЙЧЕР ЗАПУТАЛИСЬ В СХЕМАХ БЕЛОЗЕРОВА И РОТЕНБЕРГА
- Кто стоит за смертью эстонского банкира, знавшего об отмывании российских денег?
- «Русский след» в деле о гибели Джеффри Эпштейна: RT разоблачает «массовое помешательство», которое сам же и придумал

- Замешанная в скандале с Трампом Весельницкая запустила новостной сайт
- Справки о миллиардерах в ФСБ отвозились Золотову еще 13 лет назад
- В деле Майкла Калви всплыл известный обнальщик
- Выводит и отмывает Рубен Варданян
- Уильяма Браудера обвинили в особо тяжком
- Кто поднимает Россию на дыбу
- Юрист-аферист Олег Сайманов и его уголовные дела
- Денег нет? The Insider измерил коррупционные доходы Путина, Медведева и других госслужащих в российских пенсиях
- Лучший друг губернатора Воробьева на пороге тюрьмы
- Запрос на допрос: Чайка жаждет общения с ЦРУ и экс-послом Макфолом
- Еганиада
- Саратовское ГУВД и пыточные методы
- «Золотая молодежь» МВД РФ
- Начальник ГУВД Саратовской области генерал Аренин поставил пытки граждан на следственный конвейер

## Добавить комментарий

Имя *                          E-mail *

Отправить комментарий

Обратная связь О проекте

Найти

## Преступная Россия

- Расстрел двух «воров в законе» произошел на глазах у ребенка
- «Я вела себя как нормальный горожанин». Чиновница из Петрозаводска прокомментировала свои угрозы мусорящим в ее дворе людям
- Путин призвал терзать и трясти чиновников
- Бывший оперативник ингушского Центра «Э», осужденный за пытки, вышел на свободу