# EXHIBIT 5A

https://compromat.ws/ukrainskie-banki-iz-dela-magnitskogo/

# Ukrainian banks from the Magnitsky case

485

0

Source: Underworld
Russian version
Home › Articles



*Sergey Magnitsky*

Two banks of Ukraine are involved in a tax fraud committed by Russian officials who stole $ 230 million from tax funds from the Russian budget, laundered them through various banks and fictitious companies, and then brought them to the West.

The fraudulent scheme was discovered by Russian lawyer Sergei Magnitsky, who reported it to the authorities. However, after that he himself was arrested and kept in jail for a year without trial. In 2009, he died in a pre-trial detention center under suspicious circumstances.

Former Magnitsky's employer, Western investor William Browder, managed to convince a number of Western governments to pass a law that prohibits persons involved in corruption and human rights violations from entering these countries, owning any assets in them and using the local financial system. These measures became known as the Magnitsky Act.

The editors had information that 97 million dollars from the Magnitsky case went through two Ukrainian banks - Arma and Legbank. Information about the transfer of money was provided by the Russian non-profit legal center "Dossier".

As it turned out, from February to March 2008, the Kiev citizen Pavel Gritsin withdrew 128 million hryvnias in cash from Arma Bank ($ 25 million at the then exchange rate). For

the same period, another Ukrainian, Igor Lyubun, took 164.6 million hryvnias (32 million dollars) from the same bank. Both Gritsin and Lubun withdrew money from the account of the Cypriot company Vreston Limited.

The State Service for Financial Monitoring told reporters that the data on these transactions is classified and cannot be disclosed. In turn, representatives of the National Bank of Ukraine reported that the documentation of Arma Bank is already in the archive, since the bank stopped working two years ago. The owner of the bank was a steel mill, also closed today, while its owner is hidden behind the offshore companies registered in Belize and Panama.

More than $ 40 million from the fraudulent scheme revealed by Magnitsky came from Russia to the account of the Ukrainian company Viponics-Snab in Legbank.

According to the register of legal entities, Viponics-Snab continues to operate, however, such a company was not found at the official address of its registration. It is also unknown how the company disposed of 40 million dollars.

As for Legbank, it is now in the process of liquidation. There is no information about its owners, since the bank in violation of the requirements of the National Bank has never disclosed the ownership structure. If you believe the media, in 2014 its owner was a native of Kharkov Arthur Ereshko - today he is one of the hundred richest people in Latvia.

08/01/2018