# EXHIBIT 6

# Українці зняли готівкою 57 мільйонів дола за схемою, викритою Магнітським



Двоє українців зняли готівкою в українському банку "АРМА" близько 57 мільйоні чверть вкрадених з російського бюджету у 2007 році грошей за схемою відшкоду фірмам.

Схему викрив російський юрист Сергій Магнітський, пізніше закатований в СІЗО. Слідству.Інфо надав російський <u>центр "Досьє".</u>

Протягом лютого-березня 2008 року киянин Павло Валерійович Грицина зняв гот мільйонів гривень (25 мільйонів доларів за тодішнім курсом) у банку «АРМА». Ще Анатолійович Любунь – у ті ж два місяці виніс з банку «АРМА» готівки на 164,6 міл мільйони доларів). Обидва чоловіки зняли гроші з рахунків кіпрської фі       'resto на кіпріотів Іоанніса Ілія та Катю Петрі. Впізнати у чоловіках мільйонерів лише за легко. Обоє зареєстровані у старих будинках: один – на околиці столиці, другий –



СТАНЬТЕ СПІВУЧАСНИКОМ РОЗСЛІДУВАННЯ!          ТИСНІТЬ СЮ

Сусід Любуня Роман розповів, що зараз у квартирі у Броварах живе молодший бр *(Ігор – ред.)* приходить у гості, але рідко... У банку працював тоді, напевне... Він за такий грамотний. От я його востаннє бачив ще тоді, давно вже тут не живе». У 20 начальника управління планування та аналізу «Укрексімбанку» Ігор Любунь дава саме той Ігор Любунь, який знімав мільйони з рахунку кіпрської фірми. Його сусід все, чоловік був банкіром у ті часи. Родичі передали йому контакти журналістів С прокоментувати його ймовірну участь у знятті мільйонів. Пан Любунь так і не ско На питання у соцмережах теж не відповів.

![Двері квартири в якій прописаний Ігор Любунь]

Двері квартири в якій прописаний Ігор Любунь, ймовірно один з чоловіків які знімали гроші вкрадені з російського бюджету через "схему Магнітського".

Родичі Павла Грицини, який зняв багато мільйонів готівкою у ті часи, кажуть, що бачили кілька років, він не користується соціальними мережами і не відповідає н

Павла теж давно його не бачила: «Якраз у 2008 році у нас померла мама, і ми стал

Наскільки я знаю, він працював у охороні, десь у цій сфері, чи то начальником ох

Двері квартири в якій прописаний Павло Грицина, ймовірно один з чоловіків які знімали
гроші вкрадені з російського бюджету через "схему Магнітського".

На яких саме засадах чоловіки знімали гроші з рахунків кіпрської фірми та чи бул

українськими контролюючими органами як підозрілі, наразі незрозуміло.

Національний Банк України у відповіді на запит "Слідства.Інфо" повідом     до бан

ліквідований, а справа щодо нього знаходиться у архіві. У Державній службі фінан

Case 1:19-cv-09767-AKH　　　Document 65-8　　　Filed 01/06/20　　　Page 5 of 6

зазначили, що інформація про дані транзакції є таємною, тому її не можуть розгол
були описані транзакції визначені українськими контролюючими органами як пі
не відповіло на запит журналістів.

*Більше про український слід у "справі Магнітського" читайте в розслідуванні Слідо*
**«справи Магнітського» відстежили в Україні.**

Поділитися　f　🐦　　　　　　　　　　　　　　　　　　　　　　Пі

## Підписатися на щотижневу розсилку

Електронна пошта:　Ваш e-mail　　　　　　　　Підписати

*Щодня наша команда викриває корупцію та розслідує резон*
*але нам потрібна ваша підтримка. Кожна ваша гривня мож*
*новим розслідуванням.*

| одноразово | | щомісячн |
|---|---|---|
| 50 грн | 200 грн | 500 грн |
| ім'я | | прізвищ |

ПІДТРИМАТИ

© 2019 Slidstvo.Info