# EXHIBIT 6A

https://www.slidstvo.info/news/ukrainians-in-magnitskyi-case/

# Ukrainians withdraw $ 57 million in cash, laundered under Magnitsky's scheme



july 27, 2018, 3:09 pm
Two Ukrainians withdrew cash from the Ukrainian bank "ARMA" about $ 57 million in 2008. This is a quarter of the money stolen from the Russian budget in 2007 under the scheme of tax reimbursement to shell companies.

The scheme was exposed by Russian lawyer Sergei Magnitsky, later tortured in a pre-trial detention center. Transaction Data Investigation. The information was provided by the Russian Dossier Center.

During February-March 2008, Kyiv's Pavlo Hrytsyna withdrew nearly UAH 128 million (USD 25 million at the exchange rate) in cash at ARMA Bank in cash. Another Ukrainian, Igor Anatolyevich Lyubun, in the same two months withdrew cash from the ARMA bank for 164.6 million hryvnias (then - 32 million dollars). Both men withdrew money from the accounts of Cypriot firm Vreston Limited, registered with Cypriots Ioannis Ilia and Katya Petri. It is not easy

to find out about millionaire men at the place of registration. Both are registered in old houses: one in the outskirts of the capital, the other in the town of Brovary near Kiev.

Neighbor Lubunya Roman said that his younger brother Igor and his mother live in an apartment in Brovary: "He *(Igor - Ed.)* Comes to visit, but rarely… He worked at the bank then, probably… He always went in a suit, so competent. Here is the last time I saw him back then, he has not lived here for a long time. " In 2012, Igor Lyubun, Deputy Head of Planning and Analysis Department of UEB, gave an interview . Probably this is the one Igor Lubun who took millions from the account of a Cypriot firm. His neighbors say - most likely, the man was a banker at the time. Relatives relayed to him the contacts of investigative reporters. Mr Lubun never contacted reporters. He also did not answer the question on social networks.



The door of the apartment where Igor Lubun is registered, is probably one of the men who was withdrawing money stolen from the Russian budget through the "Magnitsky scheme".

Relatives of Paul Hrytsyna, who made many millions of cash in those days, say he disappeared altogether. He has not been seen for several years, does not use social networks and does not answer calls. In particular, his sister Paul also did not see him for a long time: "Just in 2008, my mother died, and we became" cold "to communicate. As far as I know, he worked in security, somewhere in this field, whether he was the chief of security… "



The door of the apartment, which says Paul Grytsin, probably one of the men who removed money stolen from the Russian budget through the "Magnitsky scheme".

It is unclear exactly on what basis the men were withdrawing money from the Cypriot firm's accounts and whether these transactions were identified by the Ukrainian supervisory authorities as suspicious.

In response to a request by Investigation.Info, the National Bank of Ukraine reported that ARMA had been liquidated and its case is in the archive. The State Financial Monitoring Service stated

that the information on the transaction data is secret and therefore cannot be disclosed. It was not possible to find out whether the described transactions were identified by the Ukrainian supervisory authorities as suspicious - the Ministry of Internal Affairs did not respond to the journalists' request.

*More about the Ukrainian track in the "Magnitsky case" read in the Investigation of the Investigation.Info* **Money from the "Magnitsky case" tracked in Ukraine.**