# EXHIBIT 7



06 січня 2020, Київ 20:28

**ПУБЛІКАЦІЇ РАДІО СВОБОДА**

# Розслідування: 57 мільйонів доларів з російського бюджету були виведені готівкою через Україну

31 липня 2018, 20:22

Понад 50 мільйонів доларів з російського бюджету свого часу були виведені готівкою через Україну. Таких висновків дійшли журналісти «Слідство.Інфо» разом із проектом російського опозиціонера Михайла Ходорковського «Досьє», Associated Press, газетами Tages Anzeiger та Inside Story. За їхніми даними, в цьому російським корупціонерам допомагали двоє громадян України. Світові ця справа відома у зв'язку зі смертю юриста Сергія Магнітського, який викрив схему виведення коштів.

У 2007 році російські слідчі провели обшуки в офісах юридичної фірми Firestone Duncan і вилучили документацію та печатки фірм, пов'язаних із британським інвестиційним фондом Hermitage Capital Management.

Пізніше суд встановив, що відкриті акціонерні товариства «Парфеніон», «Махаон» та «Ріленд», які належали фонду Hermitage Capital, мають відійти за борги компанії «Плутон».

Після боргових виплат нові власники звернулися по компенсацію «надмірно виплачених» податків в обсязі 5,4 мільярдів рублів з бюджету.

Аудитор компанії Firestone Duncan Сергій Магнітський почав власне розслідування і викрив схему, за якою ці гроші виводилися з бюджету через фірми-прокладки та потрапляли до кишень високопосадовців. За два роки Магнітський загине в СІЗО.

Журналісти «Слідство.Інфо» у співпраці з закордонними колегами встановили, який стосунок до цього мають два громадянина України.

- **Лютий-березень 2008 року:** мешканець Києва Павло Грицина за 11 візитів протягом двох місяців знімає 128 мільйонів гривень готівкою у столичному відділенні банку «Арма». В цей же період у цьому ж банку інший громадянин України Ігор Любунь знімає 164 мільйони гривень. Разом це 57 мільйонів доларів за тодішнім курсом. Гроші зняли з рахунків кіпрської фірми Vreston Limited.

- **Через кілька днів** після завершення низки транзакцій, за даними центру «Досьє», до Києва приватним літаком прилетів російський підприємець Дмитро Клюєв. Провівши декілька годин у Києві, на цьому ж літаку він полетів назад. Клюєв був власником «Універсального банку заощаджень», який також причетний до схеми з виведенням коштів. Голова фонду Hermitage Capital Вільям Браудер звинувачував його самого в участі у схемі.

- **Раніше, у 2007 році,** частину бюджетних коштів вивели через російський банк «Крайний Север». Про це повідомляли російські журналісти. Згідно з розслідуванням «Слідства», в акті перевірки російського банку виявили сліди переказу коштів в український «Легбанк», який зараз на стадії ліквідації. Понад 40 мільйонів доларів опинилися на рахунку компанії «Віпонікс-снаб», яка офіційно діє й досі, у 2008 році. Що сталося з цією сумою, невідомо.

- **24 листопада 2008 року** Сергія Магнітського заарештували за звинуваченням у співучасті в ухиленні від сплати податків. За версією сторони обвинувачення, ухилятися він допомагав фонду Hermitage Capital.

- **Влітку 2009-го** в СІЗО «Матроська тиша» в Магнітського діагностували запалення жовчного міхура. Через майже рік після арешту, 16 листопада 2009 року, юрист помер в СІЗО. Його захисники стверджують, що Магнітському не надавали необхідну медичну допомогу, що й стало причиною смерті.

- **У 2010 році** чиновники, замішані у схемі виведення коштів з бюджету Росії, потрапили до так званого санкційного «списку Магнітського» – переліку осіб, яким заборонено в'їзд до США. Окрім посадовців, туди потрапили і ті, кого звинувачують у смерті юриста – судді, слідчі, співробітники СІЗО. Згодом до США приєдналися й інші країни. Велика Британія почала формувати свій список Магнітського після замаху на Сергія та Юлію Скрипалів у британському Солсбері в березні 2018 року.

Case 1:19-cv-09767-AKH    Document 65-10    Filed 01/06/20    Page 4 of 4

Журналістам не вдалося зв'язатися з двома українцями, які, можливо, також мають стосунок до схеми виведення коштів. Ігор Любунь не вийшов із ними на контакт, а про місцезнаходження Павла Грицини не знають навіть його родичі.

© Радіо Свобода, 2020 | Усі права застережено.