# EXHIBIT 7A

https://www.radiosvoboda.org/a/russia-ukraine-cash-banks-magnitsky/29401007.html

RADIO LIBERTY PUBLICATIONS

# Investigation: $ 57 million from the Russian budget was withdrawn in cash through Ukraine

July 31, 2018, 8:22 pm



Lawyers of Sergiy Magnitsky (his portrait in the photo) claim that he was brought to death in a pre-trial detention center for exposing a corruption scheme

**More than $ 50 million of the Russian budget was in due time withdrawn through Ukraine. Such conclusions were reached by the investigators of Investigation.Info together with the project of**

**Russian oppositionist Mikhail Khodorkovsky's "Dossier", Associated Press, Tages Anzeiger and Inside Story. According to them, two Russian citizens were assisted in this corruption by Russian corrupt officials. The world is aware of this case in connection with the death of lawyer Sergiy Magnitsky, who exposed the scheme of withdrawal.**

In 2007, Russian investigators searched the offices of Firestone Duncan Law Firm and seized documentation and seals of firms affiliated with the British Hermitage Capital Management Investment Fund.

The court later found that the open joint-stock companies Parfenion, Machon and Ryland, owned by the Hermitage Capital Fund, were to pay off Pluto's debts.

After the debt repayments, the new owners sought compensation for the "overpaid" taxes in the amount of 5.4 billion rubles from the budget.

Firestone Duncan auditor Sergei Magnitsky began his own investigation and exposed a scheme whereby the money was withdrawn from the budget through a gasket firm and into the pockets of high-ranking officials. In two years Magnitsky will die in a pre-trial detention center.

Investigation.Info journalists in cooperation with foreign colleagues have found out what two citizens of Ukraine have to do with it.

- **February-March 2008:** Kyiv resident Pavel Hrytsyn withdraws 128 million hryvnias in cash for 11 months in the Metropolitan branch of Arma Bank. In the same period, another citizen of Ukraine, Igor Lubun, withdraws UAH 164 million at the same bank. Together, it is $ 57 million at the exchange rate of that time. The money was withdrawn from the accounts of Cypriot firm Vreston Limited.

- **A few days** after the completion of a series of transactions, according to the Dossier Center, Russian businessman Dmitry Klyuyev flew to Kiev by private jet. After spending several hours in Kiev, he flew back on the same aircraft. Klyuyev was the owner of Universal Savings Bank, which is also involved in the cash withdrawal scheme. Hermitage Capital Fund Chairman William Browder accused him of participating in the scheme.

- **Earlier, in 2007,** part of the budget was withdrawn through the Russian bank "Far North". This was reported by Russian journalists. According to the investigation of "Investigation", in the act of checking the Russian bank found traces of transfer of funds to the Ukrainian "Legbank", which is now in the process of liquidation. More than $ 40 million was in the account of Viponix-snab, which is still officially active in 2008. What happened to this amount is unknown.

- **On November 24, 2008,** Sergiy Magnitsky was arrested on charges of complicity in tax evasion. According to the prosecution, he helped evade the Hermitage Capital Foundation.

- **In the summer of 2009, the** Magnitsky Detention Center was diagnosed with gallbladder inflammation. Almost a year after his arrest, on November 16, 2009, a lawyer died in a pre-trial detention center. His advocates claim that Magnitsky was not provided the necessary medical care, which caused the death.

- **In 2010,** officials involved in the scheme of withdrawing funds from the Russian budget were included in the so-called "Magnitsky" sanction list, a list of persons forbidden from entering the United States. In addition to the officials, those accused of the death of a lawyer - judges, investigators, and detention facilities - were also found there. Subsequently, other countries joined the United States. The United Kingdom has begun to form its Magnitsky List following an assassination attempt on Sergius and Julia Skripalov in British Salisbury in March 2018.

  The journalists failed to contact two Ukrainians, who may also be related to the cash withdrawal scheme. Igor Lubun did not contact them, and even his relatives do not know about Pavel Hrytsyna's whereabouts.