**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of all Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, )<br><br>Defendants. ) | CASE NO. 1:19-cv-09767-AKH-GWG |
| AJAY SINGH, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, )<br><br>Defendants. ) | CASE NO. 1:19-cv-09795-AKH-GWG |
| LAILA MANSUR, Individually and on Behalf of all Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO, and EDWARD O'DONNELL, )<br><br>Defendants. ) | CASE NO. 1:19-cv-09849-AKH-GWG |

**SUPPLEMENTAL DECLARATION OF MELINDA A. NICHOLSON
IN SUPPORT OF THE PARETEUM SHAREHOLDER INVESTOR GROUP'S
OMNIBUS MEMORANDUM IN OPPOSITION TO
ALL OTHER MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Melinda A. Nicholson, hereby declare as follows:

1.     I am a member in good standing of the New York and Louisiana Bars.  I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, the Pareteum Shareholder Investor Group (the "PSIG" or "Movant"). I submit this Supplemental Declaration in support of Movant's omnibus memorandum in opposition to all other motions for appointment as lead plaintiff.

2.     Attached hereto as Exhibits are true and correct copies of the following:

Exhibit 14:     Pareteum Corporation's total stock volume on October 18 and 21, 2019, as listed on Yahoo Finance.

Exhibit 15:     List of all Pareteum Corporation shares sold at $0.75 per share on October 21, 2019, compiled from data obtained from Refinitiv Eikon.

Exhibit 16:     Analysis of possible insider trades by Niko Holding & Investment, Ltd. in Pareteum Corporation's stock.

Exhibit 17:     Pareteum Corporation press release posted on PRNewswire on November 1, 2018, titled *Pareteum to Support Launch of Kyiv, Ukraine's first US-based Smart City Accelerator in Silicon Valley on Nov. 15*.

Exhibit 18:     Analysis of non-*Dura* losses claimed by Niko Holding & Investment, Ltd.

Exhibit 19:     Order dated June 24, 2019, filed in *Gross v. AT&T Inc., et al.*, No. 19-2892 (S.D.N.Y.).

Exhibit 20:     Certification of Pro-Alpha Investments Limited dated May 29, 2019, filed in *Gross v. AT&T Inc., et al.*, No. 19-2892 (S.D.N.Y.).

Exhibit 21:    NIKO Holding & Investment, Ltd. Cyprus company profile – owners, directors, contacts.

Exhibit 22:    Article by Elena Loginova dated July 30, 2018, titled *Money from 'Magnitsky Case' Passed Through Ukraine*, as published by the Organized Crime and Corruption Reporting Project.

Exhibit 23:    Screenshot of search results for Giannakis Biolaris on opencorporates.com.

Exhibit 24:    Screenshot of search results for Katia Apostoloy on opencorporates.com.

Exhibit 25:    Screenshot of search results for various A.K. Cosmoserve Limited entities on opencorporates.com.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 6th day of January, 2020, at New Orleans, Louisiana.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson

3