# EXHIBIT 14



## Pareteum Corporation (TEUM)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist

Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

**0.4713** +0.0138 (+3.0164%)
As of 11:54AM EST. Market open.

Buy          Sell

Summary | Company Outlook 🔒 | Chart | Conversations | Statistics 🔒 | **Historical Data** | Profile | Financials 🔒 | Analysis | Options | Holders | Sustainability

Online Savings Account
**1.70%** APY

Goldman Sachs Bank USA. Member FDIC.

Time Period: Oct 18, 2019 - Oct 21, 2019  ⌄      Show: Historical Prices ⌄      Frequency: Daily ⌄

Apply

Currency in USD                                             ⬇ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 21, 2019 | 0.8000 | 0.8200 | 0.6800 | 0.7400 | 0.7400 | 8,978,700 |
| Oct 18, 2019 | 0.8300 | 0.8900 | 0.7900 | 0.8300 | 0.8300 | 6,343,300 |

*Close price adjusted for splits.      **Adjusted close price adjusted for both dividends and splits.

Want flexible terms with that? Coming right up.

DISCLAIMER

Learn more

SoFi

yahoo/finance PREMIUM
It's your money. Trade up.
Try it free!

**Earnings** ›

○ Consensus EPS

| | | | | |
|---|---|---|---|---|
| Q3 2018 | Q4 2018 | Q1 2019 | Q2 2019 | Q3 2019 |
| Missed by $0.12 | Missed by $0.05 | Beat by $0.06 | Beat by $0.03 | — Aug 06 |

**Financials** ›

**Annual** Quarterly          Revenue  Earnings

Finance Home | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | Industries | Personal Finance | ⋯ | Premium - Try it free

https://finance.yahoo.com/quote/TEUM/history?period1=1571374800&period2=1571634000&interval=1d&filter=history&frequency=1d          1/2



**Scientists: This Breakthrough "Ends" Toenail Fungus (Watch)**

Advertise With Us

Data Disclaimer   Help   Suggestions
Privacy Dashboard
Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

🐦  f  t

© 2020 Verizon Media. All rights reserved.