# EXHIBIT 15

## List of All Pareteum Shares Sold at $0.75 Per Share on October 21, 2019

**TEUM.O**

Display: Time and Sales, Filters: Custom, Start: 2019-10-21 00:00:00, End: 2019-10-21 23:59:59

| Timestamp | Venue | TICK | Last Trade | Volume | Bid | Ask |
|---|---|---|---|---|---|---|
| 2019-10-21 10:32:45.192 | PSE | DOWN | 0.75 | 270 | 0.7433 | 0.748 |
| 2019-10-21 10:32:45.192 | PSE | DOWN | 0.75 | 1,700 | 0.7433 | 0.748 |
| 2019-10-21 10:32:45.192 | PSE | DOWN | 0.75 | 1,600 | 0.7433 | 0.748 |
| 2019-10-21 10:32:45.191 | NAS | DOWN | 0.75 | 1,740 | 0.7433 | 0.748 |
| 2019-10-21 10:32:39.210 | ADF | DOWN | 0.75 | 250 | 0.7433 | 0.748 |
| 2019-10-21 10:32:34.811 | CIN | DOWN | 0.75 | 610 | | |
| 2019-10-21 10:32:00.430 | ADF | DOWN | 0.75 | 3,000 | 0.7433 | 0.748 |
| 2019-10-21 10:31:25.499 | BAT | UP | 0.75 | 790 | 0.7433 | 0.748 |
| 2019-10-21 10:31:20.899 | BAT | UP | 0.75 | 81 | 0.7433 | 0.748 |
| 2019-10-21 10:31:18.309 | ADF | UP | 0.75 | 10 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.287 | ADF | DOWN | 0.75 | 11,185 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 150 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | BAT | DOWN | 0.75 | 1,300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | BAT | DOWN | 0.75 | 15 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | DEX | DOWN | 0.75 | 54 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 75 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 3 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 100 | | |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 1 | | |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 2 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 28 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 3 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 10 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 200 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.279 | NAS | DOWN | 0.75 | 25 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.276 | CIN | DOWN | 0.75 | 300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.275 | BOS | DOWN | 0.75 | 300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:09.275 | BOS | DOWN | 0.75 | 300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.808 | ADF | DOWN | 0.75 | 56 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.805 | ADF | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 44 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 10 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 90 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 600 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 625 | 0.7433 | 0.748 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 2,375 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 200 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 925 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.802 | NAS | DOWN | 0.75 | 800 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 25 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 1,000 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 50 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 2 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.800 | PSE | DOWN | 0.75 | 300 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.799 | DEX | DOWN | 0.75 | 2,446 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.799 | DEX | DOWN | 0.75 | 1,354 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.798 | ADF | DOWN | 0.75 | 18,815 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.797 | ADF | DOWN | 0.75 | 100 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.797 | ADF | DOWN | 0.75 | 500 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.796 | ADF | DOWN | 0.75 | 1,591 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.796 | ADF | DOWN | 0.75 | 3,600 | 0.7433 | 0.748 |
| 2019-10-21 10:22:07.796 | ADF | DOWN | 0.75 | 6,000 | | |
| 2019-10-21 10:21:53.003 | ADF | DOWN | 0.75 | 800 | | |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 646 | 0.7433 | 0.748 |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 1,000 | 0.7433 | 0.748 |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 250 | | |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 1 | 0.7433 | 0.748 |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 2 | 0.7427 | 0.748 |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 100 | | |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 1,000 | 0.7427 | 0.748 |
| 2019-10-21 10:21:53.002 | DEX | DOWN | 0.75 | 1 | 0.7427 | 0.748 |
| 2019-10-21 10:21:27.670 | ADF | DOWN | 0.75 | 55 | 0.7427 | 0.748 |
| 2019-10-21 10:21:25.194 | ADF | DOWN | 0.75 | 4,500 | 0.7427 | 0.748 |
| 2019-10-21 10:21:25.190 | ADF | DOWN | 0.75 | 12,460 | 0.7427 | 0.748 |
| 2019-10-21 10:20:09.206 | ADF | DOWN | 0.75 | 409 | | |
| 2019-10-21 10:20:09.205 | ADF | DOWN | 0.75 | 91 | 0.7427 | 0.748 |
| 2019-10-21 10:20:07.949 | ADF | DOWN | 0.75 | 208 | 0.7427 | 0.748 |
| 2019-10-21 10:20:00.177 | BAT | DOWN | 0.75 | 100 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 2,000 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 409 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 3 | | |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 540 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 288 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 522 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 591 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 839 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 9 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 400 | 0.7427 | 0.748 |

| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 20 | 0.7427 | 0.748 |
|---|---|---|---|---|---|---|
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 130 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 15 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 100 | | |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 413 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 94 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 493 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 7 | 0.7427 | 0.748 |
| 2019-10-21 10:19:48.056 | ADF | DOWN | 0.75 | 3 | | |
| 2019-10-21 10:19:48.047 | ADF | DOWN | 0.75 | 500 | 0.7427 | 0.748 |

**Total Volume:**    **95,409**