# EXHIBIT 16

**PARETEUM SECURITIES LITIGATION**
**ANALYSIS OF POSSIBLE INSIDER TRADES BY NIKO HOLDING & INVESTMENT, LTD.**

**Account No. 1:**

| SALES DATE | QUANTITY | PRICE (PER THEIR CHART): | PRICE (ASSUMING HELD THROUGH 10/23/2019) | TOTAL PROCEEDS (PER THEIR CHART): | TOTAL PROCEEDS (IF HELD THROUGH 10/23/2019): | DIFFERENCE: |
|---|---|---|---|---|---|---|
| 10/18/2019 | (29,700) | 0.87 | 0.34 | $ 25,839.00 | $ 10,098.00 | $ (15,741.00) |
| 10/18/2019 | (13,131) | 0.86 | 0.34 | $ 11,292.66 | $ 4,464.54 | $ (6,828.12) |
| 10/18/2019 | (17,095) | 0.87 | 0.34 | $ 14,872.65 | $ 5,812.30 | $ (9,060.35) |
| 10/18/2019 | (42,462) | 0.87 | 0.34 | $ 36,941.94 | $ 14,437.08 | $ (22,504.86) |
| 10/18/2019 | (22,742) | 0.87 | 0.34 | $ 19,785.54 | $ 7,732.28 | $ (12,053.26) |
| 10/18/2019 | (11,600) | 0.87 | 0.34 | $ 10,092.00 | $ 3,944.00 | $ (6,148.00) |
| 10/18/2019 | (10,770) | 0.86 | 0.34 | $ 9,262.20 | $ 3,661.80 | $ (5,600.40) |
| 10/21/2019 | (70,000) | 0.76 | 0.34 | $ 53,200.00 | $ 23,800.00 | $ (29,400.00) |
| 10/23/2019 | (77,465) | 0.34 | 0.34 | $ 26,338.10 | $ 26,338.10 | $ - |
| | | | | | $ (107,335.99) | DIFFERENCE |

**Account No. 2:**

| SALES DATE | QUANTITY | PRICE (PER THEIR CHART): | PRICE (ASSUMING HELD THROUGH 10/23/2019) | TOTAL PROCEEDS (PER THEIR CHART): | TOTAL PROCEEDS (IF HELD THROUGH 10/23/2019): | DIFFERENCE: |
|---|---|---|---|---|---|---|
| 10/21/2019 | (300,000) | 0.75 | 0.34 | $ 225,000.00 | $ 102,000.00 | $ (123,000.00) |
| 10/23/2019 | (157,400) | 0.34 | 0.34 | $ 53,516.00 | $ 53,516.00 | $ - |
| | | | | | $ (123,000.00) | DIFFERENCE |

$ (230,335.99) **TOTAL DIFFERENCE**