# EXHIBIT 17

# Pareteum to Support Launch of Kyiv, Ukraine's first US-based Smart City Accelerator in Silicon Valley on Nov. 15

Company platform will enable technical solutions to civic challenges such as poverty and healthcare



NEWS PROVIDED BY
**Pareteum Corporation →**
Nov 01, 2018, 13:00 ET

NEW YORK, Nov. 1, 2018 /PRNewswire/ -- **Pareteum Corporation** (Nasdaq: TEUM), a cloud software platform company, today announced that it is partnering with the City of Kyiv, Ukraine, to bring Kyiv's Smart City Accelerator to Silicon Valley, in cooperation with Pareteum strategic partner iPass.

The accelerator will provide startup teams and developers of innovative civic products with access to infrastructure, data, systems and other resources of Kyiv City, which has a population of four million. The accelerator will focus on artificial intelligence, blockchain and the internet of things, and the team in Kyiv will support scaling the best and the most innovative technology solutions with the assistance of social-impact funding. Successful technology pilots with Kyiv City will result in opportunities for startups and developers to sell the solution to other cities.

Pareteum and Kyiv will hold an innovation summit in Silicon Valley on Thursday, November 15, 2018, at 9:30 a.m. PST at the iPass headquarters in Redwood Shores, California. Civic leaders from Ukraine will participate in this cutting-edge summit on the use of technology to address

civic problems.

"Kyiv addresses global civic challenges by taking the Kyiv Smart City program to the next level," said Mayor Vitali Klitschko.

Vic Bozzo, CEO of Pareteum, is pleased that Pareteum will provide the platform and APIs for the development of global technical civic solutions and says that Kyiv is the perfect partner for this initiative.

"Kyiv Mayor Klitschko, who is the first professional boxing world champion to hold a PhD, is the perfect adversary of societal problems like inadequate access to education, sluggish economic development, and lack of security," said Bozzo.

"We believe technology can play a powerful role in addressing civic issues of all kinds, and we are delighted to support Pareteum by hosting the Kyiv Smart City innovation summit," said Gary Griffiths, president and CEO of iPass.

Executive Chairman and Principal Executive Officer of Pareteum Hal Turner added, "Leveraging smart software solutions to increase global connectivity is what drives us at Pareteum. We appreciate the City of Kyiv being our initial global partner for smart cities solutions and believe that together we can make a tremendous impact."

For more information about the November 15 innovation summit, please contact marketing@pareteum.com.

**About Pareteum Corporation:**
Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning

mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

+1 212 984 1096

InvestorRelations@pareteum.com

Stephen Hart

Hayden IR

+1 917 658 7878

Carrie Howes

Rayleigh Capital

European- Global IR

+1 416 837 0075


SOURCE Pareteum Corporation


Related Links

http://www.pareteum.com