# EXHIBIT 18

**PARETEUM SECURITIES LITIGATION**

**ANALYSIS OF NON-DURA LOSSES CLAIMED BY NIKO HOLDING & INVESTMENT, LTD.**

| Partial Disclosures: | |
|---|---:|
| | 6/7/2019 |
| | 6/26/2019 |
| | 8/23/2019 |
| | 8/27/2019 |
| | 10/21/2019 |

**Account No. 1**

| DATE: | TRANSACTION: | QUANTITY: | PURCHASE PRICE: | | L (COST) or PROCEEDS: | |
|---|---|---:|---:|---|---:|---|
| 8/5/2019 | BOUGHT | 100,000 | $ | 3.49 | $ (349,000) | |
| 8/5/2019 | SALE | (100,000) | $ | 3.25 | $ 325,000 | |
| | | | | | $ (24,000) | **LOSS** |

| DATE: | TRANSACTION: | QUANTITY: | PURCHASE PRICE: | | L (COST) or PROCEEDS: | |
|---|---|---:|---:|---|---:|---|
| 9/5/2019 | BOUGHT | 45,000 | $ | 1.88 | $ (84,600) | |
| 10/18/2019 | SALE | (29,700) | $ | 0.87 | $ 25,839 | |
| 10/18/2019 | SALE | (13,131) | $ | 0.86 | $ 11,293 | |
| 10/18/2019 | SALE | (2,169) | $ | 0.87 | $ 1,887 | *(of a total 17,095 shares sold)* |
| | | | | | $ (45,581) | **LOSS** |

**Account No. 2**

| DATE: | TRANSACTION: | QUANTITY: | PURCHASE PRICE: | | L (COST) or PROCEEDS: | |
|---|---|---:|---:|---|---:|---|
| 6/28/2019 | BOUGHT | 55,250 | $ | 2.65 | $ (146,413) | *(of a total 145,000 purchased)* |
| 8/5/2019 | SALE | (55,250) | $ | 3.30 | $ 182,325 | |
| | | | | | $ 35,913 | **GAIN** |

$ **(69,581.31)  NON-DURA LOSS**