# EXHIBIT 21

Companies (/) / Cyprus / NIKO HOLDING & INVESTMENT LIMITED

Ad closed by Google

Stop seeing this ad    Why this ad? ▷

# NIKO HOLDING & INVESTMENT LIMITED

NIKO HOLDING & INVESTMENT LIMITED is a Limited Company registered in Cyprus with Registration Number HE 141846. It was registered on 09 Oct 2003 and it's current status is Active.

## ℹ Basic Info

| | |
|---|---|
| 🏢 Name | NIKO HOLDING & INVESTMENT LIMITED |
| ☑ Name Status | Current Name |
| ⚙ Type of Entity | Limited Company |
| 🏷 Registration Number | HE 141846 |
| ✔ Current Status | **Active** |
| 📅 Registration Date | 09/10/2003 |
| 📋 Previous Names | VRESTON LIMITED |

Ad closed by Google

Stop seeing this ad    Why this ad? ▷

## 📍 Registered Address

| | |
|---|---|
| Street | Kennedy, 89, |
| Building | Floor 2, Flat 201 |
| Parish | - |
| Territory | Λευκωσία, Κύπρος (Nicosia, Cyprus) |

## 💼 Directors and Secretaries

| Name | Designation |
| --- | --- |
| ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ (GIANNAKIS BIOLARIS) | Director |
| IVAN NIKOLAYCHUK | Director |
| ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ (KATIA APOSTOLOY) | Director |
| ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ (GIANNAKIS BIOLARIS) | Secretary |

# Associated Searches

| Name | Registration Number |
| --- | --- |
| HELLENIC E-BANKING SERVICES (/hellenic-e-banking-services/153907.html) | EE 22185 |
| SMARTMEDIA LIMITED (/smartmedia-limited/153908.html) | HE 124457 |
| HELIPORTUGAL LIMITED (/heliportugal-limited/153909.html) | HE 124443 |
| FEDI ENTERPRISES LIMITED (/fedi-enterprises-limited/153910.html) | HE 124436 |
| GOLDEN MOON HOLDINGS LIMITED (/golden-moon-holdings-limited/153911.html) | HE 124481 |
| WALCHESTER LIMITED (/walchester-limited/153912.html) | HE 124480 |
| DN TARKETT TRADING LIMITED (/dn-tarkett-trading-limited/153913.html) | HE 124477 |
| BERNON INVESTMENTS LIMITED (/bernon-investments-limited/153914.html) | HE 124439 |
| ROMEX HOLDINGS LIMITED (/romex-holdings-limited/153915.html) | HE 124462 |
| H.T. ENERGON (/h-t-energon/153916.html) | EE 22187 |

Ad closed by Goo

Stop seeing this ad

Why this ad? ▷

# NIKO HOLDING & INVESTMENT LIMITED Reviews

No reviews.

© 2020 CY-Check.com