# EXHIBIT 23

❶ Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

 **opencorporates**

Officer's name                    **SEARCH**



The Open Database Of The Corporate World

○ Companies   ● Officers                   Log in/Sign up

# Found 246 officers



| ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ |   | GO |

☐ exclude inactive                    Advanced Options

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive TAXIMUS LIMITED *(Cyprus, 5 Jun 2008-24 Jul 2013)*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* KRIMA HOLDINGS LIMITED *(Cyprus, 5 Aug 2006- )*

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive EREZ HOLDING LIMITED *(Cyprus, 24 Feb 2005-27 Jan 2010)*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* ZASTRUM INVESTMENTS LIMITED *(Cyprus, 17 Sep 2007- )*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* TRAGONEL HOLDING LIMITED *(Cyprus, 31 Dec 2009- )*

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive WINDWAY CONSULTING LIMITED *(Cyprus, 9 Nov 2007- 8 Apr 2015)*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* FERTON LIMITED *(Cyprus, 12 Sep 2005- )*

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive KITAMURA-MARELLIUS MARINE CONSULTANTS LIMITED *(Cyprus, 29 Dec 2006-24 Jul 2013)*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* DAGENAM TRADE LIMITED *(Cyprus, 22 Dec 1997- )*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* PIASTON LIMITED *(Cyprus, 15 Jun 1998- )*

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive DOXEN LIMITED *(Cyprus, 12 May 1998-15 Sep 2014)*

inactive ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ *director,* inactive TORIFEX ENTERPRISES LIMITED *(Cyprus, 3 May 2000- 8 Apr 2015)*

**ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ** *director,* J & V FARRINGTON CONSULTANCY SERVICES LIMITED *(Cyprus, 15 Jun 2001- )*

## Filter by jurisdiction

**246**  Cyprus

## Filter by position

**1**  assistant secretary
**2**  authorised person
**234**  director
**1**  general partner
**8**  secretary

## Filter by nationality

**246**  *[blank]*

## Filter by occupation

**246**  *[blank]*