# EXHIBIT 24

❗ Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.



# opencorporates

The Open Database Of The Corporate World

| Officer's name | **SEARCH** |
|---|---|



○ Companies   ● Officers

Log in/Sign up

## Found 58 officers

| ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ | **GO** |
|---|---|

☐ exclude inactive                    Advanced Options

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,*  CORE POLYMER MOULDERS LIMITED  *(Cyprus, 26 May 2008- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* PAKSTREET ENTERPRISES LIMITED  *(Cyprus, 21 Feb 2014- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* VADIZON LIMITED  *(Cyprus, 8 Mar 2012- )*

inactive ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ  *director,* inactive HUNKAR SECRETARIAL SERVICES LIMITED  *(Cyprus, 21 Aug 2008-15 Sep 2014)*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* UNIQUESOFT LIMITED  *(Cyprus, 22 Mar 2000- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* TRAGONEL HOLDING LIMITED  *(Cyprus, 31 Dec 2009- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* FORTONIC ENTERPRISES LIMITED  *(Cyprus, 22 Feb 2013- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* NIKO HOLDING & INVESTMENT LIMITED  *(Cyprus, 9 Oct 2003- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *assistant secretary,* A.K. COSMOSERVE (NOMINEES) LIMITED  *(Cyprus, 8 Oct 1991- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* A.K. COSMOSERVE (TRUSTEES) LIMITED  *(Cyprus, 16 Jan 1992- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* A.K. COSMOSERVE (NOMINEES) LIMITED  *(Cyprus, 8 Oct 1991- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* CALM SEAS ENTERPRISES LIMITED  *(Cyprus, 26 May 2016- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* SARMANTO LIMITED  *(Cyprus, 11 May 2004- )*

**ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ**  *director,* SOLUM INVESTMENT LIMITED  *(Cyprus, 25 Jun 2015- )*

inactive ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ  *director,* inactive ASSIZUS TRADING LIMITED  *(Cyprus, 27 Dec 2010-15 Sep 2014)*

inactive ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ  *director,* inactive VER CONSULTING LIMITED  *(Cyprus, 22 May 2007-14 Nov 2018)*

### Filter by jurisdiction

**58**  Cyprus

### Filter by position

**3**  assistant secretary
**54**  director
**1**  secretary

### Filter by nationality

**58**  *[blank]*

### Filter by occupation

**58**  *[blank]*