# EXHIBIT 25

Case 1:19-cv-09767-AKH   Document 66-12   Filed 01/07/20   Page 2 of 13

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
[Read more on our blog.](#)

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies  ○ Officers

- [Log in/Sign up](#)

# A.K. COSMOSERVE (NOMINEES) LIMITED

Company Number
        HE45447
Status
        Active
Incorporation Date
        8 October 1991 (about 28 years ago)
Company Type
        Limited Company
Jurisdiction
        [Cyprus](#)
Registered Address

- Kennedy, 89,
  Floor 2,
  Λευκωσία, Κύπρος
- Cyprus

[Directors / Officers](#)

- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), director
- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), secretary
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), director
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), assistant secretary
- [ΜΑΡΙΟΣ ΤΑΚΚΟΥ](#), director

Registry Page
        [https://efiling.drcor.mcit.gov.cy/Drc...](#)



# Recent filings for A.K. COSMOSERVE (NOMINEES) LIMITED

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

Accounts

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

Accounts

6 Apr 2016
[Alteration of officers and of their particulars](#)

HE4-Notification of change of Officers and of their particulars

6 Apr 2016
[Alteration of officers and of their particulars](#)

Letter

29 Feb 2016
[Transfer of shares](#)

HE57-Transfer of shares of private companies

29 Feb 2016
[Transfer of shares](#)

Letter

[see all filings](#)

**Source** Cyprus Department of Registrar of Companies and Official Receiver,
[http://www.mcit.gov.cy/mcit/drcor/drc...](#), 13 Dec 2019
[Add data *(website, address, etc)*](#)

    update from registry

# **Explore company network**



## Company network

Not yet available for this company. [Click to find out more](#)

## Latest Events

1991-10-08 - 2019-01-19
[Addition of officer ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ, director](#)
1991-10-08 - 2019-01-19
[Addition of officer ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ, secretary](#)
1991-10-08 - 2019-01-19
[Addition of officer ΜΑΡΙΟΣ ΤΑΚΚΟΥ, director](#)

[See all events](#)

## Corporate Grouping [User Contributed](#)

None known. [Add one now?](#)
[See all corporate groupings](#)
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry ([see source](#), above) should always be referred to for definitive information
Data on this page last changed December 14 2019

**Problem/question about this data?** [Click here](#)

**API** **Open Data**

Get this info as [json](#), [xml](#), [rdf](#)

# About us

- [About](#)
- [Blog](#)
- [Team](#)
- [Governance](#)
- [Jobs](#)

# Using our data

- [Our data](#)
- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)

Case 1:19-cv-09767-AKH   Document 66-12   Filed 01/07/20   Page 5 of 13

- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
[Read more on our blog.](#)

# opencorporates

The Open Database Of The Corporate World

[Company name or number]  [Search]

⦿ Companies  ◯ Officers

- [Log in/Sign up](#)

# A.K. COSMOSERVE (SECRETARIAL) LIMITED

Company Number
    HE45446
Status
    Active
Incorporation Date
    8 October 1991 (about 28 years ago)
Company Type
    Limited Company
Jurisdiction
    [Cyprus](#)
Registered Address

- Kennedy, 89,
  Floor 2,
  Λευκωσία, Κύπρος
- Cyprus

[Directors / Officers](#)

- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), director
- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), secretary
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), director
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), assistant secretary
- [ΜΑΡΙΟΣ ΤΑΚΚΟΥ](#), director

Registry Page
    [https://efiling.drcor.mcit.gov.cy/Drc...](#)



# [Recent filings for A.K. COSMOSERVE (SECRETARIAL) LIMITED](#)

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

Accounts

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

Accounts

6 Apr 2016
[Alteration of officers and of their particulars](#)

HE4-Notification of change of Officers and of their particulars

6 Apr 2016
[Alteration of officers and of their particulars](#)

Letter

29 Feb 2016
[Transfer of shares](#)

HE57-Transfer of shares of private companies

29 Feb 2016
[Transfer of shares](#)

Letter

[see all filings](#)

**Source** Cyprus Department of Registrar of Companies and Official Receiver,
[http://www.mcit.gov.cy/mcit/drcor/drc...](#), 13 Dec 2019
[Add data](#) *(website, address, etc)*

update from registry

# **Explore company network**



## **Company network**

Not yet available for this company. [Click to find out more](#)

K N COSMOSERVE (SECRETARIAL) LIMITED :: OpenCorporates

## Latest Events

1991-10-08 - 2019-01-19
    Addition of officer ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ, secretary
1991-10-08 - 2019-01-19
    Addition of officer ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ, assistant secretary
1991-10-08 - 2019-01-19
    Addition of officer ΜΑΡΙΟΣ ΤΑΚΚΟΥ, director

See all events

### Corporate Grouping **User Contributed**

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed December 14 2019

**Problem/question about this data?** Click here

## **API** Open Data

Get this info as json, xml, rdf

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter

- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
[Read more on our blog.](#)

# opencorporates

The Open Database Of The Corporate World

Company name or number   [Search]

⦿ Companies   ⦾ Officers

- [Log in/Sign up](#)

# A.K. COSMOSERVE (TRUSTEES) LIMITED

Company Number
> HE47027

Status
> Active

Incorporation Date
> 16 January 1992 (almost 28 years ago)

Company Type
> Limited Company

Jurisdiction
> [Cyprus](#)

Registered Address

- Kennedy, 89,
  Floor 2, Flat 201
  Λευκωσία, Κύπρος
- Cyprus

Previous Names

- YUGOSERVE COMPANY SERVICES LIMITED

[Directors / Officers](#)

- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), director
- [ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ](#), secretary
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), director
- [ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ](#), assistant secretary
- [ΜΑΡΙΟΣ ΤΑΚΚΟΥ](#), director

Registry Page
> [https://efiling.drcor.mcit.gov.cy/Drc...](#)



## Recent filings for A.K. COSMOSERVE (TRUSTEES) LIMITED

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

18 Jan 2018
[Filing of Annual Return of private company with share capital](#)

Accounts

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

12 Jan 2017
[Filing of Annual Return of private company with share capital](#)

Accounts

14 Apr 2016
[Alteration of officers and of their particulars](#)

HE4-Notification of change of Officers and of their particulars

14 Apr 2016
[Alteration of officers and of their particulars](#)

Letter

29 Feb 2016
[Transfer of shares](#)

HE57-Transfer of shares of private companies

29 Feb 2016
[Transfer of shares](#)

Letter

[see all filings](#)

**Source** Cyprus Department of Registrar of Companies and Official Receiver,
[http://www.mcit.gov.cy/mcit/drcor/drc...](#), 13 Dec 2019
[Add data](#) *(website, address, etc)*

update from registry

# Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

1992-01-16 - 2019-01-19
    Addition of officer ΓΙΑΝΝΑΚΗΣ ΒΙΟΛΑΡΗΣ, secretary
1992-01-16 - 2019-01-19
    Addition of officer ΚΑΤΙΑ ΑΠΟΣΤΟΛΟΥ, director
1992-01-16 - 2019-01-19
    Addition of officer ΜΑΡΙΟΣ ΤΑΚΚΟΥ, director

See all events

## Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed December 14 2019

**Problem/question about this data?** Click here

**API Open Data**

Get this info as json, xml, rdf

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

Case 1:19-cv-09767-AKH   Document 66-12   Filed 01/07/20   Page 13 of 13

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)