UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN O'BRIEN, individually and on behalf of :
all others similarly situated, :
 :
                 Plaintiff, :
v. : 19 Civ. 9767 (AKH)
 :
PARETEUM CORPORATION, VICTOR : **ORDER**
BOZZO, EDWARD O'DONNELL, and DENIS :
MCCARTHY, :
 :
                 Defendants. :
------------------------------------------------------------ X
------------------------------------------------------------ X
AJAY SINGH, individually and on behalf of all :
others similarly situated, :
 :
                 Plaintiff, :
v. :
 : 19 Civ. 9795 (AKH)
PARETEUM CORPORATION, ROBERT :
TURNER, VICTOR BOZZO, EDWARD :
O'DONNEL, and DENIS MCCARTHY, :
 :
                 Defendants. :
------------------------------------------------------------ X
------------------------------------------------------------ X
LAILA MANSUR, individually and on behalf of :
all others similarly situated, :
 :
                 Plaintiff, :
v. : 19 Civ. 9849 (AKH)
 :
PARETEUM CORPORATION, ROBERT H. :
TURNER, DENIS MCCARTHY, VICTOR :
BOZZO, and EDWARD O'DONNELL, :
 :
                 Defendants. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-8-2020

ALVIN K. HELLERSTEIN, U.S.D.J.:

To further the Court's review of the pending motions for appointment of lead plaintiff and class counsel, all remaining applicants for lead plaintiff are hereby instructed to submit, by 10:00 a.m. on January 9, 2020, any agreements relating to their applications, such as (a) among those who compose a group, (b) between a group and any one of the group said to have been given executive capacities, and (c) between an applicant and the applicant's counsel. These submissions may be submitted *ex parte* and under seal.

SO ORDERED.

Dated: January 8, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge