UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09767-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09795-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09849-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO and EDWARD O'DONNELL, | |
| Defendants. | |

[Caption continued on the next page.]

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

Defendants.

No. 1:19-cv-09936-AKH

CLASS ACTION

**LEAD PLAINTIFF MOVANTS CHANG LEE, M.D.'S AND CYNTHIA SOTO, M.D.'S BRIEF RESPONSE TO OPPOSITIONS TO THEIR MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Lead Plaintiff movants Chang Lee, M.D. ("Dr. Lee") and Cynthia Soto, M.D. ("Dr. Soto") (collectively, "Movants") hereby submit this brief response to competing movants NIKO Holding & Investment Limited's ("NIKO") and the Pareteum Shareholder Investor Group's ("PSIG") oppositions to Movants' motion for appointment as Lead Plaintiff in advance of the January 9, 2020 conference.

In their opposition papers, competing movants NIKO and PSIG have raised a question concerning the first account listed Movants' certification reflecting trades in Pareteum, which includes the heading "Anne Shin (Acct 1680)." See ECF No. 30-1 at 3.  Specifically, competing movants have questioned whether the account in question may belong to a third party other than Movants.  *See* ECF No. 60 at 19; *see also* ECF No. 62 at 6, n.8. To remove any question regarding the ownership of the account in question, Dr. Lee has submitted a declaration confirming that he is in fact the account holder of the account in question.  *See* Exhibit A to Declaration of Lucas E. Gilmore, filed concurrently herewith.

DATED: January 8, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Jason A. Zweig*
JASON A. ZWEIG, JZ-8107

555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com

lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Chang Lee,
M.D. and Cynthia Soto, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
