UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'BRIEN Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09767-AKH |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| PARETEUM CORPORATION, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| AJAY SINGH, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09795-AKH |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| PARETEUM CORPORATION, ROBERT TURNER, VICTOR BOZZO, EDWARD O'DONNELL, and DENIS MCCARTHY, | |
| Defendants. | |
| LAILA MANSUR, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-09849-AKH |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| PARETEUM CORPORATION, ROBERT H. TURNER, DENIS MCCARTHY, VICTOR BOZZO and EDWARD O'DONNELL, | |
| Defendants. | |

[Caption continued on the next page.]

JOHN VARGO, Individually and On Behalf of All Others Similarly Situated,

                                  Plaintiff,

     v.

PARETEUM CORPORATION, ROBERT H. TURNER, and EDWARD O'DONNELL,

                              Defendants.

No. 1:19-cv-09936-AKH

<u>CLASS ACTION</u>

---

### DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF CHANG LEE, M.D.'S AND CYNTHIA SOTO, M.D.'S BRIEF RESPONSE TO <u>OPPOSITIONS TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF</u>

I, Lucas E. Gilmore, declare as follows:

1.     I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Chang Lee, M.D. and Cynthia Soto, M.D., a married couple (collectively, "Movants"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movants' brief response to the oppositions to Movants' motion for appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached is a true and correct copy of the following exhibit:

    Exhibit A:     Declaration of Chang Lee, M.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of January 2020, at San Diego, California.

                                      */s/ Lucas E. Gilmore*
                                     LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

> /s/ Jason A. Zweig
> JASON A. ZWEIG