# Exhibit A

**DECLARATION OF CHANG LEE, M.D. IN SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

I, Chang Lee, M.D., pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of my motion for appointment as Lead Plaintiff, together with my spouse, Cynthia Soto, M.D. ("Dr. Soto"), and approval of our selection of counsel in the above-captioned securities class action litigation against Pareteum Corporation ("Pareteum") and other Defendants pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2.      I understand that in their response papers, competing movants for Lead Plaintiff have raised a question concerning the first account listed on our certification reflecting trades in Pareteum, which includes the heading "Anne Shin (Acct 1680)," including whether this specific account may belong to a third party other than myself or Dr. Soto.

3.      To clarify any misconception regarding the ownership of "Anne Shin (Acct 1680)," I confirm that I am the named account holder for this account.  By way of background, to keep track of how I organize my family's finances, I nicknamed the account in question "Anne Shin," which refers to my daughter.  However, the account in question is registered in my name only, I am the direct owner of the Pareteum securities at issue, and I am the holder of the claims thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of January, 2020.

_____
CHANG LEE, M.D.