UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN O'BRIEN, individually and on behalf of
all others similarly situated,

                          Plaintiff,

v.                                          19 Civ. 9767 (AKH)

PARETEUM CORPORATION, VICTOR         **ORDER CONSOLIDATING**
BOZZO, EDWARD O'DONNELL, and DENIS    **CASES AND APPOINTING LEAD**
MCCARTHY,                                             **PLAINTIFF AND COUNSEL**

                        Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X
AJAY SINGH, individually and on behalf of all
others similarly situated,

                          Plaintiff,

v.                                            19 Civ. 9795 (AKH)

PARETEUM CORPORATION, ROBERT
TURNER, VICTOR BOZZO, EDWARD
O'DONNEL, and DENIS MCCARTHY,

                        Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X
LAILA MANSUR, individually and on behalf of
all others similarly situated,

                          Plaintiff,

v.                                            19 Civ. 9849 (AKH)

PARETEUM CORPORATION, ROBERT H.
TURNER, DENIS MCCARTHY, VICTOR
BOZZO, and EDWARD O'DONNELL,

                        Defendants.
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The above three putative securities class actions each allege that Defendants, a communications corporation and its directors and officers, made materially false and misleading

1

statements, and also failed to disclose, material adverse facts about Pareteum Corporation and in particular about Pareteum Corporation's accounting practices. The Complaints seek relief under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5. Now before me are two sets of motions. The first seeks to consolidate these actions pursuant to Federal Rule of Civil Procedure 42(a). The second seeks appointment as lead plaintiff and lead counsel.

For the reasons stated on the record at argument on January 9, 2020, I grant the motions for consolidation, *see, e.g., Primavera Familienstiftung v. Askin*, 173 F.R.D. 115, 129 (S.D.N.Y. 1997) ("In securities actions where the complaints are based on the same public statements and reports consolidation is appropriate if there are common questions of law and fact and the parties will not be prejudiced.") (quotation marks omitted); appoint the group made up of Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr. (collectively, the "Pareteum Shareholder Investor Group" or "PSIG") lead plaintiff, *see* 15 U.S.C. § 78u-4(a)(3)(B)(iii) (a "person or group of persons" may act as lead plaintiff); *Varghese v. China Shenghuo Pharmaceutical Holdings, Inc.*, 589 F.Supp.2d 388, 392 (S.D.N.Y. 2008); and approve of PSIG's chosen counsel, Kahn Swick & Foti, LLC, as class counsel.

The Clerk is instructed to terminate the open motions (ECF Nos. 11, 14, 17, 20, 21, 25, 28, 31, 32, 38, 40, 46). The above listed cases are consolidated for all purposes and shall proceed under the name *In re Pareteum Securities Litigation* and under docket 19 Civ. 9767.

SO ORDERED.

Dated: January 10, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2