**AMENDED
JOINT DECLARATION OF THE
PARETEUM SHAREHOLDER INVESTOR GROUP**

1.      This Amended Joint Declaration is made jointly by Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr., who together comprise the Pareteum Shareholder Investor Group (the "PSIG"), in support of its appointment as Lead Plaintiff ("Lead Plaintiff Motion"). The undersigned have personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently thereto.

**Relevant Background of the PSIG**

2.      Each of the undersigned individuals are experienced business professionals and investors who have known one another prior to the commencement of this litigation against Defendants.[1] Specifically, each of the undersigned invested in Pareteum securities (NASDAQ:TEUM). As TEUM investors, the undersigned met through common investing websites, and as part of our respective investments in TEUM, we have regularly conversed with one another via various investing websites, telephonically, electronically, and/or in person at TEUM investor meeting(s) and/or privately.

     a.  I, Kevin Ivkovich, state as to myself and only as to myself that I am a resident of Mancelona, Michigan. I have a bachelor of science degree in Biomedical Sciences and am a director of original equipment manufacturer sales with over twenty-five (25) years of experience as a senior executive. Additionally, I have been personally investing in the stock market for approximately twenty (20) years.

     b.  I, Stephen Jones, state as to myself and only as to myself that I am a resident of Jacksonville, Florida. I am a broker with REMAX Real Estate and have been an

---

[1]      All capitalized terms not defined herein have the same meaning as ascribed to them in PSIG's Memorandum in Support of its Lead Plaintiff Motion.

investor in real estate for twenty-six (26) years. I have invested in stocks for over twenty (20) years.

c.  I, Keith Moore, state as to myself and only as to myself that I am a resident of Lampe, Missouri. I have a bachelor of science degree in Business Administration and am a professional investigative services provider with twenty-nine (29) years of law enforcement experience, including executive oversight. Additionally, I have been personally investing in the stock market for approximately twenty-four (24) years.

d.  I, Nicholas Steffey, state as to myself and only as to myself that I am a resident of Tomball, Texas. I have a bachelor of science degree in Mechanical Engineering and twelve (12) years of professional experience in the oil and gas industry. Additionally, I have been personally investing in the stock market for at least ten (10) years.

e.  I, Robert E. Whitley, Jr., state as to myself and only as to myself that I am a resident of New Bern, North Carolina. I have a law degree and have been a practicing attorney for twenty-four (24) years. I am married with three (3) college-aged children. I have been investing in stock equities for approximately ten (10) years.

3.  In connection with this litigation, and in light of our prior relationship, we have collectively decided to work together as the PSIG in this matter because we have each suffered substantial losses as a result of Defendants' alleged misconduct, and we believe that our collective efforts to prosecute this action will protect and benefit the Class. In so doing, we evaluated numerous law firms and individually conducted due diligence on these law firms; ultimately, each of us has collectively communicated and decided to retain the law firm of Kahn Swick & Foti, LLC to represent our interests in this litigation.

4.      Similarly, we made an affirmative decision to jointly seek Lead Plaintiff status, understanding that we could have either sought Lead Plaintiff status individually or taken no action and remained absent class members; however, we believe that the Class will benefit from our collective financial and legal resources and experience.

**This Litigation and the PSIG's Lead Plaintiff Motion**

5.      The undersigned are informed of and understand the requirements of serving as a Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that, through the enactment of the PSLRA, Congress intended to encourage those with large financial interests to become involved in the leadership of securities class actions. We also understand that the PSLRA permits "persons or groups of persons" with significant financial stakes in the outcome of securities fraud class actions to serve as lead plaintiffs. Finally, as evidenced by the Certifications we filed with our Lead Plaintiff Motion, we each acquired TEUM securities during the Class Period and suffered substantial losses in connection therewith.

6.      As a result of our prior interactions, the undersigned frequently confer and have maintained communication channels between us. We understand that it is our responsibility to keep informed regarding the status and progress of the action, the strengths and weaknesses of the case, and any prospects for resolution of this matter. As such, we have conferred with counsel and each other concerning the status of the case and our strategy going forward, we have established communications channels between us and with our counsel so that we can efficiently and timely communicate regarding the litigation.

7.      We will continue to communicate regularly with our counsel and with each other as often as necessary to discuss the progress of the litigation and our counsel's recommended litigation strategies and ensure the vigorous and efficient prosecution of this case. We understand that

litigation of this nature has periods of greater and lesser activity, and we will remain available to our counsel and each other as needed to fulfill our role as Lead Plaintiffs. We are determined to work together to provide fair and adequate representation and obtain the largest recovery for the Class, consistent with meritorious advocacy and sound judgment.

8.      We have collectively designated Nicholas Steffey to act as the executive decision maker in connection with this litigation, with the right to act for the PSIG regarding settlement, release and discharges, and the conduct of the litigation.

9.      We are aware that a Lead Plaintiff has a fiduciary duty to the entire Class, and we understand that, as Lead Plaintiff, the PSIG will be entrusted with the prosecution of this action on behalf of, not only its members, but the many other investors whose interests are at stake. We are aware of the fiduciary nature of the role of Lead Plaintiff, and we will do what is necessary to effectively monitor our counsel and direct this litigation, including attending hearings, depositions, and trial when necessary, and providing input into litigation decisions and strategies, including whether to settle the litigation and, if so, for what amount.

10.      We also understand that we had the right to select counsel as part of the Lead Plaintiff process. Based on the firms' substantial experience and expertise in prosecuting securities fraud actions, we have selected Kahn Swick & Foti, LLC to represent the Class as lead counsel.

[INTENTIONALLY LEFT BLANK; SIGNATURES ON FOLLOWING PAGE]

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 1⁴ day of January, 2020,

Signed: _____
      Kevin Ivkovich,
      at 10842 Bluff Dr, NE, Mancelon, MI 49659

Signed: _____
      Stephen Jones,
      at _____, _____.

Signed: _____
      Keith Moore,
      at _____, _____.

Signed: _____
      Nicholas Steffey,
      at _____, _____.

Signed: _____
      Robert E. Whitley, Jr.,
      at _____, _____.

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 17th day of January, 2020,

Signed: _____
      Kevin Ivkovich,
      at _____, _____.

Signed: _Stephen Jones_____
      Stephen Jones,
      at _Jacksonville_____, _Florida_____.

Signed: _____
      Keith Moore,
      at _____, _____.

Signed: _____
      Nicholas Steffey,
      at _____, _____.

Signed: _____
      Robert E. Whitley, Jr.,
      at _____, _____.

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this _15th_ day of January, 2020,

Signed: _____
    Kevin Ivkovich,
    at _____ , _____ .

Signed: _____
    Stephen Jones,
    at _____ , _____ .

Signed: _Keith Moore_
    Keith Moore,
    at _LAMPE_ , _MISSOURI_ .

Signed: _____
    Nicholas Steffey,
    at _____ , _____ .

Signed: _____
    Robert E. Whitley, Jr.,
    at _____ , _____ .

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 17 day of January, 2020,

Signed: _____
     Kevin Ivkovich,
     at _____, _____.

Signed: _____
     Stephen Jones,
     at _____, _____.

Signed: _____
     Keith Moore,
     at _____, _____.

Signed: _____
     Nicholas Steffey,
     at Tomball , Texas .

Signed: _____
     Robert E. Whitley, Jr.,
     at _____, _____.

5

5

Pursuant to 28 U.S.C. § 1746, we, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this _13_ day of January, 2020,

Signed: _____

      Kevin Ivkovich,

      at _____, _____.

Signed: _____

      Stephen Jones,

      at _____, _____.

Signed: _____

      Keith Moore,

      at _____, _____.

Signed: _____

      Nicholas Steffey,

      at _____, _____.

Signed: _____

      Robert E. Whitley, Jr.,

      at _New Bern_____, _N.C._____.