**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Jeffrey J. Chapman**
Direct: 212.548.7060

jchapman@mcguirewoods.com

# McGUIREWOODS

April 13, 2020

**VIA ECF AND FAX (212) 805-7942**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    *In re Pareteum Securities Litigation*
               No. 1:19-cv-09767-AKH-GWG

Dear Judge Hellerstein:

      This firm and the undersigned represent Pareteum Corporation and the individual Defendants (the "Defendants") in the above-referenced matter. On March 27, 2020, the parties agreed to extend the time for Defendants to answer, move, or otherwise respond to the Lead Plaintiff's First Amended Complaint up to and including April 24, 2020. Lead Plaintiff then filed a stipulation in this matter requesting the agreed-upon extension pursuant to Section 1.D of your Honor's Individual Rules (the "Stipulation"). The original deadline to answer, March 25, 2020, has elapsed and the Stipulation is still pending before the Court.

      As you are aware, in response to a March 2, 2020 request for status conference to discuss coordinating the response deadlines in this matter and related pending actions, your Honor instructed the parties to agree to an appropriate enlargement of time to respond in this matter. The Stipulation was entered pursuant to your Honor's instructions. Accordingly, Defendants are requesting that the Court so order the Stipulation.

      Thank you for your consideration of this matter.

                                Respectfully submitted,

                                */s/ Jeffrey J. Chapman*

                                Jeffrey J. Chapman

April 13, 2020
Page 2

cc: Melinda Nicholson
Kahn Swick & Fotti LLC
1100 Poydras Street – Suite 3200
New Orleans, Louisiana 70163
Melinda.Nicholson@ksfcounsel.com

Madison Spach, Jr.
Spach, Cappaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
mspach@scwlawfirm.com

Kayvan B. Sadeghi
Schiff Hardin LLP
1185 Avenue of the Americas, Suite 3000
New York, NY 10036
ksadeghi@schiffhardin.com

Richard B. Kapnick
Katten & Temple LLP
The Rookery Building
209 South LaSalle St., Suite 950
Chicago, IL 60604
rkapnick@kattentemple.com