**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**
                                                                  :
IN RE PARETEUM SECURITIES                                         :
LITIGATION                                                        :                Case No. 1:19-cv-09767-AKH-GWG
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                  **X**

**THE PARETEUM DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CONSOLIDATED COMPLAINT, OR IN THE ALTERNATIVE, TO STRIKE CERTAIN ALLEGATIONS IN THE CONSOLIDATED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon accompanying Memorandum of Law, dated April 24, 2020, the accompanying declaration and exhibits annexed thereto, and upon all pleadings and proceedings in this action, Defendants Pareteum Corporation, Robert H. Turner, Edward O'Donnell, Victor Bozzo, Denis McCarthy, Rob Mumby, Robert Lippert, Yves van Sante, and Luis Jimenez-Tunon (the "Pareteum Defendants") shall move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, granting the Pareteum Defendants' Motion to Dismiss the Consolidated Complaint for failure to state a claim, or in the alternative, striking certain allegations in the Consolidated Complaint, and for such other, further, or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Scheduling Order entered on April 13, 2020, opposition papers, if any, shall be served upon the undersigned by June 9, 2020, and reply papers, if any, shall be filed and served by June 24, 2020.

Dated: New York, New York
        April 24, 2020

                        **MCGUIREWOODS LLP**


                         /s/ Stephen G. Foresta_____
                        Stephen G. Foresta
                        Jeffrey J. Chapman
                        McGuireWoods LLP
                        1251 Avenue of the Americas
                        20th Floor
                        New York, NY 10020
                        Telephone: (212) 548-7060
                        Facsimile: (212) 715-6277
                        Email: sforesta@mcguirewoods.com
                                jchapman@mcguirewoods.com

                        *Counsel for the Pareteum Defendants*


To:     All counsel of record (Via ECF)