**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**
                                            :

IN RE PARETEUM SECURITIES         :
LITIGATION                          :        Case No. 1:19-cv-09767-AKH-GWG
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                            **X**

**DECLARATION OF STEPHEN G. FORESTA IN SUPPORT OF**
**THE PARETEUM DEFENDANTS' MOTION TO DISMISS THE**
**CONSOLIDATED COMPLAINT, OR IN THE ALTERNATIVE, TO STRIKE**
**CERTAIN ALLEGATIONS IN THE CONSOLIDATED COMPLAINT**

**STEPHEN G. FORESTA**, an attorney duly admitted to practice in the courts in the

State of New York, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm McGuireWoods LLP ("McGuireWoods"),

attorneys for Defendants Pareteum Corporation, Robert H. Turner, Edward O'Donnell, Victor

Bozzo, Denis McCarthy, Rob Mumby, Robert Lippert, Yves van Sante, and Luis Jimenez-Tunon

(the "Pareteum Defendants"). I am fully familiar with the facts and proceedings in this case, as

set forth herein, based upon my personal knowledge and a review of the pleadings and other

documents provided by the Pareteum Defendants. This declaration is respectfully submitted in

support of the Pareteum Defendant's Motion to Dismiss the Consolidated Complaint, or in the

Alternative, to Strike Certain Allegations in the Consolidated Complaint (the "Motion").

2.      On March 18, 2019, Defendant Pareteum Corporation ("Pareteum") filed a Form

10-K with the Securities Exchange Commission ("SEC"). The Form 10-K disclosed that there

were "material weaknesses in [Pareteum's] internal control over financial reporting, [such that

its] disclosure controls and procedures were not effective as of December 31, 2018." It also

highlighted Pareteum's efforts to remediate the identified material weaknesses. A true and

correct copy of the Form 10-K dated March 18, 2019 is attached hereto as **Exhibit A**.

3.      The Consolidated Complaint in this Action references 178 press releases that were issued by Pareteum between December 2017 and August 2019 (the "Press Releases"). The Press Releases each contained cautionary language, including a forward-looking statement regarding revenue recognition. Many of the Press Releases also contain a definition of the term "contractual revenue backlog." That definition cautions that "there [are] no assurances that [Pareteum will] reach the total revenue backlog" and that "[t]he revenue backlog assumes timing of revenue recognition that may vary from actual results."  True and correct copies of the Press Releases are attached hereto as **Exhibit B**.

4.      On August 9, 2019, Pareteum filed a Form 10-Q with the SEC. The Form 10-Q also contained forward-looking statements regarding revenue recognition. A true and correct copy of the Form 10-Q dated August 9, 2019 is attached hereto as **Exhibit C**.

5.      The Pareteum Defendants have prepared a chart to indicate which of the Press Releases contain forward-looking cautionary language or contractual backlog definitions and the value and terms of each contract referenced in the Press Releases. A true and correct copy of the chart is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the following is true and correct. Executed on April 24, 2020, in Norwalk, Connecticut.


                                                    _/s/ Stephen G. Foresta_____
                                                    Stephen G. Foresta

2