# EXHIBIT B



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Issues Shareholder Update Letter

December 14, 2017

*PARETEUM ISSUES SHAREHOLDER UPDATE LETTER*

*2017 ACCOMPLISHMENTS EXPECTED TO CREATE CONTINUED GROWTH AND MARKET INNOVATIONS IN 2018*

*36 MONTH CONTRACTUAL REVENUE BACKLOG GROWS TO $129 MILLION AT NOVEMBER 30, 2017*

**NEW YORK, NEW YORK, December 14, 2017 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing mobile Cloud Communications Platform company, announced today the issuance of a shareholder update letter from its Executive Chairman and Principal Executive Officer, Hal Turner.

Dear Pareteum family, partners and shareholders,

We wish to start by thanking our TEUM, partners and shareholders for all your dedication and support. While we know there are ups and downs as an employee or a shareholder of a small emerging growth company, we strongly believe in our actions over the past two years and more specifically, recently, in building a strong and valuable company for the future.

These past two years, since I was appointed as Executive Chairman and Principal Executive Officer of Pareteum in November 2015, have been extremely eventful and successful. Our restructuring and repositioning in 2016 has led to solid growth in 2017, and has defined our innovation in both services and market positioning, establishing a strong outlook for our success in 2018 and beyond. We again thank you for your patience.

When Marconi invented the "wireless"… radio, it changed the world and lifestyles by enabling information to be widely broadcast. Pareteum's Global Mobility Cloud now has the capability to enable virtually any type of content and information (or transaction) by moving connectivity (via wireless mobility network access) to most elements of our lives, from home to work and all forms of interaction in between, like shopping, travel, entertainment, and sports. Pareteum's Global Mobility Cloud Platform enables our Mobile Network Operator and Communication Service Provider customers to manage these data information transactions and scale their businesses affordably.

Through TEUM's accretion of the current $129 million 36 Month Contractual Revenue Backlog (see definition below), our customer base increased from 4 as of year-end 2016 to currently 21 customers. This is the result of a strong TEUM effort by all our TEUMates, across all departments, including Vic Bozzo, Rob Mumby, Nick Barter, Eduardo Gimeno, Ali Davachi, Ted O'Donnell and many others that carry on every day, doing their jobs to serve our customers and create profitable growth. We have expanded into new markets and have provided new services as a result of the complete overhaul of our software and platform in order to fully support our Software as a Service business model, which we converted to in 2016.

Our decisions in 2016 to significantly reduce headcount and evolve our software and services offerings were difficult choices. These decisions were the right decisions for our business and were necessary for our survival. Our new business model facilitated better market positioning for Pareteum and accelerated

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 3 of 350

growth in the beginning of Q4 2016. Our revenue per employee metric increased to a record $222,139 in the third quarter of 2017, a 4-fold increase from the end of 2015, when we started tracking this metric and demonstrating our improved efficiencies and scale.

We believe we have developed a leaner, more effective leadership and operational team with strong experiences in having successfully built software services and connection platforms. This resulted in value creation for stakeholders. We have streamlined our operations and processes and have seen the net positive effects throughout 2017. For the trailing twelve months ending September 30, 2017, Pareteum has generated positive adjusted EBITDA. Additionally, our third quarter 2017 operating results approached breakeven in both EBITDA and net earnings.

Our recent capital raises, aggregating to approximately $20 million, will address specific long-term strategies that we are executing, and, we believe, will establish Pareteum as the dominant player in this space. We expect to be able to announce these initiatives over the next several weeks. We believe these fundamental plans will lead to increased long term shareholder value. In addition, the capital raised increased our shareholders' equity and resulted in TEUM regaining compliance with the NYSE listing standards.

We are extremely proud of our TEUM and partners in developing our platform. Our innovation is an ongoing evergreen continuum. We expect that innovations will take us into new geographies, with new services and applications, and the ability to be in the ecosystem for the infinite directions available from connectivity among networks. Our ability to successfully scale and securely manage the geometrically exploding data and information generated by the simple acts of using mobility in our daily lives defines a great part of our bringing value to our customers and it is why they buy from us… at home, at work and in the cities where we live and shop.

All good wishes for a healthy, happy and prosperous 2018 to our families, partners and stakeholders,

Hal

Robert H. Turner
Executive Chairman
Principal Executive Officer
Pareteum Corporation (NYSE American: TEUM)

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 4 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases                    ☐ Events

☐ Presentations                      ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

**Platform**

Experience
Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 Pareteum

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Eliminates Atalaya Senior Secured Debt

December 19, 2017

*PARETEUM ELIMINATES ATALAYA SENIOR SECURED DEBT*

*SUBSTANTIALLY IMPROVES CASHFLOW*

**NEW YORK, NEW YORK, December 19, 2017 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, a leading communications technology provider to global Mobile, MVNO, Enterprise and IoT markets, today announced that it has paid its lender $8.1 million, the remaining balance of its senior secured loan from Atalaya Capital Management and Corbin Capital ("Lenders"). Pareteum immediately improves cash flows and prospects for growth by removing security interests of the lenders and eliminating the loan, with its interest and amortization, prior to the current maturity date of December 31, 2018 .

Hal Turner, Executive Chairman and Principle Executive Officer of Pareteum, added, "Our successful Debt repayment is one of the key elements of the corporate turnaround at Pareteum which began in Q4 2015. This debt financing package, originally implemented by the Company's former management, was no longer optimized for the exciting value-generating and growth stage of our business plans. We thank the Lenders for their support during the challenging restructure period. We also look forward to focusing on the continued sales surge by making investments in the business which we expect to deliver maximum value for our equity investors."

**About Pareteum Corporation**

Pareteum Corporation and its subsidiaries provide a complete mobility cloud platform, utilizing messaging and security capabilities for the global Mobile, MVNO, Enterprise, Software-as-a-Service and IoT markets. The Company's software solutions allow any organization to harness the power of a wirelessly connected world by delivering seamless connectivity and subscriber management capabilities that provides end-to-end control of millions of connected devices. Mobile Network Operator (MNO) customers include Vodafone, the world's second largest mobile operator by customer count, Zain, one of the largest mobile operators in the Middle East, as well as MVNO customers such as Lebara and Lowi. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email                                                          Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**      **Platform**      **Products**      **About**      **Learn**

IoT and Developers               Experience        Mobility          About Pareteum   Press
                                 Cloud
Communications Service                             Engagement        Careers          Contact
Providers
                                                   Intelligence      Investors
Enterprise and Brand
                                                   Control



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 **Pareteum**

Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Wins Global Internet of Things (IoT) Contract for its Cloud Services

December 20, 2017

*PARETEUM WINS GLOBAL INTERNET OF THINGS (IOT) CONTRACT FOR ITS CLOUD SERVICES*

*ADDS $4 MILLION TO 36 MONTH CONTRACTUAL REVENUE BACKLOG*

*NEWLY AWARDED DECEMBER AGREEMENTS TOTAL OVER $13 MILLION*

**NEW YORK, NEW YORK, December 20, 2017 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing mobile Cloud Communications Platform company, today announced that it has secured a three year contract with a European global provider of IoT security to network providers and Electronic Sims embedded directly in IoT devices.

The new contract will extend the reach of this communication services provider by enabling the use of Pareteum's Global Mobility Cloud for "Connections" to their IoT devices. Pareteum will receive recurring platform fees and transactional usage fees for each device that is connected. The devices cover a spectrum of uses, including home automation systems, security and alarm systems, intelligent logistics systems, climate and atmosphere control monitoring, as well as smart health monitoring devices.

In conjunction with the recently announced China-focused MVNO ($1 million) and the major Eastern European Smart City ($8 million), Pareteum has added over $13 million to its 36-month contractual revenue backlog in December alone.

Vic Bozzo, CEO of Pareteum stated, "This $4 million contract caps off a strong sales performance this month and continues to establish Pareteum as a thought leader in mobility and communications platform as a service (CPaaS). We are excited about the opportunity to provide connections for hundreds of thousands of devices under this contract."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, added, "The big deal in December, foreshadowed during our Q3 earnings call, ended up as three transactions, each of which demonstrates the value seen by our customers in our solutions, which is why they continue to increase services orders with us. Most importantly, we segue from a highly successful 2017 into 2018, expected to be a year of increasing growth, knowing that we are recognized within our industry and markets for services innovation. We have sold solutions that take us, through our cloud services, into Smart Cities and cryptocurrency secure payment transactions capabilities. Additionally, our sold solutions bring us into facets of Artificial Intelligence, with the machine learning capabilities of the predictive analytics applied to the massive volumes of data we are handling. The shear volumes of data will geometrically accelerate, creating a spiraling viral impact, as more and more connections are added to our cloud. Pareteum has the comfort of knowing the highly scalable nature of its software and how it is optimized for just these opportunities. Finally, we conclude our 2017 sales campaigns with the firm knowledge that it is our mobility cloud and its ability to drive connections, without the requirement of heavy infrastructure and capital expenditures, that attracts the communications services providers and application developers to our growing applications exchange and developers model. It is this full suite of services developed and developing in 2017 that have us looking forward to a successful 2018."

**About Pareteum Corporation**

Pareteum Corporation and its subsidiaries provide a complete mobility cloud platform, utilizing messaging and security capabilities for the global Mobile, MVNO, Enterprise, Software-as-a-Service and IoT markets. The Company's software solutions allow any organization to harness the power of a wirelessly connected world by delivering seamless connectivity and subscriber management capabilities that provides end-to-end control of millions of connected devices. Mobile Network Operator (MNO) customers include Vodafone, the world's second largest mobile operator by customer count, Zain, one of the largest mobile operators in the Middle East, as well as MVNO customers such as Lebara and Lowi. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases      ☐ Events

☐ Presentations       ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Adds Blockchain Settlement for Cryptocurrency to Its Global Cloud Platform

December 26, 2017

*PARETEUM ADDS BLOCKCHAIN SETTLEMENT FOR CRYPTOCURRENCY TO ITS GLOBAL CLOUD PLATFORM*

*SMART CITY, MOBILE VIRTUAL NETWORK OPERATORS AND INTERNET OF THINGS SERVICE PROVIDERS NOW ABLE TO EXCHANGE DIGITAL CURRENCY AND SUBSIDIZE SERVICE*

**NEW YORK, NEW YORK, December 26 2017 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing mobile Cloud Communications Platform company, today announced that it has completed development enabling it to add support of Blockchain technology to its billing and settlement services. This newest service capability enables Pareteum customers to participate in the transformational "Digital Economy Monetization to the Cloud" and now accept and process Bitcoin, Ethereum, Litecoin, Airtokens and other forms of cryptocurrencies.

According to Coinschedule, $287 million of cryptocurrency transactions or 7.8% of ICOs involved payments in 2017. This evolution began in 2016, noted Coinschedule, within the mobile payment industry with more than 50% of mobile users making a mobile payment, and it has continued in 2017 with the market expanding to $60 billion in mobile payments. Perhaps the biggest disrupter may be the technology behind digital currency. Blockchain has been noted as the potential foundation for building a new generation of transactional applications that establish trust and transparency while streaming business processes, which is critical to advancing adoption of mobile payments among consumers and businesses.

The new feature being offered to all Pareteum's Global Mobility Cloud customers will allow them to not only accept the crypto-currencies but also to perform payment processing and settlements with their partners in any currency. For example, in the case of Smart Cities in emerging markets, creation of their own local crypto-currencies is now a reality, facilitating primary economic benefit with the cities for their citizens. Last year, Pareteum announced a partnership with Airfox to integrate their advertising subsidy platform into the Application Exchange and Developer's Platform exchange based on the requirement for advertising to subsidize the costs of growing data service usage. Since then subsidies have gone beyond advertising and into micro-loans and cryptocurrency as the mobile phone penetrates more of daily life.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 11 of 350

Vic Bozzo, CEO of Pareteum stated, "The demand in the mobile market for digital wallet applications has quickly morphed into a requirement to process and settle all forms of currency and an entire eco-system of applications relying on purely digital settlement has emerged. It's a natural requirement of any Mobile Platform provider to support this move as many mobile applications become reliant on mainstream digital currency and other applications begin to create their own."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, added, "We have sold solutions that take us, through our cloud services, into Smart Cities and cryptocurrency payment capabilities. It's not hard to imagine that we can live in an entire digital universe where all of our transactions may be managed through your own personal mobile phone, with secure identity management and digital payments. In thinking about this scenario, where essentially your mobile phone is your bank, without bricks and mortar, it's possible that throughout the day you may have earned enough digital currency through your transactions to be rewarded with that coffee or snack or phone minute or that extra megabyte of data. We envision a time in the not too distant future when Pareteum could create its own currency payments and settlements among the millions of subscribers on its platform globally. As we consider the new global mobile landscape, and Pareteum's service and capabilities developments in 2017, which have opened doors for us in the Internet of Things (IoT), Smart Cities, and use of Artificial Intelligence (AI) and Machine Leaning (ML) creating predicative analytics for the vast amounts of digital data we are capable of securely processing, we maintain an optimistic view towards 2018 and beyond."

**About Pareteum Corporation**

Pareteum Corporation and its subsidiaries provide a complete mobility cloud platform, utilizing messaging and security capabilities for the global Mobile, MVNO, Enterprise, Software-as-a-Service and IoT markets. The Company's software solutions allow any organization to harness the power of a wirelessly connected world by delivering seamless connectivity and subscriber management capabilities that provides end-to-end control of millions of connected devices. Mobile Network Operator (MNO) customers include Vodafone, the world's second largest mobile operator by customer count, Zain, one of the largest mobile operators in the Middle East, as well as MVNO customers such as Lebara and Lowi. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 12 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases         ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036 · **1 (646) 975-0400**

f    🐦    in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Showcases Efficiency of Global Cloud with Expedited Deployment of India Based Customer

January 02, 2018

*PARETEUM SHOWCASES EFFICIENCY OF GLOBAL CLOUD WITH EXPEDITED DEPLOYMENT OF INDIA BASED CUSTOMER*

*PLATFORM POSITIONED TO DELIVER CONNECTIONS, BRAND MANAGEMENT, AND SETTLEMENT INCLUDING BLOCKCHAIN AND CRYPTOCURRENCY*

**NEW YORK, NEW YORK, January 2, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, today announced services deployment to its first India based customer for their mobile subscribers. These services enable India home country usage, and seamless global service when traveling or living abroad. Pareteum's expedited deployment of the $3,000,000 agreement, announced in October, begins revenue generation in the first quarter of 2018, well ahead of scheduled backlog implementation.

As Pareteum's first Global Cloud offering in India, subscribers are able to use our full suite of mobile enablement and connectivity services, plus mobile payments, including the most recently announced Blockchain support. With over 299 Million Smart phones in India, according to Statistica, India is a concentrated global demographic, with a continued underserved communication need. Further, Statistica indicates the market for Connections is robust and micro-financing via mobile phones and Blockchain settlement are expected to increase market penetration.

"This was a significant win for us in one of the largest growth areas in the world and to begin generating revenue from this new customer so quickly proves the power of our cloud model. Continuing to streamline the efficiency of our cloud deployments to get to revenue faster is one of our largest priorities as we kick off 2018," stated Pareteum Chief Executive Officer Vic Bozzo.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer commented, "Service providers in India and the Indian subcontinent are seeking ways to ensure mobile access for their subscribers, to accelerate new services and innovation, and to serve their subscriber community, wherever they are in the world. Our first India located customer chose Pareteum because of our feature rich global platform and connectivity, with its developer Application Programming Interfaces (API) framework. Pareteum's selection was based on the profitable customer value derived from our cloud, its connectivity, and the ease of doing business with us. Now, with our newly supported mobile payments and Blockchain capabilities plus their expectation of future mobile services and capabilities, ranging from Artificial Intelligence (AI), Machine Learning (ML) and Internet of Things (IoT), we expect to grow with our customer in India, and everywhere they choose to do business."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 15 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 16 of 350



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Ends 2017 with a Record $147 Million Contractual Revenue Backlog

January 03, 2018

*PARETEUM ENDS 2017 WITH A RECORD $147 MILLION CONTRACTUAL REVENUE BACKLOG*

*REVENUE BACKLOG SCHEDULED OVER THE NEXT 36 MONTHS*

*389% COMPOUNDED ANNUAL GROWTH RATE (CAGR) FOR 2017*

**NEW YORK, NEW YORK, January 3, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, today announced that it has executed agreements that represent a 36 Month Contractual Revenue Backlog (see the definition below) of a record $147,000,000, as of December 31, 2017. Bolstered by 28 newly signed customer agreements in 2017, totaling $117,000,000 in 36 Month Contractual Revenue Backlog, the fourth quarter of 2017 represents an increased 58% over the third quarter of 2017 contract agreement executions. The Compounded Annual Growth Rate (CAGR) of Pareteum's 36 Month Contractual Revenue Backlog is 389% since January 1, 2017.

"Across geographies and the fastest growing application markets including Internet of Things (IoT), Application Programming Interfaces (APIs), and Connectivity to enable mobile virtual networks, we are proud of our results-oriented sales team for delivering these industry leading results. The technology innovations and product enhancements we made this year allow us to enter 2018 poised to make another quantum leap forward in our business." stated Pareteum CEO, Vic Bozzo.

"These contracts establish Pareteum as one of the fastest growing Cloud Communications companies in the world. The excitement of adding Blockchain capabilities, Artificial Intelligence (AI) and Machine Learning (ML) solutions, and, then applying these services to enable our customers, defines the opportunities we see ahead. In addressing these market segments, broadly including businesses, Smart City municipalities and the Internet of Things developer communities, we see material progress coming. We are appreciative for the support of our shareholders as we completed the transition to a full Software as a Service Cloud company in 2017. Our results are, we believe, derived from how our services and solutions solve customer problems, saving materially in operations expense, and most importantly creating faster revenue for our customers, while opening new sources of revenue that would have previously required multiple vendors and complex system integrations," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

**About Pareteum Corporation:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 17 of 350

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                                    Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 18 of 350

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 19 of 350

 **Pareteum**

Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Social Media Provider Enables Smartphone Services with Pareteum's Global Cloud

January 04, 2018

*SOCIAL MEDIA PROVIDER ENABLES SMARTPHONE SERVICES WITH PARETEUM'S GLOBAL CLOUD*

*BRANDS EMPOWERED TO CONNECT SUBSCRIBERS TO EACH OTHER*

*MOBILE PAYMENTS AND SECURE BLOCKCHAIN SUPPORT PROVIDED*

**NEW YORK, NEW YORK, January 04, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, today announced it has been awarded a three-year agreement to provide customer-branded services for a social media application service provider. This new award adds $1,000,000 million in incremental revenue to the 36 Month Contractual Revenue Backlog of $147,000,000, as of December 31, 2017.

Pareteum's newest customer is a UK-based company with a long history of providing Interactive Voice Response (IVR), Telecoms, Mobile, and Credit Card Services. This new mobile social media application will facilitate the pairing of two user-based profiles utilizing proprietary database and subscriber enrollment. These subscribers may simply invite someone to connect using either a talk or text button, which then generates a request to connect. If the request is accepted, a phone number will be generated that either party can use to reach the other. Pareteum is the enabler and provider of the capabilities for this connection. Pareteum's platform is seen as a way to accelerate product capabilities while meeting end-user quality requirements.

"Pareteum's unique mobile-integrated technology enables us to work with mobile operators to offer the market high-quality services simply, quickly and at a fair price. The contract will result in millions of new Connections from online subscribers on top of the pure mobile telephone subscribers we service. We are now seeing more and more of the API driven companies, of similar size and magnitude, that require connectivity. This is a large and growing addressable market that we expect to yield multiple wins, just as we have announced today," stated Pareteum CEO, Vic Bozzo.

"The technologies coming out of Silicon Valley today from Artificial Intelligence (AI) to Machine Learning (ML), Blockchain and Social Media are creating a requirement for a single pane of glass for management, control, analytics, settlement and subscriber branding. Social Media companies are also beginning to embrace cryptocurrency as a new form of monetization beyond advertising. This is where we are focusing our development efforts in 2018. The results are clear and the demand for our product set is growing," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

**About Pareteum Corporation:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such

statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                                      Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f  🐦  in

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 21 of 350

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

# A Pareteum Internet of Things (IoT) Applications Provider Customer Commences Revenue Production

January 05, 2018

*A PARETEUM INTERNET OF THINGS (IOT) APPLICATIONS PROVIDER CUSTOMER COMMENCES REVENUE PRODUCTION*

*INTEGRATED MOBILE SERVICES ON DEMAND*

*EXPECTED TO CONTRIBUTE TO FIRST QUARTER 2018 REVENUE*

**NEW YORK, NEW YORK, January 5, 2018 – Pareteum Corporation (NYSE American: TEUM)**, the rapidly growing Cloud Communications Platform company, today announced it has activated service to one of its Application Provider IoT customers, which was previously announced as new customer on October 11, 2017.

This deployment signals planned revenue in the first quarter of 2018, ahead of schedule, and reinforces the efficiency of Pareteum's Global Cloud Platform (GCP). Pareteum's GCP enables its customer's subscribers, including members of their widely growing Application Programming Interface (API) Developer Community, to add mobility services directly to their Banking, Social Media, Call Centers, consumer facing applications, and App Store Products.

"Our move to the cloud has allowed us to fundamentally change use cases and opportunities not only for our company but for our customers," stated Vic Bozzo Pareteum's CEO. "The growing Pareteum development community is seeing the ability to incorporate mobility into their applications for the first time in a self-service model by directly connecting to our API without having to wait for the long cycles of provisioning to the network, which ultimately means recognizing revenue faster."

"The digital economy, and its monetization is being driven by application developers, creating an API economy. Pareteum, as an integral part of the Digital and API Economy ecosystem, is poised to support geometric growth for these companies with our securely offered Blockchain solutions, as part of our Global Cloud services. Being connected and working wirelessly in an untethered fashion is the mobility driver for the world's population. Pareteum brings seamless transition

among devices, networks and applications, with flawless peer to peer metering, charging, billing and settlements. It is the power of our mobile payments, Blockchain, and Cryptocurrency driven capabilities, offered to the application development community, that will unleash their growth and business transacted with Pareteum," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

**About Pareteum Corporation**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases

☐ Events

☐ Presentations

☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expects Q4 2017 Revenue to Exceed Expectations

January 08, 2018

*PARETEUM EXPECTS Q4 2017 REVENUE TO EXCEED EXPECTATIONS*

*CONSENSUS ANALYST EXPECTATIONS AT $3.75 MILLION*

**NEW YORK, NEW YORK, January 8, 2018 – Pareteum Corporation (NYSE American: TEUM)**, the rapidly growing Cloud Communications Platform company, today announced that the Company expects to report revenues that will exceed consensus analyst expectations of $3.75 million for the fourth quarter ended December 31, 2017.

Fourth quarter 2017 revenue represents sequential quarterly growth of at least 10% over the $3.5 million reported in the third quarter of 2017. The Company's fourth quarter and year end 2017 earnings results and conference call are expected to be held on or before March 30, 2018.

During the second half of 2017, the Company's 36-month Contractual Revenue Backlog increased from $60,000,000 at the end of the second quarter to $147,000,000 at the end of the fourth quarter. This contractual backlog is generated by each of the Company's Managed Services and Global Cloud customers who have entered into multi-year Software-as-a-Service agreements with Pareteum. These customer agreements consist of guaranteed minimum monthly recurring fees, as well as contractually scheduled subscriber and connections expansion, with their resulting monthly recurring revenue.

"Our TEUM ended the 2017 year with a very strong fourth quarter as demonstrated by the acceleration in our 36-month Contractual Revenue Backlog. This key performance indicator is directly correlated to our financial and operating results and reflects the traction our services and solutions are gaining in the marketplace. We continue to solve customer problems by presenting solutions that yield significant operational efficiencies and expense savings, creating faster revenue, while opening new sources of revenue, such as Blockchain and mobile payment solutions, that would have previously required multiple vendors and complex system integrations," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

**About Pareteum Corporation**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 26 of 350

to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases                    ☐ Events

☐ Presentations                     ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences      Platform      Products      Customer Stories      Investors**

**News      About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded Contract from Pan European Mobile Operator with African Subscribers

January 10, 2018

*PARETEUM AWARDED CONTRACT FROM PAN EUROPEAN MOBILE OPERATOR WITH AFRICAN SUBSCRIBERS*

*THREE YEAR $5.4 MILLION CONTRACT DRIVES LARGE SCALE EXPANSION*

**NEW YORK, NEW YORK, January 10, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, today announced that it has been awarded a three-year contract from a significant Cross Border European and African Mobile Operator. This established Mobile Operator provides Consumer, Enterprise and Internet of Things wireless services throughout Europe and Africa. Under the terms of the Agreement, Pareteum will provide its Global Cloud Services platform and receive revenue for subscribers, data and messaging services.

According to Ericsson, "While Nigeria and South Africa will continue to have the highest number of connected devices, IoT is taking shape in the rest of the region, especially in East Africa. The number of cellular IoT connections in the region is expected to grow at a CAGR of around 38 percent from 2016 to 2022, as governments and industries in the region begin to explore IoT solutions to solve region-specific challenges."

"We are honored to be chosen for this contract. It represents the continued expansion to all corners of the Globe where there is a need for new offerings, applications, settlement services and access to a superior cloud platform. We look forward to deploying these services and generating revenue in the first half of 2018," stated Vic Bozzo, CEO of Pareteum.

"Our efficient TEUM continues to perform at a level higher than industry standard because our customers and TEUM live in an "always on" world requiring us to live differently and answer industry demands faster. One consistent platform anywhere in the world is why customers are flocking to our solution," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

**About Pareteum Corporation:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of

Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
| --- | --- | --- | --- | --- |
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 Pareteum

Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3 Million Contract to Add Mobility to Established South American Data Network Provider

January 17, 2018

*PARETEUM AWARDED $3 MILLION CONTRACT TO ADD MOBILITY TO ESTABLISHED SOUTH AMERICAN DATA NETWORK PROVIDER*

*NEW FIVE-YEAR CONTRACT PROVIDES CONSUMER, INTERNET OF THINGS AND ENTERPRISE MOBILE PLATFORM SERVICES*

*ADDS OVER 300,000 CONNECTIONS AT FULL DEPLOYMENT*

**NEW YORK, NY – PRNewswire – January 17, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has been awarded a five-year $3 million contract for implementation of its Managed Services Solution with a South American provider of communications solutions with over 20 years of successful market experience.

Pareteum's Managed Services Platform, our longest provided in-service product (over ten years of commercial use), delivers the value generating software based Intellectual Property of TEUM. This includes: web portal, E-commerce platform, subscriber management, end user and back-office billing, carrier settlement systems (supporting Blockchain management, with multi-currency and crypto payments support), and Intelligent network management, with self-care portal services. It is our intelligent network, with our Home Location Registry (HLR), delivered as a service that manages the core mobile network. The agreement, when fully deployed and implemented, will service over 300,000 connections in multiple countries.

Vic Bozzo, CEO of Pareteum commented, "This is a significant milestone for the company once again extending our platform reach to tap into new markets, extend our connectivity map, add new connections and partner with well-established networks and service providers to open new revenue streams. Our sales team continues to drive us forward."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "This win continues to demonstrate how we as a company understand the needs of the new global digital economy, and deliver a communications platform software suite of services (CPaaS), offering affordable solutions to our growing roster of communication service providers (CSPs). It is the Pareteum services solution that is the heart of CSPs' consumer retail and business customer offerings with great margins derived through the channel. The competitive landscape in South America, coupled with the large underserved communities, is an ideal fit for our deployment model, which brings the technology and services right to the doorstep of subscribers. Service providers, brand marketing companies and incumbents alike no longer have to suffer through painstakingly long service integrations and deployment cycles to enter a market or launch their service offerings. With our solution, the pathway to revenue is clear, and the roadmap to the latest services and capabilities, with advanced payments and settlement, are assured."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity

worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:

Ted O'Donnell

Chief Financial Officer

(212) 984-1096

InvestorRelations@pareteum.com

Hayden IR

(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases                    ☐ Events

☐ Presentations                     ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 **Pareteum**

Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Launches Cloud Contact Center Customer Delivering Marketing Content and Subscriber Messaging

January 19, 2018

*PARETEUM LAUNCHES CLOUD CONTACT CENTER CUSTOMER DELIVERING MARKETING CONTENT AND SUBSCRIBER MESSAGING*

*RAPID DEPLOYMENT DEMONSTRATES THE STRENGTH OF PARETEUM'S CLOUD PLATFORM*

**NEW YORK, NEW YORK, January 19, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced services deployment of its Global Cloud Platform to a Digital Brand Management Customer, previously announced in November 2017.

Pareteum's expedited deployment of the $1,000,000 agreement begins revenue generation in the first quarter of 2018, as the customer initiates a Short Messaging Service (SMS) marketing campaign exceeding 1 million messages. Pareteum's Global Cloud Platform enables the Digital Brand Management Customer to offer geo-fencing mobile marketing to send a text message to a mobile device to elicit a response or notify the mobile user of a nearby retail special or sale. This type of location-based marketing via SMS is a powerful tool desired by retailers to reach customers at the right time and improve relationships. The agreement encompasses 1,100 new fixed line Direct Inward Dialing (DID) services and subscribers fully integrated for voice and SMS.

"This is truly a breakthrough as we enable our customer to be independent from being tied solely to a single network. Our Global Cloud Platform delivers instant messaging services that connect wireless subscribers to receive and send messages anytime from anywhere and we receive a fee for every connection that is made between the brand and its mobile subscribers who have elected to receive messages and notifications directly to their phone," stated Vic Bozzo Pareteum's CEO.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer commented, "Digital brand management companies may now achieve new levels of excellence in customer engagement via Pareteum's Global Cloud and Connectivity services. These improved customer experiences derive from the quality and timeliness of relevant information received. Pareteum's Global Cloud Platform serves this market by delivering global connectivity, enabling seamless digital content delivery on any device, anywhere, on any network. Customer experience management solutions, particularly via smartphones, are increasingly being used for this purpose. According to a recent report, the market for these digital solutions is set to grow from $6 billion in 2017 to $17 billion by 2022, a CAGR of 23%. As we vigorously compete on a global scale, Pareteum intends to be known for the quality of the content we deliver and the satisfaction of our brands and their customers who connect with us."

**About Pareteum Corporation**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer value is derived from Pareteum's award winning software, developed and enhanced for many years. By

harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                  Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 34 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ⓨ  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 35 of 350



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum and AirFox Expand Blockchain Technology Partnership

January 22, 2018

*PARETEUM AND AIRFOX EXPAND BLOCKCHAIN TECHNOLOGY PARTNERSHIP*

*AIRFOX NOW SUPPORTS PARETEUM'S BLOCKCHAIN INITIATIVE BY PROVIDING MVNOS IN EMERGING MARKETS WITH MOBILE PAYMENTS AND MICRO LENDING*

**NEW YORK, NEW YORK – January 22, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has expanded its relationship with AirFox by adding AirFox's Blockchain and AirToken (AIR) platform to the Pareteum Global Cloud Service Platform.

As Pareteum continues to expand into the global and emerging markets, the companies previously partnered to provide subscriber connection subsidies, for Pareteum's MVNO customers, and their retail customers, via paid advertising by Google and other advertising management platforms. The addition of AirFox's microloan application, backed by its AirToken (AIR), provides MVNOs (Mobile Virtual Network Enablers), and, Smart City companies their own peer to peer direct non-cash settlement services. It is these Blockchain secured and crypto paid services that will serve the needs of local citizens, many of whom are underbanked, with a micro lending opportunity that is expected to have demonstrable ecosystem impact, and facilitate seamless, non-cash payments, all through their mobile services.

Vic Bozzo, CEO of Pareteum commented, "As we forge further into underserved markets, the advantage of the new Internet paradigm shift in mobile allows investors to crowdsource regional opportunities that were previously reserved for local services only."

"We are pleased to announce an expanded partnership in which we will provide hundreds of companies in Pareteum's network with access to the blockchain-powered AirToken platform," said Victor Santos, CEO and Chairman at AirFox. "By offering the AirToken platform to its clients, Pareteum will be able to deliver more value and enable MVNOs to generate new revenue streams in emerging markets. We look forward to working closely with Pareteum as we integrate our unique platform and help billions of people in emerging markets break out of the poverty cycle their families have been living in for years."

Hal Turner, Executive Chairman and Principal Executive Officer at Pareteum stated, "Pareteum and AirFox form a highly complementary technology partnership. These new converged services, centered on the security offered via Blockchain and Pareteum's open source developed award winning software services for communication service providers, extend TEUM's s abilities for person to person mobile payments, that are trusted. We see new markets, faster services adoption and deeper market penetration occurring, as well as our inevitable march toward cloud based self-services, utilizing our insights gleaned from data analytics, for everything. This bodes well for our partners AirFox and for Pareteum, in fundamental revenue growth and profitability."

**About AirFox:**
Founded by ex-Googlers Victor Santos and Sara Choi in January 2016, AirFox quickly established itself as the leader in affordable data plans for US-based prepaid wireless carriers. Incubated at Harvard's Innovation Lab, AirFox is a TechStars Boston alumni and is venture backed by Project 11, Launch Capital, and NXT Ventures, among others. AirToken is an Ethereum-based ERC-20 digital utility token that facilitates the transfer of mobile airtime, data and currency, as

well as payments for goods and services, with minimal friction and fees. A peer-to-peer network connects lenders around the world to borrowers in developing countries using AirTokens (AIR). In October 2017, AirFox reached its $15 million funding goal and has closed its public ICO. www.airtoken.com // www.airfox.io

**About Pareteum:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                          Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 37 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Brazil Mobile Service Provider Expands to Worldwide Markets and Selects Pareteum's Global Cloud

January 24, 2018

*BRAZIL MOBILE SERVICE PROVIDER EXPANDS TO WORLDWIDE MARKETS AND SELECTS PARETEUM'S GLOBAL CLOUD*

*ADDS $1 MILLION TO 36-MONTH CONTRACTUAL REVENUE BACKLOG*

**NEW YORK, NEW YORK – January 24, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced that it has been awarded a new contract from an established Brazil based Mobile Virtual Network Operator to expand its worldwide reach. Once the service is launched, Pareteum will receive a platform support fee for each subscriber plus fees for monthly platform services. The contract is scheduled to add $1,000,000 to Pareteum's revenue backlog over a 36 month period, with contract deployment expected in the second quarter of 2018.

Currently, the customer sells hundreds of thousands of mobile cards per year that are required to be inserted into a subscribers existing phone. Once enabled by Pareteum's Global Cloud Solution, this experienced communications services provider will extend its Mobile Virtual Network Operations (MVNO) by providing Communications Platform as a Service (CPaaS) in conjunction with worldwide mobile airtime connectivity.

Pareteum's newest customer will be enabled to sell cross border global mobile cards, holistically managed via one solitary interface through the Pareteum platform. Servicing the global South American traveler, this MVNO will be powered to focus on their customer acquisition initiatives and launch new distribution centers around the world. End users will be able to acquire the cross border global mobile cards from airport based retail stores within Brazil and other South American countries, as well as the United States. The Pareteum platform will empower expanded connectivity direct to the phone, without the need to insert an additional card for cross border global connectivity.

"We are pleased to be chosen to help transform this well-known South American telecommunications provider and help them access and control new markets for their customers around the world. Once fully ramped they will be servicing thousands of recurring subscribers per month on Pareteum's Global Cloud Platform," commented Pareteum CEO, Vic Bozzo.

Hal Turner, Executive Chairman and Principal Executive Officer at Pareteum stated, "TEUM's newest Brazilian agreement is strong evidence of the opportunities in Latin America ( LATAM), and Brazil in particular. Pareteum's cost reducing and revenue expanding Global Cloud Platform and worldwide mobile network together deliver ease of use, fast and smooth service establishment, and assurance for our customer, enabling them to focus on sales, marketing and adding subscriber connections."

The global MVNO market is expected to reach $73.2 billion by 2020, according to Grand View Research.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their

growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

## Email Alerts

Your Email                    Sign Up

☐ Press Releases          ☐ Events
☐ Presentations           ☐ SEC Filings
☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH   Document 143-4   Filed 04/24/20   Page 40 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  y  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## PARETEUM EUROPE AWARDED GUARANTEED €8.7 MILLION EURO CONTRACT FOR MANAGED SERVICE PLATFORM OVER 5 YEARS

January 26, 2018

*PARETEUM EUROPE AWARDED GUARANTEED €8.7 MILLION EURO CONTRACT FOR MANAGED SERVICE PLATFORM OVER 5 YEARS*

**AMSTERDAM NETHERLANDS, 26th January 2018** – ET Europe Holding B.V. doing business as '**Pareteum Europe**' a wholly-owned subsidiary of Pareteum Corporation (NYSE American: TEUM), (**"Pareteum Europe"**), today announced that it has signed a €8.7 million Euro, 5-year MVNE (Mobile Virtual Network Enabler) agreement with a new EMEA customer.

A large base of existing subscribers will be moved on to the platform initially and all new mobile subscribers will be added going forward. The agreement can be extended beyond the initial 5 year term and includes significant up-front service establishment fees and guaranteed minimum subscriber connection volumes over the life of the contract.

"This deployment is a significant milestone in increasing our subscriber and connection base and provides a guaranteed revenue stream" said Chris Hills, Pareteum Europe's VP of Worldwide Connectivity.

"We are delighted to increase our platform and global business footprint with this important new customer agreement" stated Alexander Korff, Pareteum's UK-based Company Secretary, "and we expect more opportunities to flow from this relationship, particularly in the wider Central Asian and Caucasus regions".

**About Pareteum Europe:**
Pareteum Europe is a trading name of ET Europe Holding B.V. and a foreign subsidiary of Pareteum Corporation. The aim of Pareteum is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, and the Netherlands. For more information, please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning

certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                    Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Continues Momentum via Highly Successful January 2018

January 31, 2018

*PARETEUM CONTINUES MOMENTUM VIA HIGHLY SUCCESSFUL JANUARY 2018*

*AWARDED NEW CONTRACTS IN EUROPE, SOUTH AMERICA, NORTH AMERICA AND ASIA PACIFIC*

*36-MONTH CONTRACTUAL REVENUE BACKLOG GROWS TO $162,000,000, REPRESENTING 400% TWELVE MONTH GROWTH*

*ELIMINATED SENIOR SECURED DEBT IN DECEMBER 2017*

**NEW YORK, NEW YORK, January 31, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced that, during the month of January 2018, the Company signed contracts scheduled to add $15,200,000 to its 36-month contractual revenue backlog. The current contractual revenue backlog represents a 400% increase from a year earlier and a 10% month over month increase to the $147,000,000 36-month contractual revenue backlog announced previously on January 3, 2018.

Pareteum's current cash balance is $15.6 million on January 31, 2018, reflecting having fully paid our senior secured loan, in the amount of $8.1 million, and, continuing the improved operations of the business. Increases in cash balances over prior periods are a result of net equity raised, warrant exercises and continued operational efficiencies. The improved strength of our balance sheet provides the foundation for Pareteum's focus on accelerated growth in 2018 and beyond.

Contracts executed in January 2018 that have meaningfully contributed to Pareteum's accelerating growth, as measured by our 36-month contractual revenue backlog, are:

• $1,000,000 contract from Social Media Provider to Enable Smartphone Services, announced January 4, 2018
• $5,400,000 contract from Pan European Mobile Operator with African Subscribers, announced January 10, 2018
• $3,000,000 contract from South America Data Network Provider to Add Mobility, announced January 17, 2018

- $1,000,000 contract from Brazil Mobile Service Provider, announced January 24, 2018
- $10,000,000 contract awarded to Pareteum Europe for MSP deployment to EMEA customer, announced January 26, 2018

Of note, two of the awarded contracts mentioned above are 5-year agreements, so we have included only the portion expected over the next 36 months.

Hal Turner, Executive Chairman and Principal Executive Officer at Pareteum commented, "Pareteum's performance is highlighted by the growth of our 36-month contractual revenue backlog, currently standing over $162,000,000, which represents a Compound Annual Growth Rate (CAGR), measured from the end of 2016's fourth quarter through 2017 of 400%! Removing the burden of our senior secured debt materially frees cash to be redeployed into our growth. Our ambition is to deliver a single solution for communications service providers, enterprises, and IoT customers provided from our Managed Services, Global Cloud, and IoT – Application Exchange + Developer's platforms. Pareteum's application and service solutions include AI (Artificial Intelligence, Machine Learning), Blockchain, and, our latest IP/PBX solutions. We expect these achievements to continue our march to profitability and earnings for our shareholders. We are a mission driven business. One clear Pareteum mission is to make it simple for our customers to grow and integrate the latest technologies without having to think about building them."

**About Pareteum:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 45 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial
Officer

Your Email

Sign Up

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

☐ Press Releases

☐ Events

☐ Presentations

☐ SEC Filings

Continental Stock Transfer

☐ End of Day Stock Quote

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Your Communication Needs**

**Platform**

**Products**

**About**

**Learn**

IoT and Developers

Experience
Cloud

Mobility

About Pareteum

Press

Communications Service
Providers

Engagement

Careers

Contact

Enterprise and Brand

Intelligence

Investors

Control

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f    🐦    in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Accelerates Eastern European Expansion with Contract from Established Russian Operator

February 02, 2018

*PARETEUM ACCELERATES EASTERN EUROPEAN EXPANSION WITH CONTRACT FROM ESTABLISHED RUSSIAN OPERATOR*

*$1 MILLION 3-YEAR CONTRACT BROADENS ITS GLOBAL CLOUD SERVICES AND CUSTOMER CONNECTIVITY TO EASTERN EUROPE AND BEYOND*

**NEW YORK, NY – PRNewswire – February 2, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced that is has signed a $1 million 3-year contract to provide its Global Cloud Services Platform to an established Russian Mobile Virtual Network Operator (MVNO). The agreement entails connectivity for roaming, airtime, voice and SMS to a broader addressable market of consumer, enterprise and mobile connections.

Utilizing Pareteum's Global Cloud Services Platform, this brand service provider will enable their mobile customers to connect and transact on mobile devices beyond their home region. Pareteum is powering the MVNO to expand its subscriber revenues through global connectivity and data, without the need for investment in additional infrastructure or software. Under the terms of the contract, Pareteum will be paid for every subscriber that runs on the platform monthly, and additionally for the connections they make with applicable transaction fees. The MVNO currently serves tens of thousands of customers and a combination of existing and new customers will be migrated to the Pareteum Cloud. The service is expected to go live before the second half of the year and will generate $1 million over the next 36 months in contractual revenue backlog.

Vic Bozzo, CEO of Pareteum commented, "We set in motion last year a strategy to acquire customers in every corner of the globe by giving them one simple platform and connectivity in as many places as we could through partnerships with incumbent Mobile Network Operators and Carriers.  This latest win is specifically a result of the hard work of our talented sales force and market leading technology with simple interfaces and bundled connections."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "The network effect (every new addition to our Cloud adds capability that was not there beforehand) continues with this announcement. Significantly, the recognition that the combination of connections, relevant new technology delivered through TEUM's Communications Platform as a Service (CPaaS), and the power of our Global Cloud, all bundled into one solution, able to connect anything anywhere, creates new revenue streams for Communications Service Providers (CSP), with their own branded offerings sourced through the Pareteum Global Cloud."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Publishes Blockchain White Paper Defining Opportunities in the Mobile Market

February 06, 2018

*PARETEUM PUBLISHES BLOCKCHAIN WHITE PAPER DEFINING OPPORTUNITIES IN THE MOBILE MARKET*

*EXTENDING OUR SAAS PLATFORM WITH BLOCKCHAIN TECHNOLOGY*

**NEW YORK, NY – PRNewswire – February 6, 2018 – Pareteum Corporation (NYSE American: TEUM)**, **("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced that it has published a whitepaper to explore the opportunities that Blockchain enables including security, identity management and settlement. The whitepaper begins with defining how Blockchain supports the integration of various forms of traditional and next generation payment models. Providing real-world use cases, the whitepaper demonstrates how Blockchain relates to the communications market.

The Whitepaper explores how the Pareteum Global Cloud Service Platform supports Blockchain enablement and why it's important for mobile solutions providers to understand the basics of this new technology.

Ali Davachi, Chief Technology Officer comments, "Pareteum is focused on delivering enabling technology to all of its partners. The TEUM Blockchain (TBC) will revolutionize how our customers leverage Blockchain technology. Enabling our SaaS platform with identity management, transaction settlements and payment solutions greatly expands the opportunity for our customers."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "The Digital Economy, and its monetization, requires trust, identity and device, identification, for the dependable completion of transactions. These transactions may be payment system, financial, or application and content focused. Pareteum's support of an enabling Blockchain powered solution assures that our communications service provider customers, and, their retail, enterprise, and IoT customers, are provided the highest available, GDPR compliant, security and payment systems solutions. In conjunction with our partner, AirFox, Pareteum's cloud platform will also service its customers by capturing new revenue streams in the telecommunications and IoT markets. Our cloud-based solution will enable the deployment of Blockchain services, delivered for our customers anywhere in the world."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events
☐ Presentations          ☐ SEC Filings
☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 51 of 350

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f 🐦 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 52 of 350

 **Pareteum**

**Your Experiences     Platform     Products     Customer Stories     Investors**

**News     About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Issues Chairman Update Letter

February 12, 2018

*PARETEUM ISSUES CHAIRMAN UPDATE LETTER*

**NEW YORK, NY – PRNewswire – February 12, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced the issuance of a shareholder update letter from its Executive Chairman and Principal Executive Officer, Hal Turner.

Dear Fellow Shareholder,

The TEUM of Pareteum Corporation continues to be hard at work, globally. We have had a fast start to 2018 with excellent results in January through the collective group initiatives of:

· Rob Mumby + his key sales executives and sales support TEUM;
· Ali Davachi + his key operations, technical support and service delivery TEUM;
· Denis McCarthy + his key corporate development TEUM;
· Ted O'Donnell + his accounting and finance TEUM
· And, as always, Vic Bozzo and his indomitable leadership, especially in the sales arena, to make things happen;

I am happy to report that our executive team, with its key leadership management team, is continuing to produce results. We have a very big and bright 2018 planned. So far this year, in January alone, our TEUM signed $20.4 million of new contracts, spanning the globe, from Brazil to Africa to Europe. $15.2 million was additive to our now record high $162 million 36-month contractual revenue backlog, as two of the awarded contracts are 5-year agreements. I am extremely proud of our TEUM's accomplishments as we have accelerated the growth of our backlog from $60 million at June 30, 2017 to $162 million as of January 31, 2018. We expect the pace to accelerate during the year and that our reported results will reflect the hard work that has gone into the turnaround of our company.

We have also experienced financial improvements during January. Our balance sheet reflects materially significant positive changes, notably, with our cash balance standing at $15.6 million on January 31, 2018. This was made possible by:
· Our improved business operations resulting in nearing zero operating cash burn;
· Our NYSE American: TEUM price per share increased, which in turn, prompted voluntary exercising of warrants and cash into the company;
· We fully paid our senior secured loan, eliminating secured debt from our balance sheet and its corresponding interest and principle payments;

We are proud to be debt-free with substantial cash to operate and grow our business. We are putting these dollars to work throughout 2018 (and beyond) in a manner that we believe will yield the maximum shareholder value to TEUM through:
· Profitable Sales growth
· Product and services development, with a detailed build or buy analysis applied

Pareteum continues to win new long-term contractual business at an unprecedented pace, as evidenced by our 36-month contractual revenue backlog. We expect this pace to increase throughout the year. Yet, TEUM is never satisfied. We see many new opportunities that include our support of Blockchain technology, which is at the heart of our identity management and payment systems plans. You may register and obtain a complimentary copy of our just released Blockchain-Whitepaper; you may also be interested in recently published articles at Pareteum.com/news commenting on Pareteum and how we use Blockchain to enable secure and trusted payments. We are planning additional whitepapers throughout the year to support newly acquired product capabilities and developments. Please register here at Pareteum.com/news to receive notifications (See "Keep in Touch with Us" at the bottom of the page).

Be assured that we are out there every day competing for business and that our pace and intensity will magnify. Upcoming we have the Mobile World Congress in Barcelona, with a full slate of meeting and product demonstrations scheduled. Our focus is on selling new communications service providers and IoT opportunities as the world of connected devices and people continues to rise on a daily basis. It is this "world" I refer to that desperately needs our application solutions and global connectivity reach, to return trust to transactions, of all kinds.

Pareteum is executing improved capital market initiatives in 2018. We are embarking on multi-city non-deal roadshows throughout the year in Europe and the United States. We have just completed a UK and European non-deal roadshow, with excellent participation and reception of the Pareteum story. A mandate for Pareteum in 2018 is to target high quality long-term focused institutional shareholders and high quality research coverage. You may review a copy of our Pareteum Overview here. Please note the new key performance indicators that we have now begun to report on. If you attend one of our investor and management meetings, we will gladly comment on the significance of these KPI's and why we track them so diligently.

Pareteum is a mission focused company. We intend to be capable of empowering every person and everything to be globally connected – any device, any network, anywhere. Our Cloud Communications Platform targets large and growing sectors in Mobile Virtual Network Operators (MVNO), retail, enterprise and Internet of Things (IoT) customers. At the end of the day, our continued success is based upon the combination of:

· the market (is it large, growing, and can we capture a material share of that market vs. competition?)
· our products and services (are we addressing needs and opportunities that solve problems and create great economics for all?)
· our TEUM (do we have the right people in the best jobs and are we operating efficiently?)

My answers are affirmative … I hope to meet you in the coming days, weeks, and months, to share our perspectives on these critical items. We look forward to continued success in 2018.

All good wishes to you our shareholders,

Robert H. Turner
Executive Chairman & Principal Executive Officer
Pareteum Corporation **(NYSE American: TEUM)**

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 54 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases       ☐ Events

☐ Presentations        ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036 · **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2





# Forward Looking Statements

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements.

Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum.



# Investment Highlights



- **Disruptive business model,** rapidly becoming one of the world's largest mobile networking and IoT services companies, utilizing the cloud, without telco infrastructure investing

- Growth driven by new way to deliver services that **slashes costs and increases revenue generation for customers**

- **77% gross margins** in existing large and growing **multi-Billion dollar market**

- $162 Million contractual **revenue backlog**

- **Led by successful entrepreneurs,** completed successful turnaround and have track record managing rapid growth in telecommunications industry

- Patented **software is not easily replicated**, creating a financial, time based, **competitive barrier to entry**

- **Path to profitability** is accelerated via **high margins** on subscribers and the **magic of monthly recurring revenue** will drive **sustainable returns**

- **Attractive enterprise valuation** based upon our current PPS, facilitating **excellent risk adjusted returns**

© Pareteum 2018 (NYSE American : TEUM)    Complete with accompanying oral presentation    3

# Equity Snapshot



Ticker: TEUM          Exchange: NYSE American

Stock Price (1/17/18): $2.40

Analysts Price Targets: $2.10 - $3.00*

Daily Avg. Trading Volume for 3 Months (ending 12/29/17): ~ 8.2 M

Shares Outstanding: 46.6 M

Market Cap (1/3/18): ~ $111.9 M

Revenues (ttm) (12/29/17): ~ $14 M

36 Month Contractual Revenue Backlog (01/31/18): $162 M

*12-month price targets: Joseph Gunnar $3.00 as of 01/16/2018; Dawson James $2.10 as of 12/11/2017

© Pareteum 2018 (NYSE American : TEUM)    Complete with accompanying oral presentation    4

# Digital Economy: Monetization to the Cloud



**UBER** — The world's largest taxi company, **owns no vehicles**

The world's most popular media owner **creates no content** — **facebook**

**Alibaba.com** — The most valuable retailer, **has no inventory**

The world's largest accommodation provider, **owns no real estate** — **airbnb**

**ORGANO** — The world's largest network of gourmet coffee retailers **own no stores or outlets**

The world's largest movie house **owns no cinemas** — Netflix

**SocietyOne** — The world's fastest growing bank has **no actual money**

The world's largest software vendors **don't write their apps**. — Google, Apple



Pareteum

One of the world's *most innovative* communications and services companies, **has no proprietary telco infrastructure**

© Pareteum 2018 (NYSE American : TEUM)



# Digital Economy Evolution



## Product and Services Evolution



**Products**
**1970s**

**Product + Services**
**1990s**

**Customer Centric**
**2000s**

**Relationship Centric**
**Today**

## Network Evolution

Local Loops

Class 5:
local central office

Tandem office

Class 4:
toll centers

Class 3:
primary centers

Class 2:
sectional centers

Class 1:
regional centers

Local Loops    Broadband

Traditional Retail Phone Providers

VoIP Providers
Hosted PBX / IP PBX

PSTN

Internet

CLEC

Broadband

IP Nets

Internet

RAN

Virtual Telco Apps

Virtual Call Centers

Virtual Hosted PBX

MNO

Broadband

MSP
MVNE/MVNO

Global Cloud

TEAX

Pareteum

45 MNOs in 65 countries

© Pareteum 2018 (NYSE American : TEUM)

Complete with accompanying oral presentation    6





# In the Current Era…

**Services**

**Payments**

**Platforms**

**Networks**

We are '**connected**' but '**fragmented**'

© Pareteum 2018 (NYSE American : TEUM)

Complete with accompanying oral presentation    7



# Welcome to The Age of the Ubiquitously Connected Customer



**Telcos CSP**

**IoT**

**TEUM's business model: subscriber access and recurring revenues 500 Million potential Subscribers***

**30 Billion IoT Connected Devices by 2020****

**Insights & Analytics**

# 30 Billion
## Connected Devices

**Blockchain**

**Consumer & App Products**





**Payment Systems**

**Media & Content**



**'Smart' Verticals**



**\*500 Million potential Subscribers from management estimates**
**\*\*30 Billion IoT Connected Devices by 2020 from Hewlett Packard**

© Pareteum 2018 (NYSE American : TEUM)

# Pareteum Strategy






Mobile payments ... Blockchain, cryptocurrencies

Strategic Partners M&A

## 1. Managed Services Platform
Mobile Virtual Network Enabler (MVNE)

**Business & Operations Support System (B/OSS)**
**Clearinghouse & Settlements**
**Data & Information Exchange**





 Pareteum

## 2. Global Cloud Services Platform
Connectivity Enabled Turnkey Cloud Solutions

## 3. TEUM Application Exchange Platform (IoT)
Developer Tool Kit Connectivity Enabled

**Any Device, Anywhere**

**Artificial Intelligence, Machine Learning, Predictive analytics "insights"**

**Connectivity/access**



# Enabling Seamless Connectivity Worldwide



As **Connected "Things"** (Cars, Goods, People, etc.) move among networks (4G, Wi-Fi, Narrow-Band IoT), needed are:

- **Seamless & Ubiquitous Access**
- **Payments Systems**
  - **Cryptocurrencies & Blockchain**
- **Security & Identification Services**
- **City & Citizen Services**
  - **Purchasing/payments/settlements/ commerce**
- **Scalable Platform Services**
- **Artificial Intelligence**
- **Machine Learning**
- **Predictive analytics** "insights"
- **Cloud Connectivity**
- **Monetized Transaction Exchange**

*Pareteum's Platform Services:* make all of this possible
… this is the Internet of Things

**Citizens can make payments, report incidents, send photo and localization information, check the status of the incident, etc.**

© Pareteum 2018 (NYSE American : TEUM)

# TEUM's *Customer Success Platform*: Real-time Complex Solutions

  

Any device … anywhere … anytime … pay as you go @ The Speed of Need

**PROBLEMS**

**Legacy upgrades are costly**

**Integration of new solutions**

**New competitors**

**Information siloes**

**Cost and complex operations**

**Sales, Marketing, Customer Service,  Subscribers, Dealers, Employees**

**LEGACY SYSTEMS**

| Radio Networks | Support Software |
|---|---|
| 2G 3G 4G | B/OSS* |
| Future 5G | ERP/APPS** |

* Business & Operations Support System  (B/OSS)
** Enterprise Resource Planning / Applications (ERP/APPs)

**A P I S**

**Single sign-on and apps access portal**

**Integrated B/OSS enabling real-time:**
- **Account Management (SIMs)**
- **Policy Management (Service & Rules)**
- **Online Charging (Pricing, Rating, Billing)**

**Cloud    Connectivity    Content**

**A P I S**

**Internet of Things Enabler:**
**API Development  Platform  & Developer's Toolkit**

**Connectivity Enabled App Exchange**

© Pareteum 2018 (NYSE American : TEUM)

# Pareteum's Markets



## North America



## EMEA



## APAC

## LATAM

- **MSP**
  - **USA – 1 customer existing 1 MVNO and growing**
- **GCSP**
  - **USA – 8 customers**

- **MSP**
  - **Brazil – 1 customer existing 1 MVNO and growing**

- **GCSP**
  - **Bangladesh – 1 customer and growing**

- **MSP**
  - **Spain – 1 customer existing 7 MVNOs, 7 major projects and growing**
  - **The Netherlands – 1 customer existing 6 MVNOs**
  - **KSA – 1 customer existing 4 MVNOs**
  - **MEA – 1 customer existing 1 MVNO and growing**
  - **Africa – 1 customer existing 1 MVNO and growing**
  - **East EU – 1 customers existing 1 MVNO and growing**
- **GCSP**
  - **The United Kingdom – 6 customers and growing**
  - **Germany – 1 customer and growing**
- **TEAX**
  - **The United Kingdom – 1 customer and growing**

**Pareteum's total available market 2020 (annual customer spend):**
- o **$200 Billion IoT & Application Exchange Platform**
- o **$50 Billion Global Cloud Platform & IoT Connectivity**
- o **$20 Billion Managed Services Platform & IoT Enabler**



# A New Worldwide Strategic Alliance:
## Artilium + Pareteum = Global IoT  Solutions



         

**9 B Worldwide Mobile Subscriptions by 2022***

**29 B Worldwide IoT Connections by 2022***

**AAA Business Suite / Intelligent Routing / ARTA Bill**

 

**Teaming Agreement**

**Strategic Alliance**

**Managed Service Platform / Global Cloud Service Platform**
**TEUM Application Exchange Developers Platform**

             



**1,190 M** Europe
**430 M** North America
**4,820 M** AsiaPac
**1,770 M** Africa
**770 M** Latin America

***June 2017 Ericsson Mobility Report**
https://www.ericsson.com/assets/local/mobility-report/documents/2017/ericsson-mobility-report-june-2017.pdf

© Pareteum 2018 (NYSE American : TEUM)




# Artilium + Pareteum = Worldwide Opportunities

**$ 18 B Revenue**

**50.8 M Homes Passed**

**41,002 Employees**

**24.7 M Fixed-line Subs.**

**10.1 M Mobile Subs.**

**LIBERTY GLOBAL**

**59.6 M Video, Internet, and Fixed-line Telephony Subs**

**10.1 M WIFI Access Points**

**+**

**"Global License to Hunt"**

**111,556 Employees**

**$62.5 B Revenue**

**50 Add. Countries Partnerships**

**469.7 M Connections**

**26 Country Operations**

**vodafone**

**25 M Mobile Money Subs.**

**13 M Fixed Broadband**

**9.5 M TV Subscribers**

**38 M IoT Connections**

http://www.libertyglobal.com/about-us.html as of October 17, 2017

http://www.vodafone.com/content/annualreport/annual_report16/downloads/vodafone-overview-2016.pdf as of October 17, 2017

© Pareteum 2018 (NYSE American : TEUM)

Complete with accompanying oral presentation

14

# Business Model: Cloud Delivered Services



- Subscription Monthly Contractual Recurring Revenues (3 disruptive service suites)
  - Connects service/applications developers with mobile and broadband service providers

| January 31, 2018 | 2018 | 2019 | 2020 | | Total |
|---|---|---|---|---|---|
| 36 Month Contracted Revenue Backlog Live and in Service | 11,057,000 | 11,778,000 | 20,961,539 | | 43,796,539 |
| 36 Month Contracted Revenue Backlog: In Deployment and Service Establishment | 14,955,399 | 35,377,476 | 68,550,149 | | 118,883,024 |
| TOTAL REVENEUE BACKLOG | 26,012,399 | 47,155,476 | 89,511,688 | | 162,679,562 |





# Pareteum Key Performance Indicators

## Average Annualized Rev / Employee

- $225 — Q3 2017: **$225.4**
- $200 — Q2 17: **$212.1**
- $175 — Q1 17: **$177.3**
- $150

| Q1 17 | Q2 17 | Q3 2017 |

## Average Annualized Rev / Connection

- $11.5 — Q3 2017: **$11.12**
- $10.97 — Q2 17
- $10.5
- $9.76 — Q1 17
- $9.5

| Q1 17 | Q2 17 | Q3 2017 |

- **Revenue per employee and revenue per connection continues to improve quarter over quarter**

- **Great efficiencies per employee as expected by a SaaS provider**

- **SaaS based recurring revenues stacks up as new contracts are signed**

- **Gross Margins remain in the 70-79% range as revenue per employee and connections increase**

© Pareteum 2018 (NYSE American : TEUM)

# Pareteum Key Performance Indicators



## Connections By Month



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,146,825 | 1,142,993 | 1,144,971 | 1,160,299 | 1,181,561 | 1,200,223 | 1,237,485 | 1,263,516 | 1,273,314 |
| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |

## Connection Value, Cost and Life



- Connections Growing as new customers implemented

- Revenue per connection increases and improvement in customer life driving quarter over quarter growth

- Connections grew quarter over quarter from Q1 through Q3. 1,144, 1,200 and 1,273 respectively

- As we ramp up sales efforts, the cost to acquire connections has increased over 2017

- Customer Life increasing due to added services and performance



# Pareteum Key Performance Indicators



Churn By Month

Annualized Churn Under 3%

- **Churn remains healthy at less than 1% per quarter trending slightly downward and connection base grows**



Backlog Conversion

- **Exceeded planned backlog conversion for each quarter in 2017.**

- **In Q2 and Q3 exceeded planned conversion by over 20%**

© Pareteum 2018 (NYSE American : TEUM)

Complete with accompanying oral presentation    18

# Pareteum Quarterly Historical Financials



**Revenues, Gross Margin & Adjusted EBITDA**

| | Q4 2016 | Q1 2017 | Q2 2017 | Q3 2017 | Q4 2017 |
|---|---|---|---|---|---|
| REVENUE | $ 3,144 | $ 2,795 | $ 3,239 | $ 3,499 | |
| COST OF SALES | $ 662 | $ 842 | $ 946 | $ 792 | **TBR** |
| GROSS MARGIN | $ 2,482 | $ 1,953 | $ 2,293 | $ 2,707 | |
| ADJUSTED EBITDA | $ 110 | $ (198) | $ 463 | $ 603 | |

- **YTD & Q4 2017 financial results to be reported in March 2018**

- **Beat Analyst Revenue Estimates in Q1, Q2 and Q3 2017 of $2.8 M, $3.1 M and $3.3 M respectively**

- **Adjusted EBITDA positive for the trailing 12 months ended September 30, 2017**

- **2017 Quarter over Quarter Revenue Growth**

- **Gross Margins from 70-79%**

- **Year over Year efficiencies and cost cutting result in lower direct and operating costs**

# Valuation Multiple Analysis – Revenue & 36-Month Contractual Revenue Backlog





**Revenue Multiple (2017 $13M)**

$ Millions

| | Value |
|---|---|
| (current) | $112 |
| 9 | $117 |
| 10 | $130 |
| 11 | $143 |
| 12 | $156 |
| 13 | $169 |

**Backlog Multiple (Currently $162M)**

$ Millions

| | Value |
|---|---|
| (current) | $112 |
| 1 | $162 |
| 2 | $324 |
| 3 | $486 |

- Current Market Cap: $111.9M
- Revenue Multiple of current estimated revenues
  - 2017 Estimated Revenues $13M:
    - Multiple only 8.6x
      - SaaS Industry Range of 10-12x
- 36-Month Contractual Revenue Backlog Multiple
  - Current Contractual Revenue Backlog of $162M as of 1/31/18
    - Current valuation multiple only 0.76x
      - SaaS Industry Range of 4-6x

Notes: Management case

© Pareteum 2018 (NYSE American : TEUM)

# Recent Developments

## Q1 2018

- ✓ **Increased up to $162 million the 36 month contractual revenue backlog**
- ✓ **Pareteum Adds IP/PBX Features into Global Cloud and Managed Service Offering**
- ✓ **Pareteum and AirFox Expand Technology Partnership**
- ✓ **Q4 2017 Revenue to Exceed Expectations**

## Q4 2017

- ✓ **Raised $20 million**
- ✓ **Paid Off Senior Debt**





# Contact Us



**Hal Turner**: Founder, Executive Chairman &
   Principal Executive Officer

**Vic Bozzo**: Co-Founder, Chief Executive Officer

**Ted O'Donnell:** Chief Financial Officer

**Denis McCarthy**: SVP Corporate Development

*InvestorRelations@Pareteum.com*



**Investor Relations Contact**

**Investor Relations:**

**(212) 984-1096**

*InvestorRelations@Pareteum.com*

**Hayden IR**

**(917) 658-7878**

*HQ: New York City*
*Offices : The Netherlands, Spain, Brazil, Bahrain*

© Pareteum 2018 (NYSE American : TEUM)



# Appendix



# Executive Team Biographies

- **Robert H. (Hal) Turner**: **Founder, Executive Chairman**, **Principal Executive Officer:** chartered the successful course of numerous international and U.S. domestic communication, software, and technology startup, growth, and Fortune 500 companies (**all sizes … all stages**); selected engagements:

     

- **Vic Bozzo, Co-Founder, Chief Executive Officer**: extensive sales and marketing leadership in the Telecom and Internet industry that has led to significant revenue and customer growth and investor returns

    

- **Rob Mumby**, **Chief Revenue Officer**: 20 years of communications industry experience building profitable businesses and leading new market entries for high-growth disruptors and Fortune 500's

   

- **Ali Davachi**, **Chief Operating Officer and Chief Technical Officer**: 30 years experience: complex technology architecture & delivery: application, infrastructure virtualization, public/private cloud, network & application security, big data analytics, workflow orchestration, blockchain & large scale mobile applications for large global companies

  

- **Edward (Ted) O'Donnell**, **Chief Financial Officer**: 25 years experience: investment banking, private equity & venture capital, internet technology, Software as a Service (SaaS) and other new media businesses

   **Carlyle Capital Group**

- **Denis McCarthy, Senior Vice President Corporate Development**: 20 years experience: financial management and mergers and acquisitions as well as operational experience in network management, agile software development, engineering and customer service in telecom and software sectors

     

# Funding Summary: 2017 – 2018

## Pareteum Capital Table as of December 31, 2017



| TEUM (000's) | Common Share Equivalents | | Warrants | | Options | | Fully Diluted |
|---|---|---|---|---|---|---|---|
| **Issued & Outstanding** | 46,608 | (a) | 18,116 | (b),(g) | 6,763 | (c) | 71,487 |
| **Convertible Debt** | 48 | (d) | 732 | (e) | - | | 780 |
| **Total Equity** | 46,656 | | 18,848 | | 6,763 | | 72,267 |

© Pareteum 2018 (NYSE American : TEUM)

Complete with accompanying oral presentation    25



Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $1.5 Million Connected Home and Office Project in United Kingdom

February 14, 2018

*PARETEUM AWARDED $1.5 MILLION CONNECTED HOME AND OFFICE PROJECT IN UNITED KINGDOM*

*3-YEAR CONTRACT FOR GLOBAL CLOUD PLATFORM*

**NEW YORK, NY – PRNewswire – February 14, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced that it is has been awarded a 3-year contract to provide its Global Cloud Platform for a Connected Home and Office Project in the United Kingdom.

Once fully ramped it will pass through 250,000 homes and offices and the contract will add $1.5 million to the 36-month contractual revenue backlog. Additional revenue opportunities exist with connections for data to the established provider of smart home and office automation systems.

Pareteum enables this brand service provider to integrate the Global Cloud Platform to their Smart Control Hubs. For the first time this Internet of Things (IoT) provider can manage and meter its customers' connectivity with granularity. Under the terms of the agreement, Pareteum will be paid monthly for every subscriber that runs on the platform and any additional applicable transaction fees. The client currently serves tens of thousands of customers with a combination of existing customers and new customers being migrated to the Pareteum Cloud.

Vic Bozzo, CEO of Pareteum commented, "The market is expanding for IoT and the most important aspect for the service providers is to be able to offer the service plans the customers want and let the market drive the requirement as opposed to that being driven by the limitations of the network billing systems. We are proud of our sales team for this latest win and we see the IoT and smart metering market as a robust growth area for us moving forward."

According to a Transparency Market Research, the global market for home automation is expected to witness an outstanding 26.3% CAGR from 2014 to 2020. The market has been projected to rise from a valuation of $4.41 billion in 2013 to $21.6 billion by the end of 2020.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "We are witnessing the expansion of 'all connected things' and the growing needs for monitoring and alerts, especially in homes and businesses. Data is the key to all value in the future. The way we leverage Machine Learning to drive insights from this data will change the way the providers we service think, act, approach and engage their customers. Predictive analytics drives better service bundles that are individually engineered. Pareteum is emerging as the partner of choice in the market for these comprehensive solutions."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years.

By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 83 of 350



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $1.4 Million Contract in Asia-Based Digital Online Marketplace

February 23, 2018

*PARETEUM AWARDED $1.4 MILLION CONTRACT IN ASIA-BASED DIGITAL ONLINE MARKETPLACE*

*3-YEAR CONTRACT ENABLES RETAILER TO LAUNCH MOBILE VIRTUAL NETWORK OPERATOR*

**NEW YORK, NEW YORK, February 23, 2018 – Pareteum Corporation (NYSE American: TEUM)**, the rapidly growing Cloud Communications Platform company, today announced it has been awarded a 3-year contract to provide its Global Cloud Platform to an online retail marketplace company. Pareteum will enable this online retailer, which has experienced exponential growth in Asia, to launch a Mobile Virtual Network Operator (MVNO) focused on providing service throughout Asia and their expanding global customer base. The contract is scheduled to add over $1,400,000 to Pareteum's 36-month contractual revenue backlog based on the initial schedule of connections and active users.

Under the terms of the agreement, the customer, which services retailers of all sizes and consumers worldwide, will leverage their growing subscriber base, which has experienced compound annual growth of 85% over the last 3 years, by providing mobile services powered by Pareteum's Global Cloud Platform. These services include voice, messaging and data, which will be accessed through their online marketplace portal, and, will be integrated directly to the Pareteum Cloud Platform for automated provisioning and distribution. Pareteum will receive monthly fees for subscribers' connections to the platform and mobile airtime fees on an ongoing basis. The current Asian markets, served by our newest customer, have millions of addressable and potential users. Our Asia based Digital On-Line Marketplace service operator expects to launch its new MVNO services fully powered by Pareteum in the third quarter of 2018, with initial subscribers that are currently regular users of their marketplace portal opting in and numbering in the tens of thousands.

Vic Bozzo, Chief Executive Officer of Pareteum, stated, "We are delighted to have been chosen for this opportunity and look forward to further expanding our customer base into the Asia Pacific Region. Our platform capability to be connected anywhere along with our ability to provide a turnkey solution, which can be directly integrated with online communities, is beginning to transform the speed at which connections and subscribers can be onboarded."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, stated, "At Pareteum, our mission is to create an easily accessible open mobility system for the world to connect 'every person and everything.' Providing an intuitive onramp for our customers who desire a single solution to solve their multi-faceted, geographically dispersed connection needs, drives this mission. Our software developments, which have created a powerful cloud platform, with open API's and access to the latest technology enhancements in the software and services market, resonate with companies seeking to create brands and services, or extend their current brands. This is how our customers better serve their customers, how they can now offer services for the mobility needs of their subscribers without costly infrastructure and simplify the creation of new revenue."

**About Pareteum Corporation**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo,

Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

(212) 984-1096

InvestorRelations@pareteum.com

Hayden IR

(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases   ☐ Events

☐ Presentations   ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 85 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f 🐦 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 86 of 350



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $10 Million Contract from Established Carrier to Launch a Global MVNO

February 28, 2018

*PARETEUM AWARDED $10 MILLION CONTRACT FROM ESTABLISHED CARRIER TO LAUNCH A GLOBAL MVNO*

**NEW YORK, NEW YORK, February 28, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, announced today it has been awarded a 3-year contract to provide Global Cloud Services to launch a global Mobile Virtual Network Operator (MVNO) for an established Carrier. The contract is scheduled to add over $10,000,000 to Pareteum's 36 month contractual revenue backlog.

Under the terms of the agreement, the global MVNO will leverage connectivity provided by Pareteum's Global Cloud Platform to service the needs of 300,000 subscribers once fully deployed. Pareteum is providing Communications Platform as a Service (CPaaS) that support and enable subscribers, and, the connectivity for the voice, messaging, and data service bundle. Monthly fees apply to the support and usages services consumed.

Vic Bozzo, CEO of Pareteum stated, "This contract is a major milestone for continued growth. Being awarded this contract demonstrates that the technology and strategy of Pareteum's turn-key solution for launching mobile network operators is being widely adopted across the globe."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum said, "Pareteum's Global Cloud Service Platform, recognized by TMC for the Communications Solutions Product of the Year 2017, the 2017 IoT Excellence Award, and again for the Internet Telephony Product of the Year 2018, provides a clear disruptive, distinguishing, and sustainable advantage in the marketplace and for the customers who vote with their dollars. Delivering service, virtually on demand, separated us from our competitors in this key customer decision. Our global cloud provides a single orchestration interface to customers who wish to expand their customer base and generate new sources of revenue, especially with mobile services. Pareteum's services development roadmap, featuring identity management, Blockchain, predictive analytics and insights is geared to assist our customers with viable new services for their subscribers needs."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com
Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases        ☐ Events

☐ Presentations         ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 89 of 350

 Pareteum

**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Enters Mexican Market in a 5 Year $4.5 Million MVNO Agreement

March 08, 2018

*PARETEUM ENTERS MEXICAN MARKET IN A 5 YEAR $4.5 MILLION MVNO AGREEMENT*

*36 MONTH CONTRACTUAL REVENUE BACKLOG WILL INCREASE BY $2.7 MILLION*

**NEW YORK, NY – PRNewswire – March 8, 2018 – Pareteum Corporation (NYSE American: TEUM)**, ("Pareteum" or the "Company"), the rapidly growing Cloud Communications Platform company, announced today that it has signed a 5-year contract to provide its Global Cloud Services Platform (GCSP) and Connectivity for roaming, airtime, voice and SMS to a National Mobile Virtual Network Operator who will provide services throughout Mexico. The contracting service provider is a joint venture among a long established social entrepreneur organization and a social capital business focused locally in Mexico, that operates worldwide with a mission aimed at bringing financial inclusion to the most remote and economically disadvantaged regions of the globe. This new agreement in Mexico represents their first-time inclusion of affordable mobile and broadband services.

Pareteum is powering this new customer to build their subscriber revenues with applications addressing: Mobile Money, Mobile Banking, E-Commerce, Education, Healthcare, Financial Inclusion, and Emergency Management. Using the Pareteum Global Cloud solution means that there is no heavy infrastructure or software investment for the JV and more of their investment will go to serving the underserved. Under the terms of the contract, Pareteum will be paid monthly for every subscriber on the platform and additionally for connectivity services. This new brand is expected to go live by the end of Q2 2018 and is further expected to generate $2.7 million over the next 36 months in contractual revenue backlog.

Vic Bozzo, CEO of Pareteum commented, "Last year we set in motion a strategy to acquire customers in every corner of the globe by giving them one simple platform and connectivity in as many places as we could through partnerships with incumbent Mobile Network Operators and Carriers. This latest win is specifically a result of the hard work of our talented sales force and market leading technology with simple interfaces and bundled connections."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Our participation in bringing greatly needed communications services to an underserved area is most gratifying. It is the affordability of our Global Cloud Services Platform which is making this possible for social entrepreneurism at its best. The network effect continues with this announcement but even more significant is the recognition that the merging of Connections, relevant new technology delivered through platform as a service, and the power of the cloud to connect anywhere, is creating new streams of revenue for Service Providers, Branded companies, and serving a greatly needed public service."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 90 of 350

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

**Pareteum Investor Relations Contact:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                    Sign Up

☐ Press Releases        ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 91 of 350

 **Pareteum**

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 92 of 350



**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $1.5 Million Contract by California Communications Platform as a Service Provider

March 15, 2018

*PARETEUM AWARDED $1.5 MILLION CONTRACT BY CALIFORNIA COMMUNICATIONS PLATFORM AS A SERVICE PROVIDER*

*CLOUD PLATFORM TO ENABLE MOBILE SERVICES FOR DEVELOPER COMMUNITY*

**NEW YORK, NY – PRNewswire – March 15, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a three-year contract with a California CPaaS (Communications Platform as a Service) company to provide their enterprise developer customers with the ability to add mobile services and connections to their platform. Pareteum's newest customer will now be able to integrate mobile communications services into their applications for the industries they service from marketing and call centers to healthcare and smart city devices.

CPaaS is the high-growth cloud services market that is the vehicle for software to innovate communications. According to IDC, the worldwide market is forecasted to exceed $8.2 billion in 2021. In short, CPaaS companies operate a platform that enables developers, from companies like Uber, Google and Facebook, to incorporate communications into their applications through API's (Application Programming Interface). The CPaaS connects to traditional telcos, like AT&T, Verizon and Vodafone, so developers can incorporate their services, like phone numbers, call completion and SMS, into the applications.

Vic Bozzo, CEO of Pareteum stated, "Pareteum's Global Cloud Services Platform is becoming a ubiquitous interface for many different verticals. The simplicity of a single source provider supporting a variety of applications makes Pareteum's platform most desirable in the current marketplace. We are encouraged by the sales results as our market value is exemplified by the continuous flow of new customer coming aboard."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, stated, "In the new digital economy, service providers, marketing companies and agile enterprises are quickly becoming software companies. Our technology platform, including our Blockchain solutions, enables these service providers to expand their offering to their enterprise and consumer customers. Their internal developers can now leverage Pareteum APIs as the building blocks upon which to create their CPaaS platforms."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases        ☐ Events

☐ Presentations         ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 94 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $2.4 Million Contract from Established Global Mobile Operator

March 19, 2018

*PARETEUM AWARDED $2.4 MILLION CONTRACT FROM ESTABLISHED GLOBAL MOBILE OPERATOR*

*3 YEAR CONTRACT ENABLES A NEW MODEL TO SERVICE GLOBAL DATA SUBSCRIBERS*

**NEW YORK, NY – PRNewswire – March 19, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract with an established global Mobile Virtual Network Operator to provide connectivity and service through its Global Cloud Services Platform (GCSP). Pareteum's GCSP enables data applications to the retail global traveling customers of its services provider MVNO customer, now with one global connection managed by the Pareteum Cloud.

Pareteum's newest Communication Service Provider (CSP) customer is a Branded MVNO providing advertising subsidized global data plans which facilitate applications in most worldwide locations with concentration in Europe, Africa and the US. This new 3-year contract facilitates a broader range of data services and applications single sourced from Pareteum's Global Cloud Services Platform (GCSP). The contract increases Pareteum's 36-Month Contractual Revenue Backlog by $2.4 Million. Existing subscribers of the Branded MVNO customer will be initially migrated to Pareteum's platform, and, newly acquired subscribers will be added to Pareteum's platform as our customer continues to grow.

Vic Bozzo, CEO of Pareteum stated, "Pareteum's Global Cloud Services Platform is a perfect fit for the contract with our newest global client. Recent product enhancement added functionality to our services that allow us to deliver connectivity and services through a singular solution. It's these enhancements that empower a brand like this to grow and expand while maintaining high quality of service for their customers as they transit multiple networks."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, stated, "Mobile data will account for more than half of global roaming revenues by 2019 – Ovum forecasts data roaming to generate approximately US$50bn in revenues by 2019, contributing 56% to total roaming revenues, compared to 47% in 2014. Operators around the world are rolling out their LTE networks and finalizing LTE roaming agreements to be able to monetize next-generation data roaming opportunities. Our "TEUM" is uncovering these opportunities across the globe. Never before has a single solution providing ubiquitous coverage, a fully flexible and integrated platform, free of geographical boundaries been available to the market."

**About Pareteum Corporation:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 96 of 350

statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                      Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 97 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $15 Million Service Contract Over 5 Years with Multi-Country African Mobile Virtual Network Operator

March 21, 2018

*PARETEUM AWARDED $15 MILLION SERVICE CONTRACT OVER 5 YEARS WITH MULTI-COUNTRY AFRICAN MOBILE VIRTUAL NETWORK OPERATOR*

*EXPANDS DEEPER INTO CONTINENTAL AFRICA ADDING $10 MILLION TO 36-MONTH CONTRACTUAL REVENUE BACKLOG*

**NEW YORK, NY – PRNewswire – March 21, 2018 – Pareteum Corporation (NYSE American: TEUM), (“Pareteum” or the “Company”)**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 5-year contract to provide Managed Service Platform (MSP) services to an Africa-based Mobile Virtual Network Operator (MVNO).

Pareteum’s Managed Services Platform will provide a fully integrated, single source solution that will enable its newest customer to provide multi-country digital applications, data services and traditional mobile services to its end users in Africa. This MVNO will provide Digital Wallet solutions, including Blockchain technology, to provide identity management, transaction settlements and payment solutions, safely and securely. Additionally, Branded Voice and SMS airtime services are enabled via Pareteum’s solution suite for private labeling.

Under the terms of the agreement, Pareteum will be paid on a monthly recurring revenue basis for platform support services based on the number of connections. Additional fees will be paid to Pareteum for other solutions, as activated, including Blockchain enablement.

Vic Bozzo, CEO of Pareteum, stated, “Pareteum’s MSP Platform is a perfect fit for the contract with our newest global client. This part of the world represents high growth in connections as the digital economy takes over. We are pleased with Rob Mumby and his team as they continue to add customers to our platform.”

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, “Pareteum continues to extend our mission to provide Global Cloud based services for any device, at any time, and anywhere. This newest African customer is a clear indicator of the global opportunities available in the marketplace. Pareteum’s fully integrated cloud services, and, application developers platform, provides a flexible single solution, without heavy capital investment in infrastructure, creating geographical freedom.”

**About Pareteum Corporation**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect “every person and everything”. Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum’s award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ⊻  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expands Contract with Leading Global Tourism Retailer as it Enters New Markets with Additional $1.5 Million Contract

March 23, 2018

**NEW YORK, NY – PRNewswire – March 23, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that an established Mobile Virtual Network Operator (MVNO) who, in September 2017, selected Pareteum's Global Mobility Cloud Platform and connectivity to provide service for their retail customers' mobile phones, phone cards, and internet service, purchased through hundreds of internet kiosks in airports, railway stations and shopping malls around the world, has added $1.5 Million to their contract with Pareteum.

The customer, who has been selling services to hundreds of thousands of travelers per year for the last 20 years throughout the USA, Europe, and South America, is now enabled by Pareteum to truly take control of its own customers' experience, expand its reach, focus on customer acquisition, and launch new distribution centers. Through any one connection point, the tourism retailer can now expand its customers' connectivity worldwide, enabling its customers to continue to subscribe and use their travel phone globally long after their initial trip has concluded. As they enter these additional countries and markets the platform will now immediately begin servicing these additional customers.

"We are very pleased to have been chosen to work with this established veteran of the mobile consumer retail business with a presence in transportation hubs around the world where many subscribers originate," said Vic Bozzo, CEO. "When fully ramped, we expect this new customer to be servicing hundreds of thousands of recurring subscribers a month, representing $1,500,000 in addition to the previously announced revenue for our growing backlog over the 5-year duration of the contract."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "The first critical decision comes with customers executing the agreement and making their buying decision. Customers buying "more", because we have delivered on the "promises made", and, they have experienced the value creation, is the biggest evidence of a successful customer engagement. We expect many more of these success stories to be shared throughout the coming months as we increase our speed to market, introduce new technologies and capture new business. We will continually expand our services roadmap and the services offered to meet customer needs. Enhanced quality of those offerings and attracting new customers to Pareteum are the by-product of a great customer engagement and their feedback, all delivered via our Global Cloud Services Platform."

**About Pareteum Corporation:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 102 of 350

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum's Audit Opinion Removes Going Concern Explanation

April 02, 2018

*PARETEUM'S AUDIT OPINION REMOVES GOING CONCERN EXPLANATION*

*FORM 10-K FOR YEAR-ENDED DECEMBER 31, 2017 FILED WITH SEC ON MARCH 30TH*

**NEW YORK, NY – PRNewswire – April 2, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced that it has disclosed in its Annual Report on Form 10-K for the year ended December 31, 2017, which was filed on March 30, 2018 with the Securities and Exchange Commission, that the audited financial statements did not contain a going concern qualification paragraph in the audit opinion from its independent registered public accounting firm.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "This achievement marks another milestone in our successful turnaround as we have significantly improved our balance sheet by increasing our cash and eliminating all senior secured debt. With our current balance of $15 million of cash, we are fully capitalized for our growth plan as we continue to seek new business and convert our current revenue backlog to revenue. Confidence in our business model and execution on our financial model, such as the removal of the going concern opinion, sets the tone for Pareteum to continue to excel in 2018."

This announcement does not represent any change or amendment to the Company's consolidated financial statements or to its Annual Report on Form 10-K for the fiscal year ended December 31, 2017.

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any

such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**      **Platform**      **Products**      **Customer Stories**      **Investors**

**News**      **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3.1 Million South Asian Communications Services Provider Agreement

April 03, 2018

*PARETEUM AWARDED $3.1 MILLION SOUTH ASIAN COMMUNICATIONS SERVICES PROVIDER AGREEMENT*

*CONTRACT ENABLES TEUM GLOBAL CLOUD IN CONSUMER BRANDING AND BANKING SERVICES*

**NEW YORK, NY – PRNewswire – April 3, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract to provide its Global Cloud Services Platform (GCSP) for services in South Asia.

Pareteum is powering this new customer to grow their subscriber revenues with applications addressing: Consumer Mobile brands, Mobile Banking, E-Commerce, and applications that require mobile integration from social media to online gaming. Using the Pareteum Global Cloud solution means that the Mobile Virtual Network Operator (MVNO) will now have a platform which provides them full control and flexibility to create marketing plans specific to each of their customer types. From a single user interface, the MVNO can now create a Consumer Retail Smartphone plan, an Enterprise Wide Secure Communications plan, and unique charging models for their Internet of Things customers. Under the terms of the 3-year contract, Pareteum will be paid monthly for every subscriber on the platform including their existing branded banking customers.

Vic Bozzo, CEO of Pareteum commented, "Beginning to tap into these large population centers in the emerging markets of Asia showcases the strength of our platform to service customers anywhere and everywhere with a single ubiquitous platform with ease of use and support of API (application programming interfaces) which means brands can embed mobility now directly into the user experience."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "The viral impact of the network effect, where each additive connection brings value that is accessible to all our connections, continues with this announcement. It is the significant power of our Pareteum Global Cloud Services Platform that enables, via our software and connectively, these new services. **This is the age of global collaboration**: TEUM's ecosystem, including our partnerships and reach, now enable the virtual elimination of geographic boundaries. Delivery of our award-winning services can be aimed from around the globe to this South Asia region, with over 200 million people. We expect our goal of wireless and smart city business models to quickly scale in these markets."

According to a recent Ericsson report, smartphone subscriptions are set to grow approximately five-fold by 2019 while mobile data traffic in the broader Southeast Asia and Oceania region will experience a 1000% growth rate into 2019.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years.

By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email    Sign Up

☐ Press Releases      ☐ Events

☐ Presentations       ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces Customer Go-Live Deployments in Europe, South America, North America, and Asia Pacific

April 05, 2018

*PARETEUM ANNOUNCES CUSTOMER GO-LIVE DEPLOYMENTS IN EUROPE, SOUTH AMERICA, NORTH AMERICA, AND ASIA PACIFIC*

*REVENUE CONVERSION ACCELERATES*

*PARETEUM EXPECTS POSITIVE EBITDA FROM CONTINUING OPERATIONS FOR THE FULL YEAR*

**NEW YORK, NEW YORK – April 5, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced that the Company has implemented services announced during 2017 and which are part of the company's 36-month Contractual Revenue Backlog.

The following announced contracts, that are in our 36-month Contractual Revenue Backlog, have gone into live services production and will now begin producing monthly recurring revenues:

*Managed Service Platform Customers*
Dec 21, 2016
**Pareteum Announces Expanded European MVNE Contract to Launch First Global MVNO**
Expanded Vodafone contract to manage roaming services
Service went live with active connections Q2 2017
Jan 24, 2017
**Pareteum Awarded Advanced Engagement from Vodafone Enabler S.L.**
Vodafone additional managed service for Broadband and 4G
Service went live Q3 2017
Oct 23, 2017
**Pareteum Expands into African Market Adding $12,000,000 to its Revenue Backlog with Mobile Virtual Network Enabler Agreement**
African based MVNE focused on Enterprise and Consumer Offerings
Began revenue contribution April 2018
Jan 24, 2018
**Brazil Mobile Service Provider Expands to Worldwide Markets and Selects Pareteum's Global Cloud**
Brazil based MVNO with established consumers
Began services Q4 2017
Jan 26, 2018
**Pareteum Europe Awarded Guaranteed € 8.7 Million Euro Contract for Managed Service Platform over 5 Years**

MVNO focused on consumer and enterprise mobile services for existing operator
Began revenue contribution in Q1 2018

***Global Cloud Platform Customers***
May 23, 2017
**Pareteum to Utilize Patented SIM-Free Migration Technology to Enable New Cloud-Based Service Hosting**
HLR as a Service customer
Began service Q3 2017
Aug 3, 2017
**TEUM Awarded 2 Year Contract for Global Mobility Cloud Services**
Direct Billing Application
Began service Q1 2018
Sep 12, 2017
**Leading Global Tourism Retailer Chooses Pareteum to Power Its Brand in Recurring 3-Year Seven-Figure Contract**
Global Travel MVNO in ten different countries
Began service Q4 2017
Sep 19, 2017
**Pareteum Awarded 3-Year $1,000,000 Contract to Provide Mobile Virtual Network Enablement for IoT Connectivity in the Middle East**
IoT connectivity for connected home application
Began service April 2018
Oct 24, 2017
**Leading European Mobile Reseller Selects Pareteum to Convert Customers to Its Own MVNO Brand in $3,500,000 Contract**
Large established European on-line retailer
Began service April 2018
Nov 28, 2017
**Pareteum Awarded Contract From China-Focused MVNO in First Sales Resulting from Strategic Alliance & Teaming Agreement with Artilium**
China based MVNO
Began service Q3 2017
Dec 20, 2017
**Pareteum Wins Global Internet of Things (IoT) Contract for Its Cloud Services**
Enterprise Application Developer
Began service Q4 2017
Jan 17, 2018
**Pareteum Awarded $3 Million Contract to Add Mobility to Established South American Data Network Provider**
Began deployment and contribution to revenue in Q4 2017

***TEUM Application Exchange Developers Platform Customers***
Jan 31, 2017
**Pareteum Extends Global Mobility Cloud Platform to Include IoT and Messaging**
**Satellite Mobile MVNO**
Began revenue Q2 2017
Sep 6, 2017
**Pareteum Awarded 3-Year Contract to Mobile Enable a Rapidly Expanding Internet of Things Provider**
**West Coast IoT API Developer**
Began Services Q1 2018
Nov 6, 2017
**Digital Brand Management Company Selects Pareteum to Deliver Subscriber Messaging and Marketing Content**
Global Call Center Management Company
Began revenue Q4 2017

Hal Turner, Executive Chairman and Principal Executive Officer at Pareteum commented, "We are a mission driven business and we hear positive feedback from our Shareholders, thanking us for our 'transparency.' Our ambition is to deliver a single solution to make it simple for our customers to grow and integrate the latest technologies without having to think about building them. We remain ahead of our targeted 36-month Contractual Revenue Backlog conversion. Pareteum is expecting positive EBITDA from continuing operations for the full year."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed

Case 1:19-cv-09767-AKH   Document 143-4   Filed 04/24/20   Page 111 of 350

Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 112 of 350

 **Pareteum**

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum's Q1 2018 Revenue Expected At $4.1 Million, a 47% Increase over Q1 2017

April 09, 2018

*PARETEUM'S Q1 2018 REVENUE EXPECTED AT $4.1 MILLION, A 47% INCREASE OVER Q1 2017*

*FULL YEAR 2018 REVENUE GROWTH OUTLOOK AFFIRMED AT 50%*

*CONNECTIONS UP 94% YEAR-OVER-YEAR AND 30% SEQUENTIALLY TO 2,220,000*

**NEW YORK, NEW YORK, April 9, 2018 – Pareteum Corporation (NYSE American: TEUM)**, the rapidly growing Cloud Communications Platform company, announced today that the Company expects to report revenues of at least $4.1 million, which represents 47% growth for the first quarter ended March 31, 2018.

Connections, which are a lead indicator of revenue, rose to 2,220,000 as of March 31, 2018. This connections growth of 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017, gives management confidence in its 2018 revenue outlook of 50% revenue growth.

Pareteum's first quarter ended March 31, 2018 earnings results and conference call are expected to be held on or during the week before May 15, 2018.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Our TEUM ended the 2017 year with a very strong fourth quarter as demonstrated by the acceleration in revenues. This momentum led to a robust first quarter of 2018 with continued year-over-year growth expected throughout the year. This momentum is a result of our success in converting our contract revenue backlog into connections which generates revenues."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 113 of 350

certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contact:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
917-658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $1 Million 3-year Global Cloud Agreement

April 12, 2018

*PARETEUM AWARDED $1 MILLION 3-YEAR GLOBAL CLOUD AGREEMENT*

*PROVIDES MOBILITY (CELLULAR/BROADBAND) TO U.S. RURAL SERVICE PROVIDER*

**NEW YORK, NY – PRNewswire – April 12, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that a U.S. Wireless Internet Service Provider focused on bringing mobile and broadband services to consumers has chosen the Pareteum Global Cloud platform to manage and connect these services. The 3-year contract is for $1 million.

Enabled by Pareteum's Cloud and Connectivity solution, this new customer can launch residential cellular broadband in communities that have historically been underserved due to a lack of remote network build-outs by terrestrial network owners. Pareteum powers the advancement of communications services to help this service provider give their customer alternatives with a turnkey wireless service. Under the terms of the contract Pareteum will be paid ongoing monthly fees for the subscribers and will also receive fees for any usage associated with the connections which could include wireless airtime.

"We are pleased to be chosen for this opportunity and our platform continues to distinguish itself in new application cases constantly. The rural markets, smart cities and Internet of Things continue to require a company and cloud that can connect anywhere," said Vic Bozzo, CEO.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Pareteum's services roadmap, and, the Global Cloud mobility solutions offered, will aid our newest customer in bringing high quality and reliable connectivity to previously underserved communities. Our strategies are expected to enable and accelerate the world's shift to an open mobility and application network. As we continue our success in providing customers valuable services and solutions, it will accelerate the pace of innovation in communities throughout the world, creating more economic freedom, and providing better mobility services to billions of underserved people. We intend to do this one customer and one community at a time, repeatedly."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Ribbon Communications(Sonus+GenBand), Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 115 of 350

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases        ☐ Events

☐ Presentations         ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 117 of 350

 **Pareteum**

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Issues Chairman's Update Letter

April 16, 2018

*PARETEUM ISSUES CHAIRMAN'S UPDATE LETTER*

**NEW YORK, NY – PRNewswire – April 16, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, today announced the issuance of a shareholder update letter from its Executive Chairman and Principal Executive Officer, Hal Turner.

Dear Fellow Shareholders,

Pareteum is on to a rapid start for 2018 in all meaningful areas. We are pleased to highlight the following:

At the end of Q1:

• Our 36 Month Contractual Revenue Backlog now sits at $200 million, with expectations for continued, and, even accelerated growth;
• TEUM has now won new contract awards that span the globe, including Western Europe, Eastern Europe, U.K., U.S., Latin America, Asia;
• Acceleration of the 36-Month Contractual Revenue Backlog conversions were revealed when Pareteum Announced Customer Go-Live Deployments in Europe, South America, North America, and Asia Pacific;
• Received the IoT Evolution's 2017 IoT Excellence and 2018 Internet Telephony Product of the Year Awards;

We have continued to experience financial improvements during the first few months of 2018. With our Software-as-a-Service (SaaS) business model, we have excellent visibility into our business operations and revenue recognition. This enabled us to pre-announce our first quarter, ended March 31, 2018 revenue, of $4.1 million, just a week after the quarter's ended, and, which represents 47% growth for the first quarter ended March 31, 2018.This is significant because it represents a reversal of the prior year's Q1 seasonal revenue decrease, and a sequential quarter over quarter revenue increase. This reflects the increasing role our Global Cloud is playing in revenue contribution, and, its ongoing potential. It is also significant that "connections" (our term representing devices, subscribers and their variable usage), which are a lead indicator of revenue, rose to 2,220,000 as of March 31, 2018. This connections growth of 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017, gives management confidence.

TEUM has, for the first time in our company history as Pareteum, provided forward-looking guidance as follows:

• Revenue growth and increase over 2017 of at least 50% revenue growth for the full year 2018; this will be reviewed quarterly for possible grading;
• Continued improvement in both operating cash flow and EBITDA;
• Target gross margins of 70-75% and improving operating margins into the range of 15-20% over the next couple of years;
• We affirm our expectations for Positive EBITDA from Continuing Operations for the Full Year 2018; EBITDA is a NON-GAAP, measure;
• Our balance sheet remains strong with more than $15.5 million in cash;

Case 1:19-cv-09767-AKH   Document 143-4   Filed 04/24/20   Page 118 of 350

It is important to acknowledge recent research updates by Dawson James Securities, Joseph Gunnar and Ascendiant Capital Markets, with price targets of $3.10, $3.50 and $4.00, respectively. While it is correct that analysts form their views and independently publish accordingly, I want to assure you that our whole management TEUM continues to believe that we are significantly undervalued and have our sights aimed high.

A major focus of our TEUM in 2018 is customer deployment and service delivery of previously awarded contracts. Converting these contractual customer agreements into live revenue production, with fully ramped service connections over the term of the agreement, is among our highest operating priorities. This is our lifeblood, and, it is the driver of current and future revenues. Here are some explanatory comments to questions we have received regarding our 36 Month Contractual Revenue Backlog and how it converts into billed and collected revenue.

It works like this:

A new contractual sales win is announced (based upon service platform type) as:
• Managed Services Platform (MSP): these are large Mobile Virtual Network Enabler (MVNE) agreements (i.e. Brazil or Eastern Europe); or,
• Global Cloud Services Platform: these are small communication services providers (CSP's) (i.e. Mobile Virtual Network Operator (MVNO) providing worldwide service); or,
• Application Exchange & Developers Platform: these are developers with applications that need connectivity (i.e. a developer is adding mobile services such as data, voice, SMS to a game, a home security company is adding wireless backup calling to their equipment);

Service Deployment and Implementation occurs on average over a 60 to 180 day period, dependent upon many factors such as number of connections and subscribers being migrated, complexity of the software integration with the customer's existing software and hardware, and the amount of custom tailored development work needed to satisfy the specific customer. Another variable is the availability of project and program managers, in country, to oversee the service initiation. Our targeted implementation times are shorter, ranging from 30 to 90 days, However, in some of the early agreements, the added element of customer readiness may have impacted the go live dates. These live deployments drive connections, which in turn generate monthly recurring revenue. In our recently released pre-announcement of the first quarter 2018, we disclosed that connections have ramped to 2,200,000, up 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017.

Connections, as noted above, are a leading indicator of future revenue. As we convert backlog to live, in service connections, our revenue will increase. For every incremental dollar of revenue, we expect contribution to our bottom line, based upon our targeted gross margins and the high scalability of our software and systems that we use to drive our business and its growth;

One of the more popular comments TEUM has received since we recently provided our initial 2018 outlook of at least 50% revenue growth deals with the misunderstanding that monthly recurring revenue from the 3 year contracts signed is derived simply by dividing by 36 months. That is not the case. We often state, and, I will again reiterate, that our 36-month contractual revenue backlog does not convert equally at one-third per year over the three years. Our awarded contracts, depending on the type of contracted service, have a targeted range of 30-90 days for implementation, with our early experiences being longer by a factor of two (our planning financial model has adjusted for this). The connections (subscriptions) then ramp over time, based upon many factors in our customers businesses (noted above). So, let's use a hypothetical example of a $3 million, 3-year Cloud contract. The approximate revenue recognition of customer's 36 month agreement, most often occurs as follows:
• Year 1 at approximately 15% coming from implementation and initial connection pricing;
• Year 2 at approximately 30% monthly recurring revenues based upon number of connections;
• Year 3 at approximately 55% monthly recurring revenues with a ramping of the number of connections;

These percentages also closely align with the overall 36 Month Contractual Revenue Backlog and how the connections are scheduled by the customers to be deployed and go into live revenue production. This gives us good visibility into the revenue that will derive from our 36 Month Contractual Revenue Backlog. In addition to the 3 year ramp that we have chosen to report on, our executed contracts also include multiple sales with five and seven year contractual terms. I would also point to our historical success in renewing major contracts with our customers. These continued renewals will strengthen our backlog over time. Pareteum's contractual agreements do have automatic renewal periods. At the time of either a negotiated renewal, or the automatic extension renewal, the existing connections that are live and billing revenues continue as monthly recurring revenue (MRR) and are recognized into our P&L accordingly. Overall, it has been our experience that satisfied customers that are receiving valuable services typically renew.

Additionally, regarding our clients, we are often asked about the specific names. As is customary in highly competitive growth markets, we, and our clients do not disclose specific names due to competitive reasons. In addition, many of our clients do not wish to be disclosed due to the nature of their business. Many of our partners and some clients are disclosed on our website and in our 10-K filing.

In this letter, I have recapped the great start we have made in 2018, including our affirmation of the outlook we have provided earlier. We have also, very transparently, addressed some of your detailed questions regarding the 36 Month Contractual Revenue Backlog and how that converts into billed, collected, and recognized revenues on our P&L. With this context, it is important to address "where have we come from, and, now, where are we going?"

Here is my summary of that for you:

November 2015 – December 2016: this was the period of survival and making the fundamental changes to enable the business to have a chance to grow. This was characterized by significant expense reductions; stabilization of our anchor customer and the services provided; prioritization of many regulatory and compliance matters; maintaining a constructive relationship with our secured lender and planning to pay them back; attracting survival capital in the most efficient manner, given the condition of the business; stabilizing our software and services platform; creating the vision and mission of the business and the plans for the future; attracting key talent willing to join me and turn the company around … by all stretches of the imagination, it was heavy lifting and virtually a 24X7 investment of time and available resources … we survived!

2017: this year was characterized by launching sales, raising capital, paying off $10.1 million of senior secured debt, concluding outstanding legal and regulatory matters, and igniting the fires of growth with expansion into several new territories validating our go-to market strategy.

So now, where do we go? What is our future?

We are driving hard to grow our existing business and our addressable markets … this means adding channels, adding new sales executives, and simply selling more to existing and new clients.

We are in the strongest position the company has been in to attract new customers and grow our revenue. Our balance sheet is strong compared to the competitive landscape and we intend to use that to grow our business as fast as we can. We will find every way and any way to grow bigger.

We are also driving hard to identify new strategic partnerships and associated opportunities to grow more rapidly than the building of sales teams and new territories will enable. This means we are seeking new products and services where the "buy vs build" analysis favors buying. It also means we are seeking new revenues by partnering or acquiring companies that are active in segments where we are not; active in territories where we are not; or simply have amassed a revenue base that is highly synergistic to our plans. This can also help us identify new key personnel (developers, engineers, and operations) to support the growth we are planning to experience.

Our markets are somewhat fractured with no one operator having amassed any level of market dominance. We intend to grow in scale and scope and become a dominant force and to use our award winning platform services to further extend into new service and markets that will bring profitable revenues to our P&L.

We are measuring ourselves on revenue and earnings and with the discipline that all of our decisions and actions will be bound by the caveat of "accretive to earnings" and strategic position improvement as our benchmarks.

As you well know our software has allowed us to significantly scale our revenue while controlling the growth of our selling, general and administrative expenses. Our strategic initiatives will benefit from this capability further adding to scalability and efficiency.

I will leave you with this: our strategies are expected to enable and accelerate the world's shift to an open mobility and application network. When we're successful, it will accelerate the pace of innovation in the world, create more economic freedom, and provide better mobility services to billions of underserved people.

We look forward to continued success in 2018 with the driving force of our company: We are all in sales!

All good wishes to you our shareholders,

Robert H. Turner
Executive Chairman & Principal Executive Officer
Pareteum Corporation **(NYSE American: TEUM)**

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Non-GAAP Financial Measures**
This press release contains a measures of financial performance not calculated in accordance with accounting principles generally accepted in the United States ("GAAP") of Adjusted Earnings, Before Interest, Taxes, Depreciation and Amortization ("EBITDA").

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The revenue backlog assumes timing of revenue recognition that may vary from actual results.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Your Email

☐ Press Releases

☐ Events

Sign Up

☐ Presentations

☐ SEC Filings

Continental Stock Transfer

Email: cstmail@continentalstock.com

☐ End of Day Stock Quote

Phone: +1 212 509-4000

**Your Communication Needs**

**Platform**

**Products**

**About**

**Learn**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

Experience
Cloud

Mobility

Engagement

Intelligence

Control

About Pareteum

Careers

Investors

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded 3-Year $10 Million Contract in the Indian Subcontinent

April 18, 2018

*PARETEUM AWARDED 3-YEAR $10 MILLION CONTRACT IN THE INDIAN SUBCONTINENT*

*ENABLING ITS INTERNET OF THINGS (IOT) AND MOBILE VIRTUAL NETWORK OPERATOR (MVNO) CLIENT*

**NEW YORK, NY – PRNewswire – April 18, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract to provide its Managed Service Platform (MSP) to an IoT and MVNO provider in the Indian Subcontinent.

Pareteum's Managed Services Platform will provide a fully integrated, single source solution that will enable its newest customer to deliver multi-country branded services, digital applications, data services and traditional mobile services to its end users. Under the terms of the contract, Pareteum will help them expand into 5 countries providing platform services combined with Connectivity. Pareteum will receive a monthly fee for each subscriber on the platform and will also receive revenue for the connectivity associated with these subscribers.

Under the terms of the agreement, Pareteum will be paid on a monthly recurring revenue basis for platform support services based on the number of connections. Additional fees will be paid to Pareteum for other solutions, as activated, including Blockchain enablement.

Vic Bozzo, CEO of Pareteum, stated, "Pareteum's MSP Platform is a perfect fit for the contract with our newest global client. This part of the world represents high growth in connections as the digital economy takes over. We are pleased with Rob Mumby and his team as they continue to add customers to our platform."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Our strategy for accelerating the world's shift to an open mobility and application network includes Pareteum's continued extension of our mission to provide services for any device, any network, anywhere. This newest customer is a clear indicator of the global opportunities available in the marketplace. Pareteum's fully integrated cloud services, and, application developers' platform, provide a flexible single solution, without heavy capital investment in infrastructure, creating geographical freedom."

**About Pareteum Corporation**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything". Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such

statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The contract revenue backlog ("Non-GAAP") assumes timing of revenue recognition that may vary from actual results. The contract revenue backlog is a Non-GAAP management reporting measure and differs from any revenue or earnings outlook that may be provided from time to time by other means. This Non-GAAP measurement is not recognized under generally accepted accounting principles ("GAAP"). Accordingly, investors are cautioned about using or relying on these measures as alternatives to recognized GAAP measures. The Company's methods of calculating these measures may not be comparable to similar measures presented by other companies.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Hayden IR
(917) 658-7878

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases   ☐ Events
☐ Presentations   ☐ SEC Filings
☐ End of Day Stock Quote

**Your Communication Needs**
IoT and Developers
Communications Service Providers
Enterprise and Brand

**Platform**
Experience Cloud

**Products**
Mobility
Engagement
Intelligence
Control

**About**
About Pareteum
Careers
Investors

**Learn**
Press
Contact

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 123 of 350

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

PRESS RELEASE DETAILS

View All News

## Pareteum Awarded 3-Year $2.5 Million Agreement

April 26, 2018

*PARETEUM AWARDED 3-YEAR $2.5 MILLION AGREEMENT*

*MOBILE VIRTUAL NETWORK OPERATOR SERVES RURAL NORTH AMERICAN MARKETS*

**NEW YORK, NEW YORK – PRNewswire – April 26, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract to provide its Global Cloud Services Platform (GCSP) and Connectivity for roaming, airtime, voice, SMS, and data to an emerging North American Mobile Virtual Network Operator (MVNO) servicing retail consumers, along with underserviced subsidized subscribers throughout North America. This new agreement enables the MVNO to offer more affordable mobile and broadband services, addressing their mission aimed at overcoming digital divides and opening doors for economic development and associated opportunities.

The customer will use Pareteum's Global Cloud solution to build subscriber revenues with applications addressing: Mobile Money, Mobile Banking, E-Commerce, Education, Healthcare, Financial Inclusion and Emergency Management services. The majority of the customer's growth investment will go to serving underserved subscribers, since there is no heavy infrastructure or software investment for the MVNO customer choosing Pareteum's suite of services. Pareteum will be paid monthly for every subscriber connection operating on the platform, in addition to usage fees for connectivity and communications services.

Vic Bozzo, CEO of Pareteum commented, "We continue to focus on making this a simple set up, with a single platform and connectivity in as many places as possible, through partnerships with incumbent Mobile Network Operators and Carriers. This latest win is specifically a result of the hard work of our talented sales force and market leading technology."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Pareteum's vision is open mobility and application networks, globally. This will mean the availability, on demand, of the best services, in both quality and pricing, to connect 'Any Device, Any Network, Anywhere'. Providing safe, secure, quality mobility services to underserviced communities and their billions of underserved people is a global effort. Pareteum is pleased to empower this new North American MVNO as they provide previously unattainable connectivity to their customers, opening new opportunities for economic development and safety."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                     Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum awarded $6 Million Global Cloud Agreement Supporting Internet of Things Services

April 30, 2018

*PARETEUM AWARDED $6 MILLION GLOBAL CLOUD AGREEMENT SUPPORTING INTERNET OF THINGS SERVICES*

*ASIAN MANAGED SERVICES INTEGRATOR FOR BUSINESS CUSTOMERS LAUNCHES IOT*

**NEW YORK, NEW YORK – PRNewswire – April 30, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract to provide its Global Cloud Services Platform (GCSP) to an established Enterprise Integrator and Managed Service Provider in Asia and the Indian Subcontinent.

Pareteum's GCSP solution will enable our new customer and enterprise clients to manage global wireless devices, and, to operate from a single platform for provisioning, monitoring and management of all their applications and connectivity. Under the terms of the contract, Pareteum will be paid monthly for every device that is managed by the platform as well as revenue for the wireless connectivity. As new wireless devices are added by these enterprise customers, they will have a global interface that facilitates their optimization and choices for the best connectivity available. These are service features made possible by the Pareteum global cloud and its recently announced strategic partnerships.

Vic Bozzo, CEO of Pareteum commented, "This opens up a whole new market sector for us as the companies that provide IT outsourcing and Managed Service to enterprises push deeper into the Internet of Things industry. As our tools enable them to create more efficient enterprises, we see the opportunity to help them use the power of the cloud to scale exponentially. This contract is opening Pareteum to the unlimited potential created by the wireless device universe."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Pareteum's overarching strategies, which are centered on open mobility and applications networks, globally, are now further supported by this ecosystem addition, which enables the virtual elimination of geographic boundaries. Delivery of our award-winning services is now aimed from around the globe to this South Asia region, with over 200 million people. We expect our mission of wireless everywhere, and, on demand, plus smart cities and enterprise business models, to quickly scale in this region."

According to Statista the global revenue business process outsourcing and information technology outsourcing amounted to around 88.9 billion U.S. dollars in 2017.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly recurring revenue. There can be no assurances that we reach the total revenue backlog. The contract revenue backlog ("Non-GAAP") assumes timing of revenue recognition that may vary from actual results. The contract revenue backlog is a Non-GAAP management reporting measure and differs from any revenue or earnings outlook that may be provided from time to time by other means. This Non-GAAP measurement is not recognized under generally accepted accounting principles ("GAAP"). Accordingly, investors are cautioned about using or relying on these measures as alternatives to recognized GAAP measures. The Company's methods of calculating these measures may not be comparable to similar measures presented by other companies.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email          Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 129 of 350

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f 𝕏 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 130 of 350

 **Pareteum**

**Your Experiences     Platform     Products     Customer Stories     Investors**

**News     About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expands into China with $1 Million Contract Extension with Existing India-Based Mobile Travel Client

May 01, 2018

*PARETEUM EXPANDS INTO CHINA WITH $1 MILLION CONTRACT EXTENSION WITH EXISTING INDIA-BASED MOBILE TRAVEL CLIENT*

*GLOBAL CLOUD ENABLES EXPANDED CONNECTIVITY*

**NEW YORK, NEW YORK – PRNewswire – May 1, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that their customer, an established provider of mobile services to subscribers travelling from India, has expanded their Mobile Virtual Network Operator (MVNO) platform offering with the expanded connectivity provided by the Pareteum Global Cloud. This additional contract award of $1 million is incremental to the existing agreement and results in the 3-year contract, aggregating to $4 million for Pareteum.

The established Indian SIM provider initially selected Pareteum in October 2017 to power its new cross-border MVNO. Pareteum's Global Cloud Services Platform (GCSP) was deployed ahead of schedule in early January 2018 and its connectivity has allowed the client to deliver services in new markets, expanding the reach of its travelling subscribers. Pareteum's connectivity platform enables the client to focus on their customer acquisition initiatives, launch new distribution centers around the world, take control of their subscriber experience and generate incremental revenue.

"The Pareteum Global Cloud is ever expanding and with that expansion comes the ability to serve more and more subscribers," said Vic Bozzo, CEO. "Our sales and delivery teams are hard at work to bring all of our potential subscribers live and while that is happening our product and cloud group is working to keep up with the growing demand for more connectivity and additional services to be delivered through the channel."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "The growth of our customers, and the resulting growth of Pareteum, is attributable to delivery on 'promises made.' Platform launch, on time or ahead of schedule, services that meet and exceed the needs of our customer's customers, and value creation demonstrated and experienced because of both, are testaments to the success of the Pareteum story. A current customer buying more from you, because they are well satisfied, is the best endorsement. We will continually work to increase our speed to market, introduce new technologies, and capture new business by continually expanding our services roadmap and the services offered to meet customer needs. This is how we are part of the movement to open mobility and applications, globally."

**About Pareteum:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                          Sign Up

☐ Press Releases            ☐ Events

☐ Presentations             ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 133 of 350

 Pareteum

Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Deploys Rural U.S. Wireless Internet Service Provider

May 04, 2018

*PARETEUM DEPLOYS RURAL U.S. WIRELESS INTERNET SERVICE PROVIDER*

*SPEED OF DEPLOYMENT DISRUPTING INDUSTRY NORMS*

**NEW YORK, NEW YORK – PRNewswire – May 4, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, disclosed today the deployment of the $1,000,000 3-year Global Cloud Agreement with a Rural U.S. Wireless Internet Service Provider. The sales contract award was first announced on April 12, 2018.

This live, in service, revenue producing customer uses Pareteum's Global Cloud Services Platform (GCSP) to manage and connect reliable and secure mobile and broadband services for this previously underserviced rural market. Revenue generation from ongoing monthly fees for subscribers and usage-related fees for the connections, including wireless airtime, will begin recognition during in the second quarter of 2018.

"Pareteum's streamlining of efficient cloud deployments remains one of the pillars of 2018, as we rapidly convert executed contracts to live deployments. This marks another great win for the Pareteum books. We are pleased with this demonstration of our platform capabilities, as our Mobility Cloud Platform continues to distinguish itself with our speed to market deployment, our wide reach, and dynamic functionality," said Vic Bozzo, CEO.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Pareteum continues to disrupt a traditionally long implementation cycle for global mobile with minimal investment from our customer's side. The accelerating momentum and pace at which Pareteum continues onboarding customers and channeling partners exemplifies the efficiency of our platform's capacities. We believe our speed of service deployment will keep attracting new subscribers while driving incremental recurring revenue for Pareteum. This is a great example of open mobility and open software services becoming available, virtually on demand!"

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Ribbon Communications(Sonus+GenBand), Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 134 of 350

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                                    Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
| --- | --- | --- | --- | --- |
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 135 of 350



# Pareteum Announces Record First Quarter 2018 Results

- *Revenues of $4.113 Million, up 47% Year-Over-Year*
- *Achieved Positive Operating Cash Flows, Reached a Quarter Earlier than Expected*
- *Connections, a Lead Indicator of Revenue, Increased 94% Versus the End of Q1 2017 and 30% from the Sequential Q4 2017*
- *Raised 2018 Outlook to At Least 60% Revenue Growth*

**NEW YORK, NEW YORK – PRNewswire - May 7, 2018 - Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today operating and financial results for the first quarter ended March 31, 2018.

| ($000's) | | **Sequential Quarterly Key Metrics** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Q1 2017** | | **Q2 2017** | | **Q3 2017** | | **Q4 2017** | | **Q1 2018** | |
| REVENUE | 2,795 | | 3,239 | | 3,499 | | 4,015 | | 4,113 | |
| YEAR-OVER-YEAR REVENUE GROWTH | (479) | (15%) | (28) | (1%) | 328 | 10% | 870 | 28% | 1,318 | 47% |
| GROSS MARGIN | 1,953 | 70% | 2,293 | 71% | 2,707 | 77% | 2,910 | 73% | 2,918 | 71% |
| ADJUSTED EBITDA | (198) | | 463 | | 603 | | 708 | | 283 | |
| EBITDA | (1,146) | | (301) | | (35) | | (2,733) | | (869) | |
| CASH BALANCE | 1,409 | | 742 | | 700 | | 13,538 | | 15,759 | |
| 36 MONTH CONTRACTUAL REVENUE BACKLOG | 44,000 | | 60,000 | | 94,000 | | 147,000 | | 200,000 | |

**Key Financial Highlights for First Quarter 2018 Year over Year:**
- Revenues increased by 47% to $4.113 million
- Operating cash flows turned positive a quarter earlier than expected; from $1.24 million cash used to $29,000 cash provided
- Gross margins increased 100 basis points to 71%
- Adjusted EBITDA improved to a profit of $283 thousand, from a loss of $198 thousand
- EBITDA loss improved by $277 thousand, or 24%, to $869 thousand
- Operating loss improved by $156 thousand, or 8%, to $1.83 million
- Increase in total assets from $13.1 million to $27.2 million
- Cash balance of $15.8 million

**Key Business Highlights for First Quarter 2018:**
- Awarded 14 contracts aggregating to $60 million in total contract value, which added $53 million to 36-month contractual revenue backlog

- Increased 36-month contractual revenue backlog from $147 million at 12/31/17 to $200 million
- Backlog revenue conversion at 103%
- Ended Q1 2018 with 2,200,000 connections, a lead indicator of revenue, increased 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017, with an additional conversion increase of 70% versus the expected in the 36-month contract backlog for connections
- Published blockchain whitepaper defining opportunities in the mobile market
- Granted patent for cloud security solution
- Received 2018 Internet Telephony Product of the Year
- Awarded IOT Evolution's 2017 IoT Excellence Award
- Published whitepaper defining the smart city movement and its role in this transformation

"This quarter represents a record quarterly revenue milestone since we executed our turnaround and transformed the business in 2016. I am also extremely pleased and proud to report that we generated positive operating cash flow in the first quarter, a full quarter earlier than expected. First quarter revenue would have been $4.22 million, but we instituted Accounting Standard for Revenue Recognition (606) for our SaaS business model and did not recognize $107,000 of deferred revenue in the first quarter. All of our profitability metrics improved dramatically; Adjusted EBITDA, EBITDA, operating loss and cash flow from operations. Key performance indicators of connections, backlog conversion, connection values, revenue per employee and churn continue to all move in the right direction and give us confidence in our overall strategy and business execution. We also invested in product development and sales and marketing during the quarter, as we prepare to scale our business for expected growth and profitability. Our TEUM remains laser focused on converting backlog to revenue, servicing our clients, selling into new geographical markets and creating shareholder value," said Hal Turner, Pareteum's Founder, Executive Chairman and Principal Executive Officer.

**Raised 2018 Outlook to At Least 60% Revenue Growth:**
Based on our 36-month contractual revenue backlog of $200 million, as of March 31, 2018, and 2,200,000 connections, we are raising our 2018 outlook. The Company now expects 2018 revenue growth of at least 60% over 2017, up from the previous provided guidance of 50%. Also, with its current cost structures, Pareteum expects positive, EBITDA, and cash from continuing operations for the full year 2018. As we convert backlog to connections, our revenue will increase and for every incremental dollar of revenue, we expect contribution to our bottom line. Our target gross margins are 70-75%.

**Highlight Key Performance Indicators and Trends (as of March 31, 2018):**

36-month contractual revenue backlog of $200 million.

Connections of 2,200,000, up from 1,711,000 at the end of the fourth quarter 2017 and 1,140,000 at the end of 2016; increased 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017; with an additional conversion increase of 70% versus the expected in the 36-month contract backlog for connections.

Backlog conversion of revenue 103%.



Lifetime connection value of $277, up from $224 at the end of the fourth quarter 2017 and $157 at the end of the first quarter 2017; increased 76% versus the end of the first quarter 2017 and 24% from the sequential fourth quarter of 2017.

Average annualized revenue per employee of $256,000, up from $233,000 at the end of the fourth quarter 2017 and $177,000 at the end of the first quarter 2017; increased 45% versus the end of the first quarter 2017 and 10% from the sequential fourth quarter of 2017; increased 412% versus the end of the fourth quarter 2015.



Connections Churn by month at an average of 0.21% for the first quarter 2018



**Financial Results for the First Quarter Ended March 31, 2018:**
Revenue for the first quarter ended March 31, 2018 was $4,112,570, an increase of $1,317,627 or 47%, compared to $2,794,943 for the first quarter ended March 31, 2017.  This increase was attributable mainly due to the services deployment of signed sales contracts into billable revenues (backlog conversion) and growth in volumes of connections from our existing customer base; in addition to revenues from our Managed Services Platform (MSP), we benefited from Global Cloud Services (GCSP) and Application Exchange Platform (TEAX) revenues are coming into service. We fully implemented in Q1 2018 Accounting Standard for Revenue Recognition (606); this resulted the a onetime non-recognition of $107,000 for Q1; implementation of ASC 606 helps us in fully recognizing future revenues converted from our 36 Month Contractual Revenue Backlog.

With GCSP and TEAX playing an increasingly predominant role in our growth, Global Cloud Services revenue represents 11.7% of total revenue in 1Q18, showing the acceptance of our new product offerings.

It is also significant that "connections" (our term representing devices, subscribers and their variable usage), which are a lead indicator of revenue, rose to 2,220,000 as of March 31, 2018. This connections growth of 94% versus the end of the first quarter 2017 and 30% from the sequential fourth quarter of 2017

Operating cash flow for the three months ending March 31, 2018 was a positive $28,571, an increase of $1,266,629 or 102%, compared a negative $1,238,056 for the three months ending March 31, 2017.  This change was primarily the result of our continued operational austerity measures, and a decrease of $1,019,670 in interest expense relating to debt discount and conversion feature which was $29,566 for the three months ending March 31, 2018, compared to $1,049,236 for the three months ending March 31, 2017.  This is the direct result of the company paying off all of its senior secured debt in December of 2017.

Gross profit for the three months ending March 31, 2018 was $2,918,047, resulting in a gross margin of 70.9%, compared to $1,953,040 and 69.9% for the three months ending March 31, 2017.

Product development expenses for the three months ended March 31, 2018 and 2017 were $726,845 and $284,694, respectively, an increase of $442,151 or 155%. Product Development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum B/OSS, Core Server and SuperAPI development and testing are included in this function.

Sales and Marketing expenses for the three months ended March 31, 2018 and 2017 were $688,998 and $319,487, respectively, an increase of $369,511 or 116%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

General and Administrative expenses for the three months ended March 31, 2018 and 2017 were $2,296,852 and $2,365,388, respectively, a decrease of 3%.

EBITDA loss for the three months ended March 31, 2018, was $869 thousand, an improvement of $276 thousand or 24%, compared to the loss of $1.146 million for the same period in 2017.

Adjusted EBITDA profit for the three months ended March 31, 2018, was $283 thousand, an improvement of $481 thousand, compared to the loss of $198 thousand for the same period in 2017.

Operating loss for the three months ended March 31, 2018, was $1,833,537, an improvement of $156,004 or 8%, compared to the loss of $1,989,541 for the same period in 2017.

Restructuring charges for the three months ended March 31, 2018 and 2017 were $73,600 and $129,229, a decrease of $55,629 or 43%.

Of note, the following were non-cash expenses associated with the three months ended March 31, 2018 and 2017. We recognized share-based compensation expense of $1,077,625 and $818,286, respectively, an increase of $259,340 or 32%. Depreciation and amortization expenses for the three-month period ended March 31, 2018 was $965,290, an increase of $121,507 or 14%, compared to $843,783 for the same period in 2017. Changes in derivative liabilities for the three-month period ended March 31, 2018 was a loss of $313,733, a decrease of $2,234,614 or 116%, compared to a gain of $1,920,881 for the same period in 2017.  This is due to the increase in our stock price, which increases the valuation of these derivative liabilities.

Net loss for the three-month period ended March 31, 2018, was $2,134,101, an increase of $840,961 or 65%, compared to the loss of $1,293,140 for the same period in 2017. The increase in Net Loss was primarily the changes in derivative liabilities, which was a negative $2,234,614, as a result of the their increased value as a result of the increase in our stock price. The resulting EPS for the three-month period ended March 31, 2018 was ($0.04), an improvement of 71% as compared to the ($0.14) for the same period in 2017.

At March 31, 2018, Pareteum had $15.8 million of cash, $0 senior secured debt and 51.0 million shares issued and outstanding. In the first quarter of 2018, over $2.5 million has been received from cash exercises of warrants.

**Conference Call Information:**
Date:                                Monday, May 7, 2018

| Time: | 4:30 p.m. ET |
| --- | --- |
| Conference ID: | 7487990 |
| Domestic Dial-in Number: | 1-866-548-4713 |
| International Dial-in Number: | 1-323-794-2093 |
| U.K. Toll Free: | 0800 358 6377 |
| Live webcast: | http://public.viavid.com/index.php?id=129506 |

All interested participants should dial in approximately 5 to 10 minutes prior to the 4:30 p.m. ET conference call and an operator will register your name and organization.

A replay of the call will be available approximately one hour after the end of the call through May 7, 2019, and can be accessed at: http://public.viavid.com/index.php?id=129506

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition**:
Contractual revenue backlog, a Non-GAAP measure is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Discussion of Non-GAAP Financial Measures:**

Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" and (3) Contract Revenue Backlog enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum 's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**EBITDA and Adjusted EBITDA Definition:**
"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock based compensation, restructuring charges, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2017 and 2018.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

  

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS
(In thousands except for per share amounts)

|  | Three Month Period Ended | |
|  | March 31, 2018 | March 31, 2017 |
|---|---|---|
| REVENUES | $ 4,113 | $ 2,795 |
| COST AND OPERATING EXPENSES | | |
| Cost of revenues | 1,195 | 842 |
| Product development | 727 | 285 |
| Sales and marketing | 689 | 319 |
| General and administrative | 2,297 | 2,365 |
| Restructuring charges | 74 | 129 |
| Depreciation and amortization of intangibles assets | 965 | 844 |
| Total cost and operating expenses | $ 5,947 | $ 4,784 |
| LOSS FROM OPERATIONS | $ (1,834) | $ (1,989) |
| Total other income (expense) | (301) | 698 |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (2,135) | (1,291) |
| Provision for income taxes | $ - | $ 1 |
| NET LOSS | $ (2,135) | $ (1,292) |
| OTHER COMPREHENSIVE LOSS | | |
| Foreign currency translation (loss) gain | $ 104 | $ (27) |
| COMPREHENSIVE LOSS | $ (2,031) | $ (1,319) |
| Net loss per common share | $ (0.04) | $ (0.14) |
| Weighted average shares - basic | 50,062,434 | 9,322,228 |

| Non-GAAP Reconciliation | Three Month Period Ended | |
|  | March 31, 2018 | March 31, 2017 |
|---|---|---|
| NET LOSS | $ (2,135) | $ (1,292) |
| Total interest and other income (expense) | 301.00 | (698.00) |
| Depreciation and amortization | 965.00 | 844.00 |
| Provision for income taxes | - | 1.00 |
| EBITDA | $ (869) | $ (1,145) |
| Nonrecurring and restructuring costs | 74.00 | 129.00 |
| Stock based compensation | 1,078.00 | 818.00 |
| Adjusted EBITDA | $ 283 | $ (198) |

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEET INFORMATION
(In thousands)

|  | March 31, 2018 | December 31, 2017 |
|---|---|---|
| Cash and cash equivalents | $ 15,759 | $ 13,538 |
| Restricted cash | 230 | 200 |
| Accounts receivable | 1,954 | 2,058 |
| Prepaid expenses and other current assets | 1,154 | 900 |
| Total current assets | 19,097 | 16,696 |
| Total assets | 27,199 | 25,326 |
|  |  |  |
| Total current liabilities | 7,562 | 7,538 |
| Total liabilities | 10,212 | 9,904 |
| Total stockholders' equity | 16,987 | 15,422 |

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS INFORMATION
(In thousands)

|  | For the Three Months Ended | |
|---|---|---|
|  | March 31, 2018 | March 31, 2017 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | $ 29 | $ (1,238) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | (434) | (31) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 2,525 | 1,631 |
| EFFECT OF EXCHANGE RATES | 101 | 221 |
| NET INCREASE (DECREASE) IN CASH & CASH EQUIVALENTS | 2,221 | 583 |

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 145 of 350



Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $4 Million Contract from Diversified Enterprise in Asia

May 08, 2018

*PARETEUM AWARDED $4 MILLION CONTRACT FROM DIVERSIFIED ENTERPRISE IN ASIA*

*3-YEAR GLOBAL CLOUD PLATFORM AGREEMENT TO SUPPORT INTERNET OF THINGS SERVICES*

**NEW YORK, NEW YORK – PRNewswire – May 8, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, announced today that it has signed a 3-year, $4 million, contract with a diversified enterprise client in the manufacturing, banking and construction sectors. The established customer will use the Pareteum Global Cloud platform to provide service for their wireless Internet of Things requirements.

Pareteum's GCSP solution enables our client's enterprise customers to operate from a single software and connectivity platform to manage wireless devices, and, to provision, monitor and manage all the connectivity for their Internet of Things initiatives in Asia. Under the terms of the 3-year contract, Pareteum will receive monthly recurring fees and wireless connectivity service fees for all devices that are managed by Pareteum's cloud platform. Pareteum's GCSP solution provides a global interface that will facilitate customer optimization and choices in quality and pricing for the addition of new wireless devices wherever they operate.

Traditionally, wireless models have not been able to address the existing market need for diversifying options and plans for individual devices. Pareteum's offering is noteworthy to the Internet of Things space in that customers can use its platform to treat each device as unique and therefore apply different rules, policies and connectivity options to each one, depending on the need and the best option available at that specific moment. The granular billing and metering provided by Pareteum's platform creates the opportunity for enterprise clients to better serve the needs of their customers.

Vic Bozzo, CEO of Pareteum commented, "Managing of Internet of Things and the respective devices has become a large part of what we do and its made possible by the flexibility created by our software team. We can continue to see unlimited opportunity in the world as wireless controls everything."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "TEUM's ecosystem, including our partnerships and reach, now enable the virtual elimination of geographic boundaries. Delivery of our award-winning services can be served around the globe through our unique and award-winning technology. We expect our goal of 'wireless everywhere' and smart city and smart enterprise business models to quickly scale in these markets."

According to Statista the global revenue business process outsourcing and information technology outsourcing market aggregated to approximately $88.9 billion in 2017.

**About Pareteum:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software,

developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 147 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ✔  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $5 Million Contract from India-Based Telecom Company

May 09, 2018

*PARETEUM AWARDED $5 MILLION CONTRACT FROM INDIA-BASED TELECOM COMPANY*

*3-YEAR INITIAL TERM FOR INTERNET OF THINGS ENABLED BY GLOBAL CLOUD SERVICES PLATFORM*

**NEW YORK, NEW YORK – PRNewswire – May 9, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Communications Platform company, announced today that it has been awarded a 3-year contract with an India-based Telecommunications company. Pareteum will enable its newest client to expand into the Internet of Things (IoT) market, using Pareteum's platform and connectivity, adding $5 Million in contractual revenue over the course of 36 months.

Pareteum's Global Cloud Services Platform (GCSP) and Connectivity solution will provide machine-to-machine (M2M) communication and connectivity for IoT devices, enabling connections (subscribers and their connectivity usage) to send and receive data at any time regardless of their location, always connected to the best signal available and at the best rate for that connection. Pareteum will power the advancement of these communication services to help this Telecommunications provider further personalize their services, across their diverse clientele, from retailers to manufacturers.

"Our newest client is quickly expanding to provide connectivity and enablement for the growing IoT device market in India," stated Vic Bozzo, Pareteum's CEO. "We are confident that Pareteum's platform will empower our client with a combination of capacities and connectivity that will propel fast, customizable and efficient communication across any network, anywhere, anytime."

"Pareteum has once again proven to be the platform of choice for the IoT market economy. Our award-winning technology, focused on IoT excellence, will continue in its growth trajectory, translating into additional revenue for our Company," stated Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum.

According to a report by Nasscom, the Indian IoT market is set to grow to $15 billion by 2020.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-

looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 151 of 350



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Goes Live with Established U.K. Provider in Smart Home and Office Systems

May 11, 2018

*PARETEUM GOES LIVE WITH ESTABLISHED U.K. PROVIDER IN SMART HOME AND OFFICE SYSTEMS*

*3-YEAR CONTRACT VALUED AT $1.5 MILLION USES GLOBAL CLOUD PLATFORM TO MANAGE CONNECTIONS*

**NEW YORK, NEW YORK – PRNewswire – May 11, 2017 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing mobile Cloud Communications Platform company, announced today the deployment of its cloud services for a U.K. based provider of smart home and office automation systems. These services enable this established provider to integrate their Smart Control Hubs with Pareteum's Cloud Platform, moving from a complex legacy system to a very dynamic, flexible and cost-efficient cloud solution, granting simpler access and management when it comes to their customers' connectivity. The 3-year sales contract was first announced on February 14, 2018, valued at $1.5 million.

The customer will use Pareteum's Global Cloud Services Platform (GCSP) to connect over 250,000 U.K. residences and businesses and receive revenue from subscriber monthly fees along with usage-related fees such as wireless airtime and transaction fees.

Vic Bozzo, CEO of Pareteum commented, "Pareteum's GCSP solution allows this service provider to create service plans specific to their customers' needs. As the demand for smart home technology grows, Pareteum will continue to develop and deliver new technologies to address the needs of our customers as well as addressing the needs of their end-customers."

Hal Turner, Founder and Executive Chairman of Pareteum stated, "Pareteum is in a trajectory of relentless forward motion. We aim to disrupt traditional industry models by creating a single seamless solution that addresses the complexity of customer needs. From Sales, to Delivery, to Operations, our TEUM is on fire."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f   𝕏   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 153 of 350

 **Pareteum**

**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $2 Million Agreement for WiFi Services

May 16, 2018

*PARETEUM AWARDED $2 MILLION AGREEMENT FOR WIFI SERVICES*

*3-YEAR CONTRACT FOR NEW CONNECTIVITY SOLUTION CREATED WITH IPASS LICENSING AGREEMENT*

**NEW YORK, NEW YORK – PRNewswire – May 16, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that their existing U.S. Wireless Internet Service Provider customer will expand connectivity options by adding SmartConnect™ technology through Pareteum's Global Cloud Service Platform (GCSP), a single source solution. The amendment to the existing agreement will add $2 million in revenue to the existing 3-year contract.

This U.S. Rural Service Provider was announced as a Pareteum customer April 2018. Pareteum's strategic alliance with iPass will enable this enterprise customer to offer connectivity options in areas that have been historically underserviced. The WiFi technology, working in tandem with cellular access, provides secure wireless services in areas where connectivity options have previously been limited and unreliable.

"Pareteum is working to address the new emerging business needs that our customers place in front of us. Our cloud communications platform is setting the pace by embedding new alternative communications solutions such as WiFi offload that enhance the end-customers' experience by seamlessly expanding their connectivity accesses and quality. With this, Pareteum reinforces its presence in the market as an industry innovator," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Our customers want untethered connections without security concerns. Pareteum's drive, for connecting any device, any time, and anywhere resides in the relationship we establish with our customers, granting reliable and formidable solutions to their demands. Customer service and customer care continue to lead our sales initiatives with innovative technology in tandem with our Global Solutions Cloud Platform, managing and connecting these service capabilities."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**About iPass Inc.**
iPass (NASDAQ:IPAS) is a leading provider of global mobile connectivity, offering simple, secure, always-on Wi-Fi access on any mobile device. Built on a software-as-a-service (SaaS) platform, the iPass cloud-based service keeps its customers connected by providing unlimited Wi-Fi connectivity on unlimited devices. iPass is the world's largest Wi-Fi network, with more than 64 million hotspots around the globe, at airports, hotels, train stations, convention centers,

outdoor venues, inflight, and more. Using patented technology, the iPass SmartConnect™ platform takes the guesswork out of Wi-Fi, automatically connecting customers to the best hotspot for their needs. Customers simply download the iPass SmartConnect app to experience unlimited, everywhere, and invisible Wi-Fi. iPass® is a registered trademark of iPass Inc. Wi-Fi® is a registered trademark of the Wi-Fi Alliance. All other trademarks are owned by their respective owners.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

**iPass IR Contacts:**
Kirsten Chapman / Becky Herrick
LHA Investor Relations
+1 (415) 433-3777
ipass@lhai.com

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                                    Sign Up

☐ Press Releases            ☐ Events

☐ Presentations             ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036 · **1 (646) 975-0400**

f   𝕏   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Adds $3 Million Global Cloud Services Contract

May 17, 2018

*PARETEUM ADDS $3 MILLION GLOBAL CLOUD SERVICES CONTRACT*

*UK SECURITY SERVICES PROVIDER SIGNS 3-YEAR AGREEMENT FOR GLOBAL CONNECTED DEVICE MANAGEMENT SOLUTIONS*

**NEW YORK, NEW YORK – PRNewswire – May 17, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that an established UK-based enterprise has selected Pareteum and Global Cloud Services Platform (GCSP) to empower their global security service offering.

This new customer provides an array of global security services in over 90 countries, including home, fire, and security monitoring, as well as, business enterprise solutions ranging from employment screening and facilities management to enhanced tactical operations. Under the terms of the 3-year agreement, Pareteum will be paid monthly revenue for each wireless connected device managed by the Pareteum Global Cloud Services Platform. GCSP services provided to our customer enables secure connectivity, application provisioning, and monitoring for their more than 30 thousand subscribers.

Vic Bozzo, CEO of Pareteum commented, "Pareteum's Global Cloud Services Platform is a great fit for this client, with its safe and efficient connectivity that will complement the client's security monitoring solutions across the globe. We are pleased with the hard work of our sales team that has once again demonstrated the speed and agility of our GCSP in delivering solutions that provide immediate value to our customers."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Pareteum is a company that has a customer caregiver approach to sales. By continuing to bring our award-winning technology to new segments, it is our customer-recognized services and support, that keep them happy, and they are. Our newest customer is a clear indicator of our solutions addressing defined needs for secure application management and connectivity, globally, as the market-trends have suggested. Our vision of global open mobility and open applications continues to be realized, customer by customer, win by win."

According to Statista, the market for global revenue business process outsourcing and information technology outsourcing amounted to around $88.9 billion in 2017.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such

statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email　　　　　　　　　　　　　Sign Up

☐ Press Releases　　　　☐ Events

☐ Presentations　　　　　☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f　🐦　in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 160 of 350



Your Experiences      Platform      Products      Customer Stories      Investors

News      About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces $8 Million 3-Year Agreement for Global Mobility Services

May 21, 2018

*PARETEUM ANNOUNCES $8 MILLION 3-YEAR AGREEMENT FOR GLOBAL MOBILITY SERVICES*

*US MOBILE VIRTUAL NETWORK OPERATOR TO LAUNCH EUROPEAN SERVICES*

**NEW YORK, NEW YORK – PRNewswire – May 21, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that an established Global Mobile Virtual Network Operator (MVNO) has chosen Pareteum's Global Cloud Service Platform (GCSP), a single-source solution, to launch their new European-based MVNO. The 3-year agreement will add $8 million in revenue beginning end of 2018.

The Global Enterprise customer will use Pareteum's GCSP to expand their business and grow revenue from a new European-based MVNO. Their 100 thousand existing customers will be moved to the Pareteum GCSP as soon as the project launch is complete, enabling the MVNO to offer more options for secure and reliable connectivity for voice, data and SMS.

"Pareteum redefines the industry standard by coloring outside the lines. Marketing companies seek mastery and innovation when it comes to superior subscriber experience. Recognizing this need, Pareteum designed an Insight Engine that uses Predictive Analytics to allow marketing companies better management of subscribers and their experience, irrespective of network," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Pareteum is in the business of creating opportunities. Providing a vast array of connectivity options, globally, increases our ability to support our customers, their customer base, and their revenue stream as Pareteum continues to improve connectivity around the world for subscribers. This is the 'network effect' at its best when we think about open mobility and open applications, everywhere."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases     ☐ Events

☐ Presentations     ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· 1 (646) 975-0400

f   𝕏   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 162 of 350

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 163 of 350

 Pareteum

Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum and Artilium Announce Agreement for Pareteum to Acquire Artilium in $104.7 Million Transaction

June 07, 2018

*PARETEUM AND ARTILIUM ANNOUNCE AGREEMENT FOR PARETEUM TO ACQUIRE ARTILIUM IN $104.7 MILLION TRANSACTION*

*PRO-FORMA 2018 REVENUE OUTLOOK OF $49 MILLION*

*EXPECTED TO BE ACCRETIVE TO 2019 EARNINGS*

*CONFERENCE CALL SCHEDULED FOR FRIDAY, JUNE 8 AT 11AM ET*

**NEW YORK and LONDON – PRNewswire – June 7, 2018 – Pareteum Corporation (NYSE American: TEUM) and Artilium plc (AIM: ARTA)** today announced that they have reached agreement for Pareteum to acquire Artilium. Under the terms of the acquisition, which have been further detailed today in an announcement issued under Rule 2.7 of the UK Takeover Code, each Artilium shareholder will be entitled to receive 0.1016 Pareteum shares and 1.9 pence in cash per Artilium share upon completion of the transaction. The acquisition values each Artilium share at 19.55 pence and the entire issued and to be issued ordinary share capital of Artilium at approximately $104.7 million (or £78.0 million), based on Pareteum's closing share price of $2.33 on June 6, 2018 and the exchange rate of US$1.3413: £1.

The transaction has been approved by the Pareteum Directors and all of the independent Artilium Directors (the "**Artilium Recommending Directors**"). The two companies recognize that the businesses are a natural fit and that Artilium complements and extends Pareteum's geographic footprint in Europe.

Artilium and Pareteum have since October 2017 benefitted from a strategic alliance entered into with the intention of jointly pursuing new and developed markets, accelerating growth and increasing market penetration for both Artilium and Pareteum. Since announcing the strategic alliance, the Pareteum Directors and Artilium's Recommending Directors have been incredibly pleased by the way the businesses have successfully collaborated and by their customers' enthusiasm for the partnership.

In the few months since the alliance was launched, the two companies have collaborated on at least 18 opportunities, resulting in 7 sales wins and an increasing pipeline of potential deals to pursue. Pareteum estimates that over $65 million has been added to its 36-month contractual revenue backlog as a direct result of the engagement.

The two management teams have also worked well together and proven to be highly complementary.

The transaction is expected to be significantly accretive to Pareteum's non-GAAP earnings per share in FY2019[1], produce strong growth in pro-forma operating cashflow generation and provide material cost and revenue synergies.

Commenting on the acquisition, Robert H. Turner, Founder, Executive Chairman and Principal Executive Officer of Pareteum, said: "Artilium and Pareteum have a natural fit when considering the award-winning products and services that will be combined and offered, the expansion of addressable markets, making

us truly global in reach, and the resulting improved executive and operating talent to lead our company to even higher achievements and results. Since October 2017, we have operated in a strategic alliance with Artilium, which has had materially positive results. We will now turn our attention to accelerating this as one company. It has been a pleasure and great honor to work with Jan-Paul Menke and Bart Weijermars to combine our companies. The vision of open mobility and open applications now takes a demonstrable leap forward."

Commenting on the acquisition, Jan-Paul Menke, Non-Executive Chairman of Artilium, said: "Pareteum and Artilium make a powerful combination. Our Artilium shareholders are very pleased with this transaction. We have grown Artilium with several well selected transactions, in addition to the sales and business development achievements we have produced. With the now significantly enhanced operating capabilities of the combined companies, we expect even more opportunities to become available and further improve the outlook for shareholder growth and value to be reflected in our business. Bart and I have had a positive and constructive experience in working with Robert H. Turner and his Pareteum "TEUM" to now create a very powerful platform company, and, it is one that we feel has the capability for significant future growth."

Pareteum believes that the ongoing participation of Artilium's CEO, Bart Weijermars, in the Artilium group and, in turn, the Pareteum group, is an important element of the acquisition. Therefore, effective on completion of the acquisition, he will be engaged as Chief Executive Officer of Pareteum Europe and Artilium as wholly owned subsidiaries of Pareteum.

The Directors of Pareteum and the Artilium Recommending Directors intend to recommend unanimously that their respective shareholders approve the transaction. The transaction is currently expected to close in September 2018, subject to the satisfaction of certain conditions including approval by Pareteum's stockholders of the issuance of shares of common stock in connection with the acquisition and approval by Artilium's shareholders of the scheme of arrangement under English law.

The Pareteum Directors and the Artilium Recommending Directors believe that the acquisition offers the opportunity for Pareteum stockholders and Artilium shareholders to benefit from the significant long term value creation that is expected to be unlocked by the combination, as well as offering Artilium shareholders a partial liquidity event.

The Pareteum Directors and the Artilium Recommending Directors believe the industrial logic for bringing the two companies together is underpinned by four key principles:

*Expansion*
- Enhanced ability to acquire new customers with expanded product set.
- Significant potential to monetize customer bases through cross-sell and upsell.
- A larger platform from which to expand into new markets.

*Scale*
- Pro-forma FY2018 revenues of $49.0 million.[2]
- Carrier fee and cloud cost economies of scale.
- Reduction in corporate overheads and capital expenditures.
- Reinvestment of cost savings to support further growth.

*Capital*
- Enhanced financial profile with which to access the capital markets.
- Greater visibility with the investor community.
- Enhanced liquidity for Artilium shareholders.

*Platform*
- Strong platform for acquisitions and market consolidation.
- Significant pipeline of potential add-on M&A.
- Combined company will be the buyer of choice for many sellers.

**Advisors:**
Jefferies LLC is acting as financial advisor and Hogan Lovells is acting as legal advisor to Pareteum on the transaction. finnCap Ltd is acting as financial advisor and Addleshaw Goddard LLP is acting as legal advisor to Artilium on the transaction.

**Investor and analyst presentation:**
There will be an investor presentation for investors and research analysts Friday, June 8 at 11:00 AM New York time / 4:00 PM London time (dial-in instructions below). A copy of the presentation (and any relevant accompanying oral presentation/transcript) will be available, subject to certain restrictions relating to persons resident in certain restricted jurisdictions, at www.pareteum.com/investors and www.artilium.com/investors in due course.

**Pareteum Corporation Investor Update Conference Call:**

Date: Friday, June 8, 2018
Time: 11:00 AM ET
Conference ID: 5039786
Participant Dial-In Numbers:
TOLL-FREE 1-866-548-4713
TOLL/INTERNATIONAL 1-323-794-2093
U.K. TOLL +44 (0)330 336 9105
U.K. TOLL FREE 0800 358 6377
Live Webcast: http://public.viavid.com/index.php?id=130055

Notes:

[1]Based on projected Pareteum non-GAAP earnings per share for the financial year ended December 31, 2019 and onwards. Non-GAAP earnings per share excludes stock compensation expense, amortization of intangible assets, restructuring charges, acquisition, integration, other one-time items and their related income tax effect. The statement that the acquisition is expected to be earnings accretive is not intended as a profit forecast and should not be construed as such, and is not subject to the requirements of Rule 28 of the UK Takeover Code. The statement should not be interpreted to mean that the earnings per share in any future financial period will necessarily match or be greater than those for the relevant preceding financial period.

²Pro-forma based on management estimates. Artilium financials calendarized to December 31 and excluding impact of purchase accounting adjustments. Pareteum FY2018 revenue estimate of $24.0 million. Artilium FY2018 estimate of $25.0 million. Artilium financials converted into USD at Pareteum's long term business plan rate of USD:EUR = 0.8000.

**About Pareteum**

Pareteum is a rapidly growing cloud communications platform company with a mission – "to connect every person and every thing"™. Service providers, brand marketing companies, enterprise and Internet of Things providers use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. To achieve this, Pareteum has developed patent pending software platforms which are connected to 45 mobile networks in 65 countries using multiple different communications channels including mobile telephony, data, SMS, VOIP, OTT services – all over the world. Pareteum integrates all these disparate communications methods and services and brings them to life for customers and application developers, allowing communications to become value-added. This is a major strategic target for many industries, from legacy telecommunications providers to the disruptive technology and data enterprises of today and the future.

The vast majority of Pareteum's platform is comprised of its own proprietary software, which provides customers with a great deal of flexibility in how they use its products now and in the future and allows Pareteum to be market driven in its future. Pareteum's platform services partners (technologies integrated into its SMART Cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, NetNumber, Affirmed and other world class technology providers. Pareteum is a mission-focused company empowering every person and every "thing" to be globally connected – Any Device, Any Network, Anywhere.™ The Pareteum SMART Cloud Platform targets large and growing sectors from IoT (Internet of Things), Mobile Virtual Network Operators (MVNO), Smart Cities, and Application developer markets – each in need of mobile platforms, management and connectivity. These sectors need Communications-as-a-Service (CaaS), which Pareteum delivers.

**About Artilium**

Artilium is an innovative software development company active in the enterprise communications and core telecommunication markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and applications.

In broad terms, Artilium provides services to both telecom infrastructure customers (across Mobile Network Operators (MNOs), Mobile Virtual Network Operators (MVNOs), Mobile Virtual Network Enablers (MVNEs), Fixed and Alternative Operators, Hosting Providers, System Integrators and Managed Service Providers) such as Proximus and Telenet, as well as enterprise customers, such as Philips. Across products and businesses, Artilium provides services to more than 20 million end-users.

**Participants in the Solicitation**

Pareteum and its directors, officers, employees and agents may be considered participants in the solicitation of proxies from Pareteum's stockholders in respect of the acquisition, including the issuance of shares of Pareteum's common stock in relation to the acquisition. Information about Pareteum's directors and executive officers is set forth in Pareteum's Annual Report on Form 10-K for the year ended December 31, 2017 which was filed with the SEC on March 30, 2018, and Pareteum's proxy statement for its 2017 annual meeting of stockholders, which was filed with the SEC on July 27, 2017. Other information regarding potential participants in the proxy solicitations and a description of their direct and indirect interests, by security holdings or otherwise, will be contained in the proxy statement relating to the issuance of shares of Pareteum's common stock in the acquisition (the "Proxy Statement") and other relevant documents when they become available.

**Forward looking statements**

This press release includes forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. These forward-looking statements are based on current expectations and projections about future events. Pareteum's actual results may differ materially from those discussed herein, or implied by, these forward-looking statements. Forward-looking statements are generally identified by words such as "believe," "expect," "anticipate," "intend," "estimate," "plan," "project," "should," "will," "would," "could," "continue," "likely" or the negative or plural of such words and other similar expressions. In addition, any statements that refer to expectations or other characterizations of future events or circumstances are forward-looking statements. The statements that contain these or similar words should be read carefully because these statements discuss Pareteum's future expectations, contain projections of Pareteum's future results of operations or of Pareteum's financial position, business strategy, short-term and long-term business operations and objectives, financial needs and other "forward-looking" information. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including, without limitation: the risk that the acquisition is not completed on a timely basis or at all; the ability to integrate Artilium into Pareteum's business successfully and the amount of time and expense spent and incurred in connection with the integration; the possibility that competing offers will be made; the risk that the economic benefits and other synergies that Pareteum's management anticipates as a result of the acquisition are not fully realized or take longer to realize than expected; the risk that certain risks and liabilities associated with the acquisition have not been discovered; the risk that the approval of Artilium shareholders of the acquisition or the requisite approval by Pareteum's stockholders of the issuance of the new shares of common stock in relation to the acquisition may not be obtained or that other conditions of the acquisition will not be satisfied; changes in global or local political, economic, business, competitive, market and regulatory forces; changes in exchange and interest rates; changes in tax and other laws or regulations; future business combinations or disposals; operating costs, customer loss and business disruption (including difficulties in maintaining relationships with employees, customers or suppliers) occurring prior to completion of the acquisition or if the acquisition is not completed at all; changes in the market price of shares of Pareteum or Artilium; and changes in the economic and financial conditions of the businesses of Pareteum or Artilium.

The foregoing does not represent an exhaustive list of risks. Additional factors are described in Pareteum's public filings with the SEC, and other factors will be described in the Proxy Statement. Moreover, Pareteum operates in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for Pareteum's management to predict all risks, nor can Pareteum assess the impact of all factors on its business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements Pareteum may make. In light of these risks, uncertainties and assumptions, the future events and trends discussed in this press release may not occur and actual results could differ materially and adversely from those anticipated or implied in the information in this press release.

Any forward-looking statements in this press release are not guarantees of future performance, and actual results, developments and business decisions may differ from those contemplated by those forward-looking statements, possibly materially. Accordingly, you should not place undue reliance on any such forward-looking statements. All forward-looking statements included in this press release are based on information available to Pareteum management on the date of such information. Except to the extent required by applicable laws or rules, Pareteum undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise. All subsequent written and oral forward-looking statements attributable to Pareteum or persons acting on its behalf are expressly qualified in their entirety by the cautionary statements contained throughout this press release.

**No profit forecasts or estimates**

No statement in this press release is intended as a profit forecast or estimate for any period and no statement in this press release should be interpreted to mean that earnings or earnings per ordinary share for Artilium or Pareteum for the current or future financial years would necessarily match or exceed the historical published earnings or earnings per ordinary share for Artilium or Pareteum

**Pareteum Investor Relations Contacts:**

InvestorRelations@pareteum.com

Denis McCarthy
Senior Vice President Corporate Development
(646) 810-2182

Ted O'Donnell
Chief Financial Officer
(212) 984-1096

Alexander Korff
Corporate Secretary
(646) 810-2182

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

**Artilium Investor Relations Contacts:**

Jan-Paul Menke
Non-Executive Chairman

Bart Weijermars
Chief Executive Officer

Rupert Hutton
Chief Finance Officer

in each case via Buchanan, as below:

Chris Lane, Buchanan
+44 (0)20 7466 5000

Jamie Hooper, Buchanan
+44 (0)20 7466 5000

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                        Sign Up

☐ Press Releases              ☐ Events

☐ Presentations                ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 167 of 350

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $6 Million Contract from Established Mobile Virtual Network Operator

June 11, 2018

*PARETEUM AWARDED $6 MILLION CONTRACT FROM ESTABLISHED MOBILE VIRTUAL NETWORK OPERATOR*

*MANAGED SERVICE PLATFORM ENABLES EXPANSION OF APPLICATIONS INTO U.S. AND CARIBBEAN*

**NEW YORK, NEW YORK – PRNewswire – June 11, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that an established provider of pre-paid communications plans has selected Pareteum's Managed Service Platform with a $6 million agreement over 3 years.

This global mobile service provider will use Pareteum's Managed Service Platform (MSP) as a single source for metering, rating, provisioning and delivery, billing and collection services, as they expand their reach into the US and the Caribbean. The provider, and their customers, will benefit from Pareteum's Insights Engine, which will collect and interpret predictive analytics to create a variety of tailored service packages, designed specifically to suit the needs of their customers.

"This new customer specifically chose Pareteum because of our Managed Service Platform, the single source solution possessing the ability to govern a multitude of services around the world. Pareteum's MSP solution is designed to provide the flexibility necessary to create need-specific plans as well as the power to monitor, administrate and bill plans the provider needs to satisfy existing customers and grow their future customer base," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Pareteum continues to empower our global customers that require open mobility and open applications. Our customer's abilities to use our applications programming interfaces (API's) and platforms to create new software services, applications, and business models, all based upon worldwide connectivity and communications services, are the foundations for our great customer service."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-

looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases    ☐ Events
☐ Presentations    ☐ SEC Filings
☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 170 of 350

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3.5 Million Contract from Mobile Service Provider

June 27, 2018

*PARETEUM AWARDED $3.5 MILLION CONTRACT FROM MOBILE SERVICE PROVIDER*

*ENABLES GROWTH THROUGH GLOBAL CONNECTIVITY SOLUTIONS*

**NEW YORK, NEW YORK – PRNewswire – June 27, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that it has signed a 3-year contract to provide its Global Cloud Services Platform (GCSP) and connectivity to an established Global Mobile Virtual Network Operator (MVNO) and IoT Solutions enterprise with a network of Retailers, Distributors and Independent Sales Organizations throughout North America.

This contract empowers the Global MVNO enterprise to use a single cloud platform to increase their mobile coverage and broadband services, opening opportunities for economic growth in the future. The platform will integrate to their current customer portal and Pareteum will receive monthly recurrent fees for each subscriber as well as connection revenue for their airtime, SMS and voice services.

Vic Bozzo, CEO of Pareteum commented, "Pareteum continues to enable MVNOs all over the world, empowering these enterprises and allowing an amazing new consumer experience. We are pleased with the spotlight Pareteum's cloud platform solution has gained in the industry, as the capabilities of its dynamic solutions continue to benefit various businesses."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Pareteum is creating relentless forward motion (RFM) as we further disrupt our industry with open mobility and open application networks. Our newest customer is a clear indicator of our collective efforts at Pareteum, continuously evolving to bring innovative new software and service solutions to help our clients run their businesses, wherever they may be located."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of

Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases        ☐ Events

☐ Presentations         ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |


Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**      **Platform**      **Products**      **Customer Stories**      **Investors**

**News**      **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Secures a Total of $55 Million in New Contracts in the Second Quarter of 2018

June 28, 2018

*PARETEUM SECURES A TOTAL OF $55 MILLION IN NEW CONTRACTS IN THE SECOND QUARTER OF 2018*

*36-MONTH CONTRACTUAL REVENUE BACKLOG GROWS 74% TO $255 MILLION*

**NEW YORK, NEW YORK – PRNewswire – June 28, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that, during the second quarter of 2018, the Company signed contracts scheduled to add over $55 Million to its 36-month contractual revenue backlog. The current contractual revenue backlog represents a 74% increase over the 2017 year ending balance of $147 Million, and, a 27.5% increase during the second quarter alone. Pareteum will complete the first half year of 2018 with $255 Million amassed in its 36 Month Contractual Revenue Backlog (36MCRB).

Customers have awarded Pareteum the following agreements during 2018's second quarter:

- $3,100,000**;**  Global Cloud Service Provider; Connectivity, E-commerce; *Full service virtual multi use mobile provider for Consumer Mobile Brands, Mobile Banking, E-Commerce, and Social Media and On-Line Gaming Integration.*
- $1,000,000; Rural Wireless Internet Service Provider; GCSP, Connectivity, WiFi; *Untethering their customers from the cable company.*
- $10,000,000; MVNO and IoT Service Provider; GCSP; Connectivity; E-commerce; *Multi-use for Indian Nationals taking their brand to anywhere in the world.*
- $2,500,000; Full Service Virtual Mobile Provider; GCSP; Connectivity; E-commerce; *Offering diverse connectivity options in rural areas with low coverage.*
- $6,000,000**;** Full Service Virtual Mobile Provider; GCSP; Connectivity; E-commerce; *Multi-use for customers taking their brand to anywhere in the world.*
- $1,000,000; Global Cloud Service Platform; MSP; Connectivity; WiFi; *Global Traveler Tracker: CSP Productivity Efficiency "ware".*
- $4,000,000; Full Service Virtual Mobile Provider; GCSP; Connectivity; E-commerce; *Internet of Things service provider in the manufacturing, banking and construction sectors.*
- $5,000,000*;* MVNO and IoT Service Provider; GCSP; Connectivity; E-commerce; *Internet of Things service provider in the manufacturing, banking and construction sectors.*
- $2,000,000*;* Rural Wireless Internet Service Provider; GCSP; Connectivity; WiFi; *Adding WiFi connectivity options in rural areas with low coverage.*
- $3,000,000*;* Global Cloud Service Platform; GCSP; Connectivity; *Internet of Things services in the security industry.*
- $8,000,000; National Mobile Virtual Network Enabler; GCSP; Connectivity; WiFi; *Speed to market for instant mobile plans for customers.*
- $6,000,000*;* Global Cloud Service Platform; GCSP; Connectivity; WiFi; *Speed to market for instant mobile plans for customers.*
- $3,500,000; Global Cloud Service Platform; GCSP; Connectivity; WiFi; *Speed to market for instant mobile plans for customers.*

Hal Turner, Pareteum's Principal Executive Officer commented, "Thirteen new customers joined the Pareteum movement in the 13 weeks of 2018's second quarter. Customers choose Pareteum for a variety of reasons including quality of our software and applications, coupled with the precision of our services

delivery and support. Relentless forward motion with new and existing clients, expanding their service agreements, continues to fuel our TEUM and its commitment to provide trusted reliable services, globally."

**About Pareteum:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expects Second Quarter 2018 Revenue of At Least $5.75 Million

July 10, 2018

*PARETEUM EXPECTS SECOND QUARTER 2018 REVENUE OF AT LEAST $5.75 MILLION*

*REPRESENTS A 78% INCREASE OVER SECOND QUARTER 2017*

*2018 REVENUE OUTLOOK RAISED TO 80% YEAR-OVER-YEAR GROWTH*

**NEW YORK, NEW YORK – PRNewswire – July 10, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that the Company expects to report revenues of at least $5.75 million, which represents approximately 78% growth for the second quarter ended June 30, 2018, as compared to a year ago. The second quarter's expected 2018 revenues will represent an approximate 40% sequential growth over the first quarter of 2018, demonstrating the strong growth in connections that was previously reported in the first quarter of 2018.

Connections, which are a lead indicator of revenue, rose to approximately 2,713,600 as of June 30, 2018, representing a 22.5% quarter over quarter growth in 2018. The year over year increase, from the end of the second quarter 2017 to the end of the second quarter 2018, was a significant 225%, providing management the confidence to increase its projected 2018 revenue outlook to a substantial 80% annual revenue growth over 2017's year-end totals.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Our TEUM surged into 2018 with strong first quarter results, demonstrated by the acceleration in revenues and connections. This momentum has continued into the second quarter, at an accelerating rate, because of rapid conversions of our 36 Month Contractual Revenue Backlog. We see this translating into our best quarter, ever. We anticipate continued improvement in our results and execution of our long-term strategies, aimed at open mobility and open applications, globally delivered as part of excellent customer experiences in every engagement."

Pareteum's second quarter, ended June 30, 2018, earnings and results update call is expected to be held during the week of August 6, 2018.

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-

looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contact:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 **Pareteum**

Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $6 Million Contract from Asia Service Provider

July 11, 2018

*PARETEUM AWARDED $6 MILLION CONTRACT FROM ASIA SERVICE PROVIDER*

*ENABLES EXPANSION OF SERVICE OFFERINGS TO INTERNET OF THINGS AND GLOBAL MOBILE CONNECTIONS*

**NEW YORK, NEW YORK – PRNewswire – July 11, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Cloud Communications Platform company, announced today that an established Asia full-service provider of enterprise and consumer telecommunication services has chosen the Pareteum Global Cloud Service Platform to extend their service offering globally.

The customer currently provides Global Data Service throughout China for enterprise, consumer and data center customers. This three-year contract will empower the client to add IoT (Internet of Things) capability and a global mobile connection. With Pareteum's widely growing Application Programming Interface (API), they will be able to add mobility services directly to their customer's Banking, Social Media, Call Centers, and consumer facing applications, in addition to providing a new offering that includes mobile services for their customers heading to Europe and the United States. These new bundled service packages will include: global data services, voice and SMS. Pareteum's GCSP will enable access to a single source solution for metering, rating, provisioning and delivery, as well as billing and collection services from both their existing customer base and new markets.

"It is very encouraging each time Pareteum wins a new Agreement with an established provider. It is a clear demonstration that Pareteum's solution will take what they have already been offering, streamline and make it seamless, and provide secure turnkey software solutions for all their needs wherever they are through a single view," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Pareteum's focus on making the complex less cumbersome is being recognized by established providers. These providers turn to our solutions for new product offerings and the expansion of their existing product offerings. 'Tell us what you need, let us design and implement' an innovative way to facilitate growth in volume and revenue."

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases    ☐ Events
☐ Presentations    ☐ SEC Filings
☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |


Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ✕  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 181 of 350

Powered By Q4 Inc. 5.29.0.2

 Pareteum

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

PRESS RELEASE DETAILS

View All News

## Pareteum Awarded $4 Million Contract by Tier 1 Asia-Pacific Network Operator

July 16, 2018

*PARETEUM AWARDED $4 MILLION CONTRACT BY TIER 1 ASIA-PACIFIC NETWORK OPERATOR*

*GLOBAL CLOUD PLATFORM'S RECENTLY LAUNCHED SELF SERVICE PORTAL TO SUPPORT MOBILE MESSAGING SERVICES*

**NEW YORK, NEW YORK – PRNewswire – July 16, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that it has signed a $4 million 3-year agreement with a major Tier 1 Service Provider operating in the Asia-Pacific region.

Our new customer serves approximately 30% of Asia's internet traffic, and, will now use Pareteum's Global Cloud Software Solutions through a self-service onboarding and subscriber life cycle management portal. The new TEUM portal provides a fully integrated, single view, subscriber and administrative applications access, facilitating management of multiple services used by our customer in supporting their customers and growing their revenue streams. The cloud delivered software platform tracks authorized users, customer credit limits, and, applies, in real-time, those policies to individual services and subscribers.

Vic Bozzo, CEO of Pareteum commented, "Emerging markets need simplified solutions to increase speed to launch and revenue growth. Pareteum's goal to provide a single solution that manages everything a provider needs to support its subscribers is being recognized as more companies choose the Pareteum solution to stimulate growth."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Pareteum's innovative approach to our software API's and services define great customer services and value provided. Exemplary customer services, and, Pareteum's relentless growth, through the success of our customers, consumes us daily. Now, with Artilium and IDM to soon join us, **we are on fire**!"

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum's award winning mobile enablement solutions to energize their growth and profitability through Global Cloud Software and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 183 of 350

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 184 of 350



Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $10 Million Contract from Asian Mobile and Cryptocurrency Enterprise

July 18, 2018

*PARETEUM AWARDED $10 MILLION CONTRACT FROM ASIAN MOBILE AND CRYPTOCURRENCY ENTERPRISE*

*UTILIZING PARETEUM'S INSIGHTS ENGINE TO INCREASE SUBSCRIBER BASE*

**NEW YORK, NEW YORK – PRNewswire – July 18, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that an established provider of multi-level marketing plans has chosen the Pareteum Global Cloud Service Platform to extend their connectivity options.

Pareteum's Global Cloud Service Platform (GCSP), paired with its Insights Engine and Ethereum Blockchain application capabilities, will enable our newest customer to expand their services and reach larger target audiences. Our customer currently offers multi-level marketing and advertising-sponsored mobile services to subscribers. Those subscribers receive remuneration in the form of cryptocurrency settlements that can be applied toward the purchase of added connectivity and usage for their devices. Pareteum's Insights Engine will collect, analyze, and, via Predictive Analytics, deliver actionable intelligence and reports to more effectively target new subscribers. Pareteum's GCSP will also provide software services to meter, rate, provision new customers, deliver bills, and collect payments, as an integrated solution for our customer's business operations.

"This established Currency Settlement Provider has chosen Pareteum because of our ability to deliver a solution that will enable them to expand their marketing operations and customer base, without a large cash investment. Utilizing Pareteum's Insights Engine in conjunction with our GCSP will allow the customer to manage all their service offerings from a single point of delivery," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, said, "Pareteum consistently executes on promises made by simply doing what we said we would do. Our new client will now use our artificial intelligent Insights Engine, along with our advanced, software based, computer API applications, for payment services that utilize blockchain, as well as digital payments and settlements. This leading-edge software solution, tailored for the specific uses of our client, means trustful and secure payment system transactions among advertisers, subscribers and our client. We are very pleased to bring reality to trends and concepts for our clients. We see many more steps ahead, and we are expecting to execute 'BIG and Globally' for all who need this software solution and our API's!"

**About Pareteum Corporation:**

The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum's award winning mobile enablement solutions to energize their growth and profitability through Global Cloud Software and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise

and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  y  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 188 of 350



**Your Experiences**   **Platform**   **Products**   **Customer Stories**   **Investors**

**News**   **About**

**PRESS RELEASE DETAILS**

( View All News )

## Pareteum Signs $2 Million Agreement with US Wireless Internet Services Provider

July 19, 2018

*PARETEUM SIGNS $2 MILLION AGREEMENT WITH US WIRELESS INTERNET SERVICES PROVIDER*

*RURAL OPERATOR EXPANDS CELLULAR AND BROADBAND MOBILITY OFFERINGS WITH 3 YEAR CONTRACT*

**NEW YORK, NEW YORK – PRNewswire – July 19, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a rural U.S. provider of wireless internet services (WISP) has awarded Pareteum a 3-year $2 million agreement for its mobility enablement software services provided through TEUM's Global Cloud Services Platform (GCSP).

The agreement provides this customer with new software capabilities for mobility services to offer their enterprise customers, expanding beyond Wireless ISP (WISP) services into smartphone and mobile services. These new capabilities, provided to our customer from Pareteum's software based cloud, open new markets throughout U.S. and internationally. With a broader range of mobile service solutions, including global wireless broadband, SMS, and voice calling, our customer has a new business and profit model as compared to its historic role as a turnkey wireless solutions reseller. End-retail customers will benefit from the variety of packages that can now be tailored to suit their needs and usage, at rates that are substantially lowered.

"Pareteum's easy-to-adapt solution showcases the strength of our cloud platform to service customers anywhere and everywhere with a single ubiquitous platform. With ease of use and support from the TEUM, we are continuously opening new revenue streams for our clients and therefore us," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Our newest client represents another step in achieving Pareteum's global aim of delivering software that enables affordable open mobility and open applications for everyone in the world. We are pleased to empower our client with the Pareteum world-class software cloud platform solution, as we expand further, serving more and more connections (people and devices) globally."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing global Cloud Communications Platform company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's leading global Cloud software, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-

looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases     ☐ Events

☐ Presentations     ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**   **Platform**   **Products**   **Customer Stories**   **Investors**

**News**   **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $5 Million Contract from Singapore-Based Mobile Solutions Company

July 24, 2018

*PARETEUM AWARDED $5 MILLION CONTRACT FROM SINGAPORE-BASED MOBILE SOLUTIONS COMPANY*

*ENABLING MOBILITY AND E-COMMERCE VIA ONE INTEGRATED SOFTWARE APPLICATIONS VIEW*

**NEW YORK, NEW YORK – PRNewswire – July 24, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a Singapore-based provider of worldwide concierge and travel solutions has signed a 3-year $5 million agreement to utilize Pareteum's Global Cloud Services Platform. Through the Pareteum enabling software and mobility platform, our new customer will expand its existing partnerships with Asian airports that facilitate mobile services to enterprise customers.

Pareteum's Global Cloud Services Platform (GCSP) solution provides our newest client one fully integrated software applications view, and, will manage their enterprise customers' requirements as they travel and communicate from virtually anywhere, globally. Pareteum, and its award-winning software enablement cloud, were selected by this Singapore customer because of the multiple applications available through a single view interface, which includes end-to-end service, our competitive pricing, platform flexibility, service management and fulfillment capabilities. The service offerings will be monitored, metered, rated, and billed via Pareteum's GCSP. Additionally, Pareteum's e-commerce and self-care solutions will produce the ultimate flexibility for the end user, as well as access to worldwide WIFI options, providing a wider reach in connectivity.

"Pareteum's growth throughout Asia is encouraging. The market potential in the Asian region is exponential and Pareteum aims to claim the large majority of that market, one satisfied client at a time," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, said, "Pareteum's growth has been and will continue to reflect our story of disruption and innovation, bringing choice and flexible solutions for our clients. It is from the TEUM's efforts, expended daily, that we are reaping the business results, and proving the points of our company's attractiveness, both to current and prospective customers and investors. This newest client exemplifies another step in our growth as a company, which is rapidly defining Pareteum as the go to Super API and Global Cloud Software Mobility Enabler, virtually on demand!"

**About Pareteum:**
The mission of Pareteum Corporation (NYSE American: TEUM) is to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's award winning software, developed and enhanced for many years. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases       ☐ Events

☐ Presentations        ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3 Million 5-Year Contract in North Africa

July 25, 2018

*PARETEUM AWARDED $3 MILLION 5-YEAR CONTRACT IN NORTH AFRICA*

*CLOUD MOBILITY ENABLEMENT EXPANDS OPERATOR'S MARKETS AND SERVICES OFFERINGS*

**NEW YORK, NEW YORK – PRNewswire – July 25, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that it has signed a $3 million 5-year agreement to provide its Managed Service Platform (MSP) to a North-African based MVNE provider.

Pareteum's Managed Services Platform provides the client with a fully-integrated software solution, delivering multi-country branded services, digital applications, data services and traditional mobile services for its end-users. Pareteum's software API based mobility enablement cloud, with global connectivity, facilitates expansion into adjacent countries, with a focus on French-speaking countries in Africa and the Middle East.

Vic Bozzo, CEO of Pareteum, stated, "Pareteum is pleased to empower this client with our MSP platform. As the digital economy takes over, the African and Middle East regions are rapidly growing in connections and show a lot of interest in software solutions for their expanding needs. Pareteum is a key partner in this wave of connectivity, bringing the best services, at faster speeds, via safe and secure APIs, to these flourishing markets."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Pareteum's continued extension of our mission is best represented with this newest customer. We seek to create geographical freedom for our users, with a platform that provides a flexible solution, without heavy capital investment in infrastructure, generating opportunities for all. The combined effectiveness of our software solutions will bring forth a new era of innovation, unlocking the limitless potential of clients with our software services!"

**About Pareteum:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing global Cloud Communications Platform company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading global Cloud software, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded New $3.5 Million 3-Year Contract Extension in Brazil

July 26, 2018

*PARETEUM AWARDED NEW $3.5 MILLION 3-YEAR CONTRACT EXTENSION IN BRAZIL*

*PARETEUM'S GLOBAL CLOUD EXPANDS CONNECTIVITY FOR TRAVEL SIM PROVIDER*

**NEW YORK, NEW YORK – PRNewswire – July 26, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today its existing customer, a Brazilian-based Mobile Service Provider, has chosen Pareteum's Global Cloud Solution Platform (GCSP) to empower their expanding global offering.

Pareteum's Global Cloud Solutions Platform provides our client an integrated software application view for safely and securely managing their global traveler customers. The Brazilian-based company will now use Pareteum's GCSP to provide mobile airtime connectivity, specifically designed for their customers' use when traveling to the United States. Pareteum's Insights Engine will provide metrics and data as customer preferences are identified, designing new product offerings, based off that information. End-customers will recognize higher-value local connectivity options provided at lower costs, as opposed to standard international roaming fees.

Vic Bozzo, CEO of Pareteum, stated, "Pareteum's customers continue to re-invent their business model based on the profitability from our Platform Solution. Recognizing customer needs and rising to the challenge of meeting those needs is a role Pareteum heartily embraces."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Buying more services from us is the very best testament to customer service received and value derived. As our customers succeed it is a true sign that we together have chosen well. Pareteum is creating, designing, and building software solutions in our enablement cloud to meet the current and ever-growing demands of the marketplace. It is during this process that we are helping our customers write their success stories with **relentless forward motion**."

**About Pareteum:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing global Cloud Communications Platform company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers). All of the relevant customer acquired value is derived from Pareteum's leading global Cloud software, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $5.5 Million 3-Year Agreement in United Kingdom

July 31, 2018

*PARETEUM AWARDED $5.5 MILLION 3-YEAR AGREEMENT IN UNITED KINGDOM*

*E-COMMERCE ENABLEMENT CLOUD PLATFORM PROVIDES NEW PAYMENT OPTIONS*

**NEW YORK, NEW YORK – PRNewswire – July 31, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that an established e-commerce solution company based in the U.K. has awarded Pareteum a 3-year agreement for $5.5 million. Pareteum's Global Software Defined Cloud (GSDC) Platform includes an e-commerce software enablement solution with the ability to incorporate multiple products, currency denominations, and, a multi-level commission structure for agents, sub-agents and retailers.

Pareteum's GSDC introduces a new e-voucher system into the client's billing platform to provide flexibility in payment options and, now, providing transactions processing for multiple currencies in a variety of countries. The multi-tiers of reporting and commission rating, made accessible through the software and Super APIs within the Pareteum platform, launch the provider into a new demographic segment and enhances services available to its current customers.

"This sale is a result of the hard work of our talented sales executives, and, the delivery of simplicity that only the Pareteum Global Software Defined Cloud offers. These new capabilities will facilitate the connection of thousands of subscribers every month on Pareteum's Global Cloud Platform with interfaces and bundled connections from all over the world," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, stated, "Pareteum is pleased to assist our client's growth with our Global Enablement Cloud and software services. We share a common vision of connecting any device, any network, anywhere, and, we will arm all of those who stand with us, with the best software, applications, solutions and services in the industry. Pareteum will continue to deliver connectivity and solutions for all!"

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases          ☐ Events

☐ Presentations            ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕥  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3 Million Agreement from US Service Provider

August 01, 2018

*PARETEUM AWARDED $3 MILLION AGREEMENT FROM US SERVICE PROVIDER*

*CLOUD MOBILITY SERVICES ADD NEW REVENUES*

**NEW YORK, NEW YORK – PRNewswire – August 1, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that it has signed a $3 million 3-year contract with a U.S. service provider to enable the delivery of mobility services for their consumer and enterprise customers. The Pareteum Global Software Defined Cloud (GSDC) will empower them with software defined mobile connectivity for roaming, airtime, voice, SMS, and data services.

Our new client says it is "time for telecom to change". They selected Pareteum to access the super API software-enablement solutions delivered by the GSDC and to eliminate the commercial and technical barriers to open mobility, applications and global connectivity. Super API speeds the integration of multiple applications including mobile data, voice, SMS, and VOIP services, bundled by our client for resale to their enterprise and consumer customers. Their subscribers will now benefit from global connectivity access through affordable bundled service packages, tailored for their evolving demands by our Predictive Analytics and Insights Engine.

Vic Bozzo, CEO of Pareteum commented, "Pareteum's status as the all-in-one software merge of mobile and applications continues to disrupt the market. In the age of the digital economy evolution, our software is built for the future."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "We agree with our new client that it is 'time for telecom to change'. Pareteum's GSDC was developed to power the world's most demanding applications through its software and APIs. By shifting decisions regarding services to the user, we are making material strides in our vision of global open mobility and applications. It is our goal of democratizing the use of communications infrastructure with virtualized voice, text and chat, that drives us forward. Pareteum is enabling innovators across multiple industries by embedding communications as a part of every software developer's toolkit and improving how companies engage with their customers. This simply means providing safe, secure, and high-quality data applications, streaming content, and mobility services to everyone, shifting services control to the user. By providing these previously unattainable service levels and business models, Pareteum is also opening new opportunities for economic development."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH   Document 143-4   Filed 04/24/20   Page 206 of 350

 **Pareteum**

Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Attains $300 Million Milestone in 36-Month Contractual Revenue Backlog

August 02, 2018

*PARETEUM ATTAINS $300 MILLION MILESTONE IN 36-MONTH CONTRACTUAL REVENUE BACKLOG*

**NEW YORK, NEW YORK – PRNewswire – August 2, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that its current 36-Month Contractual Revenue Backlog (36MCRB) has grown to an astonishing $301 Million. Pareteum has added $46 Million to its 36MCRB with ten (10) new customer agreements the last 36 days. Achieving this tremendous milestone represents a 393% increase from a year earlier, when in July 2017, our 36MCRB was $61 million.

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum stated, "Our customers are telling us that 'telecom needs to change'. We have been listening. We are 'software', and, that is what has changed, and will even more disruptively continue to change how we receive content and communicate. Pareteum, and, its Global Software Defined Cloud, have made dramatic leaps forward in fulfilling our vision of software-driven open mobility and applications that make our customers happy. The evidence is clear in the number of new contracts being signed and the rate at which customers are subscribing to our software services. This latest triumph delivers on what we said we would do, and the results show it. We are a force to be reckoned with. Our momentum will not stop here: our vision to provide connectivity for *Any Device, Any Network, Anywhere*™, continues to disrupt the industry. **We are on a torrid sales pace and we are On Fire with relentless forward motion and passion** for customers and meeting their global service needs."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning

certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual revenue backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
| --- | --- | --- | --- | --- |
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 208 of 350

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 209 of 350

 **Pareteum**

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

PRESS RELEASE DETAILS

View All News

## Pareteum Awarded $4 Million 3-Year Agreement by Internet of Things Provider

August 02, 2018

*PARETEUM AWARDED $4 MILLION 3-YEAR AGREEMENT BY INTERNET OF THINGS PROVIDER*

*GLOBAL SOFTWARE DEFINED CLOUD ENABLES EUROPEAN MARKETS WITH SUPER APIS*

**NEW YORK, NEW YORK – PRNewswire – August 2, 2018 – Pareteum Corporation (NYSE American: TEUM), (“Pareteum” or the “Company”)**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that an EMEA (Europe Middle East and Africa) based IoT (Internet of Things) provider has chosen Pareteum's Global Software Defined Cloud (GSDC) and software APIs to expand enterprise software application solutions around the world with a $4 Million contract.

Our new client serves IoT Developers, Smart Cities, Automobile Manufacturers and Systems Integrators. In this new 3-year agreement, their enterprise customers will work to extend their applications and solutions to new markets worldwide, powered by Pareteum's Global Enablement Cloud and software APIs.

“Once again Pareteum is chosen because of the attractiveness of our services. Pareteum is continuously being recognized as a strong competitor in the industry and potential customers are rewarding us with new and often extended agreements,” commented Pareteum CEO, Vic Bozzo.

Hal Turner, Executive Chairman and Principal Executive Officer at Pareteum stated, “Our TEUM recognizes the needs of the industry. We have looked ahead to understand what those client needs require, now, and well into the future. We have responded with software, Super APIs, an enabling cloud with global programmable connectivity, all tailored to the growing and complex Internet of Things (IoT) market. Fueled by analytics and insights, protected by blockchain enabled security, Pareteum's arsenal of software solutions and applications is strengthened by our determination to design and build software to suit the needs of our clients and their customers.”

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect “every person and everything.” Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute “forward-looking statements” within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain

risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 211 of 350



**Pareteum**

Your Experiences     Platform     Products     Customer Stories     Investors

News     About

PRESS RELEASE DETAILS

View All News

## Pareteum Announces Record Second Quarter 2018 Results

August 06, 2018

*PARETEUM ANNOUNCES RECORD SECOND QUARTER 2018 RESULTS*

- *REVENUES OF $6 MILLION, UP 85% YEAR-OVER-YEAR*

- *NET INCOME OF $1,656,338 OR EPS OF $0.03 PER SHARE*

- *EBITDA OF $597,263*

- *CONNECTIONS, A LEAD INDICATOR OF REVENUE, INCREASED 225% OVER THE SECOND QUARTER OF 2017 AND 23% INCREASE OVER THE FIRST QUARTER OF 2018*

- *RAISED 2018 OUTLOOK TO > 80% REVENUE GROWTH*

- *OPERATING CASH FLOW NET OF RESTRUCTURING AND ACQUISITION RELATED EXPENDITURES OF $565K FOR THE SIX MONTHS ENDED JUNE 30, 2018*

- *DOLLAR BASED NET EXPANSION RATE OF 161% FOR CUSTOMERS ADDED SINCE 2017*

**NEW YORK, NEW YORK – PRNewswire – August 6, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today its operating and financial results for the second quarter ended June 30, 2018.

| ($000's) | | Sequential Quarterly Key Metrics | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q2 2017 | | Q3 2017 | | Q4 2017 | | Q1 2018 | | Q2 2018 | |
| REVENUE | 3,239 | | 3,499 | | 4,015 | | 4,113 | | 6,003 | |
| YEAR-OVER-YEAR REVENUE GROWTH | (28) | (1%) | 328 | 10% | 870 | 28% | 1,318 | 47% | 2,764 | 85% |
| GROSS MARGIN | 2,293 | 71% | 2,707 | 77% | 2,910 | 73% | 2,918 | 71% | 4,223 | 70% |
| ADJUSTED EBITDA | 463 | | 603 | | 708 | | 283 | | 1,297 | |
| EBITDA | (301) | | (35) | | (2,733) | | (869) | | 597 | |
| CASH BALANCE | 742 | | 700 | | 13,538 | | 15,759 | | 19,205 | |
| 36 MONTH CONTRACTUAL REVENUE BACKLOG | 60,000 | | 94,000 | | 147,000 | | 200,000 | | 276,000 | |

**Key Financial Highlights for Second Quarter 2018 Year over Year:**

- Revenues increased by 85% to $6 million
- Net Income of $1.7 million versus net loss of ($1.3 million) in the second quarter of 2017
- EBITDA improved by over $898K, or 298%, to $597,263
- Adjusted EBITDA improved by over $834K, or 180%, to $1.3 million
- Operating loss reduced by $776K, or 66%, to $397K
- Increase in total assets from $11.6 million to $33.1 million
- Cash balance of $19.2 million
- Operating cash flow adjusted for restructuring and acquisition related costs of $565 for the six months ended June 30, 2018
- Initiated reporting on dollar based expansion rate where customers of record in 2017 have grown their revenue dollar spending by 161% in Q2 vs Q1

**Key Business Highlights for Second Quarter 2018:**

- Awarded 13 contracts aggregating to $55 million in total contract value, which added $55 million to 36-month Contractual Revenue Backlog
- Increased 36-month Contractual Revenue Backlog from $200 million at End of the first quarter of 2018 to $276 million; includes $21 million incremental from existing contracts
- Contractual Revenue Backlog conversion rate at 106%
- Ended the second quarter of 2018 with 2,713,600 Connections, an increase of 225% over the end of the second quarter of 2017 and 23% higher than the first quarter of 2018

"The quarter ended June 30, 2018, marks the achievement of materially significant milestones for Pareteum as it continues to evolve into a high-growth, software-based, enabling cloud services company. Our results include attainment of positive Net Income and positive EBITDA for the first time in Company history. Surpassing $6 million in revenues in the second quarter demonstrates the efficiency of our employees in converting our Contract Revenue Backlog into revenue. Today we operate with our Global Enablement Cloud, fueled by the award winning, and, customer affirmed, software applications, solutions and application programming interfaces (APIs). It is this combination that is making our services and software the developer community's first choice for connectivity and communications. We generated positive EBITDA and Net Income, validating the efficient scalability of our business. We are continuing to grow our revenues, clearly seen in our results as we are driving financial performance and cash to the bottom line. Key performance indicators of Connections, Contract Revenue Backlog conversion, Connection values, revenue-per-employee and churn continue to all move in the right direction and give us confidence in our overall strategy and business execution. Our TEUM remains laser focused on converting backlog to revenue, servicing our clients, selling into new geographical markets and creating shareholder value," said Hal Turner, Pareteum's Founder, Executive Chairman and Principal Executive Officer.

**Update on Proposed Artilium Acquisition:**

The acquisition, announced on June 7, 2018, has been approved by the Pareteum Board of Directors and all of the independent Artilium Directors. The definitive proxy was filed with the U.S. Securities and Exchange Commission on August 3, 2018, and includes the following summary of Financial Projections with respect to Pareteum on a standalone basis:

**Pareteum Financial Projections**
**For the Years Ended December 31**

| | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|
| | (USD in millions) | | | | |
| Revenue | 24.0 | 43.3 | 65.3 | 91.4 | 123.3 |
| Adjusted EBITDA | 4.8 | 13.0 | 21.1 | 32.3 | 43.6 |
| Pareteum (Standalone Basis) Unlevered Free Cash Flow | (4.0)(1) | 2.8 | 5.1 | 11.3 | 17.0 |

The following table presents a summary of Financial Projections with respect to Artilium, also on a standalone basis:

**Artilium Financial Projections**
**For the Years Ended December 31**

| | PF 2017 (1) | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|
| | | (USD in millions) | | | | |
| Revenue | 23.6 | 25.0 | 31.6 | 39.4 | 46.2 | 51.9 |
| Adjusted EBITDA | 1.3 | 2.3 | 4.2 | 6.9 | 9.8 | 12.3 |
| Artilium (Standalone Basis) Unlevered Free Cash Flow | | (2.0)(2) | 3.5 | 2.6 | 4.9 | 6.3 |

The following table presents a summary of Proforma Combined Financial Projections with of Pareteum and Artilium:

**Combined Financial Projections**
**For the Years Ended December 31**

| | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| | (USD in millions) | | | |
| Revenue | 74.9 | 104.6 | 137.5 | 175.2 |
| Adjusted EBITDA | 17.2 | 28.0 | 42.1 | 55.9 |

The transaction remains on schedule and is expected to close in or around the end of September 2018, subject to the satisfaction of certain conditions including approval by Pareteum's stockholders of the issuance of shares of common stock in connection with the acquisition and approval by Artilium's shareholders of the Scheme of Arrangement transaction under English law.

An updated investor presentation relating to the transaction will also shortly be uploaded to Pareteum's website at www.pareteum.com/investors

**Raised 2018 Outlook to > 80% Revenue Growth 2018 Outlook:**

Based on our 36-month Contractual Revenue Backlog of $276 million, as of June 30, 2018, and 2,713,600 connections, we have raised our 2018 outlook. The Company now expects 2018 revenue growth greater than 80% over 2017, up from the previous provided guidance of 70%. Also, with its current cost structures, Pareteum expects positive EBITDA and cash from continuing operations for the full year 2018. As we convert Contractual Revenue Backlog to Connections, our revenue will increase and for every incremental dollar of revenue, we expect contribution to our bottom line. Our target gross margins are in the range of 70-75%.

**Highlight Key Performance Indicators and Trends (as of June 30, 2018):**

As of the end of the second quarter of 2018, the Company has a 36-month Contractual Revenue Backlog of $276 million. Pareteum's sales culture led by Chief Revenue Officer, Rob Mumby, continues to excel in entering new geographies and further penetrating new and existing target markets. Our sales executives were recruited because of their deep domain expertise and existing relationships with targeted customers and segments. Our software and solutions deliver great value, including creating new sources of revenue and expense reduction for our clients. We are increasingly receiving more inbound requests expanding our market opportunities. Strategic partnerships are driving more sales as proven out by the sales synergies with Artilium, which was initially an alliance and led to a strategic acquisition. The markets for our software enablement services are growing dramatically, and we have a revolutionary industry disrupter with our cloud software solutions.

Connections of 2,713,600, are up from 2,220,000 at the end of the first quarter of 2018 and 1,310,000 at the end of the year 2017; an increase of 23% over the end of the first quarter 2018, and a significant 225% increase over the end of the second quarter 2017.

Pareteum's Contractual Revenue Backlog conversion rate to revenue stood at 106%. While our experience so far has us converting at greater than 100%, we note that there may always be situations where a customer delays, or doesn't onboard the number of connections initially ordered, or even goes out of business. This de-risking is highlighted in the revenue outlook we have provided and is generally less than the 100% conversion rate.



Lifetime connection value of $312 is up from $277 for the first quarter of 2018 and $190 at the end of the second quarter 2017; this shows an increase of 64% versus the end of the second quarter of 2017 and 13% over the sequential first quarter of 2018.

Average annualized revenue-per-employee of $377,000, is up from $256,000 at the end of the first quarter of 2018 and $212,000 at the end of the second quarter of 2017; increased 78% versus the end of the second quarter of 2017 and 47% from the sequential first quarter of 2018; increased 702% versus the end of the fourth quarter of 2015. Software-as-a-service (SaaS) companies typically average $225,000 per employee per year. Upon closing the Artilium acquisition, Pareteum would have a combined head count of approximately 150 and fully expects to continue to exceed the $300,000 per employee per year, which is well above the industry average.



Connection Churn by month stood at an average of 0.14% for the second quarter 2018, down from 0.21% at the end of the first quarter of 2018; reducing 33% versus the end of the first quarter of 2018.

**Financial Results for the Second Quarter Ended June 30, 2018:**

Revenue for the second quarter ended June 30, 2018 was $6 million, an increase of $2.8 million or 85%, compared to $3.2 million for the second quarter ended June 30, 2017. This increase was attributable mainly due to the services deployment of signed sales contracts into billable revenues (Backlog conversion) and growth in volumes of connections



from our existing and growing customer base; in addition to revenues from our Managed Services Platform (MSP), we benefited from Global Cloud Services (GCSP) and Application Exchange Platform (TEAX) revenues coming into service.

With GCSP and TEAX playing an increasingly predominant role in our growth, Global Cloud Services revenue represented 21% of total revenue in the second quarter of 2018, showing the acceptance of our new product offerings.

It is also significant that "Connections" (our term representing devices, subscribers and their variable usage), which are a lead indicator of revenue, rose to 2,713,600 as of June 30, 2018. These connections represent growth of 225% versus the end of the second quarter 2017 and 23% from the sequential first quarter of 2018.

Interest expense for the three months ending June 30, 2018 and 2017 were $99,708 and $406,041, respectively, a decrease of $306,333 or 75%. This decrease in interest expense is relating to debt repayment.

Gross profit for the three months ending June 30, 2018 was $4.2 million, resulting in a gross margin of 70.4%, compared to $2.3 million and 70.8% for the three months ending June 30, 2017.

Product development expenses for the three months ended June 30, 2018 and 2017 were $753,931 and $273,512, respectively, an increase of $480,419 or 176%. Product Development costs consists primarily of salaries and related expenses, including share-based expenses of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum B/OSS, Core Server and SuperAPI development and testing are included in this function.

Sales and Marketing expenses for the three months ended June 30, 2018 and 2017 were $652,442 and $370,795, respectively, an increase of $281,647 or 76%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

General and Administrative expenses for the three months ended June 30, 2018 and 2017 were $2,214,070 and $1,490,838 million, respectively, an increase of $723,232 or 49%.

EBITDA for the three months ended June 30, 2018, was $597K, an improvement of $898K or 298%, compared to EBITDA loss of ($301K) for the same period in 2017.

Adjusted EBITDA for the three months ended June 30, 2018, was $1.3 million, an improvement of $834K or 180%, compared to $463K for the same period in 2017.

Operating loss for the three months ended June 30, 2018, was $397K an improvement of $776K, or 66%, compared to a loss of $1.2 million for the same period in 2017.

Restructuring charges for the three months ended June 30, 2018 and 2017 were $5,592 and $458,877, a decrease of $453,285 or 99%.

Of note, the following were non-cash expenses associated with the three months ended June 30, 2018 and 2017. We recognized share-based compensation expense of $694K and $305K, respectively, an increase of $389K or 128%. Depreciation and amortization expenses for the three-month period ended June 30, 2018 was $994,318, an increase of $121,625 or 14%, compared to $872,693 for the same period in 2017. Changes in derivative liabilities for the three-month period ended June 30, 2018 was a reduction of expense of $313,733, an increase of $313,733, compared to $0 for the same period in 2017. This is due to the removal of the derivative liabilities on June 29, 2018.

Net income for the three months ended June 30, 2018, was $1.7 million, an improvement of $3 million as compared to a net loss of ($1.3) million, for the same period in 2017. We note that this is the first time in the company's history we have achieved Net Income in a quarter. The improvement in net income was primarily due increasing contribution margins, the changes in derivative liabilities and the reversal of prior period costs resulting in a reduction in other expenses. The resulting EPS for the three months period ended June 30, 2018 was $0.03, as compared to the loss of ($0.10) for the same period in 2017.

At June 30, 2018, Pareteum had $19.2 million of cash, $0 senior secured debt and 55.7 million shares issued and outstanding. Cash used in operations was $952K, however adjusting for restructuring and acquisition expenditures we generated $565K from operations.

**Financial Results for the Six Months Ended June 30, 2018:**
Revenue for the six months ended June 30, 2018 was $10.1 million, an increase of $4.1 million or 68%, compared to $6 million for the six months ended June 30, 2017. This increase was attributable mainly due to the services deployment of signed sales contracts into billable revenues (Backlog conversion) and growth in volumes of connections from our existing and growing customer base; in addition to revenues from our Managed Services Platform (MSP), we benefited from Global Cloud Services (GCSP) and Application Exchange Platform (TEAX) revenues coming into service.

Interest expense for the six months ending June 30, 2018 and 2017 were $163,467 and $923,184, respectively, a decrease of $759,717 or 82%. This decrease in interest expense is relating to debt repayment.

Gross profit for the six months ending June 30, 2018 was $7.1 million, resulting in a gross margin of 70.6%, compared to $4.2 million and 70.4% for the six months ending June 30, 2017.

Product development expenses for the six months ended June 30, 2018 and 2017 were $1,480,776 and $558,206, respectively, an increase of $922,570 or 165%.

Sales and Marketing expenses for the six months ended June 30, 2018 and 2017 were $1,341,440 and $690,282, respectively, an increase of $651,158 or 94%.

General and Administrative expenses for the six months ended June 30, 2018 and 2017 were $4,510,922 and $3,856,226, respectively, an increase of $654,696 or 17%.

EBITDA for the six months ended June 30, 2018, was a loss of $271,000, an improvement of $1.2 million or 81%, compared to EBITDA loss of $1.4 million for the same period in 2017.

Adjusted EBITDA for the six months ended June 30, 2018, was $1.6 million, an improvement of $1.3 million or 490%, compared to $265K for the same period in 2017.

Operating loss for the six months ended June 30, 2018, was $2.2 million an improvement of $932K, or 29%, compared to a loss of $3.2 million for the same period in 2017.

Restructuring charges for the six months ended June 30, 2018 and 2017 were $79,193 and $588,106, a decrease of $508,913 or 87%.

Of note, the following were non-cash expenses associated with the six months ended June 30, 2018 and 2017. We recognized share-based compensation expense of $1.8 million and $1.1 million, respectively, an increase of $0.7 million or 64%. Depreciation and amortization expenses for the six-month period ended June 30, 2018 was $2 million, an increase of $243K or 14%, compared to $1.7 million for the same period in 2017. Changes in derivative liabilities for the six-month period ended June 30, 2018 was $0 compared to a gain of $1.9 million for the same period in 2017.

Net loss for the six months ended June 30, 2018, was $452K, an improvement of $875K as compared to a net loss of $2.6 million, for the same period in 2017. The resulting EPS for the six months period ended June 30, 2018 was ($0.01), as compared to the loss of ($0.24) for the same period in 2017.

Cash used in operations for the six months ended June 30, 2018 was $952K, however adjusting for restructuring and acquisition expenditures we generated $565k from operations excluding expenditures for restructuring and acquisition.

**Conference Call Information:**

Date: Monday, August 6, 2018
Time: 4:30 PM ET
Conference ID: 6688675
Domestic Dial-in Number: 1-800-289-0438
International Dial-in Number: 1-323-794-2423
U.K. Toll Free: 0800 358 6377
Live webcast: http://public.viavid.com/index.php?id=130594

All interested participants should dial in approximately 5 to 10 minutes prior to the 4:30 PM ET conference call and an operator will register your name and organization.

A replay of the call will be available approximately one hour after the end of the call through August 6, 2019, and can be accessed at: http://public.viavid.com/index.php?id=130594

**UK Takeover Code Notice:**
The Adjusted EBITDA projections for Pareteum and Artilium included in this announcement technically constitute "profit forecasts" for the purposes of Rule 28 of the UK City Code on Takeovers and Mergers (the "Code") and accordingly either (as relevant) (a) have been reported on by Squar Milner LLP ("Squar Milner") and Jefferies International Limited ("Jefferies") or (b) are subject to "directors' confirmations" by the directors of Pareteum/Artilium pursuant to Rule 28.1(c)(i) of the Code. The reports by Squar Milner and Jefferies and directors' confirmations (as relevant) are available in an announcement released to the London Stock Exchange on 6 August 2018 and will shortly be uploaded to Pareteum's website at www.pareteum.com/investors

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36 month snapshot view monthly, and, is generated by

each of the Company's Managed Services, Global Mobility Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Discussion of Non-GAAP Financial Measures:**

Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" (3) Cash from operating activities excluding expenditures from restructuring and acquisitions and (4) Contract Revenue Backlog enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum 's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**EBITDA and Adjusted EBITDA Definition:**

"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock based compensation, restructuring charges, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2017 and 2018.

**Cash from operating activities excluding expenditures from restructuring and acquisitions:**

Cash from operating activities excluding expenditures from restructuring and acquisitions is a Non-GAAP measure defined as cash flows from operating activities as adjusted for adjustments to deferred revenues, net billings in excess of revenues, restructuring costs primarily from prior periods and acquisition costs.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

**PARETEUM CORPORATION AND SUBSIDIARIES**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS**
(In thousands except for per share amounts)

| | Three Month Period Ended | | (YtD) Six Month Period Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2017 | June 30, 2018 | June 30, 2017 |
| REVENUES | 6,003 | 3,239 | 10,116 | 6,034 |
| COST AND OPERATING EXPENSES | | | | |
| Cost of revenues | 1,780 | 946 | 2,974 | 1,788 |
| Product development | 754 | 274 | 1,481 | 558 |
| Sales and marketing | 652 | 371 | 1,341 | 690 |
| General and administrative | 2,214 | 1,491 | 4,511 | 3,856 |
| Restructuring charges | 6 | 459 | 79 | 588 |
| Depreciation and amortization | 994 | 873 | 1,960 | 1,716 |
| Total cost and operating expenses | 6,400 | 4,412 | 12,346 | 9,197 |
| INCOME/LOSS FROM OPERATIONS | (397) | (1,173) | (2,231) | (3,163) |
| Total other income (expense) | 2,072 | (237) | 1,771 | 460 |
| INCOME/LOSS BEFORE PROVISION FOR INCOME TAXES | 1,675 | (1,411) | (459) | (2,702) |
| Provision for income taxes | 19 | (68) | 18 | (66) |
| NET INCOME/LOSS | 1,656 | (1,343) | (478) | (2,636) |
| OTHER COMPREHENSIVE INCOME/LOSS | | | | |
| Foreign currency translation (loss) gain | (79) | 16 | 25 | (11) |
| COMPREHENSIVE INCOME/LOSS | 1,577 | (1,327) | (452) | (2,647) |
| Net income/loss per common share - basic | 0.03 | (0.10) | (0.01) | (0.24) |
| Net income/loss per common share - diluted | 0.03 | (0.10) | (0.01) | (0.24) |
| Weighted average shares - basic | 53,348,376 | 12,910,929 | 51,714,482 | 11,132,580 |
| Weighted average shares - diluted | 64,741,232 | 12,910,929 | 51,714,482 | 11,132,580 |

| Non-GAAP Reconciliation | Three Month Period Ended | | (YtD) Six Month Period Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2018 | June 30, 2017 | June 30, 2018 | June 30, 2017 |
| NET INCOME/LOSS | 1,656 | (1,343) | (478) | (2,636) |
| Total interest and other income (expense) | (2,072) | 237 | (1,771) | (460) |
| Depreciation and amortization | 994 | 873 | 1,960 | 1,716 |
| Provision for income taxes | 19 | (68) | 18 | (66) |
| EBITDA | 597 | (301) | (271) | (1,446) |
| Nonrecurring and restructuring costs | 6 | 459 | 79 | 588 |
| Stock based compensation | 694 | 305 | 1,772 | 1,123 |
| Adjusted EBITDA | 1,297 | 463 | 1,580 | 265 |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 218 of 350

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED COSOLIDATED BALANCE SHEET INFORMATION
(In thousands)

| | June 30, 2018 | June 30, 2017 |
|---|---|---|
| Cash and cash equivalents | 19,205 | 13,538 |
| Restricted cash | 229 | 200 |
| Accounts receivable | 3,853 | 2,058 |
| Prepaid expenses and other current assets | 1,175 | 900 |
| Total current assets | 24,462 | 16,696 |
| Total assets | 33,057 | 25,326 |
| | | |
| Total current liabilities | 6,659 | 7,538 |
| Total liabilities | 7,400 | 9,905 |
| Total stockholders' equity | 25,657 | 15,422 |

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED COSOLIDATED STATEMENT OF CASH FLOWS INFORMATION
(In thousands)

| | For the Six Months Ended | |
|---|---|---|
| | June 30, 2018 | June 30, 2017 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | (952) | (811) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | (1,877) | (333) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 8,484 | 1,385 |
| EFFECT OF EXCHANGE RATES | 42 | (295) |
| NET INCREASE (DECREASE) IN CASH & CASH EQUIVALENTS | 5,697 | (54) |

Non-GAAP OPERATING CASH FLOWS RECONCILIATION

| | | |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | (952) | (811) |
| | | |
| (Increase) decrease in prepaid expenses, deposits & other assets | (351) | 444 |
| Increase (decrease) in Net billings in excess of revenues | 23 | (413) |
| Increase (decrease) in accrued expenses and other payables | (1,188) | (150) |
| | | |
| CASH FLOWS FROM OPERATING ACTIVITIES EXCLUDING EXPENDITURES FOR RESTRUCTURING AND ACQUISITIONS | 564 | (692) |

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 219 of 350

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   y   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences          Platform          Products          Customer Stories          Investors

News          About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $8 Million 3-Year Agreement by US Mobile Marketer

August 07, 2018

*PARETEUM AWARDED $8 MILLION 3-YEAR AGREEMENT BY US MOBILE MARKETER*

*GLOBAL CLOUD ENABLED SUPER API POWERS NEW SERVICES*

**NEW YORK, NEW YORK – PRNewswire – August 7, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a U.S. mobile marketing technology company has signed a 3-year $8 million agreement to utilize Pareteum's Global Software Defined Cloud (GSDC). Through the Pareteum enabling software and mobility platform, our new customer will facilitate mobile services to advertisers, businesses, and service vendors.

Pareteum's GSDC solution will manage our client's network-aware mobile marketing solution. Pareteum's software enablement solutions remove commercial and technical barriers and power our client with innovative solutions, including data rewards, sponsored data advertising and split billing. Through the tailored customer success portal, Pareteum delivers our fully integrated software applications view for all of the operating software. This means our customer's users may benefit from sponsored services and pay less or even enjoy free data consumption services. The simplicity of Pareteum's Super API provides the customer with Predictive Analytics and Machine Learning for greater profitability and effectiveness for their mobile offerings. The service offerings will be monitored, metered, rated, and billed via Pareteum's GSDC.

"As the market demands new interactive software solutions for data consumption, Pareteum intends to be the answer to those needs, empowering clients with our award-winning software platform," commented Vic Bozzo, Chief Executive Officer of Pareteum.

Hal Turner, Pareteum's Executive Chairman and Principal Executive Officer, said, "Pareteum continues to innovate by applying data science and modeling to our Super API. Through our Cloud Enablement software and platform, we are delivering analytics and insights, that are trustfully secured with blockchain technology for the benefit of our customers and their end-users. Applying these powerful solutions to benefit marketers means better value and services to customers, through the power of our cloud and our software… another step toward the vision of 'anytime and anywhere' now coupled with 'and, customized for my needs'."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
917-658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 223 of 350



Your Experiences        Platform        Products        Customer Stories        Investors

News        About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Secures $4 Million Contract with Eastern European-Based Broadband Provider

August 09, 2018

*PARETEUM SECURES $4 MILLION CONTRACT WITH EASTERN EUROPEAN-BASED BROADBAND PROVIDER*

*3-YEAR AGREEMENT ADDING MOBILE SERVICE CONNECTIVITY AND MARKET EXPANSION*

**NEW YORK, NEW YORK – PRNewswire – August 9, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a leading Eastern European-based Enterprise company has selected Pareteum's Global Software Defined Cloud (GSDC) in a 3-year $4 Million Agreement to offer Mobile Communications Services to their existing customer base and expand services across Eastern Europe.

Pareteum's GSDC enables this long-established internet-based broadband service provider (ISP) to expand their current business model to now include Mobile Communications Services via Pareteum's cloud, providing mobility services without deep investment in the underlying cell tower and spectrum infrastructure. Pareteum's Global Software Defined Cloud facilitates subscribers, devices and customer management with our integrated SuperAPI, and provides secure services with innovative authentication-based identity management. Powered by our Insights Engine and Predictive Analytics application, our newest client can now create unique on-demand plans and bundles tailored for their end-customers ranging from high data-only plans to quad play plans (including streaming, gaming and wireless services).

Vic Bozzo, Chief Executive Officer of Pareteum, stated, "Pareteum's single source GSDC solution, with its ease of use and value driven implementation costs, makes the decision to expand an existing revenue base less complex. Improving a company's bottom line through expansion, offering new products and technologies adapted to the customers' needs, is a reality Pareteum is here to deliver."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "We aim to be the market's repetitive choice for providing a high-end super API-driven Global Software Defined Cloud. By empowering enterprise customers with the ability to deliver new services, create new revenues, and operate more efficiently, Pareteum will continue to foster expanded markets, business growth, and new strategies for our customers' competitiveness."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 224 of 350

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email                                    Sign Up

☐ Press Releases          ☐ Events

☐ Presentations            ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 225 of 350

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ⌄  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**

**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $3.5 Million Agreement by British Multinational Conglomerate

August 14, 2018

*PARETEUM AWARDED $3.5 MILLION AGREEMENT BY BRITISH MULTINATIONAL CONGLOMERATE*

*3-YEAR CONTRACT PROVIDES BRANDED GROUP MOBILITY SERVICES*

**NEW YORK, NEW YORK – PRNewswire – August 14, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a British multinational conglomerate group company based in London, United Kingdom (UK), has selected Pareteum's Global Software Defined Cloud (GSDC) in a 3-year $3.5 Million Agreement to offer mobile and wireless connectivity services to their retail customer base, expanding services across the UK. The group owns the UK's second largest wholesaler serving 125,000 independent retailers from 64 warehouses nationwide, and additional businesses in the UK and other geographies.

Pareteum's GSDC enables our new British multinational customer to operate from an integrated software platform and to offer services to its full group of companies for Cloud Enabled Mobility services. Under the terms of the contract, service deployment is expected by the end of September 2018, and, 2018 revenue contribution from this agreement is expected at approximately $125,000. The balance of the backlog is expected to be recognized over the ensuing 33 months from January 1, 2019, and, may exceed the backlog balance on this one contract based upon more connections (subscribers) being activated, and more variable data usage consumption.

Vic Bozzo, Chief Executive Officer of Pareteum, stated, "Our market-leading technology will continue to attract more customers, as Pareteum's single source GSDC unlocks immediate revenue opportunity for businesses. We are driving hard to grow our customer base and market share, as we innovate and integrate the latest technology the market has to offer into our platform."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "We are very pleased to add this substantial UK based multinational group company to our growing roster of customers. This selection of Pareteum by a company that generates approximately $4 billion in revenue across a wide range of business sectors and geographies, reinforces that we are rapidly becoming a partner of choice because of the power of our Global Software Defined Cloud and our high-end software, offered as a superAPI. With the ability to deliver cutting-edge services, our strategies are expected to enable and accelerate the world's shift to an open mobility and application network."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

## Email Alerts

Your Email                                    Sign Up

☐ Press Releases            ☐ Events

☐ Presentations             ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 228 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**   **Platform**   **Products**   **Customer Stories**   **Investors**

**News**   **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $4 Million Agreement for Southeast Asia National Mobile Operator

August 16, 2018

*PARETEUM AWARDED $4 MILLION AGREEMENT FOR SOUTHEAST ASIA NATIONAL MOBILE OPERATOR*

*3-YEAR AGREEMENT PROVIDES TURNKEY MOBILE ENABLEMENT PLATFORM*

**NEW YORK, NEW YORK – PRNewswire – August 16, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Cloud Software company, delivering award winning mobile enablement solutions, announced today that a Southeast Asia national mobile operator has selected Pareteum's Global Software Defined Cloud (GSDC) in a 3-year $4 million agreement, enabling a complete digital transformation of their consumer and enterprise Mobile Virtual Network subscribers. By combining our new customer's existing national mobile network with Pareteum's GSDC, all digital services, including Internet of Things, Mobile Virtual Network Operations and enterprise applications, are aggregated by the creation of this fully integrated turnkey software solution.

As our new client onboards their new customers with Pareteum's GSDC, their respective brands can now create unique, custom-designed marketing plans for individual subscribers. Under the terms of the contract, initial service deployment is expected by the end of November 2018, and, 2018 revenue contribution is approximately $100,000. The balance of the remaining 35-month contractual revenue backlog is expected to be recognized over the remainder of the contract, beginning January 1, 2019.

Vic Bozzo, Chief Executive Officer of Pareteum, stated, "As the digital economy takes over, Asia is quickly growing in connections and investing in software solutions for expanding needs. Pareteum is pleased to provide this client with a single solution that allows them to manage different types of unique clients and tailor their offering each time without having to deploy a new platform."

Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum, commented, "Pareteum's mission of open mobility and application networks via our Global Software Defined Cloud is epitomized with our newest customer who has operated successfully in Southeast Asia for more than 5 years, since the competitive deregulation in their country. Pareteum's SuperAPI provides a flexible solution, without heavy infrastructure capital investment, and, is at the heart of our ability to create geographic freedom to unlock the limitless potential of this connected region."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 **Pareteum**

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  ✔  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 232 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces Favorable Shareholders' Vote in Chairman's Update Letter

September 13, 2018

*PARETEUM ANNOUNCES FAVORABLE SHAREHOLDERS' VOTE*

*CHAIRMAN'S UPDATE LETTER DETAILS COMPANY PROGRESS*

**NEW YORK, NEW YORK – PRNewswire – September 13, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Software Defined Cloud company, delivering award winning mobile enablement solutions, announced today the issuance of a shareholder update letter from its Executive Chairman and Principal Executive Officer, Hal Turner.

Dear Fellow Shareholders,

Today, your voice has been heard in resounding fashion. Your votes have been counted and reported through our Annual General Meeting (AGM). Your collective vote enabled us as follows:

- To comfortably meet quorum, with ~ 80% of shares voted
- To attain "FOR" on all seven propositions; with a range of ~80% – 98% in favor for all binary votes
- Your voice was strongest in casting a 98% "FOR" vote to issue the shares to acquire Artilium!
- We now expect to close the Artilium transaction by October 1, 2018.

We offer our sincere THANK YOU for your demonstrable support of the company, affirming our clear mandate to hyper-accelerate our growth through targeted consolidation and to continue to disrupt markets with our software and our ambitious strategies and business plans.

Your overwhelming approval of the Artilium acquisition means expanding the successful strategic alliance we have enjoyed with Artilium since October 2017, through the full integration of our two companies. The resulting fully-integrated business, will be accretive from a financial perspective, will strengthen our

establishment of expanded-scale service delivery, and will enhance our ability to sell to larger accounts globally and continue to convert our substantial growing 36 Month Contractual Revenue Backlog (36MCRB). The following snapshot shows key measures of the new business, on a pro forma basis, post-closing (assuming the businesses had been fully combined for the whole financial year ending 31 December 2018):

- Employees: ~150, globally deployed
- Connections: ~4.2 million
- Revenue: ~$49 million
- Adjusted EBITDA: ~$11.9 million

We expect this dramatic increase in scale to be recognized by the market in our overall value in due course, especially as we continue to attract long-term and increasingly institutional investors, who share our confidence in our ability to execute on our plans, as we have consistently shown we can.

In looking at the balance of the year ahead, we can take a moment to recap the strong results achieved so far this year, and as reported through Q2:

- **Revenues of $6 million, up 85% Year-Over-Year**
- **Net Income of $1,656,338 or EPS of $0.03 per Share (versus net loss of ($1.3 million) in the second quarter of 2017)**
- **Adjusted EBITDA improved by over $834K, or 180%, to $1.3 million**
- **EBITDA of $597,263 (improved by over $898K, or 298%, to $597,263)**
- **Connections, a Lead Indicator of Revenue, Increased 225% over the Second Quarter of 2017 and 23% Increase Over the First Quarter of 2018**
- **Raised 2018 Outlook to > 80% Revenue Growth**
- **Operating Cash Flow Net of Restructuring and Acquisition Related Expenditures of $565K for the six months ended June 30, 2018**
- **Dollar based net expansion rate of 161% for contracts added since 2017**

Based upon our stellar Q2 results and our visibility into Q3 and Q4 operating performance, we remain very bullish in our outlook. For the financial year ending 31 December 2018:

- We stand firmly by our formal guidance of over 80% revenue growth for 2018, and we plan to issue an updated outlook statement following completion of the Artilium acquisition on October 1, 2018;
- We will be reporting results on a standalone (Pareteum and Artilium) and combined view (Pareteum plus Artilium) for Q4, and full year 2018;
- We reiterate our guidance that, with our current cost structures, Pareteum expects positive EBITDA and cash from continuing operations for the full year 2018, adjusted for restructuring and acquisition related costs;
- Our 36MCRB of revenue and connections (our proxy for connected devices and their usage) will soon also be updated and we note that to date we exceeded 100% of our plan for converting revenue and connections from backlog.

Pareteum's Sales Teum, led by Chief Revenue Officer, Rob Mumby, and Chief Executive Officer, Vic Bozzo, continue to produce similar or better results than those that led to our over-80% year-over-year revenue increase, and to our Net Dollar expansion rate of 161%. Our Sales Teum's initiatives succeed, because, simply stated, customers find great value in our Global Software Defined Cloud and the SuperAPI capabilities to enable more rapid revenue generation from almost anything from movies, music, games, messaging and mobility services while substantially saving costs compared to our competitors' solutions. It is deeply gratifying to see that we have built a software platform and business model that enables TEUM to succeed, as our customers succeed.

We believe this already excellent performance will further improve with the acquisition of Artilium, and with the benefit of Bart Weijermars' leadership as we expand in Europe. Similarly, our enhanced presence in Asia, under Manjot Mann's leadership, is also showing signs of great promise in some of the world's most rapidly growing markets, where we expect significant demand.

To illustrate Pareteum's role in the growth and success of our customers, here follows a quote from a large Brazilian customer contract we previously announced. The customer, not previously identified, is Telecall, a Brazilian National Carrier with their own Fiber Ring servicing Enterprise, IoT, B2B, Personal Mobile and IP PBX. Telecall selected us to add enterprise Mobility Services.

Allan Ajuz, Chief Executive Officer of Telecall, commented, "I have chosen to work with Pareteum because of their customer centric approach in simplifying complex software, communications, and IT problems. Pareteum's software solutions accelerated our new service offerings and market entry with their simple cloud-based APIs. We can now offer a personalized experience to each individual enterprise, consumer and device we manage. We looked at all of the options in this space, including the large integrators and software vendors, the MNOs legacy systems and Niche Software systems. We found the only truly integrated software and communications API-based solution to be Pareteum. Now we can add products and services, or dynamically change products and services, at will, using the Pareteum SuperAPI … it's absolutely a great solution!"

Telecall, like all large and successful businesses, clearly shares our vision that software is strategic to their business, and we're increasingly seeing new and innovative use cases for our Software Defined Cloud platform and we expect this trend to increase, particularly as we emphasize developer engagement through our sales initiatives.

You may also expect our aggressive go-to-market plans to establish more attractive strategic alliances and market consolidation throughout the globe. In working with our advisors, Denis McCarthy (who leads our corporate development strategy) and I are very pleased at the interest that has been expressed with new strategic alliances and synergistic opportunities.

I will leave you with this: our strategies are expected to enable and accelerate the world's shift to an open mobility and application network. As we enjoy even greater successes, it will accelerate the pace of innovation in the world, create more economic freedom, and provide better mobility services to billions of underserved people.

We look forward to continued success for the remainder of 2018 and into 2019 with the driving force of our company: We are all in sales!

All good wishes to you our shareholders … we will update you again following completion of the Artilium acquisition and during our Q3 earnings call in November, and of course, you will see the ongoing evidence of the Teum's sales and 36MCRB conversion from our future announcements.

Robert H. Turner
**Executive Chairman & Principal Executive Officer**
**Pareteum Corporation (NYSE American: TEUM)**

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual Revenue Backlog, 36MCRB, or just Backlog, a Non-GAAP measure is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**EBITDA and Adjusted EBITDA Definition:**
"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock based compensation, restructuring charges, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2017 and 2018.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 236 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Secures $50 Million in New Contracts During August

September 17, 2018

*PARETEUM SECURES $50 MILLION IN NEW CONTRACTS DURING AUGUST*

*36-MONTH CONTRACTUAL REVENUE BACKLOG IS $375 MILLION*

**NEW YORK, NEW YORK – PRNewswire – September 17, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Software Defined Cloud company, delivering award winning mobile enablement solutions, announced the signing of contracts totaling an additional $50 Million during the last two weeks of August 2018. These new contracts do not include any previously announced awarded contracts. The 36-Month Contractual Revenue Backlog (36MCRB) totaled $375 million at August 31, 2018.

Pareteum's new customer agreements include the following applications:

- *IoT Security providing home monitoring systems*
- *Wireless Mobile Phone Service provider throughout the US*
- *Mobile Application Developer integrating Mobile services with flexible data packages*
- *Mobile provider for Consumer Mobile Brands*
- *Distributor of mobile brands throughout the UK*
- *UK-Based Full service mobile provider to Consumer, Enterprise and Banking customers*

The following customers are among those recently newly contracted:

- 
  - ACN Europe
  - Wing Tel Communications
  - Secure Watch

- Eyethu Mobile Network

Hal Turner, Pareteum's Principal Executive Officer commented, "Customers are accelerating new revenues and substantial savings in ever increasing numbers. It is Pareteum's Global Software Defined Cloud, with its SuperAPI that makes this possible, affordably for our customers. We have assembled a first class sales executive organization, led by Rob Mumby and Vic Bozzo, who with their colleagues are empowering Pareteum customers with disruptive and innovative solutions, every day. This is how we deliver new services creation, enabling new revenues, and operational efficiencies. Our customers' inevitable business growth and competitiveness is why they keep signing new agreements."

**About Pareteum:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, 36MCRB, or just Backlog, a Non-GAAP measure is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
(212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
(917) 658-7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Your Email

Sign Up

Email: investor.relations@pareteum.com

☐ Press Releases

☐ Events

Phone: +1 646-975-0400

☐ Presentations

☐ SEC Filings

Continental Stock Transfer

☐ End of Day Stock Quote

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $38 Million Contract in Asia

September 24, 2018

*PARETEUM AWARDED $38 MILLION CONTRACT IN ASIA*

*FIVE-YEAR ENTERPRISE CONTRACT IS COMPANY'S LARGEST SINGLE, SIGNED AGREEMENT TO DATE*

**NEW YORK, NEW YORK – PRNewswire – September 24, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Software Defined Cloud company, delivering award winning mobile enablement solutions, today announced that its Managed Service Platform (MSP) has been chosen in a five-year, $38 Million contract with an IoT and MVNO provider in Asia.

This new enterprise customer will use IoT services powered by the Pareteum MSP, and thereby be able to offer a fully-integrated software solution that delivers flexibility through multi-country branded services, digital applications, data services, and traditional mobile services to its subscribers. Under the terms of the contract, Pareteum will support this new customer's efforts to expand its business throughout southern Asia, including its plans to add WiFi, Blockchain, M2M, and Smart City solutions.

Vic Bozzo, CEO of Pareteum, stated, "This global enterprise client aims to use Pareteum's MSP to take the market by storm. Our goal is to provide the tools and technology to make that happen. The disruption of industry standards is alive, and it is here and now."

"Pareteum embraces this opportunity to serve our newest enterprise customer as they expand in Asia," comments Pareteum Executive Chairman and Principal Executive Officer Hal Turner. "Enabling global software applications, using our SuperAPI with global connectivity and communications access for customers on our software-based cloud enablement platform, translates into the opportunity for limitless growth potential. This is a clear case of both software and mobility driving our vision: global open mobility and open software applications."

**About Pareteum Corporation:**
Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and

everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 241 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Adds $15 Million in New Contracts

October 02, 2018

*PARETEUM ADDS $15 MILLION IN NEW CONTRACTS*

*PLATFORM AS A SERVICE UNLEASHES MULTIPLE USE CASES*

**NEW YORK, NEW YORK – PRNewswire – October 2, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company"),** today announced that it has signed new contracts with Parallax Health Sciences in the U.S., oneCentral in the Netherlands, and Naledi in South Africa totaling $15 Million over three years. New customers will use Pareteum's cloud platform as a service offering to enable voice, mobile, and device and data-monitoring for their companies. These use cases are made possible through the recently-merged Artilium and Pareteum products.

Parallax Health Sciences is Pareteum's first customer in the healthcare IT industry; it will use Pareteum's platform as a service to assist healthcare professionals in diagnosing and tracking health trends with their patients via data and SMS bundling. The technology integration will result in the establishment of Parallax Communications becoming an industry first: a globally-connected, remote patient care, mobile virtual network operator.

oneCentral is a Netherlands-based provider of telecom and cloud services; Pareteum will enable oneCentral to provide mobility bundles to its customers including voice, SMS, and data. Additionally, Pareteum will deliver its full platform as a service to Lesotho, South Africa-based Naledi Telecom, enabling it to launch as the first mobile virtual network operator there.

"Pareteum's momentum continues to grow as we close on these multimillion dollar contracts," said Vic Bozzo, chief executive officer of Pareteum. "With these new use cases, we are not only building a pipeline for our growing business, but also enabling mobile solutions for companies across industries, including the ever-important healthcare technology space."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "We celebrate every new customer that chooses Pareteum's platform to grow their business. With Parallax, oneCentral, and Naledi Telecom, we are adding mobile enablement solutions for companies that serve people across the world, and many of these people are in markets yet touched by the power of Pareteum's seamless and agile platform solution and SuperAPI."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expects at Least $8 Million in Third Quarter 2018 Revenue

October 05, 2018

*PARETEUM EXPECTS AT LEAST $8 MILLION IN THIRD QUARTER 2018 REVENUE*

*REPRESENTS 129% INCREASE OVER THIRD QUARTER 2017*

**NEW YORK, NEW YORK – PRNewswire – October 5, 2018 – Pareteum Corporation (NYSE American: TEUM)**, a cloud software platform company, today announced that it expects a minimum of $8 million in third quarter revenues. This represents an approximate 129% growth for the third quarter ended September 30, 2018, as compared to a year ago. Third quarter expected 2018 revenues will also represent an approximate 33% sequential growth over the second quarter of 2018, demonstrating the continuing strong increase in connections previously reported in the second quarter of 2018.

Pareteum's customer connections, a leading indicator of revenue, are expected to exceed 2.9 million, as of September 30, 2018; this reflects the ever-growing, robust demand for Pareteum's Global Software Defined Cloud platform services. All expected results reflect Pareteum's performance only, and do not include results for Pareteum's acquisition of Artilium, which was approved by the courts in London and announced on September 28, 2018.

Executive Chairman and Principal Executive Officer of Pareteum Hal Turner commented, "Pareteum continues to surge through 2018; with our expectation of superior financial and operating results for the third quarter. Our acceleration in revenues and connections proves it, and there's more to come. We are focused on forward momentum, and it is happening as we move into the fourth quarter. Why? Because our existing customers are buying more from us and we are signing on new ones." Turner added, "This sales performance, coupled with our daily-accelerating 36-Month Contractual Revenue Backlog conversion, provides a favorable outlook for our business, even before we complete the operational integration of our newly-acquired Artilium, which is also performing well. We are in a good place for our company."

Pareteum's third quarter, ended September 30, 2018, earnings and results update call is expected to be held during the week of November 5, 2018.

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions

made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual Revenue Backlog, 36MCRB, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f 🐦 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Expands Customer Base in Asia with 3-year $50 Million Contract

October 08, 2018

*PARETEUM EXPANDS CUSTOMER BASE IN ASIA WITH 3-YEAR $50 MILLION CONTRACT*

*THAILAND'S ONE DEVELOPMENT ESTABLISHES WE CONNECT*

*MAKES MOBILITY AND CONTENT SERVICE SOLUTIONS WIDELY AVAILABLE*

**NEW YORK, NEW YORK – PRNewswire – October 8, 2018 – Pareteum Corporation (NYSE American: TEUM)**, a cloud software platform company, today announced a $50 million contract with One Development, Thailand's first mobile virtual network aggregator and enabler, and leader in the country's growing mobile virtual network operator market. Pareteum's cloud software platform will power One Development's ability to offer a turnkey solution to the over 50 companies that have obtained a mobile virtual network operator license in Thailand.

Pareteum's Global Software Defined Cloud (GSDC) enables One Development's ability to provide flexible solutions for public and private enterprises in Thailand. Pareteum's suite of options make analytics, billing, and branding tools function seamlessly, and makes them available for One Development's customers. Pareteum's SuperAPI serves up developer opportunities to customize content for consumers.

"Consumers in today's digital economy require personalized and innovative services, while public and private enterprises are looking for complete lifecycle support for their digital models. Pareteum's cloud software platform provides us the ability to deliver on these demands and move Thailand forward," said One Development Chief Executive Officer Allan Rasmussen. "With a mobile penetration of 145 percent, the government has introduced Thailand 4.0, and public and private partnerships are subsidizing the Thai market's move from a supply to a demand-driven focus."

Manjot Mann, chief executive officer of Pareteum Asia added, "This contract with One Development moves us quickly and further along our growth path by establishing a market partnership. Pareteum is now on the map in Thailand, a market in Asia yet untapped by our company."

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 249 of 350

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "One Development's slogan is 'We connect Thailand,' and Pareteum is at the ready to help them do that; when our customers succeed, we succeed. With One Development in Thailand, we are literally connecting to a whole new world of customers and chances to make an impact in the global platform as a service space."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**About One Development:**

One Development (Thailand) Company Limited, is the first mobile virtual network aggregator (MVNA), and mobile virtual network enabler (MVNE) in ASEAN. The company provides a flexible turnkey solution of expertise, connectivity, and technology, to launch and operate successful digital services to end-users. Led by highly qualified telco veterans, One Development has the ability to assist public and private enterprises, to build their own mobile virtual network operator (MVNO) service and help them reach their targets quicker an affordable. The company has its headquarter in Bangkok, Thailand. For more information please visit: www.weconnectthailand.com

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 250 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Your Email                                                          Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

Continental Stock Transfer

☐ End of Day Stock Quote

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f    🐦    in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 251 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces $8 Million in New Agreements

October 17, 2018

*PARETEUM ANNOUNCES $8 MILLION IN NEW AGREEMENTS*

*FOUR USE CASES REVEALED DURING MVNO NORTH AMERICA CONFERENCE FOR INTERNET OF THINGS, BROADBAND HOME, SMART METERING, AND PET TECH*

**NEW YORK, NEW YORK– PRNewswire – October 17, 2018 – Pareteum Corporation (NYSE American: TEUM)**, a global cloud software company, today at the MVNO North America Conference in Miami, Florida announced agreements with four new customers valued at $8 million, including monogoto and Nextelle.

Pareteum's new use cases include the following:

- Global Software Defined Cloud Platform and SuperAPI white label for monogoto, a platform as a service company providing an interface to onboard devices, build out internet of things solutions, and program APIs to scale with existing apps and services.
- Global Software Defined Cloud Platform solutions via real-time connectivity, monitoring, and billing for Nextelle, a mobile virtual network operator offering broadband home services and pre-paid wireless.
- Global Software Defined Cloud Platform and SuperAPI solution to capture water analysis data wirelessly and in real time for an international water technologies company handling smart metering.
- Global Software Defined Cloud Platform and SuperAPI solution for the pet tech industry, enabling a pet device monitoring company to connect its internet of things devices wirelessly, and securely manage massive volumes of data with real-time access for monitoring and billing solutions.

"Pareteum is excited to be at MVNO North America, where we look forward to meeting new customers like monogoto and Nextelle. Our customers are the reason Pareteum's momentum continues to grow," said Rob Mumby, chief revenue officer of Pareteum. "With these new use cases, we are not only building a pipeline for our growing business, but also showing potential customers the broad reach of our platform as a service, including smart metering and pet tech."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "I have said it before: We celebrate every new customer that chooses Pareteum's solutions to grow their business. With these new agreements, we are adding cloud platform and mobility options for companies that are changing the world through technology."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
Dubai- London
T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Adds $11 Million in New Business

October 23, 2018

*PARETEUM ADDS $11 MILLION IN NEW BUSINESS*

*THREE-YEAR CONTRACTS WITH FIVE NEW BRANDS*

*REPRESENTS 800,000 CONNECTIONS*

**NEW YORK, NEW YORK – PRNewswire – October 23, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that it has signed three-year mobility as a service agreements totaling $11 million and 800,000 in connections with five new brands, including Global Connect and Moby.

New business sales summaries include the following:

- Connectivity, monitoring, and billing for Global Connect, a communication services internet of things company with multinational clients focused on home automated solutions.
- Connectivity solutions for customers in India, an international travel mobility offering an international SIM card for travel.
- Mobility platform solutions via connectivity, monitoring, and billing for Moby, a mobile virtual network operator offering pre-paid wireless.

"Pareteum continues to sign on new mobility as a service customers," said Rob Mumby, chief revenue officer of Pareteum. "As we grow our customer relationships, we are helping to provide innovative connectivity solutions for consumers in new and rapidly-developing markets."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "Our mobility as a service offering is positively changing the business models of our customers, as well as the market reach available to them via our Global Software Defined Cloud platform. These new customers further our mission and facilitate our view that software and communications are converging through Pareteum's Super API for extraordinary new services and applications."

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 255 of 350

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

[ ] Press Releases          [ ] Events

[ ] Presentations          [ ] SEC Filings

[ ] End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

**Platform**

Experience
Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f    𝕏    in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Achieves $500 Million in 36-Month Contractual Revenue Backlog

October 24, 2018

*PARETEUM ACHIEVES $500 MILLION IN 36-MONTH CONTRACTUAL REVENUE BACKLOG*

**NEW YORK, NEW YORK – PRNewswire – October 24, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that its current 36-Month Contractual Revenue Backlog (36MCRB) has grown to $500 million; this number includes the backlog incorporated with Pareteum's recent acquisition of Artilium and excludes certain monthly recurring revenue streams deriving from that acquisition for which long-term contracts are not in place.

- This milestone for Pareteum represents a 1,150% increase year over year since 2016: at year end 2016, Pareteum announced $40 million 36MCRB; at year end 2017, the company announced $147 million; and now, ten months into this year, Pareteum has reached $500 million in 36MCRB.
- During the same period, Pareteum's quarterly booked revenue increased by 260%.
- The company continues to convert backlog at greater than 100% of the contract schedules over the life of the agreement.

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "The evidence of our services being adopted by customers is clear in the number and rate of new contracts we have signed. Pareteum's focus is enhancing the growth and market competitiveness of our customers. We do this by growing with our customers as they use our software and communications services to expand and fulfil their business plans, taking and paying for services they need, when they need it. That leads to a win-win for us all." Turner added, "Pareteum's platform as a service allows us to be a leader in leveraging global connectivity networks with smart software solutions. This gives more people around the world access to mobility services and enhanced customer experiences."

**About Pareteum Corporation:**
Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not

to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum and Global Australasia Carrier Sign $4 Million Agreement

October 25, 2018

*PARETEUM AND GLOBAL AUSTRALASIA CARRIER SIGN $4 MILLION AGREEMENT*

*DIGITAL ENABLEMENT STRATEGY ACROSS ASIA, PACIFIC AND AUSTRALASIA POWERED BY PARETEUM*

**NEW YORK, NEW YORK – PRNewswire – October 25, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced a three-year, $4 million contract with an Asia, Pacific and Australasia-based global communications carrier to provide its cloud platform product suite for a major prepaid international voice services market.
Pareteum will provide this customer with its turnkey cloud software solution to do the following:

- access tools from the cloud to build an instant customer portal on the web to serve its prepaid international customers;
- quickly create data capture and analytics to run its business with seamless management tools; and,
- empower developers on the company's team with software tools to build mobile experiences and conveniences it can add to its customer offerings.

Vic Bozzo, chief executive officer of Pareteum commented, "We're excited to be part of the business growth and market leadership strategy for a global carrier. The solution we are providing demonstrates the flexibility of our platform and software to adapt to any go-to-market solution for our customers and theirs."

Executive Chairman and Principal Executive Officer of Pareteum Hal Turner added, "Exemplary service and growth through the success of our customers is what drives us at Pareteum. We appreciate this new global customer relationship and the impact we can make together in their Asia, Pacific and Australasia region."

**About Pareteum Corporation:**
Pareteum Corporation (Nasdaq: TEUM) is a rapidly-growing cloud software platform company with a mission to connect every person and everything. Customers use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and turnkey solutions, which feature relevant content, applications, and connectivity worldwide. Technologies integrated into our cloud platform include the following: HPE, IBM, Ribbon Communications

(Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, which delivers award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise, and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email                                    Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f    🐦    in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 262 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Initiates Services for 11 Customers

October 30, 2018

*PARETEUM INITIATES SERVICES FOR 11 CUSTOMERS*

*ADDS NEW CONNECTIONS AND REVENUE*

**NEW YORK – October 30, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that 11 previously-awarded contracts in its 36-Month Contractually Committed Revenue (36MCCR) went live from June to September 2018. These contracts, with a conversion rate of 100%, contributed to Pareteum's expected $8 million in revenues and 2.9 million connections for the third quarter 2018.

**Pareteum has initiated services for 11 customers:**

June 2018

- Global Connect, a communication services internet of things company
- Mobile Virtual Network Operator of prepaid communications plans

July 2018

- Asia full-service provider of enterprise and consumer telecommunication services
- National Mobile Virtual Network Operator
- India-Based Mobile Virtual Network Operator
- Singapore-Based Mobile Solutions Company
- North-African based MVNE provider

August 2018

- US-based Telecommunications Company
- North American Mobile Virtual Network Operator

September 2018

- Wing Tel Communications Inc., US mobile virtual network operator & provider
- Secure Watch, home security network company

Pareteum's Chief Technology Officer Ali Davachi and Chief Revenue Officer Rob Mumby agree: "Pareteum aims to enable as many people to globally connect with open applications and mobility networking as possible; this brings form and function to the company's mission of using any device, no matter where they are in the world. The best way to achieve this is to sign on new customers and let Pareteum's technology take over to serve their needs," said Davachi; Mumby emphasized, "This announcement of Pareteum's new services rollout means we are achieving our sales mission and bringing value to the people and institutions that have invested in us. We recently announced $500 million in 36-month contractually committed revenue, and today's news confirms we are converting to revenue and connecting more companies and people, as scheduled and planned."

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractually Committed Revenue (36MCCR)**

Formerly termed 36-Month Contractual Revenue Backlog (36MCRB), Pareteum has renamed 36MCRB to 36-Month Contractually Committed Revenue (36MCCR). This is a Non-GAAP measure on a forward looking 36-month snapshot view monthly, and, is generated by each of Pareteum's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contractually committed revenue backlog. Revenue recognition is impacted by customer conditions and GAAP SaaS 606 rules, and may have timing variances.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 264 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 265 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces Record Third Quarter 2018 Results

November 07, 2018

*PARETEUM ANNOUNCES RECORD THIRD QUARTER 2018 RESULTS*

- Revenues of $8 Million, up 129% Year-Over-Year
- Adjusted EBITDA of $1.8 Million
- Non-GAAP EPS of $0.01
- Raised 2018 Outlook to 100% Revenue Growth
- Dollar-Based Net Expansion Rate of 147%

**NEW YORK – November 7, 2018 – Pareteum Corporation (Nasdaq: TEUM), ("Pareteum" or the "Company")**, a Global Cloud Software company, announced today its operating and financial results for the third quarter ended September 30, 2018.

| ($000's) | Sequential Quarterly Key Metrics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 2017 | | Q4 2017 | | Q1 2018 | | Q2 2018 | | Q3 2018 | |
| REVENUE | 3,499 | | 4,015 | | 4,113 | | 6,003 | | 8,008 | |
| YEAR-OVER-YEAR REVENUE GROWTH) | 328 | 10% | 870 | 28% | 1,318 | 47% | 2,764 | 85% | 4,509 | 129% |
| GROSS MARGIN | 2,707 | 77% | 2,910 | 72% | 2,918 | 71% | 4,223 | 70% | 5,879 | 73% |
| ADJUSTED EBITDA | 603 | | 708 | | 283 | | 1,297 | | 1,782 | |
| EBITDA | (35) | | (2,733) | | (869) | | 597 | | (5,851) | |

| | | | | | |
|---|---|---|---|---|---|
| EBITDA | (55) | (2,755) | (005) | 557 | (5,051) |
| CASH BALANCE | 700 | 13,538 | 15,759 | 19,205 | 18,865 |
| 36 MONTH CONTRACTUAL REVENUE BACKLOG | 94,000 | 147,000 | 200,000 | 276,000 | 403,000 |
| CONNECTIONS | 1,277 | 1,310 | 2,220 | 2,714 | 2,903 |

**Key Financial Highlights for Third Quarter 2018 Year over Year:**

- Revenues increased by 129% to $8 million
- Adjusted EBITDA improved by over $1.2 million, or 195%, to $1.8 million
- Non-GAAP Earnings Per Common Share improved to $0.01 for Q3 2018, compared to ($0.12) for Q3 2017
- Increase in total assets from $10 million to $35 million
- Cash balance of $18.9 million
- Dollar-based expansion rate where customers of record in 2017 have grown their revenue dollar spending by 147% in the third quarter of 2018 versus the third quarter of 2017

**Key Business Highlights for Third Quarter 2018:**

- Awarded 19 contracts aggregating to $403 million in total contract value, which added $127 million to 36-month Contractual Revenue Backlog
- Increased 36-Month Contractual Revenue Backlog from $276 million at end of the second quarter of 2018 to $403 million; includes $72 million incremental from existing contracts
- Contractual Revenue Backlog conversion rate at 100%
- Ended the third quarter of 2018 with 2,903,000 Connections, an increase of 127% over the end of the third quarter of 2017 and 7% higher than the second quarter of 2018

"The quarter ended September 30, 2018, marks our continued evolution into a high-growth, software-based, enabling cloud services company. Surpassing $8 million in revenues in the third quarter demonstrates the efficiency of our employees in converting our Contract Revenue Backlog into revenue. Our results include growth in adjusted EBITDA, which reflects the scalability of our recurring revenue SaaS business model. Subsequent to the end of the third quarter, we closed the Artilium acquisition and have been busy integrating and streamlining the businesses and eliminating redundant expenses. We are continuing to grow our revenues, clearly seen in our results as we are driving financial performance and cash to the bottom line. Key performance indicators of Connections, Contract Revenue Backlog conversion, Connection values, revenue-per-employee and churn continue to all move in the right direction and give us confidence in our overall strategy and business execution. Our TEUM remains laser focused on converting backlog to revenue, servicing our clients, selling into new geographical markets and creating shareholder value," said Hal Turner, Pareteum's Founder, Executive Chairman and Principal Executive Officer.

**Raised 2018 Outlook to > 100% Revenue Growth 2018 Outlook:**

Based on our 36-month Contractual Revenue Backlog of $403 million, as of September 30, 2018, and 3,000,000 connections, we have raised our 2018 outlook. The Company now expects 2018 revenue growth greater than 100% over 2017, up from the previous provided guidance of 85%. Also, with its current cost structures, Pareteum expects positive adjusted EBITDA and cash from continuing operations for the full year 2018. As we convert Contractual Revenue Backlog to Connections, our revenue will increase and for every incremental dollar of revenue, we expect contribution to our bottom line. Our target gross margins are in the range of 70-75%.

**Highlight Key Performance Indicators and Trends (as of September 30, 2018):**

As of the end of the third quarter of 2018, the Company has a 36-month Contractual Revenue Backlog of $403 million. Pareteum's sales culture led by Chief Revenue Officer, Rob Mumby, continues to excel in entering new geographies and further penetrating new and existing target markets. Our sales executives were recruited because of their deep domain expertise and existing relationships with targeted customers and segments. Our software and solutions deliver great value, including creating new sources of revenue and expense reduction for our clients. We are increasingly receiving more inbound requests expanding our market opportunities. Strategic partnerships are driving more sales as proven out by the sales synergies with Artilium, which was initially an alliance and led to a strategic acquisition. The markets for our software enablement services are growing dramatically, and we have a revolutionary industry disrupter with our cloud software solutions.

Connections of 2,903,000, are up from 2,713,600 at the end of the second quarter of 2018 and 1,310,000 at the end of the year 2017; an increase of 7% over the end of the second quarter 2018, and a significant 127% increase over the end of the third quarter 2017.

Pareteum's Contractual Revenue Backlog conversion rate to revenue stood at 100%. While our experience so far has us converting at greater than 100%, we note that there may be situations where a customer delays, or doesn't onboard the number of connections initially ordered, or even goes out of business. This de-risking is highlighted in the revenue outlook we have provided and is generally less than the 100% conversion rate.





Lifetime connection value of $328 is up from $312 for the second quarter of 2018 and $191 at the end of the third quarter 2017; this shows an increase of 72% versus the end of the third quarter of 2017 and 5% over the sequential second quarter of 2018.

Average annualized revenue-per-employee of $477,368, is up from $377,000 at the end of the second quarter of 2018 and $222,139 at the end of the third quarter of 2017; increased 115% versus the end of the third quarter of 2017 and 27% from the sequential second quarter of 2018; increased 915% versus the end of the fourth quarter of 2015. Software-as-a-Service (SaaS) companies typically average $225,000 per employee per year.



Connection Churn by month stood at an average of 0.10% for the third quarter 2018, down from 0.14% at the end of the second quarter of 2018.



**Financial Results for the Third Quarter Ended September 30, 2018:**

Revenue for the third quarter ended September 30, 2018 was $8.0 million, an increase of $4.5 million or 129%, compared to $3.5 million for the third quarter ended June 30, 2017. This increase was attributable mainly due to the services deployment of signed sales contracts into billable revenues (Backlog conversion) and growth in volumes of connections from our existing and growing customer base; in addition to revenues from our Managed Services Platform (MSP), we benefited from Global Cloud Services (GCSP) and Application Exchange Platform (Super API) revenues coming into service.

With GCSP and Super API playing an increasingly predominant role in our growth, Global Cloud Services revenue represented 37% of total revenue in the third quarter of 2018, showing the acceptance of our new product offerings.

It is also significant that "Connections" (our term representing devices, subscribers and their variable usage), which are a lead indicator of revenue, rose to 2,903,000 as of September 30, 2018. These connections represent growth of 127% versus the end of the third quarter 2017 and 7% from the sequential second quarter of 2018.

Gross profit for the three months ending September 30, 2018 was $5.9 million, resulting in a gross margin of 73%, compared to $2.7 million and 77% for the three months ending September 30, 2017.

Product development expenses for the three months ended September 30, 2018 and 2017 were $766,000 and $497,000, respectively, an increase of $269,000 or 54%. Product Development costs consists primarily of salaries and related expenses, including share-based expenses of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum B/OSS, Core Server and SuperAPI development and testing are included in this function.

Sales and Marketing expenses for the three months ended September 30, 2018 and 2017 were $843,000 and $413,000, respectively, an increase of $430,000 or 104%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

Adjusted EBITDA for the three months ended September 30, 2018, was $1.8 million, an improvement of $1.2 million or 183%, compared to $0.6 million for the same period in 2017.

EBITDA for the three months ended September 30, 2018, was a loss of ($5.8) million, a decrease of $5.8 million, compared to EBITDA loss of ($34,000) for the same period in 2017.

Non-GAAP Earnings Per Common Share improved to $0.01 for Q3 2018, compared to ($0.12) for Q3 2017.

Operating loss for the three months ended September 30, 2018, was a loss of ($6.9) million, an increase of $5.4 million, compared to a loss of ($1.5) million for the same period in 2017.

Restructuring and acquisition costs for the three months ended September 30, 2018 and 2017 were $2.0 million and $0.3 million, respectively.

Of note, the following were non-cash expenses associated with the three months ended September 30, 2018 and 2017. We recognized share-based compensation expense of $5.6 million and $0.4 million, respectively, an increase of $5.2 million. Depreciation and amortization expenses for the three-month period ended September 30, 2018 was $1.0 million, a decrease of $0.4 million or 30%, compared to $1.4 million for the same period in 2017.

Net loss for the three months ended September 30, 2018, was ($7.0) million, an increase of $4.7 million as compared to a net loss of ($2.3) million, for the same period in 2017. The net loss increase was primarily due to the increase in share-based compensation and the increase in acquisition charges related to the acquisition of Artilium. The resulting EPS for the three months period ended September 30, 2018 was ($0.12), as compared to the loss of ($0.16) for the same period in 2017.

At September 30, 2018, Pareteum had $18.9 million of cash and restricted cash, $0 senior secured debt and 59.3 million shares issued and outstanding.

**Financial Results for the Nine Months Ended September 30, 2018:**

Revenue for the nine months ended September 30, 2018 was $18.1 million, an increase of $8.6 million or 91%, compared to $9.5 million for the nine months ended September 30, 2017. This increase was attributable mainly due to the services deployment of signed sales contracts into billable revenues (Backlog conversion) and growth in volumes of connections from our existing and growing customer base; in addition to revenues from our Managed Services Platform (MSP), we benefited from Global Cloud Services (GCSP) and Application Exchange Platform (Super API) revenues coming into service.

Gross profit for the nine months ending September 30, 2018 was $13.0 million, resulting in a gross margin of 72%, compared to $7.0 million and 73% for the nine months ending September 30, 2017.

Product development expenses for the nine months ended September 30, 2018 and 2017 were $2.2 million and $1.1 million, respectively, an increase of $1.1 million or 113%.

Sales and Marketing expenses for the nine months ended September 30, 2018 and 2017 were $2.2 million and $1.1 million, respectively, an increase of $1.1 or 98%.

Adjusted EBITDA for the nine months ended September 30, 2018, was $3.4 million, an improvement of $2.5 million or 276%, compared to $0.9 million for the same period in 2017.

EBITDA for the nine months ended September 30, 2018, was a loss of ($6.1) million, an increase of $4.6 million, compared to EBITDA loss of ($1.5) million for the same period in 2017.

Non-GAAP Earnings Per Common Share YTD was $0.02 in 2018 and ($0.21) in 2017.

Operating loss for the nine months ended September 30, 2018, was ($9.1) million, an increase of $4.5 million, compared to a loss of ($4.6) million for the same period in 2017.

Restructuring and acquisition costs for the nine months ended September 30, 2018 and 2017 were $2.1 million and $0.8 million, respectively, an increase of $1.2 million or 147%.

Of note, the following were non-cash expenses associated with the nine months ended September 30, 2018 and 2017. We recognized share-based compensation expense of $7.4 million and $1.5 million, respectively, an increase of $5.9 million or 384%. Depreciation and amortization expenses for the nine-month period ended September 30, 2018 was $3.0 million, a decrease of $0.2 million or 6%, compared to $3.1 million for the same period in 2017. Changes in derivative liabilities for the nine-month period ended September 30, 2018 was $1.3 million compared to a gain of $1.9 million for the same period in 2017.

Net loss for the nine months ended September 30, 2018, was ($7.4) million, an increase of $2.5 million as compared to a net loss of ($4.9) million, for the same period in 2017. The resulting EPS for the nine months period ended September 30, 2018 was ($0.14), as compared to the loss of ($0.41) for the same period in 2017.

**Conference Call Information:**
Date: Wednesday, November 7, 2018
Time: 4:30 PM ET
Conference ID: 9991184
Domestic Dial-in Number: 1-866-548-4713
International Dial-in Number: 1-323-794-2093
U.K. Toll Free: 0800 358 6377
Live webcast: http://public.viavid.com/index.php?id=131747

All interested participants should dial in approximately 5 to 10 minutes prior to the 4:30 PM ET conference call and an operator will register your name and organization.

A replay of the call will be available approximately one hour after the end of the call through November 6, 2019, and can be accessed at:
http://public.viavid.com/index.php?id=131747

**About Pareteum Corporation:**
Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning

certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**
Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Discussion of Non-GAAP Financial Measures:**
Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" (3) "Non-GAAP EPS (4) Cash from operating activities excluding expenditures from restructuring and acquisitions and (4) Contract Revenue Backlog enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum 's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**EBITDA and Adjusted EBITDA Definition:**
"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock-based compensation, restructuring costs, acquisition costs, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2017 and 2018.

**Non-GAAP Earnings and EPS Definition:**
"Non-GAAP Earnings and EPS" is a non-GAAP measure defined as earnings per share excluding stock-based compensation, restructuring costs, acquisition costs and nonrecurring expenditures in 2017 and 2018.

Cash from operating activities excluding expenditures from restructuring and acquisitions:
Cash from operating activities excluding expenditures from restructuring and acquisitions is a Non-GAAP measure defined as cash flows from operating activities as adjusted for adjustments to deferred revenues, net billings in excess of revenues, restructuring costs primarily from prior periods and acquisition costs.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 (212) 984-1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 (917) 658-7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 (416) 837-0075

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS
(In thousands except for per share amounts)

| | Three Month Period Ended | | (YtD) Nine Month Period Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2018 | September 30, 2017 | September 30, 2018 | September 30, 2017 |
| REVENUES | 8,008 | 3,499 | 18,123 | 9,533 |
| COST AND OPERATING EXPENSES | | | | |
| Cost of revenues | 2,129 | 791 | 5,103 | 2,579 |
| Product development | 766 | 497 | 2,246 | 1,055 |
| Sales and marketing | 843 | 413 | 2,184 | 1,103 |
| General and administrative | 8,128 | 1,579 | 12,639 | 5,435 |
| Restructuring and acquisition costs | 1,995 | 253 | 2,074 | 841 |
| Depreciation and amortization | 999 | 1,433 | 2,958 | 3,149 |
| Total cost and operating expenses | 14,858 | 4,966 | 27,205 | 14,163 |
| LOSS FROM OPERATIONS | (6,851) | (1,467) | (9,081) | (4,630) |
| Total other (expense) / income | (150) | (694) | 1,621 | (234) |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (7,001) | (2,162) | (7,460) | (4,864) |

| | | | | |
|---|--:|--:|--:|--:|
| LOSS BEFORE PROVISION FOR INCOME TAXES | (7,001) | (2,162) | (7,460) | (4,864) |
| Provision for income taxes | 20 | 148 | 38 | 81 |
| NET LOSS | (7,020) | (2,309) | (7,498) | (4,945) |
| | | | | |
| OTHER COMPREHENSIVE LOSS / INCOME | | | | |
| Foreign currency translation (loss) gain | (22) | 2 | 4 | (9) |
| COMPREHENSIVE LOSS | (7,042) | (2,307) | (7,494) | (4,954) |
| | | | | |
| Net income/loss per common share - basic | (0.12) | (0.16) | (0.14) | (0.41) |
| | | | | |
| Weighted average shares - basic | 59,314,867 | 14,304,340 | 54,275,784 | 12,201,452 |
| | | | | |
| Non-GAAP Earnings Per Common Share | 0.01 | (0.12) | 0.02 | (0.21) |
| | | | | |
| Weighted average shares basic and diluted common stock equivalents | 104,437,636 | 14,304,340 | 104,437,636 | 12,201,452 |

| Non-GAAP Reconciliation | Three Month Period Ended | | (YtD) Nine Month Period Ended | |
|---|--:|--:|--:|--:|
| | September 30, 2018 | September 30, 2017 | September 30, 2018 | September 30, 2017 |
| NET LOSS | (7,020) | (2,309) | (7,498) | (4,945) |
| | | | | |
| Total interest and other income (expense) | 150 | 694 | (1,621) | 234 |
| Depreciation and amortization | 999 | 1,433 | 2,958 | 3,149 |
| Provision for income taxes | 20 | 148 | 38 | 81 |
| | | | | |
| EBITDA | (5,851) | (35) | (6,123) | (1,481) |
| | | | | |
| Restructuring and acquisition costs | 1,995 | 253 | 2,074 | 841 |
| Stock based compensation | 5,638 | 385 | 7,410 | 1,509 |
| | | | | |
| Adjusted EBITDA | 1,782 | 603 | 3,361 | 868 |
| | | | | |
| NET LOSS | (7,020) | (2,309) | (7,498) | (4,945) |
| | | | | |
| Restructuring and acquisition costs | 1,995 | 253 | 2,074 | 841 |
| Stock based compensation | 5,638 | 409 | 7,410 | 1,509 |
| | | | | |
| Non-GAAP Earnings | 613 | (1,647) | 1,986 | (2,596) |

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEET INFORMATION
(In thousands)

| | September 30, 2018 | September 30, 2017 |
|---|--:|--:|
| Cash and cash equivalents | 18,435 | 13,538 |
| Restricted cash | 430 | 200 |
| Accounts receivable | 7,200 | 2,058 |
| Prepaid expenses and other current assets | 943 | 900 |
| Total current assets | 27,008 | 16,696 |
| **Total assets** | **34,809** | **25,326** |
| | | |
| Total current liabilities | 6,901 | 7,538 |
| **Total liabilities** | **6,996** | **9,905** |
| **Total stockholders' equity** | **27,814** | **15,422** |

**PARETEUM CORPORATION AND SUBSIDIARIES**
UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS INFORMATION
(In thousands)

| | For the Nine Months Ended | |
|---|--:|--:|
| | September 30, 2018 | September 30, 2017 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | (3,824) | (1,410) |

| | | |
|---|---:|---:|
| CASH FLOWS FROM INVESTING ACTIVITIES: | (2,189) | (538) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 11,090 | 2,047 |
| EFFECT OF EXCHANGE RATES | 50 | (196) |
| NET INCREASE (DECREASE) IN CASH & CASH EQUIVALENTS | 5,127 | (97) |

### Non-GAAP OPERATING CASH FLOWS RECONCILIATION

| | | |
|---|---:|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES: | (3,824) | (1,410) |
| (Increase) decrease in prepaid expenses, deposits & other assets | (28) | 273 |
| Increase (decrease) in Net billings in excess of revenues | (128) | (640) |
| Increase (decrease) in accrued expenses and other payables | (2,787) | (1,076) |
| CASH FLOWS FROM OPERATING ACTIVITIES EXCLUDING EXPENDITURES FOR RESTRUCTURING AND ACQUISITIONS | (882) | 33 |

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases        ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 273 of 350



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum's November Customer Deployments Accelerate

November 27, 2018

*PARETEUM'S NOVEMBER CUSTOMER DEPLOYMENTS ACCELERATE*

*INITIATES SERVICES FOR EIGHT CUSTOMERS*

**NEW YORK – Nov. 27, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that it has initiated services in November 2018 for eight previously-awarded contracts that represent $38.7 million of the existing $500 million in its 36-month contractual revenue backlog, and therefore contributing to the company's revenue recognition.

Some of the service deployments include the following:

- Roaming, airtime, voice and SMS throughout Mexico with a national mobile virtual network operator;
- Mobile enablement solutions for consumer and B2B solutions for enterprise and banking customers with a UK-based, full-service mobile provider;
- Mobility and e-commerce via one integrated software applications view, enabling Singapore-based provider of worldwide concierge and travel solutions to expand its existing partnerships with Asian airports that facilitate mobile services to enterprise customers;
- Internet of things (IoT) enablement of mobility, messaging and security for multi-million dollar economic development investment in Kyiv City Smart City;
- Insights engine and predictive analytics application to help Eastern European-based broadband provider create unique, on-demand plans and bundles tailored for their end-customers ranging from high data-only plans to quad play plans, including streaming, gaming and wireless services; and,
- Manages services platform enables large base of existing subscriber to move to new platform and add new mobile subscribers for mobile virtual network operator in the EMEA.

"Pareteum seeks to give our clients the best customer service as we roll out software solutions for them as part of our Global Software Defined Cloud and Super API," said Vic Bozzo, chief executive officer of Pareteum.

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "As a rapidly growing software and communications services company, Pareteum provides transformative solutions to businesses through our applications and global connectivity platform, enabling our customers to achieve and exceed their market plans. The increasing rate of customers seeking us for their software, communications services and global connectivity requirements is a vivid daily reinforcement of our mission."

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 275 of 350

Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**
Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 276 of 350

**Your Communication Needs**

**Platform**

**Products**

**About**

**Learn**

IoT and Developers

Communications Service Providers

Enterprise and Brand

Experience Cloud

Mobility

Engagement

Intelligence

Control

About Pareteum

Careers

Investors

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  𝕏  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 277 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Awarded $76 Million in Additional Three-Year Agreements

November 29, 2018

*PARETEUM AWARDED $76 MILLION IN ADDITIONAL THREE-YEAR AGREEMENTS*

*NOVEMBER CONTRACTS ADD 11 NEW BRANDS*

**NEW YORK – Nov. 29, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that it has added 11 additional three-year agreements in November 2018 totaling $76 million in 36-month contractual revenue backlog.

The new agreements include the following:

- B2B, B2C and internet of things (IoT) applications served by a large, regional mobile virtual network operator based in the U.S.;
- IoT applications host and B2B sales by a large, national mobile virtual network operator based in the U.S.
- International roaming and mobile services with worldwide coverage by a Luxembourg-based mobile virtual network operator;
- Integrated telecommunications solutions that includes voice, data, mobile money and network services by Kenya-based telecommunications operator;
- Connectivity solutions for phone manufacturer of small phones that limit use to calls and nine speed dials;
- Cloud platform solutions for one-touch dialing, and international network connectivity company;
- Connectivity for a U.S. national cell phone carrier and wireless network provider;
- Mobile text messaging bridged with classic voice-based landline for a fully integrated solution;
- GPS tracking solutions for parents and their children with phones by wireless provider;
- Voice, SMS, data and mobile services by U.K.-based telecommunications provider and mobile network operator; and,
- Mobility and connectivity services for multi-channel assets, allowing clients to connect with their customers and stakeholders via a South Africa-based mobile virtual network operator.

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 278 of 350

"Pareteum continues to grow our client base and to expand to accommodate the needs of clients with the latest software platform services provided by the Global Software Defined Cloud," said Rob Mumby, chief revenue officer of Pareteum. "Our offering will transform businesses as Pareteum continues to grow and expand to accommodate needs of the market."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "Pareteum is a growth company. Our customers win repeatedly when using our global software defined cloud services platform. Our existing customers continue to expand their services with us, affirming our mission of connecting any device, any network, anywhere, and providing demonstrable value to our customers and stakeholders."

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 279 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 280 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces December Customer Deployments

December 11, 2018

PARETEUM ANNOUNCES DECEMBER CUSTOMER DEPLOYMENTS

INITIATES SERVICE FOR MORE CUSTOMERS

**NEW YORK – Dec. 11, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced its December 2018 services initiation for four previously-awarded contracts that represent $21.5 million of the existing $500 million in its 36-month contractual revenue backlog, and therefore contributing to the company's revenue recognition.

Some of the service deployments include the following:

- Global Software Defined Cloud solution manages a U.S. mobile marketing technology company's network-aware mobile marketing solution;
- Connectivity and billing solutions fore-commerce company that seeks affordable mobile services for underserved nations;
- International market expansion of applications and solutions powered for a Europe Middle East and Africa (EMEA) based internet of things (IoT) provider; and,
- Mobility and network solutions for an international travel enterprise offering international roaming, data roaming, global network and mobile hotspots.

"Pareteum is rocketing toward the end of the year with new sales and newly-activated cloud platform solutions for our customers. It is our goal to meet the highest standard in time-to-market deployments for businesses. By taking on the heavy lifting, Pareteum integrates the latest technology solutions into our powerful Global Software Defined Cloud platform," said Vic Bozzo, chief executive officer of Pareteum.

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "When our customers succeed, we succeed. With these new service initiations, we are literally connecting our customers to a whole new world of opportunities and chances to make an impact globally."

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform service partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world-class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition**:

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives,projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Your Email

Sign Up

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

☐ Press Releases

☐ Events

☐ Presentations

☐ SEC Filings

Continental Stock Transfer

☐ End of Day Stock Quote

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Your Communication Needs**

**Platform**

**Products**

**About**

**Learn**

IoT and Developers

Experience Cloud

Mobility

About Pareteum

Press

Communications Service Providers

Engagement

Careers

Contact

Enterprise and Brand

Intelligence

Investors

Control



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Adds $24 Million in Agreements

December 13, 2018

*PARETEUM ADDS $24 MILLION IN AGREEMENTS*

*ADDS FIVE NEW BRANDS WITH DECEMBER CONTRACTS*

**NEW YORK – Dec. 13, 2018 – Pareteum Corporation (Nasdaq: TEUM)**, a cloud software platform company, today announced that it has added five additional three-year agreements in December 2018 totaling $24 million in 36-month contractual revenue backlog.

The new agreements include the following:

- Connectivity solutions for Ecuador-based mobile virtual network operator that offers mobility network services across public and private sectors;
- Roaming and mobile services for Latin-American telecommunications company that offers long-distance calling, internet and broadband across Chile, Argentina, Brazil and Colombia;
- Integrated solutions for European telecommunications company that provides mobile and software solutions throughout UK;
- Smart billing solutions for international startup company focused on secure mobile money transactions globally; and,
- Connectivity solutions for US mobile virtual network operator that provides high-speed internet, mobile, streaming and broadband services.

"Pareteum continues to expand to further accommodate our customers and the market demands for the connectivity and cloud platform mobility solutions we bring to their businesses," said Rob Mumby, chief revenue officer of Pareteum.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 284 of 350

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "Pareteum's mission is to accelerate the world's shift to an open mobility and application network. Our new customer success stories speak volumes about our platform capabilities, and existing customers continue to expand their services with us."

**About Pareteum Corporation:**

Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer-acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email                                          Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

**Platform**

Experience
Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Grows FY2018 36 Month Contract Revenue Backlog to $615M

February 14, 2019

*PARETEUM GROWS FY2018 36 MONTH CONTRACT REVENUE BACKLOG TO $615M*

*TEUM SALES SURGE YIELDS $15 MILLION IN NEW CONTRACTS IN THE FINAL TWO WEEKS OF THE YEAR*

**NEW YORK, NY – Feb. 14, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to connect "every person and every(thing)", today announced that it closed FY2018 with six new three-year agreements with new and existing customers, worth a total of $15 million. Combined with previously announced contracts, Pareteum's 36-month contractual revenue backlog now totals $615 million. In addition, eight agreements that were announced in November and early December have been launched into production.

The new agreements signed in December 2018 include the following:

- Connectivity and mobile services for Latin-American Telecommunications Company that offers long-distance calling, internet and broadband across Chile, Colombia, Ecuador, and Peru.
- Integrated solutions for a UK Telecommunications Company that provides mobile and software solutions throughout Europe.
- Global IoT solution for an MVNO focused on improving methods to provide and track B2B and B2C connectivity.
- Connectivity solutions for US based MVNE focused on flexible connectivity solutions for global travelers through pre-paid solutions.
- Integrated solutions for US based Managed Service Communications and Network Solution provider.
- Integrated solutions for US based PR and Marketing Firm that specializes in creating projects and solutions through Global Communications.

"Our strong position at the end of 2018 is exceeded by further strong growth into 2019 and indicates the scale of opportunities open to Pareteum. We continue to have a strong focus on sales and our service delivery as we launched eight customers in December. We have never been better positioned to empower businesses with the latest connectivity and cloud platform mobility solutions," said Rob Mumby, Chief Revenue Officer of Pareteum.

The following eight customers were launched into production in December 2018:

- IoT applications host and B2B sales by a large, national MVNO based in the U.S.
- Connectivity solutions for US based phone manufacturer of small phones that limit use to calls and nine speed dials.
- Cloud platform solutions for US Based one-touch dialing, and international network Connectivity Company.
- Voice, SMS, data and mobile service solutions for a UK-based Telecommunications Provider and Mobile Network Operator.
- IoT services to support GPS tracking solutions for parents and their children with phones by US based wireless provider.
- Integrated mobile solution for European Telecommunications Company that provides mobile and software solutions throughout the UK.
- Smart billing solution for UK based international startup company focused on secure mobile money transactions globally; and
- Connectivity solutions for US MVNO that provides high-speed Internet, mobile, streaming and broadband services.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 287 of 350

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "As demonstrated with our new clients, Pareteum is starting 2019 stronger than ever, growing and satisfying our customers' needs, innovating at a relentless pace ahead of others. We are in the business of inspiring and growing towards the future, operating profitably, and recognizing and believing that 'we are all in sales'."

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data services to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036 · **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 289 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Sales Momentum brings $49 million in 36 Month Contract Revenue Backlog

February 15, 2019

*PARETEUM SALES MOMENTUM BRINGS $49 MILLION IN 36 MONTH CONTRACT REVENUE BACKLOG*

*TWELVE NEW AGREEMENTS ADDED FOR JANUARY 2019*

**NEW YORK, NY – Feb. 15, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to connect "every person and every(thing)", today announced that it closed twelve agreements in January including new customers as well as upselling to our existing customers.

These twelve new customer agreements signed in January 2019 include the following applications, solutions, and use cases:

- Integrated solutions for US based company offering enterprise and consumer mobile services
- Connectivity and mobile services for US based communications company upselling existing virtual Private Branch Exchange (PBX) customers a solution for mobile in Business to Business (B2B) sector
- Integrated Solutions for US based communications provider adding Mobile Virtual Network Operator (MVNO) services to their existing consumer and enterprise subscribers
- Integrated Solutions for a US based Mobile Virtual Network Operator (MVNO) using our Application Programming Interfaces (APIs) to expand their connectivity and mobile feature set
- US based Enterprise service provider adding Mobile Virtual Network Operator (MVNO) services to their existing customers

"Pareteum is experiencing great success with developers and enterprises for our cloud software solutions," said Rob Mumby Chief Revenue Officer. "With the addition of these new agreements, we're confident we will continue accelerating our growth as the market's first choice for cloud software communications solutions, expanding our ever growing reach, empowering businesses worldwide."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "We love our customers, whether they are simply buying more from us or are new customer relationships deriving value from the significant savings and new revenues we help them generate. These new January agreements reinforce how easy it is to do business with TEUM and is yet another step in our mission to connect every person and "every(thing)" through open mobility and applications everywhere."

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data services to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Launches Six Customer Agreements into Production in January

February 20, 2019

*PARETEUM LAUNCHES SIX CUSTOMER AGREEMENTS INTO PRODUCTION IN JANUARY*

**NEW YORK, NY – Feb. 20, 2019 – Pareteum Corporation (**Nasdaq: TEUM**)**, a rapidly growing global cloud software communications platform company with a mission to connect "every person and every(thing)", today announced six customer agreements were launched into production during the month of January 2019.

These six newly enabled customers are enterprises and communication service providers, delivering value applications and IoT services to their subscriber bases around the world, including:

- A leading US provider of contact center services for Fortune 500 enterprises using our cloud software communications platform and messaging solutions.
- An established Mobile Virtual Network Operator (MVNO) in the Caribbean expanding its new services geographically, including the US, through the deployment of our cloud software communication platform and connectivity.
- A US Mobile Virtual Network Operator (MVNO) extending into the IoT market by leveraging the power of our cloud software communications platform and connectivity.
- A Mobile Virtual Network Operator (MVNO) in Asia using our cloud software communications platform and connectivity in conjunction with their blockchain application.
- A US based healthcare enterprise using our cloud software communication platform and connectivity to provide service for IoT supported devices used to monitor patients and machines.
- A European telecommunications company that provides mobile and software solutions throughout UK using our platform and connectivity.

"We continue to move signed customers from our contract backlog into production and revenue generation mode, delivering immediate value," said Vic Bozzo, Chief Executive Officer of Pareteum.

Pareteum Executive Chairman and Principal Executive Officer Hal Turner comments, "We are rapidly bringing our customers into service production, enabling them to realize their business plans, creating unique mobility and application software solutions. The ability to quickly accomplish all this, without heavy infrastructure or software development cost, keeps our customers coming back for more."

**About Pareteum:**

Millions of subscribers are connected around the world using Pareteum's Global Cloud Platform for communications, improving experiences in their lives and businesses. Pareteum's Global Cloud Platform unleashes the power of applications and mobility services, bringing secure, ubiquitous, scalable and seamlessly available voice, video, messaging and data services for our customers, making worldwide communications facilities easily accessible to everyone. Serving enterprises, telecommunications infrastructure providers, communications service providers, early stage innovators and developers, Pareteum envisions our world, each day, imagining what will be, and delivering now. For more information please visit: www.pareteum.com.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, or just Backlog, a Non-GAAP measure is measured on a forward looking 36-month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts**:

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 294 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

[ Sign Up ]

☐ Press Releases

☐ Events

☐ Presentations

☐ SEC Filings

☐ End of Day Stock Quote

| Your Communication Needs | Platform | Products | About | Learn |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f 🐦 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Wins $30 Million in New February Contracts

March 05, 2019

*PARETEUM WINS $30 MILLION IN NEW FEBRUARY CONTRACTS*

*ADDS 20 NEW CUSTOMER AGREEMENTS*

**New York, NY – March 5, 2019 – Pareteum Corporation (Nasdaq:TEUM)**, a rapidly growing global cloud software communications platform company with a mission to connect every person and every(thing)™, today announced twenty new customers have executed 3-year contracts during February 2019, valued at $30 million in the company's expanding 36-month contractual revenue backlog (36MCRB). These new customer transactions geographically span Europe, Middle East, Africa, US and Asia, and include software communications platform service offerings including those from the company's recent acquisitions of iPass and Artilium.

A sample of these new agreements signed in February 2019 include the following:

- Cloud communications platform and connectivity services for a UK-based Mobile Virtual Network Operator (MVNO)
- Cloud communications platform and connectivity services for a US-based Mobile Virtual Network Operator (MVNO) that offers talk, text and data plans specifically targeted at people of faith
- Cloud communications platform and connectivity services for a US-based Mobile Virtual Network Operator (MVNO)
- Cloud communications platform and connectivity services to power in-vehicle Internet of Things (IoT) devices for a US-based engineering and manufacturing company
- • Messaging, text to speech (TTS), and cloud communications platform for Internet of Things (IoT) global provider based in Africa
- Full Deployment of SmartConnect™ mobile connection management solution with Wi-Fi connectivity to a US based Fortune 1000 enterprise
- SMS (Short Message Service) and voice solution for an Asian Voice over Internet Protocol (VOIP) Global Standard for Mobile (GSM) manufacturer
- SmartConnect™ mobile connection management solution with Wi-Fi connectivity to a US based Fortune 2000 enterprise

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 296 of 350

Executive Chairman and Principal Executive Officer of Pareteum, Hal Turner commented: "These new customers have chosen Pareteum because we solve real problems and add immediate value to their operations. This is our "Power of ONE TEUM" – by bringing together Pareteum, Artilium, and iPass, we are delivering innovative, easy to use products and services that are the leading edge of this industry. This is how we "reimagine communications" everyday. It is our customers, who have been with us for years and continue to buy more services from us, coupled with our newest relationships, who have benefited most from TEUM's growing market momentum and have contributed to our ever expanding service reputation for quality and dependability."

Vic Bozzo, Chief Executive Officer at Pareteum, added: "Our plan to establish Pareteum as the leader in communications services is progressing well. We are very pleased with the traction over the last month and the growing list of customers who are choosing to partner with Pareteum to deliver innovative communications services."

**About Pareteum Corporation:**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data services to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36 Month Contractual Revenue Backlog Definition:**
36 Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

Case 1:19-cv-09767-AKH      Document 143-4      Filed 04/24/20      Page 297 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases        ☐ Events

☐ Presentations         ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact


Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Issues Chairman's Letter in Anticipation of March 12, 2019 Earnings Call

March 07, 2019

*PARETEUM ISSUES CHAIRMAN'S LETTER IN ANTICIPATION OF MARCH 12, 2019 EARNINGS CALL*

**NEW YORK, NY – March 7, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to connect *every person and every(thing)*™ today announced the issuance of a shareholder update letter from its Executive Chairman and Principal Executive Officer, Hal Turner.

Dear Fellow Shareholders,

In September 2018 I wrote a THANK YOU to you for your demonstrable support of Pareteum as you approved the Artilium acquisition. At that time, it was clear that you provided your support to us which in turn affirmed our clear mandate to hyper-accelerate growth in accretive ways, be it through our continued stellar sales growth, or, through additional successful strategic alliances which is how we began our Artilium acquisition. We certainly expect to continue our market disruption, using our software to fuel our ambitions, business plans and strategies.

Reflecting on our rapid progress since then, it was on October 1, 2018, when our acquisition of Artilium closed. February 12, 2019, just 19 weeks later, marked another milestone in our history as the acquisition of iPass was also completed. The combination of our businesses, and most importantly our people, now forms a powerful new entity that has growing resources and a global vision to even more assertively compete and win, performing even more effectively, as we have proven to be the case from our results. As you saw on February 21, 2019, we announced the inclusion of key members of the iPass leadership team into Pareteum, bringing their talent and experience together to fuel our accelerated growth and scale.

Looking forward, we are a company with ambitious plans for continued growth and profitability. On our upcoming earnings call, scheduled for March 12, 2019, you will hear about our 2018 successes that have laid a strong foundation as we set even more challenging 2019 goals. Our growth will continue from our current customers who continue to buy more from us. We will also see many new customers enter our client rosters, and because of our iPass acquisition, we have opened completely new market segments in the enterprise sector. We fully expect to be the market leader in cloud based communications software as a service, as we execute on our business plan.

Our sales focus now includes our traditional communications service providers, our IoT developers, Smart Cities, and enterprises. These segments represent a significant and growing market opportunity, supporting our aggressive revenue expansion plans, in 2019 and beyond. We have invested in the development of a single software cloud communications platform, coupled with global connectivity access to serve this market opportunity. Our ability to leverage all of our development across these markets increases our capital efficiency and scalability, facilitating the attainment of our growth and profitability goals.

We have established our Pareteum goals for 2019 and communicated them across the new integrated company, with a philosophy that we call "One TEUM".

These are our goals for 2019:

- Attain (and exceed) our revenue target in 2019, through faster conversion of the 36 month contractual revenue backlog (36MCRB)
- Deliver new customer contract wins from our converged integrated product portfolio (TEUM, IPAS and ARTA), to increase our 36MCRB
- Build and execute the go-to-market plan with an integrated fully channel ready "productized" product and services suite, with refined and simplified messaging company- and market-wide
- Achieve consistently positive free cash flow
- Complete a smooth integration of Artilium and iPass within Pareteum: One TEUM

Please note that we intend to provide 2019 guidance during our upcoming Earnings Call on March 12, 2019.

We have been updating you on our progress through our recent press releases, which we will continue to do. As we maintain our laser focus on growth, we measure ourselves by new customers joining us (36MCRB), service deployment (conversion of our 36MCRB), growth from our customer base with new product and services adoption, and clearly taking maximum advantage of our ability to make all of our services available to every customer, no matter if they were an iPass, Artilium, or Pareteum customer …now it is a One TEUM customer base. We expect material productivity enhancement to continue as we use our own software to scale our business. We consider internal communications with our TEUMATES, and with you as shareholders, to be a cornerstone of organization effectiveness.

We are well positioned now to drive dramatic increases in our scale and become the recognized market leader through the value we create for our customers and shareholders. We expect to continue to attract long-term institutional investors who believe in our proven ability to execute our plans and scale the company. Additionally, you will have read that we have improved our capital gain plans by the addition of a $50 million debt facility, initially being used to fully repay iPass' approximately $11 million debt on better terms, and which puts us in a position to act immediately when accretive opportunities, that further improve Pareteum, are identified. We also believe that leveraging our business in this way demonstrates management's confidence in our business and equity value.

As you have heard me say many times, "we are all in sales!" We are driving hard, everyday to acquire new customers, upsell our existing customers and aggressively convert our 36MCRB.

To round out, I will sign off with a quote from the co-founder of LinkedIn, Reid Hoffman: "No matter how brilliant your mind or strategy, if you're playing a solo game, you'll always lose out to a team." Or One TEUM, if you will. We agree.

We look forward to your participation in our earnings call where we will share more details on our 2018 results and our plans for 2019.

Hal Turner
Executive Chairman and Principal Executive Officer
Pareteum (NASDAQ: TEUM)

**About Pareteum Corporation:**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36 Month Contractual Revenue Backlog Definition:**
36 Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36 month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward-Looking Statements:**
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 866-901-3309 Ext. 3

Carrie Howes
Rayleigh Capital

European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email                                                                Sign Up

☐ Press Releases                    ☐ Events
☐ Presentations                       ☐ SEC Filings
☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 Pareteum

**Your Experiences**      **Platform**      **Products**      **Customer Stories**      **Investors**

**News**      **About**

PRESS RELEASE DETAILS

View All News

## Pareteum Announces Fourth Quarter and Full Year 2018 Financial Results

March 12, 2019

*PARETEUM ANNOUNCES FOURTH QUARTER AND FULL YEAR 2018 FINANCIAL RESULTS*

*Q4 REVENUE GROWTH OF 256% AND FY 139%*

*Q4 ADJUSTED EBITDA OF $2.34M AND FY $6.4M*

*Q4 NON-GAAP EPS OF $0.02 CENTS AND FY $0.09 CENTS*

*NET DOLLAR-BASED EXPANSION RATE OF 214% YEAR-OVER-YEAR*

*ANNOUNCES 2019 GUIDANCE – PROJECTING 225-260% YEAR-OVER-YEAR REVENUE GROWTH*

**New York, NY – March 12, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced operating and financial results for the fourth quarter and full year ended December 31, 2018.

"2018 was a record year for Pareteum, achieving over 139% year-over-year revenue growth driven by the effectiveness of our cloud-based platform, innovative product solutions, employee talent and leading customers. In fourth quarter of 2018, we reported 256% year-over-year revenue growth, which included the first full quarter of our accretive Artilium acquisition," commented Hal Turner, Pareteum's Founder, Executive Chairman and Principal Executive Officer. "We are extremely pleased with Pareteum's significant results in 2018 which are attributed to our TEUM's laser focus on sales expansion and operational improvements. Looking ahead to 2019, we are very excited about the tremendous opportunities for Pareteum given the strong industry dynamics; our visibility into future revenue from our 36 Month Contractual Revenue Backlog; and, the augmented talent, product, services, network expansion and productivity improvements implicit from our strategic acquisitions."

**FOURTH QUARTER 2018 FINANCIAL RESULTS:**
**(Unless otherwise noted, all comparisons are made to the fourth quarter of 2017)**

- Total revenues increased 256% to $14.3 million
- In December of 2018 our Global Software Defined Cloud (GSDC) revenue was 51% of our total revenue, with 35% in Managed Services (MSP) revenues, and Super API of 14%
- Adjusted EBITDA increased 82% to $2.34 million
- Non-GAAP EPS of $0.02 cents
- Artilium financials are fully consolidated and accretive in Pareteum's fourth quarter results
- Net Dollar-based expansion rate represented 214% growth

**FULL YEAR 2018 FINANCIAL RESULTS:**
**(Unless otherwise noted, all comparisons are made to full year of 2017)**

- Revenues increased 139% to $32.4 million
- Adjusted EBITDA improved 199% year-over-year to $6.4 million
- Non-GAAP EPS of $0.09 cents compared to $0.05 cents for year ending 2017
- We ended the year with a $6.1 million cash balance and no secured debt

**KEY 2018 OPERATIONAL METRICS:**

- 36-month Contractual Revenue Backlog quadrupled to $615 million for the full year 2018, up from $147 million in 2017 with a conversion rate to revenue of 100%
- Connections increased 252% to 4,609,000 for the full year 2018, and grew 59% sequentially in the fourth quarter of 2018
- Fourth quarter average annualized revenue per employee of $415,000, an improvement of 78% year-over-year

| ($000's) | Sequential Quarterly Key Metrics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q4 2017 | | Q1 2018 | | Q2 2018 | | Q3 2018 | | Q4 2018 | |
| REVENUE | 4,015 | | 4,113 | | 6,003 | | 8,008 | | 14,312 | |
| YEAR-OVER-YEAR REVENUE GROWTH | 870 | 28% | 1,318 | 47% | 2,764 | 85% | 4,509 | 129% | 10,297 | 256% |
| GROSS MARGIN | 2,910 | 73% | 2,918 | 71% | 4,223 | 70% | 5,879 | 73% | 9,085 | 63% |
| ADJUSTED EBITDA | 1,283 | | 283 | | 1,297 | | 1,782 | | 2,339 | |
| EBITDA | (2,733) | | (869) | | 597 | | (5,851) | | (3,093) | |
| CASH BALANCE | 13,538 | | 15,759 | | 19,205 | | 18,865 | | 6,052 | |
| 36 MONTH CONTRACTUAL REVENUE BACKLOG | 147,000 | | 200,000 | | 276,000 | | 403,000 | | 615,000 | |
| CONNECTIONS | 1,310 | | 2,220 | | 2,714 | | 2,903 | | 4,609 | |

**RECENT BUSINESS HIGHLIGHTS:**

- The Company completed the acquisition of Artilium in late September bringing several strategic advantages including an increased product offering; larger addressable market in Europe; expanded our executive, operational and sales talent; and enhanced our cloud platform with key operating support systems (OSS) and the internet of things (IoT) capabilities.
- In February 2019, Pareteum completed the acquisition of iPass, delivering key strategic benefits including an intelligent Wi-Fi connectivity platform; deep relationships with marquis enterprise customers; strong process, procedures and systems; and strong talent particularly on the technology development side.
- The Company closed a $50M credit facility with Post Road Group in February 2019. An initial draw of $25M will be used to repay the debt and transaction costs associated with the iPass transaction and to facilitate accelerated organic growth and potential M&A transactions.

**2019 FULL YEAR GUIDANCE:**
We expect revenue to be between $105 million and $115 million for the full year of 2019. Adjusted EBITDA and Cash Flow, net of restructuring and acquisition costs will be positive for the year.
We are expecting 2019 revenue growth in the range of 225% to 260% year-over-year, outpacing the market growth rate fivefold to be updated quarterly.

**CONFERENCE CALL INFORMATION:**

Date: Tuesday, March 12, 2019
Time: 4:30 PM EDT
Conference ID: 1070372
Domestic Dial-in Number: 1-800-289-0438
International Dial-in Number: 1-323-794-2423
Belgium Toll Free: 0800 58228
Netherlands Toll Free: 0800 023 1436
U.K. Toll Free: 0800 358 6377
Live webcast: http://public.viavid.com/index.php?id=133208

A replay of the call will be available approximately one hour after the end of the call through March 11, 2020, and can be accessed at:
http://public.viavid.com/index.php?id=133208

**About Pareteum Corporation:**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36 Month Contractual Revenue Backlog Definition:**
36 Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36 month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and

implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Discussion of Non-GAAP Financial Measures:**

Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" (3) "Non-GAAP EPS (4) Cash from operating activities excluding expenditures from restructuring and acquisitions and (4) Contractual Revenue Backlog enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**EBITDA and Adjusted EBITDA Definition:**

"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock-based compensation, stock-based compensation taxes, restructuring costs, acquisition costs, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2017 and 2018.

**Non-GAAP Earnings and EPS Definition:**

"Non-GAAP Earnings and EPS" is a non-GAAP measure defined as earnings per share excluding stock-based compensation, stock-based compensation taxes, restructuring costs, acquisition costs and nonrecurring expenditures in 2017 and 2018.

**Net Dollar-Based Expansion Rate Definition**

"Net Dollar-Based Expansion Rate" is measured for a particular quarter period by first identifying the cohort of customers, or Base Customers, that were live and in service on the first day of the given quarter. We then calculate our net dollar expansion rate by dividing the revenue we recognized for this cohort of customers in the reporting period to the revenue we recognized for the same group of customers in the same quarter in the prior year, expressed as a percentage of the revenue we recognized for the cohort in the prior year comparative period. A customer will not be considered a Base Customer unless such customer has been live and in service in both comparable periods.

**Cash from operating activities excluding expenditures from restructuring and acquisitions:**

Cash from operating activities excluding expenditures from restructuring and acquisitions is a Non-GAAP measure defined as cash flows from operating activities as adjusted for adjustments to deferred revenues, net billings in excess of revenues, restructuring costs primarily from prior periods and acquisition costs.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 703 930 4282

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

### PARETEUM CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS

| | Three Month Period Ended | | (YtD) Twelve Month Period Ended | |
| --- | --- | --- | --- | --- |
| | December 31, 2018 | December 31, 2017 | December 31, 2018 | December 31, 2017 |
| REVENUES | 14,312 | 4,015 | 32,436 | 13,548 |
| COST AND OPERATING EXPENSES | | | | |
| Cost of revenues | 5,227 | 1,105 | 10,330 | 3,684 |
| Product development | 846 | 424 | 3,093 | 1,480 |
| Sales and marketing | 977 | 472 | 3,161 | 1,575 |
| General and administrative | 5,170 | 4,662 | 17,809 | 10,097 |
| Restructuring and acquisition costs | 5,185 | 125 | 7,259 | 966 |
| Depreciation and amortization | 2,469 | 1,384 | 5,427 | 4,533 |
| Total cost and operating expenses | 19,874 | 8,172 | 47,079 | 22,335 |
| LOSS FROM OPERATIONS | (5,562) | (4,157) | (14,643) | (8,787) |

| | Three Month Period Ended | | (YtD) Twelve Month Period Ended | |
| | December 31, 2018 | December 31, 2017 | December 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| Total other (expense) / income | (97) | (3,335) | 1,524 | (3,569) |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (5,659) | (7,492) | (13,119) | (12,356) |
| (Benefit) provision for income taxes | (182) | 26 | (144) | 107 |
| NET LOSS | (5,477) | (7,518) | (12,975) | (12,463) |
| OTHER COMPREHENSIVE LOSS / INCOME | | | | |
| Foreign currency translation (loss) gain | 2 | (1,211) | 6 | (1,220) |
| COMPREHENSIVE LOSS | (5,475) | (8,729) | (12,969) | (13,683) |
| Net income/loss per common share - basic | $ (0.06) | $ (0.31) | $ (0.20) | $ (0.84) |
| Weighted average shares - basic | 95,031,798 | 28,613,376 | 64,548,533 | 16,338,156 |
| Non-GAAP Earnings Per Common Share | $ 0.02 | $ 0.02 | $ 0.09 | $ 0.05 |
| Weighted average shares basic and diluted common stock equivalents | 104,489,334 | 52,836,475 | 74,006,069 | 40,561,255 |

| Non-GAAP Reconciliation | Three Month Period Ended | | (YtD) Twelve Month Period Ended | |
| | December 31, 2018 | December 31, 2017 | December 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| NET LOSS | (5,477) | (7,518) | (12,975) | (12,463) |
| Total interest and other income (expense) | 97 | 3,335 | (1,524) | 3,569 |
| Depreciation and amortization | 2,469 | 1,384 | 5,427 | 4,533 |
| Provision for income taxes | (182) | 26 | (144) | 107 |
| EBITDA | (3,093) | (2,773) | (9,216) | (4,254) |
| Restructuring and acquisition costs | 5,185 | 701 | 7,259 | 1,542 |
| Stock based compensation | (827) | 2,780 | 6,582 | 4,289 |
| Stock based tax | 1,074 | 576 | 1,810 | 576 |
| Adjusted EBITDA | 2,339 | 1,284 | 6,436 | 2,153 |

PARETEUM CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEET INFORMATION
(In thousands)

| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| Cash and cash equivalents | 6,052 | 13,538 |
| Restricted cash | 431 | 200 |
| Accounts receivable | 15,362 | 2,058 |
| Prepaid expenses and other current assets | 2,084 | 900 |
| Total current assets | 23,929 | 16,696 |
| Non-current assets | 137,113 | 8,630 |
| **Total assets** | **161,042** | **25,326** |
| Total current liabilities | 20,006 | 7,538 |
| Total non-current liabilities | 8,971 | 2,367 |
| **Total liabilities** | **28,977** | **9,905** |
| **Total stockholders' equity** | **132,065** | **15,422** |
| **Total liabilities and stockholders' equity** | **161,042** | **25,326** |

PARETEUM CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED CASH FLOW INFORMATION
(In thousands)

| | For the Twelve Months Ended | |
| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | (8,178) | (1,410) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | (11,456) | (538) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 12,300 | 2,047 |
| EFFECT OF EXCHANGE RATES | 80 | (106) |

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 305 of 350

| EFFECT OF EXCHANGE RATES | 80 | (196) |
|---|---|---|
| NET INCREASE (DECREASE) IN CASH & CASH EQUIVALENT | (7,254) | (97) |

### Non-GAAP OPERATING CASH FLOWS RECONCILIATION

| CASH FLOWS FROM OPERATING ACTIVITIES: | (8,178) | (1,410) |
|---|---|---|
| (Increase) decrease in prepaid expenses, deposits & other asse | (1,669) | 444 |
| Increase (decrease) in Net billings in excess of revenues | 677 | (413) |
| Increase (decrease) in accrued expenses and other payables | (2,855) | (150) |
| CASH FLOWS FROM OPERATING ACTIVITIES EXCLUDING EXPENDITURES FOR RESTRUCTURING AND ACQUISITION | (4,331) | (1,291) |

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases  ☐ Events

☐ Presentations  ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f 🐦 in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences      Platform      Products      Customer Stories      Investors**

**News      About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Wins $17 Million in New Early March Contracts

March 15, 2019

*PARETEUM WINS $17 MILLION IN NEW EARLY MARCH CONTRACTS*

*ADDS 10 NEW CUSTOMER AGREEMENTS*

**New York, NY – March 15, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced ten new customers have executed three-year contracts during early March 2019, valued at $17 million in the company's expanding 36-month contractual revenue backlog (36MCRB). These new customer transactions span Europe, Africa, US and Asia, and include software communications platform service offerings from the company's recent acquisitions of iPass and Artilium.

New agreements signed in early March 2019 include:

- Cloud communications platform and connectivity services for a European Mobile Virtual Network Operator (MVNO)
- Cloud communications platform for a US-based provider of connected wearable devices
- Short Message Service (SMS) solution for a global SMS provider located in Hong Kong
- Short Message Service (SMS) solution for a digital agency based in West Africa

Chief Revenue Officer Rob Mumby added, "We are seeing a fantastic response to our enhanced and expanded offering across all sectors. I am confident we will continue to gain traction with our market-leading cloud services as we move towards the next quarter."

Executive Chairman and Principal Executive Officer of Pareteum, Hal Turner, commented, "These new customer wins reflect our deep understanding of the challenges faced by a diverse range of dynamic, market-leading organizations, and the great response our solutions represent to those challenges. Our momentum continues to grow in the wake of our acquisitions of Artilium and iPass, and our One TEUM strategy is delivering rich rewards."

**About Pareteum**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**
36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly,

and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 703 930 4282

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Your Email

Sign Up

☐ Press Releases    ☐ Events

☐ Presentations    ☐ SEC Filings

Continental Stock Transfer

Email: cstmail@continentalstock.com

☐ End of Day Stock Quote

Phone: +1 212 509-4000

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 308 of 350

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 309 of 350

 **Pareteum**

Your Experiences    Platform    Products    Customer Stories    Investors

News    About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Wins $50 Million Global Expansion Contract with Streaming Media Brand

March 28, 2019

*PARETEUM WINS $50 MILLION GLOBAL EXPANSION CONTRACT WITH STREAMING MEDIA BRAND*

*PARETEUM CLOUD SOLUTION POWERS LAUNCH OF DIGITAL SERVICES PORTFOLIO IN US AND UK*

**New York, NY, March 28th, 2019 — Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced that its solution has been selected to power the international expansion of one of the Middle East and Africa region's leading digital services brands.

Pareteum's newest customer is launching a business model, enabled by Pareteum, that serves Middle East and African origin digital content and services, to citizens of those regions who are now residing in the UK and US. This new partnership enables rapid expansion, without geographic limitation and infrastructure investments. Addressing the identified high demand from its subscribers, this customer will launch its innovative cross-border services, using Pareteum's Global Software Cloud Platform, which are expected to begin in June 2019. These services will include fixed and mobile communications, subscription and pay-per-view streaming media, mobile payment gateways, and smart home services.

Pareteum's cloud platform solution, following the successful integration of recent acquisitions, delivers complete API driven solutions for Enterprises, Communications Services Providers, and the IoT market through developers and their applications, and combines connectivity, including mobile service management (prepaid and postpaid services) with Smart-managed, global Wi-Fi and cellular access, including full operational support, as a service.

The initial phase of the contract is valued in excess of $50 million, which is incremental to Pareteum's 36-month contractual revenue backlog. Platform charges will be billed on a monthly per subscriber basis, and subscriber network usage, including Wi-Fi, billed on a prepay basis.

"This is a showcase significant strategic win for Pareteum which further proves the value of our recent acquisitions in driving cross- and up-sell opportunities within our addressable markets and rapidly growing customer base," said Vic Bozzo, CEO at Pareteum.

Hal Turner, Executive Chairman and Principal Executive Officer commented, "This latest partnership provides another great example of how Pareteum empowers brands to interact with customers to deliver targeted, locally relevant services and experiences, on a global basis. With our Global Smart Network, and Global Software Experience Platform, our brand partners can provide rich digital services from anywhere, to anywhere. Geographical boundaries no longer matter."

**About Pareteum Corporation:**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage

innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**

36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries:**

Press@pareteum.com

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 703 930 4282

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email                                  Sign Up

☐ Press Releases              ☐ Events

☐ Presentations               ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH   Document 143-4   Filed 04/24/20   Page 311 of 350

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences   Platform   Products   Customer Stories   Investors

News   About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Wins $22 Million Contract with Digital Currency Wi-Fi Provider

April 02, 2019

*PARETEUM WINS $22 MILLION CONTRACT WITH DIGITAL CURRENCY WI-FI PROVIDER*

*BLOCKCHAIN WI-FI SHARING SOLUTION TO HARNESS PARETEUM'S GLOBAL CLOUD*

**New York, NY, April 2nd, 2019 — Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)$^{TM}$*, today announced a new sales transaction worth in excess of $22 million over 36 months.

The new contract will see the Pareteum solution enabling rapid global expansion for an innovative digital currency-based connectivity solution for consumers.

Pareteum's new customer is building a global blockchain-based Wi-Fi sharing community. Members can mine tokens by sharing their Wi-Fi, whether residential or within commercial locations, and use those tokens for Wi-Fi connectivity at other locations within the network.

Access to Pareteum's global smart Wi-Fi network has been embedded in the mobile app provided by Pareteum's new customer to its users, allowing them to redeem tokens for seamless connectivity at numerous high-demand public locations in the transport, leisure, hospitality, and retail sectors across the world.

End users will also be able to access Pareteum's extensive global in-flight footprint.

Pareteum is unique in being able to offer a single, global Wi-Fi network, delivering immediate scale without the need for customers to negotiate and provision numerous individual network agreements, which can significantly delay time to market.

The customer launched Pareteum-enabled services on April 1st, 2019 as part of a 36-month contract.

Rob Mumby, Chief Revenue Officer for Pareteum, said, "The use of blockchain technology to transform Wi-Fi into a new currency for a global community is a perfect fit with our company vision of communications re-imagined, and we are ecstatic to power rapid global expansion to this new model. Our cloud solution delivers full spectrum communication services from a single source, and we look forward to being a great strategic partner to our new customer."

Pareteum's cloud platform delivers a complete, API-driven solution for Enterprises, Communications Services Providers, and the IoT market through developers and their applications. It combines connectivity, including mobile service management (prepaid and postpaid services) with smart-managed, global Wi-Fi and cellular access, including full operational support, as a service.

Christine Braelow, Pareteum's Vice President, Global Sales, for Enterprise and Brand commented, "Pareteum's global cloud solution offers tremendous flexibility and it is hugely exciting to see the many ways our customers use it to drive value and market disruption. We are delighted to be working with such a dynamic new customer."

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 313 of 350

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**

36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries**
Press@pareteum.com

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 703 930 4282

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

Case 1:19-cv-09767-AKH Document 143-4 Filed 04/24/20 Page 314 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases               ☐ Events

☐ Presentations                ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   ✦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



Your Experiences     Platform     Products     Customer Stories     Investors

News     About

**PRESS RELEASE DETAILS**

View All News

## Pareteum Achieves $100 Million in New Sales Agreements During March

April 04, 2019

*PARETEUM ACHIEVES $100 MILLION IN NEW SALES AGREEMENTS DURING MARCH*

*SHOWCASE WINS POWER RECORD PERFORMANCE*

**NEW YORK, NY, April 4th, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*[TM], today announced that new contracts closed during the second half of March 2019 contributed in excess of $80 million to the company's expanding 36-month contractual revenue backlog (36MCRB).

Showcase contracts announced during the second half of March — with a digital services provider based in the Middle East and Africa Region, and a digital currency-based connectivity provider in the US — powered a record $100 million month for Pareteum in newly signed 36MCRB agreements.

Additional new contract wins from the second half of March include:

- International customer loyalty connectivity services for one of Europe's largest banks and its Mobile Virtual Network Operator brand
- Cloud communications platform and connectivity services for a new US Mobile Virtual Network Operator
- Cloud communications platform for a European carrier services provider
- IoT and consumer connectivity services for a European smart city hub
- Cloud communications platform and connectivity for a provider of secure wallet and digital currency-based mobile services

Executive Chairman and Principal Executive Officer of Pareteum, Hal Turner, commented, "We have developed, built, and delivered software services for a wide range of customers and we are rapidly moving into new markets and territories with 'communications reimagined' services. This record performance, our very first $100 million new 36MCRB sales month, reflects the strong value customers derive as they continue to buy our services. All Pareteum TEUMATES have had a hand in the performance and I congratulate each of our colleagues."

Pareteum's Chief Revenue Officer, Rob Mumby, added, "We continue to win great new customers while positioning ourselves to become increasingly strategic to existing customers with our highly flexible cloud communications services."

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will

be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**

36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries**
Press@pareteum.com

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Laura W. Thomas
Investor Relations
+1 703 930 4282

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email                                          Sign Up

☐ Press Releases                    ☐ Events

☐ Presentations                       ☐ SEC Filings

☐ End of Day Stock Quote

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 317 of 350

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036 · **1 (646) 975-0400**

f  ＄  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 318 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Launches Seven Customers into Service Production During March

April 09, 2019

*PARETEUM LAUNCHES SEVEN CUSTOMERS INTO SERVICE PRODUCTION DURING MARCH*

*TOTAL 36-MONTH CONTRACTUAL REVENUE BACKLOG GROWS TO $938 MILLION*

**NEW YORK, NY, April 9, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced it launched seven new customers into production during March 2019.

This brings to 15 the total number of customers deployed into commercial service during the three months to March 31st, 2019.

The announcement caps a first quarter during which Pareteum grew its 36-month Contractual Revenue Backlog (36MCRB) of signed sales agreements to a new total of $938 million.

Strong growth in new sales transactions reflects the recent strategic acquisitions of Artilium and iPass. These acquisitions have deepened Pareteum's capabilities and created a rich seam of cross- and up-sell opportunities with existing customers, as well as significantly expanding the overall addressable market.

The seven new customers now harnessing Pareteum to power their commercial services include:

- A US service provider using the Pareteum cloud platform and network to provide mobility services, including the capability for provisioning multiple numbers, to consumer and enterprise markets
- A provider of mobility and security solutions for families, utilizing the API interface to Pareteum's cloud platform and network to deliver connectivity to customers buying their specialist devices in the US market
- A UK-based service provider using Pareteum's Mobile Virtual Network Operator platform to launch a social influencer-driven mobility offering

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 319 of 350

- A fast-growing US mobile virtual network operator using the API interface to the Pareteum platform to power highly flexible, no-contract connectivity services to the consumer market
- A provider of mobile engagement and sponsored data solutions to B2C brands and mobile operators which is using Pareteum's network to support global services
- A US mobile virtual network operator using Pareteum's cloud platform and network capabilities to deliver contract-free mobility services
- A UK-based mobile virtual network operator which is migrating its existing operation to the Pareteum cloud platform

Pareteum's Executive Chairman and Principal Executive Officer Hal Turner commented, "We have delivered a phenomenal first quarter, powering innovative new 'Communications Re-imagined' service launches from a wide array of customers.  Our ability to help customers break into new markets fast, without the need for heavy investment in infrastructure, means we quickly become strategic partners, driving excellent opportunities for further up-sell."

Vic Bozzo, Chief Executive Officer at Pareteum added, "This past quarter has seen us build significant additional momentum for our 36-Month Contractual Revenue Backlog. As we move into the next quarter we will continue to drive hard on both execution and new sales."

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit:www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**

36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries**
Press@pareteum.com

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 646 810 2182
InvestorRelations@pareteum.com

Michael Bloom
Investor Relations
michael.bloom@pareteum.com

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 320 of 350

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases     ☐ Events

☐ Presentations     ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

**Platform**

Experience
Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 321 of 350

**PRESS RELEASE DETAILS**

View All News

# Pareteum Announces First Quarter 2019 Financial Results

May 07, 2019

*PARETEUM ANNOUNCES FIRST QUARTER 2019 FINANCIAL RESULTS*

*Q1 REVENUE OF $23 MILLION DRIVES GROWTH OF 460% YEAR-OVER-YEAR*

*Q1 ADJUSTED EBITDA OF $5.2 MILLION*

*NET DOLLAR-BASED EXPANSION RATE OF 144% YEAR-OVER-YEAR*

*INCREASES FULL YEAR 2019 GUIDANCE – PROJECTING 255-285% YEAR-OVER-YEAR REVENUE GROWTH*

**New York, NY – May 7, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced operating and financial results for the first quarter ended March 31, 2019.

"We are very pleased with our strong first quarter results, delivering 460% revenue growth in Q1 2019 compared to Q1 2018. Pareteum's core business, pre-acquisitions, has grown 33% over the prior quarter," commented Hal Turner, Pareteum's Founder, Executive Chairman and Principal Executive Officer. "We are proud of the significant business transformation we have achieved over the past few years. Pareteum is a fast-growing and profitable SaaS and communications service provider. Our software and platform solutions are unique in the market, our global TEUM is executing, we are well positioned to capture the large market opportunity, and we are committed to our mission to *connect every person and every(thing)*™."

**FIRST QUARTER 2019 FINANCIAL RESULTS:**
**(Unless otherwise noted, all comparisons are made to the first quarter of 2018)**

- Total revenues increased 460% to $23 million
- Adjusted EBITDA increased 1,723% to $5.2 million
- Non-GAAP EPS of $0.02 cents

- Artilium and iPass financials are consolidated and accretive in Pareteum's first quarter results
- Net Dollar-based expansion rate represented 144% growth
- Increase in total assets from $27.2 million at March 31, 2018 to $236.9 million at March 31, 2019
- Cash balance of $10.7 million
-
- **KEY FIRST QUARTER OF 2019 OPERATIONAL METRICS:**
- 36-Month Contractual Revenue Backlog increased to $938 million for the first quarter of 2019, up from $200 million in the first quarter of 2018 with a conversion rate to revenue of 101%
- Connections increased 441% to 12,012,000 for the first quarter of 2019, and grew 161% sequentially in the first quarter of 2019
- First quarter average annualized revenue per employee of $390,000, an increase of 55% year over year
-

| (\$000's) | Sequential Quarterly Key Metrics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 2019 | | Q4 2018 | | Q3 2018 | | Q2 2018 | | Q1 2018 | |
| REVENUE | 23,040 | | 14,312 | | 8,008 | | 6,003 | | 4,113 | |
| YEAR-OVER-YEAR REVENUE GROWTH | 18,927 | 460% | 10,297 | 256% | 4,509 | 129% | 2,764 | 85% | 1,318 | 47% |
| GROSS MARGIN | 12,972 | 56% | 9,085 | 63% | 5,879 | 73% | 4,223 | 70% | 2,918 | 71% |
| ADJUSTED EBITDA | 5,156 | | 2,339 | | 1,782 | | 1,297 | | 283 | |
| EBITDA | (2,405) | | (3,093) | | (5,851) | | 597 | | (869) | |
| CASH BALANCE | 10,699 | | 6,052 | | 18,565 | | 19,205 | | 15,759 | |
| 36 MONTH CONTRACTUAL REVENUE BACKLOG | 938,000 | | 615,000 | | 403,000 | | 276,000 | | 200,000 | |
| CONNECTIONS | 12,012 | | 4,609 | | 2,903 | | 2,714 | | 2,220 | |

**RECENT BUSINESS HIGHLIGHTS:**

In February 2019, Pareteum completed the acquisition of iPass, delivering key strategic benefits including an intelligent Wi-Fi connectivity platform; deep relationships with marquee enterprise customers; strong process, procedures and system enhancements; and strong talent particularly on the technology development side
The Company announced a new sales transaction with Citrix Systems to migrate employees to a cloud-based deployment of Pareteum's iPass SmartConnectTM solution, which has been fully integrated with Citrix's existing single sign-on solution to provide users with an enhanced security experience. A phased rollout is currently underway
The Company closed a $50 million credit facility with Post Road Group in February 2019. An initial draw of $25 million will be used to repay the debt and transaction costs associated with the iPass transaction and to facilitate accelerated organic growth and potential M&A transactions

**2019 FULL YEAR GUIDANCE:**

We expect revenue to be between $115 million and $125 million for the full year of 2019. Adjusted EBITDA and Cash Flow, net of restructuring and acquisition costs will be positive for the year.

We are expecting 2019 revenue growth in the range of 255% to 285% year-over-year, outpacing the market growth rate fivefold to be updated quarterly.

**CONFERENCE CALL INFORMATION:**

Date: Tuesday, May 7, 2019
Time: 4:30 PM EDT
Conference ID: 4614687
Domestic Dial-in Number: 1-800-263-0877
International Dial-in Number: 1-646-828-8143
Belgium Toll Free: 0800 58228
Netherlands Toll Free: 0800 023 1436
U.K. Toll Free: 0800 358 6377

Live webcast: http://public.viavid.com/index.php?id=134075

A replay of the call will be available approximately one hour after the end of the call through May 6, 2020, and can be accessed at: http://public.viavid.com/index.php?id=134075

**About Pareteum Corporation:**
Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**36-Month Contractual Revenue Backlog Definition:**
36-Month Contractual Revenue Backlog (36MCRB), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including

subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Discussion of Non-GAAP Financial Measures:**

Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" (3) "Non-GAAP EPS (4) Cash from operating activities excluding expenditures from restructuring and acquisitions and (4) Contractual Revenue Backlog enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum 's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

**EBITDA and Adjusted EBITDA Definition:**

"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock-based compensation, stock-based compensation taxes, restructuring costs, acquisition costs, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2018 and 2019.

**Non-GAAP Earnings and EPS Definition:**

"Non-GAAP Earnings and EPS" is a non-GAAP measure defined as earnings per share excluding stock-based compensation, restructuring and acquisition costs, amortization of intangible assets and other nonrecurring expenditures in 2018 and 2019.

**Net Dollar-Based Expansion Rate Definition**

"Net Dollar-Based Expansion Rate" is measured for a particular quarter period by first identifying the cohort of customers, or Base Customers, that were live and in service on the first day of the given quarter. We then calculate our net dollar expansion rate by dividing the revenue we recognized for this cohort of customers in the reporting period to the revenue we recognized for the same group of customers in the same quarter in the prior year, expressed as a percentage of the revenue we recognized for the cohort in the prior year comparative period. A customer will not be considered a Base Customer unless such customer has been live and in service in both comparable periods.

**Cash from operating activities excluding expenditures from restructuring and acquisitions:**

Cash from operating activities excluding expenditures from restructuring and acquisitions is a Non-GAAP measure defined as cash flows from operating activities as adjusted for adjustments to deferred revenues, net billings in excess of revenues, restructuring costs primarily from prior periods and acquisition costs.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries**
Press@pareteum.com

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 646 810 2182
InvestorRelations@pareteum.com

Michael Bloom
Investor Relations
michael.bloom@pareteum.com

Allise Furlani
The Blueshirt Group
blueshirt.group@pareteum.com

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075

**PARETEUM CORPORATION AND SUBSIDIARIES**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS**

(In thousands except for per share amounts)

| | Three Month Period Ended | |
| --- | --- | --- |
| | March 31, 2019 | March 31, 2018 |
| REVENUES | 23,040 | 4,113 |
| COST AND OPERATING EXPENSES | | |
| Cost of revenues | 10,068 | 1,195 |
| Product development | 2,198 | 727 |
| Sales and marketing | 2,565 | 689 |
| General and administrative | 7,614 | 2,297 |
| Restructuring and acquisition costs | 3,080 | 74 |
| Depreciation and amortization | 2,843 | 965 |
| Total cost and operating expenses | 28,370 | 5,947 |
| LOSS FROM OPERATIONS | (5,330) | (1,834) |
| Total other (expense) | (616) | (301) |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (5,946) | (2,135) |
| Income tax benefit | (167) | (1) |
| NET LOSS | (5,779) | (2,134) |
| OTHER COMPREHENSIVE LOSS / INCOME | | |
| Foreign currency translation (loss) gain | (360) | 104 |
| COMPREHENSIVE LOSS | (6,138) | (2,030) |
| Net income/loss per common share - basic | $ (0.06) | $ (0.04) |
| Weighted average shares - basic | 103,565,745 | 50,062,434 |
| Non-GAAP Income/(Loss) Per Common Share | $ 0.02 | $ (0.02) |
| Weighted average shares basic and diluted common stock equivalents | 124,767,770 | 50,062,434 |

| **Non-GAAP Reconciliation** | Three Month Period Ended | |
| --- | --- | --- |
| | March 31, 2019 | March 31, 2018 |

| | | |
|---|---|---|
| NET LOSS | (5,779) | (2,134) |
| Total interest and other income (expense) | 616 | 301 |
| Depreciation and amortization | 2,843 | 965 |
| Provision for income taxes | (167) | (1) |
| EBITDA | (2,485) | (869) |
| Restructuring and acquisition costs | 3,080 | 74 |
| Stock based compensation | 3,714 | 1,078 |
| Stock based tax | 847 | 0 |
| Adjusted EBITDA | 5,156 | 283 |

**Non-GAAP Reconciliation**

| | | |
|---|---|---|
| NET LOSS | (5,779) | (2,134) |
| Restructuring and acquisition costs | 3,080 | 74 |
| Stock based compensation | 3,714 | 1,078 |
| Amortization of Intangibles | 1,652 | 0 |
| NON-GAAP NET INCOME/(LOSS) | 2,667 | (982) |

PARETEUM CORPORATION AND SUBSIDIARIES

UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEET INFORMATION

(In thousands)

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| Cash and cash equivalents | 10,699 | 6,052 |
| Restricted cash | 705 | 431 |
| Accounts receivable | 28,645 | 15,362 |
| Prepaid expenses and other current assets | 3,634 | 2,084 |
| Total current assets | 43,682 | 23,928 |
| Intangible Assets | 60,706 | 39,658 |
| Goodwill | 119,899 | 91,774 |
| Lease Right of Use Assets | 3,136 | 0 |
| Other non-current assets | 9,523 | 5,681 |
| **Total assets** | **236,947** | **161,041** |

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 326 of 350

| | | |
|---|---:|---:|
| Total current liabilities | 39,779 | 20,006 |
| Total non-current liabilities | 33,562 | 8,971 |
| **Total liabilities** | **73,341** | **28,977** |
| **Total stockholders' equity** | **163,606** | **132,065** |
| **Total liabilities and stockholders' equity** | **236,947** | **161,041** |

PARETEUM CORPORATION AND SUBSIDIARIES

UNAUDITED CONDENSED CONSOLIDATED CASH FLOW INFORMATION

(In thousands)

| | For the Three Months Ended | |
|---|---:|---:|
| | March 31, 2019 | March 31, 2018 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | (5,301) | 29 |
| CASH FLOWS FROM INVESTING ACTIVITIES: | (3,365) | (434) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 14,121 | 2,525 |
| EFFECT OF EXCHANGE RATES | (155) | 101 |
| NET INCREASE IN CASH & CASH EQUIVALENTS | 5,300 | 2,221 |

Non-GAAP OPERATING CASH FLOWS RECONCILIATION

| | | |
|---|---:|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES: | (5,301) | 29 |
| Increase in Net billings in excess of revenues | 549 | - |
| Increase in accrued expenses and other payables | 5,014 | 7,653 |
| CASH FLOWS FROM OPERATING ACTIVITIES EXCLUDING EXPENDITURES FOR RESTRUCTURING AND ACQUISITIONS | 262 | 7,682 |

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email      ( Sign Up )

☐ Press Releases     ☐ Events

☐ Presentations     ☐ SEC Filings

☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f   🐦   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 328 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Achieves $70 Million in New Sales Agreements in April

May 15, 2019

*PARETEUM ACHIEVES $70 MILLION IN NEW SALES AGREEMENTS IN APRIL*

*MORE THAN 20 NEW SALES AGREEMENTS POWER ANOTHER WINNING MONTH*

**NEW YORK, NY – May 15, 2019 – Pareteum Corporation (Nasdaq: TEUM)**, a rapidly growing global cloud software communications platform company with a mission to *connect every person and every(thing)*™, today announced that it closed more than 20 new sales transactions in April 2019, with a combined contract value of $70 million.

New contract wins achieved in the month include:

*Communications Service Providers*

- A leading multinational Mobile Virtual Network Operator in the EMEA region selected Pareteum's cloud platform and network to power consumer and enterprise mobility services
- A Hong Kong Mobile Virtual Network Operator is using Pareteum's cloud and network solutions to deliver global, single-number mobile solutions for frequent travelers
- A UK innovative global voice-calling solution is leveraging Pareteum's SuperAPI and network to power its services
- A US Mobile Virtual Network Operator and device manufacturer selected Pareteum's cloud solution to deliver consumer mobility services focused on simplicity and value

*Enterprise and Brand*

- A leading consumer-engagement and rewards services provider operating across North and South America is deploying Pareteum's network and cloud services to deliver connectivity offerings for end users
- A pan-European pharmaceutical manufacturer is using Pareteum's enterprise communications solutions to improve employee connectivity and productivity
- A world leading airline is using Pareteum's enterprise solutions to facilitate global connectivity and communications

*IoT and Developer*

- A Japanese communications and IoT services provider selected Pareteum's IoT cloud platform and network for connectivity and device management

"We continue to drive growth through our sales efforts as our addressable markets expand and our cloud-based SaaS products and solutions are able to deliver new requirements in an increasingly connected world," said Hal Turner, Executive Chairman and Principal Executive Officer of Pareteum. "At Pareteum, we believe we are 'all in sales' and we are pleased with another strong monthly performance."

"Each new customer represents an opportunity to build a unique and strategic relationship and facilitates cross-sell and up-sell of our expanding suite of global cloud software capabilities," added Rob Mumby, Chief Revenue Officer of Pareteum.

**About Pareteum Corporation:**

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Media Inquiries**
Press@pareteum.com

**Pareteum Investor Relations Contacts:**
Ted O'Donnell
Chief Financial Officer
+1 646 810 2182
InvestorRelations@pareteum.com

Michael Bloom
Investor Relations
michael.bloom@pareteum.com

Allise Furlani
The Blueshirt Group
Blueshirt.group@pareteum.com

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075
carrie@rayleighcapital.com

View All News

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 330 of 350

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

**Email Alerts**

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

 Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036

· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces Its Second Quarter 2019 Financial Results Will Exceed Analysts' Consensus

July 01, 2019

Full Second Quarter 2019 Financial Results to be Announced on August 6, 2019

NEW YORK, July 1, 2019 /PRNewswire/ -- Pareteum Corporation (NASDAQ: TEUM), a rapidly growing cloud communications platform company, today announced that its positive preliminary financial results for the second quarter of 2019 will exceed current analysts' consensus of $26.2 million[1] for revenue and $4.1 million[1] for Adjusted EBITDA. These results represent significant ongoing revenue growth and bottom-line improvement for the Company.



"Pareteum delivered a strong second quarter, achieving robust year-over-year revenue growth and solid bottom-line performance driven by substantial customer demand and increasing connections and usage within the customer base," said Hal Turner, Founder, Chairman & Chief Executive Officer of Pareteum. "Reception to our newly launched Pareteum Experience Cloud™ has been extremely positive and we are very excited by the accelerating momentum and rates of initial customer adoption for this powerful new solution. We are providing investors and analysts with an early view of our results on a one-time basis given the compelling quarter and in advance of several planned institutional investor meetings in July. Our rapid growth reflects solid performance across all areas of the business and further bolsters our confidence and excitement regarding the tremendous growth potential for Pareteum."

These results are preliminary and unaudited and are subject to change based on the completion of the company's normal quarter-end review process. As a result, these preliminary results may be different from the actual results that will be reflected in Pareteum's consolidated financial statements for the quarter ended June 30, 2019 when they are released.

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 332 of 350

Pareteum will release its full second quarter 2019 financial results for the quarter ended June 30, 2019 on August 6, 2019. On that day, management will hold a conference call and webcast at 4:30 p.m. ET to review and discuss the Company's results. The webcast will be available live on the Investors section of the Company's website at https://investors.pareteum.com.

[1] Source: Thomson Reuters as of July 1, 2019

CONFERENCE CALL INFORMATION:
Date: August 6, 2019
Time: 4:30 PM EDT
Conference ID: 2627933
Domestic Dial-in Number: 1-800-239-9838
International Dial-in Number: 1-323-794-2551
Belgium Toll Free: 0800 58228
Netherlands Toll Free: 0800 023 1436
U.K. Toll Free: 0800 358 6377

About Pareteum:

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

Forward Looking Statements:

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries
Press@pareteum.com

Pareteum Investor Relations Contacts:
Michael Bloom
Investor Relations
+1 650 232-4341
michael.bloom@pareteum.com

Allise Furlani
The Blueshirt Group
+1 212-331-8433
allise@blueshirtgroup.com

Carrie Howes
Rayleigh Capital
European- Global IR
+1 650-232-4238
carrie.howes@pareteum.com

'  View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-announces-its-second-quarter-2019-financial-results-will-exceed-analysts-consensus-300878179.html

SOURCE Pareteum Corporation

View All News

## Investor Contact

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

## Email Alerts

Your Email

☐ Press Releases

☐ Presentations

☐ End of Day Stock Quote

☐ Events

☐ SEC Filings

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 334 of 350

**PRESS RELEASE DETAILS**

View All News

## Pareteum Announces Second-Quarter 2019 Financial Results

August 06, 2019

Q2 Revenue of $34 Million Drives Growth of 469% Year-over-Year
Q2 Adjusted EBITDA of $6.1 Million
Net Dollar-Based Expansion Rate of 151% Year-over-Year
Increases Full-Year Revenue Guidance - Projecting 270-301% Year-over-Year Revenue Growth
NEW YORK, Aug. 6, 2019 /PRNewswire/ -- Pareteum Corporation (Nasdaq: TEUM), a rapidly growing cloud communications platform company, today announced operating and financial results for the second quarter ended June 30, 2019.

"Pareteum achieved several significant milestones in the second quarter: We grew revenue 48% from the previous quarter, delivered EBITDA positive results two full quarters ahead of analyst expectations and our annualized revenue run rate eclipsed $136 million," commented Pareteum's Founder, Chairman & CEO Hal Turner. "We are in the early innings of a remarkable growth story. We have added numerous customers to our platform in 2019, and these customers, as well as those in our deployment pipeline, will be the drivers of our continued growth. We are only at the beginning of our mission to *connect every person and every(thing)*™."

SECOND-QUARTER 2019 FINANCIAL RESULTS YEAR-OVER-YEAR:

- Total revenue increased 469% to $34.1 million
- Income from Operations totaled $159,000
- EBITDA increased 466% to $3.4 million
- Adjusted EBITDA increased 369% to $6.1 million
- Non-GAAP EPS of $0.03 (Non-GAAP EPS of $0.05 for the 6 months ending June 30, 2019)
- Net Dollar-based expansion rate represented 151% growth
- Increase in total assets from $33.1 million at June 30, 2018 to $246.9 million at June 30, 2019



| ($000's) | Sequential Quarterly Key Metrics | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Q2 2019 | | Q1 2019 | | Q4 2018 | | Q3 2018 | | Q2 20 |
| REVENUE | 34,148 | | 23,040 | | 14,312 | | 8,008 | | 6,003 |
| YEAR-OVER-YEAR REVENUE GROWTH | 28,145 | 469% | 18,927 | 460% | 10,297 | 256% | 4,509 | 129% | 2,764 |
| GROSS MARGIN | 18,812 | 55% | 12,972 | 56% | 9,085 | 63% | 5,879 | 73% | 4,223 |
| ADJUSTED EBITDA | 6,081 | | 5,156 | | 2,339 | | 1,782 | | 1,297 |
| EBITDA | 3,384 | | (2,485) | | (3,093) | | (5,851) | | 597 |
| CONNECTIONS | 13,030 | | 12,012 | | 4,609 | | 2,903 | | 2,714 |

‹ ›

KEY SECOND-QUARTER OPERATIONAL METRICS:

- Connections increased 380% to 13,030,000 for the second quarter of 2019, and grew 108.5%sequentially for the first half of 2019
- Second-quarter average annualized revenue per employee of $583,000, an increase of 55% year-over-year

RECENT BUSINESS HIGHLIGHTS:

- In June, Pareteum Announced the Commercial Launch of Pareteum Experience Cloud™. A single source for the creation, delivery and rapid scaling of a multitude of API-driven communications experiences, the Pareteum Experience Cloud brings to market an unrivalled combination of service breadth, management control, and geographic reach
- In May, Pareteum was announced to join the Russell 3000 Index at the conclusion of the Russell U.S. Indexes annual reconstitution

2019 FULL-YEAR GUIDANCE:

We expect revenue to be between $120 million and $130 million for the full year of 2019, an increase from the previous forecast of between $115 million and $125 million. Adjusted EBITDA and Cash Flow, net of restructuring and acquisition costs, will be positive for the year.

We expect 2019 revenue growth in the range of 270% to 301% year-over-year, outpacing the market growth rate by fivefold, and to be updated quarterly.

CONFERENCE CALL INFORMATION:

| | |
|---|---|
| Date: | August 6, 2019 |
| Time: | 4:30 PM EDT |
| Conference ID: | 2627933 |
| Domestic Dial-in Number: | 1-800-239-9838 |
| International Dial-in Number: | 1-323-794-2551 |
| | |
| Belgium Toll Free: | 0800 58228 |
| Netherlands Toll Free: | 0800 023 1436 |
| U.K. Toll Free: | 0800 358 6377 |
| | |
| Live webcast: | http://public.viavid.com/index.php?id=135110 |

A replay of the call will be available approximately one hour after the end of the call through May 6, 2020, and can be accessed at: http://public.viavid.com/index.php?id=135110

About Pareteum Corporation:

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

36-Month Revenue Under Contract Definition:

36-Month Revenue Under Contract (36MRUC), is a Non-GAAP financial measure. It is measured on a forward-looking 36-month snapshot view, monthly, and is generated by the Company's Communications Services Providers, Enterprises, and IoT customers who use communication as a service platform products and

services from the company's portfolio. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers (connections), in some cases including subscriber (connections) usage, during the term of the agreement, and, their resulting monthly recurring contractual revenue. There can be no assurances that we reach the total revenue under contract. Timing of revenue recognition may vary from actual results.

Discussion of Non-GAAP Financial Measures:
Pareteum's management believes that the non-GAAP measures of (1) "EBITDA" (2) "Adjusted EBITDA" (3) "Non-GAAP EPS (4) Cash from operating activities excluding expenditures from restructuring and acquisitions and (4) Revenue Under Contract enhance an investor's understanding of Pareteum's financial and operating performance by presenting (i) a focus on core operating performance and (ii) comparable financial results over various periods. Pareteum 's management uses these financial measures for strategic decision making, forecasting future financial results and operating performance. The presentation of non-GAAP ("Generally Accepted Accounting Principles") financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

EBITDA and Adjusted EBITDA Definition:
"EBITDA" is a non-GAAP measure defined as earnings before interest, taxes, depreciation and amortization. "Adjusted EBITDA" is a non-GAAP measure defined by Pareteum as "EBITDA" excluding stock-based compensation, stock-based compensation taxes, restructuring costs, acquisition costs, nonrecurring expenditures and certain software and non-cash adjustments made during the 2016 restructuring that are not applicable in 2018 and 2019.

Non-GAAP Earnings and EPS Definition:
"Non-GAAP Earnings and EPS" is a non-GAAP measure defined as earnings per share excluding stock-based compensation, restructuring and acquisition costs, amortization of intangible assets and other nonrecurring expenditures in 2018 and 2019.

Net Dollar-Based Expansion Rate Definition
"Net Dollar-Based Expansion Rate" is measured for a particular quarter period by first identifying the cohort of customers, or Base Customers, that were live and in service on the first day of the given quarter. We then calculate our net dollar expansion rate by dividing the revenue we recognized for this cohort of customers in the reporting period to the revenue we recognized for the same group of customers in the same quarter in the prior year, expressed as a percentage of the revenue we recognized for the cohort in the prior year comparative period. A customer will not be considered a Base Customer unless such customer has been live and in service in both comparable periods.

Cash from operating activities excluding expenditures from restructuring and acquisitions:
Cash from operating activities excluding expenditures from restructuring and acquisitions is a Non-GAAP measure defined as cash flows from operating activities as adjusted for adjustments to deferred revenues, net billings in excess of revenues, restructuring costs primarily from prior periods and acquisition costs.

Forward Looking Statements:
Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries:
Press@pareteum.com

Pareteum Investor Relations Contacts:
Ted O'Donnell
Chief Financial Officer
+1 646 810 2182
InvestorRelations@pareteum.com

Michael Bloom
Investor Relations
+1 650 232 4341
michael.bloom@pareteum.com

Allise Furlani
The Blueshirt Group
allise@blueshirtgroup.com

Carrie Howes
Rayleigh Capital

+1 650 232 4238

carrie@rayleighcapital.com

PARETEUM CORPORATION AND SUBSIDIARIES
UNAUDITED CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS
(In thousands except for per share amounts)

| | Three Month Period Ended | | Six Month Period Ended | |
|---|---|---|---|---|
| | June 30, 2019 | June 30, 2018 | June 30, 2019 | June 30, 2018 |
| REVENUES | 34,148 | 6,003 | 57,188 | 10,116 |
| COST AND OPERATING EXPENSES | | | | |
| Cost of revenues | 15,293 | 1,780 | 25,361 | 2,974 |
| Product development | 3,242 | 754 | 5,816 | 1,481 |
| Sales and marketing | 2,769 | 652 | 5,710 | 1,341 |
| General and administrative | 9,034 | 2,214 | 15,939 | 4,511 |
| Restructuring and acquisition costs | 428 | 6 | 3,508 | 79 |
| Depreciation and amortization | 3,224 | 994 | 6,067 | 1,960 |
| Total cost and operating expenses | 33,990 | 6,400 | 62,402 | 12,346 |
| LOSS FROM OPERATIONS | 159 | (397) | (5,214) | (2,231) |
| Total other (expense) / income | (1,124) | 2,072 | (1,740) | 1,771 |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (965) | 1,675 | (6,954) | (459) |
| Provision for income taxes | (415) | 19 | (617) | 18 |
| NET LOSS | (550) | 1,656 | (6,337) | (478) |
| OTHER COMPREHENSIVE LOSS / INCOME | | | | |
| Foreign currency translation (loss) gain | 436 | (79) | 76 | 25 |
| COMPREHENSIVE LOSS | (114) | 1,577 | (6,261) | (452) |
| Net income/loss per common share - basic | $ (0.00) | $ 0.03 | $ (0.06) | $ (0.01) |
| Weighted average shares - basic | 111,074,977 | 53,348,376 | 107,341,105 | 51,714,482 |
| Non-GAAP Income/(Loss) Per Common Share | $ 0.03 | $ 0.04 | $ 0.05 | $ 0.03 |
| Weighted average shares basic and diluted common stock equivalents | 125,153,052 | 64,741,232 | 121,419,180 | 51,714,482 |

| Non-GAAP Reconciliation | Three Month Period Ended | | Six Month Period Ended | |
|---|---|---|---|---|
| | June 30, 2019 | June 30, 2018 | June 30, 2019 | June 30, 2018 |
| NET LOSS | (550) | 1,656 | (6,337) | (478) |
| Total interest and other income (expense) | 1,124 | (2,072) | 1,740 | (1,771) |
| Depreciation and amortization | 3,224 | 994 | 6,067 | 1,960 |
| Provision for income taxes | (415) | 19 | (617) | 18 |
| EBITDA | 3,384 | 598 | 855 | (271) |
| Restructuring and acquisition costs | 428 | 6 | 3,508 | 79 |
| Stock based compensation | 2,009 | 694 | 5,722 | 1,772 |
| Stock based tax | 261 | | 990 | 0 |
| Adjusted EBITDA | 6,081 | 1,298 | 11,075 | 1,580 |

| Non-GAAP Reconciliation | | | | |
|---|---|---|---|---|
| NET LOSS | (550) | 1,656 | (6,337) | (478) |
| Restructuring and acquisition costs | 428 | 6 | 3,508 | 79 |
| Stock based compensation | 2,009 | 694 | 5,722 | 1,772 |
| Amortization of Intangibles | 2,018 | 0 | 3,685 | 0 |
| NON-GAAP NET INCOME/(LOSS) | 3,905 | 2,356 | 6,578 | 1,373 |

PARETEUM CORPORATION AND SUBSIDIARIES
UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEET INFORMATION
(In thousands)

|  | June 30, 2019 | December 31, 2018 |
|---|---|---|
| Cash and cash equivalents | 3,378 | 6,052 |
| Restricted cash | 1,105 | 431 |
| Accounts receivable | 45,061 | 15,362 |
| Notes Receivable | 1,024 | - |
| Prepaid expenses and other current assets | 3,386 | 2,084 |
| Total current assets | 53,953 | 23,928 |
|  |  |  |
| Intangible Assets | 60,262 | 39,658 |
| Goodwill | 121,487 | 91,774 |
| Lease Right of Use Assets | 2,493 | - |
| Other non-current assets | 8,673 | 5,681 |
|  |  |  |
| Total assets | 246,868 | 161,041 |
|  |  |  |
| Total current liabilities | 44,265 | 20,006 |
| Total non-current liabilities | 32,987 | 8,971 |
| Total liabilities | 77,252 | 28,977 |
|  |  |  |
| Total stockholders' equity | 169,616 | 132,065 |
|  |  |  |
| Total liabilities and stockholders' equity | 246,868 | 161,041 |

PARETEUM CORPORATION AND SUBSIDIARIES
UNAUDITED CONDENSED CONSOLIDATED CASH FLOW INFORMATION
(In thousands)

|  | For the Three Months Ended | |
|---|---|---|
|  | June 30, 2019 | March 31, 2018 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | (10,169) | (952) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | (6,466) | (1,877) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | 14,443 | 8,484 |
| EFFECT OF EXCHANGE RATES | 192 | 42 |
| NET INCREASE (DECREASE) IN CASH & CASH EQUIVALENTS | (2,000) | 5,697 |

Non-GAAP OPERATING CASH FLOWS RECONCILIATION

|  |  |  |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | (10,169) | (952) |
|  |  |  |
| Increase (decrease) in Net billings in excess of revenues | 2,000 | 23 |
| Increase (decrease) in accrued expenses and other payables | 6,484 | (1,188) |
|  |  |  |
| CASH FLOWS FROM OPERATING ACTIVITIES EXCLUDING EXPENDITURES FOR RESTRUCTURING AND ACQUISITIONS | (1,685) | (2,117) |

' View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-announces-second-quarter-2019-financial-results-300897451.html

SOURCE Pareteum Corporation

View All News

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 339 of 350

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**     **Platform**     **Products**     **About**     **Learn**

IoT and Developers            Experience        Mobility        About Pareteum    Press
                               Cloud
Communications Service                          Engagement      Careers          Contact
Providers
                                                Intelligence    Investors
Enterprise and Brand
                                                Control



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH     Document 143-4     Filed 04/24/20     Page 340 of 350

**Your Experiences**     **Platform**     **Products**     **Customer Stories**     **Investors**



**News**     **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Concludes Amendment to Credit Agreement

August 26, 2019

Pareteum agrees on Amendment with senior lender Post Road Group for additional cash drawdown and future flexibility

NEW YORK, Aug. 26, 2019 /PRNewswire/ -- Pareteum Corporation (Nasdaq: TEUM), the rapidly growing cloud communications platform company, today announced that it has successfully concluded an Amendment to the Credit Agreement dated February 26, 2019, with its senior secured lender, Post Road Group.



The Amendment includes a drawdown of $2.5 million, which the company will use for general business purposes. The active debt facility is available for further drawdowns to be used for general business and growth opportunities.

Pareteum Executive Chairman and CEO Hal Turner commented: "We are pleased to conclude this Amendment, which puts the company on a firm footing for our ambitious growth strategies that will continue to be executed this quarter and beyond. The additional flexibility afforded by this Amendment ensures we are able to be as agile and responsive in our corporate development activities as we are for our customers."

Pareteum Chief Operation Officer Denis McCarthy explained: "We are very pleased to continue to work closely with Post Road Group to help fund our continued acceleration of customer deployments as well as fund our aggressive expansion plans."

About Pareteum Corporation:

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

About Post Road Group:

Post Road Group is a private investment firm located in Stamford, Connecticut. The firm deploys three complementary strategies: Corporate Special Opportunity Investing, Multi-family Ownership, and Real Estate Finance. Since its founding in 2015, Post Road Group has completed over $750 million of investments.

Post Road's Special Opportunity Fund I invests in middle-market private debt and equity investments, with a focus on the telecommunications, media and technology ("TMT"), business service, and healthcare service industries. The firm provides companies with flexible capital for strategic acquisitions, organic growth, and other special situations. Post Road's Multi-family platform acquires and operates well-located multi-family properties nationwide, with a focus on attractive in-place cash flow and the ability to create value through repositioning. The firm's Real Estate Finance platform provides bridge, mezzanine and preferred equity financing solutions to real estate operators nationwide seeking fast and flexible capital.

Forward Looking Statements:

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries
Press@pareteum.com

Pareteum Investor Relations Contacts:

Michael Bloom
Investor Relations
+1 650 232 4341
michael.bloom@pareteum.com

Allise Furlani
The Blueshirt Group
allise@blueshirtgroup.com

Carrie Howes
Rayleigh Capital
European- Global IR
+1 650 232 4238
carrie.howes@pareteum.com

View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-concludes-amendment-to-credit-agreement-300906811.html

SOURCE Pareteum Corporation

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

Sign Up

☐ Press Releases          ☐ Events

☐ Presentations          ☐ SEC Filings

☐ End of Day Stock Quote

**Your Communication Needs**

**Platform**

**Products**

**About**

**Learn**

IoT and Developers

Communications Service Providers

Enterprise and Brand

Experience Cloud

Mobility

Engagement

Intelligence

Control

About Pareteum

Careers

Investors

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2



**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Prices $40 Million Offering of Common Stock and Warrants Led by 2 Institutional Investors and Hoving & Partners

September 20, 2019

NEW YORK, Sept. 20, 2019 /PRNewswire/ -- Pareteum Corporation (Nasdaq: TEUM), the rapidly growing cloud communications platform company, today announced the pricing of a $40 million registered direct public offering led by 2 Institutional Investors and Hoving & Partners.



The offering consists of (i) 18,852,273 Common Stock Units, consisting of one share of Pareteum's common stock together with one Series A Purchase Warrant to purchase one share of Pareteum's common stock and one Series B Purchase Warrant to purchase one-half share of Pareteum's common stock and (ii) 3,875,000 Pre-Funded Units, consisting of one pre-funded warrant to purchase one share of Pareteum's common stock together with one Series A Purchase Warrant to purchase one share of the Pareteum's common stock and one Series B Purchase Warrant to purchase one-half share of Pareteum's common stock. The shares of common stock and accompanying purchase warrants were sold together at a combined public offering price of $1.76 per unit, and the pre-funded warrants and accompanying purchase warrants were sold at a public offering price of $1.75 per unit with an exercise price of $0.01 per unit. The pre-funded warrants are immediately exercisable and may be exercised at any time until all of the pre-funded warrants are exercised in full. The Series A Purchase Warrants are exercisable six months after issuance, have an exercise price of $2.25 per share, and are exercisable for 5 years. The Series B Purchase Warrants are exercisable six months after issuance, have an exercise price of $1.84 per share, and are exercisable for eighteen months.

Dawson James Securities, Inc. acted as placement agent for the offering.

The gross proceeds to the Company from the offering, before deducting the placement agent and other estimated fees and expenses, are approximately $40 million.

Pareteum intends to use approximately $30 million of the net proceeds to eliminate certain outstanding indebtedness. The balance will be used for working capital and general corporate purposes.

The shares described above were offered by Pareteum pursuant to a registration statement on Form S-3 previously filed with, and subsequently declared effective by the U.S. Securities and Exchange Commission ("SEC") on December 18, 2018. A final prospectus supplement relating to the offering will be filed with the SEC and is available, along with the accompanying base prospectus, on the SEC's website at http://www.sec.gov, or by contacting Dawson James: 1 N. Federal Hwy; Suite 500, Boca Raton, FL 33432 ATTN: Prospectus Department.

About Pareteum Corporation:

Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

Forward Looking Statements:

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries:
Press@pareteum.com

Pareteum Investor Relations Contacts:
Laura Thomas
laura.thomas@pareteum.com

Allise Furlani
The Blueshirt Group
allise@blueshirtgroup.com

Carrie Howes
Rayleigh Capital
European-Global IR
+1 650 232 4238
carrie.howes@pareteum.com

[1]  View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-prices-40-million-offering-of-common-stock-and-warrants-led-by-2-institutional-investors-and-hoving--partners-300922324.html

SOURCE Pareteum Corporation

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial
Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

☐ Press Releases

☐ Events

☐ Presentations

☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service
Providers

Enterprise and Brand

**Platform**

Experience
Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  🐦  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

 **Pareteum**

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum Retains Heidrick & Struggles for Board and Executive Leadership Expansion and Enhancement

October 15, 2019

Leading executive search firm to assist Pareteum for next phases of growth and execution
NEW YORK, Oct. 15, 2019 /PRNewswire/ -- Pareteum Corporation (Nasdaq: TEUM), the rapidly growing cloud communications platform company, today announced it has retained Heidrick & Struggles, the premier provider of executive search and leadership advisory services, to assist with assessing the board of directors and key leadership positions as Pareteum prepares diversity and succession plans to support the Company's planned growth and expansion of markets and services.



Heidrick & Struggles will seek to identify seasoned board of director candidates and executives to complement existing talent and enhance both the board and executive leadership as Pareteum focuses on operational excellence, market leadership and increased shareholder value. The initiative is expected to take up to 12 months.

Hal Turner, Executive Chairman and CEO of Pareteum, said, "As we grow our business and accelerate the execution of our strategies, our Board has undertaken a comprehensive review. Today's announcement reflects our commitment to best practices and diversity on our Board and within our leadership in preparing for the next phases of the Company's growth."

About Pareteum Corporation: Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be, and delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

Forward Looking Statements: Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any

obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries
Press@pareteum.com

Pareteum Investor Relations Contacts:
Carrie Howes
Investor Relations
+1 650 232 4238
carrie.howes@pareteum.com
Investor.relations@pareteum.com

'    View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-retains-heidrick--struggles-for-board-and-executive-leadership-expansion-and-enhancement-300937016.html

SOURCE Pareteum Corporation

View All News

**Investor Contact**

Laura W. Thomas, Interim Chief Financial Officer
Email: investor.relations@pareteum.com
Phone: +1 646-975-0400

Continental Stock Transfer
Email: cstmail@continentalstock.com
Phone: +1 212 509-4000

**Email Alerts**

Your Email

Sign Up

☐ Press Releases          ☐ Events
☐ Presentations           ☐ SEC Filings
☐ End of Day Stock Quote

| **Your Communication Needs** | **Platform** | **Products** | **About** | **Learn** |
|---|---|---|---|---|
| IoT and Developers | Experience Cloud | Mobility | About Pareteum | Press |
| Communications Service Providers | | Engagement | Careers | Contact |
| Enterprise and Brand | | Intelligence | Investors | |
| | | Control | | |



1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f   y   in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2

Case 1:19-cv-09767-AKH    Document 143-4    Filed 04/24/20    Page 348 of 350

 **Pareteum**

**Your Experiences**    **Platform**    **Products**    **Customer Stories**    **Investors**

**News**    **About**

**PRESS RELEASE DETAILS**

View All News

## Pareteum to Restate Previously Issued Financial Statements

October 21, 2019

NEW YORK, October 21, 2019 /PRNewswire/ -- Pareteum Corporation (Nasdaq: TEUM) today announced that the Company will restate its previously issued consolidated financial statements as of and for the full year ended December 31, 2018, and interim periods ended March 31, 2019 and June 30, 2019. This decision was approved by the Company's Board of Directors upon the recommendation of the Company's Audit Committee, and after consultation with management and the Company's independent registered public accounting firm.



Investors should no longer rely upon the Company's previously released financial statements for the time periods cited above. Similarly, related press releases, earnings releases, and investor communications describing the Company's financial statements for these periods should no longer be relied upon.

The decision to restate these financial statements is based on the Company's conclusion that certain revenues recognized during 2018 and 2019 should not have been recorded during that period. For certain customer transactions, the Company may have prematurely or inaccurately recognized revenue. These restatements should not impact historical cash or cash equivalents based upon the current review. At the present time, the restatements are expected to impact Revenue, Cost of Service, Operating Income, Net Loss, Accounts Receivable and other Balance Sheet line items. While the Company's analysis is still underway, the Company currently estimates the revenue impact for the full year 2018 to be a reduction of approximately $9 million. For the first half of 2019, the Company currently estimates the revenue impact to be a reduction of approximately $24 million.

At this time, the Company has not fully completed its review and the expected financial impact of the restatement described above is preliminary and subject to change. The Company cannot predict the aggregate amount of revenue that will ultimately be restated, whether additional periods beyond those referenced above will be affected, and the final outcome or timing of the Company's filing of restated financial statements for the affected annual and quarterly periods. Until the full magnitude of these transactions is analyzed and understood, the Company cannot provide forward guidance, and expects financial results for the second half and full year 2019 will be materially below current analysts' estimates.

Pareteum has achieved a significant business transformation over the last few years, including the completion and integration of two large acquisitions, Artilium and iPass. The Company recently discovered internal control issues related to the accuracy and timing of the recognition of revenue. The Company is undertaking a financial review and is taking proactive steps to improve the oversight and controls associated with customer transactions. This restatement does not impact day-to-day operations and the Company continues to be encouraged by the positive customer interest in Pareteum's global cloud communications platform and its other products and services. Today's announcement reiterates Pareteum's commitment to best practices and upholding the highest standards of financial reporting. The Company recognizes the seriousness of the restatement and will continue to evaluate and implement a broad range of measures and controls to ensure that Pareteum has a strong foundation of processes, procedures, systems and talent in order to capitalize on future global growth opportunities.

Pareteum cannot at this time estimate when the restatement will be completed. The Company will continue to diligently pursue completion of the restatement and intends to make its upcoming 2019 quarterly filings as soon as reasonably practical.

About Pareteum Corporation: Millions of people and devices are connected around the world using Pareteum's Global Cloud Communications Platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data, media and content enablement to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience, imagining what is to come, while delivering now. Pareteum currently has offices in North America, South America, Spain, Bahrain, Singapore, India, Indonesia, Germany, Belgium, United Kingdom, Russia, and the Netherlands. For more information please visit: www.pareteum.com.

Forward Looking Statements: Certain statements contained herein constitute "forward-looking statements" as defined by the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. These risks include, among other things (1) the ability to complete the restatement of the affected financial statements and address any material weaknesses, the timing of the completion of necessary restatements, interim reviews and audits by the Company's independent registered public accounting firm, (2) risks relating to the substantial costs and diversion of personnel's attention and resources deployed to address the restatement of the affected financial statements and internal control matters, (3) the risk of litigation or regulatory action arising from the restatement of the affected financial statements, (4) the timing of the review by, and the conclusions of, the Company's independent auditor regarding the restatement, (5) the ability of the Company to remediate any material weaknesses in internal control over financial reporting, (6) potential reputational damage that the Company may suffer as a result of the restatement of the affected financial statements, (7) the impact of the restatement of the affected financial statements on the value of the Company's common stock, and (8) the risk that the filing of the restatement of the affected financial statements will take longer than anticipated. Given these risks and uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

Media Inquiries

Press@pareteum.com

Pareteum Investor Relations Contacts:

Carrie Howes
Investor Relations
+1 650 232 4238
carrie.howes@pareteum.com

Investor.relations@pareteum.com

ᵗ  View original content to download multimedia:http://www.prnewswire.com/news-releases/pareteum-to-restate-previously-issued-financial-statements-300942393.html

SOURCE Pareteum Corporation

View All News

**Investor Contact**

**Email Alerts**

Laura W. Thomas, Interim Chief Financial Officer

Email: investor.relations@pareteum.com

Phone: +1 646-975-0400

Continental Stock Transfer

Email: cstmail@continentalstock.com

Phone: +1 212 509-4000

Your Email

☐ Press Releases          ☐ Events

☐ Presentations           ☐ SEC Filings

☐ End of Day Stock Quote

Sign Up

**Your Communication Needs**

IoT and Developers

Communications Service Providers

Enterprise and Brand

**Platform**

Experience Cloud

**Products**

Mobility

Engagement

Intelligence

Control

**About**

About Pareteum

Careers

Investors

**Learn**

Press

Contact

Pareteum

1185 Avenue of the Americas, 2nd Floor, New York, NY, 10036
· **1 (646) 975-0400**

f  y  in

© 2020 Pareteum. All rights reserved. | Privacy Policy | Cookie Policy

Powered By Q4 Inc. 5.29.0.2