# EXHIBIT C

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒   Quarterly report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended March 31, 2018

☐   Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**000-30061**
( *Commission file No.)*

**PARETEUM CORPORATION**
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **DELAWARE** | **95-4557538** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. employer identification no.)* |

**1185 Avenue of the Americas, New York, NY 10036**
**USA**
*(Address of principal executive offices) (Zip Code)*

**+ 1 (212) 984-1096**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes  ☒       No  ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes  ☒       No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large Accelerated filer  ☐ | Accelerated filer  ☐ |
| Non-Accelerated filer  ☐ | Smaller reporting company  ☒ |
| | Emerging growth company  ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes  ☐       No  ☒

As of May 10, 2018, there were 51,572,586 shares of the Company's common stock outstanding.

**PARETEUM CORPORATION AND SUBSIDIARIES**
TABLE OF CONTENTS
FORM 10-Q REPORT
March 31, 2018

| | |
|---|---|
| PART I - FINANCIAL INFORMATION | 3 |
| | |
| Item 1. Consolidated Financial Statements | 3 |
| Condensed Consolidated Balance Sheets as of March 31, 2018 (unaudited) and December 31, 2017 | 3 |
| Condensed Consolidated Statements of Comprehensive Loss for the three months periods ended March 31, 2018 and 2017 (unaudited) | 4 |
| Condensed Consolidated Statements of Cash Flows for the three months periods ended March 31, 2018 and 2017 (unaudited) | 5 |
| Notes to Unaudited Condensed Consolidated Financial Statements | 6 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 14 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 19 |
| Item 4. Controls and Procedures | 19 |
| | |
| PART II - OTHER INFORMATION | 19 |
| | |
| Item 1. Legal Proceedings | 19 |
| Item 1A. Risk Factors | 19 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 19 |
| Item 3. Default upon Senior Securities | 19 |
| Item 4. Mine Safety Disclosure | 19 |
| Item 5. Other Information | 19 |
| Item 6. Exhibits | 20 |
| | |
| SIGNATURES | 21 |

**PART I - FINANCIAL INFORMATION**

**Item 1. Consolidated Financial Statements**

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT ASSETS** | | | | |
| Cash and cash equivalents | $ | 15,758,871 | $ | 13,537,899 |
| Restricted cash | | 229,774 | | 199,776 |
| Accounts receivable, net of an allowance for doubtful accounts of $0 at March 31, 2018 and $90,173 at December 31, 2017 | | 1,954,495 | | 2,058,284 |
| Prepaid expenses and other current assets | | 1,153,742 | | 900,369 |
| Total current assets | | 19,096,882 | | 16,696,328 |
| **NON-CURRENT ASSETS** | | | | |
| **OTHER ASSETS** | | 93,729 | | 91,267 |
| **NOTE RECEIVABLE** | | 601,583 | | 594,520 |
| **PROPERTY AND EQUIPMENT, NET** | | 4,176,199 | | 4,713,710 |
| **LONG TERM INVESTMENTS** | | 3,230,208 | | 3,230,208 |
| **TOTAL ASSETS** | $ | 27,198,601 | $ | 25,326,033 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable and customer deposits | $ | 2,286,345 | $ | 1,978,726 |
| Net billings in excess of revenues | | 316,040 | | 242,986 |
| Accrued expenses and other payables | | 4,841,163 | | 5,250,130 |
| 9%Unsecured Subordinate Convertible Promissory Note (current portion net of Debt Discount and Debt Issuance) | | 118,813 | | 66,000 |
| Total current liabilities | | 7,562,361 | | 7,537,842 |
| **LONG TERM LIABILITIES** | | | | |
| Derivative liabilities | | 1,911,381 | | 1,597,647 |
| Other long term liabilities | | 137,465 | | 151,163 |
| Unsecured Convertible Promissory Note (net of Debt Discount and Debt Issuance) | | 600,743 | | 617,848 |
| Total long term liabilities | | 2,649,589 | | 2,366,658 |
| Total liabilities | | 10,211,950 | | 9,904,500 |
| Commitments and Contingencies (See Notes) | | | | |
| **STOCKHOLDERS' EQUITY** | | | | |
| Common Stock $0.00001 par value, 500,000,000 shares authorized, 51,046,394 issued and outstanding as of March 31, 2018 and 46,617,093 shares issued and outstanding as of December 31, 2017 | | 324,866,254 | | 321,271,437 |
| Accumulated other comprehensive loss | | (6,202,289) | | (6,306,691) |
| Accumulated deficit | | (301,677,314) | | (299,543,213) |
| Total stockholders' equity | | 16,986,651 | | 15,421,533 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ | 27,198,601 | $ | 25,326,033 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE LOSS
(UNAUDITED)

| | March 31, 2018 | March 31, 2017 |
|---|---|---|
| REVENUES | $ 4,112,570 | $ 2,794,943 |
| | | |
| COST AND OPERATING EXPENSES | | |
| Cost of service (excluding depreciation and amortization) | 1,194,523 | 841,903 |
| Product development | 726,845 | 284,694 |
| Sales and marketing | 688,998 | 319,487 |
| General and administrative | 2,296,852 | 2,365,388 |
| Restructuring charges | 73,600 | 129,229 |
| Depreciation and amortization of fixed and intangibles assets | 965,290 | 843,783 |
| Total cost and operating expenses | 5,946,108 | 4,784,484 |
| | | |
| LOSS FROM OPERATIONS | (1,833,538) | (1,989,541) |
| | | |
| OTHER INCOME (EXPENSE) | | |
| Interest income | 42,672 | 39,136 |
| Interest expense | (63,758) | (517,143) |
| Interest expense related to debt discount and conversion feature | (29,566) | (1,049,236) |
| Amortization of deferred financing costs | (6,142) | (196,113) |
| Changes in derivative liabilities | (313,733) | 1,920,881 |
| Gain on Extinguishment of Debt | - | 463,345 |
| Other income, net | 69,546 | 36,818 |
| Total other (expense) income | (300,981) | 697,688 |
| | | |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (2,134,519) | (1,291,853) |
| (Benefit) Provision for income taxes | (418) | 1,287 |
| NET LOSS | (2,134,101) | (1,293,140) |
| | | |
| OTHER COMPREHENSIVE LOSS | | |
| Foreign currency translation gain (loss) | 104,402 | (26,820) |
| COMPREHENSIVE LOSS | $ (2,029,699) | $ (1,319,960) |
| | | |
| Net loss per common share and equivalents - basic | $ (0.04) | $ (0.14) |
| | | |
| Net loss per common share and equivalents - diluted | $ (0.04) | $ (0.14) |
| | | |
| Weighted average shares outstanding during the period - basic | 50,062,434 | 9,322,228 |
| | | |
| Weighted average shares outstanding during the period - diluted | 50,062,434 | 9,322,228 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(UNAUDITED)

| | | March 31, 2018 | | March 31, 2017 |
|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | |
| Net loss | $ | (2,134,101) | $ | (1,293,140) |
| **Adjustments to reconcile net loss to net cash provided by (used in) operating activities:** | | | | |
| Depreciation and amortization | | 965,290 | | 843,783 |
| Provision for doubtful accounts | | - | | 4,451 |
| Stock based compensation | | 1,077,625 | | 818,286 |
| Change in fair value of warrant liability | | 313,733 | | (1,920,881) |
| Amortization of deferred financing costs | | 6,142 | | 196,113 |
| Interest expense relating to debt discount and conversion feature | | 29,566 | | 1,049,236 |
| (Gain) on Extinguishment of Debt | | - | | (463,345) |
| **Changes in operating assets and liabilities:** | | | | |
| Decrease in accounts receivable | | 110,684 | | 4,343 |
| (Increase) in prepaid expenses, deposits and other assets | | (319,733) | | (209,030) |
| Increase in accounts payable and customer deposits | | 307,619 | | 370,494 |
| Decrease (increase) in Net billings in excess of revenues and deferred revenue | | 54,885 | | (6,755) |
| (Decrease) in accrued expenses and other payables | | (383,139) | | (631,611) |
| **Net cash provided by (used in) operating activities** | | 28,571 | | (1,238,056) |
| | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | |
| Purchases of property and equipment | | (433,749) | | (30,924) |
| **Net cash (used in) investing activities** | | (433,749) | | (30,924) |
| | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | |
| Exercise of warrants and options | | 2,489,329 | | - |
| Repayments on other long term loans | | (17,105) | | - |
| Increase in short term loans | | 52,813 | | - |
| Financing related fees | | - | | (368,726) |
| Gross Proceeds from public offering | | - | | 3,500,000 |
| Principal repayment Senior Secured Loan | | - | | (1,500,000) |
| **Net cash provided by financing activities** | | 2,525,037 | | 1,631,274 |
| | | | | |
| **EFFECT OF EXCHANGE RATES ON CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 131,111 | | 221,306 |
| **NET INCREASE IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 2,250,970 | | 583,600 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, BEGINNING OF THE PERIOD** | | 13,737,675 | | 1,495,207 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF THE PERIOD** | $ | 15,988,645 | $ | 2,078,807 |
| | | | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | | | |
| | | | | |
| Cash paid during the period for interest | $ | (4,937) | $ | 319,328 |
| Conversions of notes include accelerated amortization | $ | - | $ | 801,549 |
| Amendments to warrants and convertible notes | $ | - | $ | 2,344,948 |
| Conversions of convertible notes | $ | - | $ | 774,424 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

5

**PARETEUM CORPORATION AND SUBSIDIARIES**

**NOTES TO THE CONDENSED CONSOLIDATED**
**FINANCIAL STATEMENTS**
**UNAUDITED**

<u>**Note 1. Financial Condition**</u>

As reflected in the accompanying consolidated financial statements, Pareteum Corporation ("Pareteum," the "Company," "we," "us," or "our") (NYSE American: TEUM) reported a loss of $2,134,101 for the period ended March 31, 2018 and had an accumulated deficit of $301,667,314 as of March 31, 2018.

The Company's financial statements through March 31, 2018 were materially impacted by several warrant exercises.

**Warrant Exercises**

Through March 31, 2018, 4,817,784 warrants were exercised on a cash and a cashless basis pursuant to which 4,250,748 shares of common stock were issued and a total of $2,489,329 was received by the Company.

<u>**Note 2. Description of Business, Basis of Presentation and Use of Estimates**</u>

**Business overview**

Pareteum has developed a **Communications Cloud Services Platform** , providing (i) Mobility, (ii) Messaging and (iii) Security services and applications, with a Single-Sign-On, API and software development suite.

The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales.

**Basis of Presentation of Interim Periods**

The interim condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States, or GAAP, for interim financial information and with the instructions to Securities and Exchange Commission, or SEC, Form 10-Q and Article 10 of SEC Regulation S-X. They do not include all the information and footnotes required by GAAP for complete financial statements. Therefore, these financial statements should be read in conjunction with our audited consolidated financial statements and notes thereto for the year ended December 31, 2017, included in our 2017 Annual Report on Form 10-K filed with the SEC on March 30, 2018, referred to as our 2017 Annual Report.

The interim condensed consolidated financial statements included herein are unaudited; however, they contain all normal recurring accruals and adjustments that, in the opinion of management, are necessary to present fairly our results of operations and financial position for the interim periods. The results of operations for the three months ended March 31, 2018 are not necessarily indicative of the results to be expected for future quarters or the full year.

For a complete summary of our significant accounting policies, please refer to Note 1, "Business and Summary of Significant Accounting Policies," of our 2017 Annual Report. There have been no material changes to our significant accounting policies during the three months ended March 31, 2018.

**Use of Estimates**

The preparation of the accompanying consolidated financial statements conforms with accounting principles generally accepted in the U.S. and requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities. Significant areas of estimates include revenue recognition, intangible assets, bad debt allowance, valuation of financial instruments, useful lives of long lived assets and share-based compensation. Actual results may differ from these estimates under different assumptions or conditions.

6

**Reclassification**

Certain reclassifications have been made to the Company's consolidated financial statements for the prior years to conform to the current year presentation. Such reclassifications had no impact on net loss or net cash flows.

**Recently Issued Accounting Standards**

In May 2014, the FASB issued Accounting Standards Update No. 2014-09 (Topic 606) "Revenue from Contracts with Customers." Topic 606 supersedes the revenue recognition requirements in Topic 605 "Revenue Recognition" (Topic 605), and requires entities to recognize revenue when control of the promised goods or services is transferred to customers at an amount that reflects the consideration to which the entity expects to be entitled to in exchange for those goods or services. We adopted Topic 606 as of January 1, 2018 using the modified retrospective transition method. See Note 8 for further details.

**Note 3. Supplemental Financial Information**

The following tables present details of our condensed consolidated financial statements:

| Prepaid expenses and other current assets | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Prepaid expenses | $ | 775,522 | $ | 576,277 |
| VAT | | 378,220 | | 324,092 |
| | $ | 1,153,742 | $ | 900,369 |

| Property and equipment | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Furniture and fixtures | $ | 139,857 | $ | 139,857 |
| Computer, communications and network equipment | | 17,056,998 | | 17,020,421 |
| Software | | 3,067,072 | | 2,899,794 |
| Automobiles | | 10,744 | | 10,744 |
| Software development | | 430,289 | | 398,654 |
| Acc. Depreciation Property & Equipment | | (16,528,761) | | (15,755,760) |
| | $ | 4,176,199 | $ | 4,713,710 |

| Accrued expenses and other payables | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Accrued selling, general and administrative expenses | $ | 3,050,315 | $ | 3,463,800 |
| Accrued cost of service | | 444,255 | | 413,942 |
| Accrued taxes (including VAT) | | 889,374 | | 877,366 |
| Accrued interest payable | | 100,513 | | 96,801 |
| Other accrued expenses | | 356,706 | | 398,221 |
| | $ | 4,841,163 | $ | 5,250,130 |

| Breakdown of the Unsecured Convertible Promissory Notes (net of debt discounts) | Outstanding March 31, 2018 | Closing(s) during 2018 | Regular Amortizations (during 2018) | Conversions (during 2018) including accelerated amortization | December 31, 2017 |
|---|---|---|---|---|---|
| 9% Unsecured Convertible Note (Private Offering Q4- 2015 – Q1-2016 | $ (118,813) | $ - | $ (52,813) | $ - | $ (66,000) |
| 9% Saffelberg Note (Unsecured Convertible) | (600,743) | - | 17,105 | - | (617,848) |
| | $ (719,556) | $ - | $ (35,708) | $ - | $ (683,848) |

| Fair Market Value Warrants & Conversion Feature | FMV as of March 31, 2018 | Additional closings during 2018 | Agreement Amendments/ Conversions/ FX effect | Mark to market adjustment Ytd-2018 | FMV as of December 31, 2017 |
|---|---|---|---|---|---|
| 9% Convertible Note - Other Investor | $ 1,706,484 | $ - | $ - | $ 279,581 | $ 1,426,903 |
| **FMV Conversion Feature** | **$ 1,706,484** | **$ -** | **$ -** | **$ 279,581** | **$ 1,426,903** |
| | | | | | |
| 9% Convertible Note Warrants - Other Investor | $ 204,896 | $ - | $ - | $ 34,152 | $ 170,744 |
| **FMV Warrant Liabilities** | **$ 204,896** | **$ -** | **$ -** | **$ 34,152** | **$ 170,744** |
| | | | | | |
| **Total** | **$ 1,911,380** | **$ -** | **$ -** | **$ 313,733** | **$ 1,597,647** |

**Outstanding numbers of Dilutive Derivatives**

The outstanding number of dilutive derivatives developed as per below movement schedule for the first quarter of 2018.

| Number of underlying shares for Warrants & Conversion Features | Outstanding March 31, 2018 | Agreement Amendments / Interest effects | Exercises / Conversions / Expirations | Outstanding December 31, 2017 |
|---|---|---|---|---|
| 9% Convertible Note - Investors | 61,282 | 253 | - | 61,029 |
| 9% Convertible Note - Other Investor | 859,943 | - | - | 859,943 |
| **Outstanding Conversion Features** | **921,225** | **253** | **-** | **920,972** |
| | | | | |
| 13%+Eurodollar Senior Secured | - | - | (2,400,000) | 2,400,000 |
| 2017 Registered Public Offering | 1,141,500 | - | (134,300) | 1,275,800 |
| Investor Management Services | 710,000 | - | - | 710,000 |
| 9% Convertible Note Warrants | 520,373 | - | - | 520,373 |
| 2013 Convertible Notes | 140,000 | - | - | 140,000 |
| Other 9% Convertible Note Warrants | 96,520 | - | - | 96,520 |
| 2017 Registered Public Offering Agent Warrants | 110,279 | - | (63,888) | 174,167 |
| 9% Convertible Note 7% Agent Warrants | 66,230 | - | - | 66,230 |
| Nov-2017 Underwriter Agreement Investor Warrants | 592,900 | - | (2,245,596) | 2,838,496 |
| Nov-2017 Underwriter Agreement Agent Warrants | 1,634,918 | - | - | 1,634,918 |
| Dec-2017 SPA Investor Warrants | 7,151,146 | - | - | 7,151,146 |
| Dec-2017 SPA Agent warrants | 357,557 | - | - | 357,557 |
| Preferred Share Conversion Warrants | 731,798 | - | - | 731,798 |
| Preferred Share issuance 8% Agent Warrants | 38,827 | - | - | 38,827 |
| **Outstanding Warrants** | **13,292,048** | **-** | **(4,843,784)** | **18,135,832** |
| | | | | |
| **Total** | **14,213,273** | **253** | **(4,843,784)** | **19,056,804** |

**Note 4. Fair Value Measurements**

In accordance with Accounting Standards Update 820, Fair Value Measurement ("ASC 820"), the Company defines fair value as the price that would be received from selling an asset or paid to transfer a liability (i.e., the exit price) in an orderly transaction between market participants at the measurement date. ASC 820 establishes a fair value hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available.

Observable inputs are those that market participants would use in pricing the asset or liability based on market data obtained from sources independent of the Company. Unobservable inputs reflect the Company's assumptions about the inputs that market participants would use in pricing the asset or liability developed based on the best information available in the circumstances.

The fair value hierarchy is categorized into three levels based on the inputs as follows:

Level 1 – Quoted prices are available in active markets for identical assets or liabilities as of the reported date.

Level 2 – Pricing inputs are other than quoted prices in active markets, which are either directly or indirectly observable as of the reported date. The nature of these financial instruments include cash instruments for which quoted prices are available but are traded less frequently, derivative instruments whose fair values have been derived using a model where inputs to the model are directly observable in the market and instruments that are fair valued using other financial instruments, the parameters of which can be directly observed.

Level 3 – Instruments that have little to no pricing observability as of the reported date. These financial instruments are measured using management's best estimate of fair value, where the inputs into the determination of fair value require significant management judgment or estimation.

There were no transfers in or out of level 3 during the three months ended March 31, 2018.

The degree of judgment exercised by the Company in determining fair value is greatest for securities categorized in Level 3. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, for disclosure purposes, the level in the fair value hierarchy within which the fair value measurement falls in its entirety is determined by the lowest level input that is significant to the fair value measurement.

The following table summarizes fair value measurements by level as of March 31, 2018 for and the Company's liabilities measured at fair value on a recurring basis:

| | March 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| **Derivative Liabilities** | | | | |
| Conversion feature | $ - | $ - | $ 1,706,485 | $ 1,706,485 |
| Warrant Liabilities | - | - | 204,896 | 204,896 |
| Total Derivatives Liabilities | $ - | $ - | $ 1,911,381 | $ 1,911,381 |

The Company used the Monte Carlo valuation model to determine the value of the outstanding warrants and conversion feature from the "Offering". Since the Monte Carlo valuation model requires special software and expertise to model the assumptions to be used, the Company hired a third party valuation expert.

**Note 5. Stockholders' Equity**

**(A) Common Stock**

The Company is presently authorized to issue 500,000,000 shares common stock. The Company had 51,046,394 shares of common stock issued and outstanding as of March 31, 2018, an increase of 4,429,301 shares from December 31, 2017, largely due to warrant exercises.

**(B) Warrants**

Throughout the years, the Company has issued warrants with varying terms and conditions related to multiple financing rounds, acquisitions and other transactions. The number of warrants outstanding at March 31, 2018 (unaudited) and December 31, 2017 have been recorded and classified as equity is 13,195,528 and 18,039,312 respectively. As of March 31, 2018 and December 31, 2017, the Company has recorded 96,520, in the balance sheet for the liability warrants issued in connection with the various offerings in last year ending. The Weighted Average Exercise Price for the currently outstanding warrants in the table below is $1.45. The table below summarizes the warrants outstanding as of March 31, 2018 and as of December 31, 2017:

| Outstanding Warrants | Exercise/ Conversion price(s) (range) | Expiring | March 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| Equity Warrants - Fundraising | $1.05 - $5.375 | 2018 - 2023 | 13,195,528 | 18,039,312 |
| Liability Warrants - Fundraising | $0.8418 | 2021 | 96,520 | 96,520 |
| | | | 13,292,048 | 18,135,832 |

**Note 6.  Amended and Restated 2008 Long Term Incentive Compensation Plan and 2017 Long-Term Incentive Compensation Plan**

**Amended and Restated 2008 Long-Term Incentive Compensation Plan ("2008 Plan")**

| | |
|---|---|
| Total Authorized under the plan | 2,240,000 |
| Shares issued in prior years | 1,074,824 |
| Shares issued during 2018 | - |
| Options exercised during 2018 | - |
| Outstanding options | 253,933 |
| Available for grant at March 31, 2018 (Registered and Unregistered) | 911,243 |

During the first quarter of 2018, no shares were issued or options granted under the 2008 Plan.

**Stock option activity is set forth below for the 2008 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,128,384 | $ | 9.40 |
| Cancelled January 1, 2018 | (786,697) | $ | 6.33 |
| Forfeitures (Pre-vesting) | (175) | $ | 3.07 |
| Expirations (Post-vesting) | (87,579) | $ | 25.60 |
| Outstanding as of March 31, 2018 | 253,933 | $ | 13.34 |

At March 31, 2018, due to all unvested options being canceled as part of reorganization, the unrecognized expense portion of stock-based awards granted to employees under the 2008 Plan was $0, compared to $1,332,127 for the same period in 2017.

**2017 Long-Term Incentive Compensation Plan ("2017 Plan")**

| | |
|---|---|
| Total Authorized under the plan (Shareholders) | 6,500,000 |
| Total Registered under the plan (S-8 dated June 14, 2017 and April 13, 2018) | 6,500,000 |
| Shares issued under the plan | 1,552,095 |
| Reserved for Time-conditioned share awards | 1,518,096 |
| Reserved for outstanding Options | 1,899,800 |
| Available for grant at March 31, 2018 (Registered & Unregistered) | 1,530,009 |

During the first quarter of 2018, no shares were issued or options granted under the 2017 Plan.

**Stock option activity is set forth below for the 2017 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,899,800 | $ | NA |
| Granted in 2018 | - | $ | 1.00 |
| Forfeitures (Pre-vesting) | (28,000) | $ | 1.00 |
| Expirations (Post-vesting) | - | $ | NA |
| Outstanding as of March 31, 2018 | 1,871,800 | $ | 1.00 |

At March 31, 2018, the unrecognized expense portion of stock-based awards granted to employees under the 2017 Plan was $465,513, without comparison for the same period in 2017, as the 2017 Plan was only implemented recently.

Under the provisions of ASC 718, expensing takes place proportionally to the vesting associated with each stock-award, adjusted for cancellations, forfeitures and returns. If there are any modifications or cancellations of the underlying unvested awards, we may be required to accelerate, increase or cancel any remaining unearned stock-based compensation expense.

**Note 7.  Income taxes**

**Income Taxes**

The following table presents details of the net provision for income taxes:

|  | March 31, | |
|---|---|---|
|  | **2018** | **2017** |
| Net Provision for income taxes | $     (418) | $     1,287 |

As a result of our cumulative tax losses in the U.S. and certain foreign jurisdictions, and the full utilization of our loss carryback opportunities, we have concluded that a full valuation allowance should be recorded in such jurisdictions. In certain other foreign jurisdictions where we do not have cumulative losses, we had net deferred tax liabilities.

**Note 8. Significant Customer and Geographical Information**

Sales to our significant customers, as a percentage of net revenue were as follows:

|  | Three Months Ended March 31 | |
|---|---|---|
|  | **2018** | **2017** |
| Two largest customers | 85.5% | 97.0% |

The geographical distribution of our revenue, as a percentage of revenue, was as follows:

|  | Three Months Ended March 31 | |
|---|---|---|
|  | **2018** | **2017** |
| Europe | 82.5% | 97.1% |
| All other (non-European) countries | 17.5 | 2.9 |
|  | 100.0% | 100.0% |

**Note 9. Revenues**

**Adoption of ASC Topic 606, "Revenue from Contracts with Customers"**

On January 1, 2018, we adopted Topic 606 using the modified retrospective method applied to those contracts which were not completed as of January 1, 2018. Results for reporting periods beginning after January 1, 2018 are presented under Topic 606, while prior period amounts are not adjusted and continue to be reported in accordance with our historic accounting under Topic 605.

We recorded a net increase to opening retained earnings of $107,520 as of January 1, 2018 due to the cumulative impact of adopting Topic 606, with the impact primarily related to our installation revenues that were previously deferred for which the performance obligation was determined to be complete as of the date of adoption. The impact to revenues to be recognized for the quarter ended March 31, 2018 was a decrease of $107,520 as a result of applying Topic 606, relating to the aforementioned installation revenues and an increase to the accumulated deficit.

The impact to previously reported net billings in excess of revenue as a result of ASC Topic 606 is as follows:

| | As of December 31, 2017 | |
| --- | --- | --- |
| | Reported | Adjusted |
| Net billings in excess of revenue | $ 242,986 | $ 135,466 |
| Total revenues | $ 13,547,507 | $ 13,547,507 |

**Revenue Recognition**

Our revenues represent amounts earned for our mobile and security solutions. Our solutions take many forms but our revenue generally consists of fixed and/or variable charges for services delivered monthly under a combined services and SaaS model. We also offer discrete (one-time) services for implementation and for development of specific functionality to properly service our customers.

The following table presents our revenues disaggregated by revenue source:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 [1] |
| Monthly Service | $ 3,291,882 | $ 2,637,827 |
| Installation and Software Development | 820,688 | 157,116 |
| Total revenues | $ 4,112,570 | $ 2,794,943 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

Monthly services revenues are recognized at a point in time and amounted to $3,291,882 for the period ended March 31, 2018. Installation and software development revenues are recognized over time and amounted to $820,688 for the period ended March 31, 2018.

The following table presents our revenues disaggregated by geography, based on the billing addresses of our customers

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 [1] |
| Europe | $ 3,391,882 | $ 2,713,191 |
| Other geographic areas | 720,688 | 81,752 |
| Total revenues | $ 4,112,570 | $ 2,794,943 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

**Monthly Service Revenues**

The Company's performance obligations in a monthly SaaS and service offerings are simultaneously received and consumed by the customer and therefore, are recognized over time. For recognition purposes, we do not unbundle such services into separate performance obligations as their pattern of transfer does not differ. The Company typically bills its customer at the end of each month, with payment to be received shortly thereafter. The fees charged may include a combination of fixed and variable charges with the variable charges tied to the number of subscribers or some other measure of volume. Although the consideration may be variable, the volumes are easily estimable at the time of billing, with "true-up" adjustments occurring in the subsequent month. As such adjustments have not historically been material, no amounts of variable consideration are subject to constraint.

**Installation and Software Development Revenues**

The Company's other revenues consist generally of installation and development projects.

Installation represents the activities necessary for a customer to obtain access and connectivity to the Company's monthly SaaS and service offerings. While installation may require separate phases, it represents one promise within the context of the contract.

Development consists of programming and other services to add new, additional or customized functionality to a customer's existing service offerings. Each development activity is typically its own performance obligation.

Revenue is recognized over time if the installation and development activities create an asset that has no alternative use for which the Company is entitled to receive payment for performance completed to date. If not, then revenue is not recognized until the applicable performance obligation is satisfied.

**Arrangements with Multiple Performance Obligations**

The Company's contracts with customers may include multiple performance obligations. For such arrangements, the Company allocates revenue to each performance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to customers.

**Net Billings in Excess of Revenues**

The Company records net billings in excess of revenues when payments are made or due in advance of our performance, including amounts which are refundable. The increase in net billings in excess of revenues of $73,054 for the three months ended March 31, 2018 is primarily driven by an increase in invoices due in advance of satisfying our performance obligations which was $316,040 as of March 31, 2018 compared to $242,986 for December 31, 2017.

Payment terms vary by the type and location of our customer and the products or services offered. The term between invoicing and when payment is due is not significant. For certain products or services and customer types, payment is required before the products or services are delivered to the customer.

**Contract Assets**

Given the nature of the Company's services and contracts, it has no contract assets.

**<u>Note 10. Subsequent Events</u>**

On May 8, 2018, the Company entered into a software license agreement with iPass Inc. In exchange for perpetual access to certain licensed software for up to 25,000,000 authorized devices, the Company shall pay iPass Inc. a software license fee of $3,000,000 (which includes the first year annual maintenance fee of 20%). The Company shall pay iPass Inc. the software license fee in three increments of $1,000,000 by June 15, 2018, September 30, 2018 and December 31, 2018, respectively. An annual maintenance fee of $600,000 for support services and software updates will be paid to iPass Inc. by the Company annually beginning May 8, 2019 until the annual maintenance is not renewed.

On May 9, 2018, the Company entered into a securities purchase agreement with select accredited investors relating to a registered direct offering, issuance and sale (the "Offering") of an aggregate of 2,440,000 shares of the Company's common stock, $0.00001 par value per share, at a purchase price of $2.50 per share. The gross proceeds to the Company from the Offering, before deducting the Company's estimated offering expenses, are expected to be approximately $6,100,000. On May 11, 2018, the Company closed on its previously announced public offering of common stock gross proceeds of $6,100,000. The public offering was a shelf takedown off of our registration statement on Form S-3 (File No. 333-213575). The offering was conducted pursuant to a securities purchase agreement (the "Purchase Agreement"), with select accredited investors, and a placement agency agreement (the "Placement Agreement"), between the Company and Dawson James Securities, Inc., the placement agent on a best-efforts basis with respect to the offerings (the "Placement Agent"), that were entered into on May 9, 2018. The Company sold 2,440,000 shares of common stock at a purchase price of $2.50 per share. The material terms of the offerings are described in a prospectus supplement which was filed by us with the Securities and Exchange Commission pursuant to Rule 424(b) under the Securities Act of 1933, as amended, on May 10, 2018. The Placement Agreement contains customary representations, warranties and agreements by us and the Placement Agent. We also agreed in the Placement Agreement to indemnify the Placement Agent against certain liabilities. Proceeds from the Offering shall be used for working capital and general corporate purposes.

13

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Forward-Looking Statements*

*Any forward looking statements made herein are based on current expectations of the Company, involve a number of risks and uncertainties and should not be considered as guarantees of future performance. The factors that could cause actual results to differ materially include: interruptions or cancellation of existing contracts, inability to integrate acquisitions, impact of competitive products and pricing, product demand and market acceptance risks, the presence of competitors with greater financial resources than the Company, product development and commercialization risks, changes in governmental regulations, and changing economic conditions in developing countries and an inability to arrange additional debt or equity financing.*

**Overview**

Pareteum is a Cloud Communications Platform company with a mission - "to connect every person and every thing"™. With estimates of up to 30 billion devices to be managed and connected, the total available market is large.

Service Providers, Brand Marketing Companies, Enterprise and Internet of Things providers use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. To achieve this, Pareteum has developed patent pending software platforms which are connected to 45 Mobile networks in 65 counties using multiple different communications channels including mobile telephony, data, SMS, VOIP, OTT services – all over the world. Pareteum integrates all these disparate communications methods and services and brings them to life for customers and application developers, allowing communications to become value-added. This is a major strategic target for many industries, from legacy telecommunications providers to the disruptive technology and data enterprises of today and the future.

The vast majority of our platform is comprised of our own development software, which provides our customers with a great deal of flexibility in how they use our products now and in the future and allows us to be market driven in our future. Various patents we have applied for and been granted form the basis of work processes critical to our platform solution. Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, NetNumber, Affirmed and other world class technology providers.

Pareteum is a mission focused company empowering every person and every "thing" to be globally connected – **ANY DEVICE, ANY NETWORK, ANYWHERE** ™. The Pareteum Cloud Communications Platform targets large and growing sectors from IoT (Internet of Things), Mobile Virtual Network Operators (MVNO), Smart Cities, and Application developer markets - each in need of mobile platforms, management and connectivity. These sectors need Communications-as-a-Service (CaaS), which Pareteum delivers. Our solutions have received industry acclaim.

At Pareteum, our mission is to create an easily accessible open mobility system for the world. We believe that open software and interfaces for mobility and applications will create more innovation, economic freedom, and opportunity equality worldwide, just like the internet did for information.

Pareteum has developed a **Communications Cloud Services Platform** , providing (i) Mobility, (ii) Messaging and (iii) Security services and applications, with a Single-Sign-On, API and software development suite.

Our solution has proven itself globally against much larger competitors and is installed in multiple companies in diverse countries around the world ranging from small service providers to one of the world's largest telecoms companies, Vodafone, based in Europe. We had more than 2.22 million active connections on our platforms as of March 31, 2018.

The market and our customers tell us that they need to find ways to reduce cost, they want to find ways to increase their revenues, and they want to scale and grow their business, and all consider Cloud capabilities as a vital means to achieve these goals. As we've listened to our customers and understood the business goals that they have, we believe Pareteum is well placed to help them achieve these goals, drive value for customers, and ultimately value for our own business.

We have designed a solution that solves these problems. Each of these **three platforms - mobility, messaging and security** - can be marketed and deployed independently, or they can be delivered as a single, integrated Cloud Service Platform, as illustrated in the figure above.

The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales.

Our integrated (or modular) Cloud Platform solution includes, more specifically, functionality such as service design and control, Intelligent Networking, subscriber provisioning, messaging, switching, real-time dynamic rating and pre- or post-paid charging and billing, call center and customer care support, reporting, self-care web portal environments, change management in active systems, SIM Management, (Data) Session Control Management, Voucher Management, Mobile Marketing systems, (Mobile) Payment Systems, Real Time Credit Checking Systems, Interactive Voice Response Systems, Voicemail Systems, Trouble Ticketing Systems, Device Management Systems, Mass Customer Migrations, life cycle management, database hardware and software, large scale real-time processing, and integrating, provisioning, all the while managing and maintaining specific core network components.

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our financial statements and notes thereto and the other financial information included elsewhere in this report.

**Critical Accounting Policies and Estimates**

The preparation of financial statements in accordance with U.S. generally accepted accounting principles, or GAAP, requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of net revenue and expenses in the reporting period. We regularly evaluate our estimates and assumptions related to revenue recognition, rebates, allowances for doubtful accounts, sales returns and allowances, warranty reserves, inventory reserves, stock-based compensation expense, long-lived asset valuations, strategic investments, deferred income tax asset valuation allowances, uncertain tax positions, tax contingencies, self-insurance, restructuring costs, litigation and other loss contingencies. We base our estimates and assumptions on current facts, historical experience and various other factors that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and the recording of revenue, costs and expenses that are not readily apparent from other sources. The actual results experienced by us may differ materially and adversely from our estimates. To the extent there are material differences between our estimates and the actual results, our future results of operations will be affected. For a description of our critical accounting policies and estimates, please refer to the "Critical Accounting Policies and Estimates" section in Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2017 Annual Report. There have been no material changes in any of our critical accounting policies and estimates during the three months ended March 31, 2018.

**Comparison of three months ended March 31, 2018 and March 31, 2017.**

**Revenue**

Revenue for the three months ended March 31, 2018, was $4,112,570, a $1,317,627 or 47% increase compared to $2,794,943 for the comparable three months in 2017. Our deployments with existing customers continues to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth.

| | Three months ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **Variance** | |
| **Revenues** | $ | 4,112,570 | $ | 2,794,943 | $ | 1,317,627 |

**Cost of Service**

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Three months ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **Variance** | |
| Revenues | $ | 4,112,570 | $ | 2,794,943 | $ | 1,317,627 |
| Cost of service (excluding depreciation and amortization) | | 1,194,523 | | 841,903 | | 352,620 |
| **Margin (excluding depreciation and amortization)** | $ | 2,918,047 | $ | 1,953,040 | $ | 965,007 |

Cost of service for the three-month period ended March 31, 2018 was $1,194,523, an increase of $352,620 or 42%, compared to $841,903 for the three-month period in 2017. This 42% increase in cost of service is in line with our 47% increase in revenue, as margins and additional costs associated from implementations for new clients have stayed relatively constant.

**Product Development**

Product Development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are included in this function.

Product development costs for the three-month periods ended March 31, 2018 and 2017 were $726,845 and $284,694, respectively, an increase of $442,151 or 155%. The increase is due to the overall expansion of our lines of business year over year.

**Sales and Marketing**

Sales and Marketing expenses consist primarily of salaries and related expenses, including share-based expenses, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

Sales and marketing expenses for the three-month periods ended March 31, 2018 and 2017 were $688,998 and $319,487 respectively, an increase of $369,511 or 116%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the three-month period ended March 31, 2018 and 2017 were $2,296,852 and $2,365,388, respectively, a decrease of $68,536 or 3%.

*Restructuring charges*

Restructuring charges for the three months ended March 31, 2018 and 2017 were $73,600 and $129,229, a decrease of $55,629 or 43%.

*Share-based compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008 and 2017 Plan to staff and management;

- the expensing of the shares issued under the 2008 and 2017 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services.

For the three-month period ended March 31, 2018 and 2017, we recognized share-based compensation expense of $1,077,625 and $818,286, respectively, an increase of $259,339 or 32%.

In the following table, we show the allocation of share-based compensation according to functions in the Consolidated Statement of Comprehensive Loss:

| | March 31, 2018 | | March 31, 2017 | |
|---|---|---|---|---|
| Cost of service (excluding depreciation and amortization) | $ | 24,377 | $ | 7,257 |
| Product Development | | 42,432 | | 16,340 |
| Sales and Marketing | | 128,369 | | 37,717 |
| General and Administrative | | 856,543 | | 756,972 |
| Restructuring | | 25,904 | | - |
| Total | $ | 1,077,625 | $ | 818,286 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the three-month period ended March 31, 2018 was $965,290, an increase of $121,507 or 14%, compared to $843,783 for the same period in 2017. This was due to amortization of software development which was $198,260 for the current period.

*Interest Income and Expense*

Interest income for the three-month periods ended March 31, 2018 and 2017, was $42,672 and $39,136, respectively, an increase of $3,536 or 9%. Interest income mainly consists of interest accrued for the $1.0 million promissory note by ValidSoft held by the Company and interest charged to customers for extended payment terms.

Interest expense for the three-month periods ended March 31, 2018 and 2017, was $63,758 and $517,143, respectively, a decrease of $453,385 or 88%. Interest expense decreased mainly as the result of paying off all Senior Secured Debt during December of 2017.

*Interest Expense Related to Debt Discount Accretion*

For the three months ended March 31, 2018 and 2017, interest expenses related to debt discount accretion were $29,566 and $1,049,236, respectively a decrease of $1,019,670 or 97%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Amortization of Deferred Financing Costs*

Amortization of Deferred Financing Costs for the three-month periods ended March 31, 2018 and 2017 was $6,142 and $196,113, respectively, a decrease of $189,971 or 97%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Changes in derivative liabilities*

Changes in derivative liabilities for the three-month period ended March 31, 2018 was a loss of $313,733, a decrease of $2,234,614 or 116%, compared to a gain of $1,920,881 for the same period in 2017. This is due to the increase in our stock price, which increases the valuation of these derivative liabilities.

The fair market value of the more complex conversion feature and warrant liability was determined by a third-party valuation expert using a Monte-Carlo Simulation model.

*Gain on extinguishment of debt*

Gain on extinguishment of debt for the three-month periods ended March 31, 2018 and 2017 were $-0- and $463,345, respectively. The gain in the first quarter 2017 was the result of the conversions of 9% Unsecured Subordinated Convertible Promissory Notes.

*Other Income, net*

Other income for the three-month periods ended March 31, 2018 and 2017 were $69,546 and $36,818, respectively, an increase of $32,728 or 89%. This represents the unrealized exchange rate gains.

*(Benefit) Provision Income taxes*

Income tax benefit for the three-month period ended March 31, 2018 was $418, compared to a income tax provision of $1,287 for the same period in 2017.

*Net Loss*

Net loss for the three-month period ended March 31, 2018, was $2,134,101, an increase of $840,961 or 65%, compared to the loss of $1,293,140 for the same period in 2017. The increase in Net Loss was primarily due to the changes in derivative liabilities, which was a negative $2,234,614, as a result of the increased value as a result of the increase in our stock price.

*Other Comprehensive Income (Loss)*

We record foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a gain of $104,402 and a loss of $26,820 for the three-month periods ended March 31, 2018 and 2017, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

**Liquidity and Capital Resources**

As reflected in the accompanying consolidated financial statements, the Company reported net loss of $2,134,101 for the period ended March 31, 2018 and had an accumulated deficit of $301,677,314 as of March 31, 2018.

The cash balance including restricted cash of the Company at March 31, 2018 was $15,988,645.

**Operating activities**

|  | March 31, 2018 | March 31, 2017 |
|---|---|---|
| Net loss | $ (2,134,101) | $ (1,293,140) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | 2,392,356 | 490,825 |
|  | 258,255 | (802,315) |
| Changes in operating assets and liabilities: | (229,684) | (435,741) |
| Net cash provided by (used in) operating activities | $ 28,571 | $ (1,238,056) |

17

Net cash provided by operating activities of $28,571 for the period ended March 31, 2018 was due to a decrease in accounts receivable of $110,684, increase in accounts payable and customer deposits of $307,619, decrease in net billings in excess of revenues and deferred revenue of $54,885 and was partly offset by the increase of prepaid expenses, deposits and other assets of $319,733, decrease in accrued expenses and other payables of $383,138.

As a result of the above, cash provided by operating activities was $28,571 for the three months ended March 31, 2018 compared to net cash used in operating activities of $1,238,056 for the three months ended March 31, 2017 for an increase of $1,266,627 or 102%. This increase was due to an increases in non-cash expenses and accounts payable, as well as a decrease in accounts receivable.

**Investing activities**

Net cash used in investing activities for the three months ended March 31, 2018 was $433,749, an increase of $402,825, or 1,303% compared to $30,924 in the same period in 2017. This change was mainly the result of software purchases of $167,278 and capitalized software development of $229,896 in 2018.

**Financing activities**

Net cash provided by financing activities for the three months ended March 31, 2018 and 2017 was $2,525,037 and $1,631,274, respectively, an increase of $893,763 or 55%. This increase was due to warrant exercises and the absence of principal repayments on senior secured debt that was paid off in December of 2017.

**Effect of exchange rates on cash and cash equivalents**

Effect of exchange rates on cash and cash equivalents for the three-month period ended March 31, 2018 was $131,111, compared to $221,306 for the same period in 2017.

As a result of the above activities, for the three months ended March 31, 2018, we had cash, cash equivalents and restricted cash of $15,988,645, a net increase in cash and cash equivalents of $2,250,970 since December 31, 2017.

**Off- Balance Sheet Arrangements**

We do not have any off-balance sheet arrangements that have or are reasonably likely to have either a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors, nor we have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Item 3. Quantitative and Qualitative Disclosure about Market Risks**

*Foreign currency exchange rate*

Although the majority of our business activities are carried out in Euros, we report its financial statements in USD. The conversion of Euros and USD leads to period-to-period fluctuations in our reported USD results arising from changes in the exchange rate between the USD and the Euro. Generally, when the USD strengthens relative to the Euro, it has an unfavorable impact on our reported revenue and income and a favorable impact on our reported expenses. Conversely, when the USD weakens relative to the Euro, it produces a favorable impact on our reported revenue and income, and an unfavorable impact on our reported expenses. The above fluctuations in the USD/Euro exchange rate therefore result in currency translation effects (not to be confused with real currency exchange effects), which impact our reported USD results and may make it difficult to determine actual increases and decreases in our revenue and expenses which are attributable to our actual operating activities. We carry out our business activities primarily in Euros, and we do not currently engage in hedging activities. As the clear majority of our business activities are carried out in Euros and we report our financial statements in USD, fluctuations in foreign currencies impact the total amount of assets and liabilities that we report for our foreign subsidiaries upon the translation of those amounts in USD. We do not believe that we have currently material exposure to interest rate or other market risk.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

As of March 31, 2018, the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's Principal Executive Officer and Principal Financial and Accounting Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934. Based on the evaluation, the Company's Principal Executive Officer and Principal Accounting Officer have concluded that the Company's disclosure controls and procedures are effective to ensure that information required to be disclosed by the Company in the reports it files or submits under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in Securities and Exchange Commission rules and forms and is accumulated and communicated to our management as appropriate to allow timely decisions regarding required disclosure.

*Changes in Internal Control Over Financial Reporting*

On January 1, 2018, the Company adopted ASC Topic 606, "Revenue from Contracts with Customers" and other than this change and related update to the Company's internal controls, there have been no additional changes in the Company's internal control over financial reporting that occurred during the Company's fiscal quarter ended March 31, 2018 that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

**PART II - OTHER INFORMATION**

**Item 1. Legal Proceedings**

The Company is not presently engaged in any active material litigation or regulatory proceedings and no such proceedings are contemplated. Nevertheless, from time to time, the Company may be subject to legal actions and claims in the ordinary course of business. We have previously received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves or our customers or partners by determining the scope, enforceability and validity of third-party proprietary rights, or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**Item 1A. Risk Factors**

In addition to the other information set forth in this Quarterly Report on Form 10-Q, you should carefully consider the Risk Factors included in Part I, Item 1A. — "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2017. These Risk Factors could materially impact our business, financial condition and/or operating results. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely impact our business, financial condition and/or operating results.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

On May 8, 2018, the Company entered into a software license agreement with iPass Inc. In exchange for perpetual access to certain licensed software for up to

25,000,000 authorized devices; the Company shall pay iPass Inc. a software license fee of $3,000,000 (which includes the first year annual maintenance fee of 20%). The Company shall pay iPass Inc. the software license fee in three increments of $1,000,000 by June 15, 2018, September 30, 2018 and December 31, 2018, respectively. An annual maintenance fee of $600,000 for support services and software updates will be paid to iPass Inc. by the Company annually beginning May 8, 2019 until the annual maintenance is not renewed.

On May 11, 2018, the Company closed on its previously announced public offering of common stock gross proceeds of $6,100,000. The public offering was a shelf takedown off of our registration statement on Form S-3 (File No. 333-213575). The offering was conducted pursuant to a securities purchase agreement (the "Purchase Agreement"), with select accredited investors, and a placement agency agreement (the "Placement Agreement"), between the Company and Dawson James Securities, Inc., the placement agent on a best-efforts basis with respect to the offerings (the "Placement Agent"), that were entered into on May 9, 2018. The Company sold 2,440,000 shares of common stock at a purchase price of $2.50 per share. The material terms of the offerings are described in a prospectus supplement which was filed by us with the Securities and Exchange Commission pursuant to Rule 424(b) under the Securities Act of 1933, as amended, on May 10, 2018. The Placement Agreement contains customary representations, warranties and agreements by us and the Placement Agent. We also agreed in the Placement Agreement to indemnify the Placement Agent against certain liabilities.

19

**Item 6. Exhibits**

    (a)  Exhibits

| | |
|---|---|
| 10.1 | Software License Agreement, dated May 8, 2018, by and between iPass Inc. and Pareteum Corporation |
| 31.1 | Certification of the principal executive officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 31.2 | Certification of the principal accounting officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 32.1 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**PARETEUM CORPORATION**

Date: May 11, 2018                                            By  /s/ Robert H. Turner
                                                                  Robert H. Turner
                                                                  Executive Chairman
                                                                  (Principal Executive Officer)

Date: May 11, 2018                                            By  /s/ Edward O'Donnell
                                                                  Edward O'Donnell
                                                                  Chief Financial Officer
                                                                  (Principal Financial and Accounting Officer)

21

**Exhibit 10.1**



**Software License Agreement**

**iPass SmartConnect**

This Software License Agreement (this " **Agreement** "), effective as of May 8, 2018 (the " **Effective Date** "), is by and between **iPass Inc.** , a Delaware corporation with offices located at 3800 Bridge Parkway, Redwood Shores, CA 94065 (" **Licensor** ") and **Pareteum Corporation** , a Delaware corporation, with offices located at 1185 Avenue of the Americas, New York, NY 10036 (" **Licensee** "). Licensor and Licensee may be referred to herein collectively as the " **Parties** " or individually as a " **Party** ."

WHEREAS, Licensor desires to license the Software described in **Exhibit A** attached hereto to Licensee; and

WHEREAS, Licensee desires to obtain a license to use the Software for its internal business purposes, subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, terms, and conditions set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.      **Definitions** .

(a) " **Authorized Devices** " means an Android or iOS device which Licensee permits to access and use the Software and/or Documentation pursuant to Licensee's license hereunder .

(b) " **Documentation** " means Licensor's user manuals, handbooks, and installation guides relating to the Software provided by Licensor to Licensee electronically.

(c) " **Software** " means the product described in **Exhibit A** , including any Updates provided to Licensee pursuant to this Agreement.

(d) " **Updates** " means any updates, bug fixes, patches, or other error corrections to the Software that Licensor generally makes available free of charge to all licensees of the Software.

2.      **License** .

(a)  **License Grant** . Subject to and conditioned on Licensee's payment of Fees and compliance with all other terms and conditions of this Agreement, Licensor hereby grants Licensee a perpetual, non-exclusive, and non-transferable (except in compliance with Section 12(g)) license during the Term to: (i) access and otherwise use the Licensed Software, solely in furtherance of this Agreement and not for other internal business purposes; (ii) sell or re-license the Licensed Software and Documentation to any third party; and (iii) use and make a reasonable number of copies of the Documentation solely for Licensee's internal business purposes in connection with Licensee's use of the Software. The total number of Authorized Devices will not exceed the number set forth in **Exhibit B** , except as expressly agreed to in writing by the Parties and subject to any appropriate adjustment of the license fees payable hereunder. Licensee may make and use a reasonable number of copies of the Software solely for internal, non-revenue generating purposes, such as back-up, disaster recovery, and testing purposes. Any such copy of the Software: (i) remains Licensor's exclusive property; (ii) is subject to the terms and conditions of this Agreement; and (iii) must include all copyright or other proprietary rights notices contained in the original.

(b)  **Use Restrictions** . Licensee shall not use the Software or Documentation for any purposes beyond the scope of the license granted in this Agreement. Without limiting the foregoing and except as otherwise expressly set forth in this Agreement, Licensee shall not at any time, directly or indirectly: (i) copy, modify, or create derivative works of the Software or the Documentation, in whole or in part; (ii) except to the extent set forth above in Section 2(a), rent, lease, lend, sell, sublicense, assign, distribute, publish, transfer, or otherwise make available the Software or the Documentation; (iii) knowingly reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to the source code of the Software, in whole or in part; (iv) remove any proprietary notices from the Software or the Documentation; or (v) use the Software in any manner or for any purpose that knowingly infringes, misappropriates, or otherwise violates any intellectual property right or other right of any person, or that violates any applicable law.

(c)  **Reservation of Rights.** Licensor reserves all rights not expressly granted to Licensee in this Agreement. Except for the limited rights and licenses expressly granted under this Agreement, nothing in this Agreement grants, by implication, waiver, estoppel, or otherwise, to Licensee or any third party any intellectual property rights or other right, title, or interest in or to the Software.

(d)  **Delivery.** Licensor shall deliver the Software electronically to Licensee following the Effective Date.

(e)  **Escrow of Source Code.** The Parties will enter into an escrow agreement with an escrow agent agreed by the Parties in relation to the source code together with all developer notes associated with the Licensed Software and Documentation until such time as: (i) the Licensor reports $10,000,000 of cash on the balance sheet in a publicly filed document; OR (ii) December 31, 2018, whichever occurs first.

**3.**    **Licensee Responsibilities.**

(a)  **General.** Licensee is responsible and liable for all uses of the Software and Documentation resulting from access provided by Licensee, directly or indirectly, whether such access or use is permitted by or in violation of this Agreement. Licensee shall take commercially reasonable efforts to make all users of Authorized Devices aware of this Agreement's provisions as applicable to such users of Authorized Devices and their use of the Software, and shall cause users of Authorized Devices to comply with such provisions.

(b)  **Support.** Licensor shall provide Licensee with the support services described on **Exhibit B** for one year following the Effective Date and thereafter, solely if Licensee purchases additional support services. Licensor shall continue to provide support services as described on **Exhibit B** , the year following the one-year anniversary of the Effective Date, and every year thereafter, upon payment of the annual maintenance fee as provided in **Exhibit B** .

**4.**    **Fees and Payment.**

(a)  **Fees** . Licensee shall pay Licensor the software licensing fees (" **Software License Fee** ") and annual maintenance fee (" **Annual Maintenance Fee** ") (collectively **,** Software License Fee and Annual Maintenance Fee are " **Fees** "), set forth in **Exhibit B** without offset or deduction. Licensee shall make all undisputed payments hereunder in US dollars and are due and payable within thirty (30) days after the date of invoice. If Licensee fails to make any undisputed payment when due, Licensor shall provide written notice and thereafter, and in addition to all other remedies that may be available: (i) Licensor may charge interest on the past due amount at the rate of 1.5% per month calculated daily and compounded monthly or, if lower, the highest rate permitted under applicable law; and (ii) Licensee shall reimburse Licensor for all costs incurred by Licensor in collecting any late payments or interest, including attorneys' fees, court costs, and collection agency fees; and (iii) if such failure continues for 10 days following written notice thereof, Licensor may prohibit access to the Software until all past due amounts (but expressly excluding any such amounts disputed in good faith) and interest thereon have been paid, without incurring any obligation or liability to Licensee or any other person by reason of such prohibition of access to the Software .

(b)  **Taxes.** All Fees and other amounts payable by Licensee under this Agreement are exclusive of taxes and similar assessments. Licensee is responsible for all sales, use, and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any federal, state, or local governmental or regulatory authority on any amounts payable by Licensee hereunder, other than any taxes imposed on Licensor's income.

(c)  **Auditing Rights and Required Records** . Licensee agrees to maintain complete and accurate records in accordance with generally accepted accounting principles during the Term and for a period of three years after the termination or expiration of this Agreement with respect to matters necessary for accurately determining amounts due hereunder. Not more than one (1) time during any twelve (12) consecutive calendar month period, Licensor may, at its own expense and at Licensee's principal place of business during Licensee's normal business hours, on not less than thirty (30) days' prior notice, inspect and audit Licensee's records with respect to matters covered by this Agreement, provided that if such inspection and audit reveals that Licensee has underpaid Licensor by more than five percent (5%) with respect to any amounts due and payable during the Term, Licensee shall promptly pay the amounts necessary to rectify such underpayment, together with interest in accordance with Section 4(a). Licensee shall pay for the costs of the audit if the audit determines that Licensee's underpayment equals or exceeds 15% for any quarter. Such inspection and auditing rights will extend throughout the Term of this Agreement and continue for a period of six (6) months after the termination or expiration of this Agreement.

3

5.        **Confidential Information** . From time to time during the Term, either Party may disclose or make available to the other Party information about its business affairs, products, confidential intellectual property, trade secrets, third-party confidential information, and other sensitive or proprietary information, whether orally or in written, electronic, or other form or media/in written or electronic form or media, whether or not marked, designated or otherwise identified as "confidential" (collectively, " **Confidential Information** "). Confidential Information does not include information that, at the time of disclosure is: (a) in the public domain; (b) known to the receiving Party at the time of disclosure; (c) rightfully obtained by the receiving Party on a non-confidential basis from a third party; or (d) independently developed by the receiving Party. The receiving Party shall not disclose the disclosing Party's Confidential Information to any person or entity, except to the receiving Party's employees who have a need to know the Confidential Information for the receiving Party to exercise its rights or perform its obligations hereunder. Notwithstanding the foregoing, each Party may disclose Confidential Information to the limited extent required (i) in order to comply with the order of a court or other governmental body, or as otherwise necessary to comply with applicable law, provided that the Party making the disclosure pursuant to the order shall first have given written notice to the other Party and made a reasonable effort to obtain a protective order; or (ii) to establish a Party's rights under this Agreement, including to make required court filings. On the expiration or termination of the Agreement, the receiving Party shall promptly return to the disclosing Party all copies, whether in written, electronic, or other form or media, of the disclosing Party's Confidential Information, or destroy all such copies and certify in writing to the disclosing Party that such Confidential Information has been destroyed. Each Party's obligations of non-disclosure with regard to Confidential Information are effective as of the Effective Date and will expire two (2) years from the date first disclosed to the receiving Party; provided, however, with respect to any Confidential Information that constitutes a trade secret (as determined under applicable law), such obligations of non-disclosure will survive the termination or expiration of this Agreement for as long as such Confidential Information remains subject to trade secret protection under applicable law.

6.        **Intellectual Property Ownership; Feedback** .

(a) Licensee acknowledges that, as between Licensee and Licensor, Licensor owns all right, title, and interest, including all intellectual property rights, in and to the Software and Documentation.

(b)  **Feedback.** If Licensee or any of its employees or contractors sends or transmits any communications or materials to Licensor by mail, email, telephone, or otherwise, suggesting or recommending changes to the Software or Documentation, including without limitation, new features or functionality relating thereto, or any comments, questions, suggestions, or the like (" **Feedback** "), Licensor is free to use such Feedback irrespective of any other obligation or limitation between the Parties governing such Feedback. Licensee hereby assigns to Licensor on Licensee's behalf, and on behalf of its employees, contractors and/or agents, all right, title, and interest in, and Licensor is free to use, without any attribution or compensation to any party, any ideas, know-how, concepts, techniques, or other intellectual property rights contained in the Feedback, for any purpose whatsoever, although Licensor is not required to use any Feedback.

**7.        Data Privacy and Security.**

(a)  **Licensee and End User Data.** Licensee agrees that Licensor and the service providers it utilizes to assist in providing the Software and services to Licensee shall have the right to access Licensee's and end users' accounts and to use, modify, reproduce, distribute, display and disclose Licensee data and end user data solely to the extent necessary to provide the Software and services, including, without limitation, in response to Licensee or end user support requests. Any third party providers of services ("Third Party Providers") iPass utilizes will only be given access to Licensee account information and data as is reasonably necessary to provide the Software and services and will be subject to confidentiality obligations. Licensor may also access or disclose information about Licensee, Licensee's account, or end users in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect Licensor, its customers' or partners' rights or property, including enforcement of this Agreement or other policies associated with the Software and services; and (c) act on a good faith belief that such disclosure is necessary to protect personal safety or avoid violation of applicable law or regulation.

(b)  **Privacy Policy** . Licensor collects certain information about Licensee and end users including but not limited to the location of the end user's device when using the Software and services, and information regarding the devices, computers and the end users' use of the Software and services. Licensor uses, discloses, collects and protects this information as described in iPass' Privacy Policy, the then-current version of which is available at www.ipass.com/privacy and is incorporated by reference herein. In the event of a conflict between the terms in the body of the Agreement and in the Privacy Policy, the terms in the body of this Agreement control.

**8.**     **Limited Warranties and Warranty Disclaimer.**

(a) Licensor warrants that at all times during the Term: (i) the Software shall perform as described in the Documentation following the Effective Date; (ii) the Software does not contain any virus or other malicious code that would cause the Software to become inoperable or incapable of being used in accordance with the Documentation; (iii) the Software and Documentation shall not infringe, misappropriate, or otherwise violate any intellectual property right or other right of any person, nor shall the Software and Documentation violate any applicable law. THE FOREGOING WARRANTIES DO NOT APPLY, AND LICENSOR STRICTLY DISCLAIMS ALL WARRANTIES, WITH RESPECT TO ANY THIRD-PARTY PRODUCTS.

(b) The warranties set forth in Section 8(a) do not apply and become null and void if Licensee knowingly breaches any material provision of this Agreement (beyond applicable notice and cure), or if Licensee any Authorized User, or any other person provided access to the Software by Licensee [or any Authorized User, whether or not in violation of this Agreement: (i) knowingly installs or uses the Software on or in connection with any hardware or software not specified in the Documentation [or expressly authorized by Licensor in writing; (ii) modifies or damages the Software; or (iii) misuses the Software, including any use of the Software other than as specified in the Documentation or expressly authorized by Licensor in writing.

(c) If, during the period specified in Section 8(a), any Software fails to comply with the warranty in Section 8(a), and such failure is not excluded from warranty pursuant to Section 8(b), Licensor shall, subject to Licensee's promptly notifying Licensor in writing of such failure, at its sole option, either: (i) repair or replace the Software, provided that Licensee provides Licensor with all information Licensor requests to resolve the reported failure, including sufficient information to enable the Licensor to recreate such failure; or (ii) refund the Fees paid for such Software, subject to Licensee's ceasing all use of and, if requested by Licensor, returning to Licensor all copies of the Software. If Licensor repairs or replaces the Software, the warranty will continue to run from the Effective Date and not from Licensee's receipt of the repair or replacement. The remedies set forth in this Section 8(c) are Licensee's sole remedies and Licensor's sole liability under the limited warranty set forth in Section 8(a).

(d) EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN SECTION 8(a), THE SOFTWARE AND DOCUMENTATION ARE PROVIDED "AS IS" AND LICENSOR HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE. LICENSOR SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, AND ALL WARRANTIES ARISING FROM COURSE OF DEALING, USAGE, OR TRADE PRACTICE. EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN SECTION 8(a), LICENSOR MAKES NO WARRANTY OF ANY KIND THAT THE SOFTWARE AND DOCUMENTATION, OR ANY PRODUCTS OR RESULTS OF THE USE THEREOF, WILL MEET LICENSEE'S OR ANY OTHER PERSON'S REQUIREMENTS, OPERATE WITHOUT INTERRUPTION, ACHIEVE ANY INTENDED RESULT, BE COMPATIBLE OR WORK WITH ANY SOFTWARE, SYSTEM OR OTHER SERVICES, OR BE SECURE, ACCURATE, COMPLETE, FREE OF HARMFUL CODE, OR ERROR FREE.

**9.**        **Indemnification.**

**(a) Licensor Indemnification.**

(i) Licensor shall indemnify, defend, and hold harmless Licensee from and against any and all losses, damages, liabilities, costs ("**Losses**") incurred by Licensee resulting from any third-party claim, suit, action, or proceeding ("**Third-Party Claim**") that the Software or Documentation, or any use of the Software or Documentation in accordance with this Agreement, infringes or misappropriates such third party's US intellectual property rights, US patents, copyrights, or trade secrets, provided that Licensee promptly notifies Licensor in writing of the claim, cooperates with Licensor, and allows Licensor sole authority to control the defense and settlement of such claim.

(ii) If such a claim is made or appears possible, Licensee agrees to permit Licensor, at Licensor's sole discretion, to (A) modify or replace the Software or Documentation, or component or part thereof, to make it non-infringing, or (B) obtain the right for Licensee to continue use. If Licensor determines that none of these alternatives is reasonably available, Licensor may terminate this Agreement, in its entirety or with respect to the affected component or part, effective immediately on written notice to Licensee.

(iii) This Section 9(a) will not apply to the extent that the alleged infringement arises from: (A) use of the Software in combination with data, software, hardware, equipment, or technology not provided by Licensor or authorized by Licensor in writing; (B) modifications to the Software not made by Licensor; or (C) use of any version other than the most current version of the Software or Documentation delivered to Licensee.

(b)  **Licensee Indemnification** . Subject to the limitations in Section 10 below, Licensee shall indemnify, hold harmless, and, at Licensor's option, defend Licensor from and against any Losses resulting from any Third-Party Claim based on Licensee's: (i) negligence or willful misconduct; (ii) use of the Software or Documentation in a manner not authorized or contemplated by this Agreement; (iii) use of the Software in combination with data, software, hardware, equipment or technology not provided by Licensor or authorized by Licensor in writing; (iv) modifications to the Software not made by Licensor; or (v) use of any version other than the most current version of the Software or Documentation delivered to Licensee, provided that Licensee may not settle any Third-Party Claim against Licensor unless such settlement completely and forever releases Licensor from all liability with respect to such Third-Party Claim or unless Licensor consents to such settlement, and further provided that Licensor will have the right, at its option, to defend itself against any such Third-Party Claim or to participate in the defense thereof by counsel of its own choice.

(c)  **Sole Remedy.** THIS SECTION 9 SETS FORTH LICENSEE'S SOLE REMEDIES AND LICENSOR'S SOLE LIABILITY AND OBLIGATION FOR ANY ACTUAL, THREATENED, OR ALLEGED CLAIMS THAT THE SOFTWARE OR DOCUMENTATION INFRINGES, MISAPPROPRIATES, OR OTHERWISE VIOLATES ANY INTELLECTUAL PROPERTY RIGHTS OF ANY THIRD PARTY.

10.       **Limitations of Liability** . IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY UNDER OR IN CONNECTION WITH THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, AND OTHERWISE, FOR ANY: (a) CONSEQUENTIAL, INCIDENTAL, INDIRECT, EXEMPLARY, SPECIAL, ENHANCED, OR PUNITIVE DAMAGES; (b) INCREASED COSTS, DIMINUTION IN VALUE OR LOST BUSINESS, PRODUCTION, REVENUES, OR PROFITS; (c) LOSS OF GOODWILL OR REPUTATION; (d) USE, INABILITY TO USE, LOSS, INTERRUPTION, DELAY OR RECOVERY OF ANY DATA, OR BREACH OF DATA OR SYSTEM SECURITY; OR (e) COST OF REPLACEMENT GOODS OR SERVICES, IN EACH CASE REGARDLESS OF WHETHER THE PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH LOSSES OR DAMAGES OR SUCH LOSSES OR DAMAGES WERE OTHERWISE FORESEEABLE. EXCEPT FOR ITS INDEMNIFICATION OBLIGATIONS SET FORTH ABOVE IN SECTION 8(A), AND MATTERS ARISING FROM ITS NEGLIGENCE OR INTENTIONAL MISCONDUCT, IN NO EVENT WILL LICENSOR'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT, STRICT LIABILITY, AND OTHERWISE EXCEED THE TOTAL AMOUNTS PAID TO LICENSOR UNDER THIS AGREEMENT.

IN NO EVENT SHALL LICENSEE'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT, STRICT LIABILITY, AND OTHERWISE EXCEED THE TOTAL AMOUNTS PAID BY LICENSEE TO LICENSOR UNDER THIS AGREEMENT.

11.       **Term and Termination** .

(a)  **Term.** The term of this Agreement begins on the Effective Date and, unless terminated earlier pursuant to any of the Agreement's express provisions, will continue in effect indefinitely or until annual support is not renewed. Unless earlier terminated pursuant to this Agreement's express provisions, Licensee must provide written notice of non-renewal of annual support at least 60 days prior to the expiration of the then-current term.

7

(b) **Termination.** In addition to any other express termination right set forth in this Agreement:

(i) Licensor may terminate this Agreement, effective on written notice to Licensee, if Licensee: (A) fails to pay any undisputed amount when due hereunder, and such failure continues more than 30 days after Licensor's delivery of written notice thereof; or (B) breaches any of its obligations under Section 2(b) or Section 5;

(ii) Either Party may terminate this Agreement, effective on written notice to the other Party, if the other Party breaches this Agreement, and such breach: (A) is incapable of cure; or (B) being capable of cure, remains uncured 30 days after the non-breaching Party provides the breaching Party with written notice of such breach; or

(iii) Either Party may terminate this Agreement, effective immediately upon written notice to the other Party, if the other Party: (A) becomes insolvent or is generally unable to pay, or fails to pay, its debts as they become due; (B) files or has filed against it, a petition for voluntary or involuntary bankruptcy or otherwise becomes subject, voluntarily or involuntarily, to any proceeding under any domestic or foreign bankruptcy or insolvency law; (C) makes or seeks to make a general assignment for the benefit of its creditors; or (D) applies for or has appointed a receiver, trustee, custodian, or similar agent appointed by order of any court of competent jurisdiction to take charge of or sell any material portion of its property or business.

(c) **Effect of Expiration or Termination.** Upon expiration or earlier termination of this Agreement, the license granted hereunder will not terminate, but no additional support, as described in Exhibit B, shall be provided to Licensee effective upon termination. No expiration or termination will affect Licensee's obligation to pay all Fees that may have become due before such expiration or termination, or entitle Licensee to any refund. If termination is resultant from events under 11(b)(iii) on the part of Licensor, the Licensee will have recourse under section 2(e) Escrow Source Code.

(d) **Survival** . This Section 11(d) and Sections 1, 4, 5, 6, 7, 8, 9, and 10 survive any termination or expiration of this Agreement. No other provisions of this Agreement survive the expiration or earlier termination of this Agreement.

12.     **Miscellaneous.**

8

(a) <u>Entire Agreement</u> . This Agreement, together with any other documents incorporated herein by reference and all related Exhibits, constitutes the sole and entire agreement of the Parties with respect to the subject matter of this Agreement and supersedes all prior and contemporaneous understandings, agreements, and representations and warranties, both written and oral, with respect to such subject matter. In the event of any inconsistency between the statements made in the body of this Agreement, the related Exhibits, and any other documents incorporated herein by reference, the following order of precedence governs: (a) first, this Agreement, excluding its Exhibits; (b) second, the Exhibits to this Agreement as of the Effective Date; and (c) third, any other documents incorporated herein by reference.

(b) **Notices.** All notices, requests, consents, claims, demands, waivers, and other communications hereunder (each, a " **Notice** ") must be in writing and addressed to the Parties at the addresses set forth on the first page of this Agreement (or to such other address that may be designated by the Party giving Notice from time to time in accordance with this Section). All Notices must be delivered by personal delivery, nationally recognized overnight courier (with all fees pre-paid), or certified or registered mail (in each case, return receipt requested, postage pre-paid). Except as otherwise provided in this Agreement, a Notice is effective only: (i) upon receipt by the receiving Party, and (ii) if the Party giving the Notice has complied with the requirements of this Section.

(c) **Force Majeure.** In no event shall either Party be liable to the other Party, or be deemed to have breached this Agreement, for any failure or delay in performing its obligations under this Agreement, if and to the extent such failure or delay is caused by any circumstances beyond such Party's reasonable control, including but not limited to acts of God, flood, fire, earthquake, explosion, war, terrorism, invasion, riot or other civil unrest, strikes, labor stoppages or slowdowns or other industrial disturbances, or passage of law or any action taken by a governmental or public authority, including imposing an embargo.

(d) **Amendment and Modification; Waiver.** No amendment to or modification of this Agreement is effective unless it is in writing and signed by an authorized representative of each Party. No waiver by any Party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the Party so waiving. Except as otherwise set forth in this Agreement, (i) no failure to exercise, or delay in exercising, any rights, remedy, power, or privilege arising from this Agreement will operate or be construed as a waiver thereof and (ii) no single or partial exercise of any right, remedy, power, or privilege hereunder will preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

(e) **Severability** . If any provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the Parties hereto shall negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

(f)  **Governing Law; Submission to Jurisdiction.** This Agreement is governed by and construed in accordance with the internal laws of the State of California without giving effect to any choice or conflict of law provision or rule that would require or permit the application of the laws of any jurisdiction other than those of the State of California. Any legal suit, action, or proceeding arising out of this Agreement or the licenses granted hereunder shall be instituted in the federal courts of the United States or the courts of the State of California in each case located in the city of Redwood Shores and County of San Mateo, and each Party irrevocably submits to the jurisdiction of such courts in any such suit, action, or proceeding.

(g)  **Assignment.** Licensee may not assign or transfer any of its rights or delegate any of its obligations hereunder, in each case whether voluntarily, involuntarily, by operation of law or otherwise, without the prior written consent of Licensor, which consent shall not be unreasonably withheld, conditioned, or delayed; provided, however, that in connection with a sale, reorganization, merger, consolidation, acquisition or other restructuring involving all or substantially all of the voting securities and/or assets of Licensee this Agreement may be assigned by Licensee to any such successor provided written notice of such assignment is provided by Licensee to Licensor within a reasonable time thereafter. Any purported assignment, transfer, or delegation in violation of this Section is null and void. No assignment, transfer, or delegation will relieve the assigning or delegating Party of any of its obligations hereunder. This Agreement is binding upon and inures to the benefit of the Parties hereto and their respective permitted successors and assigns.

(h)  **Export Regulation** . The Software may be subject to US export control law, including the US Export Administration Act and its associated regulations. Licensee shall not, directly or indirectly, export, re-export, or release the Software to, or make the Software accessible from, any jurisdiction or country to which export, re-export, or release is prohibited by law, rule, or regulation. Licensee shall comply with all applicable federal laws, regulations, and rules, and complete all required undertakings (including obtaining any necessary export license or other governmental approval), prior to exporting, re-exporting, releasing, or otherwise making the Software available outside the US.

(i)  **Equitable Relief.** Each Party acknowledges and agrees that a breach or threatened breach by such Party of any of its obligations under Section 5 or, in the case of Licensee, Section 2(b), would cause the other Party irreparable harm for which monetary damages would not be an adequate remedy and agrees that, in the event of such breach or threatened breach, the other Party will be entitled to equitable relief, including a restraining order, an injunction, specific performance, and any other relief that may be available from any court, without any requirement to post a bond or other security, or to prove actual damages or that monetary damages are not an adequate remedy. Such remedies are not exclusive and are in addition to all other remedies that may be available at law, in equity, or otherwise.

(j) **Counterparts.** This Agreement may be executed in counterparts, each of which is deemed an original, but all of which together are deemed to be one and the same agreement.

10

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the Effective Date.

**iPass Inc.**                                          **Pareteum Corporation**


By:    Darin R. Vickery                                 By:    Denis E. McCarthy
Name:  Darin R. Vickery                                 Name:  Denis E. McCarthy
Title:    CFO                                           Title:    SVP Corporate Development
Date: May 8, 2018                                       Date: May 8, 2018

11

**EXHIBIT A**

**iPass SmartConnect Description**

iPass SmartConnect technology is delivered to Authorized Devices through a cloud-based platform (the "Platform") comprising software elements on the mobile device and available over the Internet. iPass´ Platform gives control over the definition and management of mobility services configured to the Licensee's specific needs. This architecture gives an Authorized Device choice in access services and serves as a bridge to functionality through use of extensible web services standards, while keeping the operational and financial burden on Licensee low by not requiring them to purchase, deploy and manage on-premises infrastructure, unless they so choose for purposes of adding additional functionality.

*iPass Platform* is designed to provide Licensee with reliability, flexibility, network security, policy enforcement, consolidated billing and scalability.

The technology consists of the following principal components:

i.    *Foundation Services* . Provide the basic capabilities needed for a cloud-based platform, including the ability to manage devices (add, remove, or change rights), authenticate devices to access the platform, authorize access to particular functions, or track and audit use of the platform.

ii.   *Operational Services.* Are built on top of the iPass Foundation Services platform, enabling Licensee to operate the various iPass´ market-facing offers, including device profile/configuration management, network directory management, account management, order management, usage management, support, billing and training.

iii.  *Presentation Services* . Impact how information is presented to devices accessing the Platform, usually through a web based portal. Presentation Services include web presentation, data validation, access control (controlling who can see and enter what).

iv.   *SmartConnect Client and SmartConnect SDK Services* . Provide the ability to update configuration files and associated network registries, and to receive the data that the client collects.

v.    *Curation Services* . Ability of iPass platform to collect information about Open Networks and be able to decode the hotspot information and automate steps to connect to that Network.

vi.   *High-Availability and Scalable Authentication Architecture* . iPass´ relationships with network service providers enables iPass Platform to enable connectivity through multiple global networks . As a result, the cloud-based Platform reduces the risk of service interruptions associated with depending on only one service provider. Furthermore, iPass´ geographically distributed transaction centers act as a unified and fault-tolerant system that provides scalable and highly available device authentication and quality management information collection. Each point in the authentication process is designed with built-in redundancy and fail-over capabilities.

**iPass SmartConnect SDK** – necessary for adding iPass services to an application. The SDK may be used to integrate iPass functionalities into a specific application offered by a third-party application, and supports the following operating systems: Android and iOS.

**iPass SmartConnect Client** – iPass functional applications built on iPass SmartConnect SDK and supporting the following operating systems: Android and iOS.

**iPass Curated Network** – Curated Networks are open Networks that have been added to footprint using iPass Curation Services and can be accessed via the iPass SmartConnect software.

---

13

**EXHIBIT B**

**FEES AND SUPPORT SERVICES**

**Software License Fee .** In exchange for perpetual access to the Licensed Software for up to 25,000,000 Authorized Devices, Licensee shall pay Licensor the Software License Fee of $3,000,000.00 (which includes the first year Annual Maintenance Fee of 20%). Upon the Effective Date, Licensor shall invoice and Licensee shall pay Licensor Software License Fee in increments as follows: $1,000,000.00 by June 15, 2018; $1,000,000.00 by September 30, 2018 (or the next succeeding business day thereafter); and $1,000,000.00 by December 31, 2018.

**Annual Maintenance Fee .** In exchange for the Support Services and Service Levels in this Exhibit B and software Updates, Licensee shall invoice and Licensee shall pay Licensor $600,000.00 commencing on the one year anniversary following the Effective Date, and every year thereafter (representing 20% of the License Fee).

**Support Services**

**1. Definitions.** Any capitalized terms used herein and not defined below are defined in the Agreement.

**"First Level Technical Support"** means taking calls from users of Authorized Devices, getting complete information from end users regarding problems experienced by such users, testing user authorization to use the service, eliminating common user errors, and escalating unresolved issues with written documentation detailing steps taken prior to escalation.

**"Second Level Technical Support"** means providing assistance to First Level Technical Support help desk for issues that cannot be resolved through First Level Technical Support.

**"Third Level Technical Support"** means providing technical assistance to Licensee's authorized Second Level Technical Support personnel for technical issues that cannot be resolved by Second Level Technical Support.

**"Severity One"** means:

- iPass Hosted Authentication Infrastructure is down or other problems that prevent all users of Authorized Devices from connecting.
- Issues regarding Hosted User Services and Hosted User Management.

14

**"Severity Two"** means:

- User community is experiencing difficulty connecting to one or more remote Access Points.
- Hosted Authentication or Customer RoamServer configuration requests.
- User community is experiencing difficulty deploying the Open Mobile software.

**"Severity Three"** means:

- Problems that affect a limited number of user community or any question or service request regarding the Open Mobile Portal.

**2. First Level Technical Support** For users of Authorized Devices, the Licensee will be responsible for providing First Level Technical Support. First Level Technical Support personnel who have received training regarding the iPass Service and the iPass Software from iPass will be authorized to contact the applicable Second Level Technical Support center(s) at iPass to resolve any problems that cannot be resolved by First Level Technical Support. Customer may change its authorized contacts for Second Level Technical Support at any time upon written notice to iPass so long as any new authorized contacts have completed the requisite iPass training.

**3. Second/Third Level Technical Support.** iPass will provide Licensee with Second/Third Level Technical Support in accordance with iPass standard procedures, as described in Service Levels below, Licensee must have its password and id available in order to access and submit a request, absent which iPass will have no obligation to provide Licensee with Second Level Technical Support.

**4. Support Requests.** Licensee's authorized First/Second Level Technical Support shall submit support requests via the iPass Ticketing System. iPass Support is provided per the procedures as described in Service Levels below. In general, support requests are submitted via the iPass Ticketing System and are submitted under a Licensee selected severity level. Tickets are worked by iPass based upon severity prioritization, with Severity One being the highest priority, followed by Severity Two and Severity Three. iPass response times for the various Severity levels are described in Service Levels below.

**5. Software Updates.** iPass will notify Licensee regarding the availability of Updates and make any applicable Updates available to Licensee as part of this agreement, when and if such updates are made generally available.

**6. Training.** iPass will perform training services as agreed upon by the Parties and in accordance with the terms of this Agreement.

15

<u>**Service Levels**</u> .

iPass agrees to provide the levels of service set forth herein to Licensee

**1. Additional Definitions.**

**"Availability"** means users of Authorized Devices having access to, full functionality and usage of the service.

**"Service Levels"** means the minimum service levels to be achieved by Licensor in relation to L Licensor's performance of its obligations as set out herein.

**"Severity Level"** means the impact of or nature of a problem as set forth in the Support Services above.

**"Response"** means the iPass' acknowledgment of its receipt of a Trouble Report from Licensee.

**2. Licensor Support Services**

Licensor will provide Help Desk to Help Desk support to Licensee on components of the Licensor Service e.g. the iPass Portal, Hosted Authentication Infrastructure.

**3. Support Process**

**The following support process shall be followed by the Licensee HELPDESK to report or escalate issues to the iPass Support Teams:**

a.    Issue Identified to Licensee Help Desk

  (i)    The user of the Authorized Device contacts the Licensee Help Desk.
  (ii)   Licensee Helpdesk follows troubleshooting guide and reviews information in the Licensor online knowledge base (help.ipass.com) and determines if internal resources can resolve the issue.
  (iii)  If internal resources cannot resolve the issue, then Licensee Help Desk contacts iPass Customer Care via web-based support request.

b.  Entering a web-based Support Request

  (i)    Access the Portal via url: https://openmobile.ipass.com
  (ii)   Enter your username and password and click login.
  (iii)  Access is available on the Dashboard tab.
  (iv)   Click on the "Manage Tickets" link.
  (v)    On the "Cases" tab select the "Create New Case" button or dropdown link
  (vi)   Enter the appropriate information as required.

Licensee Helpdesk shall provide callback details (contact name and phone number) in all web-based support requests.

c.  Ticket Requirements

At a minimum, all Severity One and Severity Two problem reports shall contain the following in order to expedite investigation and verification of the problem:

  (i)    Username and Description of observed behavior.
  (ii)   Debug logs if available.
  (iii)  Steps to reproduce.
  (iv)   Operating environment (Operating system, language, software version, profile number and hardware, as applicable.)
  (v)    Dates / times of transaction failures.
  (vi)   Name of network attempted.

Licensor may request additional information for verification of a reported problem as necessary.

d.  Licensee's Customer Care Hotline

For Severity One issues, Licensor recommends that opening a web-based support request be followed by a phone call to iPass at one of the following Severity One Customer Care numbers:

Inside the United States:           +1-877-464-7277

Outside the United States:          +1 650-232-4300

Dialing within Europe:              +44 20 7010 8344

Phone numbers are available 24 hours a day, 7 seven days a week.

Please note that in order to safeguard customers against unauthorized service activity, Licensor will require that callers authenticate their credentials via the web based ticketing system prior to any action by Licensor.

17

All change requests MUST be in writing.

In order to ensure that tickets are handled in order of receipt, by priority, calls which are not Severity One will be ticketed and placed in queue to be handled in order of receipt, by severity.

**4. Service Levels**

    a.  **Support Request Response -** For each Severity Level, iPass shall provide the following response Service Levels:
        i.  For Licensee Helpdesk Support Requests submitted in accordance with the process defined herein.

| Problem Severity | Response Service Level |
|---|---|
| Severity One | Targeted Response Time: Issues will receive a response from iPass within fifteen (15) minutes (1 hour on weekends and local public holidays) after submitting a Severity One support case followed by a phone call to iPass. Please note Severity One issues reported via a support case only will be responded to within 1 hour. |
| Severity Two | Targeted Response Time: Issues will receive a response from iPass within 8 hours of receipt of the request (except weekends and local public holidays.) |
| Severity Three | Targeted Response Time: Issues will receive a response from iPass within 12 hours of receipt of the request (except weekends and local public holidays.) |

    b.  **Problem Verification -** iPass and Licensee will make reasonable efforts to verify any reported problem as soon as it is reported as well as any follow-up information that may be required.

    c.  **Update Intervals -** iPass will make reasonable efforts to keep Licensee's Second Level Technical Support personnel informed of the latest status on any problem submitted. In the event Licensee's Second Level Technical Support personnel requires more frequent updates, then these will be discussed and mutually agreed upon and will depend on the severity and complexity of the problem.

    d.  **Severity Reclassification** - To ensure that severe problems receive highest priority, iPass may modify a ticket submitted as Severity One issue if it clearly does not meet the criteria for Severity One.

**5. iPass Support Escalation Process**

**(a) When to Escalate an Issue**

(i)   If iPass fails to respond within the prescribed service level response time, the Licensee Help Desk is encouraged to escalate the issue to the Escalation Contact in the respective time zone (see escalation contacts below.)

(ii)  If the iPass Customer Care Representative and the Licensee Help Desk cannot agree on an action plan to resolve an issue (Severity One, Two or Three), then the iPass Customer Care Representative and the Customer Help Desk are encouraged to escalate the issue to the Director of Customer Care.

(iii) Once a plan has been agreed, iPass will work to resolve the issue. If the Licensee Help Desk is not satisfied with the progress that is being made to resolve an issue, they are encouraged to contact the Director of Customer Care.

**(b) How to Escalate an Issue**

(i)   All escalations should be in writing (to the e-mail address listed below) or by phone followed up with a summary from Licensee's Help Desk.

(ii)  Written documentation should outline the original issue and progress to date. It should also include impact to the customer and reason for the escalation.

**(c) Response to Escalation**

(i)   The Director of Customer Care will respond upon receipt to any escalations.

(ii)  Escalations will take priority over any issue of the same severity level.

**Customer Care Escalation Contact**

| Location/Time Zone | London, UK (GMT) |
|---|---|
| Regional Contact | Richard Sabbarton |
| email | rsabbarton@ipass.com |
| Office Phone | +44 20 7010 8319 |

| Location/Time Zone | Redwood Shores, US (PST) |
|---|---|
| Regional Contact | Christopher Calhoun |
| email | ccalhoun@ipass.com |
| Office Phone | + 1 650 232 4127 |

| Location/Time Zone | Bangalore, IN (IST) |
|---|---|
| Regional Contact | Sujith Varijakshan |
| email | svarijakshan@ipass.com |
| Office Phone | +91 80 41380976 |

**ESCALATION Manager – Director of Support**

| Escalation Manager | Alan Ridgewell |
|---|---|
| email | aridgewell@ipass.com |
| Office Phone | +44 20 7010 8304 |

19

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert H. Turner, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: May 11, 2018


/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Edward O'Donnell, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: May 11, 2018


/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

**Exhibit 32.1**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation., a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)    The Quarterly Report on Form 10-Q for the quarter ended March 31, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: May 11, 2018

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**Exhibit 32.2**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation, a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)   The Quarterly Report on Form 10-Q for the quarter ended March 31, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: May 11, 2018

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒      Quarterly report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended June 30, 2018

☐      Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**000-30061**
( *Commission file No.)*

# PARETEUM CORPORATION
*(Exact name of registrant as specified in its charter)*

| **DELAWARE** | **95-4557538** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. employer identification no.)* |

**1185 Avenue of the Americas, New York, NY 10036**
**USA**
*(Address of principal executive offices) (Zip Code)*

**+ 1 (212) 984-1096**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒      No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒      No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large Accelerated filer  ☐ | Accelerated filer  ☐ |
| Non-Accelerated filer  ☐ | Smaller reporting company  ☒ |
| | Emerging growth company  ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐      No ☒

As of August 13, 2018, there were 60,263,228 shares of the Company's common stock outstanding.

**PARETEUM CORPORATION AND SUBSIDIARIES**
TABLE OF CONTENTS
FORM 10-Q REPORT
June 30, 2018

| | |
|---|---|
| PART I - FINANCIAL INFORMATION | 3 |
| | |
| Item 1. Consolidated Financial Statements | 3 |
| Condensed Consolidated Balance Sheets as of June 30, 2018 (unaudited) and December 31, 2017 | 3 |
| Condensed Consolidated Statements of Comprehensive Loss for the three and six months periods ended June 30, 2018 and 2017 (unaudited) | 4 |
| Condensed Consolidated Statements of Cash Flows for the six month periods ended June 30, 2018 and 2017 (unaudited) | 5 |
| Notes to Unaudited Condensed Consolidated Financial Statements | 6 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 25 |
| Item 4. Controls and Procedures | 25 |
| | |
| PART II -  OTHER INFORMATION | 25 |
| | |
| Item 1. Legal Proceedings | 25 |
| Item 1A. Risk Factors | 25 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 25 |
| Item 3. Default upon Senior Securities | 26 |
| Item 4. Mine Safety Disclosure | 26 |
| Item 5. Other Information | 26 |
| Item 6. Exhibits | 27 |
| | |
| SIGNATURES | 28 |

2

**PART I - FINANCIAL INFORMATION**

**Item 1. Consolidated Financial Statements**

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 19,205,252 | $ 13,537,899 |
| Restricted cash | 229,083 | 199,776 |
| Accounts receivable, net of an allowance for doubtful accounts of $0 at June 30, 2018 and $90,173 at December 31, 2017 | 3,852,866 | 2,058,284 |
| Prepaid expenses and other current assets | 1,174,617 | 900,369 |
| Total current assets | 24,461,818 | 16,696,328 |
| **NON-CURRENT ASSETS** | | |
| **OTHER ASSETS** | 89,245 | 91,267 |
| **NOTE RECEIVABLE** | 595,502 | 594,520 |
| **PROPERTY AND EQUIPMENT, NET** | 4,680,006 | 4,713,710 |
| **LONG TERM INVESTMENTS** | 3,230,208 | 3,230,208 |
| **TOTAL ASSETS** | $ 33,056,779 | $ 25,326,033 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable and customer deposits | $ 2,568,505 | $ 1,978,726 |
| Net billings in excess of revenues | 258,904 | 242,986 |
| Accrued expenses and other payables | 3,697,831 | 5,250,130 |
| 9% Unsecured Subordinate Convertible Promissory Note (current portion net of Debt Discount and Debt Issuance) | 134,013 | 66,000 |
| Total current liabilities | 6,659,253 | 7,537,842 |
| **LONG TERM LIABILITIES** | | |
| Derivative liabilities | - | 1,597,647 |
| Other long term liabilities | 118,481 | 151,163 |
| Unsecured Convertible Promissory Note (net of Debt Discount and Debt Issuance) | 622,023 | 617,848 |
| Total long term liabilities | 740,504 | 2,366,658 |
| Total liabilities | 7,399,757 | 9,904,500 |
| Commitments and Contingencies (See Notes) | | |
| **STOCKHOLDERS' EQUITY** | | |
| Common Stock $0.00001 par value, 500,000,000 shares authorized, 55,656,115 issued and outstanding as of June 30, 2018 and 46,617,093 shares issued and outstanding as of December 31, 2017 | 331,959,299 | 321,271,437 |
| Accumulated other comprehensive loss | (6,281,426) | (6,306,691) |
| Accumulated deficit | (300,020,851) | (299,543,213) |
| Total stockholders' equity | 25,657,022 | 15,421,533 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 33,056,779 | $ 25,326,033 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE LOSS
(UNAUDITED)

| | Three months Ended June 30, | | Six months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| REVENUES | $ 6,003,180 | $ 3,239,175 | $ 10,115,750 | $ 6,034,118 |
| | | | | |
| COST AND OPERATING EXPENSES | | | | |
| Cost of service | 1,779,882 | 945,687 | 2,974,405 | 1,787,590 |
| Product development | 753,931 | 273,512 | 1,480,776 | 558,206 |
| Sales and marketing | 652,442 | 370,795 | 1,341,440 | 690,282 |
| General and administrative | 2,214,070 | 1,490,838 | 4,510,922 | 3,856,226 |
| Restructuring and settlement costs | 5,592 | 458,877 | 79,193 | 588,106 |
| Depreciation and amortization | 994,318 | 872,693 | 1,959,609 | 1,716,476 |
| Total cost and operating expenses | 6,400,235 | 4,412,402 | 12,346,345 | 9,196,886 |
| | | | | |
| (LOSS) FROM OPERATIONS | (397,055) | (1,173,227) | (2,230,595) | (3,162,768) |
| | | | | |
| OTHER INCOME/ (EXPENSE) | | | | |
| Interest income | 43,193 | 54,900 | 85,865 | 94,036 |
| Interest expense | (99,708) | (406,041) | (163,467) | (923,184) |
| Interest expense related to debt discount and conversion feature | (30,272) | (293,362) | (59,838) | (1,342,598) |
| Changes in derivative liabilities | 1,597,647 | - | 1,283,914 | 1,920,881 |
| Gain on Extinguishment of Debt | - | - | - | 463,345 |
| Other income | 567,710 | 433,658 | 637,255 | 470,476 |
| Amortization of deferred financing costs | (6,209) | (26,510) | (12,351) | (222,623) |
| Total other income/ (expense) | 2,072,361 | (237,355) | 1,771,378 | 460,333 |
| | | | | |
| INCOME/ (LOSS) BEFORE PROVISION FOR INCOME TAXES | 1,675,306 | (1,410,582) | (459,217) | (2,702,435) |
| Provision/ (benefit) for income taxes | 18,842 | (67,782) | 18,424 | (66,495) |
| NET INCOME/ (LOSS) | 1,656,464 | (1,342,800) | (477,641) | (2,635,940) |
| | | | | |
| OTHER COMPREHENSIVE INCOME / (LOSS) | | | | |
| Foreign currency translation (loss) /income | (79,137) | 16,169 | 25,266 | (10,651) |
| COMPREHENSIVE INCOME/ (LOSS) | $ 1,577,327 | $ (1,326,631) | $ (452,375) | $ (2,646,591) |
| | | | | |
| Net income/ (loss) per common share and equivalents - basic | $ 0.03 | $ (0.10) | $ (0.01) | $ (0.24) |
| | | | | |
| Net income/ (loss) per common share and equivalents - diluted | $ 0.03 | $ (0.10) | $ (0.01) | $ (0.24) |
| | | | | |
| Weighted average shares outstanding during the period – basic | 53,348,376 | 12,910,929 | 51,714,482 | 11,132,580 |
| | | | | |
| Weighted average shares outstanding during the period – diluted | 64,741,232 | 12,910,929 | 51,714,482 | 11,132,580 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements

4

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(UNAUDITED)

| | | For the six months ended | |
| --- | --- | --- | --- |
| | | June 30, 2018 | June 30, 2017 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net loss | $ | (477,641) $ | (2,635,940) |
| **Adjustments to reconcile net loss to net cash (used in) operating activities:** | | | |
| Depreciation and amortization | | 1,959,609 | 1,716,476 |
| Provision for doubtful accounts | | - | 6,378 |
| Stock based compensation | | 1,771,580 | 1,123,293 |
| Change in fair value of warrant liability | | (1,283,914) | (1,920,881) |
| Amortization of deferred financing costs | | 12,351 | 222,623 |
| Interest expense relating to debt discount and conversion feature | | 59,838 | 1,342,598 |
| Unrealized foreign currency transaction loss | | - | (470,476) |
| Payables settled by issuance of shares | | 86,778 | 473,692 |
| (Gain) on Extinguishment of Debt | | - | (463,345) |
| **Changes in operating assets and liabilities:** | | | |
| (Increase) / Decrease in accounts receivable | | (1,851,046) | 359,013 |
| (Increase) / Decrease in prepaid expenses, deposits and other assets | | (351,046) | 444,262 |
| Increase in accounts payable and customer deposits | | 606,393 | 466,013 |
| Increase / (Decrease) in Net billings in excess of revenues and deferred revenue | | 22,627 | (412,929) |
| (Decrease) in accrued expenses and other payables | | (1,508,005) | (1,061,893) |
| **Net cash (used in) operating activities** | | (952,476) | (811,116) |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Purchases of property and equipment, and capitalized software | | (1,877,477) | (332,630) |
| **Net cash (used in) investing activities** | | (1,877,477) | (332,630) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | |
| Exercise of warrants and options | | 3,070,110 | - |
| Repayments on other long term loans | | (32,682) | - |
| Financing related fees | | (653,000) | (364,941) |
| Gross Proceeds from public offering | | 6,100,000 | 3,500,000 |
| Principal repayment Senior Secured Loan | | - | (1,750,000) |
| Net cash provided by financing activities | | 8,484,428 | 1,385,059 |
| | | | |
| **EFFECT OF EXCHANGE RATES ON CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 42,185 | (294,918) |
| **NET INCREASE (DECREASE) IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 5,696,660 | (53,605) |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, BEGINNING OF THE PERIOD** | | 13,737,675 | 1,495,207 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF THE PERIOD** | $ | 19,434,335 $ | 1,441,602 |
| | | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | | |
| Cash received/ (paid) during the period for interest | $ | 43,193 $ | (336,193) |
| Cash paid during the period for taxes | | - | 895 |
| **NON-CASH FINANCING ACTIVITIES:** | | | |
| Conversion of notes including accelerated amortization into common shares | | - | 801,549 |
| Conversions of convertible notes | | 1,911,380 | 774,424 |
| Amendment to warrants and convertible notes into common shares | | 313,733 | 2,344,948 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

5

**PARETEUM CORPORATION AND SUBSIDIARIES**

**NOTES TO THE CONDENSED CONSOLIDATED
FINANCIAL STATEMENTS
UNAUDITED**

<u>**Note 1. Financial Condition**</u>

As reflected in the accompanying consolidated financial statements, Pareteum Corporation ("Pareteum," the "Company," "we," "us," or "our") (NYSE American: TEUM) reported a comprehensive loss of $452,375 for the six month period ended June 30, 2018 and had an accumulated deficit of $300,020,851 as of June 30, 2018.

The Company's financial statements through June 30, 2018 were materially impacted by several warrant exercises.

**Warrant Exercises**

From January 1, 2018 through June 30, 2018, 7,403,536 warrants were exercised on a cash and a cashless basis pursuant to which 5,914,270 shares of common stock were issued and a gross total of $3,070,110 was received by the Company.

**Public Offering**

On May 9, 2018, the Company entered into a securities purchase agreement with select accredited investors relating to a registered direct offering, issuance and sale of an aggregate of 2,440,000 shares of the Company's common stock, $0.00001 par value per share, at a purchase price of $2.50 per share.

The Shares are being issued pursuant to the Company's previously filed and effective Registration Statement on Form S-3 that was filed with the Securities and Exchange Commission on September 9, 2016, as amended October 21, 2016 and November 10, 2016, and declared effective November 14, 2016 (File No. 333-213575). The Company will file a prospectus supplement related to the registered direct offering dated May 9, 2018.

The gross proceeds to the Company from the Offering, before deducting the Company's estimated offering expenses, are expected to be approximately $6,100,000. Proceeds from the Offering shall be used for working capital and general corporate purposes.

Dawson James Securities, Inc. acted as placement agent on a best-efforts basis in connection with the Offering, pursuant to a placement agency agreement that was entered into on May 9, 2018.

**Acquisitions**

On July 31, 2018, the Company filed a prospectus, following the filing of a registration statement on Form S-3, announcing the resale of an aggregate of 7,151,146 shares of common stock, par value $0.00001 per share, issuable upon the exercise of warrants issued to investors in a private placement offering conducted by the Company and closed on December 5, 2017. On July 25, 2018, the last reported sale price of the Company's common stock on the New York Stock Exchange was $2.93 per share. The selling stockholders may offer all or part of the shares for resale from time to time through public or private transactions, at either prevailing market prices or at privately negotiated prices. The Company has paid all of the registration expenses incurred in connection with the registration of the shares, but the Company will not pay any of the selling commissions, brokerage fees or related expenses.

On August 3, 2018, the Company filed a DEFM14A (the "Proxy Statement"), announcing the proposed acquisition of Artilium plc, a public limited company registered in England and Wales ("Artilium"). In connection with the proposed acquisition, Artilium shareholders would be entitled to receive, for each Artilium ordinary share held by such shareholders, 1.9 pence in cash and 0.1016 new shares of the Company's common stock, resulting in the issuance of an aggregate of approximately 37,852,076 new shares of the Company's common stock. Following the transaction, Artilium shareholders will own approximately 35.14% of the Company's fully diluted common stock and the Company would acquire the entire issued and to be issued ordinary shares of Artilium.

Further, under the Proxy Statement, the Company announced its proposed 2018 Long-Term Incentive Compensation Plan, including the reservation of eight million (8,000,000) shares of common stock with a 15% annual increase to the total number of reserved shares thereunder.

6

**Note 2. Description of Business, Basis of Presentation and Use of Estimates**

**Business overview**

Pareteum has developed a Communications Cloud Services Platform, providing (i) Mobility, (ii) Messaging and (iii) Security services and applications, with a Single-Sign-On, API and software development suite. The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales.

**Basis of Presentation of Interim Periods**

The interim condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States, or GAAP, for interim financial information and with the instructions to Securities and Exchange Commission, or SEC, Form 10-Q and Article 10 of SEC Regulation S-X. They do not include all the information and footnotes required by GAAP for complete financial statements. Therefore, these financial statements should be read in conjunction with our audited consolidated financial statements and notes thereto for the year ended December 31, 2017, included in our 2017 Annual Report on Form 10-K filed with the SEC on March 30, 2018, referred to as our 2017 Annual Report.

The interim condensed consolidated financial statements included herein are unaudited; however, they contain all normal recurring accruals and adjustments that, in the opinion of management, are necessary to present fairly our results of operations and financial position for the interim periods. The results of operations for the three and six months ended June 30, 2018 are not necessarily indicative of the results to be expected for future quarters or the full year.

For a complete summary of our significant accounting policies, please refer to Note 1, "Business and Summary of Significant Accounting Policies," of our 2017 Annual Report. There have been no material changes to our significant accounting policies during the six months ended June 30, 2018.

**Use of Estimates**

The preparation of the accompanying consolidated financial statements conforms with accounting principles generally accepted in the U.S. and requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities. Significant areas of estimates include revenue recognition, intangible assets, bad debt allowance, valuation of financial instruments, useful lives of long lived assets and share-based compensation. Actual results may differ from these estimates under different assumptions or conditions.

**Reclassification**

Certain reclassifications have been made to the Company's consolidated financial statements for the prior years to conform to the current year presentation. Such reclassifications had no impact on net income/ (loss) or net cash flows.

**Recently Issued Accounting Standards**

In May 2014, the FASB issued Accounting Standards Update No. 2014-09 (Topic 606) "Revenue from Contracts with Customers." Topic 606 supersedes the revenue recognition requirements in Topic 605 "Revenue Recognition" (Topic 605), and requires entities to recognize revenue when control of the promised goods or services is transferred to customers at an amount that reflects the consideration to which the entity expects to be entitled to in exchange for those goods or services. We adopted Topic 606 as of January 1, 2018 using the modified retrospective transition method. See Note 9 for further details.

**Note 3. Supplemental Financial Information**

The following tables present details of our condensed consolidated financial statements:

| Prepaid expenses and other current assets | | June 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Prepaid Expenses - Other | $ | 569,761 | $ | 576,277 |
| Prepaid Expenses - Professional Services | | 230,816 | | - |
| VAT | | 374,040 | | 324,092 |
| | $ | 1,174,617 | $ | 900,369 |

| Property and equipment | | June 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Furniture and fixtures | $ | 139,857 | $ | 139,857 |
| Computer, communications and network equipment | | 17,110,130 | | 17,020,421 |
| Software | | 4,039,554 | | 2,899,794 |
| Automobiles | | 10,744 | | 10,744 |
| Software development | | 619,566 | | 398,654 |
| Acc. Depreciation Property & Equipment | | (17,239,845) | | (15,755,760) |
| | $ | 4,680,006 | $ | 4,713,710 |

| Accrued expenses and other payables | | June 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Accrued selling, general and administrative expenses | $ | 1,842,921 | $ | 3,463,800 |
| Accrued cost of service | | 545,389 | | 413,942 |
| Accrued taxes (including VAT) | | 804,417 | | 877,366 |
| Accrued interest payable | | 183,821 | | 96,801 |
| Other accrued expenses | | 321,283 | | 398,221 |
| | $ | 3,697,831 | $ | 5,250,130 |

8

| | Outstanding June 30, 2018 | | Closing(s) during 2018 | | Regular Amortizations (during 2018) | | Conversions (during 2018) including accelerated amortization | | December 31, 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9% Unsecured Convertible Note (Private Offering Q4- 2015 – Q1-2016 | $ | (134,013) | $ | - | $ | (30,038) | $ | - | $ | (103,975) |
| 9% Saffelberg Note (Unsecured Convertible) | | (622,023) | | - | | (42,151) | | - | | (579,873) |
| | | | | | | | | | | |
| | $ | (756,036) | $ | - | $ | (72,189) | $ | - | $ | (683,848) |

On June 29, 2018, the Company amended the Saffelberg Investments N.V. ("Saffelberg") convertible note dated August 18, 2016 with principal of $723,900 removing Sections 4(d)(iii) and (iv) and amended the August 18, 2016 Warrant removing Sections 2(c) and (d). These changes removed the elements that generated the derivative liabilities and related expense from the convertible note and warrant.

On June 29, 2018, the Company entered into a term sheet with Saffelberg agreeing to (i) pay the balance and interest of the September 7, 2017 repayment agreement in the amount of $262,735 on July 11, 2018, (ii) convert at $2.37 per share on July 11, 2018 the August 18, 2016 $723,900 convertible note and accrued interest into 387,913 common shares, (iii) adjust the price of the 96,250 warrants to $2.37 on July 11, 2018 and (iv) register converted 387,913 common shares, the 96,250 warrant and other shares held by Saffelberg in the next registration statement.

| Fair Market Value Warrants & Conversion Feature | FMV as of June 30, 2018 | | Additional closings during 2018 | | Agreement Amendments/ Conversions/ FX effect | | Mark to market adjustment Ytd-2018 | | FMV as of December 31, 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9% Saffelberg Note (Unsecured Convertible) | $ | - | $ | - | $ | (1,706,484) | $ | 279,581 | $ | 1,426,903 |
| **FMV Conversion Feature** | $ | - | $ | - | $ | (1,706,484) | $ | 279,581 | $ | 1,426,903 |
| | | | | | | | | | | |
| 9% Convertible Note Warrants - Saffelberg | $ | - | $ | - | $ | (204,896) | $ | 34,152 | $ | 170,744 |
| **FMV Warrant Liabilities** | $ | - | $ | - | $ | (204,896) | $ | 34,152 | $ | 170,744 |
| | | | | | | | | | | |
| **Total** | $ | - | $ | - | $ | (1,911,380) | $ | 313,733 | $ | 1,597,647 |

9

**Outstanding numbers of Dilutive Derivatives**

The outstanding number of derivatives developed as per below movement schedule for the second quarter of 2018.

| Number of underlying shares for Warrants & Conversion Features | Outstanding June 30, 2018 | Agreement Amendments / Interest effects | Exercises / Conversions / Expirations | Outstanding December 31, 2017 |
|---|---|---|---|---|
| 9% Convertible Note - Investors | 61,556 | 527 | - | 61,029 |
| 9% Convertible Note - Saffelberg | 387,913 | (472,030) | - | 859,943 |
| **Outstanding Conversion Features** | **449,469** | **(471,503)** | **-** | **920,972** |
| | | | | |
| 13%+Eurodollar Senior Secured | - | - | (2,400,000) | 2,400,000 |
| 2017 Registered Public Offering | 508,970 | - | (766,830) | 1,275,800 |
| Investor Management Services | 710,000 | - | - | 710,000 |
| 9% Convertible Note Warrants | 520,373 | - | - | 520,373 |
| 2013 Convertible Notes | 140,000 | - | - | 140,000 |
| Other 9% Convertible Note Warrants | 96,520 | - | - | 96,520 |
| 2017 Registered Public Offering Agent Warrants | 110,279 | - | (63,888) | 174,167 |
| 9% Convertible Note 7% Agent Warrants | 66,230 | - | - | 66,230 |
| Oct-2017 Shelf take Down Agent Warrants | 843 | 74,750 | (73,907) | - |
| Nov-2017 Underwriter Agreement Investor Warrants | 168,819 | - | (2,669,677) | 2,838,496 |
| Nov-2017 Underwriter Agreement Agent Warrants | 982,744 | - | (652,174) | 1,634,918 |
| Dec-2017 SPA Investor Warrants | 6,374,086 | - | (777,060) | 7,151,146 |
| Dec-2017 SPA Agent warrants | 357,557 | - | - | 357,557 |
| May-2018 Public Offering Agent Warrants | 122,000 | 122,000 | - | - |
| Preferred Share Conversion Warrants | 731,798 | - | - | 731,798 |
| Preferred Share issuance 8% Agent Warrants | 38,827 | - | - | 38,827 |
| **Outstanding Warrants** | **10,929,046** | **196,750** | **(7,403,536)** | **18,135,832** |
| | | | | |
| **Total** | **11,378,515** | **(274,753)** | **(7,403,536)** | **19,056,804** |

10

**Note 4. Fair Value Measurements**

In accordance with Accounting Standards Update 820, Fair Value Measurement ("ASC 820"), the Company defines fair value as the price that would be received from selling an asset or paid to transfer a liability (i.e., the exit price) in an orderly transaction between market participants at the measurement date. ASC 820 establishes a fair value hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available.

Observable inputs are those that market participants would use in pricing the asset or liability based on market data obtained from sources independent of the Company. Unobservable inputs reflect the Company's assumptions about the inputs that market participants would use in pricing the asset or liability developed based on the best information available in the circumstances.

The fair value hierarchy is categorized into three levels based on the inputs as follows:

*Level 1* – Quoted prices are available in active markets for identical assets or liabilities as of the reported date.

*Level 2* – Pricing inputs are other than quoted prices in active markets, which are either directly or indirectly observable as of the reported date. The nature of these financial instruments includes cash instruments for which quoted prices are available but are traded less frequently, derivative instruments whose fair values have been derived using a model where inputs to the model are directly observable in the market and instruments that are fair valued using other financial instruments, the parameters of which can be directly observed.

*Level 3* – Instruments that have little to no pricing observability as of the reported date. These financial instruments are measured using management's best estimate of fair value, where the inputs into the determination of fair value require significant management judgment or estimation.

The remaining derivative liabilities were transferred out of level 3 during the six months ended June 30, 2018.

The degree of judgment exercised by the Company in determining fair value is greatest for securities categorized in Level 3. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, for disclosure purposes, the level in the fair value hierarchy within which the fair value measurement falls in its entirety is determined by the lowest level input that is significant to the fair value measurement.

The Company used the Monte Carlo valuation model to determine the value of the outstanding warrants and conversion feature from the "Offering". Since the Monte Carlo valuation model requires special software and expertise to model the assumptions to be used, the Company hired a third party valuation expert.

**Note 5. Stockholders' Equity**

**(A) Common Stock**

The Company is presently authorized to issue 500,000,000 shares common stock. The Company had 55,656,115 shares of common stock issued and outstanding as of June 30, 2018, an increase of 9,039,022 shares from December 31, 2017, due to warrant exercises (5,914,270), equity fund raises (2,453,400), non-cash compensation for board and management (502,970), advisors (123,553) and settlement of debt (44,829).

**(B) Warrants**

Throughout the years, the Company has issued warrants with varying terms and conditions related to multiple financing rounds, acquisitions and other transactions. The number of warrants outstanding at June 30, 2018 (unaudited) and December 31, 2017 have been recorded and classified as equity is 10,929,046 and 18,039,312 respectively. As of June 30, 2018 and December 31, 2017, the Company has recorded zero and $96,520 respectively, in the balance sheet for the liability warrants issued in connection with the various offerings in the previous and current year. The Company successfully renegotiated the terms of the related 'liability warrants' and such amended terms resulted in the elimination of the derivative conditions. The Weighted Average Exercise Price for the currently outstanding warrants in the table below is $1.71. The table below summarizes the warrants outstanding as of June 30, 2018 and as of December 31, 2017:

11

| Outstanding Warrants | Exercise/ Conversion price(s) (range) | Expiring | June 30, 2018 | December 31, 2017 |
|---|---|---|---|---|
| Equity Warrants - Fundraising | $1.05 - $5.375 | 2018 - 2023 | 10,929,046 | 18,039,312 |
| Liability Warrants - Fundraising | NA | 2021 | - | 96,520 |
| | | | 10,929,046 | 18,135,832 |

**Note 6.  Amended and Restated 2008 Long Term Incentive Compensation Plan and 2017 Long-Term Incentive Compensation Plan**

**Amended and Restated 2008 Long-Term Incentive Compensation Plan ("2008 Plan")**

| | |
|---|---|
| Total Authorized under the plan | 2,240,000 |
| Shares issued in prior years | 1,074,824 |
| Outstanding options | 251,266 |
| Available for grant at June 30, 2018 (Registered and Unregistered) | 913,910 |

During the second quarter of 2018, no shares were issued or options granted under the 2008 Plan.

**Stock option activity is set forth below for the 2008 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,128,384 | $ | 9.40 |
| Cancelled January 1, 2018 | (786,697) | $ | 6.33 |
| Forfeitures (Pre-vesting) | (175) | $ | 3.07 |
| Expirations (Post-vesting) | (90,246) | $ | 25.60 |
| Outstanding as of June 30, 2018 | 251,266 | $ | 13.18 |

At June 30, 2018, due to all unvested options being canceled as part of reorganization, the unrecognized expense portion of stock-based awards granted to employees under the 2008 Plan was $0, compared to $843,467 for the same period in 2017.

**2017 Long-Term Incentive Compensation Plan ("2017 Plan")**

| | |
|---|---|
| Total Authorized under the plan (Shareholders) | 6,500,000 |
| Total Registered under the plan (S-8 dated June 14, 2017 and April 13, 2018) | 6,500,000 |
| Shares issued under the plan | 2,071,417 |
| Reserved for Time-conditioned share awards | 1,102,086 |
| Reserved for outstanding Options | 3,251,000 |
| Available for grant at June 30, 2018 (Registered & Unregistered) | 75,497 |

During the second quarter of 2018, 1,419,000 shares were issued or options granted under the 2017 Plan.

**Stock option activity is set forth below for the 2017 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,899,800 | $ | 1.00 |
| Granted in 2018 | 1,419,000 | $ | 2.49 |
| Forfeitures (Pre-vesting) | (67,800) | $ | 1.00 |
| Expirations (Post-vesting) | - | $ | NA |
| Outstanding as of June 30, 2018 | 3,251,000 | $ | 1.65 |

12

At June 30, 2017 and 2018, the unrecognized expense portion of stock-based awards granted to employees under the 2017 Plan was $0 and $3,248,852, respectively.

Under the provisions of ASC 718, expensing takes place proportionally to the vesting associated with each stock-award, adjusted for cancellations, forfeitures and returns. If there are any modifications or cancellations of the underlying unvested awards, we may be required to accelerate, increase or cancel any remaining unearned stock-based compensation expense.

### Note 7.  Income taxes

**Income Taxes**

The following table presents details of the net provision (benefit) for income taxes:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2018** | **2017** | **2018** | **2017** |
| Net Provision for income taxes | 18,842 | (67,782) | 18,424 | (66,495) |

As a result of our cumulative tax losses in the U.S. and certain foreign jurisdictions, and the full utilization of our loss carryback opportunities, we have concluded that a full valuation allowance should be recorded in such jurisdictions. In certain other foreign jurisdictions where we do not have cumulative losses, we had net deferred tax liabilities based upon an expected annual tax rate.

### Note 8. Significant Customer and Geographical Information

Sales to our significant customers, as a percentage of net revenue were as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2018** | **2017** | **2018** | **2017** |
| Two largest customers | 75.0% | 96.5% | 79.3% | 95.7% |

The geographical distribution of our revenue, as a percentage of revenue, was as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2018** | **2017** | **2018** | **2017** |
| Europe | 59.4% | 90.2% | 67.8% | 93.4% |
| All other (non-European) countries | 40.6% | 9.8% | 32.2% | 6.6% |
| | 100% | 100% | 100% | 100% |

### Note 9. Revenues

**Adoption of ASC Topic 606, "Revenue from Contracts with Customers"**

On January 1, 2018, we adopted Topic 606 using the modified retrospective method applied to those contracts which were not completed as of January 1, 2018. Results for reporting periods beginning after January 1, 2018 are presented under Topic 606, while prior period amounts are not adjusted and continue to be reported in accordance with our historic accounting under Topic 605.

We recorded a net increase to opening retained earnings of $107,520 as of January 1, 2018 due to the cumulative impact of adopting Topic 606, with the impact primarily related to our installation revenues that were previously deferred for which the performance obligation was determined to be complete as of the date of adoption. The impact to revenues to be recognized for the six months ended June 30, 2018 was a decrease of $107,520 as a result of applying Topic 606, relating to the aforementioned installation revenues and an increase to the accumulated deficit.

13

The impact to previously reported net billings in excess of revenue as a result of ASC Topic 606 is as follows:

| | As of December 31, 2017 | |
| --- | --- | --- |
| | Reported | Adjusted |
| Net billings in excess of revenue | $  242,986 | $  135,466 |
| Total revenues | $  13,547,507 | $  13,547,507 |

## Revenue Recognition

Our revenues represent amounts earned for our mobile and security solutions. Our solutions take many forms but our revenue generally consists of fixed and/or variable charges for services delivered monthly under a combined services and SaaS model. We also offer discrete (one-time) services for implementation and for development of specific functionality to properly service our customers.

The following table presents our revenues disaggregated by revenue source:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 [1] |
| Monthly Service | $  4,277,289 | $  3,003,786 | $  7,772,831 | $  5,641,620 |
| Installation and Software Development | 1,725,891 | 235,389 | 2,342,919 | 392,498 |
| Total revenues | $  6,003,180 | $  3,239,175 | $  10,115,750 | $  6,034,118 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

Monthly services revenues are recognized at a point in time and amounted to $7,772,831 for the period ended June 30, 2018. Installation and software development revenues are recognized over time and amounted to $2,342,919 for the period ended June 30, 2018.

The following table presents our revenues disaggregated by geography, based on the billing addresses of our customers

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 [1] |
| Europe | $  3,563,089 | $  2,928,429 | $  7,772,831 | $  5,641,620 |
| Other geographic areas | 2,440,091 | 310,746 | 2,342,919 | 392,498 |
| Total revenues | $  6,003,180 | $  3,239,175 | $  10,115,750 | $  6,034,118 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

## Monthly Service Revenues

The Company's performance obligations in a monthly SaaS and service offerings are simultaneously received and consumed by the customer and therefore, are recognized over time. For recognition purposes, we do not unbundle such services into separate performance obligations. The Company typically bills its customer at the end of each month, with payment to be received shortly thereafter. The fees charged may include a combination of fixed and variable charges with the variable charges tied to the number of subscribers or some other measure of volume. Although the consideration may be variable, the volumes are easily estimable at the time of billing, with "true-up" adjustments occurring in the subsequent month. As such adjustments have not historically been material, no amounts of variable consideration are subject to constraint.

**Installation and Software Development Revenues**

The Company's other revenues consist generally of installation and development projects.

Installation represents the activities necessary for a customer to obtain access and connectivity to the Company's monthly SaaS and service offerings. While installation may require separate phases, it represents one promise within the context of the contract.

Development consists of programming and other services to add new, additional or customized functionality to a customer's existing service offerings. Each development activity is typically its own performance obligation.

Revenue is recognized over time if the installation and development activities create an asset that has no alternative use for which the Company is entitled to receive payment for performance completed to date. If not, then revenue is not recognized until the applicable performance obligation is satisfied.

**Arrangements with Multiple Performance Obligations**

The Company's contracts with customers may include multiple performance obligations. For such arrangements, the Company allocates revenue to each performance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to customers.

**Net Billings in Excess of Revenues**

The Company records net billings in excess of revenues when payments are made or due in advance of our performance, including amounts which are refundable. The increase in net billings in excess of revenues of $15,918 for the six months ended June 30, 2018 is primarily driven by an increase in invoices due in advance of satisfying our performance obligations which was $258,904 as of June 30, 2018 compared to $242,986 for December 31, 2017.

Payment terms vary by the type and location of our customer and the products or services offered. The term between invoicing and when payment is due is not significant. For certain products or services and customer types, payment is required before the products or services are delivered to the customer.

**Contract Assets**

Given the nature of the Company's services and contracts, it has no contract assets.

**Note 10. Subsequent Events**

On July 31, 2018, the Company filed a prospectus, following the filing of a registration statement on Form S-3, announcing the resale of an aggregate of 7,151,146 shares of common stock, par value $0.00001 per share, issuable upon the exercise of warrants issued to investors in a private placement offering conducted by the Company and closed on December 5, 2017. On July 25, 2018, the last reported sale price of the Company's common stock on the New York Stock Exchange was $2.93 per share. The selling stockholders may offer all or part of the shares for resale from time to time through public or private transactions, at either prevailing market prices or at privately negotiated prices. The Company has paid all of the registration expenses incurred in connection with the registration of the shares, but the Company will not pay any of the selling commissions, brokerage fees or related expenses.

On August 3, 2018, the Company filed a DEFM14A (the "Proxy Statement"), announcing the proposed acquisition of Artilium plc, a public limited company registered in England and Wales ("Artilium"). In connection with the proposed acquisition, Artilium shareholders would be entitled to receive, for each Artilium ordinary share held by such shareholders, 1.9 pence in cash and 0.1016 new shares of the Company's common stock, resulting in the issuance of an aggregate of approximately 37,852,076 new shares of the Company's common stock. Following the transaction, Artilium shareholders will own approximately 35.14% of the Company's fully diluted common stock and the Company would acquire the entire issued and to be issued ordinary shares of Artilium.

Further, under the Proxy Statement, the Company announced its proposed 2018 Long-Term Incentive Compensation Plan, including the reservation of eight million (8,000,000) shares of common stock with a 15% annual increase to the total number of reserved shares thereunder.

On August 6, 2018, the Company entered into an Increased Independent Director Duties & Fee Proposal Agreement (the "Agreement") between the Company and Mr. Yves van Sante, an independent director of the Company. The Agreement provides for certain compensation to be paid to Mr. van Sante, including the following: $105,000 to be paid to Mr. van Sante in consideration of his current duties and annual remuneration; $75,000 to be paid to Mr. van Sante in consideration of his performance of additional duties relating to Pareteum's forecasted future global operations in Asia and Europe; and $120,000 to be paid to Mr. van Sante as a one-off extraordinary service bonus award in consideration of extraordinary service to the Company during 2017 and 2018.

15

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Forward-Looking Statements*

*Any forward looking statements made herein are based on current expectations of the Company, involve a number of risks and uncertainties and should not be considered as guarantees of future performance. The factors that could cause actual results to differ materially include: interruptions or cancellation of existing contracts, inability to integrate acquisitions, impact of competitive products and pricing, product demand and market acceptance risks, the presence of competitors with greater financial resources than the Company, product development and commercialization risks, changes in governmental regulations, and changing economic conditions in developing countries and an inability to arrange additional debt or equity financing.*

**Overview**

Pareteum is an award-winning global Cloud Communications Platform company with a mission: "to connect every person and every thing".™ Customers use Pareteum's award-winning Communications-Platform-as-a-Service (CPaaS) and software solutions to to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. We provide a single software solution, fully enabling and securing cloud communications, connections and transactions, regardless of users' location or network. With estimates of up to 30 billion devices to be managed, connected and intelligently leveraged, there are numerous large addressable markets for our Communications-Platform-as-a-Service (CPaaS) solutions.

Pareteum's customers include Enterprises of all sizes, Communication Service Providers (CSPs), Internet of Things (IoT) and other software and application developers, manufacturers and brand-marketing companies. These customers use Pareteum to energize their growth and profitability through cloud-based communication services featuring relevant content, applications, and connectivity worldwide.

Our proprietary and patent-protected software enablement platforms are connected to 53 international mobile networks in 76 countries using multiple different communications protocols including IP, mobile telephony, data, SMS, VOIP, OTT services. We support 64+ million Wi-Fi hotspots in 180+ countries through our strategic alliance with iPass. We also have over 1,200 GSMA and CDMA connectivity interconnect relationships - and counting! Pareteum integrates all these disparate software enablement methods and services and brings them to life for customers and application developers, allowing communications to become value-added, using simple Application Program Interfaces (APIs). It is our strategy to enable open mobility, applications, software and developer exchange through our APIs. Our API toolkits allow customers and developers to connect to previously hard to access networks and communications services. In other words, Pareteum's software enablement solutions remove the commercial and technical barriers to all forms of connectivity allowing our customers to create new and interesting solutions and revenue opportunities all over the world. The simplicity of our "SuperAPI" allows our customers and developers to iterate, test and refine new ideas and business cases on our Customer Success Platform. Our strategy involves supporting "any device… any network… anytime" and for our customers a key advantage is to "pay as you go @ The Speed of Need", leveraging the advantages of scale and elasticity of cloud-computing, for communications and connectivity. This represents a major strategic shift for many industries, from telecommunications providers to the disruptive software and big data enterprises of today and the future.

Our software enablement solutions have proven themselves globally against much larger competitors and are deployed in multiple companies in diverse countries around the world ranging from small service providers to one of the world's largest telecoms companies, Vodafone. We had more than 2.7 million active connections on our platforms as of June 30, 2018. We expect this number to grow rapidly through our own aggressive sales growth, as well as through our acquisition strategy, which includes the planned close of our acquisition of Artilium plc later this year.

The vast majority of our global Cloud Communications Platform is comprised of our self-developed software and services, which provide our customers with a great deal of flexibility in how they use our products now and in the future and allows us to be market-driven in our future. Our customers are able, with Pareteum, to deliver award winning mobile enablement without heavy capex investment in proprietary mobile or telecom infrastructure. Our software and services partners (technologies integrated into our cloud) include solutions from HPE, IBM, Sonus, Oracle, Microsoft, NetNumber, Affirmed, iPass and Artilium and other world class technology providers.

Our integrated communications and software enablement solutions increasingly leverage the latest developments in deep neural networks (DNN), predictive analytics and machine-learning (ML) and artificial intelligence (AI) and we see this trend growing and are competing aggressively to bring the maximum commercial value from these techniques. All this is complemented through enabling a new set of features such as distributed ledger (blockchain) functionality and cashless settlements through cryptocurrencies – in all cases, positioning our customers' business ahead of market disruption and growth.

16

The Pareteum Cloud Communications Platform and software increasingly also targets new and growing sectors from IoT (Internet of Things), Data Analytics, Smart Cities, and Application-developer markets - each in need of mobile platforms, management and connectivity. These sectors need Communications-as-a-Service (CaaS), which Pareteum delivers. Our solutions have received industry acclaim.

Pareteum is a mission focused company empowering every person and every "thing" to be globally connected, applying our philosophy of ANY DEVICE, ANY NETWORK, ANYWHERE™.

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our financial statements and notes thereto and the other financial information included elsewhere in this report.

17

**Critical Accounting Policies and Estimates**

The preparation of financial statements in accordance with U.S. generally accepted accounting principles, or GAAP, requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of net revenue and expenses in the reporting period. We regularly evaluate our estimates and assumptions related to revenue recognition, rebates, allowances for doubtful accounts, sales returns and allowances, warranty reserves, inventory reserves, stock-based compensation expense, long-lived asset valuations, strategic investments, deferred income tax asset valuation allowances, uncertain tax positions, tax contingencies, self-insurance, restructuring costs, litigation and other loss contingencies. We base our estimates and assumptions on current facts, historical experience and various other factors that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and the recording of revenue, costs and expenses that are not readily apparent from other sources. The actual results experienced by us may differ materially and adversely from our estimates. To the extent there are material differences between our estimates and the actual results, our future results of operations will be affected. For a description of our critical accounting policies and estimates, please refer to the "Critical Accounting Policies and Estimates" section in Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2017 Annual Report. There have been no material changes in any of our critical accounting policies and estimates during the six months ended June 30, 2018.

**Comparison of three months ended June 30, 2018 and June 30, 2017.**

**Revenue**

Revenue for the three months ended June 30, 2018, was $6,003,180, a $2,764,005 or 85% increase compared to $3,239,175 for the comparable three months in 2017. Our deployments with existing customers continues to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth.

| | Three months ended June 30, | | | | | |
|---|---|---|---|---|---|---|
| | | **2018** | | **2017** | | **Variance** |
| **Revenues** | $ | 6,003,180 | $ | 3,239,175 | $ | 2,764,005 |

**Cost of Service**

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Three months ended June 30, | | | | | |
|---|---|---|---|---|---|---|
| | | **2018** | | **2017** | | **Variance** |
| Revenues | $ | 6,003,180 | $ | 3,239,175 | $ | 2,764,005 |
| Cost of service (excluding depreciation and amortization) | | 1,779,882 | | 945,687 | | 834,195 |
| **Margin (excluding depreciation and amortization)** | $ | 4,223,298 | $ | 2,293,488 | $ | 1,929,810 |

Cost of service for the three-month period ended June 30, 2018 was $1,779,882, an increase of $834,195 or 88%, compared to $945,687 for the three-month period in 2017. This 88% increase in cost of service is in line with our 85% increase in revenue, as margins and additional costs associated from implementations for new clients have stayed relatively constant.

**Product Development**

Product Development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are included in this function.

Product development costs for the three-month periods ended June 30, 2018 and 2017 were $753,931 and $273,512, respectively, an increase of $480,419 or 176%. The increase is due to the overall expansion of our lines of business year over year.

*Sales and Marketing*

Sales and Marketing expenses consist primarily of salaries and related expenses, including share-based expenses, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

Sales and marketing expenses for the three-month periods ended June 30, 2018 and 2017 were $652,442 and $370,795 respectively, an increase of $281,647 or 76%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the three-month period ended June 30, 2018 and 2017 were $2,214,070 and $1,490,838, respectively, an increase of $723,232 or 49%. This increase is primarily the results of increased travel, legal, accounting, and marketing costs.

*Restructuring charges*

Restructuring charges for the three months ended June 30, 2018 and 2017 were $5,592 and $458,877, a decrease of $453,285 or 99%, as a result of most restructuring activities being completed in 2017.

*Share-based compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008 and 2017 Plan to staff and management;

- the expensing of the shares issued under the 2008 and 2017 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services.

For the three-month period ended June 30, 2018 and 2017, we recognized share-based compensation expense of $693,955 and $305,007, respectively, an increase of $388,948 or 128%. Insignificant adjustments were made in the three-month period ending June 30, 2018 relating to the forfeiture of certain options that were conformed with amounts previously recognized in 2018.

In the following table, we show the allocation of share-based compensation according to functions in the Consolidated Statement of Comprehensive Loss:

| | Three months ended June 30, | |
| --- | --- | --- |
| | **2018** | **2017** |
| Cost of service (excluding depreciation and amortization) | $ (13,122) | $ (3,436) |
| Product Development | (25,845) | 803 |
| Sales and Marketing | (39,430) | 28,848 |
| General and Administrative | 772,352 | 278,792 |
| Restructuring | - | - |
| Total | $ 693,955 | $ 305,007 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the three-month period ended June 30, 2018 was $994,318, an increase of $121,625 or 14%, compared to $872,693 for the three-month period ended June 30, 2017. This was due to an increase in amortization of software development which was $227,102 for the current period.

*Interest Income and Expense*

Interest income for the three-month periods ended June 30, 2018 and 2017, was $43,193 and $54,900, respectively, a decrease of $11,707 or 21%. Interest income mainly consists of interest accrued for the $1.0 million promissory note by ValidSoft held by the Company and interest charged to customers for extended payment terms.

Interest expense for the three-month periods ended June 30, 2018 and 2017, was $99,708 and $406,041, respectively, a decrease of $306,333 or 75%. Interest expense decreased mainly as the result of paying off all Senior Secured Debt during December of 2017.

19

*Interest Expense Related to Debt Discount Accretion*

For the three months ended June 30, 2018 and 2017, interest expenses related to debt discount accretion were $30,272 and $293,362, respectively a decrease of $263,090 or 90%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Amortization of Deferred Financing Costs*

Amortization of Deferred Financing Costs for the three-month periods ended June 30, 2018 and 2017 was $6,209 and $26,510, respectively, a decrease of $20,301 or 77%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Changes in derivative liabilities*

Changes in derivative liabilities for the three-month period ended June 30, 2018 was a gain of $1,597,647, an increase of $1,597,647, compared to $-0- for the same period in 2017. This is due to renegotiated terms and removal of the remaining outstanding derivative liability elements, the Company accounted for any effects of the amended terms through the profit and loss account for the changes in the fair value of the occurring this year and the remainder of the fair market value of the amendment on previous year derivative liability balance through equity.

The fair market value of the more complex conversion feature and warrant liability was determined by a third-party valuation expert using a Monte-Carlo Simulation model.

*Other Income, net*

Other income for the three-month periods ended June 30, 2018 and 2017 were $567,710 and $433,658, respectively, an increase of $134,052 or 31%. This represents the unrealized exchange rate gains and an adjustment to liabilities that are no longer deemed obligations.

*(Benefit) Provision Income taxes*

Income tax provision for the three-month period ended June 30, 2018 was $18,842, compared to an income tax benefit of $67,782 for the same period in 2017. The tax provision was calculated based upon an expected annual tax rate.

*Net Income*

Net income for the three-month period ended June 30, 2018, was $1,656,464, an increase of $2,999,264 or 223%, compared to the loss of $1,342,800 for the same period in 2017. The increase in Net Income was primarily due to an increase in revenues of $2,764,005, decrease of interest and debt discount expenses for an aggregate amount of $589,724 as a result of the repayment of our senior secured loan at the end of 2017, a gain on the change in fair value in derivative liabilities for an amount of $1,597,647 and an increase of other income of $134,052.

*Other Comprehensive Income (Loss)*

We record foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a loss of $79,137 and a gain of $16,169 for the three-month periods ended June 30, 2018 and 2017, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

*Comparison of six months ended June 30, 2018 and June 30, 2017.*

*Revenue*

Revenue for the six months ended June 30, 2018, was $10,115,750, a $4,081,632 or 68% increase compared to $6,034,118 for the comparable six months in 2017. Our deployments with existing customers continues to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth.

| | Six months ended June 30, | | |
| | 2018 | 2017 | Variance |
|---|---|---|---|
| **Revenues** | $ 10,115,750 | $ 6,034,118 | $ 4,081,632 |

### Cost of Service

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Six months ended June 30, | | |
| | 2018 | 2017 | Variance |
|---|---|---|---|
| Revenues | $ 10,115,750 | $ 6,034,118 | $ 4,081,632 |
| Cost of service (excluding depreciation and amortization) | 2,974,405 | 1,787,590 | 1,186,815 |
| **Margin (excluding depreciation and amortization)** | $ 7,141,345 | $ 4,246,528 | $ 2,894,817 |

Cost of service for the six-month period ended June 30, 2018 was $2,974,405, an increase of $1,186,815 or 66%, compared to $1,787,590 for the three-month period in 2017. This 66% increase in cost of service is in line with our 68% increase in revenue, as margins and additional costs associated from implementations for new clients have stayed relatively constant.

### Product Development

Product Development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are included in this function.

Product development costs for the six-month periods ended June 30, 2018 and 2017 were $1,480,776 and $558,206, respectively, an increase of $922,570 or 165%. The increase is due to the overall expansion of our lines of business year over year.

### Sales and Marketing

Sales and Marketing expenses consist primarily of salaries and related expenses, including share-based expenses, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

21

Sales and marketing expenses for the six-month periods ended June 30, 2018 and 2017 were $1,341,440 and $690,282 respectively, an increase of $651,158 or 94%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the six-month period ended June 30, 2018 and 2017 were $4,510,922 and $3,856,226, respectively, a increase of $654,696 or 17%.

*Restructuring charges*

Restructuring charges for the six months ended June 30, 2018 and 2017 were $79,193 and $588,106, a decrease of $508,913 or 87%, as a result of most restructuring activities being completed in 2017.

*Share-based compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008 and 2017 Plan to staff and management;

- the expensing of the shares issued under the 2008 and 2017 Plans to contractors, directors and executive officers in lieu of cash compensation and awards; and

- the expensing of restricted shares issued for consultancy services.

For the six-month period ended June 30, 2018 and 2017, we recognized share-based compensation expense of $1,771,580 and $1,123,293, respectively, an increase of $648,287 or 58%.

In the following table, we show the allocation of share-based compensation according to functions in the Consolidated Statement of Comprehensive Loss:

|  | June 30, 2018 | June 30, 2017 |
|---|---|---|
| Cost of service (excluding depreciation and amortization) | $ 11,254 | $ 3,821 |
| Product Development | 16,587 | 17,143 |
| Sales and Marketing | 88,939 | 66,565 |
| General and Administrative | 1,628,896 | 1,035,764 |
| Restructuring | 25,904 | - |
| Total | $ 1,771,580 | $ 1,123,293 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the six-month period ended June 30, 2018 was $1,959,609, an increase of $243,133 or 14%, compared to $1,716,476 for the same period in 2017. This was due to amortization of software development which was $414,504 for the current period and a decrease in depreciation expense due to certain assets having been fully depreciated in a prior period.

*Interest Income and Expense*

Interest income for the six-month periods ended June 30, 2018 and 2017, was $85,865 and $94,036, respectively, a decrease of $8,171 or 9%. Interest income mainly consists of interest accrued for the $1.0 million promissory note by ValidSoft held by the Company and interest charged to customers for extended payment terms.

Interest expense for the six-month periods ended June 30, 2018 and 2017, was $163,467 and $923,184, respectively, a decrease of $759,717 or 82%. Interest expense decreased mainly as the result of paying off all Senior Secured Debt during December of 2017.

22

*Interest Expense Related to Debt Discount Accretion*

For the six months ended June 30, 2018 and 2017, interest expenses related to debt discount accretion were $59,838 and $1,342,598, respectively a decrease of $1,282,760 or 96%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Amortization of Deferred Financing Costs*

Amortization of Deferred Financing Costs for the six-month periods ended June 30, 2018 and 2017 was $12,351 and $222,623, respectively, a decrease of $210,272 or 94%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Changes in derivative liabilities*

Changes in derivative liabilities for the six-month period ended June 30, 2018 was $1,283,914, a decrease of $637,967 or 33%, compared to a change of $1,920,881 for the same period in 2017. During 2017 the change was the result of renegotiating and elimination of the derivative feature of certain outstanding warrants and convertible notes, also during 2018 we renegotiated terms of the remaining outstanding derivative liabilities, the company accounted for any effects of the amended terms through the profit and loss account for the changes in the fair value of the occurring this year and the remainder of the fair market value of the amendment on previous year derivative liability balance through equity.

Our derivative liabilities as of June 30, 2018 are $0, so no quarterly calculations will need to be made, in the past these fair market valuations for the conversion features and warrant liabilities were determined by a third-party valuation expert using a Monte-Carlo Simulation model.

*Other Income, net*

Other income for the six-month periods ended June 30, 2018 and 2017 were $637,255 and $470,476, respectively, an increase of $166,779 or 35%. This represents the unrealized exchange rate gains and an adjustment to liabilities for no longer deemed obligations.

*(Benefit) Provision Income taxes*

Income tax provision for the six-month period ended June 30, 2018 was $18,424, compared to an income tax benefit of $66,495 for the same period in 2017. The tax provision was calculated based upon an expected annual tax rate.

*Net Loss*

Net loss for the six-month period ended June 30, 2018, was $477,641, a decrease of $2,158,299 or 82%, compared to the loss of $2,635,940 for the same period in 2017. The decrease in net loss was primarily due to an increase in revenues of $4,081,632, a decrease of interest and debt discount expenses for an aggregate amount of $2,252,749 due to the repayment of our senior secured loan, an increase of other income of $166,779, and a change in derivative liabilities of $637,967.

*Other Comprehensive Income (Loss)*

We record foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a gain of $25,266 and a loss of $10,651 for the six-month periods ended June 30, 2018 and 2017, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

**Liquidity and Capital Resources**

As reflected in the accompanying consolidated financial statements, the Company reported net loss of $477,641 for the period ended June 30, 2018 and had an accumulated deficit of $300,020,851 as of June 30, 2018.

The cash balance including restricted cash of the Company at June 30, 2018 was $19,434,335.

**Operating activities**

Net cash used in operating activities of $952,476 for the six-month period ended June 30, 2018 was due to an increase in accounts payable and customer deposits of $606,393, an increase in net billings in excess of revenues and deferred revenue of $22,627, and was partly offset by the increase in accounts receivable of $1,851,046, an increase of prepaid expenses, deposits and other assets of $351,046, and a decrease in accrued expenses and other payables of $1,508,004.

As a result of the above, cash used in operating activities was $952,476 for the six months ended June 30, 2018 compared to net cash used in operating activities of $811,116 for the six months ended June 30, 2017 for a decrease of $141,360 or 15%. This increase was due to an increase in non-cash expenses and accounts payable, and offset by an increase in accounts receivable.

**Investing activities**

Net cash used in investing activities for the six months ended June 30, 2018 was $1,877,477, an increase of $1,544,847, or 464% compared to $332,630 in the same period in 2017. This change was mainly the result of software purchases of $1,218,305 and capitalized software development of $635,416 in 2018.

**Financing activities**

Net cash provided by financing activities for the six months ended June 30, 2018 and 2017 was $8,484,428 and $1,385,059, respectively, an increase of $7,099,369 or 513%. This increase was due to an increase of short term loans, proceeds from public offerings and the absence of principal repayments on senior secured debt that was paid off in December of 2017.

**Effect of exchange rates on cash and cash equivalents**

Effect of exchange rates on cash and cash equivalents for the six-month period ended June 30, 2018 was a gain of $42,185, compared to a loss of $294,918 for the same period in 2017.

As a result of the above activities, for six months ended June 30, 2018, we had cash, cash equivalents and restricted cash of $19,434,335, a net increase in cash and cash equivalents of $5,696,660 since December 31, 2017.

**Off- Balance Sheet Arrangements**

We do not have any off-balance sheet arrangements that have or are reasonably likely to have either a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors, nor we have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Item 3. Quantitative and Qualitative Disclosure about Market Risks**

*Foreign currency exchange rate*

Although the majority of our business activities are carried out in Euros, we report its financial statements in USD. The conversion of Euros and USD leads to period-to-period fluctuations in our reported USD results arising from changes in the exchange rate between the USD and the Euro. Generally, when the USD strengthens relative to the Euro, it has an unfavorable impact on our reported revenue and income and a favorable impact on our reported expenses. Conversely, when the USD weakens relative to the Euro, it produces a favorable impact on our reported revenue and income, and an unfavorable impact on our reported expenses. The above fluctuations in the USD/Euro exchange rate therefore result in currency translation effects (not to be confused with real currency exchange effects), which impact our reported USD results and may make it difficult to determine actual increases and decreases in our revenue and expenses which are attributable to our actual operating activities. We carry out our business activities primarily in Euros, and we do not currently engage in hedging activities. As the clear majority of our business activities are carried out in Euros and we report our financial statements in USD, fluctuations in foreign currencies impact the total amount of assets and liabilities that we report for our foreign subsidiaries upon the translation of those amounts in USD. We do not believe that we have currently material exposure to interest rate or other market risk.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

As of June 30, 2018, the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's Principal Executive Officer and Principal Financial and Accounting Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934. Based on the evaluation, the Company's Principal Executive Officer and Principal Accounting Officer have concluded that the Company's disclosure controls and procedures are effective to ensure that information required to be disclosed by the Company in the reports it files or submits under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in Securities and Exchange Commission rules and forms and is accumulated and communicated to our management as appropriate to allow timely decisions regarding required disclosure.

*Changes in Internal Control Over Financial Reporting*

On January 1, 2018, the Company adopted ASC Topic 606, "Revenue from Contracts with Customers" and other than this change and related update to the Company's internal controls, there have been no additional changes in the Company's internal control over financial reporting that occurred during the Company's fiscal quarter ended June 30, 2018 that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

**PART II - OTHER INFORMATION**

**Item 1. Legal Proceedings**

The Company is not presently engaged in any active material litigation or regulatory proceedings and no such proceedings are contemplated. Nevertheless, from time to time, the Company may be subject to legal actions and claims in the ordinary course of business. We have previously received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves or our customers or partners by determining the scope, enforceability and validity of third-party proprietary rights, or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**Item 1A. Risk Factors**

In addition to the other information set forth in this Quarterly Report on Form 10-Q, you should carefully consider the Risk Factors included in Part I, Item 1A. — "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2017. These Risk Factors could materially impact our business, financial condition and/or operating results. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely impact our business, financial condition and/or operating results.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

On May 8, 2018, the Company entered into a software license agreement with iPass Inc. In exchange for perpetual access to certain licensed software for up to 25,000,000 authorized devices, the Company shall pay iPass Inc. a software license fee of $3,000,000 (which includes the first year annual maintenance fee of 20%). The Company shall pay iPass Inc. the software license fee in three increments of $1,000,000 by June 15, 2018, September 30, 2018 and December 31, 2018, respectively. An annual maintenance fee of $600,000 for support services and software updates will be paid to iPass Inc. by the Company annually beginning May 8, 2019 until the annual maintenance is not renewed.

On May 11, 2018, the Company closed on its previously announced public offering of common stock gross proceeds of $6,100,000. The public offering was a shelf takedown off of our registration statement on Form S-3 (File No. 333-213575). The offering was conducted pursuant to a securities purchase agreement (the "Purchase Agreement"), with select accredited investors, and a placement agency agreement (the "Placement Agreement"), between the Company and Dawson James Securities, Inc., the placement agent on a best-efforts basis with respect to the offerings (the "Placement Agent"), that were entered into on May 9, 2018. The Company sold 2,440,000 shares of common stock at a purchase price of $2.50 per share. The material terms of the offerings are described in a prospectus supplement which was filed by us with the Securities and Exchange Commission pursuant to Rule 424(b) under the Securities Act of 1933, as amended, on May 10, 2018. The Placement Agreement contains customary representations, warranties and agreements by us and the Placement Agent. We also agreed in the Placement Agreement to indemnify the Placement Agent against certain liabilities.

On June 29, 2018, the Company amended the Saffelberg Investments N.V. ("Saffelberg")  convertible note dated August 18, 2016 with principal of $723,900 removing Sections 4(d)(iii) and (iv) and will separately amended the August 18, 2016 Warrant removing Sections 2(c) and (d). This amendment removed the elements that generated the derivative liabilities and related expense from the convertible note and warrant.

On June 29, 2018, the Company entered into a term sheet with Saffelberg agreeing to (i) pay the balance and interest of the September 7, 2017 repayment agreement in the amount of $262,735 on July 11, 2018, (ii) convert at $2.37 per share on July 11, 2018 the August 18, 2016 $723,900 convertible note and accrued interest into 387,913 common shares, (iii) adjust the price of the 96,250 warrants to $2.37 on July 11, 2018 and (iv) register converted 387,913 common shares, the 96,250 warrant and other common stock equivalents held by Saffelberg in the next registration statement.

On July 31, 2018, the Company filed a prospectus, following the filing of a registration statement on Form S-3, announcing the resale of an aggregate of 7,151,146 shares of common stock, par value $0.00001 per share, issuable upon the exercise of warrants issued to investors in a private placement offering conducted by the Company and closed on December 5, 2017. On July 25, 2018, the last reported sale price of the Company's common stock on the New York Stock Exchange was $2.93 per share. The selling stockholders may offer all or part of the shares for resale from time to time through public or private transactions, at either prevailing market prices or at privately negotiated prices. The Company has paid all of the registration expenses incurred in connection with the registration of the shares, but the Company will not pay any of the selling commissions, brokerage fees or related expenses.

On August 3, 2018, the Company filed a DEFM14A (the "Proxy Statement"), announcing the proposed acquisition of Artilium plc, a public limited company registered in England and Wales ("Artilium"). In connection with the proposed acquisition, Artilium shareholders would be entitled to receive, for each Artilium ordinary share held by such shareholders, 1.9 pence in cash and 0.1016 new shares of the Company's common stock, resulting in the issuance of an aggregate of approximately 37,852,076 new shares of the Company's common stock. Following the transaction, Artilium shareholders will own approximately 35.14% of the Company's fully diluted common stock and the Company would acquire the entire issued and to be issued ordinary shares of Artilium.

Further, under the Proxy Statement, the Company announced its proposed 2018 Long-Term Incentive Compensation Plan, including the reservation of eight million (8,000,000) shares of common stock with a 15% annual increase to the total number of reserved shares thereunder.

On August 6, 2018, the Company entered into an Increased Independent Director Duties & Fee Proposal Agreement (the "Agreement") between the Company and Mr. Yves van Sante, an independent director of the Company. The Agreement provides for certain compensation to be paid to Mr. van Sante, including the following: $105,000 to be paid to Mr. van Sante in consideration of his current duties and annual remuneration; $75,000 to be paid to Mr. van Sante in consideration of his performance of additional duties relating to Pareteum's forecasted future global operations in Asia and Europe; $120,000 to be paid to Mr. van Sante in common stock of the Company, having a par value of $0.00001 per share, as a one-off extraordinary service bonus award in consideration of extraordinary service to the Company during 2017 and 2018.

**Item 6. Exhibits**

    (a)  Exhibits

| | |
|---|---|
| 10.1 | Software License Agreement, dated May 8, 2018, by and between iPass Inc. and Pareteum Corporation |
| 31.1 | Certification of the principal executive officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 31.2 | Certification of the principal accounting officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 32.1 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<b>PARETEUM CORPORATION</b>

Date: August 13, 2018                    By    /s/ Robert H. Turner
                                               Robert H. Turner
                                               Executive Chairman
                                               (Principal Executive Officer)

Date: August 13, 2018                    By    /s/ Edward O'Donnell
                                               Edward O'Donnell
                                               Chief Financial Officer
                                               (Principal Financial and Accounting Officer)

28

**Exhibit 10.1**



**Software License Agreement**

**iPass SmartConnect**

This Software License Agreement (this " **Agreement** "), effective as of May 8, 2018 (the " **Effective Date** "), is by and between **iPass Inc.** , a Delaware corporation with offices located at 3800 Bridge Parkway, Redwood Shores, CA 94065 (" **Licensor** ") and **Pareteum Corporation** , a Delaware corporation, with offices located at 1185 Avenue of the Americas, New York, NY 10036 (" **Licensee** "). Licensor and Licensee may be referred to herein collectively as the " **Parties** " or individually as a " **Party** ."

WHEREAS, Licensor desires to license the Software described in **Exhibit A** attached hereto to Licensee; and

WHEREAS, Licensee desires to obtain a license to use the Software for its internal business purposes, subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, terms, and conditions set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.    **Definitions** .

(a) " **Authorized Devices** " means an Android or iOS device which Licensee permits to access and use the Software and/or Documentation pursuant to Licensee's license hereunder .

(b) " **Documentation** " means Licensor's user manuals, handbooks, and installation guides relating to the Software provided by Licensor to Licensee electronically.

(c) " **Software** " means the product described in **Exhibit A** , including any Updates provided to Licensee pursuant to this Agreement.

(d) " **Updates** " means any updates, bug fixes, patches, or other error corrections to the Software that Licensor generally makes available free of charge to all licensees of the Software.

2.    **License** .

(a)  **License Grant** . Subject to and conditioned on Licensee's payment of Fees and compliance with all other terms and conditions of this Agreement, Licensor hereby grants Licensee a perpetual, non-exclusive, and non-transferable (except in compliance with Section 12(g)) license during the Term to: (i) access and otherwise use the Licensed Software, solely in furtherance of this Agreement and not for other internal business purposes; (ii) sell or re-license the Licensed Software and Documentation to any third party; and (iii) use and make a reasonable number of copies of the Documentation solely for Licensee's internal business purposes in connection with Licensee's use of the Software. The total number of Authorized Devices will not exceed the number set forth in **Exhibit B** , except as expressly agreed to in writing by the Parties and subject to any appropriate adjustment of the license fees payable hereunder. Licensee may make and use a reasonable number of copies of the Software solely for internal, non-revenue generating purposes, such as back-up, disaster recovery, and testing purposes. Any such copy of the Software: (i) remains Licensor's exclusive property; (ii) is subject to the terms and conditions of this Agreement; and (iii) must include all copyright or other proprietary rights notices contained in the original.

(b) **Use Restrictions** . Licensee shall not use the Software or Documentation for any purposes beyond the scope of the license granted in this Agreement. Without limiting the foregoing and except as otherwise expressly set forth in this Agreement, Licensee shall not at any time, directly or indirectly: (i) copy, modify, or create derivative works of the Software or the Documentation, in whole or in part; (ii) except to the extent set forth above in Section 2(a), rent, lease, lend, sell, sublicense, assign, distribute, publish, transfer, or otherwise make available the Software or the Documentation; (iii) knowingly reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to the source code of the Software, in whole or in part; (iv) remove any proprietary notices from the Software or the Documentation; or (v) use the Software in any manner or for any purpose that knowingly infringes, misappropriates, or otherwise violates any intellectual property right or other right of any person, or that violates any applicable law.

(c) **Reservation of Rights.** Licensor reserves all rights not expressly granted to Licensee in this Agreement. Except for the limited rights and licenses expressly granted under this Agreement, nothing in this Agreement grants, by implication, waiver, estoppel, or otherwise, to Licensee or any third party any intellectual property rights or other right, title, or interest in or to the Software.

(d) **Delivery.** Licensor shall deliver the Software electronically to Licensee following the Effective Date.

(e) **Escrow of Source Code.** The Parties will enter into an escrow agreement with an escrow agent agreed by the Parties in relation to the source code together with all developer notes associated with the Licensed Software and Documentation until such time as: (i) the Licensor reports $10,000,000 of cash on the balance sheet in a publicly filed document; OR (ii) December 31, 2018, whichever occurs first.

**3.      Licensee Responsibilities.**

(a)  **General.** Licensee is responsible and liable for all uses of the Software and Documentation resulting from access provided by Licensee, directly or indirectly, whether such access or use is permitted by or in violation of this Agreement. Licensee shall take commercially reasonable efforts to make all users of Authorized Devices aware of this Agreement's provisions as applicable to such users of Authorized Devices and their use of the Software, and shall cause users of Authorized Devices to comply with such provisions.

(b)  **Support.** Licensor shall provide Licensee with the support services described on **Exhibit B** for one year following the Effective Date and thereafter, solely if Licensee purchases additional support services. Licensor shall continue to provide support services as described on **Exhibit B** , the year following the one-year anniversary of the Effective Date, and every year thereafter, upon payment of the annual maintenance fee as provided in **Exhibit B** .

**4.      Fees and Payment.**

(a)  **Fees** . Licensee shall pay Licensor the software licensing fees (" **Software License Fee** ") and annual maintenance fee (" **Annual Maintenance Fee** ") (collectively **,** Software License Fee and Annual Maintenance Fee are " **Fees** "), set forth in **Exhibit B** without offset or deduction. Licensee shall make all undisputed payments hereunder in US dollars and are due and payable within thirty (30) days after the date of invoice. If Licensee fails to make any undisputed payment when due, Licensor shall provide written notice and thereafter, and in addition to all other remedies that may be available: (i) Licensor may charge interest on the past due amount at the rate of 1.5% per month calculated daily and compounded monthly or, if lower, the highest rate permitted under applicable law; and (ii) Licensee shall reimburse Licensor for all costs incurred by Licensor in collecting any late payments or interest, including attorneys' fees, court costs, and collection agency fees; and (iii) if such failure continues for 10 days following written notice thereof, Licensor may prohibit access to the Software until all past due amounts (but expressly excluding any such amounts disputed in good faith) and interest thereon have been paid, without incurring any obligation or liability to Licensee or any other person by reason of such prohibition of access to the Software .

(b)  **Taxes.** All Fees and other amounts payable by Licensee under this Agreement are exclusive of taxes and similar assessments. Licensee is responsible for all sales, use, and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any federal, state, or local governmental or regulatory authority on any amounts payable by Licensee hereunder, other than any taxes imposed on Licensor's income.

(c)  **Auditing Rights and Required Records** . Licensee agrees to maintain complete and accurate records in accordance with generally accepted accounting principles during the Term and for a period of three years after the termination or expiration of this Agreement with respect to matters necessary for accurately determining amounts due hereunder. Not more than one (1) time during any twelve (12) consecutive calendar month period, Licensor may, at its own expense and at Licensee's principal place of business during Licensee's normal business hours, on not less than thirty (30) days' prior notice, inspect and audit Licensee's records with respect to matters covered by this Agreement, provided that if such inspection and audit reveals that Licensee has underpaid Licensor by more than five percent (5%) with respect to any amounts due and payable during the Term, Licensee shall promptly pay the amounts necessary to rectify such underpayment, together with interest in accordance with Section 4(a). Licensee shall pay for the costs of the audit if the audit determines that Licensee's underpayment equals or exceeds 15% for any quarter. Such inspection and auditing rights will extend throughout the Term of this Agreement and continue for a period of six (6) months after the termination or expiration of this Agreement.

5.        **Confidential Information** . From time to time during the Term, either Party may disclose or make available to the other Party information about its business affairs, products, confidential intellectual property, trade secrets, third-party confidential information, and other sensitive or proprietary information, whether orally or in written, electronic, or other form or media/in written or electronic form or media, whether or not marked, designated or otherwise identified as "confidential" (collectively, " **Confidential Information** "). Confidential Information does not include information that, at the time of disclosure is: (a) in the public domain; (b) known to the receiving Party at the time of disclosure; (c) rightfully obtained by the receiving Party on a non-confidential basis from a third party; or (d) independently developed by the receiving Party. The receiving Party shall not disclose the disclosing Party's Confidential Information to any person or entity, except to the receiving Party's employees who have a need to know the Confidential Information for the receiving Party to exercise its rights or perform its obligations hereunder. Notwithstanding the foregoing, each Party may disclose Confidential Information to the limited extent required (i) in order to comply with the order of a court or other governmental body, or as otherwise necessary to comply with applicable law, provided that the Party making the disclosure pursuant to the order shall first have given written notice to the other Party and made a reasonable effort to obtain a protective order; or (ii) to establish a Party's rights under this Agreement, including to make required court filings. On the expiration or termination of the Agreement, the receiving Party shall promptly return to the disclosing Party all copies, whether in written, electronic, or other form or media, of the disclosing Party's Confidential Information, or destroy all such copies and certify in writing to the disclosing Party that such Confidential Information has been destroyed. Each Party's obligations of non-disclosure with regard to Confidential Information are effective as of the Effective Date and will expire two (2) years from the date first disclosed to the receiving Party; provided, however, with respect to any Confidential Information that constitutes a trade secret (as determined under applicable law), such obligations of non-disclosure will survive the termination or expiration of this Agreement for as long as such Confidential Information remains subject to trade secret protection under applicable law.

6.    **Intellectual Property Ownership; Feedback** .

        (a) Licensee acknowledges that, as between Licensee and Licensor, Licensor owns all right, title, and interest, including all intellectual property rights, in and to the Software and Documentation.

        (b) **Feedback.** If Licensee or any of its employees or contractors sends or transmits any communications or materials to Licensor by mail, email, telephone, or otherwise, suggesting or recommending changes to the Software or Documentation, including without limitation, new features or functionality relating thereto, or any comments, questions, suggestions, or the like (" **Feedback** "), Licensor is free to use such Feedback irrespective of any other obligation or limitation between the Parties governing such Feedback. Licensee hereby assigns to Licensor on Licensee's behalf, and on behalf of its employees, contractors and/or agents, all right, title, and interest in, and Licensor is free to use, without any attribution or compensation to any party, any ideas, know-how, concepts, techniques, or other intellectual property rights contained in the Feedback, for any purpose whatsoever, although Licensor is not required to use any Feedback.

7.    **Data Privacy and Security.**

        (a) **Licensee and End User Data.** Licensee agrees that Licensor and the service providers it utilizes to assist in providing the Software and services to Licensee shall have the right to access Licensee's and end users' accounts and to use, modify, reproduce, distribute, display and disclose Licensee data and end user data solely to the extent necessary to provide the Software and services, including, without limitation, in response to Licensee or end user support requests. Any third party providers of services ("Third Party Providers") iPass utilizes will only be given access to Licensee account information and data as is reasonably necessary to provide the Software and services and will be subject to confidentiality obligations. Licensor may also access or disclose information about Licensee, Licensee's account, or end users in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect Licensor, its customers' or partners' rights or property, including enforcement of this Agreement or other policies associated with the Software and services; and (c) act on a good faith belief that such disclosure is necessary to protect personal safety or avoid violation of applicable law or regulation.

        (b) **Privacy Policy** . Licensor collects certain information about Licensee and end users including but not limited to the location of the end user's device when using the Software and services, and information regarding the devices, computers and the end users' use of the Software and services. Licensor uses, discloses, collects and protects this information as described in iPass' Privacy Policy, the then-current version of which is available at www.ipass.com/privacy and is incorporated by reference herein. In the event of a conflict between the terms in the body of the Agreement and in the Privacy Policy, the terms in the body of this Agreement control.

**8.        Limited Warranties and Warranty Disclaimer.**

(a) Licensor warrants that at all times during the Term: (i) the Software shall perform as described in the Documentation following the Effective Date; (ii) the Software does not contain any virus or other malicious code that would cause the Software to become inoperable or incapable of being used in accordance with the Documentation; (iii) the Software and Documentation shall not infringe, misappropriate, or otherwise violate any intellectual property right or other right of any person, nor shall the Software and Documentation violate any applicable law. THE FOREGOING WARRANTIES DO NOT APPLY, AND LICENSOR STRICTLY DISCLAIMS ALL WARRANTIES, WITH RESPECT TO ANY THIRD-PARTY PRODUCTS.

(b) The warranties set forth in Section 8(a) do not apply and become null and void if Licensee knowingly breaches any material provision of this Agreement (beyond applicable notice and cure), or if Licensee any Authorized User, or any other person provided access to the Software by Licensee [or any Authorized User, whether or not in violation of this Agreement: (i) knowingly installs or uses the Software on or in connection with any hardware or software not specified in the Documentation [or expressly authorized by Licensor in writing; (ii) modifies or damages the Software; or (iii) misuses the Software, including any use of the Software other than as specified in the Documentation or expressly authorized by Licensor in writing.

(c) If, during the period specified in Section 8(a), any Software fails to comply with the warranty in Section 8(a), and such failure is not excluded from warranty pursuant to Section 8(b), Licensor shall, subject to Licensee's promptly notifying Licensor in writing of such failure, at its sole option, either: (i) repair or replace the Software, provided that Licensee provides Licensor with all information Licensor requests to resolve the reported failure, including sufficient information to enable the Licensor to recreate such failure; or (ii) refund the Fees paid for such Software, subject to Licensee's ceasing all use of and, if requested by Licensor, returning to Licensor all copies of the Software. If Licensor repairs or replaces the Software, the warranty will continue to run from the Effective Date and not from Licensee's receipt of the repair or replacement. The remedies set forth in this Section 8(c) are Licensee's sole remedies and Licensor's sole liability under the limited warranty set forth in Section 8(a).

(d) EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN SECTION 8(a), THE SOFTWARE AND DOCUMENTATION ARE PROVIDED "AS IS" AND LICENSOR HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE. LICENSOR SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, AND ALL WARRANTIES ARISING FROM COURSE OF DEALING, USAGE, OR TRADE PRACTICE. EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN SECTION 8(a), LICENSOR MAKES NO WARRANTY OF ANY KIND THAT THE SOFTWARE AND DOCUMENTATION, OR ANY PRODUCTS OR RESULTS OF THE USE THEREOF, WILL MEET LICENSEE'S OR ANY OTHER PERSON'S REQUIREMENTS, OPERATE WITHOUT INTERRUPTION, ACHIEVE ANY INTENDED RESULT, BE COMPATIBLE OR WORK WITH ANY SOFTWARE, SYSTEM OR OTHER SERVICES, OR BE SECURE, ACCURATE, COMPLETE, FREE OF HARMFUL CODE, OR ERROR FREE.

**9.**        **Indemnification.**

**(a) Licensor Indemnification.**

(i) Licensor shall indemnify, defend, and hold harmless Licensee from and against any and all losses, damages, liabilities, costs ("**Losses** ") incurred by Licensee resulting from any third-party claim, suit, action, or proceeding (" **Third-Party Claim** ") that the Software or Documentation, or any use of the Software or Documentation in accordance with this Agreement, infringes or misappropriates such third party's US intellectual property rights, US patents, copyrights, or trade secrets, provided that Licensee promptly notifies Licensor in writing of the claim, cooperates with Licensor, and allows Licensor sole authority to control the defense and settlement of such claim.

(ii) If such a claim is made or appears possible, Licensee agrees to permit Licensor, at Licensor's sole discretion, to (A) modify or replace the Software or Documentation, or component or part thereof, to make it non-infringing, or (B) obtain the right for Licensee to continue use. If Licensor determines that none of these alternatives is reasonably available, Licensor may terminate this Agreement, in its entirety or with respect to the affected component or part, effective immediately on written notice to Licensee.

(iii) This Section 9(a) will not apply to the extent that the alleged infringement arises from: (A) use of the Software in combination with data, software, hardware, equipment, or technology not provided by Licensor or authorized by Licensor in writing; (B) modifications to the Software not made by Licensor; or (C) use of any version other than the most current version of the Software or Documentation delivered to Licensee.

(b) **Licensee Indemnification** . Subject to the limitations in Section 10 below, Licensee shall indemnify, hold harmless, and, at Licensor's option, defend Licensor from and against any Losses resulting from any Third-Party Claim based on Licensee's: (i) negligence or willful misconduct; (ii) use of the Software or Documentation in a manner not authorized or contemplated by this Agreement; (iii) use of the Software in combination with data, software, hardware, equipment or technology not provided by Licensor or authorized by Licensor in writing; (iv) modifications to the Software not made by Licensor; or (v) use of any version other than the most current version of the Software or Documentation delivered to Licensee, provided that Licensee may not settle any Third-Party Claim against Licensor unless such settlement completely and forever releases Licensor from all liability with respect to such Third-Party Claim or unless Licensor consents to such settlement, and further provided that Licensor will have the right, at its option, to defend itself against any such Third-Party Claim or to participate in the defense thereof by counsel of its own choice.

(c)  **Sole Remedy.** THIS SECTION 9 SETS FORTH LICENSEE'S SOLE REMEDIES AND LICENSOR'S SOLE LIABILITY AND OBLIGATION FOR ANY ACTUAL, THREATENED, OR ALLEGED CLAIMS THAT THE SOFTWARE OR DOCUMENTATION INFRINGES, MISAPPROPRIATES, OR OTHERWISE VIOLATES ANY INTELLECTUAL PROPERTY RIGHTS OF ANY THIRD PARTY.

10.      **Limitations of Liability** . IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY UNDER OR IN CONNECTION WITH THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, AND OTHERWISE, FOR ANY: (a) CONSEQUENTIAL, INCIDENTAL, INDIRECT, EXEMPLARY, SPECIAL, ENHANCED, OR PUNITIVE DAMAGES; (b) INCREASED COSTS, DIMINUTION IN VALUE OR LOST BUSINESS, PRODUCTION, REVENUES, OR PROFITS; (c) LOSS OF GOODWILL OR REPUTATION; (d) USE, INABILITY TO USE, LOSS, INTERRUPTION, DELAY OR RECOVERY OF ANY DATA, OR BREACH OF DATA OR SYSTEM SECURITY; OR (e) COST OF REPLACEMENT GOODS OR SERVICES, IN EACH CASE REGARDLESS OF WHETHER THE PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH LOSSES OR DAMAGES OR SUCH LOSSES OR DAMAGES WERE OTHERWISE FORESEEABLE. EXCEPT FOR ITS INDEMNIFICATION OBLIGATIONS SET FORTH ABOVE IN SECTION 8(A), AND MATTERS ARISING FROM ITS NEGLIGENCE OR INTENTIONAL MISCONDUCT, IN NO EVENT WILL LICENSOR'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT, STRICT LIABILITY, AND OTHERWISE EXCEED THE TOTAL AMOUNTS PAID TO LICENSOR UNDER THIS AGREEMENT.

IN NO EVENT SHALL LICENSEE'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT, STRICT LIABILITY, AND OTHERWISE EXCEED THE TOTAL AMOUNTS PAID BY LICENSEE TO LICENSOR UNDER THIS AGREEMENT.

11.      **Term and Termination** .

(a)  **Term.** The term of this Agreement begins on the Effective Date and, unless terminated earlier pursuant to any of the Agreement's express provisions, will continue in effect indefinitely or until annual support is not renewed. Unless earlier terminated pursuant to this Agreement's express provisions, Licensee must provide written notice of non-renewal of annual support at least 60 days prior to the expiration of the then-current term.

(b)  **Termination.** In addition to any other express termination right set forth in this Agreement:

(i) Licensor may terminate this Agreement, effective on written notice to Licensee, if Licensee: (A) fails to pay any undisputed amount when due hereunder, and such failure continues more than 30 days after Licensor's delivery of written notice thereof; or (B) breaches any of its obligations under Section 2(b) or Section 5;

(ii) Either Party may terminate this Agreement, effective on written notice to the other Party, if the other Party breaches this Agreement, and such breach: (A) is incapable of cure; or (B) being capable of cure, remains uncured 30 days after the non-breaching Party provides the breaching Party with written notice of such breach; or

(iii) Either Party may terminate this Agreement, effective immediately upon written notice to the other Party, if the other Party: (A) becomes insolvent or is generally unable to pay, or fails to pay, its debts as they become due; (B) files or has filed against it, a petition for voluntary or involuntary bankruptcy or otherwise becomes subject, voluntarily or involuntarily, to any proceeding under any domestic or foreign bankruptcy or insolvency law; (C) makes or seeks to make a general assignment for the benefit of its creditors; or (D) applies for or has appointed a receiver, trustee, custodian, or similar agent appointed by order of any court of competent jurisdiction to take charge of or sell any material portion of its property or business.

(c)  **Effect of Expiration or Termination.** Upon expiration or earlier termination of this Agreement, the license granted hereunder will not terminate, but no additional support, as described in Exhibit B, shall be provided to Licensee effective upon termination. No expiration or termination will affect Licensee's obligation to pay all Fees that may have become due before such expiration or termination, or entitle Licensee to any refund. If termination is resultant from events under 11(b)(iii) on the part of Licensor, the Licensee will have recourse under section 2(e) Escrow Source Code.

(d)  **Survival** . This Section 11(d) and Sections 1, 4, 5, 6, 7, 8, 9, and 10 survive any termination or expiration of this Agreement. No other provisions of this Agreement survive the expiration or earlier termination of this Agreement.

**12.      Miscellaneous.**

(a) <u>Entire Agreement</u> . This Agreement, together with any other documents incorporated herein by reference and all related Exhibits, constitutes the sole and entire agreement of the Parties with respect to the subject matter of this Agreement and supersedes all prior and contemporaneous understandings, agreements, and representations and warranties, both written and oral, with respect to such subject matter. In the event of any inconsistency between the statements made in the body of this Agreement, the related Exhibits, and any other documents incorporated herein by reference, the following order of precedence governs: (a) first, this Agreement, excluding its Exhibits; (b) second, the Exhibits to this Agreement as of the Effective Date; and (c) third, any other documents incorporated herein by reference.

(b) **Notices.** All notices, requests, consents, claims, demands, waivers, and other communications hereunder (each, a " **Notice** ") must be in writing and addressed to the Parties at the addresses set forth on the first page of this Agreement (or to such other address that may be designated by the Party giving Notice from time to time in accordance with this Section). All Notices must be delivered by personal delivery, nationally recognized overnight courier (with all fees pre-paid), or certified or registered mail (in each case, return receipt requested, postage pre-paid). Except as otherwise provided in this Agreement, a Notice is effective only: (i) upon receipt by the receiving Party, and (ii) if the Party giving the Notice has complied with the requirements of this Section.

(c) **Force Majeure.** In no event shall either Party be liable to the other Party, or be deemed to have breached this Agreement, for any failure or delay in performing its obligations under this Agreement, if and to the extent such failure or delay is caused by any circumstances beyond such Party's reasonable control, including but not limited to acts of God, flood, fire, earthquake, explosion, war, terrorism, invasion, riot or other civil unrest, strikes, labor stoppages or slowdowns or other industrial disturbances, or passage of law or any action taken by a governmental or public authority, including imposing an embargo.

(d) **Amendment and Modification; Waiver.** No amendment to or modification of this Agreement is effective unless it is in writing and signed by an authorized representative of each Party. No waiver by any Party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the Party so waiving. Except as otherwise set forth in this Agreement, (i) no failure to exercise, or delay in exercising, any rights, remedy, power, or privilege arising from this Agreement will operate or be construed as a waiver thereof and (ii) no single or partial exercise of any right, remedy, power, or privilege hereunder will preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

(e) **Severability** . If any provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the Parties hereto shall negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

(f)  **Governing Law; Submission to Jurisdiction.** This Agreement is governed by and construed in accordance with the internal laws of the State of California without giving effect to any choice or conflict of law provision or rule that would require or permit the application of the laws of any jurisdiction other than those of the State of California. Any legal suit, action, or proceeding arising out of this Agreement or the licenses granted hereunder shall be instituted in the federal courts of the United States or the courts of the State of California in each case located in the city of Redwood Shores and County of San Mateo, and each Party irrevocably submits to the jurisdiction of such courts in any such suit, action, or proceeding.

(g)  **Assignment.** Licensee may not assign or transfer any of its rights or delegate any of its obligations hereunder, in each case whether voluntarily, involuntarily, by operation of law or otherwise, without the prior written consent of Licensor, which consent shall not be unreasonably withheld, conditioned, or delayed; provided, however, that in connection with a sale, reorganization, merger, consolidation, acquisition or other restructuring involving all or substantially all of the voting securities and/or assets of Licensee this Agreement may be assigned by Licensee to any such successor provided written notice of such assignment is provided by Licensee to Licensor within a reasonable time thereafter. Any purported assignment, transfer, or delegation in violation of this Section is null and void. No assignment, transfer, or delegation will relieve the assigning or delegating Party of any of its obligations hereunder. This Agreement is binding upon and inures to the benefit of the Parties hereto and their respective permitted successors and assigns.

(h)  **Export Regulation** . The Software may be subject to US export control law, including the US Export Administration Act and its associated regulations. Licensee shall not, directly or indirectly, export, re-export, or release the Software to, or make the Software accessible from, any jurisdiction or country to which export, re-export, or release is prohibited by law, rule, or regulation. Licensee shall comply with all applicable federal laws, regulations, and rules, and complete all required undertakings (including obtaining any necessary export license or other governmental approval), prior to exporting, re-exporting, releasing, or otherwise making the Software available outside the US.

(i)  **Equitable Relief.** Each Party acknowledges and agrees that a breach or threatened breach by such Party of any of its obligations under Section 5 or, in the case of Licensee, Section 2(b), would cause the other Party irreparable harm for which monetary damages would not be an adequate remedy and agrees that, in the event of such breach or threatened breach, the other Party will be entitled to equitable relief, including a restraining order, an injunction, specific performance, and any other relief that may be available from any court, without any requirement to post a bond or other security, or to prove actual damages or that monetary damages are not an adequate remedy. Such remedies are not exclusive and are in addition to all other remedies that may be available at law, in equity, or otherwise.

(j) **Counterparts.** This Agreement may be executed in counterparts, each of which is deemed an original, but all of which together are deemed to be one and the same agreement.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the Effective Date.

**iPass Inc.**                                                   **Pareteum Corporation**

By:    Darin R. Vickery                      By:    Denis E. McCarthy

Name:  Darin R. Vickery                                Name:  Denis E. McCarthy

Title:   CFO                                      Title:   SVP Corporate Development

Date:   May 8, 2018                               Date:   May 8, 2018

**EXHIBIT A**

**iPass SmartConnect Description**

iPass SmartConnect technology is delivered to Authorized Devices through a cloud-based platform (the "Platform") comprising software elements on the mobile device and available over the Internet. iPass´ Platform gives control over the definition and management of mobility services configured to the Licensee's specific needs. This architecture gives an Authorized Device choice in access services and serves as a bridge to functionality through use of extensible web services standards, while keeping the operational and financial burden on Licensee low by not requiring them to purchase, deploy and manage on-premises infrastructure, unless they so choose for purposes of adding additional functionality.

***iPass Platform*** is designed to provide Licensee with reliability, flexibility, network security, policy enforcement, consolidated billing and scalability.

The technology consists of the following principal components:

i.    ***Foundation Services*** . Provide the basic capabilities needed for a cloud-based platform, including the ability to manage devices (add, remove, or change rights), authenticate devices to access the platform, authorize access to particular functions, or track and audit use of the platform.

ii.   ***Operational Services.*** Are built on top of the iPass Foundation Services platform, enabling Licensee to operate the various iPass´ market-facing offers, including device profile/configuration management, network directory management, account management, order management, usage management, support, billing and training.

iii.  ***Presentation Services*** . Impact how information is presented to devices accessing the Platform, usually through a web based portal. Presentation Services include web presentation, data validation, access control (controlling who can see and enter what).

iv.   ***SmartConnect Client and SmartConnect SDK Services*** . Provide the ability to update configuration files and associated network registries, and to receive the data that the client collects.

v.    ***Curation Services*** . Ability of iPass platform to collect information about Open Networks and be able to decode the hotspot information and automate steps to connect to that Network.

vi.   ***High-Availability and Scalable Authentication Architecture*** . iPass´ relationships with network service providers enables iPass Platform to enable connectivity through multiple global networks . As a result, the cloud-based Platform reduces the risk of service interruptions associated with depending on only one service provider. Furthermore, iPass´ geographically distributed transaction centers act as a unified and fault-tolerant system that provides scalable and highly available device authentication and quality management information collection. Each point in the authentication process is designed with built-in redundancy and fail-over capabilities.

**iPass SmartConnect SDK** – necessary for adding iPass services to an application. The SDK may be used to integrate iPass functionalities into a specific application offered by a third-party application, and supports the following operating systems: Android and iOS.

**iPass SmartConnect Client** – iPass functional applications built on iPass SmartConnect SDK and supporting the following operating systems: Android and iOS.

**iPass Curated Network** – Curated Networks are open Networks that have been added to footprint using iPass Curation Services and can be accessed via the iPass SmartConnect software.

**EXHIBIT B**

**FEES AND SUPPORT SERVICES**

**Software License Fee .** In exchange for perpetual access to the Licensed Software for up to 25,000,000 Authorized Devices, Licensee shall pay Licensor the Software License Fee of $3,000,000.00 (which includes the first year Annual Maintenance Fee of 20%). Upon the Effective Date, Licensor shall invoice and Licensee shall pay Licensor Software License Fee in increments as follows: $1,000,000.00 by June 15, 2018; $1,000,000.00 by September 30, 2018 (or the next succeeding business day thereafter); and $1,000,000.00 by December 31, 2018.

**Annual Maintenance Fee .** In exchange for the Support Services and Service Levels in this Exhibit B and software Updates, Licensee shall invoice and Licensee shall pay Licensor $600,000.00 commencing on the one year anniversary following the Effective Date, and every year thereafter (representing 20% of the License Fee).

**Support Services**

**1. Definitions.** Any capitalized terms used herein and not defined below are defined in the Agreement.

**"First Level Technical Support"** means taking calls from users of Authorized Devices, getting complete information from end users regarding problems experienced by such users, testing user authorization to use the service, eliminating common user errors, and escalating unresolved issues with written documentation detailing steps taken prior to escalation.

**"Second Level Technical Support"** means providing assistance to First Level Technical Support help desk for issues that cannot be resolved through First Level Technical Support.

**"Third Level Technical Support"** means providing technical assistance to Licensee's authorized Second Level Technical Support personnel for technical issues that cannot be resolved by Second Level Technical Support.

**"Severity One"** means:

- iPass Hosted Authentication Infrastructure is down or other problems that prevent all users of Authorized Devices from connecting.

- Issues regarding Hosted User Services and Hosted User Management.

**"Severity Two"** means:

- User community is experiencing difficulty connecting to one or more remote Access Points.

- Hosted Authentication or Customer RoamServer configuration requests.

- User community is experiencing difficulty deploying the Open Mobile software.

**"Severity Three"** means:

- Problems that affect a limited number of user community or any question or service request regarding the Open Mobile Portal.

**2. First Level Technical Support** For users of Authorized Devices, the Licensee will be responsible for providing First Level Technical Support. First Level Technical Support personnel who have received training regarding the iPass Service and the iPass Software from iPass will be authorized to contact the applicable Second Level Technical Support center(s) at iPass to resolve any problems that cannot be resolved by First Level Technical Support. Customer may change its authorized contacts for Second Level Technical Support at any time upon written notice to iPass so long as any new authorized contacts have completed the requisite iPass training.

**3. Second/Third Level Technical Support.** iPass will provide Licensee with Second/Third Level Technical Support in accordance with iPass standard procedures, as described in Service Levels below, Licensee must have its password and id available in order to access and submit a request, absent which iPass will have no obligation to provide Licensee with Second Level Technical Support.

**4. Support Requests.** Licensee's authorized First/Second Level Technical Support shall submit support requests via the iPass Ticketing System. iPass Support is provided per the procedures as described in Service Levels below. In general, support requests are submitted via the iPass Ticketing System and are submitted under a Licensee selected severity level. Tickets are worked by iPass based upon severity prioritization, with Severity One being the highest priority, followed by Severity Two and Severity Three. iPass response times for the various Severity levels are described in Service Levels below.

**5. Software Updates.** iPass will notify Licensee regarding the availability of Updates and make any applicable Updates available to Licensee as part of this agreement, when and if such updates are made generally available.

**6. Training.** iPass will perform training services as agreed upon by the Parties and in accordance with the terms of this Agreement.

**Service Levels** .

iPass agrees to provide the levels of service set forth herein to Licensee

**1. Additional Definitions.**

**"Availability"** means users of Authorized Devices having access to, full functionality and usage of the service.

**"Service Levels"** means the minimum service levels to be achieved by Licensor in relation to L Licensor's performance of its obligations as set out herein.

**"Severity Level"** means the impact of or nature of a problem as set forth in the Support Services above.

**"Response"** means the iPass' acknowledgment of its receipt of a Trouble Report from Licensee.

**2. Licensor Support Services**

Licensor will provide Help Desk to Help Desk support to Licensee on components of the Licensor Service e.g. the iPass Portal, Hosted Authentication Infrastructure.

**3. Support Process**

**The following support process shall be followed by the Licensee HELPDESK to report or escalate issues to the iPass Support Teams:**

a.   Issue Identified to Licensee Help Desk

   (i)   The user of the Authorized Device contacts the Licensee Help Desk.
   (ii)  Licensee Helpdesk follows troubleshooting guide and reviews information in the Licensor online knowledge base (help.ipass.com) and determines if internal resources can resolve the issue.
   (iii) If internal resources cannot resolve the issue, then Licensee Help Desk contacts iPass Customer Care via web-based support request.

b.   Entering a web-based Support Request

(i)    Access the Portal via url: https://openmobile.ipass.com
(ii)   Enter your username and password and click login.
(iii)  Access is available on the Dashboard tab.
(iv)   Click on the "Manage Tickets" link.
(v)    On the "Cases" tab select the "Create New Case" button or dropdown link
(vi)   Enter the appropriate information as required.

Licensee Helpdesk shall provide callback details (contact name and phone number) in all web-based support requests.

c.   Ticket Requirements

At a minimum, all Severity One and Severity Two problem reports shall contain the following in order to expedite investigation and verification of the problem:

(i)    Username and Description of observed behavior.
(ii)   Debug logs if available.
(iii)  Steps to reproduce.
(iv)   Operating environment (Operating system, language, software version, profile number and hardware, as applicable.)
(v)    Dates / times of transaction failures.
(vi)   Name of network attempted.

Licensor may request additional information for verification of a reported problem as necessary.

d.   Licensee's Customer Care Hotline

For Severity One issues, Licensor recommends that opening a web-based support request be followed by a phone call to iPass at one of the following Severity One Customer Care numbers:

Inside the United States:              +1-877-464-7277

Outside the United States:            +1 650-232-4300

Dialing within Europe:                +44 20 7010 8344

Phone numbers are available 24 hours a day, 7 seven days a week.

Please note that in order to safeguard customers against unauthorized service activity, Licensor will require that callers authenticate their credentials via the web based ticketing system prior to any action by Licensor.

All change requests MUST be in writing.

In order to ensure that tickets are handled in order of receipt, by priority, calls which are not Severity One will be ticketed and placed in queue to be handled in order of receipt, by severity.

**4. Service Levels**

    a.  **Support Request Response -** For each Severity Level, iPass shall provide the following response Service Levels:

        i.  For Licensee Helpdesk Support Requests submitted in accordance with the process defined herein.

| Problem Severity | Response Service Level |
| --- | --- |
| Severity One | Targeted Response Time: Issues will receive a response from iPass within fifteen (15) minutes (1 hour on weekends and local public holidays) after submitting a Severity One support case followed by a phone call to iPass. Please note Severity One issues reported via a support case only will be responded to within 1 hour. |
| Severity Two | Targeted Response Time: Issues will receive a response from iPass within 8 hours of receipt of the request (except weekends and local public holidays.) |
| Severity Three | Targeted Response Time: Issues will receive a response from iPass within 12 hours of receipt of the request (except weekends and local public holidays.) |

    b.  **Problem Verification -** iPass and Licensee will make reasonable efforts to verify any reported problem as soon as it is reported as well as any follow-up information that may be required.

    c.  **Update Intervals -** iPass will make reasonable efforts to keep Licensee's Second Level Technical Support personnel informed of the latest status on any problem submitted. In the event Licensee's Second Level Technical Support personnel requires more frequent updates, then these will be discussed and mutually agreed upon and will depend on the severity and complexity of the problem.

    d.  **Severity Reclassification** - To ensure that severe problems receive highest priority, iPass may modify a ticket submitted as Severity One issue if it clearly does not meet the criteria for Severity One.

**5. iPass Support Escalation Process**

    **(a)  When to Escalate an Issue**

        (i)  If iPass fails to respond within the prescribed service level response time, the Licensee Help Desk is encouraged to escalate the issue to the Escalation Contact in the respective time zone (see escalation contacts below.)

        (ii)  If the iPass Customer Care Representative and the Licensee Help Desk cannot agree on an action plan to resolve an issue (Severity One, Two or Three), then the iPass Customer Care Representative and the Customer Help Desk are encouraged to escalate the issue to the Director of Customer Care.

        (iii)  Once a plan has been agreed, iPass will work to resolve the issue. If the Licensee Help Desk is not satisfied with the progress that is being made to resolve an issue, they are encouraged to contact the Director of Customer Care.

    **(b)  How to Escalate an Issue**

        (i)  All escalations should be in writing (to the e-mail address listed below) or by phone followed up with a summary from Licensee's Help Desk.

        (ii)  Written documentation should outline the original issue and progress to date. It should also include impact to the customer and reason for the escalation.

    **(c)  Response to Escalation**

        (i)  The Director of Customer Care will respond upon receipt to any escalations.

        (ii)  Escalations will take priority over any issue of the same severity level.

    **Customer Care Escalation Contact**

| **Location/Time Zone** | **London, UK (GMT)** |
| --- | --- |
| Regional Contact | Richard Sabbarton |
| email | rsabbarton@ipass.com |
| Office Phone | +44 20 7010 8319 |
| **Location/Time Zone** | **Redwood Shores, US (PST)** |
| Regional Contact | Christopher Calhoun |
| email | ccalhoun@ipass.com |
| Office Phone | + 1 650 232 4127 |
| **Location/Time Zone** | **Bangalore, IN (IST)** |
| Regional Contact | Sujith Varijakshan |
| email | svarijakshan@ipass.com |
| Office Phone | +91 80 41380976 |

<strong>ESCALATION Manager – Director of Support</strong>

| Escalation Manager | Alan Ridgewell |
| --- | --- |
| email | aridgewell@ipass.com |
| Office Phone | +44 20 7010 8304 |

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert H. Turner, certify that:

1.   I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: August 13, 2018

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Edward O'Donnell, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: August 13, 2018

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

**Exhibit 32.1**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation., a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)   The Quarterly Report on Form 10-Q for the quarter ended June 30, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: August 13, 2018

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**Exhibit 32.2**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation, a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)    The Quarterly Report on Form 10-Q for the quarter ended June 30, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: August 13, 2018

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒    Quarterly report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended September 30, 2018

☐    Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**000-30061**
( *Commission file No.)ont*

# PARETEUM CORPORATION
*(Exact name of registrant as specified in its charter)*

| **DELAWARE** | **95-4557538** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. employer identification no.)* |

**1185 Avenue of the Americas, New York, NY 10036**
**USA**
*(Address of principal executive offices) (Zip Code)*

**+ 1 (212) 984-1096**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒       No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒       No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large Accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-Accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐       No ☒

As of November 13, 2018, there were 97,287,561 shares of the Company's common stock outstanding.

**PARETEUM CORPORATION AND SUBSIDIARIES**
TABLE OF CONTENTS
FORM 10-Q REPORT
September 30, 2018

| | |
|---|---|
| PART I - FINANCIAL INFORMATION | 3 |
| | |
| Item 1. Consolidated Financial Statements | 3 |
| Condensed Consolidated Balance Sheets as of September 30, 2018 (unaudited) and December 31, 2017 | 4 |
| Condensed Consolidated Statements of Comprehensive Loss for the three and nine months periods ended September 30, 2018 and 2017 (unaudited) | 5 |
| Condensed Consolidated Statements of Cash Flows for the nine months periods ended September 30, 2018 and 2017 (unaudited) | 6 |
| Notes to Unaudited Condensed Consolidated Financial Statements | 7 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 19 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 28 |
| Item 4. Controls and Procedures | 28 |
| | |
| PART II - OTHER INFORMATION | 28 |
| | |
| Item 1. Legal Proceedings | 28 |
| Item 1A. Risk Factors | 28 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 34 |
| Item 3. Default upon Senior Securities | 34 |
| Item 4. Mine Safety Disclosure | 34 |
| Item 5. Other Information | 34 |
| Item 6. Exhibits | 35 |
| | |
| SIGNATURES | 36 |

2

**PART I - FINANCIAL INFORMATION**

**Item 1. Consolidated Financial Statements**

The financial information set forth below with respect to the financial statements as of September 30, 2018 and 2017 and for the three and nine month periods ended September 30, 2018 and 2017 is unaudited. This financial information, in the opinion of our management, includes all adjustments consisting of normal recurring entries necessary for the fair presentation of such data. The results of operations for the three and nine month periods ended September 30, 2018 are not necessarily indicative of results to be expected for any subsequent period. Our fiscal year end is December 31.

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED BALANCE SHEETS

| | September 30, 2018 (Unaudited) | December 31, 2017 (Audited) |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 18,434,576 | $ 13,537,899 |
| Restricted cash | 429,776 | 199,776 |
| Accounts receivable, net of an allowance for doubtful accounts of $349,589 at September 30, 2018 and $90,173 at December 31, 2017 | 7,200,014 | 2,058,284 |
| Prepaid expenses and other current assets | 943,224 | 900,369 |
| Total current assets | 27,007,590 | 16,696,328 |
| **NON-CURRENT ASSETS** | | |
| **OTHER ASSETS** | 39,067 | 91,267 |
| **NOTE RECEIVABLE** | 587,695 | 594,520 |
| **PROPERTY AND EQUIPMENT, NET** | 3,944,659 | 4,713,710 |
| **LONG TERM INVESTMENTS** | 3,230,208 | 3,230,208 |
| **TOTAL ASSETS** | $ 34,809,219 | $ 25,326,033 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable and customer deposits | $ 2,795,981 | $ 1,978,726 |
| Net billings in excess of revenues | 122,906 | 242,986 |
| Accrued expenses and other payables | 3,891,454 | 5,250,130 |
| 9% Unsecured Subordinate Convertible Promissory Note (current portion net of Debt Discount and Debt Issuance) | 90,308 | 66,000 |
| Total current liabilities | 6,900,649 | 7,537,842 |
| **LONG TERM LIABILITIES** | | |
| Derivative liabilities | - | 1,597,647 |
| Other long term liabilities | 94,999 | 151,163 |
| Unsecured Convertible Promissory Note (net of Debt Discount and Debt Issuance) | - | 617,848 |
| Total long term liabilities | 94,999 | 2,366,658 |
| Total liabilities | 6,995,648 | 9,904,500 |
| Commitments and Contingencies (See Notes) | | |
| **STOCKHOLDERS' EQUITY** | | |
| Common Stock $0.00001 par value, 500,000,000 shares authorized, 61,120,240 issued and outstanding as of September 30, 2018 and 46,617,093 shares issued and outstanding as of December 31, 2017 | 341,157,837 | 321,271,437 |
| Accumulated other comprehensive loss | (6,303,005) | (6,306,691) |
| Accumulated deficit | (307,041,261) | (299,543,213) |
| Total stockholders' equity | 27,813,571 | 15,421,533 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 34,809,219 | $ 25,326,033 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

4

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE LOSS
(UNAUDITED)

| | Three Months Ended September 30, | | Nine months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| REVENUES | $ 8,007,734 | $ 3,498,688 | $ 18,123,484 | $ 9,532,807 |
| | | | | |
| COST AND OPERATING EXPENSES | | | | |
| Cost of service | 2,128,683 | 791,334 | 5,103,088 | 2,578,925 |
| Product development | 765,723 | 497,078 | 2,246,499 | 1,055,285 |
| Sales and marketing | 842,743 | 412,881 | 2,184,183 | 1,103,162 |
| General and administrative | 8,127,982 | 1,578,960 | 12,638,904 | 5,435,187 |
| Restructuring and acquisition costs | 1,994,511 | 253,014 | 2,073,704 | 841,120 |
| Depreciation and amortization | 998,857 | 1,432,712 | 2,958,466 | 3,149,188 |
| Total cost and operating expenses | 14,858,499 | 4,965,979 | 27,204,844 | 14,162,867 |
| | | | | |
| (LOSS) FROM OPERATIONS | (6,850,765) | (1,467,291) | (9,081,360) | (4,630,060) |
| | | | | |
| OTHER (EXPENSE) / INCOME | | | | |
| Interest income | 49,972 | 41,964 | 135,837 | 136,000 |
| Interest expense | (111,311) | (421,392) | (274,778) | (1,344,576) |
| Interest expense related to debt discount and conversion feature | (115,414) | (205,842) | (175,252) | (1,548,440) |
| Changes in derivative liabilities | - | - | 1,283,914 | 1,920,881 |
| (Loss) / Gain on Extinguishment of Debt | - | (299,511) | - | 163,834 |
| Other income | 35,452 | 216,002 | 672,706 | 686,478 |
| Amortization of deferred financing costs | (8,757) | (25,595) | (21,108) | (248,218) |
| Total other (expense) / income | (150,058) | (694,374) | 1,621,319 | (234,041) |
| | | | | |
| (LOSS) BEFORE PROVISION FOR INCOME TAXES | (7,000,823) | (2,161,665) | (7,460,041) | (4,864,101) |
| Provision for income taxes | 19,583 | 147,640 | 38,007 | 81,144 |
| NET (LOSS) | (7,020,406) | (2,309,305) | (7,498,048) | (4,945,245) |
| | | | | |
| OTHER COMPREHENSIVE (LOSS) / INCOME | | | | |
| Foreign currency translation (loss) /income | (21,580) | 2,139 | 3,686 | (8,512) |
| COMPREHENSIVE (LOSS) | $ (7,041,986) | $ (2,307,166) | $ (7,494,362) | $ (4,953,757) |
| | | | | |
| Net (loss) per common share and equivalents - basic | $ (0.12) | $ (0.16) | $ (0.14) | $ (0.41) |
| | | | | |
| Net (loss) per common share and equivalents - diluted | $ (0.12) | $ (0.16) | $ (0.14) | $ (0.41) |
| | | | | |
| Weighted average shares outstanding during the period – basic | 59,314,867 | 14,304,340 | 54,275,784 | 12,201,452 |
| | | | | |
| Weighted average shares outstanding during the period – diluted | 59,314,867 | 14,304,340 | 54,275,784 | 12,201,452 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(UNAUDITED)

| | | For the nine months ended | |
| --- | --- | --- | --- |
| | | September 30, 2018 | September 30, 2017 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net loss | $ | (7,498,048) $ | (4,945,245) |
| **Adjustments to reconcile net loss to net cash (used in) operating activities:** | | | |
| Depreciation and amortization | | 2,958,466 | 3,149,188 |
| Provision for doubtful accounts | | - | 6,378 |
| Stock based compensation | | 7,409,592 | 1,508,535 |
| Change in fair value of warrant liability | | (1,283,914) | (1,920,881) |
| Amortization of deferred financing costs | | 21,108 | 248,218 |
| Interest expense relating to debt discount and conversion feature | | 175,252 | 1,548,440 |
| Shares issued for services | | 249,548 | 524,465 |
| (Gain) on extinguishment of debt | | - | (163,834) |
| **Changes in operating assets and liabilities:** | | | |
| (Increase) / Decrease in accounts receivable | | (5,077,689) | 272,928 |
| (Increase) / Decrease in prepaid expenses and other current assets | | (27,699) | 755,036 |
| Increase in accounts payable and customer deposits | | 798,573 | 274,030 |
| (Decrease) in net billings in excess of revenues and deferred revenue | | (127,683) | (639,550) |
| (Decrease) in accrued expenses and other payables | | (1,421,435) | (2,027,324) |
| **Net cash (used in) operating activities** | | (3,823,929) | (1,409,616) |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Purchases of property and equipment, and capitalized software | | (2,189,415) | (538,245) |
| **Net cash (used in) investing activities** | | (2,189,415) | (538,245) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | |
| Exercise of warrants and options | | 5,683,354 | 1,150,000 |
| Repayments on other long term loans | | (60,894) | (10,813) |
| Principal repayment Senior Secured Loan | | - | (2,000,000) |
| Financing related fees | | (632,900) | (592,590) |
| Gross Proceeds from public offering | | 6,100,000 | 3,500,000 |
| **Net cash provided by financing activities** | | 11,089,560 | 2,046,597 |
| | | | |
| **EFFECT OF EXCHANGE RATES ON CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 50,461 | (195,643) |
| **NET INCREASE (DECREASE) IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 5,126,677 | (96,907) |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, BEGINNING OF THE PERIOD** | | 13,737,675 | 1,495,207 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF THE PERIOD** | $ | 18,864,352 $ | 1,398,300 |
| | | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | | |
| | | | |
| Cash received during the period for interest | $ | 109,265 $ | 136,000 |
| Cash paid during the period for interest | | 96,030 | 906,590 |
| Cash paid during the period for taxes | | - | 2,359 |
| **NON-CASH FINANCING ACTIVITIES:** | | | |
| Conversion of preferred stock | | - | 2,143,196 |
| Conversion of convertible notes | | 1,911,380 | 281,944 |
| Amendment to warrants and convertible notes | | - | 2,704,574 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

6

**PARETEUM CORPORATION AND SUBSIDIARIES**

**NOTES TO THE CONDENSED CONSOLIDATED
FINANCIAL STATEMENTS
UNAUDITED**

<u>Note 1. Financial Condition</u>

As reflected in the accompanying consolidated financial statements, Pareteum Corporation ("Pareteum," the "Company," "we," "us," or "our") (Nasdaq: TEUM) reported a comprehensive loss of $7,494,362 for the nine-month period ended September 30, 2018 and had an accumulated deficit of $307,041,261 as of September 30, 2018.

The Company's financial statements through September 30, 2018 were materially impacted by several warrant exercises, stock-based compensation, and costs associated with the Artilium plc acquisition that was finalized on October 1, 2018.

**Warrant Exercises**

From January 1, 2018 through September 30, 2018, 13,929,364 warrants were exercised on a cash and a cashless basis pursuant to which 10,428,047 shares of common stock were issued and a gross total of $5,683,354 was received by the Company.

**Public Offering**

On May 9, 2018, the Company entered into a securities purchase agreement with select accredited investors relating to a registered direct offering, issuance and sale of an aggregate of 2,440,000 shares of the Company's common stock, $0.00001 par value per share, at a purchase price of $2.50 per share.

The Shares are being issued pursuant to the Company's previously filed and effective Registration Statement on Form S-3 that was filed with the Securities and Exchange Commission on September 9, 2016, as amended October 21, 2016 and November 10, 2016, and declared effective November 14, 2016 (File No. 333-213575). The Company will file a prospectus supplement related to the registered direct offering dated May 9, 2018.

The gross proceeds to the Company from the Offering, before deducting the Company's estimated offering expenses, are expected to be approximately $6,100,000. Proceeds from the Offering shall be used for working capital and general corporate purposes.

Dawson James Securities, Inc. acted as placement agent on a best-efforts basis in connection with the Offering, pursuant to a placement agency agreement that was entered into on May 9, 2018.

**July 2018 Registration Statement**

On July 31, 2018, the Company filed a prospectus, following the filing of a registration statement on Form S-3, announcing the resale of an aggregate of 7,151,146 shares of common stock, par value $0.00001 per share, issuable upon the exercise of warrants issued to investors in a private placement offering conducted by the Company and closed on December 5, 2017. The selling stockholders may offer all or part of the shares for resale from time to time through public or private transactions, at either prevailing market prices or at privately negotiated prices. The Company has paid all of the registration expenses incurred in connection with the registration of the shares, but the Company will not pay any of the selling commissions, brokerage fees or related expenses. Cash warrant exercises of $5,683,354 have been received through September 30, 2018.

**Acquisitions**

On October 1, 2018 the Company completed its previously announced acquisition (the "Acquisition") of all of the outstanding shares of Artilium plc, a public limited company registered in England and Wales ("Artilium"). Following the Acquisition, Artilium will operate as a wholly-owned subsidiary of the Company. Artilium is a software development company active in the enterprise communications and core telecommunications markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and applications.

**Proposed Acquisition of iPass, Inc.**

On November 12, 2018, the Company entered into an Agreement and Plan of Merger (the "Merger Agreement") with iPass, Inc., a Delaware corporation ("iPass") and TBR, Inc., a Delaware corporation and wholly-owned subsidiary of the Company (the "Merger Sub").

Upon the terms and subject to the conditions of the Merger Agreement, Merger Sub will commence a tender offer (the "Offer") for any and all outstanding shares of common stock of iPass (the "iPass Common Stock") for 1.17 shares of common stock of the Company per share of iPass Common Stock (the "Exchange Ratio") for an aggregate of approximately 9,861,410 shares of the Company's common stock (the "Offer Price"), without interest and subject to any required withholding for taxes, and Merger Sub will subsequently merge with and into iPass (the "Merger"). The Merger Agreement contemplates that, subject to iPass' stockholders tendering and not withdrawing a majority of the outstanding shares of iPass stock in the exchange offer, the Merger will be effected pursuant to Section 251(h) of the Delaware General Corporation Law, and iPass, as the surviving corporation, will become a wholly-owned subsidiary of the Company without any additional stockholder approval, and each issued and outstanding share of iPass Common Stock will be converted into the right to receive the Offer Price. No fractional shares of the Company will be issued to iPass stockholders; any fractional shares will be cancelled, and the balance paid to such stockholders in cash. The Company intends to fund the balance required for any fractional shares with cash on hand.

7

The Company, Merger Sub and iPass have made customary representations and warranties in the Merger Agreement and agreed to certain customary covenants, including covenants regarding the operation of the business of iPass, and to a lesser extent the Company, prior to the closing.

The foregoing description of the Merger Agreement and the transactions contemplated thereby does not purport to be complete and is subject to, and qualified in its entirety by, the full text of the Merger Agreement, which, including all schedules, exhibits, attachments and annexes thereto, is attached as Exhibit 2.1 to the Company's Current Report on Form 8-K filed with the SEC as of November 13, 2018, and is incorporated herein by reference.

**Note 2. Description of Business, Basis of Presentation and Use of Estimates**

**Business overview**

Pareteum has developed a Communications Cloud Services Platform, providing (i) Mobility, (ii) Messaging and (iii) Security services and applications, with a Single-Sign-On, API and software development suite. The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales. As of October 1, 2018, the Company now includes Artilium plc, which operates as a wholly-owned subsidiary of the Company. Artilium is a software development company active in the enterprise communications and core telecommunications markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and applications.

**Basis of Presentation of Interim Periods**

The interim condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States, or GAAP, for interim financial information and with the instructions to Securities and Exchange Commission, or SEC, Form 10-Q and Article 10 of SEC Regulation S-X. They do not include all the information and footnotes required by GAAP for complete financial statements. Therefore, these financial statements should be read in conjunction with our audited consolidated financial statements and notes thereto for the year ended December 31, 2017, included in our 2017 Annual Report on Form 10-K filed with the SEC on March 30, 2018, referred to as our 2017 Annual Report.

The interim condensed consolidated financial statements included herein are unaudited; however, they contain all normal recurring accruals and adjustments that, in the opinion of management, are necessary to present fairly our results of operations and financial position for the interim periods. The results of operations for the three and nine months ended September 30, 2018 are not necessarily indicative of the results to be expected for future quarters or the full year.

For a complete summary of our significant accounting policies, please refer to Note 1, "Business and Summary of Significant Accounting Policies," of our 2017 Annual Report. There have been no material changes to our significant accounting policies during the nine months ended September 30, 2018.

**Use of Estimates**

The preparation of the accompanying consolidated financial statements conforms with accounting principles generally accepted in the U.S. and requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities. Significant areas of estimates include revenue recognition, intangible assets, bad debt allowance, valuation of financial instruments, useful lives of long lived assets and share-based compensation. Actual results may differ from these estimates under different assumptions or conditions.

**Reclassification**

Certain reclassifications have been made to the Company's consolidated financial statements for the prior years to conform to the current year presentation. Such reclassifications had no impact on net (loss) or net cash flows.

**Recently Issued Accounting Standards**

In May 2014, the FASB issued Accounting Standards Update No. 2014-09 (Topic 606) "Revenue from Contracts with Customers." Topic 606 supersedes the revenue recognition requirements in Topic 605 "Revenue Recognition" (Topic 605), and requires entities to recognize revenue when control of the promised goods or services is transferred to customers at an amount that reflects the consideration to which the entity expects to be entitled to in exchange for those goods or services. We adopted Topic 606 as of January 1, 2018 using the modified retrospective transition method. See Note 9 for further details.

**Note 3. Supplemental Financial Information**

The following tables present details of our condensed consolidated financial statements:

| Prepaid Expenses and Other Current Assets | | September 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Prepaid Expenses - Other | $ | 556,595 | $ | 576,277 |
| VAT | | 386,629 | | 324,092 |
| | $ | 943,224 | $ | 900,369 |

| Property and Equipment | | September 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Furniture and fixtures | $ | 139,857 | $ | 139,857 |
| Computer, communications and network equipment | | 17,108,945 | | 17,020,421 |
| Software | | 4,101,293 | | 2,899,794 |
| Automobiles | | 10,744 | | 10,744 |
| Software development | | 1,232,108 | | 398,654 |
| Accumulated depreciation and amortization | | (18,648,288) | | (15,755,760) |
| | $ | 3,944,659 | $ | 4,713,710 |

| Accrued Expenses and Other Payables | | September 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Accrued selling, general and administrative expenses | $ | 2,092,784 | $ | 3,463,800 |
| Accrued cost of service | | 318,477 | | 413,942 |
| Accrued taxes (including VAT) | | 1,354,286 | | 877,366 |
| Accrued interest payable | | 57,638 | | 96,801 |
| Other accrued expenses | | 68,269 | | 398,221 |
| | $ | 3,891,454 | $ | 5,250,130 |

9

| | Outstanding September 30, 2018 | | Closing(s) during 2018 | | Regular Amortizations (during 2018) | | Conversions (during 2018) including accelerated amortization | | December 31, 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9% Unsecured Convertible Note (Private Offering Q4- 2015 – Q1-2016 | $ | (90,308) | $ | - | $ | (42,683) | $ | 56,350 | $ | (103,975) |
| 9% Saffelberg Note (Unsecured Convertible) | | - | | - | | (42,149) | | 622,022 | | (579,873) |
| | $ | (90,308) | $ | - | $ | (84,832) | $ | 678,372 | $ | (683,848) |

On June 29, 2018, the Company amended the Saffelberg Investments N.V. ("Saffelberg") convertible note dated August 18, 2016 with principal of $723,900 and amended the August 18, 2016 Warrant. These amendments removed the elements that generated the derivative liabilities and related expense from the convertible note and warrant.

On June 29, 2018, the Company entered into an agreement with Saffelberg agreeing to (i) pay the balance and interest of the September 7, 2017 repayment agreement, (ii) convert at $2.37 per share on July 11, 2018 the August 18, 2016 $723,900 convertible note and accrued interest into 387,913 common shares, (iii) adjust the strike price of the 96,250 warrants to a fixed amount of $2.37 on June 29, 2018 and (iv) register converted 387,913 common shares, the 96,250 warrant and other shares held by Saffelberg in the next registration statement.

| Fair Market Value Warrants & Conversion Feature | FMV as of September 30, 2018 | | Additional closings during 2018 | | Agreement Amendments/ Conversions/ FX effect | | Mark to market adjustment Ytd-2018 | | FMV as of December 31, 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9% Saffelberg Note (Unsecured Convertible) | $ | - | $ | - | $ | (1,706,484) | $ | 279,581 | $ | 1,426,903 |
| **FMV Conversion Feature** | **$** | **-** | **$** | **-** | **$** | **(1,706,484)** | **$** | **279,581** | **$** | **1,426,903** |
| | | | | | | | | | | |
| 9% Convertible Note Warrants - Saffelberg | $ | - | $ | - | $ | (204,896) | $ | 34,152 | $ | 170,744 |
| **FMV Warrant Liabilities** | **$** | **-** | **$** | **-** | **$** | **(204,896)** | **$** | **34,152** | **$** | **170,744** |
| | | | | | | | | | | |
| **Total** | **$** | **-** | **$** | **-** | **$** | **(1,911,380)** | **$** | **313,733** | **$** | **1,597,647** |

**Outstanding Numbers of Warrants**

The outstanding number of warrants and activity for the nine months ended September 30, 2018 is listed in the schedule below.

10

| Number of underlying shares for Warrants & Conversion Features | Outstanding September 30, 2018 | Agreement Amendments / Interest effects | Exercises / Conversions / Expirations | Outstanding December 31, 2017 |
|---|---|---|---|---|
| 9% Convertible Note - Investors | 39,321 | 584 | (22,292) | 61,029 |
| 9% Convertible Note - Saffelberg | - | (472,030) | (387,913) | 859,943 |
| **Outstanding Conversion Features** | **39,321** | **(471,446)** | **(410,205)** | **920,972** |
| | | | | |
| 13%+Eurodollar Senior Secured | - | - | (2,400,000) | 2,400,000 |
| 2017 Registered Public Offering | 508,970 | - | (766,830) | 1,275,800 |
| Investor Management `Services | 710,000 | - | - | 710,000 |
| 9% Convertible Note Warrants | 520,373 | - | - | 520,373 |
| 2013 Convertible Notes | 60,000 | - | (80,000) | 140,000 |
| Other 9% Convertible Note Warrants | 96,520 | - | - | 96,520 |
| 2017 Registered Public Offering Agent Warrants | 23,334 | - | (150,833) | 174,167 |
| 9% Convertible Note 7% Agent Warrants | 66,230 | - | - | 66,230 |
| Oct-2017 Shelf take Down Agent Warrants | 843 | 74,750 | (73,907) | - |
| Nov-2017 Underwriter Agreement Investor Warrants | - | - | (2,838,496) | 2,838,496 |
| Nov-2017 Underwriter Agreement Agent Warrants | 910,587 | - | (724,331) | 1,634,918 |
| Dec-2017 SPA Investor Warrants | 533,733 | - | (6,617,413) | 7,151,146 |
| Dec-2017 SPA Agent warrants | - | - | (357,557) | 357,557 |
| May-2018 Public Offering Agent Warrants | 122,000 | 122,000 | - | - |
| Preferred Share Conversion Warrants | 731,798 | - | - | 731,798 |
| Preferred Share issuance 8% Agent Warrants | 38,827 | - | - | 38,827 |
| **Outstanding Warrants** | **4,323,215** | **196,750** | **(14,009,367)** | **18,135,832** |
| | | | | |
| **Total** | **4,362,536** | **(274,696)** | **(14,419,572)** | **19,056,804** |

11

**Note 4. Fair Value Measurements**

In accordance with Accounting Standards Update 820, Fair Value Measurement ("ASC 820"), the Company defines fair value as the price that would be received from selling an asset or paid to transfer a liability (i.e., the exit price) in an orderly transaction between market participants at the measurement date. ASC 820 establishes a fair value hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available.

Observable inputs are those that market participants would use in pricing the asset or liability based on market data obtained from sources independent of the Company. Unobservable inputs reflect the Company's assumptions about the inputs that market participants would use in pricing the asset or liability developed based on the best information available in the circumstances.

The fair value hierarchy is categorized into three levels based on the inputs as follows:

*Level 1* – Quoted prices are available in active markets for identical assets or liabilities as of the reported date.

*Level 2* – Pricing inputs are other than quoted prices in active markets, which are either directly or indirectly observable as of the reported date. The nature of these financial instruments includes cash instruments for which quoted prices are available but are traded less frequently, derivative instruments whose fair values have been derived using a model where inputs to the model are directly observable in the market and instruments that are fair valued using other financial instruments, the parameters of which can be directly observed.

*Level 3* – Instruments that have little to no pricing observability as of the reported date. These financial instruments are measured using management's best estimate of fair value, where the inputs into the determination of fair value require significant management judgment or estimation.

The degree of judgment exercised by the Company in determining fair value is greatest for securities categorized in Level 3. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, for disclosure purposes, the level in the fair value hierarchy within which the fair value measurement falls in its entirety is determined by the lowest level input that is significant to the fair value measurement.

The Company used the Monte Carlo valuation model to determine the value of the outstanding warrants and conversion feature from the "Offering". Since the Monte Carlo valuation model requires special software and expertise to model the assumptions to be used, the Company hired a third party valuation expert.

**Note 5. Stockholders' Equity**

**(A) Common Stock**

The Company is presently authorized to issue 500,000,000 shares common stock. The Company had 61,120,240 shares of common stock issued and outstanding as of September 30, 2018, an increase of 14,503,147 shares from December 31, 2017, due to warrant exercises (10,428,047), equity fund raises (2,453,400), non-cash compensation for board and management (918,988), conversion of notes (387,913), consultants (194,803) and settlement of debt (119,996).

**(B) Warrants**

Throughout the years, the Company has issued warrants with varying terms and conditions related to multiple financing rounds, acquisitions and other transactions. The number of warrants outstanding at September 30, 2018 (unaudited) and December 31, 2017 have been recorded and classified as equity is 4,362,536 and 19,056,804 respectively. The Company successfully renegotiated the terms of the related 'liability warrants' and such amended terms resulted in the elimination of the derivative conditions. The Weighted Average Exercise Price for the currently outstanding warrants in the table below is $2.26. The table below summarizes the warrants outstanding as of September 30, 2018 and as of December 31, 2017:

12

| Outstanding Warrants | Exercise/ Conversion price(s) (range) | Expiring | September 30, 2018 | December 31, 2017 |
|---|---|---|---|---|
| Equity Warrants - Fundraising | $1.05 - $5.375 | 2018 - 2023 | 4,323,215 | 18,039,312 |
| Liability Warrants - Fundraising | $3.75 | 2021 | - | 96,520 |
| | | | 4,323,215 | 18,135,832 |

**Note 6.  Amended and Restated 2008 Long Term Incentive Compensation Plan and 2017 Long-Term Incentive Compensation Plan**

**Amended and Restated 2008 Long-Term Incentive Compensation Plan ("2008 Plan")**

| | |
|---|---|
| Total Authorized under the plan | 2,240,000 |
| Shares issued in prior years | 1,074,824 |
| Outstanding options | 251,266 |
| Available for grant at September 30, 2018 (Registered and Unregistered) | 913,910 |

During the nine months ended September 30, 2018, no shares were issued or options granted under the 2008 Plan.

**Stock option activity is set forth below for the 2008 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,128,384 | $ | 9.40 |
| Cancelled January 1, 2018 | (786,697) | $ | 6.33 |
| Forfeitures (Pre-vesting) | (175) | $ | 3.07 |
| Expirations (Post-vesting) | (90,246) | $ | 25.60 |
| Outstanding as of September 30, 2018 | 251,266 | $ | 13.18 |

At September 30, 2018, due to all unvested options being canceled as part of reorganization, the unrecognized expense portion of stock-based awards granted to employees under the 2008 Plan was $0, compared to $224,853 for the same period in 2017.

**2017 Long-Term Incentive Compensation Plan ("2017 Plan")**

| | |
|---|---|
| Total Authorized under the plan (Shareholders) | 6,500,000 |
| Total Registered under the plan (S-8 dated September 14, 2017 and April 13, 2018) | 6,500,000 |
| Shares issued under the plan | 2,405,413 |
| Reserved for Time-conditioned share awards | 787,504 |
| Reserved for outstanding Options | 3,294,890 |
| Available for grant at September 30, 2018 (Registered & Unregistered) | 12,193 |

During the nine months ended September 30, 2018, 853,318 shares were issued and 1,515,000 options were granted under the 2017 Plan.

**Stock option activity is set forth below for the 2017 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,899,800 | $ | 1.00 |
| Granted in 2018 | 1,515,000 | $ | 2.49 |
| Forfeitures (Pre-vesting) | (117,577) | $ | 1.10 |
| Expirations (Post-vesting) | (2,333) | $ | NA |
| Outstanding as of September 30, 2018 | 3,294,890 | $ | 1.68 |

13

At September 30, 2018 and 2017, the unrecognized expense portion of stock-based awards granted to employees under the 2017 Plan was $2,347,236 and $673,921, respectively, which will be recognized over a three year vesting period.

Under the provisions of ASC 718, expensing takes place proportionally to the vesting associated with each stock-award, adjusted for cancellations, forfeitures and returns. If there are any modifications or cancellations of the underlying unvested awards, we may be required to accelerate, increase or cancel any remaining unearned stock-based compensation expense.

**Note 7.  Income Taxes**

**Income Taxes**

The following table presents details of the net provision for income taxes:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Net Provision for income taxes | $ 19,583 | $ 147,640 | $ 38,007 | $ 81,144 |

As a result of our cumulative tax losses in the U.S. and certain foreign jurisdictions, and the full utilization of our loss carryback opportunities, we have concluded that a full valuation allowance should be recorded in such jurisdictions. In certain other foreign jurisdictions where we do not have cumulative losses, we had net deferred tax liabilities based upon an expected annual tax rate.

**Note 8. Significant Customer and Geographical Information**

Sales to our significant customers, as a percentage of net revenue were as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Two largest customers | 65.5% | 96.9% | 64.9% | 96.1% |

The geographical distribution of our revenue, as a percentage of revenue, was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Europe | 71.3% | 95.5% | 82.8% | 94.2% |
| All other (non-European) countries | 28.7% | 4.5% | 17.2% | 5.8% |
| | 100% | 100% | 100% | 100% |

**Note 9. Revenues**

**Adoption of ASC Topic 606, "Revenue from Contracts with Customers"**

On January 1, 2018, we adopted Topic 606 using the modified retrospective method applied to those contracts which were not completed as of January 1, 2018. Results for reporting periods beginning after January 1, 2018 are presented under Topic 606, while prior period amounts are not adjusted and continue to be reported in accordance with our historic accounting under Topic 605.

We recorded a net increase to opening retained earnings of $107,520 as of January 1, 2018 due to the cumulative impact of adopting Topic 606, with the impact primarily related to our installation revenues that were previously deferred for which the performance obligation was determined to be complete as of the date of adoption. The impact to revenues to be recognized for the nine months ended September 30, 2018 was a decrease of $107,520 as a result of applying Topic 606, relating to the aforementioned installation revenues and an increase to the accumulated deficit.

14

**Revenue Recognition**

Our revenues represent amounts earned for our mobile and security solutions. Our solutions take many forms but our revenue generally consists of fixed and/or variable charges for services delivered monthly under a combined services and SaaS model. We also offer discrete (one-time) services for implementation and for development of specific functionality to properly service our customers.

The following table presents our revenues disaggregated by revenue source:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 [1] | | 2018 | | 2017 [1] |
| Monthly Service | $ | 7,357,365 | $ | 3,218,191 | $ | 15,130,195 | $ | 8,859,811 |
| Installation and Software Development | | 650,369 | | 280,497 | | 2,993,289 | | 672,996 |
| Total revenues | $ | 8,007,734 | $ | 3,498,688 | $ | 18,123,484 | $ | 9,532,807 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

Monthly services revenues are recognized at a point in time and amounted to $7,357,365 for the three-month period ended September 30, 2018. Installation and software development revenues are recognized over time and amounted to $650,369 for the three-month period ended September 30, 2018.

Monthly services revenues are recognized at a point in time and amounted to $15,130,195 for the nine-month period ended September 30, 2018. Installation and software development revenues are recognized over time and amounted to $2,993,289 for the nine-month period ended September 30, 2018.

The following table presents our revenues disaggregated by geography, based on the billing addresses of our customers

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 [1] | | 2018 | | 2017 [1] |
| Europe | $ | 5,709,346 | $ | 3,342,378 | $ | 14,999,260 | $ | 8,978,815 |
| Other geographic areas | | 2,298,388 | | 156,310 | | 3,124,224 | | 553,992 |
| Total revenues | $ | 8,007,734 | $ | 3,498,688 | $ | 18,123,484 | $ | 9,532,807 |

(1)  As noted above, prior period amounts have not been adjusted under the modified retrospective method.

**Monthly Service Revenues**

The Company's performance obligations in a monthly Software as a Service (SaaS) and service offerings are simultaneously received and consumed by the customer and therefore, are recognized over time. For recognition purposes, we do not unbundle such services into separate performance obligations. The Company typically bills its customer at the end of each month, with payment to be received shortly thereafter. The fees charged may include a combination of fixed and variable charges with the variable charges tied to the number of subscribers or some other measure of volume. Although the consideration may be variable, the volumes are estimable at the time of billing, with "true-up" adjustments occurring in the subsequent month. As such adjustments have not historically been material, no amounts of variable consideration are subject to constraint.

15

**Installation and Software Development Revenues**

The Company's other revenues consist generally of installation and development projects.

Installation represents the activities necessary for a customer to obtain access and connectivity to the Company's monthly SaaS and service offerings. While installation may require separate phases, it represents one promise within the context of the contract.

Development consists of programming and other services to add new, additional or customized functionality to a customer's existing service offerings. Each development activity is typically its own performance obligation.

Revenue is recognized over time if the installation and development activities create an asset that has no alternative use for which the Company is entitled to receive payment for performance completed to date. If not, then revenue is not recognized until the applicable performance obligation is satisfied.

**Arrangements with Multiple Performance Obligations**

The Company's contracts with customers may include multiple performance obligations. For such arrangements, the Company allocates revenue to each performance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to customers.

**Net Billings in Excess of Revenues**

The Company records net billings in excess of revenues when payments are made in advance of our performance, including amounts which are refundable. Net billings in excess of revenues was $122,906 as of September 30, 2018, a decrease of $120,080 for the nine months ended September 30, 2018, as compared to $242,986 for December 31, 2017.

Payment terms vary by the type and location of our customer and the products or services offered. The term between invoicing and when payment is due is not significant. For certain products or services and customer types, payment is required before the products or services are delivered to the customer.

**Contract Assets**

Given the nature of the Company's services and contracts, it has no contract assets.

**Note 10. Subsequent Events**

**2018 Pareteum Corporation Long-Term Incentive Compensation Plan**

On October 10, 2018, the Company filed a registration statement on Form S-8 to register the 8,000,000 shares of common stock, including 2,040,000 shares of common stock that were registered for resale.

**Subsequent Equity Issuances**

On October 25, 2018, the company issued an aggregate of 1,308,914 shares of common stock, par value $0.00001 per share, of the Company to several key persons. The issued shares are pursuant to the Company's 2018 Long Term Incentive Compensation Plan (the "2018 Plan"), the Company's 2017 Long Term Incentive Compensation Plan (the "2017 Plan") and the Company's 2008 Long Term Incentive Compensation Plan (the "2008 Plan").

An aggregate of 269,164 shares were issued to Victor Bozzo, Alexander Korff, Yves Van Sante and Luis Jimenez-Tunon; and 1,000,000 shares were issued to Robert H. Turner, pursuant to the Registration Statement on Form S-8 as filed with the Securities and Exchange Commission for the 2018 Plan, the 2017 Plan and the 2008 Plan. Additionally, 39,750 shares were issued to Martin Zuubier as pursuant to the Registration Statement on Form S-8 as filed with the Securities and Exchange Commission for the 2018 Plan, the 2017 Plan and the 2008 Plan.

**Acquisition of Artilium plc**

On October 1, 2018 the Company completed its previously announced acquisition (the "Acquisition") of all of the outstanding shares of Artilium plc, a public limited company registered in England and Wales ("Artilium"). The Acquisition was effected by means of a court-sanctioned scheme of arrangement between Artilium and shareholders of Artilium under Part 26 of the UK Companies Act 2006, as amended, as further described below. In connection with the Acquisition, the Company issued an aggregate of 37,511,447 shares of the Company's common stock. Artilium held 3,200,332 shares of the Company's common stock, which were cancelled as of the time of completion of the Acquisition.

16

*Rule 2.7 Announcement*

As previously disclosed, on June 7, 2018, the Company issued an announcement (the "Rule 2.7 Announcement") pursuant to Rule 2.7 of the United Kingdom City Code on Takeovers and Mergers (the "Takeover Code") disclosing the terms of a recommended offer (the "Offer") by the Company to acquire the entire issued and to be issued shares of Artilium in a cash and stock transaction. In connection with the Acquisition, the Company and Artilium also entered into a Co-operation Agreement, dated June 7, 2018 (the "Co-operation Agreement") and, the Company entered into a management agreement, as described below.

Pursuant to the Offer under the Rule 2.7 Announcement, Artilium shareholders are entitled to receive, for each Artilium ordinary share held by such shareholders, 0.1016 new shares of the Company's common stock and 1.9 pence in cash. The Acquisition was effected by means of a court-sanctioned scheme of arrangement between Artilium and Artilium shareholders under Part 26 of the UK Companies Act 2006, as amended (the "Scheme"). As of September 28, 2018, the most recent practicable trading day prior to the date of this Report, each Artilium ordinary share would be valued at 25.29 pence, based on the Company's closing share price of $3.00 as of that date and exchange rate of $1.3031:£1 as of that date, representing an aggregate equity value for Artilium of approximately £100.9 million, or approximately $131.5 million.

*Management Services Agreement*

As previously disclosed, in connection with the Offer, the Company and Bart Weijermars (acting through Grootzande Management BV) entered into a Management Services Agreement, dated May 8, 2018 and as amended June 7, 2018 (the "Management Services Agreement"), setting out the terms on which Bart Weijermars will be engaged as Chief Executive Officer of Pareteum Europe BV, a wholly owned subsidiary of the Company, effective upon completion of the Acquisition, and the Company issued 537,271 shares of common stock to Grootzande Management BV at the closing.

*Issuance of Unregistered Shares of Common Stock*

As described above, the Company issued an aggregate of 37,511,447 shares of the Company's common stock in connection with the Acquisition, consisting of: (i) 33,403,733 shares issued to Artilium shareholders pursuant to the Offer in reliance on the exemption from registration provided by Section 3(a)(10) of the Securities Act of 1933, as amended (the "Securities Act"); and (ii) 4,107,714 shares issued in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act, of which 537,271 shares were issued to Grootzande Management BV in connection with the Management Services Agreement (as described above), and 3,570,443 shares issued in private placement transactions pursuant to the Rule 15 Offer Letters (as described below). Rule 15 of the Takeover Code ("Rule 15") requires that, when an offer is made for voting equity share capital or for other transferable securities carrying voting rights and the offeree company has any outstanding securities which are convertible into, or which comprise options or other rights to subscribe for, securities to which the voting equity offer relates (the "Rule 15 Securities"), the offeror must make an appropriate offer or proposal to the holders of those Rule 15 Securities. In accordance with the requirements of Rule 15, Artilium and the Company entered into three separate offer letters (the "Rule 15 Offer Letters"), by and between Artilium and the Company, and each of Mr. Rupert Hutton, Mr. Andreas Felke and Grootzande Management BV (on behalf of Bart Weijermars) (collectively, the "Rule 15 Offerees"). Pursuant to the Rule 15 Offer Letters, each of the Rule 15 Offerees received the option to accept the "Pareteum Proposal" wherein each of the Rule 15 Offerees' option holdings in Artilium would be cancelled and in exchange the Company would issue a certain number of the Company's shares to each of the Rule 15 Offerees, or each of the Rule 15 Offerees could reject the Pareteum Proposal and exercise their respective options to the extent vested in their Artilium shares. Each of the Rule 15 Offerees accepted the terms of the Pareteum Proposal.

**Employment Agreement with Denis McCarthy**

Effective October 1, 2018, the Company entered into an employment agreement with Denis McCarthy, appointing him to serve as President of the Company. Mr. McCarthy commenced employment with the Company as of January 1, 2018 in the capacity of SVP of Corporate Development. The agreement serves to expand Mr. McCarthy's responsibilities within the Company during his term of continued employment.

The agreement entered into by and between the Company and Mr. McCarthy provides for the following:

- annual salary of $225,000 per year;

- annual bonus of up to 100% of base salary subject to the achievement of business plan targets;

- other customary allowances, bonuses, reimbursements and vacation pay.

The agreement is an "at will" agreement, which also provides that if Mr. McCarthy's employment with the Company is terminated by the Company, then, subject to a mutual release, the Company will pay Mr. McCarthy's base salary for an additional 12 months after termination in accordance with customary payroll practices. Mr. McCarthy is also subject to customary confidentiality requirements during and after the term of his employment.

**Listing of the Common Stock on Nasdaq**

On October 11, 2018, the Company, acting pursuant to authorization from its Board of Directors, determined to voluntarily withdraw the principal listing of the Company's common stock from the New York Stock Exchange ("NYSE") and transfer the listing to The Nasdaq Stock Market LLC ("Nasdaq"). Listing and trading of the common stock on the NYSE ended at market close on October 22, 2018, and trading commenced on Nasdaq at market open on October 23, 2018 under the stock symbol "TEUM."

**Proposed Acquisition of iPass, Inc.**

On November 12, 2018, the Company entered into an Agreement and Plan of Merger (the "Merger Agreement") with iPass, Inc., a Delaware corporation ("iPass") and TBR, Inc., a Delaware corporation and wholly-owned subsidiary of the Company (the "Merger Sub").

Upon the terms and subject to the conditions of the Merger Agreement, Merger Sub will commence a tender offer (the "Offer") for any and all outstanding shares of common stock of iPass (the "iPass Common Stock") for 1.17 shares of common stock of the Company per share of iPass Common Stock (the "Exchange Ratio") for an aggregate of approximately 9,861,410 shares of the Company's common stock (the "Offer Price"), without interest and subject to any required withholding for taxes, and Merger Sub will subsequently merge with and into iPass (the "Merger"). The Merger Agreement contemplates that, subject to iPass' stockholders tendering and not withdrawing a majority of the outstanding shares of iPass stock in the exchange offer, the Merger will be effected pursuant to Section 251(h) of the Delaware General Corporation Law, and iPass, as the surviving corporation, will become a wholly-owned subsidiary of the Company without any additional stockholder approval, and each issued and outstanding share of iPass Common Stock will be converted into the right to receive the Offer Price. No fractional shares of the Company will be issued to iPass stockholders; any fractional shares will be cancelled, and the balance paid to such stockholders in cash. The Company intends to fund the balance required for any fractional shares with cash on hand.

The Company, Merger Sub and iPass have made customary representations and warranties in the Merger Agreement and agreed to certain customary covenants, including covenants regarding the operation of the business of iPass, and to a lesser extent the Company, prior to the closing.

The foregoing description of the Merger Agreement and the transactions contemplated thereby does not purport to be complete and is subject to, and qualified in its entirety by, the full text of the Merger Agreement, which, including all schedules, exhibits, attachments and annexes thereto, is attached as Exhibit 2.1 to the Company's Current Report on Form 8-K filed with the SEC as of November 13, 2018, and is incorporated herein by reference.

18

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Forward-Looking Statements*

*Any forward looking statements made herein are based on current expectations of the Company, involve a number of risks and uncertainties and should not be considered as guarantees of future performance. The factors that could cause actual results to differ materially include: interruptions or cancellation of existing contracts, inability to integrate acquisitions, impact of competitive products and pricing, product demand and market acceptance risks, the presence of competitors with greater financial resources than the Company, product development and commercialization risks, changes in governmental regulations, and changing economic conditions in developing countries and an inability to arrange additional debt or equity financing.*

**Overview**

Pareteum is an award-winning global Cloud Communications Platform company with a mission: "to connect every person and every thing".™ Customers use Pareteum's award-winning Communications-Platform-as-a-Service (CPaaS) and software solutions to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. We provide a single software solution, fully enabling and securing cloud communications, connections and transactions, regardless of users' location or network. With estimates of up to 30 billion devices to be managed, connected and intelligently leveraged, there are numerous large addressable markets for our Communications-Platform-as-a-Service (CPaaS) solutions.

Pareteum's customers include Enterprises of all sizes, Communication Service Providers (CSPs), Internet of Things (IoT) and other software and application developers, manufacturers and brand-marketing companies. These customers use Pareteum to energize their growth and profitability through cloud-based communication services featuring relevant content, applications, and connectivity worldwide.

Our proprietary and patent-protected software enablement platforms are connected to 53 international mobile networks in 76 countries using multiple different communications protocols including IP, mobile telephony, data, SMS, VOIP, OTT services. We support 64+ million Wi-Fi hotspots in 180+ countries through our strategic alliance with iPass. We also have over 1,200 GSMA and CDMA connectivity interconnect relationships - and counting! Pareteum integrates all these disparate software enablement methods and services and brings them to life for customers and application developers, allowing communications to become value-added, using simple Application Program Interfaces (APIs). It is our strategy to enable open mobility, applications, software and developer exchange through our APIs. Our API toolkits allow customers and developers to connect to previously hard to access networks and communications services. In other words, Pareteum's software enablement solutions remove the commercial and technical barriers to all forms of connectivity allowing our customers to create new and interesting solutions and revenue opportunities all over the world. The simplicity of our "SuperAPI" allows our customers and developers to iterate, test and refine new ideas and business cases on our Customer Success Platform. Our strategy involves supporting "any device… any network… anytime" and for our customers a key advantage is to "pay as you go @ The Speed of Need", leveraging the advantages of scale and elasticity of cloud-computing, for communications and connectivity. This represents a major strategic shift for many industries, from telecommunications providers to the disruptive software and big data enterprises of today and the future.

Our software enablement solutions have proven themselves globally against much larger competitors and are deployed in multiple companies in diverse countries around the world ranging from small service providers to one of the world's largest telecoms companies, Vodafone. We had more than 2.9 million active connections on our platforms as of September 30, 2018. We expect this number to grow rapidly through our own aggressive sales growth, as well as through our acquisition strategy, which includes the planned close of our acquisition of Artilium plc later this year.

Our integrated communications and software enablement solutions increasingly leverage the latest developments in deep neural networks (DNN), predictive analytics and machine-learning (ML) and artificial intelligence (AI) and we see this trend growing and are competing aggressively to bring the maximum commercial value from these techniques. All this is complemented through enabling a new set of features such as distributed ledger (blockchain) functionality and cashless settlements through cryptocurrencies – in all cases, positioning our customers' business ahead of market disruption and growth.

The Pareteum Cloud Communications Platform and software increasingly also targets new and growing sectors from IoT (Internet of Things), Data Analytics, Smart Cities, and Application-developer markets - each in need of mobile platforms, management and connectivity. These sectors need Communications-as-a-Service (CaaS), which Pareteum delivers. Our solutions have received industry acclaim.

19

Pareteum is a mission focused company empowering every person and every "thing" to be globally connected, applying our philosophy of ANY DEVICE, ANY NETWORK, ANYWHERE™.

On October 1, 2018 the Company completed its previously announced acquisition (the "Acquisition") of all of the outstanding shares of Artilium plc, a public limited company registered in England and Wales ("Artilium"). Following the Acquisition, Artilium will operate as a wholly-owned subsidiary of the Company. Artilium is a software development company active in the enterprise communications and core telecommunications markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and applications.

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our financial statements and notes thereto and the other financial information included elsewhere in this report.

---

20

**Critical Accounting Policies and Estimates**

The preparation of financial statements in accordance with U.S. generally accepted accounting principles, or GAAP, requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of net revenue and expenses in the reporting period. We regularly evaluate our estimates and assumptions related to revenue recognition, rebates, allowances for doubtful accounts, sales returns and allowances, warranty reserves, inventory reserves, stock-based compensation expense, long-lived asset valuations, strategic investments, deferred income tax asset valuation allowances, uncertain tax positions, tax contingencies, self-insurance, restructuring costs, litigation and other loss contingencies. We base our estimates and assumptions on current facts, historical experience and various other factors that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and the recording of revenue, costs and expenses that are not readily apparent from other sources. The actual results experienced by us may differ materially and adversely from our estimates. To the extent there are material differences between our estimates and the actual results, our future results of operations will be affected. For a description of our critical accounting policies and estimates, please refer to the "Critical Accounting Policies and Estimates" section in Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2017 Annual Report. There have been no material changes in any of our critical accounting policies and estimates during the nine months ended September 30, 2018.

*Comparison of three months ended September 30, 2018 and September 30, 2017.*

*Revenues*

Revenue for the three months ended September 30, 2018, was $8,007,734, a $4,509,046 or 129% increase compared to $3,498,688 for the comparable three months in 2017. Our deployments with existing customers continues to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth.

| | Three months ended September 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **Variance** | |
| **Revenues** | $ | 8,007,734 | $ | 3,498,688 | $ | 4,509,046 |

*Cost of Service*

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Three months ended September 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **Variance** | |
| Revenues | $ | 8,007,734 | $ | 3,498,688 | $ | 4,509,046 |
| Cost of service (excluding depreciation and amortization) | | 2,128,683 | | 791,334 | | 1,337,349 |
| **Gross Profit (excluding depreciation and amortization)** | $ | 5,879,051 | $ | 2,707,354 | $ | 3,171,697 |

Cost of service excluding depreciation and amortization for the three-month period ended September 30, 2018 was $2,128,683, an increase of $1,337,349 or 169%, compared to $791,334 for the three-month period in 2017. This 169% increase in cost of service as compared to 129% increase in revenue, is expected as implementations have lower margins.

*Product Development*

Product development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are included in this function.

Product development costs for the three-month periods ended September 30, 2018 and 2017 were $765,723 and $497,078, respectively, an increase of $268,645 or 54%. The increase is due to the overall expansion of our lines of business year over year.

21

*Sales and Marketing*

Sales and marketing expenses consist primarily of salaries and related expenses, including share-based expenses, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

Sales and marketing expenses for the three-month periods ended September 30, 2018 and 2017 were $842,743 and $412,881 respectively, an increase of $429,862 or 104%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the three-month period ended September 30, 2018 and 2017 were $8,127,982 and $1,578,960, respectively, an increase of $6,549,022 or 415%. This increase is primarily the result of increased share-based compensation, travel, legal, accounting, and marketing costs.

*Restructuring and Acquisition Costs*

Restructuring and acquisition costs for the three months ended September 30, 2018 and 2017 were $1,994,511 and $253,014, an increase of $1,741,497 or 688%, which was mainly due to expenses related to the acquisition of Artilium.

*Share-based Compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008 and 2017 Plan to staff and management;

- the expensing of the shares issued under the 2008 and 2017 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services.

For the three-month period ended September 30, 2018 and 2017, we recognized share-based compensation expense of $5,638,012 and $385,424, respectively, an increase of $5,252,588 or 1,363%. This was an expected increase as it was an incentive related to the approval of the Artilium acquisition.

In the following table, we show the allocation of share-based compensation according to functions in the Consolidated Statement of Comprehensive Loss:

| | **Three months ended September 30,** | | | |
| --- | --- | --- | --- | --- |
| | **2018** | | **2017** | |
| Cost of Service (excluding depreciation and amortization) | $ | 78,988 | $ | 26,750 |
| Product Development | | 128,508 | | 20,434 |
| Sales and Marketing | | 320,261 | | 53,347 |
| General and Administrative | | 5,110,255 | | 284,893 |
| Total | $ | 5,638,012 | $ | 385,424 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the three-month period ended September 30, 2018 was $998,857, a decrease of $433,855 or 30%, compared to $1,432,712 for the three-month period ended September 30, 2017. This was due to a decrease in depreciation expense due to certain assets having been fully depreciated in a prior period.

*Interest Income and Expense*

Interest income for the three-month periods ended September 30, 2018 and 2017, was $49,972 and $41,964, respectively, an increase of $8,008 or 19%. Interest income mainly consists of interest accrued for the promissory note by ValidSoft held by the Company and interest charged to customers for extended payment terms.

Interest expense for the three-month periods ended September 30, 2018 and 2017, was $111,311 and $421,392, respectively, a decrease of $310,081 or 74%. Interest expense decreased mainly as the result of paying off all Senior Secured Debt during December of 2017.

### Interest Expense Related to Debt Discount and Conversion Feature

For the three months ended September 30, 2018 and 2017, interest expenses related to debt discount and conversion feature were $115,414 and $205,842, respectively a decrease of $90,428 or 44%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

### Other Income, net

Other income for the three-month periods ended September 30, 2018 and 2017 were $35,452 and $216,002, respectively, a decrease of $180,550 or 84%. This represents the unrealized exchange rate gains and an adjustment to liabilities that are no longer deemed obligations.

### Amortization of Deferred Financing Costs

Amortization of Deferred Financing Costs for the three-month periods ended September 30, 2018 and 2017 was $8,757 and $25,595, respectively, a decrease of $16,838 or 66%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

### Provision for Income taxes

Income tax provision for the three-month period ended September 30, 2018 was $19,583, compared to $147,640 for the same period in 2017. The tax provision was calculated based upon an expected annual tax rate.

### Net Loss

Net loss for the three-month period ended September 30, 2018, was $7,020,406, an increase of $4,711,101 or 204%, compared to the loss of $2,309,305 for the same period in 2017. The increase in Net Loss was primarily due to an increase General and Administrative expenses of $6,549,022, and an increase of Restructuring and Acquisition Charges of $1,741,497.

### Other Comprehensive (Loss) / Income

We record foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a loss of ($21,580) and a gain of $2,139 for the three-month periods ended September 30, 2018 and 2017, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

### Comparison of nine months ended September 30, 2018 and September 30, 2017.

### Revenues

Revenue for the nine months ended September 30, 2018, was $18,123,484, a $8,590,677 or 90% increase compared to $9,532,807 for the comparable nine months in 2017. Our deployments with existing customers continues to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth.

| | Nine months ended September 30, | | |
| | 2018 | 2017 | Variance |
|---|---|---|---|
| **Revenues** | $ 18,123,484 | $ 9,532,807 | $ 8,590,677 |

### Cost of Service

Cost of service excluding depreciation and amortization includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

|  | Nine months ended September 30, | | | | | |
|  | 2018 | | 2017 | | Variance | |
| Revenues | $ | 18,123,484 | $ | 9,532,807 | $ | 8,590,677 |
| Cost of service (excluding depreciation and amortization) | | 5,103,088 | | 2,578,925 | | 2,524,163 |
| **Gross Profit (excluding depreciation and amortization)** | $ | 13,020,396 | $ | 6,953,882 | $ | 6,066,514 |

Cost of service excluding depreciation and amortization for the nine-month period ended September 30, 2018 was $5,103,088, an increase of $2,524,163 or 98%, compared to $2,578,925 for the nine-month period in 2017. This 98% increase in cost of service as compared to our 90% increase in revenue is expected as implementations have lower margins.

***Product Development***

Product development costs consist primarily of salaries and related expenses, including share-based expenses, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are included in this function.

Product development costs for the nine-month periods ended September 30, 2018 and 2017 were $2,246,499 and $1,055,285, respectively, an increase of $1,191,214 or 113%. The increase is due to the overall expansion of our lines of business year over year.

*Sales and Marketing*

Sales and marketing expenses consist primarily of salaries and related expenses, including share-based expenses, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building. Sales and marketing expenses for the nine-month periods ended September 30, 2018 and 2017 were $2,184,183 and $1,103,162 respectively, an increase of $1,081,021 or 98%. This increase is a direct result of hiring new employees and allocating resources to growing our business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the nine-month period ended September 30, 2018 and 2017 were $12,638,904 and $5,435,187, respectively, an increase of $7,203,717 or 133%. This increase is primarily the result of increased share-based compensation, travel, legal, accounting and marketing costs.

*Restructuring and Acquisition Costs*

Restructuring and acquisition costs for the nine months ended September 30, 2018 and 2017 were $2,073,704 and $841,120, respectively, an increase of $1,232,584 or 147%, primarily as a result of charges related to the acquisition of Artilium (see subsequent event footnote.)

*Share-based Compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008 and 2017 Plan to staff and management;

- the expensing of the shares issued under the 2008 and 2017 Plans to contractors, directors and executive officers in lieu of cash compensation and awards; and

- the expensing of restricted shares issued for consultancy services.

For the nine-month period ended September 30, 2018 and 2017, we recognized share-based compensation expense of $7,409,592 and $1,508,535, respectively, an increase of $5,901,057 or 391%. This increase was related to options and common shares grants.

In the following table, we show the allocation of share-based compensation according to functions in the Consolidated Statement of Comprehensive Loss:

| | September 30, 2018 | | September 30, 2017 | |
|---|---|---|---|---|
| Cost of service (excluding depreciation and amortization) | $ | 60,738 | $ | 30,571 |
| Product Development | | 171,279 | | 37,577 |
| Sales and Marketing | | 412,519 | | 119,913 |
| General and Administrative | | 6,739,151 | | 1,320,474 |
| Restructuring | | 25,905 | | - |
| Total | $ | 7,409,592 | $ | 1,508,535 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the nine-month period ended September 30, 2018 was $2,958,466, a decrease of $190,722 or 6%, compared to $3,149,188 for the same period in 2017. This was due to a decrease in depreciation expense due to certain assets having been fully depreciated in a prior period.

*Interest Income and Expense*

Interest income for the nine-month periods ended September 30, 2018 and 2017, was $135,837 and $136,000, respectively, a decrease of $163 or 0.1%. Interest income mainly consists of interest accrued for the promissory note by ValidSoft held by the Company and interest charged to customers for extended payment terms.

Interest expense for the nine-month periods ended September 30, 2018 and 2017, was $274,778 and $1,344,576, respectively, a decrease of $1,069,798 or 80%. Interest expense decreased mainly as the result of paying off all Senior Secured Debt during December of 2017.

*Interest Expense Related to Debt Discount and Conversion Feature*

For the nine months ended September 30, 2018 and 2017, interest expenses related to debt discount accretion were $175,252 and $1,548,440, respectively a decrease of $1,373,188 or 89%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Changes in Derivative Liabilities*

Changes in derivative liabilities for the nine-month period ended September 30, 2018 was $1,283,914, a decrease of $636,967 or 33%, compared to a change of $1,920,881 for the same period in 2017. During 2017 the change was the result of renegotiating and elimination of the derivative feature of certain outstanding warrants and convertible notes, also during 2018 we renegotiated terms of the remaining outstanding derivative liabilities, the company accounted for any effects of the amended terms through the profit and loss account for the changes in the fair value of the occurring this year and the remainder of the fair market value of the amendment on previous year derivative liability balance through equity.

Our derivative liabilities as of September 30, 2018 are $0, so no quarterly calculations will need to be made, in the past these fair market valuations for the conversion features and warrant liabilities were determined by a third-party valuation expert using a Monte-Carlo Simulation model.

*Other Income, net*

Other income for the nine-month periods ended September 30, 2018 and 2017 were $672,706 and $686,478, respectively, a decrease of $13,772 or 2%. This represents the unrealized exchange rate gains and an adjustment to liabilities for no longer deemed obligations.

*Amortization of Deferred Financing Costs*

Amortization of Deferred Financing Costs for the nine-month periods ended September 30, 2018 and 2017 was $21,108 and $248,218, respectively, a decrease of $227,110 or 91%. This decrease is mainly the result of paying off all Senior Secured Debt during December of 2017.

*Provision for Income taxes*

Income tax provision for the nine-month period ended September 30, 2018 was $38,007, compared to $81,144 for the same period in 2017. The tax provision was calculated based upon an expected annual tax rate.

*Net Loss*

Net loss for the nine-month period ended September 30, 2018, was $7,498,048, an increase of $2,552,803 or 52%, compared to the loss of $4,945,245 for the same period in 2017. The increase in Net Loss was primarily due to an increase General and Administrative expenses of $7,203,717, and an increase of Restructuring and Acquisition Charges of $1,232,584.

*Other Comprehensive Income (Loss)*

We record foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a gain of $3,686 and a loss of ($8,512) for the nine-month periods ended September 30, 2018 and 2017, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

**Liquidity and Capital Resources**

As reflected in the accompanying consolidated financial statements, the Company reported net loss of $7,498,048 for the period ended September 30, 2018 and had an accumulated deficit of $307,041,257 as of September 30, 2018.

The cash balance of the Company at September 30, 2018 was $18,434,576.

**Operating Activities**

Net cash used in operating activities of $3,823,929 for the nine-month period ended September 30, 2018 was impacted by an increase in accounts payable and customer deposits of $798,573, a decrease in accrued expenses and other payables of $1,421,435, and an increase in accounts receivable of $5,077,689.

As a result of the above, cash used in operating activities was $3,823,929 for the nine months ended September 30, 2018 compared to net cash used in operating activities of $1,409,616 for the nine months ended September 30, 2017 and increased $2,414,313 or 171%. This increase was due to an increase in non-cash expenses and accounts payable and offset by an increase in accounts receivable.

**Investing Activities**

Net cash used in investing activities for the nine months ended September 30, 2018 was $2,189,415, an increase of $1,651,170, or 307% compared to $538,245 in the same period in 2017. This change was mainly the result of software purchases of $1,214,940 and capitalized software development of $833,453 in 2018.

**Financing Activities**

Net cash provided by financing activities for the nine months ended September 30, 2018 and 2017 was $11,089,560 and $2,046,597, respectively, an increase of $9,042,963 or 442%. This increase was due to exercises of warrants and options, proceeds from public offerings and the absence of principal repayments on senior secured debt that was paid off in December of 2017.

**Effect of Exchange Rates on Cash and Cash Equivalents**

Effect of exchange rates on cash and cash equivalents for the nine-month period ended September 30, 2018 was a gain of 50,461, compared to a loss of ($195,643) for the same period in 2017.

As a result of the above activities, for nine months ended September 30, 2018, we had cash, cash equivalents and restricted cash of $18,864,352, a net increase in cash, cash equivalents, and restricted cash of $5,126,677 since December 31, 2017.

**Off - Balance Sheet Arrangements**

We do not have any off-balance sheet arrangements that have or are reasonably likely to have either a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors, nor we have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

27

**Item 3. Quantitative and Qualitative Disclosure about Market Risks**

*Foreign currency exchange rate*

Although the majority of our business activities are carried out in Euros, we report its financial statements in USD. The conversion of Euros and USD leads to period-to-period fluctuations in our reported USD results arising from changes in the exchange rate between the USD and the Euro. Generally, when the USD strengthens relative to the Euro, it has an unfavorable impact on our reported revenue and income and a favorable impact on our reported expenses. Conversely, when the USD weakens relative to the Euro, it produces a favorable impact on our reported revenue and income, and an unfavorable impact on our reported expenses. The above fluctuations in the USD/Euro exchange rate therefore result in currency translation effects (not to be confused with real currency exchange effects), which impact our reported USD results and may make it difficult to determine actual increases and decreases in our revenue and expenses which are attributable to our actual operating activities. We carry out our business activities primarily in Euros, and we do not currently engage in hedging activities. As the clear majority of our business activities are carried out in Euros and we report our financial statements in USD, fluctuations in foreign currencies impact the total amount of assets and liabilities that we report for our foreign subsidiaries upon the translation of those amounts in USD. We do not believe that we have currently material exposure to interest rate or other market risk.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

As of September 30, 2018, the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's Principal Executive Officer and Principal Financial and Accounting Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934. Based on the evaluation, the Company's Principal Executive Officer and Principal Accounting Officer have concluded that the Company's disclosure controls and procedures are effective to ensure that information required to be disclosed by the Company in the reports it files or submits under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in Securities and Exchange Commission rules and forms and is accumulated and communicated to our management as appropriate to allow timely decisions regarding required disclosure.

*Changes in Internal Control Over Financial Reporting*

On January 1, 2018, the Company adopted ASC Topic 606, "Revenue from Contracts with Customers" and other than this change and related update to the Company's internal controls, there have been no additional changes in the Company's internal control over financial reporting that occurred during the Company's fiscal quarter ended September 30, 2018 that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

**PART II - OTHER INFORMATION**

**Item 1. Legal Proceedings**

The Company is not presently engaged in any active material litigation or regulatory proceedings and no such proceedings are contemplated. Nevertheless, from time to time, the Company may be subject to legal actions and claims in the ordinary course of business. We have previously received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves or our customers or partners by determining the scope, enforceability and validity of third-party proprietary rights, or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**Item 1A. Risk Factors**

In addition to the other information set forth in this Quarterly Report on Form 10-Q, you should carefully consider the Risk Factors included in the section titled "Risk Factors" of our Definitive Merger Proxy Statement (the "Merger Proxy"), filed with the SEC as of August 3, 2018. These Risk Factors could materially impact our business, financial condition and/or operating results. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely impact our business, financial condition and/or operating results.

**Risks Related to Our Business**

*The current economic climate, especially in Europe, may have an adverse effect in the markets in which we operate.*

Much of our customers' business is consumer driven, and to the extent there is a decline in consumer spending, our customers could experience a reduction in the demand for their services and consequently affect the demand for our services and a decrease in our revenues, net income and an increase in bad debts arising from non-payment of our trade receivables. The potential adverse effects of an economic downturn include:

- reduced demand for services, resulting in increased price competition or deferrals of purchases, with lower revenues not fully compensated through reduced costs; risk of financial difficulties or failures among our suppliers;
- increased demand for customer finance, difficulties in collection of accounts receivable and increased risk of counterparty default;
- risk of impairment losses related to our intangible assets as a result of lower forecasted sales of certain products;
- increased difficulties in forecasting sales and financial results as well as increased volatility in our reported results; and
- end user demand could also be adversely affected by reduced consumer spending on technology, changed operator pricing, security breaches and trust issues.

*Uncertainties and risks associated with international markets could adversely impact our international operations.*

We have significant international operations in Europe, and to a lesser extent in the U.S., Middle East and elsewhere. There can be no assurance that we will be able to obtain the permits and operating licenses required for us to operate, obtain access to local transmission facilities on economically acceptable terms, or market services in international markets. In addition, operating in international markets generally involves additional risks, including unexpected changes in regulatory requirements, taxes, tariffs, customs, duties and other trade barriers, difficulties in staffing and managing foreign operations, problems in collecting accounts receivable, political risks, fluctuations in currency exchange rates, restrictions associated with the repatriation of funds, technology export and import restrictions, and seasonal reductions in business activity. Our ability to operate and grow our international operations successfully could be adversely impacted by these risks.

*We operate in a complex regulatory environment, and failure to comply with applicable laws and regulations could adversely affect our business.*

Our operations are subject to a broad range of complex and evolving laws and regulations. Because of our coverage in many countries, we must perform our services in compliance with the legal and regulatory requirements of multiple jurisdictions. Some of these laws and regulations may be difficult to ascertain or interpret and may change from time to time. Violation of such laws and regulations could subject us to fines and penalties, damage our reputation, constitute a breach of our client agreements, impair our ability to obtain and renew required licenses, and decrease our profitability or competitiveness. If any of these effects were to occur, our operating results and financial condition could be adversely affected.

*We may not be able to integrate new technologies and provide new services in a cost-efficient manner.*

The telecommunications industry is subject to rapid and significant changes in technology, frequent new service introductions and evolving industry standards. We cannot predict the effect of these changes on our competitive position, our profitability or the industry generally. Technological developments may reduce the competitiveness of our networks and our software solutions and require additional capital expenditures or the procurement of additional products that could be expensive and time consuming. In addition, new products and services arising out of technological developments may reduce the attractiveness of our services. If we fail to adapt successfully to technological advances or fail to obtain access to new technologies, we could lose customers and be limited in our ability to attract new customers and/or sell new services to our existing customers. In addition, delivery of new services in a cost-efficient manner depends upon many factors, and we may not generate anticipated revenue from such services.

*Disruptions in our networks and infrastructure may result in customer dissatisfaction, customer loss or both, which could materially and adversely affect our reputation and business.*

Our systems are an integral part of our customers' business operations. It is critical for our customers, that our systems provide a continued and uninterrupted performance. Customers may be dissatisfied by any system failure that interrupts our ability to provide services to them. Sustained or repeated system failures would reduce the attractiveness of our services significantly and could result in decreased demand for our services.

We face the following risks to our networks, infrastructure and software applications:

- our territory can have significant weather events which physically damage access lines;
- power surges and outages, computer viruses or hacking, earthquakes, terrorism attacks, vandalism and software or hardware defects which are beyond our control; and
- unusual spikes in demand or capacity limitations in our or our suppliers' networks.

29

Disruptions may cause interruptions in service or reduced capacity for customers, either of which could cause us to lose customers and/or incur expenses, and thereby adversely affect our business, revenue and cash flow.

***Integration of acquisitions ultimately may not provide the benefits originally anticipated by management and may distract the attention of our personnel from the operation of our business.***

We strive to broaden our solutions offerings as well as to increase the number of subscribers hosted on our platforms, volume of voice and data that we carry over our existing global network in order to reduce transmission costs and other operating costs as a percentage of net revenue, improve margins, improve service quality and enhance our ability to introduce new products and services. Strategic acquisitions in desired markets play a part of our growth strategy, and we may pursue additional acquisitions in the future to further strengthen our strategic objectives. Acquisitions of businesses and customer lists involve operational risks, including the possibility that an acquisition may not ultimately provide the benefits originally anticipated by management. Moreover, we may not be successful in identifying attractive acquisition candidates, completing and financing additional acquisitions on favorable terms, or integrating the acquired business or assets into our own. There may be difficulty in integrating technologies and solutions, in migrating customer bases and in integrating the service offerings, distribution channels and networks gained through acquisitions with our own. Successful integration of operations and technologies requires the dedication of management and other personnel, which may distract their attention from the day-to-day business, the development or acquisition of new technologies, and the pursuit of other business acquisition opportunities. Therefore, successful integration may not occur in light of these factors.

***Our revenue, earnings and profitability are affected by the length of our sales cycle, and a longer sales cycle could adversely affect our results of operations and financial condition.***

Our business is directly affected by the length of our sales cycle and strategic mobile partnership cycles with MNOs and other large enterprises. Our software platforms, outsourced solutions and value-added communication services, are relatively complex and their purchase may involve a significant commitment of mostly human capital, with attendant delays frequently associated with the allocation of substantial human resources and procurement procedures within an organization. The purchase of these types of products typically also requires coordination and agreement across many departments within a potential customer. Delays associated with such timing factors could have a material adverse effect on our results of operations and financial condition. In periods of economic slowdown in the communications industry, which may recur in the current economic climate, our typical sales cycle may lengthen, which means that the average time between our initial contact with a prospective customer and the signing of a sales contract increases. The lengthening of our sales and strategic mobile partnership cycle could reduce growth in our revenue in the future.

***Because most of our business is conducted outside the U.S., fluctuations in foreign currency exchange rates versus the U.S. Dollar could adversely affect our results of operations.***

Currently most of our net revenue, expenses and capital expenditures are derived and incurred from sales and operations outside the U.S., whereas the reporting currency for our consolidated financial statements is the U.S. Dollar ("USD"). The local currency of each country is the functional currency for each of our respective entities operating in that country, where the Euro is the predominant currency. Considering the fact that most income and expenses are not subject to relevant exchange rate differences, it is only at a reporting level that the translation needs to be made to the reporting unit of USD. In the future, we expect to continue to derive a significant portion of our net revenue and incur a significant portion of our operating costs outside the U.S., and changes in exchange rates have had and may continue to have a significant, and potentially distorting effect (either negative or positive) on the reported results of operations, not necessarily being the result of operations in real terms. Our primary risk of loss regarding foreign currency exchange rate risk is caused by fluctuations in the following exchange rates: USD/Euro.

We historically have not engaged in hedging transactions since we primarily operate in same currency countries, currently being the Euro ("EUR"). However, the operations of affiliates and subsidiaries in non-US countries have been funded with investments and other advances denominated in foreign currencies and more recently in USD. Historically, such investments and advances have been long-term in nature, and we have accounted for any adjustments resulting from currency translation as a charge or credit to accumulate other comprehensive loss within the stockholders' deficit section of our consolidated balance sheets. Although we have not engaged in hedging so far, we continue to assess on a regular basis the possible need for hedging.

***We are substantially smaller than our major competitors, whose marketing and pricing decisions, and relative size advantage, could adversely affect our ability to attract and retain customers and are likely to continue to cause significant pricing pressures that could adversely affect our net revenues, results of operations and financial condition.***

Our services related to cloud-based communications software and information systems, outsourced solutions and value added communication services are subject to competitive pressure, and we expect competition to continue to increase. We compete with telecom solution providers, independent software and service providers and the in-house IT and network departments of communications companies as well as firms that provide IT services (including consulting, systems integration and managed services), software vendors that sell products for particular aspects of a total information system, software vendors that specialize in systems for particular communications services (such as Internet, land-line and mobile services, cable, satellite and service bureaus) and companies that offer software systems in combination with the sale of network equipment. Also, in this more fragmented market, larger players exist with associated advantages described earlier which we need to compete against.

We believe that our ability to compete depends on a number of factors, including:

- The development by others of software products that are competitive with our products and services,
- the price at which others offer competitive software and services,
- the ability to make use of the networks of mobile network operators,
- the technological changes of telecommunication operators affecting our ability to run services over their networks,
- the ability of competitors to deliver projects at a level of quality that rivals our own,
- the responsiveness of our competitors to customer needs, and
- the ability of our competitors to hire, retain and motivate key personnel.

A number of our competitors have long operating histories, large customer bases, substantial financial, technical, sales, marketing and other resources, and strong name recognition. Current and potential competitors have established, and may establish in the future, cooperative relationships among themselves or with third parties.

*Our positioning in the marketplace as a smaller provider places a significant strain on our resources, and if not managed effectively, could result in operational inefficiencies and other difficulties.*

Our positioning in the marketplace may place a significant strain on our management, operational and financial resources, and increase demand on our systems and controls. To manage this position effectively, we must continue to implement and improve our operational and financial systems and controls, invest in development & engineering, critical systems and network infrastructure to maintain or improve our service quality levels, purchase and utilize other systems and solutions, and train and manage our employee base. As we proceed with our development, operational difficulties could arise from additional demand placed on customer provisioning and support, billing and management information systems, product delivery and fulfillment, sales and marketing and administrative resources.

For instance, we may encounter delays or cost overruns or suffer other adverse consequences in implementing new systems when required. In addition, our operating and financial control systems and infrastructure could be inadequate to ensure timely and accurate financial reporting.

*We could suffer adverse tax and other financial consequences if U.S. or foreign taxing authorities do not agree with our interpretation of applicable tax laws.*

Our corporate structure is based, in part, on assumptions about the various tax laws, including withholding tax, and other relevant laws of applicable non-U.S. jurisdictions. Foreign taxing authorities may not agree with our interpretations or reach different conclusions. Our interpretations are not binding on any taxing authority and, if these foreign jurisdictions were to change or to modify the relevant laws, we could suffer adverse tax and other financial consequences or have the anticipated benefits of our corporate structure materially impaired. In 2015 and particularly in 2016 we undertook significant restructuring and reorganization activities in order to improve operating efficiencies and reduce operating costs, including changes in our executive team and Board of Directors, or Board. Such activities may require significant efforts, including the integration, consolidation and rationalization of product development, sales and marketing efforts and general and administrative activities. These activities could result in the disruption of our business including relationships with employees, suppliers and customers, all of which could adversely affect our operating results. There can be no assurance that such activities would be successful or reduce operating costs.

*We must attract and retain skilled personnel. If we are unable to hire and retain technical, technical sales and operational employees, our business could be harmed.*

Our ability to manage our reorganization and growth will be particularly dependent on our ability to develop and retain an effective sales force and qualified technical and managerial personnel. We need software development specialists with in-depth knowledge of a blend of IT and telecommunications or with a blend of security and telecom. We intend to hire additional necessary employees, including software engineers, communication engineers, project managers, sales consultants, employees and operational employees, on a permanent basis. The competition for qualified technical sales, technical, and managerial personnel in the communications and software industry is intense in the markets where we operate, and we may not be able to hire and retain sufficient qualified personnel. In addition, we may not be able to maintain the quality of our operations, control our costs, maintain compliance with all applicable regulations, and expand our internal management, technical, information and accounting systems in order to support our desired growth, which could have an adverse impact on our operations. Volatility in the stock market and other factors could diminish our use, and the value, of our equity awards as incentives to employees, putting us at a competitive disadvantage or forcing us to use more cash compensation.

*If we are not able to use and protect our intellectual property domestically and internationally, it could have a material adverse effect on our business.*

Our ability to compete depends, in part, on our ability to use intellectual property internationally. We rely on a combination of patents, copyright, trade secrets and confidentiality, trademarks and licenses to protect our intellectual property. There is limited protection under patent law to protect the source codes we developed or acquired on our platform. The copyright and know-how protection may not be sufficient. Our granted patents and pending patent applications may be challenged. We are also subject to the risks of claims and litigation alleging infringement of the intellectual property rights of others. The telecommunications industry is subject to frequent litigation regarding patent and other intellectual property rights. We rely upon certain technology, including hardware and software, licensed from third parties. The technology licensed by us may not continue to provide competitive features and functionality. Licenses for technology currently used by us or other technology that we may seek to license in the future may not be available to us on commercially reasonable terms or at all.

*Product defects or software errors could adversely affect our business.*

Design defects or software errors may cause delays in product introductions and project implementations, damage customer satisfaction and may have a material adverse effect on our business, results of operations and financial condition. Our software systems are highly complex and may, from time to time, contain design defects or software errors that may be difficult to detect and correct. Because our products are generally used by our customers to perform critical business functions, design defects, software errors, misuse of our products, incorrect data from external sources or other potential problems within or outside of our control may arise during implementation or from the use of our products and may result in financial or other damages to our customers, for which we may be held responsible. Although we have license agreements with our customers that contain provisions designed to limit our exposure to potential claims and liabilities arising from customer problems, these provisions may not effectively protect us against such claims in all cases and in all jurisdictions. Our insurance coverage is not sufficient to protect against all possible liability for defects or software errors. In addition, as a result of business and other considerations, we may undertake to compensate our customers for damages caused to them arising from the use of our products, even if our liability is limited by a license or other agreement. Claims and liabilities arising from customer problems could also damage our reputation, adversely affecting our business, results of operations and the financial condition.

*Political risks, including changes to United States tariff and import/export regulations may have a negative effect on our business.*

There have been recent changes to United States trade policies, treaties and tariffs, including determinations made by the United States to reinstate or impose new sanctions levied by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") against certain nation states. The Company or its subsidiaries may engage in business with entities located in certain regions which may be impacted, directly or indirectly by such changes. If the Company is precluded as a result of changes to sanctions laws from doing business in certain jurisdictions or with certain entities, the loss of any related revenues could impact our business, results of operations and/or financial condition.

**Risks Related to Our Industry**

*Changes in the regulation of the telecommunications industry could adversely affect our business, revenue or cash flow.*

We operate in a heavily regulated industry. As a provider of communications technology, we are directly and indirectly subject to varying degrees of regulation in each of the jurisdictions in which we provide our services. Local laws and regulations, and the interpretation of such laws and regulations, differ significantly among the jurisdictions in which we operate. Enforcement and interpretations of these laws and regulations can be unpredictable and are often subject to the informal views of government officials. Certain European, foreign, federal, and state regulations and local franchise requirements have been, are currently, and may in the future be, the subject of judicial proceedings, legislative hearings and administrative proposals. Such proceedings may relate to, among other things, the rates we may charge for our local, network access and other services, the manner in which we offer and bundle our services, the terms and conditions of interconnection, unbundled network elements and resale rates, and could change the manner in which telecommunications companies operate. We cannot predict the outcome of these proceedings or the impact they will have on our business, revenue and cash flow.

There can be no assurance that future regulatory changes will not have a material adverse effect on us, or that regulators or third parties will not raise material issues with regard to our compliance or noncompliance with applicable regulations, any of which could have a material adverse effect upon us. Potential future regulatory, judicial, legislative, and government policy changes in jurisdictions where we operate could have a material adverse effect on us. Domestic or international regulators or third parties may raise material issues with regard to our compliance or noncompliance with applicable regulations, and therefore may have a material adverse impact on our competitive position, growth and financial performance.

*The market for communications services is highly competitive and fragmented, and we expect competition to continue to increase.*

We compete with independent software and service providers and with the in-house IT and network departments of communications companies. Our main competitors include firms that provide communications services and IT services (including consulting, systems integration and managed services), software vendors that sell products for particular aspects of a total information system, software vendors that specialize in systems for particular communications services (such as Internet, wire line and wireless services, cable, satellite and service bureaus) and network equipment providers that offer software systems in combination with the sale of network equipment. We also compete with companies that provide digital commerce software and solutions.

*The telecommunications industry is rapidly changing, and if we are not able to adjust our strategy and resources effectively in the future to meet changing market conditions, we may not be able to compete effectively.*

The telecommunications industry is changing rapidly due to deregulation, privatization, consolidation, technological improvements, availability of alternative services such as mobile, broadband, DSL, Internet, VOIP, and wireless DSL through use of the fixed wireless spectrum, and the globalization of the world's economies. In addition, alternative services to traditional land-line services, such as mobile, broadband, Internet and VOIP services, have shown a competitive threat to our legacy land-line traffic business. If we do not continue to invest and exploit our contemplated plan of development of our communications information systems, outsourced solutions and value-added communication services to meet changing market conditions, or if we do not have adequate resources, we may not be able to compete effectively in providing technology solutions to our customers. The telecommunications industry is marked by the introduction of new product and service offerings and technological improvements. Achieving successful financial results will depend on our ability to anticipate, assess and adapt to rapid technological changes, and offer, on a timely and cost-effective basis, services including the bundling of multiple services into our technology platforms that meet evolving industry standards. If we do not anticipate, assess or adapt to such technological changes at a competitive price, maintain competitive services or obtain new technologies on a timely basis or on satisfactory terms, our financial results may be materially and adversely affected.

*If we are not able to operate a cost-effective network, we may not be able to grow our business successfully.*

Our long-term success depends on our ability to design, implement, operate, manage and maintain a reliable and cost-effective network. In addition, we rely on third parties to enable us to expand and manage our global network and to provide local, broadband Internet and mobile services.

**Risks Related to Our Capital Stock**

*We could issue additional common stock, which might dilute the book value of our capital stock.*

Our Board of Directors has authority, without action or vote of our stockholders, to issue all or a part of our authorized but unissued shares of common stock. Any such stock issuance could be made at a price that reflects a discount or a premium to the then-current trading price of our common stock. In addition, in order to raise future capital, we may need to issue securities that are convertible into or exchangeable for a significant amount of our common stock. These issuances, if any, would dilute your percentage ownership interest in the Company, thereby having the effect of reducing your influence on matters on which stockholders vote. You may incur additional dilution if holders of stock options, whether currently outstanding or subsequently granted, exercise their options, or if warrant holders exercise their warrants to purchase shares of our common stock. As a result, any such issuances or exercises would dilute your interest in the Company and the per share book value of the common stock that you owned, either of which could negatively affect the trading price of our common stock and the value of your investment.

33

*As a "thinly-traded" stock, large sales can place downward pressure on our stock price.*

Our stock experiences periods when it could be considered "thinly traded". Financing transactions resulting in a large number of newly issued shares that become readily tradable, or other events that cause current stockholders to sell shares, could place further downward pressure on the trading price of our stock. In addition, the lack of a robust resale market may require a stockholder who desires to sell a large number of shares to sell the shares in increments over time to mitigate any adverse impact of the sales on the market price of our stock.

*We have no dividend history and have no intention to pay dividends in the foreseeable future.*

We have never paid dividends on or in connection with our common stock and do not intend to pay any dividends to common stockholders for the foreseeable future.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

Except as previously disclosed in Current Reports on Form 8-K, the Company has not issued unregistered securities during the quarter ending September 30, 2018.

**Item 3. Defaults upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

**Subsequent Equity Issuances**

On October 25, 2018, the company issued an aggregate of 1,308,914 shares of common stock, par value $0.00001 per share, of the Company to several key persons. The issued shares are pursuant to the Company's 2018 Long Term Incentive Compensation Plan (the "2018 Plan"), the Company's 2017 Long Term Incentive Compensation Plan (the "2017 Plan") and the Company's 2008 Long Term Incentive Compensation Plan (the "2008 Plan").

The aggregate of 269,164 shares were issued to Victor Bozzo, Alexander Korff, Yves Van Sante and Luis Jimenez-Tunon; and 1,000,000 shares were issued to Robert H. Turner, pursuant to the Registration Statement on Form S-8 as filed with the Securities and Exchange Commission for the 2018 Plan, the 2017 Plan and the 2008 Plan. Additionally, 39,750 shares were issued to Martin Zuubier as pursuant to the Registration Statement on Form S-8 as filed with the Securities and Exchange Commission for the 2018 Plan, the 2017 Plan and the 2008 Plan.

34

**Item 6. Exhibits**

   (a)  Exhibits

| | |
|---|---|
| 31.1 | Certification of the principal executive officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 31.2 | Certification of the principal accounting officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 32.1 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

35

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<strong>PARETEUM CORPORATION</strong>

Date: November 14, 2018                                     By     /s/ Robert H. Turner
                                                                   Robert H. Turner
                                                                   Executive Chairman
                                                                   (Principal Executive Officer)

Date: November 14 , 2018                                    By     /s/ Edward O'Donnell
                                                                   Edward O'Donnell
                                                                   Chief Financial Officer
                                                                   (Principal Financial and Accounting Officer)

36

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert H. Turner, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: November 14, 2018

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Edward O'Donnell, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: November 14, 2018

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

**Exhibit 32.1**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation., a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)    The Quarterly Report on Form 10-Q for the quarter ended September 30, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: November 14, 2018

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**Exhibit 32.2**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation, a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)   The Quarterly Report on Form 10-Q for the quarter ended September 30, 2018 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: November 14, 2018

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒    Quarterly report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended March 31, 2019

☐    Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**000-30061**
( *Commission file No.)*

# PARETEUM CORPORATION
*(Exact name of registrant as specified in its charter)*

| **DELAWARE** | **95-4557538** |
|:---:|:---:|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. employer identification no.)* |

**1185 Avenue of the Americas, New York, NY 10036**
**USA**
*(Address of principal executive offices) (Zip Code)*

**+ 1 (212) 984-1096**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒      No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒      No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated filer ☐ | Accelerated filer ☒ |
|---|---|
| Non-Accelerated filer ☐ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐      No ☒

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock | TEUM | NASDAQ |

As of May 9, 2019, there were 110,921,738 shares of the Company's common stock outstanding.

**PARETEUM CORPORATION AND SUBSIDIARIES**
TABLE OF CONTENTS
FORM 10-Q REPORT
March 31, 2019

PART I - FINANCIAL INFORMATION                                                                                    3

Item 1. Financial Statements                                                                                     3
Condensed Consolidated Balance Sheets as of March 31, 2019 (unaudited) and December 31, 2018                     3
Condensed Consolidated Statements of Comprehensive Loss for the three month periods ended March 31, 2019 and 2018 (unaudited)   4
Condensed Consolidated Statements of Changes in Stockholders' Equity for the three month periods ended March 31, 2019  and March 31, 2018 (unaudited)   5
Condensed Consolidated Statements of Cash Flows for the three month periods ended March 31, 2019 and 2018 (unaudited)   6
Notes to Unaudited Condensed Consolidated Financial Statements                                                   7
Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations                   19
Item 3. Quantitative and Qualitative Disclosures About Market Risk                                              24
Item 4. Controls and Procedures                                                                                 24

PART II -  OTHER INFORMATION                                                                                    25

Item 1. Legal Proceedings                                                                                       25
Item 1A. Risk Factors                                                                                           25
Item 2. Unregistered Sales of Equity Securities and Use of Proceeds                                             25
Item 3. Defaults upon Senior Securities                                                                         25
Item 4. Mine Safety Disclosure                                                                                  25
Item 5. Other Information                                                                                       25
Item 6. Exhibits                                                                                                26

SIGNATURES                                                                                                      27

**PART I - FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED)

| | March 31, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT ASSETS** | | | | |
| Cash and cash equivalents | $ | 10,699,061 | $ | 6,051,709 |
| Restricted cash | | 704,779 | | 430,655 |
| Accounts receivable, net of an allowance for doubtful accounts of $1,307,071 at March 31, 2019 and $1,021,179 at December 31, 2018 | | 28,644,699 | | 15,361,594 |
| Prepaid expenses and other current assets | | 3,633,668 | | 2,083,950 |
| Total current assets | | 43,682,207 | | 23,927,908 |
| **NON-CURRENT ASSETS** | | | | |
| **OTHER ASSETS** | | 575,790 | | 45,336 |
| **RIGHT OF USE LEASE ASSETS** | | 3,136,015 | | - |
| **NOTE RECEIVABLE** | | 3,763,103 | | 1,082,436 |
| **PROPERTY AND EQUIPMENT, NET** | | 5,184,312 | | 4,553,250 |
| **INTANGIBLE ASSETS, NET** | | 60,706,494 | | 39,658,325 |
| **GOODWILL** | | 119,898,741 | | 91,773,911 |
| **TOTAL ASSETS** | $ | 236,946,662 | $ | 161,041,166 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable and customer deposits | $ | 25,079,940 | $ | 10,337,629 |
| Net billings in excess of revenues | | 1,615,976 | | 927,780 |
| Accrued expenses and other payables | | 12,566,851 | | 7,952,380 |
| Promissory note | | 516,205 | | 681,220 |
| 9% Unsecured subordinate convertible promissory note (net of debt discount and debt issuance costs) | | - | | 106,967 |
| Total current liabilities | | 39,778,972 | | 20,005,976 |
| **LONG TERM LIABILITIES** | | | | |
| Senior secured debt | | 21,806,879 | | - |
| Lease liabilities | | 3,141,842 | | - |
| Other long term liabilities | | 80,491 | | 212,703 |
| Deferred tax liabilities | | 8,190,607 | | 8,415,825 |
| Related party loan | | 342,000 | | 341,998 |
| Total long term liabilities | | 33,561,819 | | 8,970,526 |
| Total liabilities | | 73,340,791 | | 28,976,502 |
| Commitments and Contingencies (See Notes) | | | | |
| **STOCKHOLDERS' EQUITY** | | | | |
| Preferred Stock $0.00001 par value, 50,000,000 shares authorized, 0 issued and outstanding as of March 31, 2019 and December 31, 2018 | | - | | - |
| Common Stock $0.00001 par value, 500,000,000 shares authorized, 109,765,015 issued and outstanding as of March 31, 2019 and 97,852,911 shares issued and outstanding as of December 31, 2018 | | 488,670,353 | | 450,990,827 |
| Accumulated other comprehensive loss | | (6,660,584) | | (6,300,780) |

| | | |
|---|---|---|
| Accumulated deficit | (318,403,898) | (312,625,383) |
| Pareteum Corporation stockholders' equity | 163,605,871 | 132,064,664 |
| | | |
| **NON-CONTROLLING INTEREST** | - | - |
| Total stockholders' equity | 163,605,871 | 132,064,664 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 236,946,662 | $ 161,041,166 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

3

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS
(UNAUDITED)

| | Three months ended | |
| --- | --- | --- |
| | March 31, 2019 | March 31, 2018 |
| REVENUES | $ 23,039,913 | $ 4,112,570 |
| | | |
| COST AND OPERATING EXPENSES | | |
| Cost of service (excluding depreciation and amortization) | 10,068,283 | 1,194,523 |
| Product development | 2,198,324 | 726,845 |
| Sales and marketing | 2,564,912 | 688,998 |
| General and administrative | 7,614,359 | 2,296,852 |
| Restructuring and acquisition charges | 3,080,364 | 73,600 |
| Depreciation and amortization of fixed and intangibles assets | 2,843,403 | 965,290 |
| Total cost and operating expenses | 28,369,645 | 5,946,108 |
| | | |
| LOSS FROM OPERATIONS | (5,329,732) | (1,833,538) |
| | | |
| OTHER INCOME (EXPENSE) | | |
| Interest income | 101,545 | 42,672 |
| Interest expense | (548,860) | (63,758) |
| Interest expense related to debt discount and conversion feature | (71,981) | (29,566) |
| Amortization of deferred financing costs | (49,691) | (6,142) |
| Changes in derivative liabilities | - | (313,733) |
| Other (expense) income, net | (47,130) | 69,546 |
| Total other expense | (616,117) | (300,981) |
| | | |
| LOSS BEFORE PROVISION FOR INCOME TAXES | (5,945,849) | (2,134,519) |
| Income tax benefit | (167,334) | (418) |
| NET LOSS | (5,778,515) | (2,134,101) |
| | | |
| OTHER COMPREHENSIVE LOSS | | |
| Foreign currency translation (loss) gain | (359,804) | 104,402 |
| | | |
| COMPREHENSIVE LOSS | $ (6,138,319) | $ (2,029,699) |
| | | |
| Net loss per common share and equivalents – basic | $ (0.06) | $ (0.04) |
| | | |
| Net loss per common share and equivalents – diluted | $ (0.06) | $ (0.04) |
| | | |
| Weighted average shares outstanding during the period – basic | 103,565,745 | 50,062,434 |
| | | |
| Weighted average shares outstanding during the period – diluted | 103,565,745 | 50,062,434 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements

4

**PARETEUM CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**
**(UNAUDITED)**

| Description | Common Stock | | Accumulated other comprehensive loss | Accumulated deficit | Total stockholders equity |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| **Balance – January 1, 2018** | 46,617,093 | $ 321,271,437 | $ (6,306,691) | $ (299,543,213) | $ 15,421,533 |
| | | | | | |
| Shares issued for warrant exercises | 4,250,748 | 2,542,250 | - | - | 2,542,250 |
| Stock awards issued to management | 100,000 | 283,000 | - | - | 283,000 |
| Shares issued to consultants | 78,553 | 81,997 | - | - | 81,997 |
| Shares in transit | - | 526,749 | - | - | 526,749 |
| Amortization of stock options expense | - | 160,821 | - | - | 160,821 |
| Accumulated adjustment for accounting change | - | - | 107,520 | - | 107,520 |
| Other comprehensive loss due to foreign exchange rate translation net of tax | - | - | (3,118) | - | (3,118) |
| Net loss | - | - | - | (2,134,101) | (2,134,101) |
| **Balance - March 31, 2018** | 51,046,394 | $ 324,866,254 | $ (6,202,289) | $ (301,677,314) | $ 16,986,651 |
| | | | | | |
| **Balance - January 1, 2019** | 97,852,911 | $ 450,990,827 | $ (6,300,780) | $ (312,625,383) | $132,064,664 |
| | | | | | |
| Shares issued for acquisitions | 9,865,412 | 29,253,287 | - | - | 29,253,287 |
| Warrant exercises | 501,606 | 647,447 | - | - | 647,447 |
| Services settled by issuance of shares | 420,514 | 1,522,636 | - | - | 1,522,636 |
| Shares issued to be cancelled | 37,014 | 64,775 | - | - | 64,775 |
| Exercises of stock options | 68,083 | 69,567 | - | - | 69,567 |
| Shares in transit | - | 1,451,700 | - | - | 1,451,700 |
| Stock based compensation expense | 594,475 | 3,713,614 | - | - | 3,713,614 |
| Shares issued to senior secured lender | 425,000 | 956,500 | - | - | 956,500 |
| Other comprehensive loss due to foreign exchange rate translation net of tax | - | - | (359,804) | - | (359,804) |
| Net Loss | - | - | - | (5,778,515) | (5,778,515) |
| **Balance – March 31, 2019** | 109,765,015 | $ 488,670,353 | $ (6,660,584) | $ (318,403,898) | $163,605,871 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements

5

**PARETEUM CORPORATION AND SUBSIDIARIES**
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(UNAUDITED)

| | | Three Months Ended | |
| | | March 31, 2019 | March 31, 2018 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net loss | $ | (5,778,515) $ | (2,134,101) |
| **Adjustments to reconcile net loss to net cash (used in) provided by operating activities:** | | | |
| Depreciation and amortization | | 2,843,403 | 965,290 |
| Provision for doubtful accounts | | 285,892 | - |
| Stock based compensation | | 3,713,614 | 1,077,625 |
| Change in fair value of warrant liability | | - | 313,733 |
| Amortization of deferred financing costs | | 49,690 | 6,142 |
| Interest expense relating to debt discount and conversion feature | | 71,981 | 29,566 |
| Services settled by issuance of shares | | 1,522,636 | - |
| **Changes in operating assets and liabilities:** | | | |
| (Increase) decrease in accounts receivable | | (9,225,001) | 110,684 |
| Decrease (increase) in prepaid expenses and other assets | | 2,816,290 | (319,733) |
| Increase in accounts payable and customer deposits | | 3,421,002 | 307,619 |
| (Decrease) increase in Net billings in excess of revenues | | (1,237,464) | 54,885 |
| (Decrease) in accrued expenses and other payables | | (3,097,473) | (383,139) |
| **Net cash (used in) provided by operating activities** | | (4,613,945) | 28,571 |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Purchases of property and equipment | | (765,370) | (433,749) |
| Business combinations, net of cash acquired | | (284,023) | - |
| Investment in notes receivable | | (2,700,000) | - |
| **Net cash (used in) investing activities** | | (3,749,393) | (433,749) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | |
| Exercise of warrants and options | | 717,014 | 2,489,329 |
| Repayments on other long term loans | | - | (17,105) |
| Increase in short term loans | | 287,566 | 52,813 |
| Financing related fees | | (894,443) | - |
| Proceeds from senior secured debt issued | | 25,000,000 | - |
| Principal repayment Senior Secured Loan | | (11,669,963) | - |
| **Net cash provided by financing activities** | | 13,440,174 | 2,525,037 |
| | | | |
| **EFFECT OF EXCHANGE RATES ON CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | (155,360) | 131,111 |
| **NET INCREASE IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | 4,921,476 | 2,250,970 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, BEGINNING OF THE PERIOD** | | 6,482,364 | 13,737,675 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF THE PERIOD** | $ | 11,403,840 $ | 15,988,645 |
| | | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | | |
| | | | |
| Cash paid during the period for interest | $ | (33,057) $ | (4,937) |
| Cash received during the period for interest | $ | 41,606 $ | - |
| Cash paid for income taxes | $ | (5,570) $ | - |
| | | | |
| **NON-CASH FINANCING ACTIVITIES** | | | |
| Shares issued for acquisitions | $ | (30,654,194) | - |
| Shares issued for conversions of notes and interest | $ | (147,385) $ | - |
| Shares issued for settlement of debt | $ | (544,793) $ | - |
| Shares issued to Senior Secured Lender | $ | (1,606,500) $ | - |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

6

**PARETEUM CORPORATION AND SUBSIDIARIES**

**NOTES TO THE CONDENSED CONSOLIDATED
FINANCIAL STATEMENTS
(UNAUDITED)**

<u>Note 1. Financial Condition</u>

As reflected in the accompanying condensed consolidated financial statements, Pareteum Corporation ("Pareteum," the "Company," "we," "us," or "our") (NASDAQ: TEUM) reported a loss of $5,778,515 for the period ended March 31, 2019 and had an accumulated deficit of $318,403,898 as of March 31, 2019.

<u>Note 2. Description of Business, Basis of Presentation and Use of Estimates</u>

**Business overview**

Pareteum has developed a Communications Cloud Services Platform, providing (i) Mobility, (ii) Messaging, and (iii) Security services and applications, with a Single-Sign-On, API and software development suite. The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales.

On February 12, 2019, we completed our previously announced acquisition of all of the issued and to be issued and outstanding shares of iPass, Inc., a Delaware corporation ("iPass" and the acquisition of iPass, the "iPass Acquisition"). iPass is a cloud-based service provider of global mobile connectivity, offering Wi-Fi access on any mobile device through its SaaS platform and is now a wholly-owned subsidiary of the Company. See Note 3 to the Unaudited Condensed Consolidated Financial Statements.

**Basis of Presentation of Interim Periods**

The interim condensed consolidated financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("GAAP,") for interim financial information and in accordance with the instructions to Securities and Exchange Commission ("SEC"), Form 10-Q and Article 8 of SEC Regulation S-X. They do not include all the information and footnotes required by GAAP for complete financial statements. Therefore, these financial statements should be read in conjunction with our audited consolidated financial statements and notes thereto for the year ended December 31, 2018, included in our 2018 Annual Report on Form 10-K filed with the SEC on March 18, 2019, referred to as our 2018 Annual Report.

The interim condensed consolidated financial statements included herein are unaudited; however, they contain all normal recurring accruals and adjustments that, in the opinion of management, are necessary to present fairly our results of operations and financial position for the interim periods. The results of operations for the three months ended March 31, 2019, are not necessarily indicative of the results to be expected for future quarters or the full year. All intercompany transactions and account balances have been eliminated in consolidation. As of March 31, 2019, the Company's subsidiaries are:

- its wholly owned subsidiary Pareteum North America Corp. with its wholly owned subsidiary, Pareteum UK Ltd.;
- its wholly owned subsidiary Pareteum Asia PTE. Ltd.;
- its wholly owned subsidiary TBR Inc. (special purpose vehicle for iPass acquisition);
- its wholly-owned subsidiary Pareteum Europe B.V. (fka Elephant Talk Europe Holding B.V.) and its wholly owned subsidiaries, Elephant Talk Mobile Services B.V., Elephant Talk PRS Netherlands BV, Elephant Talk Deutschland GmbH (dormant), Elephant Talk Middle East & Africa (Holding) W.L.L., Elephant Talk Luxembourg SA (dormant), Guangzhou Elephant Talk Information Technology Limited (dormant), Elephant Talk Communications Italy S.R.L. (dormant), Elephant Talk Business Services W.L.L., Elephant Talk Middle East & Africa (Holding) Jordan L.L.C. (dormant).;
- its wholly owned Elephant Talk Communications Holding AG and its wholly owned subsidiaries Pareteum Spain SLU and ETC Carrier Services GmbH.;
- Pareteum Europe B.V. majority-owned subsidiaries Elephant Talk Bahrain W.L.L. (99%), ET de Mexico S.A.P.I. de C.V. (99.998%), ET-UTS NV; (51%) and LLC Pareteum (Russia) (50%) Elephant Talk;
- Elephant Talk Telecomunicação do Brasil LTDA, is owned 90% by Pareteum Europe B.V. and 10% by Elephant Talk Communication Holding AG;

7

- its wholly-owned subsidiary Elephant Talk Limited ("ETL") and its wholly owned ET Guangdong Ltd. And its majority owned (50.54%) subsidiary Elephant Talk Middle East & Africa FZ-LLC.;
- Asesores Profesionales ETAK S. de RL. De C.V. is owned 99% by Pareteum Europe B.V.;
- its wholly owned subsidiary Artilium Group Ltd. And its wholly owned subsidiaries, Artilium NV, Speak UP BVBA, Ello Mobile BVBA, Artilium UK Ltd., Comsys Telecom & Media BV, Portalis BV, Comsys Connect GmbH, United Telecom N.V., Talking Sense BVBA, Wbase Comm. V, Artilium Trustee Company Limited, Comsys Connect BV, Livecom International BV, Comsys Connect AG and United Telecom BV; and
- its wholly owned subsidiary iPass, Inc. and its wholly owned subsidiaries iPass (U.K.) Limited, iPass France SAS, iPass Deutschland GmbH, iPass Holdings Pty Ltd., iPass Asia Pte Ltd., iPass Japan, Inc., iPass India Private Limited, iPass Ltd., GoRemote Internet Communications, Inc., GoRemote International Corporation, Axcelerant, Inc., Worldwide Axcelerant Group, Mobile Automation, Inc. and Safe3W, Inc.

For a complete summary of our significant accounting policies, please refer to Note 1, "Business and Summary of Significant Accounting Policies," in Item 8 of our 2018 Annual Report.

**Use of Estimates**

The preparation of the accompanying consolidated financial statements in conformity with GAAP requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and intangible assets acquired in our acquisitions of Artilium and iPass. Significant estimates include the bad debt allowance, revenue recognition, impairment of long-lived assets, valuation of financial instruments, useful lives of long-lived assets and share-based compensation. Actual results may differ from these estimates under different assumptions or conditions and those differences could be material.

**Reclassification**

Certain reclassifications have been made to the Company's consolidated financial statements for the prior years to conform to the current year presentation. Such reclassifications had no impact on net loss or net cash flows.

**Leases**

We determine if an arrangement is a lease at inception. Operating leases are included in operating lease right-of-use ("ROU") assets and lease liabilities in our condensed consolidated balance sheets. As of adoption of ASC 842 and as of March 31, 2019, the Company was not party to finance lease arrangements.

ROU assets represent our right to use an underlying asset for the lease term and lease liabilities represent our obligation to make lease payments arising from the lease. Operating lease ROU assets and liabilities are recognized at commencement date based on the present value of lease payments over the lease term. As most of our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at commencement date in determining the present value of lease payments. We use the implicit rate when readily determinable. The operating lease ROU asset also includes any lease payments made and excludes lease incentives. Our lease terms may include options to extend or terminate the lease when it is reasonably certain that we will exercise that option. Lease expense for lease payments is recognized on a straight-line basis over the lease term.

Under the available practical expedient, we account for the lease and non-lease components as a single lease component.

**Recently Adopted Accounting Pronouncements**

In June 2018, the FASB issued ASU 2018-07, *Compensation-Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting* . ASU 2018-07 expands the scope of Topic 718 to include share-based payment transactions for acquiring goods and services from nonemployees. ASU 2018-07 became effective for the Company on January 1, 2019. The adoption of this standard did not have a material impact on the Company's consolidated financial statements.

8

In July 2017, the FASB issued ASU No. 2017-11, *Earnings per Share (Topic 260), Distinguishing Liabilities from Equity (Topic 480), Derivatives and Hedging (Topic 815)* ("ASU 2017-11"). ASU 2017-11 consists of two parts. The amendments in Part I of this update change the classification analysis of certain equity-linked financial instruments (or embedded features) with down round features. When determining whether certain financial instruments should be classified as liabilities or equity instruments, a down round feature no longer precludes equity classification when assessing whether the instrument is indexed to an entity's own stock. The amendments also clarify existing disclosure requirements for equity-classified instruments. As a result, a freestanding equity-linked financial instrument (or embedded conversion option) no longer would be accounted for as a derivative liability at fair value as a result of the existence of a down round feature. For freestanding equity classified financial instruments, the amendments require entities that present earnings per share ("EPS") in accordance with Topic 260 to recognize the effect of the down round feature when it is triggered. That effect is treated as a dividend and as a reduction of income available to common stockholders in basic EPS. Convertible instruments with embedded conversion options that have down round features are now subject to the specialized guidance for contingent beneficial conversion features (in Subtopic 470-20, Debt—Debt with Conversion and Other Options), including related EPS guidance (in Topic 260). The amendments in Part II of this update re-characterize the indefinite deferral of certain provisions of Topic 480 that now are presented as pending content in the Codification, to a scope exception. Those amendments do not have an accounting effect. For public business entities, the amendments in Part I of this update are effective for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2018. Early adoption is permitted for all entities, including adoption in an interim period. If an entity early adopts the amendments in an interim period, any adjustments should be reflected as of the beginning of the fiscal year that includes that interim period. The amendments in Part II of this update do not require any transition guidance because those amendments do not have an accounting effect. ASU 2017-11 became effective for the Company on January 1, 2019. The adoption of this standard did not have a material impact on the Company's consolidated financial statements.

In February 2016, the FASB issued ASU 2016-02, *Leases* ("ASU 2016-02"). This new standard establishes a right-of-use (ROU) model that requires a lessee to record a ROU asset and a lease liability on the balance sheet for all leases with terms longer than 12 months. Leases will be classified as either finance or operating, with classification affecting the pattern of expense recognition in the income statement. ASU 2016-02 is effective for fiscal years beginning after December 15, 2018, including interim periods within those fiscal years. Early adoption is permitted. In July 2018, the FASB issued ASU No. 2018-11 which provides an alternative transition method that allows entities to apply the new leases standard at the adoption date and recognize a cumulative-effect adjustment to the opening balance of retained earnings in the period of adoption. The Company has adopted the requirements of ASU 2016-02 on January 1, 2019, using the modified retrospective method. The Company took advantage of the practical expedient options, which allows an entity not to reassess whether any existing or expired contracts contain leases. Upon adoption of this standard on January 1, 2019, the Company recorded right of use assets and corresponding lease liabilities of $1.2 million. As of March 31, 2019, there was an increase in assets and liabilities to $3.1 million due to the recognition of the required right-of-use asset and corresponding liabilities for all lease obligations that are currently classified as operating leases, including those we acquired in our purchase of iPass. The standard did not have a material impact on our consolidated income statements. We elected to apply the practical expedient related to land easements, as well as the package of practical expedients permitted under the transition guidance in the new standard, which allowed us to carryforward our historical lease classification.

**Recent Accounting Pronouncements**

In January 2017, the FASB issued ASU 2017-04, *Intangibles, Goodwill and Other (Topic 350) "Simplifying the Test for Goodwill Impairment*." ASU 2017-04 eliminates the two-step process that required identification of potential impairment and a separate measure of the actual impairment. Goodwill impairment charges, if any, would be determined by the difference between a reporting unit's carrying value and its fair value (impairment loss is limited to the carrying value). This standard is effective for annual or any interim goodwill impairment tests beginning after December 15, 2019. The Company is currently evaluating the impact of this guidance on its consolidated financial statements.

**Note 3. Business Combinations**

On November 12, 2018, the Company entered into an Agreement and Plan of Merger (the "Merger Agreement") by and among the Company, Purchaser, and iPass. Pursuant to the Merger Agreement, Purchaser, a wholly-owned subsidiary of the Company, commenced the offer for the "iPass Shares for the "Transaction Consideration, upon the terms and subject to the conditions set forth in the Prospectus/Offer to Exchange dated December 4, 2018 (together with any amendments and supplements thereto, the "Offer to Exchange"), and the related Letter of Transmittal. The Offer and withdrawal rights expired at 5:00 p.m. New York City time on February 12, 2019, and promptly following such time Purchaser accepted for payment and promptly paid for all validly tendered iPass Shares in accordance with the terms of the Offer. The Company acquired 100% of the voting shares of iPass.

On February 12, 2019, following acceptance and payment for the validly tendered iPass Shares and pursuant to the terms and conditions of the Merger Agreement, the Company completed its acquisition of iPass from the stockholders of iPass when Purchaser merged with and into iPass, with iPass surviving as a wholly owned subsidiary of the Company (the "Merger"). The Merger was governed by Section 251(h) of the Delaware General Corporation Law, as amended (the "DGCL") with no stockholder vote required to consummate the Merger. At the effective time of the Merger, each iPass Share outstanding was converted into the right to receive the Transaction Consideration. The iPass Shares are no longer listed on the Nasdaq Capital Market.

As part of the acquisition, the Company issued 9,865,412 common shares to shareholders and 705,000 shares were granted to employees.

The allocation of the purchase price was as follows (in thousands):

| | | |
|---|---|---:|
| **Purchase consideration:** | | |
| Shares issued to shareholders | $ | 29,253 |
| Shares issued to employees | | 1,401 |
| Total purchase consideration | $ | 30,654 |
| | | |
| **Purchase price allocation:** | | |
| Assets: | | |
| Cash and cash equivalents | $ | 284 |
| Accounts receivable, net | | 4,344 |
| Property, plant and equipment, net | | 1,092 |
| Other assets | | 4,863 |
| Intangible assets | | 22,700 |
| Total assets | | 33,283 |
| | | |
| Liabilities: | | |
| Accounts payable | | 11,321 |
| Deferred revenue | | 1,701 |
| Loans outstanding | | 10,989 |
| Other liabilities | | 6,743 |
| Total liabilities | | 30,754 |
| Estimated fair value of net assets acquired | | 2,529 |
| Goodwill | $ | 28,125 |

The period ended March 31, 2019, consolidated financial statements included iPass and its subsidiaries from the closing date of February 12, 2019, acquisition date through March 31, 2019.

The allocation of the purchase price for iPass's intangible assets were as follows (in thousands):

| | Estimated Fair Value | | Useful Life (Years) |
|---|---|---:|---:|
| Developed Technology | $ | 5,500 | 8 |
| Customer relationships | | 15,500 | 11 |
| Tradename | | 1,700 | 3 |
| Intangible assets | $ | 22,700 | |

## Note 4. Balance Sheet Information

The following tables present details of our unaudited condensed consolidated financial statements:

| **Prepaid expenses and other current assets** | | March 31, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| Prepaid expenses | $ | 3,136,043 | $ | 1,659,783 |
| VAT | | 497,625 | | 424,167 |
| | $ | 3,633,668 | $ | 2,083,950 |

| **Property and equipment, net** | | March 31, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| Furniture and fixtures | $ | 566,726 | $ | 139,857 |
| Computer, communications and network equipment | | 17,212,807 | | 17,520,435 |
| Software | | 4,836,881 | | 4,716,816 |
| Automobiles | | 324,534 | | 10,744 |
| Software development | | 2,816,237 | | 1,656,739 |
| Subtotal | | 25,757,185 | | 24,044,591 |
| Accumulated depreciation and amortization | | (20,572,873) | | (19,491,341) |
| | $ | 5,184,312 | $ | 4,553,250 |

| **Intangible Assets, net** | | March 31, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| Intangible assets: | | | | |
| Developed technology | $ | 26,100,000 | $ | 20,600,000 |

| | | | | |
|---|---|---|---:|---:|
| Consumer relationships | | | 32,500,000 | 16,800,000 |
| Tradename | | | 5,100,000 | 3,400,000 |
| Accumulated amortization | | | (2,793,506) | (1,141,675) |
| | | $ | 60,706,494 | $ 39,658,325 |

10

| Accrued expenses and other payables | March 31, 2019 | December 31, 2018 |
|---|---:|---:|
| Accrued selling, general and administrative expenses | $ 3,851,308 | $ 2,396,941 |
| Accrued restructuring & acquisition related costs | 2,685,291 | 1,885,194 |
| Accrued cost of service | 2,552,964 | 1,070,099 |
| Accrued taxes (including VAT) | 2,698,297 | 2,283,999 |
| Accrued interest payable | 334,868 | 67,613 |
| Other accrued expenses | 444,123 | 248,534 |
| | $ 12,566,851 | $ 7,952,380 |

**9% Unsecured Subordinated Convertible Promissory Note**
**(Maturing between December 2018 and March 2019)**

| | Outstanding March 31, 2019 | Regular Amortizations (during 2019) | Conversions (during 2019) including accelerated amortization | 10% Early Repayment Short Term | Outstanding December 31, 2018 |
|---|---:|---:|---:|---:|---:|
| *Convertible Note Principal Amount* | $ - | $ - | $ 105,000 | $ 10,500 | $ (115,500) |
| *Debt Discounts & Financing Costs* | - | (8,533) | - | - | 8,533 |
| **Total 9% Unsecured Note** | $ - | $ (8,533) | $ 105,000 | $ 10,500 | $ (106,967) |

During the three months ended March 31, 2019, the conversion feature was exercised at a price of $1.75 per share, and a total of 84,220 shares were exercised.

11

**Outstanding numbers of Dilutive Securities**

The outstanding number of dilutive securities for the first quarter of 2019 can be seen below:

| Number of underlying shares for Warrants & Conversion Features | Outstanding March 31, 2019 | Agreement Amendments / Interest effects | Conversions | Outstanding December 31, 2018 |
|---|---|---|---|---|
| Fortress - iPass Loan Repayment Warrant | 325,000 | 325,000 | - | - |
| 2017 Registered Public Offering | 110,912 | - | (359,058) | 469,970 |
| Investor Management Services | 710,000 | - | - | 710,000 |
| 9% Convertible Note Warrants | 501,306 | - | (19,067) | 520,373 |
| 2013 Convertible Notes | 60,000 | - | - | 60,000 |
| Other 9% Convertible Note Warrants | 96,520 | - | - | 96,520 |
| 2017 Registered Public Offering Agent Warrants | 39,000 | - | (23,334) | 62,334 |
| 9% Convertible Note 7% Agent Warrants | 66,230 | - | - | 66,230 |
| Nov-2017 Underwriter Agreement Investor Warrants | - | - | | - |
| Nov-2017 Underwriter Agreement Agent Warrants | 821,677 | - | (88,910) | 910,587 |
| Oct-2017 Shelf Take Down Agent Warrants | 843 | - | - | 843 |
| May-2018 Public Offering Agent Warrants | 66,660 | - | (55,340) | 122,000 |
| Preferred Share Conversion Warrants | 731,798 | - | - | 731,798 |
| Preferred Share issuance 8% Agent Warrants | 38,827 | - | - | 38,827 |
| **Total Outstanding Warrants** | **3,568,773** | **325,000** | **(545,709)** | **3,789,482** |

**Cash and Restricted Cash**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the condensed Consolidated Balance Sheets to that sum to the total amounts shown in the Condensed Consolidated Statements of Cash Flows:

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| Cash and cash equivalents | $ 10,699,061 | $ 6,051,709 |
| Restricted Cash | 704,779 | 430,655 |
| Total cash, cash equivalents and restricted cash reported in the Statement of Cash Flows | $ 11,403,840 | $ 6,482,364 |

**Notes Receivable**

At March 31, 2019 and December 31, 2018, the Company had notes receivable of $3,763,103 and $1,082,436, respectively.

The third quarter 2016 sale of ValidSoft for the price of $3,000,000 was completed and the Company received $2,000,000 in cash and a $1,000,000 promissory note, with an interest rate of 5% per annum. The maturity date of the note is September 30, 2019. At March 31, 2019 and December 31, 2018, the remaining outstanding principal amounts were $505,136 and $576,769, respectively.

On November 26, 2018, the Company executed a senior secured promissory note for $500,000 from Yonder Media Mobile (an unrelated entity), with interest accruing at a simple rate of 6% per annum with a maturity date of May 26, 2020. On January 9, 2019, February 12, 2019 and February 28, 2019, the Company issued additional notes of $500,000, $200,000, and $2,000,000, respectively (the "2019 Notes"). The 2019 Notes each bear an interest rate of 12% per annum and mature 18 months following the issuance date. All principal and interest are due on the maturity date. At March 31, 2019 and December 31, 2018, the remaining outstanding principal amounts were $3,257,967 and $505,667, respectively.

12

**Note 5. Stockholders' Equity**

**(A) Common Stock**

The Company is presently authorized to issue 500,000,000 shares common stock. The Company had 109,765,015 shares of common stock issued and outstanding as of March 31, 2019, an increase of 11,912,104 shares from December 31, 2018, due to the iPass acquisition (9,865,412), warrant exercises (501,606), shares issued to Senior Secured lender (425,000), services settled by issuance of shares (420,514), stock based compensation expense (594,475) shares issued for exercised employee stock options (68,083) and shares issued to be cancelled (37,014).

**(B) Warrants**

The Company has issued warrants with varying terms and conditions related to multiple financing rounds, acquisitions and other transactions. The number of warrants outstanding at March 31, 2019, (unaudited) and December 31, 2018 have been recorded and classified as equity is 3,568,773 and 3,789,482, respectively. The Weighted Average Exercise Price for the currently outstanding warrants in the table below is $2.43. The table below summarizes the warrants outstanding as of March 31, 2019, and as of December 31, 2018:

| Outstanding Warrants | Exercise/ Conversion price(s) (range) | Expiring | March 31, 2019 | December 31, 2018 |
|---|---|---|---|---|
| Equity Warrants – Fundraising | $1.05 - $5.375 | 2019 – 2026 | 3,568,773 | 3,789,482 |

**Note 6.  Amended and Restated 2008 Long Term Incentive Compensation Plan, 2017 Long-Term Incentive Compensation Plan and 2018 Long-Term Incentive Compensation Plan**

**Amended and Restated 2008 Long-Term Incentive Compensation Plan ("2008 Plan")**

| | |
|---|---|
| Total authorized under the plan | 2,240,000 |
| Shares issued in prior years | (1,114,824) |
| Outstanding options | (194,268) |
| Available for grant at March 31, 2019 (Registered and Unregistered) | 930,908 |

During the first quarter of 2018 and 2019, no shares were issued, or options granted under the 2008 Plan.

**Stock option activity is set forth below for the 2008 Plan:**

| Options: | Number of Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of December 31, 2018 | 203,266 | $ | 10.74 |
| Expirations | (8,998) | | 19.83 |
| Outstanding as of March 31, 2019 | 194,268 | $ | 6.51 |

At March 31, 2019 and December 31, 2018, the unrecognized expense portion of share-based awards granted to employees under the 2008 Plan was $0.

**2017 Long-Term Incentive Compensation Plan ("2017 Plan")**

| | |
|---|---|
| Total authorized under the plan (Shareholders) | 6,500,000 |
| Total registered under the plan (S-8 dated June 14, 2017 and April 13, 2018) | 6,500,000 |
| Shares issued under the plan in prior years | (3,207,700) |
| Outstanding options | (3,317,940) |
| Available for grant at March 31, 2019 (Registered & Unregistered) | (25,640) |

During the first quarter of 2018 and 2019, no shares were issued and no options were granted under the 2017 Plan.

**Stock option activity is set forth below for the 2017 Plan:**

| Options: | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| Outstanding as of December 31, 2018 | 3,460,546 | $ 1.81 |
| Exercised in 2019 | (68,083) | 1.02 |
| Forfeitures | (60,358) | 2.61 |
| Expirations | (14,165) | 1.00 |
| Outstanding as of March 31, 2019 | 3,317,940 | $ 1.81 |

At March 31, 2019, the unrecognized expense portion of stock-based awards granted to employees under the 2017 Plan was $1,943,390 as compared to $2,448,790 at December 31, 2018.

Under the provisions of ASC 718, expensing takes place proportionally to the vesting associated with each stock-award, adjusted for cancellations, forfeitures and returns. If there are any modifications or cancellations of the underlying unvested awards, we may be required to accelerate, increase or cancel any remaining unearned stock-based compensation expense.

**2018 Long-Term Incentive Compensation Plan ("2018 Plan")**

On October 10, 2018, the Company filed an S-8 to register the remaining 8,000,000 shares of common stock of the 2018 Long Term Incentive Compensation Plan which was previously ratified by our stockholders on September 12, 2017 at our annual meeting. This incentive plan provides for awards of up to 8,000,000 shares of common stock, in the form of options, restricted stock awards, stock appreciation rights ("SAR's"), performance units and performance bonuses to eligible employees and the grant of nonqualified stock options, restricted stock awards, SAR's and performance units to consultants and eligible directors.

During 2018, 1,000,000 shares of common stock were issued to an officer under the 2018 Plan. This is included in the accompanying condensed consolidated statement of changes in stockholders' equity under stock awards issued to management.

**2018 Long-Term Incentive Compensation Plan**

| | |
|---|---|
| Total authorized under the plan (Shareholders) | 8,000,000 |
| Total registered under the plan (S-8 dated October 10, 2018) | 8,000,000 |
| Shares issued under the plan | (1,669,371) |
| Reserved for Time-conditioned share awards | (1,579,175) |
| Outstanding Options | (5,469,400) |
| Available for grant at March 31, 2019 (Registered & Unregistered) | (717,946) |

Pursuant to the terms of the 2018 Long-Term Incentive Plan, the number of shares available under the plan shall increase on the first day of each fiscal year by 15% of the aggregate maximum number of shares available under the plan (the "Evergreen Increase"). As a result of the 2019 Evergreen Increase, the number of shares available under the 2018 Long-Term Incentive Plan shall increase by 1,200,000 shares (the "2018 Plan Increase"). The 2018 Plan Increase shall take effect upon the filing of an effective Registration Statement on Form S-8 with the SEC. The Company intends to file a Registration Statement on Form S-8 reflecting the 2018 Plan Increase promptly following the filing of the report.

**Stock option activity is set forth below for the 2018 Plan:**

| Options: | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| Outstanding as of December 31, 2018 | - | $ - |
| Granted in 2019 | 5,519,400 | 1.74 |
| Forfeitures | (50,000) | 1.72 |
| Outstanding as of March 31, 2019 | 5,469,400 | $ 1.73 |

At March 31, 2019, the unrecognized expense portion of stock-based awards granted to employees under the 2018 Plan was $6,287,766.

14

**Note 7.  Income taxes**

The following table presents details of the net provision for income taxes:

| | Three months ended March 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Income tax benefit | $ | (167,334) | $ | (418) |

As a result of our cumulative tax losses in the U.S. and certain foreign jurisdictions, and the full utilization of our loss carryback opportunities, we have concluded that a full valuation allowance should be recorded in such jurisdictions. In certain other foreign jurisdictions where we do not have cumulative losses, we had net deferred tax liabilities.

**Note 8. Significant Customer and Geographical Information**

During the three month period ended March 31, 2019 and 2018, 34.7% and 85.5%, respectively, were made to two customers. For the three months ended March 31, 2019 and 2018, our largest customer represented 20.1% and 78.5% of revenues, respectively. Our second largest customer represented 14.6% and 7.0% of revenues for the three months ended March 31, 2019 and 2018, respectively.

The geographical distribution of our revenue, as a percentage of revenues, was as follows:

| | Three months ended March 31, | |
|---|---|---|
| | **2019** | **2018** |
| Europe | 65.3% | 82.5% |
| All other (non-European) countries | 34.7% | 17.5 |
| | 100.00% | 100.0% |

**Note 9. Revenues**

**Revenue Recognition**

Our revenues represent amounts earned for our mobile and security solutions. Our solutions take many forms but our revenue generally consists of fixed and/or variable charges for services delivered monthly under a combined services and SaaS model. We also offer discrete (one-time) services for implementation and for development of specific functionality to properly service our customers.

The following table presents our revenues disaggregated by revenue source:

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Monthly service | $ | 21,609,900 | $ | 3,291,882 |
| Installation and software development | | 1,430,013 | | 820,688 |
| Total revenues | $ | 23,039,913 | $ | 4,112,570 |

Monthly services revenues are generally recognized over time and amounted to $21,609,900 for the period ended March 31, 2019. Installation and software development revenues are recognized over time and amounted to $1,430,013 over for the period ended March 31, 2019.

15

The following table presents our revenues disaggregated by geography, based on the billing addresses of our customers

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| Europe | $ | 15,037,029 | $ | 3,391,882 |
| Other geographic areas | | 8,002,884 | | 720,688 |
| Total revenues | $ | 23,039,913 | $ | 4,112,570 |

**Monthly Service Revenues**

The Company's performance obligations in a monthly SaaS and service offerings are simultaneously received and consumed by the customer and therefore, are generally recognized over time. For recognition purposes, we do not unbundle such services into separate performance obligations as their pattern of transfer does not differ. The Company typically bills its customer at the end of each month. The fees charged may include a combination of fixed and variable charges with the variable charges tied to the number of subscribers or some other measure of volume. Although the consideration may be variable, the volumes are easily estimable at the time of billing, with "true-up" adjustments occurring in the subsequent month. As such adjustments have not historically been material, no amounts of variable consideration are subject to constraint.

**Installation and Software Development Revenues**

The Company's other revenues consist generally of installation and development projects.

Installation represents the activities necessary for a customer to obtain access and connectivity to the Company's monthly SaaS and service offerings. While installation may require separate phases, it represents one performance obligation within the context of the contract.

Development consists of programming and other services to add new, additional or customized functionality to a customer's existing service offerings. Each development activity is typically its own performance obligation.

Revenue is recognized over time if the installation and development activities create an asset that has no alternative use for which the Company is entitled to receive payment for performance completed to date. If not, then revenue is not recognized until the applicable performance obligation is satisfied.

**Arrangements with Multiple Performance Obligations**

The Company's contracts with customers may include multiple performance obligations. For such arrangements, the Company allocates revenue to each performance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to customers.

**Net Billings in Excess of Revenues**

The Company records net billings in excess of revenues when payments are made or due in advance of our performance, including amounts which are refundable.

Payment terms vary by the type and location of our customer and the products or services offered. The term between invoicing and when payment is due is not significant. For certain products or services and customer types, payment is required before the products or services are delivered to the customer.

**Contract Assets**

Given the nature of the Company's services and contracts, it has no contract assets.

**<u>Note 10. Credit Agreement</u>**

On February 26, 2019, Pareteum Corporation and certain of its subsidiaries entered into a credit agreement (the "Credit Agreement") with Post Road Administrative Finance, LLC and its affiliate Post Road Special Opportunity Fund I LLP (collectively, "Post Road"). Pursuant to the Credit Agreement, Post Road will provide the Company with a secured loan of up to $50,000,000 (the "Loan"), with an initial loan of $25,000,000 funded on February 26, 2019, and additional amounts in $5,000,000 increments as requested by the Company before the 18-month anniversary of the initial funding date. No additional loan shall be funded until the later of delivery of certain third-party consents (the "Consents"), the filing of Pareteum's Quarterly Report on Form 10-Q for the first quarter of 2019, or June 1, 2019. All amounts owed under the Credit Agreement shall be due on February 26, 2022.

The unpaid principal amount of the Loan shall bear interest from the relevant funding dates at a rate per year of 8.5% plus Libor in effect from time to time, provided however, that upon an event of default or if certain of the Consents are not delivered prior to May 1, 2019 or June 1, 2019, as applicable, the unpaid principal amount of the Loan shall bear interest from the relevant funding dates at a rate per year of 11.5% plus Libor in effect from time to time until the Consents are delivered. The interest shall be due and payable monthly in cash in arrears, provided, however, that the Company may elect to pay any or all of the interest in the form of Payment-in-Kind ("PIK") interest due and payable at maturity at a maximum percentage per year equal to (a) through and including the first anniversary of the initial funding date, 3%, (b) after the first anniversary of the initial funding date through and including the second anniversary of the initial funding date, 2%, and (c) after the second anniversary of the initial funding date, 1%.

Permitted use of proceeds for the initial $25,000,000 of the Loan include approximately $11,000,000 for payment in full of outstanding secured debt owed to Fortress Credit Corp. (together with its affiliates, "Fortress") incurred in connection with the Company's previously disclosed acquisition of iPass Inc. ("iPass") on February 12, 2019, as well as remaining amounts for permitted acquisitions and investments, for general working capital purposes and to pay approximately $895,000 in transaction fees related to the Loan. Proceeds, if any, are to be used for permitted acquisitions and to fund growth capital expenditures and other growth initiatives.

The Loan is subject to prepayment upon the receipt of proceeds outside the ordinary course of business in excess of $1,000,000 and the Company must pay a commitment fee of 1% per year for an unfunded commitment. The initial $25,000,000 loan is reduced by an original issue discount of (i) 0.75% of $25,000,000 and (ii) 1.25% of $50,000,000, and any additional amounts borrowed will be reduced by an original issue discount of 0.75% of the funded amounts.

The Company's obligations under the Credit Agreement are secured by a first-priority security interest in all the assets of the Company and guaranteed by certain subsidiaries of the Company. The Credit Agreement contains customary representations, warranties and indemnification provisions. The Credit Agreement also contains affirmative and negative covenants with respect to operation of the business and properties of the Company as well as financial performance, including requirements to maintain a minimum of $2,000,000 of unrestricted cash, certain maximum total leverage ratios, a debt to asset ratio, maximum churn rate and minimum adjusted EBITDA. The Credit Agreement further provides customary events of default and cure periods for certain specified events of default, and in the event of uncured default, the acceleration of the maturity date, an increase in the applicable interest rate with respect to amounts outstanding under the Loan and payment of additional fees.

On February 26, 2019, concurrently with entering into the Credit Agreement, the existing loan and security agreement by and among iPass, iPass IP LLC and Fortress (the "Existing iPass Loan") terminated. Credit facilities under the Existing iPass Loan included a term loan A facility and a term loan B facility maturing on February 27, 2019.

On February 26, 2019, pursuant to the terms of the Credit Agreement, the Company issued to Post Road 425,000 shares of common stock at $1,606,500 and will issue an additional 200,000 shares of common stock upon the next subsequent funding, if any, under the Loan.

As of March 31, 2019, and December 31, 2018, the Company had outstanding senior secured debt of $21,806,879 and $0, respectively. The weighted average debt outstanding was for the three months ended March 31, 2019 was $9,444,444. For the three months ended March 31, 2019, the Company recorded interest expense of $335,136 related to the Loan. The Company recorded $1,655,112 in deferred financing costs and other fees as a reduction of the outstanding loan balance through March 31, 2019. Of this amount, $49,691 was amortized in the first quarter ended March 31, 2019. The remaining capacity under the Loan was $25,000,000 at March 31, 2019.

At March 31, 2019, the Company was in compliance with all covenants required by the Loan.

**Note 11. Commitments and Contingencies**

We have operating leases for our office space. Our leases have remaining lease terms of less than one year to 6 years, some of which include options to indefinitely extend the leases monthly. For our month to month leases, we determined the number of renewal periods we are reasonably certain to exercise and include these periods in our right of use asset and lease liability calculations. Lease expense was $482,548 and $132,463 for the three months ended March 31, 2019 and 2018, respectively, and is included in general and administrative expense in the condensed consolidated statement of comprehensive loss.

| Operating Leases: | | March 31, 2019 |
|---|---|---|
| | | - |
| Operating lease right-of-use assets | $ | 3,136,015 |
| Operating lease liabilities | $ | 3,141,842 |
| | | |
| **Weighted average remaining lease term** | | |
| Operating leases | | 2.2 years |
| | | |
| **Weighted average remaining discount rate** | | |
| Operating leases | | 2.5% |

The following represents maturities of operating lease liabilities as of March 31, 2019:

| | | |
|---|---|---|
| Remainder of 2019 | $ | 1,463,299 |
| 2020 | | 1,716,284 |
| 2021 | | 119,059 |
| 2022 | | 62,387 |
| 2023 | | 62,387 |
| Thereafter | | 98,779 |
| Total lease payments | $ | 3,522,195 |
| Less: imputed interest | | (380,353) |
| Total | $ | 3,141,842 |

### Note 12. Subsequent Events

On April 22, 2019, the Company, together with Devicescape Holdings, Inc., a Delaware corporation and wholly-owned subsidiary of the Company (the "Holdco" and together with the Company, the "Buyer") entered into an asset purchase agreement (the "Purchase Agreement") with Devicescape Software, Inc., a California corporation ("Devicescape"), whereby the Buyer acquired substantially all of the assets of Devicescape and assumed certain liabilities of Devicescape, such that Holdco shall continue as a surviving subsidiary of the Company holding all assets and assuming those certain liabilities of Devicescape (the "Devicescape Purchase"). The Devicescape Purchase was previously announced by the Company in a press release dated May 8, 2019. In connection with the Devicescape Purchase, and pursuant to the terms and subject to the conditions set forth in the Purchase Agreement, the Company paid cash consideration of $1,500,000 and issued to the stockholders of Devicescape an aggregate of 400,000 shares of the Company's common stock at a value of $1,692,000 based on our closing price on April 22, 2019, of $4.23 per share.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Forward-Looking Statements*

*Any forward-looking statements made herein are based on current expectations of the Company, involve a number of risks and uncertainties and should not be considered as guarantees of future performance. The factors that could cause actual results to differ materially include: interruptions or cancellation of existing contracts, inability to integrate acquisitions, impact of competitive products and pricing, product demand and market acceptance risks, the presence of competitors with greater financial resources than the Company, product development and commercialization risks, changes in governmental regulations, and changing economic conditions in developing countries and an inability to arrange additional debt or equity financing.*

**Overview**

Pareteum Corporation (Nasdaq: TEUM) is a cloud software communications platform company with a mission – *to connect every person and every(thing)* ™.

Millions of people and devices are connected around the world using Pareteum's global cloud software communications platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data services to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers Pareteum envisions a new mobile communications experience imagining what will be and delivering now.

With estimates of up to 30 billion devices to be managed and connected the total available market is astoundingly large. Service Providers, Brand Marketing Companies, Enterprise and Internet of Things providers use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. To achieve this, Pareteum has developed, and added through its acquisition of Artilium and iPass, patent pending software platforms which are connected to 59 mobile networks in 80 counties using multiple different communications channels including mobile telephony, data, SMS, VOIP, OTT services – all over the world. Pareteum integrates all these disparate communications methods and services and brings them to life for customers and application developers, allowing communications to become value-added. This is a major strategic target for many industries, from legacy telecommunications providers to the disruptive technology and data enterprises of today and the future.

The vast majority of our platform is comprised of our self-developed software and intellectual property, which provides our customers with a great deal of flexibility in how they use our products now and in the future and allows us to be market driven in our future. We have approximately 40 patents granted in relation to techniques and processes which support our cloud software and communications platform solutions.  Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, NetNumber, Affirmed and other world class As of October 1, 2018, the Company now includes Artilium plc, which operates as a wholly-owned subsidiary of the Company. Artilium is a software development company active in the enterprise communications and core telecommunications markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and application technology providers. As of February 12, 2019, the Company now includes iPass Inc., which operates as a wholly-owned subsidiary of the Company. iPass is a cloud-based service provider of global mobile connectivity, offering Wi-Fi access on any mobile device through its SaaS platform.

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our condensed consolidated financial statements and notes thereto and the other financial information included elsewhere in this report.

19

**Critical Accounting Policies and Estimates**

The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America, or GAAP, requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of net revenue and expenses in the reporting period. We regularly evaluate our estimates and assumptions related to revenue recognition, rebates, allowances for doubtful accounts, sales returns and allowances, warranty reserves, inventory reserves, stock-based compensation expense, intangible assets acquired in connection with our business combinations, long-lived asset valuations, strategic investments, deferred income tax asset valuation allowances, uncertain tax positions, tax contingencies, self-insurance, restructuring costs, litigation and other loss contingencies. We base our estimates and assumptions on current facts, historical experience and various other factors that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and the recording of revenue, costs and expenses that are not readily apparent from other sources. The actual results experienced by us may differ materially and adversely from our estimates. To the extent there are material differences between our estimates and the actual results, our future results of operations will be affected. For a description of our critical accounting policies and estimates, please refer to the "Critical Accounting Policies and Estimates" section in Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2018 Annual Report. There have been no material changes in any of our critical accounting policies and estimates during the three months ended March 31, 2019.

**Comparison of three months ended March 31, 2019 and March 31, 2018.**

**Revenue**

Revenue for the three months ended March 31, 2019, was $23,039,913, a $18,927,343 or 460% increase compared to $4,112,570 for the comparable three months in 2018. Our deployments with existing customers continue to grow, new implementations are generating new revenues and new cloud-based revenues were all factors in our revenue growth. Additionally, the three months ended March 31, 2019, revenues include Artilium revenues of $5,147,852. It also includes iPass revenues of $3,726,237 for the period from February 12, 2019, the date of its acquisition, through March 31, 2019.

| | Three months ended | | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | Variance |
| **Revenues** | $ | 23,039,913 | $ | 4,112,570 | $ | 18,927,343 |

**Cost of Service**

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Three months ended | | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | Variance |
| Revenues | $ | 23,039,913 | $ | 4,112,570 | $ | 18,927,343 |
| Cost of service (excluding depreciation and amortization) | | 10,068,283 | | 1,194,523 | | 8,873,760 |
| **Margin (excluding depreciation and amortization)** | $ | 12,971,630 | $ | 2,918,047 | $ | 10,053,583 |

Cost of service for the three-month period ended March 31, 2019, was $10,068,283, an increase of $8,873,760 or 743%, compared to $1,194,523 for the comparable three-month period in 2018. This includes Artilium cost of service of $2,991,410 for the three months ended March 31,2019, and iPass cost of service of $3,205,290 for the period from February 12, 2019 through March 31, 2019. Comparable costs were not reflected in the three months ended March 31, 2018, because these subsidiaries were acquired in subsequent periods.

**Product Development**

Product Development costs consist primarily of salaries and related expenses, including share-based compensation of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are also included in this function.

Product development costs for the three-month periods ended March 31, 2019 and 2018, were $2,198,324 and $726,845, respectively, an increase of $1,471,479 or 202.4%. The increase is primarily due to the overall expansion of our lines of business year over year and the inclusion of product development costs of $1,131,869 for Artilium and iPass for the three months ended March 31, 2019.

20

*Sales and Marketing*

Sales and Marketing expenses consist primarily of salaries and related expenses, including share-based compensation, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building. Sales and marketing expenses for the three-month periods ended March 31, 2019 and 2018, were $2,564,912 and $688,998, respectively, an increase of $1,875,914 or 272.3%. This increase is primarily a direct result of hiring new employees, the inclusion of the Artilium and iPass sales and marketing expenses of $1,069,122, and other incremental costs incurred as the Company expands.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the three-month period ended March 31, 2019 and 2018, were $7,614,359 and $2,296,852, respectively, an increase of $5,317,507 or 231.5%. These increases were primarily due to the inclusion of general and administrative expenses for Artilium and iPass of $1,920,219 and an increase in share based compensation expense of $2,387,775.

*Restructuring and Acquisition Charges*

Restructuring and acquisition charges for the three months ended March 31, 2019 and 2018, were $3,080,364 and $73,600, an increase of $3,006,764 or 4,085.3%. These costs were the result of the iPass acquisition which was completed on February 12, 2019.

*Share-based compensation*

Share-based compensation is comprised of:

- the expensing of the options granted under the 2008, 2017 and 2018 Plans to staff and management;

- the expensing of the shares issued under the 2008, 2017 and 2018 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services under the 2018 Plan.

For the three-month period ended March 31, 2019 and 2018, we recognized share-based compensation expense of $3,713,614 and $1,077,625, respectively, an increase of $2,635,989 or 244.6%.

In the following table, we show the allocation of share-based compensation according to functions in the Condensed Consolidated Statements of Comprehensive Loss:

| | Three Months Ended | |
| | March 31, 2019 | March 31, 2018 |
|---|---|---|
| Cost of service (excluding depreciation and amortization) | $ 52,877 | $ 24,377 |
| Product development | 94,331 | 42,432 |
| Sales and marketing | 321,788 | 128,369 |
| General and administrative | 3,244,618 | 856,543 |
| Restructuring and acquisition charges | - | 25,904 |
| Total | $ 3,713,614 | $ 1,077,625 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the three-month period ended March 31, 2019, was $2,843,403, an increase of $1,878,113 or 194.6%, compared to $965,290 for the same period in 2018. This was primarily due to amortization of intangible assets totaling $1,651,831 resulting from the Artilium and iPass acquisitions that took place on October 1, 2018 and February 12, 2019, respectively.

*Interest Income and Expense*

Interest income for the three-month periods ended March 31, 2019 and 2018, was $101,545 and $42,672, respectively, an increase of $58,873 or 138%. Interest income mainly consists of interest accrued for the $503,000 and $3,200,000 promissory notes issued to ValidSoft and Yonder Media, respectively.

Interest expense for the three-month periods ended March 31, 2019 and 2018, was $548,860 and $63,758, respectively, an increase of $485,102 or 760.8%. Interest expense increased mainly as the result of the Post Road Loan entered into in February 2019.

### Interest Expense Related to Debt Discount Accretion and Conversion Feature

For the three months ended March 31, 2019 and 2018, interest expenses related to debt discount accretion were $71,981 and $29,566 respectively an increase of $42,415 or 143.5%. This increase is mainly the result of the Post Road Loan entered into in February 2019.

### Amortization of Deferred Financing Costs

Amortization of Deferred Financing Costs for the three-month periods ended March 31, 2019 and 2018, was $49,691and $6,142, respectively, an increase of $43,549 or 709% This decrease is mainly the result of the Post Road Loan entered into in February 2019.

### Changes in derivative liabilities

Changes in derivative liabilities for the three-month period ended March 31, 2019, was $0, a decrease of $313,733 or 100%, compared to a loss of $313,733 for the same period in 2018. This is due to the elimination of the derivative liability in the third quarter of 2018.

### Other (Expense) Income, net

Other (expense) income for the three-month periods ended March 31, 2019 and 2018, were $(47,130) and $69,546, respectively.

### Income tax benefit

Income tax benefit for the three-month period ended March 31, 2019 was $167,334, compared to an income tax benefit of $418 for the same period in 2018. The increase of $166,916 is primarily due to the change in the deferred tax liability at Artilium.

### Net Loss

Net loss for the three-month period ended March 31, 2019, was $5,778,515, an increase of $3,644,414 or 170.8%, compared to the loss of $2,134,101 for the same period in 2018. The increase in net loss was primarily due to lower margins at our newly acquired subsidiaries Artilium and iPass.

### Other Comprehensive Loss

We recorded foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a loss of $359,804 and a gain of $104,402 for the three-month periods ended March 31, 2019 and 2018, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD and Euro exchange rates.

**Liquidity and Capital Resources**

As reflected in the accompanying condensed consolidated financial statements, the Company reported net loss of $5,778,515 for the period ended March 31, 2019, and had an accumulated deficit of $318,403,898 as of March 31, 2019.

The cash balance including restricted cash of the Company at March 31, 2019, was $11,403,840.

**Operating activities**

| | Three months ended | |
| --- | --- | --- |
| | March 31, 2019 | March 31, 2018 |
| Net loss | $ (5,788,515) | $ (2,134,101) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | 8,487,216 | 2,392,356 |
| | 2,708,701 | 258,255 |
| Changes in operating assets and liabilities: | (7,322,646) | (229,684) |
| Net cash provided (used in) provided by operating activities | $ (4,613,945) | $ 28,571 |

22

Net cash used in operating activities of $4,613,945 for three months ended March 31, 2019, was primarily due to an increase in accounts receivable of $9,225,001, a increase in net billings in excess of revenues of $1,237,464, a decrease in prepaid expenses, deposits and other assets of $2,816,290 and was partly offset by the increase in accounts payable and customer deposits of $3,421,002 and an decrease in accrued expenses and other payables of $3,097,473. Adjustments to reconcile net loss to net cash used in operating activities primarily was comprised of $2,843,403 of depreciation and amortization, $3,713,614 of stock based compensation and $1,522,635 in services settled by the issuance of shares.

As a result of the above, cash used in operating activities was $4,613,945 for the three months ended March 31, 2019, compared to net cash provided by operating activities of $28,571 for the three months ended March 31, 2018, for a change of $4,642,516 or 162.5%.

**Investing activities**

Net cash used in investing activities for the three months ended March 31, 2019, was $3,749,393 an increase of $3,315,644, or 764.4% compared to $433,749 in for the same period in 2018. The increase is primarily driven by the issuance of an additional $2,700,000 in notes receivable to a third party during the first quarter of 2019.

**Financing activities**

Net cash provided by financing activities for the three months ended March 31, 2019 and 2018, was $13,440,174 and $2,525,037, respectively, an increase of $10,915,137 or 432.3%. This increase was due to the receipt of $25,000,000 from the Post Road Loan, offset by the repayment of the Senior Secured Loan totaling $11,669,963, both occurring in February 2019.

**Effect of exchange rates on cash and cash equivalents and restricted cash**

Effect of exchange rates on cash and cash equivalents and restricted cash for the three-month period ended March 31, 2019, was a loss of $155,360 compared to a gain of $131,111 for the same period in 2018.

As a result of the above activities, for the three months ended March 31, 2019, we had cash, cash equivalents and restricted cash of $11,403,840, a net increase in cash, cash equivalents and restricted cash of $4,921,476 since December 31, 2018.

**Off- Balance Sheet Arrangements**

We do not have any off-balance sheet arrangements that have or are reasonably likely to have either a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors, nor we have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Item 3. Quantitative and Qualitative Disclosure about Market Risk**

*Foreign currency exchange rate*

Although the majority of our business activities are carried out in Euros, we report our financial statements in USD. The conversion of Euros and USD leads to period-to-period fluctuations in our reported USD results arising from changes in the exchange rate between the USD and the Euro. Generally, when the USD strengthens relative to the Euro, it has an unfavorable impact on our reported revenue and income and a favorable impact on our reported expenses. Conversely, when the USD weakens relative to the Euro, it produces a favorable impact on our reported revenue and income, and an unfavorable impact on our reported expenses. The above fluctuations in the USD/Euro exchange rate therefore result in currency translation effects (not to be confused with real currency exchange effects), which impact our reported USD results and may make it difficult to determine actual increases and decreases in our revenue and expenses which are attributable to our actual operating activities. We carry out our business activities primarily in Euros, and we do not currently engage in hedging activities. As the clear majority of our business activities are carried out in Euros and we report our financial statements in USD, fluctuations in foreign currencies impact the total amount of assets and liabilities that we report for our foreign subsidiaries upon the translation of those amounts in USD. We are subject to interest rate risk through our Credit Agreement with Post Road Group, which bears interest at a rate of LIBOR plus 8.5%.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

As of March 31, 2019, the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's Principal Executive Officer and Principal Financial and Accounting Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934. Based on the evaluation, the Company's Principal Executive Officer and Principal Accounting Officer have concluded that, due a previously reported material weakness in our internal control over financial reporting described below, the Company's disclosure controls and procedures were not effective as March 31, 2019. In light of the material weakness described below, we performed additional analysis and other post-closing procedures to ensure our financial statements are prepared in accordance with generally accepted accounting principles.

*Changes in Internal Control Over Financial Reporting*

We previously identified and disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018, a material weakness related to:

- Ineffective design, implementation and monitoring of information technology general controls pertaining to the Company's change management process; and
- Inadequate and ineffective management assessment of internal control over financial reporting, including insufficient experienced resources to complete the documentation of internal control assessment.

To address ineffective design, implementation and monitoring of information technology general controls pertaining to the Company's change management process, the Company has (i) removed all live access to all developers, internal and external, from being able to make coding changes directly in our reporting system; (ii) has continued to monitor and document all changes made in our reporting system and add additional layers of documented review of these changes; (iii) instituted sample testing of changes made in our reporting system to ensure the documented policies are being followed and report the results of these tests to senior management in regular appropriate intervals; and (iv) enhanced our quarterly reporting on the remediation measures to the Audit Committee of the Board of Directors. Management believes this material weakness has been remediated, as of March 31, 2019, pending further testing. .

We also continue to develop certain remediation steps to address the material weakness discussed above to improve our assessment of internal control over financial reporting. As of March 31, 2019, these efforts are ongoing.

We are committed to maintaining a strong internal control environment and believe that these remediation actions will represent significant improvements in our controls. However, the identified material weakness in internal control over financial reporting will not be considered remediated until controls have been designed and/or controls are in operation for a sufficient period of time for our management to conclude that the material weaknesses have been remediated. Additional remediation measures may be required, which may require additional implementation time. We will continue to assess the effectiveness of our remediation efforts in connection with our evaluations of internal control over financial reporting.

**PART II - OTHER INFORMATION**

**Item 1. Legal Proceedings**

We are involved in various claims and lawsuits incidental to our business.  In the opinion of management, the ultimate resolution of such claims and lawsuits will not have a material effect on our financial position, liquidity, or results of operations. In addition, we have previously received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves or our customers or partners by determining the scope, enforceability and validity of third-party proprietary rights, or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**Item 1A. Risk Factors**

In addition to the other information set forth in this Quarterly Report on Form 10-Q, you should carefully consider the Risk Factors included in Part I, Item 1A. — "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2018, and the Risk Factors included in Part I, Item 1A. – "Risk Factors" of our Quarterly Report on Form 10-Q for the period ended September 30, 2018. These Risk Factors could materially impact our business, financial condition and/or operating results. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely impact our business, financial condition and/or operating results.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

Except as previously disclosed in Current Reports on Form 8-K, the Company has not issued unregistered securities during the quarter ended March 31, 2019.

**Item 3. Defaults upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

On April 22, 2019, the Company, together with Devicescape Holdings, Inc., a Delaware corporation and wholly-owned subsidiary of the Company (the "Holdco" and together with the Company, the "Buyer") entered into an asset purchase agreement (the "Purchase Agreement") with Devicescape Software, Inc., a California corporation ("Devicescape"), whereby the Buyer acquired substantially all of the assets of Devicescape and assumed certain liabilities of Devicescape, such that Holdco shall continue as a surviving subsidiary of the Company holding all assets and assuming those certain liabilities of Devicescape (the "Devicescape Purchase"). The Devicescape Purchase was previously announced by the Company in a press release dated May 8, 2019. In connection with the Devicescape Purchase, and pursuant to the terms and subject to the conditions set forth in the Purchase Agreement, the Company paid cash consideration of $1,500,000 issued to the stockholders of Devicescape an aggregate of 400,000 shares of the Company's common stock at a value of $1,692,000, based on our closing price on April 22, 2019, of $4.23 per share.

25

**Item 6. Exhibits**

    (a)  Exhibits

31.1        Certification of the principal executive officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a)

31.2        Certification of the principal financial and accounting officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a)

32.1        Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

32.2        Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

101.INS      XBRL Instance Document

101.SCH     XBRL Taxonomy Extension Schema Document

101.CAL     XBRL Taxonomy Extension Calculation Linkbase Document

101.DEF     XBRL Taxonomy Extension Definition Linkbase Document

101.LAB     XBRL Taxonomy Extension Label Linkbase Document

101.PRE     XBRL Taxonomy Extension Presentation Linkbase Document

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**PARETEUM CORPORATION**

Date: May 10, 2019                                                      By      /s/ Robert H. Turner
                                                                                Robert H. Turner
                                                                                Executive Chairman
                                                                                (Principal Executive Officer)

Date: May 10, 2019                                                      By      /s/ Edward O'Donnell
                                                                                Edward O'Donnell
                                                                                Chief Financial Officer
                                                                                (Principal Financial and Accounting Officer)

27

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert H. Turner, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: May 10, 2019

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Edward O'Donnell, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: May 10, 2019

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

**Exhibit 32.1**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation., a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)   The Quarterly Report on Form 10-Q for the quarter ended March 31, 2019 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: May 10, 2019

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**Exhibit 32.2**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation, a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)    The Quarterly Report on Form 10-Q for the quarter ended March 31, 2019 (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: May 10, 2019

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒        Quarterly report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended June 30, 2019

☐        Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**000-30061**
( *Commission file No.)*

# PARETEUM CORPORATION

*(Exact name of registrant as specified in its charter)*

| **DELAWARE** | **95-4557538** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. employer identification no.)* |

**1185 Avenue of the Americas, New York, NY 10036**
**USA**
*(Address of principal executive offices) (Zip Code)*

**+ 1 (212) 984-1096**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | TEUM | NASDAQ |

 Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒        No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒        No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated filer  ☐ | Accelerated filer  ☒ |
| Non-Accelerated filer  ☐ | Smaller reporting company  ☒ |
| | Emerging growth company  ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐        No ☒

As of August 8, 2019, there were 111,903,762 shares of the Company's common stock outstanding.

**PARETEUM CORPORATION AND SUBSIDIARIES**
**TABLE OF CONTENTS**
**FORM 10-Q REPORT**
**June 30, 2019**

PART I - FINANCIAL INFORMATION | 3

Item 1. Consolidated Financial Statements | 3
Condensed Consolidated Balance Sheets as of June 30, 2019 (unaudited) and December 31, 2018 | 3
Condensed Consolidated Statements of Comprehensive (loss)/income for the three and six month periods ended June 30, 2019 and 2018 (unaudited) | 4
Condensed Consolidated Statements of Changes in Stockholder's Equity for the three and six month periods ended June 30, 2019 and June 30, 2018 (unaudited) | 5
Condensed Consolidated Statements of Cash Flows for the six month period ended June 30, 2019 and 2018 (unaudited) | 6
Notes to Unaudited Condensed Consolidated Financial Statements | 7
Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 20
Item 3. Quantitative and Qualitative Disclosures About Market Risk | 29
Item 4. Controls and Procedures | 29

PART II -  OTHER INFORMATION | 30

Item 1. Legal Proceedings | 30
Item 1A. Risk Factors | 30
Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 30
Item 3. Defaults upon Senior Securities | 30
Item 4. Mine Safety Disclosures | 30
Item 5. Other Information | 30
Item 6. Exhibits | 31

SIGNATURES | 32

2

**PART I - FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**PARETEUM CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(UNAUDITED)**

| | | June 30, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| | | | | |
| **CURRENT ASSETS** | | | | |
| | | | | |
| Cash and cash equivalents | $ | 3,377,556 | $ | 6,051,709 |
| Restricted cash | | 1,104,757 | | 430,655 |
| Accounts receivable, net of an allowance for doubtful accounts of $1,307,071 at June 30, 2019 and $1,021,179 at December 31, 2018, respectively | | 45,061,236 | | 15,361,594 |
| Notes receivable, current | | 1,024,025 | | - |
| Prepaid expenses and other current assets | | 3,385,842 | | 2,083,950 |
| Total current assets | | 53,953,416 | | 23,927,908 |
| | | | | |
| **NON-CURRENT ASSETS** | | | | |
| | | | | |
| **OTHER ASSETS** | | 956,810 | | 45,336 |
| | | | | |
| **RIGHT OF USE LEASE ASSETS** | | 2,493,352 | | - |
| | | | | |
| **NOTES RECEIVABLE, NON-CURRENT** | | 2,819,200 | | 1,082,436 |
| | | | | |
| **PROPERTY AND EQUIPMENT, NET** | | 4,896,503 | | 4,553,250 |
| | | | | |
| **INTANGIBLE ASSETS, NET** | | 60,262,420 | | 39,658,325 |
| | | | | |
| **GOODWILL** | | 121,486,562 | | 91,773,911 |
| | | | | |
| **TOTAL ASSETS** | $ | 246,868,263 | $ | 161,041,166 |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable and customer deposits | $ | 28,183,711 | $ | 10,337,629 |
| Net billings in excess of revenues | | 1,330,757 | | 927,780 |
| Accrued expenses and other payables | | 14,036,645 | | 7,952,380 |
| Promissory note | | 671,165 | | 681,220 |
| Lease liabilities, current | | 1,776,900 | | - |
| 9% Unsecured subordinate convertible promissory note (net of debt discount and debt issuance costs) | | - | | 106,967 |
| Total current liabilities | | 45,999,178 | | 20,005,976 |
| | | | | |
| **LONG TERM LIABILITIES** | | | | |
| Senior secured debt, net | | 22,077,767 | | - |
| Lease liabilities, non-current | | 1,013,785 | | - |
| Other long term liabilities | | 63,853 | | 212,703 |
| Deferred tax liabilities | | 7,712,860 | | 8,415,825 |
| Related party loan | | 342,000 | | 341,998 |
| Total long term liabilities | | 31,210,265 | | 8,970,526 |
| | | | | |
| Total liabilities | | 77,209,443 | | 28,976,502 |
| | | | | |
| **STOCKHOLDER'S EQUITY** | | | | |
| Preferred Stock $0.00001 par value, 50,000,000 shares authorized, none issued and outstanding as of June 30, 2019 and December 31, 2018, respectively | | - | | - |
| Common Stock $0.00001 par value, 500,000,000 shares authorized, 111,652,349 issued and outstanding as of June 30, 2019 and 97,852,911 shares issued and outstanding as of December 31, 2018, respectively | | 494,803,176 | | 450,990,827 |
| Accumulated other comprehensive loss | | (6,224,649) | | (6,300,780) |

| | | |
|---|---|---|
| Accumulated deficit | (318,919,767) | (312,625,383) |
| Total equity | 169,658,820 | 132,064,664 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY** | $  246,868,263 | $  161,041,166 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

3

**PARETEUM CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE (LOSS)/INCOME**
**(UNAUDITED)**

| | Three months Ended June 30, | | Six months Ended June 30, | |
| --- | ---: | ---: | ---: | ---: |
| | 2019 | 2018 | 2019 | 2018 |
| REVENUES | $ 34,148,396 | $ 6,003,180 | $ 57,188,310 | $ 10,115,750 |
| | | | | |
| COST AND OPERATING EXPENSES | | | | |
| Cost of service, excluding depreciation and amortization | 15,293,244 | 1,779,882 | 25,361,468 | 2,974,405 |
| Product development | 3,242,145 | 753,931 | 5,816,189 | 1,480,776 |
| Sales and marketing | 2,769,065 | 652,442 | 5,709,747 | 1,341,440 |
| General and administrative | 9,033,690 | 2,214,070 | 15,896,619 | 4,510,922 |
| Restructuring and acquisition charges | 427,586 | 5,592 | 3,507,950 | 79,193 |
| Depreciation and amortization | 3,224,027 | 994,318 | 6,067,430 | 1,959,609 |
| Total cost and operating expenses | 33,989,757 | 6,400,235 | 62,359,403 | 12,346,345 |
| | | | | |
| INCOME/(LOSS) FROM OPERATIONS | 158,639 | (397,055) | (5,171,093) | (2,230,595) |
| | | | | |
| OTHER INCOME/ (EXPENSE) | | | | |
| Interest income | 149,298 | 43,193 | 250,844 | 85,865 |
| Interest expense | (777,907) | (99,708) | (1,326,767) | (163,467) |
| Interest expense related to debt discount accretion and conversion feature | (199,224) | (30,272) | (271,205) | (59,838) |
| Changes in derivative liabilities | - | 1,597,647 | - | 1,283,914 |
| Other (expense)/income | (194,354) | 567,710 | (241,485) | 637,255 |
| Amortization of deferred financing costs | (101,664) | (6,209) | (151,355) | (12,351) |
| Total other (expense)/income | (1,123,851) | 2,072,361 | (1,739,968) | 1,771,378 |
| | | | | |
| (LOSS)/INCOME BEFORE INCOME TAX (BENEFIT)/EXPENSE | (965,212) | 1,675,306 | (6,911,061) | (459,217) |
| Income tax (benefit)/expense | (449,403) | 18,842 | (616,737) | 18,424 |
| NET (LOSS)/INCOME | (515,809) | 1,656,464 | (6,294,324) | (477,641) |
| | | | | |
| OTHER COMPREHENSIVE (LOSS)/INCOME | | | | |
| Foreign currency translation gain/(loss) | 435,935 | (79,137) | 76,131 | 25,266 |
| COMPREHENSIVE (LOSS)/INCOME | $ (79,874) | $ 1,577,327 | $ (6,218,193) | $ (452,375) |
| | | | | |
| Net (loss)/income per common share and equivalents - basic | $ (0.00) | $ 0.03 | $ (0.06) | $ (0.01) |
| | | | | |
| Net (loss)/income per common share and equivalents - diluted | $ (0.00) | $ 0.03 | $ (0.06) | $ (0.01) |
| | | | | |
| Weighted average shares outstanding during the period – basic | 111,074,977 | 53,348,376 | 107,341,105 | 51,714,482 |
| | | | | |
| Weighted average shares outstanding during the period – diluted | 111,074,977 | 64,741,232 | 107,341,105 | 51,714,482 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

4

**PARETEUM CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDER'S EQUITY**
**(UNAUDITED)**

| Description | Common Stock | | Accumulated other comprehensive Loss | Accumulated Deficit | Total Stockholder's equity |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| **Balance – January 1, 2018** | 46,617,093 | $ 321,271,437 | $ (6,306,691) | $ (299,543,213) | $ 15,421,533 |
| | | | | | |
| ASC 606 transition adjustment | - | - | 107,520 | - | 107,520 |
| Warrant exercises | 4,250,748 | 2,542,250 | - | - | 2,542,250 |
| Stock-based compensation | 178,553 | 1,052,567 | - | - | 1,052,567 |
| Other comprehensive loss due to foreign exchange translation, net of tax | - | - | (3,118) | - | (3,118) |
| Net loss | - | - | - | (2,134,102) | (2,134,102) |
| **Balance – March 31, 2018** | 51,046,394 | 324,866,254 | (6,202,289) | (301,677,315) | 16,986,651 |
| ASC 606 transition adjustment | - | - | (107,520) | - | (107,520) |
| Warrant exercises | 1,663,522 | 841,720 | - | - | 841,720 |
| Shares issued in equity financing | 2,453,400 | 5,467,100 | - | - | 5,467,100 |
| Stock-based compensation | 447,970 | 697,448 | - | - | 697,448 |
| Services settled by issuance of shares | 44,829 | 86,778 | - | - | 86,778 |
| Other comprehensive loss due to foreign exchange translation, net of tax | - | - | 28,384 | - | 28,384 |
| Net loss | - | - | - | 1,656,464 | 1,656,464 |
| **Balance – June 30, 2018** | 55,656,115 | $ 331,959,299 | $ (6,281,425) | $ (300,020,851) | $ 25,657,023 |
| | | | | | |
| **Balance - January 1, 2019** | 97,852,911 | $ 450,990,827 | $ (6,300,780) | $ (312,625,383) | $ 132,064,664 |
| | | | | | |
| Shares issued for acquisitions | 9,865,412 | 29,253,287 | - | - | 29,253,287 |
| Warrant exercises | 501,606 | 647,447 | - | - | 647,447 |
| Services settled by issuance of shares | 420,514 | 1,522,636 | - | - | 1,522,636 |
| Shares issued to be cancelled | 37,014 | 64,775 | - | - | 64,775 |
| Stock option exercises | 68,083 | 69,567 | - | - | 69,567 |
| Shares in transit | - | 1,451,700 | - | - | 1,451,700 |
| Stock-based compensation | 594,475 | 3,713,614 | - | - | 3,713,614 |
| Shares issued to senior secured lender | 425,000 | 956,500 | - | - | 956,500 |
| Other comprehensive loss due to foreign exchange rate translation, net of tax | - | - | (359,804) | - | (359,804) |
| Net loss | - | - | - | (5,778,515) | (5,778,515) |
| **Balance - March 31, 2019** | 109,765,015 | $ 488,670,353 | $ (6,660,584) | $ (318,403,898) | $ 163,605,871 |
| Shares issued for acquisitions | 1,105,000 | 1,692,000 | - | - | 1,692,000 |
| Warrant exercises | 356,738 | 737,993 | - | - | 737,993 |
| Conversion of notes | 84,220 | 147,385 | - | - | 147,385 |
| Services settled by the issuance of shares | 233,282 | 756,602 | - | - | 756,602 |
| Stock option exercises | 107,955 | 140,010 | - | - | 140,010 |
| Shares issued to be cancelled | 139 | - | - | - | - |
| Stock-based compensation | - | 2,008,833 | - | - | 2,008,833 |
| Shares issued to senior secured lender | - | 650,000 | - | - | 650,000 |
| Other comprehensive income due to foreign exchange rate translation, net of tax | - | - | 435,935 | - | 435,935 |
| Net loss | - | - | - | (515,809) | (515,809) |
| **Balance – June 30, 2019** | 111,652,349 | $ 494,803,176 | $ (6,224,649) | $ (318,919,707) | $ 169,658,820 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

**PARETEUM CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | | For the six months ended | |
| --- | --- | --- | --- |
| | | June 30, 2019 | June 30, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net loss | $ | (6,294,324) $ | (477,641) |
| **Adjustments to reconcile net loss to net cash (used in) operating activities:** | | | |
| Depreciation and amortization | | 6,067,430 | 1,959,609 |
| Provision for doubtful accounts | | 285,892 | - |
| Stock-based compensation | | 5,722,447 | 1,771,580 |
| Change in fair value of warrant liability | | - | (1,283,914) |
| Amortization of deferred financing costs | | 151,355 | 12,351 |
| Interest expense related to debt discount accretion and conversion feature | | 271,205 | 59,838 |
| Payables settled by issuance of shares | | 2,279,238 | 86,778 |
| **Changes in operating assets and liabilities:** | | | |
| (Increase) in accounts receivable | | (25,190,857) | (1,851,046) |
| Decrease/(Increase) in prepaid expenses, deposits and other assets | | 2,974,602 | (351,046) |
| Increase in accounts payable and customer deposits | | 6,936,552 | 606,393 |
| (Decrease)/Increase in Net billings in excess of revenues and deferred revenue | | (2,000,430) | 22,627 |
| (Decrease) in accrued expenses and other payables | | (1,644,320) | (1,508,005) |
| **Net cash (used in) operating activities** | | (10,441,210) | (952,476) |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Purchases of property and equipment, and capitalized software | | (1,650,013) | (1,877,477) |
| Issuance of notes receivable | | (2,760,789) | - |
| Business combinations, net of cash acquired | | (1,562,636) | - |
| **Net cash (used in) investing activities** | | (5,973,438) | (1,877,477) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | |
| Exercise of warrants and options | | 1,595,017 | 3,070,110 |
| Increase in short terms loans | | 141,639 | - |
| Proceeds from senior secured debt issued | | 25,000,000 | - |
| Repayments on other long term loans | | - | (32,682) |
| Financing related fees | | (623,555) | (653,000) |
| Gross proceeds from public offering | | - | 6,100,000 |
| Principal repayment Senior Secured Loan | | (11,669,963) | - |
| **Net cash provided by financing activities** | | 14,443,138 | 8,484,428 |
| | | | |
| **EFFECT OF EXCHANGE RATES ON CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | (28,541) | 42,185 |
| **NET (DECREASE) INCREASE IN CASH, CASH EQUIVALENTS AND RESTRICTED CASH** | | (2,000,051) | 5,696,660 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, BEGINNING OF THE PERIOD** | | 6,482,364 | 13,737,675 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF THE PERIOD** | $ | 4,482,313 $ | 19,434,335 |
| | | | |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | | |
| Cash (paid)/received during the period for interest, net | $ | (840,562) $ | 43,193 |
| Cash paid during the period for taxes | | (56,201) | - |
| **NON-CASH FINANCING ACTIVITIES:** | | | |
| Acquisitions paid for in common shares | | (32,337,287) | - |
| Conversions of convertible notes | | (147,385) | (1,911,380) |
| Settlement of debt paid for in common shares | | (2,279,238) | - |
| Senior Secured Lender fees paid for in shares | | (1,606,500) | - |
| Amendment to warrants and convertible notes into common shares | | - | 313,733 |

The accompanying notes are an integral part of the unaudited condensed consolidated financial statements.

6

**PARETEUM CORPORATION AND SUBSIDIARIES**

**NOTES TO THE CONDENSED CONSOLIDATED**
**FINANCIAL STATEMENTS**
**(UNAUDITED)**

**Note 1. Financial Condition**

As reflected in the accompanying condensed consolidated financial statements, Pareteum Corporation ("Pareteum," the "Company," "we," "us," or "our") (NASDAQ: TEUM) reported a net loss of $6,294,324 for the six months ended June 30, 2019, and had an accumulated deficit of $318,919,707 as of June 30, 2019.

**Note 2. Description of Business, Basis of Presentation and Use of Estimates**

**Business overview**

Pareteum has developed a Communications Cloud Services Platform, providing (i) Mobility, (ii) Messaging, and (iii) Security services and applications, with a Single-Sign-On, API and software development suite. The Pareteum platform hosts integrated IT/Back Office and Core Network functionality for mobile network operators, and for enterprises implement and leverage mobile communications solutions on a fully outsourced SaaS, PaaS and/or IaaS basis: made available either as an on-premise solution or as a fully hosted service in the Cloud depending on the needs of our customers. Pareteum also delivers an Operational Support System ("OSS") for channel partners, with Application Program Interfaces ("APIs") for integration with third party systems, workflows for complex application orchestration, customer support with branded portals and plug-ins for a multitude of other applications. These features facilitate and improve the ability of our channel partners to provide support and to drive sales.

**Basis of Presentation of Interim Periods**

The unaudited interim condensed consolidated financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("GAAP,") for interim financial information and in accordance with the instructions to Securities and Exchange Commission ("SEC"), Form 10-Q and Article 8 of SEC Regulation S-X. They do not include all the information and footnotes required by GAAP for complete financial statements. Therefore, these financial statements should be read in conjunction with our audited consolidated financial statements and notes thereto for the year ended December 31, 2018, included in our 2018 Annual Report on Form 10-K filed with the SEC on March 18, 2019, referred to as our 2018 Annual Report.

The interim condensed consolidated financial statements included herein are unaudited; however, they contain all normal recurring accruals and adjustments that, in the opinion of management, are necessary to present fairly our results of operations and financial position for the interim periods. The results of operations for the three and six month periods ended June 30, 2019, are not necessarily indicative of the results to be expected for future quarters or the full year. All intercompany transactions and account balances have been eliminated in consolidation. As of June 30, 2019, the Company's subsidiaries are:

- its wholly owned subsidiary Pareteum North America Corp. with its wholly owned subsidiary, Pareteum UK Ltd.;
- its wholly owned subsidiary Pareteum Asia PTE. Ltd.;
- its wholly owned subsidiary TBR Inc. (special purpose vehicle for iPass acquisition);
- its wholly-owned subsidiary Pareteum Europe B.V. (fka Elephant Talk Europe Holding B.V.) and its wholly owned subsidiaries, Elephant Talk Mobile Services B.V., Elephant Talk PRS Netherlands BV, Elephant Talk Deutschland GmbH (dormant), Elephant Talk Middle East & Africa (Holding) W.L.L., Elephant Talk Luxembourg SA (dormant), Guangzhou Elephant Talk Information Technology Limited (dormant), Elephant Talk Communications Italy S.R.L. (dormant), Elephant Talk Business Services W.L.L., Elephant Talk Middle East & Africa (Holding) Jordan L.L.C. (dormant).;
- its wholly owned Elephant Talk Communications Holding AG and its wholly owned subsidiaries Pareteum Spain SLU and ETC Carrier Services GmbH.;
- Pareteum Europe B.V. majority-owned subsidiaries Elephant Talk Bahrain W.L.L. (99%), ET de Mexico S.A.P.I. de C.V. (99.998%), ET-UTS NV; (51%) and LLC Pareteum (Russia) (50%) Elephant Talk;
- Elephant Talk Telecomunicação do Brasil LTDA, is owned 90% by Pareteum Europe B.V. and 10% by Elephant Talk Communication Holding AG;

7

- its wholly-owned subsidiary Elephant Talk Limited ("ETL") and its wholly owned ET Guangdong Ltd. And its majority owned (50.54%) subsidiary Elephant Talk Middle East & Africa FZ-LLC.;
- Asesores Profesionales ETAK S. de RL. De C.V. is owned 99% by Pareteum Europe B.V.;
- its wholly owned subsidiary Artilium Group Ltd. And its wholly owned subsidiaries, Artilium UK Ltd., Artilium Trustee Company Limited, Artilium BV, Pareteum NV, Interactive Digital Media GMBH and United Telecom NV, and United Telecom NV's wholly-owned subsidiary, ELLO Mobile BVVA;
- its wholly owned subsidiary iPass, Inc. and its wholly owned subsidiaries iPass (U.K.) Limited, iPass France SAS, iPass Deutschland GmbH, iPass Holdings Pty Ltd., iPass Asia Pte Ltd., iPass Japan, Inc., iPass India Private Limited, iPass Ltd., GoRemote Internet Communications, Inc., GoRemote International Corporation, Axcelerant, Inc., Worldwide Axcelerant Group, Mobile Automation, Inc. and Safe3W, Inc.; and
- its wholly-owned subsidiary Devicescape Holdings, Inc.

For a complete summary of our significant accounting policies, please refer to Note 1, "Business and Summary of Significant Accounting Policies," in Item 8 of our 2018 Annual Report.

**Use of Estimates**

The preparation of the accompanying consolidated financial statements in conformity with GAAP requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and intangible assets acquired in our acquisitions of Artilium, iPass and Devicescape. Significant estimates include the bad debt allowance, revenue recognition, impairment of long-lived assets, valuation of financial instruments, useful lives of long-lived assets and share-based compensation. Actual results may differ from these estimates under different assumptions or conditions and those differences could be material.

**Reclassification**

Certain reclassifications have been made to the Company's consolidated financial statements for the prior period to conform to the current period presentation. Such reclassifications had no impact on net loss or net cash flows.

**Note 3. Business Combinations**

On November 12, 2018, the Company entered into an Agreement and Plan of Merger (the "Merger Agreement") by and among the Company, Purchaser, and iPass. Pursuant to the Merger Agreement, Purchaser, a wholly-owned subsidiary of the Company, commenced the offer for the "iPass Shares for the "Transaction Consideration, upon the terms and subject to the conditions set forth in the Prospectus/Offer to Exchange dated December 4, 2018 (together with any amendments and supplements thereto, the "Offer to Exchange"), and the related Letter of Transmittal. The Offer and withdrawal rights expired at 5:00 p.m. New York City time on February 12, 2019, and promptly following such time Purchaser accepted for payment and promptly paid for all validly tendered iPass Shares in accordance with the terms of the Offer. The Company acquired 100% of the voting shares of iPass.

On February 12, 2019, following acceptance and payment for the validly tendered iPass Shares and pursuant to the terms and conditions of the Merger Agreement, the Company completed its acquisition of iPass from the stockholders of iPass when Purchaser merged with and into iPass, with iPass surviving as a wholly owned subsidiary of the Company (the "Merger"). The Merger was governed by Section 251(h) of the Delaware General Corporation Law, as amended (the "DGCL") with no stockholder vote required to consummate the Merger. At the effective time of the Merger, each iPass Share outstanding was converted into the right to receive the Transaction Consideration. The iPass Shares are no longer listed on the Nasdaq Capital Market.

As part of the acquisition, the Company issued 9,865,412 common shares to shareholders and 705,000 shares were granted to employees.

8

The allocation of the purchase price was as follows (in thousands):

| Purchase consideration: | | |
|---|---|---|
| Shares issued to shareholders | $ | 29,253 |
| Shares issued to employees | | 1,401 |
| Total purchase consideration | $ | 30,654 |
| | | |
| | | |
| Purchase price allocation: | | |
| Assets: | | |
| Cash and cash equivalents | $ | 284 |
| Accounts receivable, net | | 4,344 |
| Property, plant and equipment, net | | 1,092 |
| Other assets | | 4,863 |
| Intangible assets | | 22,700 |
| Total assets | | 33,283 |
| | | |
| Liabilities: | | |
| Accounts payable | | 11,321 |
| Deferred revenue | | 1,701 |
| Loans outstanding | | 10,989 |
| Other liabilities | | 6,743 |
| Total liabilities | | 30,754 |
| Estimated fair value of net assets acquired | | 2,529 |
| Goodwill | $ | 28,125 |

The period ended June 30, 2019, consolidated financial statements included iPass and its subsidiaries from the closing date of February 12, 2019, through June 30, 2019.

The allocation of the purchase price for iPass's intangible assets were as follows (in thousands):

| | Estimated Fair Value | | Useful Life (Years) |
|---|---|---|---|
| Developed Technology | $ | 5,500 | 8 |
| Customer relationships | | 15,500 | 11 |
| Tradename | | 1,700 | 3 |
| Intangible assets | $ | 22,700 | |

On April 22, 2019, the Company, together with Devicescape Holdings, Inc., a Delaware corporation and wholly-owned subsidiary of the Company (the "Holdco" and together with the Company, the "Buyer") entered into an asset purchase agreement (the "Purchase Agreement") with Devicescape Software, Inc., a California corporation ("Devicescape"), whereby the Buyer acquired substantially all of the assets of Devicescape and assumed certain liabilities of Devicescape, such that Holdco shall continue as a surviving subsidiary of the Company holding all assets and assuming those certain liabilities of Devicescape (the "Devicescape Purchase"). In connection with the Devicescape Purchase, and pursuant to the terms and subject to the conditions set forth in the Purchase Agreement, the Company paid cash consideration of $2,000,000 and issued to the stockholders of Devicescape an aggregate of 400,000 shares of the Company's common stock at a value of $1,692,000 based on our closing price on April 22, 2019, of $4.23 per share.

The allocation of the purchase price was as follows (in thousands):

| Purchase consideration: | | |
|---|---|---|
| Cash consideration | $ | 2,000 |
| Shares issued to shareholders | | 1,692 |
| Total purchase consideration | $ | 3,692 |
| | | |
| Purchase price allocation: | | |
| Assets: | | |
| Cash and cash equivalents | $ | 153 |
| Accounts receivable, net | | 451 |
| Intangible assets | | 1,588 |
| Total assets | | 2,192 |
| | | |
| Liabilities: | | |
| Accounts payable & other liabilities | | 88 |
| Total liabilities | | 88 |
| Estimated fair value of net assets acquired | | 2,104 |
| Goodwill | $ | 1,588 |

The June 30, 2019, consolidated financial statements included Devicescape and its subsidiaries from April 22, 2019, the acquisition date, through June 30, 2019 .

The allocation of the purchase price for Devicescape's intangible assets were as follows (in thousands):

| | Estimated Fair Value | Useful Life (Years) |
|---|---|---|
| Developed Technology | $ 1,588 | 8 |
| Intangible assets | $ 1,588 | |

**Note 4. Balance Sheet Information**

The following tables present details of our unaudited condensed consolidated financial statements:

| Prepaid expenses and other current assets | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Prepaid expenses | $ | 2,960,148 | $ | 1,659,783 |
| VAT | | 425,694 | | 424,167 |
| | $ | 3,385,842 | $ | 2,083,950 |

| Property and equipment, net | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Furniture and fixtures | $ | 561,858 | $ | 139,857 |
| Computer, communications and network equipment | | 17,341,035 | | 17,520,435 |
| Software | | 4,911,585 | | 4,716,816 |
| Automobiles | | 324,534 | | 10,744 |
| Software development | | 3,589,731 | | 1,656,739 |
| Accumulated depreciation and amortization | | (21,832,240) | | (19,491,341) |
| | $ | 4,896,503 | $ | 4,553,250 |

| Intangible Assets, net | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Intangible assets: | | | | |
| Developed technology | $ | 27,687,821 | $ | 20,600,000 |
| Consumer relationships | | 32,300,000 | | 16,800,000 |
| Tradename | | 5,100,000 | | 3,400,000 |
| Accumulated amortization | | (4,825,401) | | (1,141,675) |
| | $ | 60,262,420 | $ | 39,658,325 |

**Accrued expenses and other payables**

| | June 30, 2019 | December 31, 2018 |
|---|---:|---:|
| Accrued selling, general and administrative expenses | $ 3,987,888 | $ 2,396,941 |
| Accrued restructuring & acquisition related costs | 972,714 | 1,885,194 |
| Accrued cost of service | 5,765,483 | 1,070,099 |
| Accrued taxes (including VAT) | 2,980,801 | 2,283,999 |
| Accrued interest payable | 184,415 | 67,613 |
| Other accrued expenses | 145,344 | 248,534 |
| | $ 14,036,645 | $ 7,952,380 |

**9% Unsecured Subordinated Convertible Promissory Note**
**(Matured between December 2018 and June 2019)**

| | Outstanding June 30, 2019 | Regular Amortizations (during 2019) | Conversions (during 2019) including accelerated amortization | 10% Early Repayment Short Term | Outstanding December 31, 2018 |
|---|---:|---:|---:|---:|---:|
| *Convertible Note Principal Amount* | $ - | $ - | $ 105,000 | $ 10,500 | $ (115,500) |
| *Debt Discounts & Financing Costs* | - | (8,533) | - | - | 8,533 |
| **Total 9% Unsecured Note** | $ - | $ (8,533) | $ 105,000 | $ 10,500 | $ (106,967) |

During the six months ended June 30, 2019, the conversion feature was exercised at a price of $1.75 per share, and a total of 84,220 shares were exercised.

**Outstanding numbers of Dilutive Securities**

The outstanding number of dilutive securities for the six months ended June 30, 2019, can be seen below:

| Number of underlying shares for Warrants & Conversion Features | Outstanding June 30, 2019 | Agreement Amendments | Conversions | Outstanding December 31, 2018 |
|---|---:|---:|---:|---:|
| Fortress - iPass Loan Repayment Warrant | 325,000 | 325,000 | - | - |
| 2017 Registered Public Offering | 110,912 | - | (359,058) | 469,970 |
| Investor Management Services | 610,000 | - | (100,000) | 710,000 |
| 9% Convertible Note Warrants | 492,506 | - | (27,867) | 520,373 |
| 2013 Convertible Notes | 60,000 | - | - | 60,000 |
| Other 9% Convertible Note Warrants | 96,520 | - | - | 96,520 |
| 2017 Registered Public Offering Agent Warrants | 21,500 | - | (40,834) | 62,334 |
| 9% Convertible Note 7% Agent Warrants | 66,230 | - | - | 66,230 |
| Nov-2017 Underwriter Agreement Agent Warrants | 704,831 | - | (205,756) | 910,587 |
| Oct-2017 Shelf Take Down Agent Warrants | 843 | - | - | 843 |
| May-2018 Public Offering Agent Warrants | 6,700 | - | (115,300) | 122,000 |
| Preferred Share Conversion Warrants | 639,844 | - | (91,954) | 731,798 |
| Preferred Share issuance 8% Agent Warrants | 38,827 | - | - | 38,827 |
| **Total Outstanding Warrants** | **3,173,713** | **325,000** | **(940,769)** | **3,789,482** |

**Cash and Restricted Cash**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the Condensed Consolidated Balance Sheets to that sum to the total amounts shown in the Condensed Consolidated Statements of Cash Flows:

| | June 30, 2019 | December 31, 2018 |
|---|---:|---:|
| Cash and cash equivalents | $ 3,377,556 | $ 6,051,709 |
| Restricted Cash | 1,104,757 | 430,655 |
| Total cash, cash equivalents and restricted cash reported in the Condensed Consolidated Statement of Cash Flows | $ 4,482,313 | $ 6,482,364 |

12

**Notes Receivable**

At June 30, 2019, and December 31, 2018, the Company had non-current notes receivable of $2,819,200 and $1,082,436, respectively, and the current portion amounted to $1,024,025 and $0 respectively.

The third quarter 2016 sale of ValidSoft for the price of $3,000,000 was completed and the Company received $2,000,000 in cash and a $1,000,000 promissory note, with an interest rate of 5% per annum. The maturity date of the note is September 30, 2019. At June 30, 2019, and December 31, 2018, the remaining outstanding principal amounts were $488,191 and $576,769, respectively.

On November 26, 2018, the Company executed a senior secured promissory note for $500,000 from Yonder Media Mobile (an unrelated entity), with interest accruing at a simple rate of 6% per annum with a maturity date of May 26, 2020. On January 9, 2019, February 12, 2019 and February 28, 2019, the Company issued additional notes of $500,000, $200,000, and $2,000,000, respectively (the "2019 Notes"). The 2019 Notes each bear an interest rate of 12% per annum and mature 18 months following the issuance date. All principal and interest are due on the maturity date. At June 30, 2019 and December 31, 2018, the remaining outstanding principal amounts were $3,355,034 and $505,667, respectively.

**Related Party Loan**

As of June 30, 2019 and December 31, 2018, there remained an outstanding related party loan to Comsys, a wholly-owned subsidiary of Artilium BV, from Comsystems (a company owned by Gerard Derenbos). Prior to the acquisition by Pareteum, Gerard Derenbos was a shareholder of Artilium PLC, with approximately 15% of the total shares of Artilium PLC, and a board member of Artilium PLC.

The total outstanding balance as of June 30, 2019 and December 31, 2018 was $342,000 and $341,998, respectively. The loan carries an 8% interest rate and a maturity date of December 31, 2021. All principal and interest are due on the maturity date.

**<u>Note 5. Equity</u>**

**(A) Common Stock**

The Company is presently authorized to issue 500,000,000 shares of common stock. The Company had 111,652,349 shares of common stock issued and outstanding as of June 30, 2019, an increase of 13,799,438 shares from December 31, 2018, were largely due to the iPass and Devicescape acquisitions (10,970,412), warrant exercises (858,344), shares issued to Senior Secured lender (425,000), and services settled by issuance of shares (653,796).

**(B) Warrants**

Throughout the years, the Company has issued warrants with varying terms and conditions related to multiple financing rounds, acquisitions and other transactions. The number of warrants outstanding at June 30, 2019 and December 31, 2018, have been recorded and classified as equity is 3,173,713 and 3,789,482, respectively. The weighted average exercise price for the currently outstanding warrants in the table below is $2.21. The table below summarizes the warrants outstanding as of June 30, 2019 and as of December 31, 2018:

| Outstanding Warrants | Exercise/ Conversion price(s) (range) | Expiring | June 30, 2019 | December 31, 2018 |
|---|---|---|---|---|
| Equity Warrants – Fundraising | $1.05 - $5.375 | 2019 - 2026 | 3,173,713 | 3,789,482 |
|  |  |  | 3,173,713 | 3,789,482 |

**Note 6.  Amended and Restated 2008 Long Term Incentive Compensation Plan, 2017 Long-Term Incentive Compensation Plan and 2018 Long Term Incentive Compensation Plan, As Amended**

The Company maintains the following Long Term Incentive Compensation Plans (collectively, the "Plans"):

- Amended and Restated 2008 Long-Term Incentive Compensation Plan ("2008 Plan")
- 2017 Long-Term Incentive Compensation Plan ("2017 Plan")
- 2018 Long-Term Incentive Compensation Plan ("2018 Plan")

On October 10, 2018, the Company filed an S-8 to register the remaining 8,000,000 shares of common stock of the 2018 Plan which was previously ratified by our stockholders on September 12, 2018 at our annual meeting of stockholders. This incentive plan provides for awards of up to 8,000,000 shares of common stock, in the form of options, restricted stock awards, stock appreciation rights ("SAR's"), performance units and performance bonuses to eligible employees and the grant of nonqualified stock options, restricted stock awards, SAR's and performance units to consultants and eligible directors.

Pursuant to the terms of the 2018 Plan, as amended, the number of shares available under the plan shall increase on the first day of each fiscal year in an amount equal to the lesser of (i) 15% of the total number of shares of common stock outstanding as of December 31 $^{st}$ of the preceding fiscal year or (ii) such number of shares of common stock determined by the Board of Directors (the "Evergreen Increase"). As a result of the 2019 Evergreen Increase, the number of shares available under the 2018 Plan increased by 7,500,000 shares, such number determined by the Board of Directors being the lesser of (i) and (ii) as described herein (the "2018 Plan Increase"). The 2018 Plan Increase took effect upon the filing of the Registration Statement on Form S-8 on June 28, 2019.

Under the provisions of ASC 718, expensing takes place proportionally to the vesting associated with each stock-award, adjusted for cancellations, forfeitures and returns. If there are any modifications or cancellations of the underlying unvested awards, we may be required to accelerate, increase or cancel any remaining unearned stock-based compensation expense.

14

As of June 30, 2019, the following shares were authorized under the Plans:

| Reconciliation of registered and available shares and/or options as of June 30, 2019: | | Total |
|---|---|---:|
| **Approved by the Shareholders (annually 15% of outstanding shares)** | | |
| | | |
| Registered 2008 (S-8 dated July 11, 2008) | 2008 Plan | 200,000 |
| Registered 2011 (S-8 dated October 6, 2011) | 2008 Plan | 720,000 |
| Registered 2017 (S-8 dated June 14, 2017) | 2017 Plan | 3,500,000 |
| Registered 2018 (S-8 dated April 13, 2018) | 2017 Plan | 3,000,000 |
| Registered 2018 (S-8 dated October 10, 2018) | 2018 Plan | 8,000,000 |
| Registered 2018 (S-8 dated June 28, 2019) | 2018 Plan | 7,500,000 |

| | **2019 Activities** | |
|---|---:|---:|
| **Shares (issued to):** | | |
| Consultants | 177,744 | 1,011,165 |
| Directors, Officers and staff | 797,789 | 5,064,305 |
| Options exercised | 176,038 | 330,542 |
| **Total Shares issued:** | | **6,406,012** |
| | | |
| **Available for issuance at June 30, 2019 (under the S- 8 registration statements)** | | **16,513,988** |
| | | |
| **Outstanding rights (movements):** | | |
| Options | 5,082,211 | 8,746,023 |
| Time Conditioned Share Awards / Other Awards | 84,723 | 1,641,355 |
| **Available for grant at June 30, 2019:** | | **6,126,610** |

The Company's stockholders also approved an additional 920,000 shares and 400,000 shares under the 2008 Plan on December 17, 2013 and September 12, 2014, respectively. These approved shares have not been registered on Form S-8 as of June 30, 2019.

The following table summarizes the activities that occurred during the three months ended June 30, 2019:

| Options: | Number of Options | | Weighted Average Exercise Price | Initial Fair Market Value (Outstanding Options) | |
|---|---:|---|---:|---|---:|
| **Outstanding as of March 31, 2019** | 8,981,608 | $ | 2.26 | $ | 11,465,952 |
| Granted in 2019 | 207,703 | | 2.29 | | 424,055 |
| Exercised (with delivery of shares) | (107,955) | | 1.30 | | (91,008) |
| Forfeitures (Pre-vesting) | (335,333) | | 2.28 | | (721,969) |
| **Outstanding as of June 30, 2019** | 8,746,023 | $ | 2.21 | $ | 11,077,030 |

The following table summarizes the activity that occurred during the six month period ended June 30, 2019:

| Options: | Number of Options | | Weighted Average Exercise Price | Initial Fair Market Value (Outstanding Options) | |
|---|---:|---|---:|---|---:|
| **Outstanding as of December 31, 2018** | 3,663,812 | $ | 2.26 | $ | 4,962,798 |
| Granted in 2019 | 5,440,103 | | 2.18 | | 6,661,232 |
| Exercised (with delivery of shares) | (176,038) | | 1.19 | | (127,518) |
| Forfeitures (Pre-vesting) | (158,552) | | 2.20 | | (226,849) |
| Expirations (Post-vesting) | (23,302) | | 8.32 | | (192,633) |
| **Outstanding as of June 30, 2019** | 8,746,023 | $ | 2.21 | $ | 11,077,030 |

Stock-based compensation expense totaled $5,722,447 and $1,771,580 for the six months ended June 30, 2019 and 2018, respectively. Stock-based compensation expense totaled $2,008,833 and $697,448 for the three months ended June 30, 2019 and 2018, respectively. At June 30, 2019, there was $6,280,777 of unrecognized expense for share-based awards granted under the Plans.

**Note 7.  Income taxes**

The following table presents details of income tax (benefit)/expense:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Income tax (benefit)/expense | $ (449,403) | $ 18,842 | $ (616,737) | $ 18,424 |

As a result of our cumulative tax losses in the U.S. and certain foreign jurisdictions, and the full utilization of our loss carryback opportunities, we have concluded that a full valuation allowance should be recorded in such jurisdictions. In certain other foreign jurisdictions where we do not have cumulative losses, we had net deferred tax liabilities based upon an expected annual tax rate.

**Note 8. Significant Customers and Geographical Information**

During the three months ended June 30, 2019 and 2018, 19.7% and 75% of revenue, respectively, were made from two customers. For the three months ended June 30, 2019 and 2018, our largest customer represented 11.2% and 53.4% of revenues, respectively. Our second largest customer represented 8.5% and 21.6% of revenues for the three months ended June 30, 2019 and 2018, respectively.

During the six months ended June 30, 2019 and 2018, 20.4% and 79.3% of revenues, respectively, were made from two customers. For the six months ended June 30, 2019 and 2018, our largest customer represented 12.5% and 63.5% of revenues, respectively. Our second largest customer represented 7.9% and 15.8% of revenues for the six months ended June 30, 2019 and 2018, respectively.

The geographical distribution of our revenue, as a percentage of revenues, was as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Europe | 52.7% | 59.4% | 57.7% | 76.8% |
| All other (non-European) countries | 47.3% | 40.6% | 42.3% | 23.2% |
| | 100% | 100% | 100% | 100% |

**Note 9. Revenues**

Our revenues represent amounts earned for our mobile and security solutions. Our solutions take many forms, but our revenues generally consist of fixed and/or variable charges for services delivered monthly under a combined services and SaaS model. We also offer discrete (one-time) services for implementation and for development of specific functionality to properly service our customers.

16

The following table presents our revenues disaggregated by revenue source:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| | 2019 | | 2018 | | 2019 | | 2018 | |
|---|---|---|---|---|---|---|---|---|
| Monthly service | $ | 31,627,289 | $ | 4,277,289 | $ | 53,237,189 | $ | 7,772,831 |
| Installation and software development | | 2,521,107 | | 1,725,891 | | 3,951,121 | | 2,342,919 |
| Total revenues | $ | 34,148,396 | $ | 6,003,180 | $ | 57,188,310 | $ | 10,115,750 |

Monthly services revenues are generally recognized over time and amounted to $31,627,289 and $53,237,189 for the three and six months ended June 30, 2019, respectively. Installation and software development revenues are recognized over time and amounted to $2,521,107 and $3,951,121 over for the three and six months ended June 30, 2019, respectively.

The following table presents our revenues disaggregated by geography, based on the billing addresses of our customers:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| | 2019 | | 2018 | | 2019 | | 2018 | |
|---|---|---|---|---|---|---|---|---|
| Europe | $ | 17,978,271 | $ | 3,563,089 | $ | 33,015,300 | $ | 7,772,831 |
| Other geographic areas | | 16,170,125 | | 2,440,091 | | 24,173,010 | | 2,342,919 |
| Total revenues | $ | 34,148,396 | $ | 6,003,180 | $ | 57,188,310 | $ | 10,115,750 |

**Monthly Service Revenues**

The Company's performance obligations in a monthly SaaS and service offerings are simultaneously received and consumed by the customer and therefore, are generally recognized over time. For recognition purposes, we do not unbundle such services into separate performance obligations as their pattern of transfer does not differ. The Company typically bills its customer at the end of each month. The fees charged may include a combination of fixed and variable charges with the variable charges tied to the number of subscribers or some other measure of volume. Although the consideration may be variable, the volumes are easily estimable at the time of billing, with "true-up" adjustments occurring in the subsequent month. As such adjustments have not historically been material, no amounts of variable consideration are subject to constraint.

**Installation and Software Development Revenues**

The Company's other revenues consist generally of installation and development projects.

Installation represents the activities necessary for a customer to obtain access and connectivity to the Company's monthly SaaS and service offerings. While installation may require separate phases, it represents one performance obligation within the context of the contract.

Development consists of programming and other services to add new, additional or customized functionality to a customer's existing service offerings. Each development activity is typically its own performance obligation.

Revenue is recognized over time if the installation and development activities create an asset that has no alternative use for which the Company is entitled to receive payment for performance completed to date. If not, then revenue is not recognized until the applicable performance obligation is satisfied.

**Arrangements with Multiple Performance Obligations**

The Company's contracts with customers may include multiple performance obligations. For such arrangements, the Company allocates revenue to each performance obligation based on its relative standalone selling price. The Company generally determines standalone selling prices based on the prices charged to customers.

**Net Billings in Excess of Revenues**

The Company records net billings in excess of revenues when payments are made or due in advance of our performance, including amounts which are refundable.

Payment terms vary by the type and location of our customer and the products or services offered. The term between invoicing and when payment is due is not significant. For certain products or services and customer types, payment is required before the products or services are delivered to the customer.

17

**Contract Assets**

Given the nature of the Company's services and contracts, it has no contract assets.

**Note 10. Credit Agreement**

On February 26, 2019, Pareteum Corporation and certain of its subsidiaries entered into a credit agreement (the "Credit Agreement") with Post Road Administrative Finance, LLC and its affiliate Post Road Special Opportunity Fund I LLP (collectively, "Post Road"). Pursuant to the Credit Agreement, Post Road will provide the Company with a secured loan of up to $50,000,000 (the "Loan"), with an initial loan of $25,000,000 funded on February 26, 2019, and additional amounts in $5,000,000 increments as requested by the Company before the 18-month anniversary of the initial funding date. No additional loan shall be funded until the later of delivery of certain third-party consents (the "Consents"), the filing of Pareteum's Quarterly Report on Form 10-Q for the first quarter of 2019, or June 1, 2019. All amounts owed under the Credit Agreement shall be due on February 26, 2022.

The unpaid principal amount of the Loan shall bear interest from the relevant funding dates at a rate per year of Libor plus 8.5% in effect from time to time, provided however, that upon an event of default or if certain of the Consents are not delivered prior to May 1, 2019 or June 1, 2019, as applicable, the unpaid principal amount of the Loan shall bear interest from the relevant funding dates at a rate per year of Libor plus 11.5% in effect from time to time until the Consents are delivered. The interest shall be due and payable monthly in cash in arrears, provided, however, that the Company may elect to pay any or all of the interest in the form of Payment-in-Kind ("PIK") interest due and payable at maturity at a maximum percentage per year equal to (a) through and including the first anniversary of the initial funding date, 3%, (b) after the first anniversary of the initial funding date through and including the second anniversary of the initial funding date, 2%, and (c) after the second anniversary of the initial funding date, 1%.

Permitted use of proceeds for the initial $25,000,000 of the Loan include approximately $11,700,000 for payment in full of outstanding secured debt owed to Fortress Credit Corp. (together with its affiliates, "Fortress") incurred in connection with the Company's previously disclosed acquisition of iPass Inc. ("iPass") on February 12, 2019, as well as remaining amounts for permitted acquisitions and investments, for general working capital purposes and paid $623,555 in transaction fees related to the Loan. Proceeds are to be used for permitted acquisitions and to fund growth capital expenditures and other growth initiatives.

The Loan is subject to prepayment upon the receipt of proceeds outside the ordinary course of business in excess of $1,000,000 and the Company must pay a commitment fee of 1% per year for an unfunded commitment. The initial $25,000,000 loan is reduced by an original issue discount of (i) 0.75% of $25,000,000 and (ii) 1.25% of $50,000,000, and any additional amounts borrowed will be reduced by an original issue discount of 0.75% of the funded amounts.

The Company's obligations under the Credit Agreement are secured by a first-priority security interest in all the assets of the Company and guaranteed by certain subsidiaries of the Company. The Credit Agreement contains customary representations, warranties and indemnification provisions. The Credit Agreement also contains affirmative and negative covenants with respect to operation of the business and properties of the Company as well as financial performance, including requirements to maintain a minimum of $2,000,000 of unrestricted cash, certain maximum total leverage ratios, a debt to asset ratio, maximum churn rate and minimum adjusted EBITDA. The Credit Agreement further provides customary events of default and cure periods for certain specified events of default, and in the event of uncured default, the acceleration of the maturity date, an increase in the applicable interest rate with respect to amounts outstanding under the Loan and payment of additional fees.

On February 26, 2019, concurrently with entering into the Credit Agreement, the existing loan and security agreement by and among iPass, iPass IP LLC and Fortress (the "Existing iPass Loan") terminated. Credit facilities under the Existing iPass Loan included a term loan A facility and a term loan B facility maturing on February 27, 2019.

On February 26, 2019, pursuant to the terms of the Credit Agreement, the Company issued to Post Road 425,000 shares of common stock at $1,606,500 and will issue an additional 200,000 shares of common stock upon the next subsequent funding, if any, under the Loan.

As of June 30, 2019, and December 31, 2018, the Company had outstanding senior secured debt of $22,077,767 and $0, respectively. For the three and six months ended June 30, 2019, the Company recorded interest expense of $747,245 and $1,054,120, respectively, related to the Loan. The interest rate at June 30, 2019 was 11%. The Company recorded $1,655,112 in deferred financing costs and other fees as a reduction of the outstanding loan balance through June 30, 2019. A total of $101,664 and $151,355 was amortized during the three and six months ended June 30, 2019. The remaining capacity under the Loan was $25,000,000 at June 30, 2019.

As of June 30, 2019, the Company was in compliance with all covenants required by the Loan.

18

**Note 11. Commitments and Contingencies**

**Lease Commitments**

We have operating leases for our office space. Our leases have remaining lease terms of less than one year to 6 years, some of which include options to indefinitely extend the leases monthly. For our month to month leases, we determined the number of renewal periods we are reasonably certain to exercise and include these periods in our right of use asset and lease liability calculations. Lease expense was $487,850 and $970,398 for the three and six months ended June 30, 2019, respectively, and is included in general and administrative expense in the condensed consolidated statement of comprehensive loss. Lease expense was $39,393 and $81,506 for the three and six months ended June 30, 2018.

| **Operating Leases:** | | **June 30, 2019** |
|---|---|---|
| Operating lease right-of-use assets | $ | 2,493,352 |
| Operating lease liabilities | $ | 2,790,685 |
| | | |
| **Weighted average remaining lease term** | | |
| Operating leases | | 1.9 years |
| | | |
| **Incremental borrowing rate** | | |
| Operating leases | | 8.8% |

The following represents maturities of operating lease liabilities as of June 30, 2019:

| | | |
|---|---|---|
| Remainder of 2019 | $ | 975,453 |
| 2020 | | 1,716,284 |
| 2021 | | 119,059 |
| 2022 | | 62,387 |
| 2023 | | 62,387 |
| Thereafter | | 98,779 |
| Total lease payments | $ | 3,034,349 |
| Less: imputed interest | | (243,664) |
| Lease liabilities, current | | 1,776,900 |
| Lease liabilities, non-current | | 1,013,785 |
| Total | $ | 2,790,685 |

**Legal Proceedings**

**Ellenoff Grossman & Schole LLP, claimed legal fees.**

On May 5, 2017, the Company's former legal counsel, Ellenoff Grossman & Schole LLP, commenced litigation proceedings in New York alleging breach of contract and claiming $817,822 in unpaid legal fees for January 2015 through November 2016. On June 29, 2017, the parties entered into a settlement agreement for the full $817,822 with agreed-upon monthly installment payments through August 31, 2019. As of June 30, 2019, this transaction is reflected in the financial statements.

The Company is involved in various claims and lawsuits incidental to our business.  In the opinion of management, the ultimate resolution of such claims and lawsuits will not have a material effect on our financial position, liquidity, or results of operations.

**Note 12. Subsequent Events**

None.

19

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Forward-Looking Statements*

*Any forward looking statements made herein are based on current expectations of the Company, involve a number of risks and uncertainties and should not be considered as guarantees of future performance. The factors that could cause actual results to differ materially include: interruptions or cancellation of existing contracts, inability to integrate acquisitions, impact of competitive products and pricing, product demand and market acceptance risks, the presence of competitors with greater financial resources than the Company, product development and commercialization risks, changes in governmental regulations, and changing economic conditions in developing countries and an inability to arrange additional debt or equity financing.*

**Overview**

Pareteum Corporation (Nasdaq: TEUM) is a cloud software communications platform company with a mission – *to connect every person and every(thing)* ™.

Millions of people and devices are connected around the world using Pareteum's global cloud software communications platform, enhancing their mobile experience. Pareteum unleashes the power of applications and mobile services, bringing secure, ubiquitous, scalable, and seamlessly available voice, video, SMS/text messaging, and data services to our customers, making worldwide communications services easily and economically accessible to everyone. By harnessing the value of our cloud communications platform, Pareteum serves enterprises, communications service providers, early stage innovators, developers, IoT, and telecommunications infrastructure providers. Pareteum envisions a new mobile communications experience imagining what will be and delivering now.

With estimates of up to 30 billion devices to be managed and connected the total available market is astoundingly large. Service Providers, Brand Marketing Companies, Enterprise and Internet of Things providers use Pareteum to energize their growth and profitability through cloud communication services and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. To achieve this, Pareteum has developed, and added through its acquisition of Artilium and iPass, patent pending software platforms which are connected to 59 mobile networks in 80 counties using multiple different communications channels including mobile telephony, data, SMS, VOIP, OTT services – all over the world. Pareteum integrates all these disparate communications methods and services and brings them to life for customers and application developers, allowing communications to become value-added. This is a major strategic target for many industries, from legacy telecommunications providers to the disruptive technology and data enterprises of today and the future.

The vast majority of our platform is comprised of our self-developed software and intellectual property, which provides our customers with a great deal of flexibility in how they use our products now and in the future and allows us to be market driven in our future. We have approximately 40 patents granted in relation to techniques and processes which support our cloud software and communications platform solutions.  Our platform services partners (technologies integrated into our cloud) include: HPE, IBM, Sonus, Oracle, Microsoft, NetNumber, Affirmed and other world class companies. As of October 1, 2018, the Company now includes Artilium plc, which operates as a wholly-owned subsidiary of the Company. Artilium is a software development company active in the enterprise communications and core telecommunications markets delivering software solutions which layer over disparate fixed, mobile and IP networks to enable the deployment of converged communication services and application technology providers. As of February 12, 2019, the Company now includes iPass Inc., which operates as a wholly-owned subsidiary of the Company. iPass is a cloud-based service provider of global mobile connectivity, offering Wi-Fi access on any mobile device through its SaaS platform.

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our condensed consolidated financial statements and notes thereto and the other financial information included elsewhere in this report.

**Critical Accounting Policies and Estimates**

The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America, or GAAP, requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of net revenue and expenses in the reporting period. We regularly evaluate our estimates and assumptions related to revenue recognition, rebates, allowances for doubtful accounts, sales returns and allowances, warranty reserves, stock-based compensation expense, intangible assets acquired in connection with our business combinations, long-lived asset valuations, strategic investments, deferred income tax asset valuation allowances, uncertain tax positions, tax contingencies, self-insurance, restructuring costs, litigation and other loss contingencies. We base our estimates and assumptions on current facts, historical experience and various other factors that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities and the recording of revenue, costs and expenses that are not readily apparent from other sources. The actual results experienced by us may differ materially and adversely from our estimates. To the extent there are material differences between our estimates and the actual results, our future results of operations will be affected. For a description of our critical accounting policies and estimates, please refer to the "Critical Accounting Policies and Estimates" section in Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2018 Annual Report. There have been no material changes in any of our critical accounting policies and estimates during the six months ended June 30, 2019.

***Comparison of three months ended June 30, 2019 and June 30, 2018***

***Revenues***

Revenues for the three months ended June 30, 2019, were $34,148,396, a $28,145,216 or 469% increase compared to $6,003,180 for the comparable three months in 2018. Our deployments with existing customers continue to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth. Additionally, the three months ended June 30, 2019, includes revenues of $5,241,919 and $7,359,579 from our acquisitions of Artilium and iPass, respectively. The three months ended June 30, 2018, included no such corresponding revenues as these transactions were consummated in the fourth quarter of 2018 and first quarter of 2019, respectively.

| | Three months ended June 30, | | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | Change |
| **Revenues** | $ | 34,148,396 | $ | 6,003,180 | $ | 28,145,216 |

***Cost of Service, excluding depreciation and amortization***

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

| | Three months ended June 30, | | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | Change |
| Revenues | $ | 34,148,396 | $ | 6,003,180 | $ | 28,145,216 |
| Cost of service (excluding depreciation and amortization) | | 15,293,244 | | 1,779,882 | | 13,513,362 |
| **Margin (excluding depreciation and amortization)** | $ | 18,855,152 | $ | 4,223,298 | $ | 14,631,854 |

Cost of service for the three months ended June 30, 2019, was $15,293,244, an increase of $13,513,362 or 759%, compared to $1,779,882 for the comparable three months in 2018. Cost of service for the three months ended June 30, 2019, includes costs for Artilium and iPass of $3,038,017 and $6,398,593, respectively due to their acquisitions. The remainder of the increase in cost of service is in line with the overall increase in revenue, which generates a corresponding increase in implementation costs for new clients.

21

*Product Development*

Product Development costs consist primarily of salaries and related expenses, including share-based compensation, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are also included in this function.

Product development costs for the three months ended June 30, 2019 and 2018, were $3,242,145 and $753,931, respectively, an increase of $2,488,214 or 330%. The increase in product development is due to acquisitions made by the company totaling $1,348,448. The remaining increases was due to continued development costs for legacy product lines.

*Sales and Marketing*

Sales and Marketing expenses consist primarily of salaries and related expenses, including share-based compensation, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

Sales and marketing expenses for the three months ended June 30, 2019 and 2018, were $2,769,065 and $652,442, respectively, an increase of $2,116,623 or 324%. Of this increase, $1,307,654 is attributable to the inclusion of iPass in the three month results. The remaining increase is the result of allocating additional resources to our growing business.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the three months ended June 30, 2019 and 2018, were $9,033,690 and $2,214,070, respectively, an increase of $6,819,620 or 308%. This is largely the result of the inclusion of expenses totaling $2,505,129 and $1,087,345 for Artilium and iPass, respectively. The remaining increase is primarily the result of higher stock based compensation expense and increased travel, legal, accounting, and marketing costs.

*Restructuring and Acquisition Charges*

Restructuring and acquisition charges for the three months ended June 30, 2019 and 2018, were $427,586 and $5,592, an increase of $421,994 or 7,546%, as a result of costs related to the iPass acquisition and the Devicescape asset acquisition.

*Stock-based compensation*

Stock-based compensation is comprised of:

- the expensing of the options granted under the 2008, 2017 and 2018 Plans to staff and management;

- the expensing of the shares issued under the 2008, 2017 and 2018 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services under the 2018 Plan.

For the three months ended June 30, 2019 and 2018, we recognized stock-based compensation expense of $2,008,833 and $697,448, respectively, an increase of $1,311,385 or 188%.

In the following table, we show the allocation of stock-based compensation according to functions in the Condensed Consolidated Statements of Comprehensive Loss:

| | Three months ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Cost of service (excluding depreciation and amortization) | $ - | $ (13,122) |
| Product development | 128,336 | (25,845) |
| Sales and marketing | 227,426 | (39,430) |
| General and administrative | 1,653,071 | 775,845 |
| Total | $ 2,008,833 | $ 697,448 |

22

*Depreciation and Amortization*

Depreciation and amortization expenses for the three months ended June 30, 2019, was $3,224,027, an increase of $2,229,709 or 224%, compared to $994,318 for the three months ended June 30, 2018. This was primarily due to amortization of intangible assets totaling $2,031,895 resulting from the Artilium, iPass and Devicescape acquisitions that took place on October 1, 2018, February 12, 2019, and April 22, 2019, respectively.

*Interest Income and Expense*

Interest income for the three-months ended June 30, 2019 and 2018, was $149,298 and $43,193, respectively, an increase of $106,105 or 246%. Interest income mainly consists of interest earned on promissory notes issued to ValidSoft and Yonder Media.

Interest expense for the three-months ended June 30, 2019 and 2018, was $777,907 and $99,708, respectively, an increase of $678,199 or 680%. Interest expense increased mainly as the result of the Post Road Loan entered into in February 2019.

*Interest Expense Related to Debt Discount and Conversion Feature*

For the three months ended June 30, 2019 and 2018, interest expense related to debt discount accretion were $199,224 and $30,272, respectively, an increase of $168,952 or 558%. This increase is mainly the result of the Post Road Loan entered into in February 2019.

*Changes in derivative liabilities*

Changes in derivative liabilities for the three months ended June 30, 2019, was $0, a decrease of $1,597,647 or 100%, compared to a gain of $1,597,647 for the same period in 2018. This decrease is due to the elimination of the derivative liability in 2018.

*Other Income, net*

Other (expense)/income for the three months ended June 30, 2019 and 2018 was ($194,354) and $567,710, respectively, a decrease of $762,064. The other expense arises from foreign currency transaction losses incurred by iPass in the second quarter of 2019.

*Amortization of Deferred Financing Costs*

Amortization of deferred financing costs for the three months ended June 30, 2019 and 2018, was $101,644 and $6,209, respectively, an increase of $95,435 or 1,537%. This increase is mainly the result of the Post Road Loan entered into in February 2019.

*Income tax (benefit)/expense*

Income tax benefit for the three months ended June 30, 2019, was $449,403, compared to an income tax expense of $18,842 for the same period in 2018. The tax provision was calculated based upon an expected annual tax rate.

*Net Income (Loss)*

Net loss for the three months ended June 30, 2019, was $515,809, an increase of $2,172,273 or 131%, compared to income of $1,656,464 for the same period in 2018. The increase in net loss was primarily due to lower margins at our newly acquired subsidiaries Artilium and iPass.

*Other Comprehensive Income/(Loss)*

We recorded foreign currency translation gains and losses as other comprehensive income or loss, which amounted to a gain of $435,935 and a loss of $79,137 for the three months ended June 30, 2019 and 2018, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

*Comparison of six months ended June 30, 2019 and June 30, 2018*

*Revenues*

Revenues for the six months ended June 30, 2019, were $57,188,310 a $47,072,560 or 465% increase compared to $10,115,750 for the comparable six months in 2018. Our deployments with existing customers continue to grow, new implementations are generating new revenues and new cloud based revenues were all factors in our revenue growth. Additionally, the six months ended June 30, 2019, revenues include Artilium revenues of $10,389,771. It also includes iPass revenues of $11,085,817 for the period from February 12, 2019, the date of its acquisition, through June 30, 2019. The remainder of the increase is due to growth in the Company's existing business lines.

24

|  | Six months ended June 30, | | | | |
|  | 2019 | | 2018 | | Change |
|---|---|---|---|---|---|
| **Revenues** | $ | 57,188,310 | $ | 10,115,750 | $ | 47,072,560 |

### Cost of Service

Cost of service includes origination, termination, network and billing charges from telecommunications operators, costs of telecommunications service providers, network costs, data center costs, facility cost of hosting network and equipment and cost in providing resale arrangements with long distance service providers, cost of leasing transmission facilities, international gateway switches for voice, data transmission services, and the cost of professional services of staff directly related to the generation of revenues, consisting primarily of employee-related costs associated with these services, including share-based compensation and the cost of subcontractors. Cost of service excludes depreciation and amortization.

|  | Six months ended June 30, | | | | |
|  | 2019 | | 2018 | | Change |
|---|---|---|---|---|---|
| Revenues | $ | 57,188,310 | $ | 10,115,750 | $ | 47,072,560 |
| Cost of service (excluding depreciation and amortization) | | 25,361,468 | | 2,974,405 | | 22,387,063 |
| **Margin (excluding depreciation and amortization)** | $ | 31,826,842 | $ | 7,141,345 | $ | 24,685,497 |

Cost of service for the six months ended June 30, 2019, was $25,361,468, an increase of $22,387,063 or 753%, compared to $2,974,405 for the comparable six month period in 2018. This 753% increase in cost of service is in line with our increase in revenue, as margins and additional costs associated from implementations for new clients have stayed relatively constant. This includes Artilium cost of service of $6,029,427 for the six months ended June 30, 2019, and iPass cost of service of $9,603,882 for the period from February 12, 2019 through June 30, 2019. Comparable costs were not reflected in the six months ended June 30, 2018, because these subsidiaries were acquired in subsequent periods. The remaining increase in costs of service is due to the overall growth in the business.

### Product Development

Product Development costs consist primarily of salaries and related expenses, including share-based compensation, of employees involved in the development of the Company's services, which are expensed as incurred. Costs such as database architecture, and Pareteum business operating system network and intelligent network platform development and testing are also included in this function.

Product development costs for the six months ended June 30, 2019 and 2018, were $5,816,189 and $1,480,776, respectively, an increase of $4,335,413 or 293%. The increase is primarily due to the overall expansion of our lines of business year over year and the inclusion of product development costs of $1,131,869 for Artilium and iPass for the six months ended June 30, 2019.

### Sales and Marketing

Sales and Marketing expenses consist primarily of salaries and related expenses, including stock-based compensation, for our sales and marketing staff, including commissions, payments to partners and marketing programs. Marketing programs consist of advertising, events, corporate communications and brand building.

Sales and marketing expenses for the six months ended June 30, 2019 and 2018 were $5,709,747 and $1,341,440, respectively, an increase of $4,368,307 or 326%. This increase is primarily a direct result of hiring new employees, the inclusion of the Artilium and iPass sales and marketing expenses of $2,752,546, and other incremental costs incurred as the Company expands.

*General and Administrative*

General and administrative expenses are our largest cost and consist primarily of overhead related salaries and expenses, including share-based compensation, for non-employee directors, finance and accounting, legal, internal audit and human resources personnel, legal costs, professional fees and other corporate expenses.

General and administrative expenses for the six months ended June 30, 2019 and 2018, were $15,896,619 and $4,510,922, respectively, an increase of $11,385,697 or 252%.

*Restructuring and Acquisition Charges*

Acquisition charges for the six months ended June 30, 2019 and 2018, were $3,507,950 and $79,193, an increase of $3,428,757 or 4,330%, as a result of costs related to acquiring iPass and Artilium.

*Stock-based compensation*

Stock-based compensation is comprised of:

- the expensing of the options granted under the 2008, 2017 and 2018 Plans to staff and management;

- the expensing of the shares issued under the 2008, 2017 and 2018 Plans to contractors, directors and executive officers in lieu of cash compensation; and

- the expensing of restricted shares issued for consultancy services under the 2018 Plan.

For the six months ended June 30, 2019 and 2018, we recognized stock-based compensation expense of $5,722,447 and $1,771,580, respectively, an increase of $3,950,867 or 223%.

In the following table, we show the allocation of stock-based compensation according to functions in the Condensed Consolidated Statements of Comprehensive Loss:

|  | Six months ended June 30, | |
|  | 2019 | 2018 |
| --- | ---: | ---: |
| Cost of service (excluding depreciation and amortization) | $ 52,877 | $ 11,254 |
| Product development | 222,667 | 16,587 |
| Sales and marketing | 549,214 | 88,939 |
| General and administrative | 4,897,689 | 1,628,896 |
| Restructuring | - | 25,904 |
| Total | $ 5,722,447 | $ 1,771,580 |

*Depreciation and Amortization*

Depreciation and amortization expenses for the six months ended June 30, 2019, was $6,067,430, an increase of $4,107,821 or 210%, compared to $1,959,609 for the same period in 2018. This was increase was primarily due to amortization of intangible assets totaling $3,683,726 resulting from the Artilium, iPass and Devicescape acquisitions that took place on October 1, 2018, February 12, 2019 and April 22,2019, respectively.

26

*Interest Income and Expense*

Interest income for the six months ended June 30, 2019 and 2018, was $250,844 and $85,865, respectively, an increase of $164,979 or 192%. Interest income mainly consists of interest accrued for the $503,000 and $3,200,000 promissory notes issued to ValidSoft and Yonder Media, respectively.

Interest expense for the six months ended June 30, 2019 and 2018, was $1,326,767 and $163,467, respectively, an increase of $1,163,300 or 712%. Interest expense increased mainly as the result of the Post Road Loan entered into in February 2019.

*Interest Expense Related to Debt Discount Accretion and Conversion Feature*

For the six months ended June 30, 2019 and 2018, interest expense related to debt discount accretion were $271,205 and $59,838, respectively, an increase of $211,367 or 353%. This increase is mainly the result of the Post Road Loan entered into in February 2019.

*Changes in derivative liabilities*

Changes in derivative liabilities for the six-month period ended June 30, 2019, was $0, a decrease of $1,283,914 or 100%, compared to a gain of $1,283,914 for the same period in 2018. This decrease is due to the elimination of the derivative liability in 2018.

*Other (Expense) Income, net*

Other expense for the six months ended June 30, 2019 was $241,485, as compared to other income of $637,255 for the six months ended June 30, 2018, a decrease of $878,740 or 138%. The 2018 amount represents the unrealized exchange rate gains and an adjustment to liabilities for no longer deemed obligations. The 2019 amount represents foreign currency transaction losses.

*Amortization of Deferred Financing Costs*

Amortization of deferred financing costs for the six-months ended June 30, 2019 and 2018 was $151,355 and $12,351, respectively, an increase of $139,004 or 1,125%. This increase is mainly the result of the Post Road Loan entered into in February 2019.

*Income tax (benefit)/expense*

Income tax benefit for the six months ended June 30, 2019, was $616,737, compared to an income tax expense of $18,424, for the same period in 2018. The tax provision was calculated based upon an expected annual tax rate.

*Net Loss*

Net loss for the six months ended June 30, 2019, was $6,294,324 an increase of $5,816,683 or 1,218%, compared to the loss of $477,641 for the same period in 2018. The increase in net loss is due to lower margins and costs associated with acquiring new companies.

*Other Comprehensive (Loss)/Income*

We recorded foreign currency translation gains as other comprehensive income or loss, which amounted to a gain of $76,131 and $25,266 for the six months ended June 30, 2019 and 2018, respectively. This change is primarily attributable to the translation effect resulting from the fluctuations in the USD/Euro exchange rates.

**Liquidity and Capital Resources**

As reflected in the accompanying condensed consolidated financial statements, the Company reported net loss of $6,294,324 for the six months ended June 30, 2019, and had an accumulated deficit of $318,919,707 as of June 30, 2019.

The cash balance including restricted cash of the Company at June 30, 2019, was $4,482,313.

**Operating activities**

Net cash used in operating activities of $10,441,210 for the six months ended June 30, 2019, due to an increase in accounts receivable of $25,190,857, offset by a decrease in accounts payable and customer deposits of $6,936,552, a decrease in net billings in excess of revenues and deferred revenue of $2,000,430 and a decrease in accrued expenses and other payables for $1,644,320.

As a result of the above, cash used in operating activities was $10,441,210 for the six months ended June 30, 2019, compared to net cash used in operating activities of $952,476 for the six months ended June 30, 2018, for an increase of $9,488,734 or 996%.

**Investing activities**

Net cash used in investing activities for the six months ended June 30, 2019, was $5,973,438, an increase of $4,095,961, or 218% compared to $1,877,477 in the same period in 2018. This change was mainly the result of the purchase of property, equipment and capitalized software of $1,650,013, the issuance of notes receivable of $2,700,000 to Yonder Media and effect of the business combinations of $1,562,636.

**Financing activities**

Net cash provided by financing activities for the six months ended June 30, 2019 and 2018, was $14,443,138 and $8,484,428, respectively, an increase of $5,958,710 or 70.2%. This increase was primarily the result of the receipt of $25,000,000 in proceeds from the senior debt from Post Road Group, offset by the repayment of $11,669,963 to Fortress in connection with the iPass transaction in February 2019.

**Effect of exchange rates on cash, cash equivalents and restricted cash**

Effect of exchange rates on cash, cash equivalents and restricted cash for the six months ended June 30, 2019, was a loss of $28,541, compared to a gain of $42,185 for the same period in 2018.

As a result of the above activities, for the six months ended June 30, 2019, we had cash, cash equivalents and restricted cash of $4,482,313 a net decrease in cash, cash equivalents and restricted cash of $2,000,051 since December 31, 2018.

**Off- Balance Sheet Arrangements**

We do not have any off-balance sheet arrangements that have or are reasonably likely to have either a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors, nor we have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Item 3. Quantitative and Qualitative Disclosures about Market Risk**

*Foreign currency exchange rate*

Although the majority of our business activities are carried out in Euros, we report our financial statements in USD. The conversion of Euros and USD leads to period-to-period fluctuations in our reported USD results arising from changes in the exchange rate between the USD and the Euro. Generally, when the USD strengthens relative to the Euro, it has an unfavorable impact on our reported revenue and income and a favorable impact on our reported expenses. Conversely, when the USD weakens relative to the Euro, it produces a favorable impact on our reported revenue and income, and an unfavorable impact on our reported expenses. The above fluctuations in the USD/Euro exchange rate therefore result in currency translation effects (not to be confused with real currency exchange effects), which impact our reported USD results and may make it difficult to determine actual increases and decreases in our revenue and expenses which are attributable to our actual operating activities. We carry out our business activities primarily in Euros, and we do not currently engage in hedging activities. As the clear majority of our business activities are carried out in Euros and we report our financial statements in USD, fluctuations in foreign currencies impact the total amount of assets and liabilities that we report for our foreign subsidiaries upon the translation of those amounts in USD. We are subject to interest rate risk through our Credit Agreement with Post Road Group, which bears interest at a rate of LIBOR plus 8.5%.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

As of June 30, 2019, the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's Principal Executive Officer and Principal Financial and Accounting Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934. Based on the evaluation, the Company's Principal Executive Officer and Principal Accounting Officer have concluded that the Company's disclosure controls and procedures were not effective as of June 30, 2019. In light of the previously issued material weakness described below, the Company has performed additional analysis and other remediation efforts, described below, to ensure the financial statements are prepared in accordance with GAAP.

*Changes in Internal Control Over Financial Reporting*

We previously identified and disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018, a material weakness related to:

- Ineffective design, implementation and monitoring of information technology general controls pertaining to the Company's change management process; and
- Inadequate and ineffective management assessment of internal control over financial reporting, including insufficient experienced resources to complete the documentation of internal control assessment.

To address ineffective design, implementation and monitoring of information technology general controls pertaining to the Company's change management process, the Company has (i) removed all live access to all developers, internal and external, from being able to make coding changes directly in our reporting system; (ii) has continued to monitor and document all changes made in our reporting system and add additional layers of documented review of these changes; (iii) instituted monitoring controls and sample testing needs to be completed on our reporting system to ensure the documented policies are being followed and report the results of these tests to senior management in regular appropriate intervals; and (iv) enhanced our quarterly reporting on the remediation measures to the Audit Committee of the Board of Directors. Management believes the Company has taken significant steps towards the remediation of the identified material weaknesses, as of June 30, 2019.

We also continue to develop certain remediation steps to address the material weakness discussed above to improve our assessment of internal control over financial reporting. As of June 30, 2019, these efforts are ongoing.

We are committed to maintaining a strong internal control environment and believe that these remediation actions will represent significant improvements in our controls. However, the identified material weakness in internal control over financial reporting will not be considered remediated until controls have been designed and/or controls are in operation for a sufficient period of time for our management to conclude that the material weaknesses have been remediated. Additional remediation measures may be required, which may require additional implementation time. We will continue to assess the effectiveness of our remediation efforts in connection with our evaluations of internal control over financial reporting.

29

**PART II - OTHER INFORMATION**

**Item 1. Legal Proceedings**

The Company is not presently engaged in any active material litigation or regulatory proceedings and no such proceedings are contemplated. Nevertheless, from time to time, the Company may be subject to legal actions and claims in the ordinary course of business. We have previously received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves or our customers or partners by determining the scope, enforceability and validity of third-party proprietary rights, or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**Item 1A. Risk Factors**

In addition to the other information set forth in this Quarterly Report on Form 10-Q, you should carefully consider the Risk Factors included in Part I, Item 1A. — "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2018. These Risk Factors could materially impact our business, financial condition and/or operating results. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely impact our business, financial condition and/or operating results.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

None.

**Item 6. Exhibits**

    (a)  Exhibits

| | |
|---|---|
| 31.1 | Certification of the principal executive officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 31.2 | Certification of the principal financial and accounting officer pursuant to Rule 13a-14(a) or Rule 15(d)-14(a) |
| 32.1 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification pursuant to 18 U.S.C. §1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

31

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<strong>PARETEUM CORPORATION</strong>

Date: August 9, 2019                                 By  /s/ Robert H. Turner
                                                         Robert H. Turner
                                                         Executive Chairman
                                                         (Principal Executive Officer)

Date: August 9, 2019                                 By  /s/ Edward O'Donnell
                                                         Edward O'Donnell
                                                         Chief Financial Officer
                                                         (Principal Financial and Accounting Officer)

32

**Exhibit 31.1**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert H. Turner, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: August 9, 2019

/s/ Robert H. Turner
_____
Robert H. Turner
Executive Chairman
Principal Executive Officer

**Exhibit 31.2**

**CERTIFICATION**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Edward O'Donnell, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Pareteum Corporation.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of a quarterly report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: August 9, 2019

/s/ Edward O'Donnell
_____
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

**Exhibit 32.1**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation., a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)  The Quarterly Report on Form 10-Q for the quarter ended June 30, 2019, (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)  The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: August 9, 2019

/s/ Robert H. Turner
Robert H. Turner
Executive Chairman
Principal Executive Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.

**Exhibit 32.2**

**CERTIFICATION**
**Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**
**(18 U.S.C. 1350)**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. 1350), the undersigned officer of Pareteum Corporation, a Delaware corporation (the "Company"), does hereby certify, to the best of such officer's knowledge and belief, that to my knowledge:

(1)    The Quarterly Report on Form 10-Q for the quarter ended June 30, 2019, (the "Form 10-Q") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Form 10-Q fairly presents, in all materials respects, the financial condition and results of operations of the Company.

Date: August 9, 2019

/s/ Edward O'Donnell
Edward O'Donnell
Chief Financial Officer
Principal Financial and Accounting Officer

The foregoing certification is being furnished solely pursuant to section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of section 1350, chapter 63 of title 18, United States Code) and is not being filed as part of a separate disclosure document.