# EXHIBIT D

| Press Release Date | Forward Looking Statement Language | Contractual Revenue Backlog Definition Language | $ Amount of Deal | Contract Term (if specified) |
|---|---|---|---|---|
| 2017.12.14 | x | x | n/a | |
| 2017.12.19 | x | | n/a | |
| 2017.12.20 | x | x | $ 4,000,000.00 | 3 years |
| 2017.12.26 | x | x | n/a | |
| 2018.01.02 | x | x | $ 3,000,000.00 | |
| 2018.01.03 | x | x | n/a | |
| 2018.01.04 | x | x | $ 1,000,000.00 | 3 years |
| 2018.01.05 | x | x | n/a | |
| 2018.01.08 | x | x | n/a | |
| 2018.01.10 | x | x | $ 5,400,000.00 | 3 years |
| 2018.01.17 | x | | $ 3,000,000.00 | 5 years |
| 2018.01.19 | x | x | $ 1,000,000.00 | |
| 2018.01.22 | x | | n/a | |
| 2018.01.24 | x | | $ 1,000,000.00 | |
| 2018.01.26 | x | | € 8,700,000.00 | 5 years |
| 2018.01.31 | x | x | n/a | |
| 2018.02.02 | x | x | $ 1,000,000.00 | 3 years |
| 2018.02.06 | x | x | n/a | |
| 2018.02.12 | x | x | n/a | |
| 2018.02.14 | x | x | $ 1,500,000.00 | 3 years |
| 2018.02.23 | x | x | $ 1,400,000.00 | 3 years |
| 2018.02.28 | x | x | $ 10,000,000.00 | 3 years |
| 2018.03.08 | x | x | $ 4,500,000.00 | 5 years |
| 2018.03.15 | x | x | $ 1,500,000.00 | 3 years |
| 2018.03.19 | x | x | $ 2,400,000.00 | 3 years |
| 2018.03.21 | x | x | $ 15,000,000.00 | 5 years |
| 2018.03.23 | x | x | $ 1,500,000.00 | 5 years |
| 2018.04.02 | x | | n/a | |
| 2018.04.03 | x | x | $ 3,100,000.00 | 3 years |
| 2018.04.05 | x | x | n/a | |
| 2018.04.09 | x | x | n/a | |
| 2018.04.12 | x | x | $ 1,000,000.00 | 3 years |
| 2018.04.16 | x | x | n/a | |
| 2018.04.18 | x | x | $ 10,000,000.00 | 3 years |
| 2018.04.26 | x | | $ 2,500,000.00 | 3 years |
| 2018.04.30 | x | x | $ 6,000,000.00 | 3 years |
| 2018.05.01 | x | | $ 1,000,000.00 | 3 years |
| 2018.05.04 | x | | n/a | |
| 2018.05.07 | x | x | n/a | |
| 2018.05.08 | x | | $ 4,000,000.00 | 3 years |
| 2018.05.09 | x | | $ 5,000,000.00 | 3 years |
| 2018.05.11 | x | | $ 1,500,000.00 | 3 years |
| 2018.05.16 | x | | $ 2,000,000.00 | 3 years |
| 2018.05.17 | x | | $ 3,000,000.00 | 3 years |

| Press Release Date | Forward Looking Statement Language | Contractual Revenue Backlog Definition Language | $ Amount of Deal | Contract Term (if specified) |
|---|---|---|---|---|
| 2018.05.21 | x | | $ 8,000,000.00 | 3 years |
| 2018.06.07 | x | | n/a | |
| 2018.06.11 | x | | $ 6,000,000.00 | 3 years |
| 2018.06.27 | x | | $ 3,500,000.00 | 3 years |
| 2018.06.28 | x | x | n/a | |
| 2018.07.10 | x | x | n/a | |
| 2018.07.11 | x | | $ 6,000,000.00 | 3 years |
| 2018.07.16 | x | | $ 4,000,000.00 | 3 years |
| 2018.07.18 | x | | $ 10,000,000.00 | |
| 2018.07.19 | x | | $ 2,000,000.00 | 3 years |
| 2018.07.24 | x | | $ 5,000,000.00 | 3 years |
| 2018.07.25 | x | | $ 3,000,000.00 | 5 years |
| 2018.07.26 | x | | $ 3,500,000.00 | 3 years |
| 2018.07.31 | x | | $ 5,500,000.00 | 3 years |
| 2018.08.01 | x | | $ 3,000,000.00 | 3 years |
| 2018.08.02 | x | | $ 4,000,000.00 | 3 years |
| 2018.08.02 (No. 2) | x | x | n/a | |
| 2018.08.06 | x | x | n/a | |
| 2018.08.07 | x | | $ 8,000,000.00 | 3 years |
| 2018.08.09 | x | | $ 4,000,000.00 | 3 years |
| 2018.08.14 | x | | $ 3,500,000.00 | 3 years |
| 2018.08.16 | x | | $ 4,000,000.00 | 3 years |
| 2018.09.13 | x | x | n/a | |
| 2018.09.17 | x | x | n/a | |
| 2018.09.24 | x | | $ 38,000,000.00 | 5 years |
| 2018.10.02 | x | | $ 15,000,000.00 | 3 years |
| 2018.10.05 | x | x | n/a | |
| 2018.10.08 | x | | $ 50,000,000.00 | 3 years |
| 2018.10.17 | x | | $ 8,000,000.00 | |
| 2018.10.23 | x | | $ 11,000,000.00 | 3 years |
| 2018.10.24 | x | | n/a | |
| 2018.10.25 | x | | $ 4,000,000.00 | 3 years |
| 2018.10.30 | x | | n/a | |
| 2018.11.07 | x | x | n/a | |
| 2018.11.27 | x | x | n/a | |
| 2018.11.29 | x | x | $ 76,000,000.00 | 3 years |
| 2018.12.11 | x | x | n/a | |
| 2018.12.13 | x | x | $ 24,000,000.00 | 3 years |
| 2019.02.14 | x | x | $ 15,000,000.00 | 3 years |
| 2019.02.15 | x | x | $ 49,000,000.00 | |
| 2019.02.20 | x | x | n/a | |
| 2019.03.05 | x | x | $ 30,000,000.00 | 3 years |
| 2019.03.07 | x | x | n/a | |

| Press Release Date | Forward Looking Statement Language | Contractual Revenue Backlog Definition Language | $ Amount of Deal | Contract Term (if specified) |
|---|---|---|---|---|
| 2019.03.12 | x | x | n/a | |
| 2019.03.15 | x | x | $ 17,000,000.00 | 3 years |
| 2019.03.28 | x | x | $ 50,000,000.00 | |
| 2019.04.02 | x | x | $ 22,000,000.00 | 3 years |
| 2019.04.04 | x | x | n/a | |
| 2019.04.09 | x | x | n/a | |
| 2019.05.07 | x | x | n/a | |
| 2019.05.15 | x | | n/a | |
| 2019.07.01 | x | | n/a | |
| 2019.08.06 | x | x | n/a | |
| 2019.08.26 | x | | n/a | |
| 2019.09.20 | x | | n/a | |
| 2019.10.15 | x | | n/a | |
| 2019.10.21 | x | | n/a | |