UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE PARETEUM SECURITIES LITIGATION                    1:19-cv-09767-AKH-GWG

_____

## DEFENDANT SQUAR MILNER LLP'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Peter J. Larkin, Esq., with exhibits, dated April 24, 2020, the accompanying Memorandum of Law, dated April 24, 2020, and all the prior proceedings had herein, Defendant Squar Milner LLP ("Squar Milner") by and through its undersigned counsel, will move this Court, before Honorable Alvin K. Hellerstein, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on the date and at the time set by the Court, for an order:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Sixth Claim in Plaintiff's Consolidated Complaint against Squar Milner, LLP for failure to state a claim and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Scheduling Order entered on April 13, 2020, opposition papers, if any, shall be filed and served by June 9, 2020, and reply papers, if any, shall be filed and served by June 24, 2020.

Dated:  April 24, 2020

                              Respectfully submitted,

                    Wilson Elser Moskowitz Edelman & Dicker LLP

                  By: */s/ Peter J. Larkin*
                      Peter J. Larkin
                      Thomas R. Manisero
                      Rebecca R. Gelozin
                      *Attorneys for Squar Milner LLP*
                      1133 Westchester Avenue
                      White Plains, New York 10604
                      (914) 323-7000

                      Madison S. Spach, Jr.
                      Spach Capaldi & Waggaman LLP
                      *Attorneys for Squar Milner LLP*
                      4676 MacArthur Court
                      Suite 550
                      Newport Beach, California 92660
                      (949) 852-0710