**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PARETEUM SECURITIES
LITIGATION

Case No. 1:19-cv-09767-AKH-GWG

### DEFENDANT DAWSON JAMES SECURITIES, INC.'S
### NOTICE OF JOINDER IN MOTION TO DISMISS

PLEASE TAKE NOTICE that defendant Dawson James Securities, Inc. ("Dawson James") joins in the motion to dismiss filed by defendants Pareteum Corporation, Robert H. Turner, Edward O'Donnell, Victor Bozzo, Denis McCarthy, Rob Mumby, Robert Lippert, Yves van Sante, and Luis Jimenez-Tunon (the "Pareteum Defendants") (ECF No. 143), insofar as it relates to the sole claim asserted against Dawson James (the Sixth Claim).  For the reasons stated in Section I.D of the Pareteum Defendants' memorandum of law (*id.*), and Sections I and II of the memorandum of law submitted by Squar Milner LLP (ECF No. 145), including failure to allege a violation of Section 11 of the Securities Act with regard to the Secondary Offering and lack of standing, Dawson James respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Consolidated Complaint as against Dawson James for failure to state a claim upon which relief can be granted.

Dated: April 29, 2020

SCHIFF HARDIN LLP

*/s/  Kayvan B. Sadeghi*
Kayvan B. Sadeghi
1185 Avenue of the Americas, Suite 3000
New York, NY 10036
Phone: 212.753.5000
Fax:  212.753.5044
Email: ksadeghi@schiffhardin.com

*Attorneys for Defendant Dawson James*
*Securities, Inc.*

\82198091.1