**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE PARETEUM SECURITIES LITIGATION** | **Case No. 1:19-cv-09767-AKH-GWG**

**DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO THE MOTIONS TO DISMISS THE CONSOLIDATED COMPLAINT FILED BY ALL DEFENDANTS AND THE MOTION TO STRIKE FILED BY PARETEUM AND THE FRAUD DEFENDANTS**

I, Melinda A. Nicholson, hereby declare as follows:

1.      I am a member in good standing of the New York and Louisiana Bars. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff, the Pareteum Shareholder Investor Group. I submit this Declaration in support of Lead Plaintiff's Omnibus Opposition to the Motions to Dismiss the Consolidated Complaint filed by All Defendants and the Motion to Strike Filed by Pareteum and the Fraud Defendants.

2.      Attached hereto as Exhibits are true and correct annotated copies of the following:

Exhibit 1:      Excerpts from the Form S-4 Registration Statement filed by Pareteum with the SEC on December 3, 2018 in connection with the iPass Acquisition.

Exhibit 2:      Excerpts from the 424(b)(3) Prospectus filed by Pareteum with the SEC on February 14, 2019 in connection with the iPass Acquisition.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 12th day of June, 2020, at New Orleans, Louisiana.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson