# EXHIBIT 1

**As filed with the Securities and Exchange Commission on December 3, 2018**

Registration No. 333-

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM S-4

REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# PARETEUM CORPORATION

(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **4819** | **95-4557538** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (IRS Employer Identification No.) |

**1185 Avenue of the Americas, 37 th Floor**
**New York, New York 10036**
**Telephone: (212) 984-1096**
(Address, including Zip Code, and Telephone Number, including Area Code, of Registrant's Principal Executive Offices)

**Mr. Robert H. Turner , Executive Chairman**
**1185 Avenue of the Americas, 37 th Floor**
**New York, New York 10036**
**Telephone: (212) 984-1096**
(Name, Address, including Zip Code, and Telephone Number, including Area Code, of Agent for Service)

*Copies to:*

| | | |
|---|---|---|
| **Darrin Ocasio** | **Gary Griffiths** | **Timothy Moore** |
| **Avital Perlman** | **iPass Inc.** | **Brett White** |
| **Sichenzia Ross Ference LLP** | **3800 Bridge Parkway** | **Cooley LLP** |
| **1185 Avenue of the Americas, 37 th Floor** | **Suite 200** | **3175 Hanover Street** |
| **New York, New York 10036** | **Redwood Shores, CA 94065** | **Palo Alto, CA 94304** |
| **Telephone: (212) 930-9700** | **Telephone: (650) 232-4100** | **Telephone: (650) 843-5000** |
| **Fax Number: (212) 930-9725** | | **Fax Number: (650) 849-7400** |

**Approximate date of commencement of proposed sale of the securities to the public: As soon as practicable after the effectiveness of this registration statement and the satisfaction or waiver of the conditions to the transactions described herein.**

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box:  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-Accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act .  ☐

**The information in this document may change. The registrant may not complete the offer or the merger and issue these securities until the registration statement filed with the U.S. Securities and Exchange Commission is effective. This document is not an offer to sell these securities and the registrant is not soliciting an offer to buy these securities in any state or jurisdiction in which such offer is not permitted.**

**PRELIMINARY AND SUBJECT TO CHANGE, DATED DECEMBER 3, 2018**

Offer by

# TBR, Inc.,
a direct wholly owned subsidiary of

# PARETEUM CORPORATION,
to exchange each outstanding share of common stock of

# IPASS INC.

for

**1.17 shares of common stock of Pareteum Corporation**

**THE OFFER AND THE WITHDRAWAL RIGHTS WILL EXPIRE AT 12:00 MIDNIGHT, NEW YORK CITY TIME, AT THE END OF JANUARY 3, 2019, UNLESS EXTENDED OR TERMINATED.**

Pareteum Corporation ("Pareteum"), through its direct wholly owned subsidiary TBR, Inc. (the "Offeror"), is offering (the "offer"), upon the terms and subject to the conditions set forth in this prospectus/offer and in the accompanying letter of transmittal, to exchange for each outstanding share of common stock of iPass ("iPass"), par value $0.001 per share, that is validly tendered in the offer and not properly withdrawn, 1.17 shares of Pareteum common stock, par value $0.00001 per share, together with cash in lieu of any fractional shares of Pareteum common stock, without interest and less any applicable withholding taxes.

We refer to the above as the "transaction consideration."

The Offeror's obligation to accept for exchange, and to exchange, shares of iPass common stock for shares of Pareteum common stock in the offer is subject to a number of conditions, including there having been validly tendered and not properly withdrawn at least the number of shares of iPass common stock that, together with any shares of iPass common stock directly or indirectly owned by Pareteum and the Offeror, represents at least a majority of the outstanding shares of iPass common stock. See "Merger Agreement — Conditions to the Offer" for a description of all such conditions.

The offer is being made pursuant to an Agreement and Plan of Merger (the "merger agreement"), dated November 12, 2018, among Pareteum, the Offeror and iPass. A copy of the merger agreement is attached to this document as **Annex A** .

The offer is the first step in Pareteum's plan to acquire control of, and ultimately all of the outstanding equity in, iPass. Accordingly, if the offer is completed, pursuant to the terms and subject to the conditions of the merger agreement, as soon as practicable following the consummation of the offer, Pareteum intends to consummate a merger of the Offeror with and into iPass, with iPass surviving the merger (the "merger" and together with the offer, the "transactions"). The purpose of the merger is for Pareteum to acquire all shares of iPass common stock that it did not acquire in the offer. In the merger, each outstanding share of iPass common stock that was not acquired by Pareteum or the Offeror in the offer (other than certain dissenting, converted and cancelled shares, as described further in this document) will be converted into the right to receive the transaction consideration. After the merger, the iPass business will be held in a direct wholly owned subsidiary of Pareteum, and the former stockholders of iPass will no longer have any direct ownership interest in the surviving corporation. The merger will be governed by Section 251(h) of the General Corporation Law of the State of Delaware (the "DGCL"), and accordingly no stockholder vote will be required to complete the merger.

**ADDITIONAL INFORMATION**

As permitted by the SEC, this document incorporates by reference important business and financial information about Pareteum, and its subsidiaries from documents filed with the SEC that have not been included in or delivered with this document.

This information is available without charge at the SEC's website at www.sec.gov, as well as from other sources.

You can obtain the documents incorporated by reference in this document, without charge, by requesting them in writing or by telephone at the following address and telephone number.

Pareteum Corporation
Investor Relations
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 984-1096
http://www.Pareteum.com

If you would like to request documents, in order to receive timely delivery prior to the expiration of the offer, please make your request at least five business days prior to the expiration date of the offer. The offer is scheduled to expire at 12:00 midnight, New York City time, at the end of January 3, 2019, unless earlier extended or terminated. **Unless the offer is extended, this means that the latest you should request documents is December 24, 2018.**

See also "Where To Obtain Additional Information."

iPass has supplied all information contained in this document relating to iPass, and Pareteum has supplied all information contained or incorporated by reference in this document relating to Pareteum. Both iPass and Pareteum have both contributed information relating to the offer and the merger.

Certain information relating to iPass appears in the Solicitation/Recommendation Statement on Schedule 14D-9 dated as of the date of this document and filed by iPass with the SEC (the "Schedule 14D-9"). The Schedule 14D-9 is being mailed to iPass stockholders.

1

**WHERE TO OBTAIN ADDITIONAL INFORMATION**

Pareteum and iPass file annual, quarterly and current reports, proxy statements and other information with the SEC. iPass stockholders may read and copy any reports, statements or other information that Pareteum or iPass file with the SEC at the SEC's public reference room at 100 F Street, N.E., Washington, D.C. 20549. Please call the SEC at 1-800-SEC-0330 for further information regarding the public reference room. Pareteum's and iPass's public filings also are available to the public from commercial document retrieval services and may be obtained without charge at the SEC's website at www.sec.gov .

Pareteum has filed a registration statement on Form S-4 with the SEC to register the offer and sale of shares of Pareteum common stock to be issued in the offer and the merger. This document is a part of that registration statement. Pareteum may also file amendments to such registration statement. In addition, on the date of the initial filing of the registration statement on Form S-4 of which this document is a part, Pareteum and the Offeror filed with the SEC a Tender Offer Statement on Schedule TO under the Exchange Act, together with exhibits, to furnish certain information about the offer. Pareteum and the Offeror may file amendments to the Schedule TO. As allowed by SEC rules, this document does not contain all of the information in the registration statement or the Schedule TO, or the exhibits to the registration statement or the Schedule TO. You may obtain copies of the Form S-4 and Schedule TO (and any amendments to those documents) by contacting the information agent as directed elsewhere in this document.

The SEC allows Pareteum to incorporate information into this document "by reference," which means that Pareteum and the Offeror can disclose important information to iPass stockholders by referring to another document or information filed separately with the SEC. The information incorporated by reference is deemed to be part of this document, except for any information amended or superseded by information contained in, or incorporated by reference into, this document. This document incorporates by reference the documents and information set forth below that Pareteum has previously filed with the SEC. These documents contain important information about Pareteum and its financial conditions, businesses, operations and results.

**Pareteum Corporation Filings:**

1. Current Report on Form 8-K filed with the SEC on November 30, 2018, Current Report on Form 8-K filed with the SEC on November 21, 2018; Current Report on Form 8-K  filed with the SEC on November 13, 2018; Current Report on Form 8-K/A filed with the SEC on November 9, 2018; Current Report on Form 8-K filed with the SEC on October 11, 2018; Current Report on Form 8-K/A filed with the SEC on October 11, 2018; Current Report on Form 8-K filed with the SEC on October 5, 2018; Current Report filed with the SEC on October 2, 2018; Current Report on Form 8-K filed with the SEC on October 1, 2018; Current Report on Form 8-K filed with the SEC on September 14, 2018; Current Report on Form 8-K filed with the SEC on September 13, 2018; Current Report on Form 8-K filed with the SEC on August 10, 2018; Current Report on Form 8-K filed with the SEC on July 27, 2018; Current Report on Form 8-K filed with the SEC on June 13, 2018; Current Report on Form 8-K filed with the SEC on June 8, 2018; Current Report on Form 8-K filed with the SEC on June 7, 2018; Current Report Filed with the SEC on May 9, 2018 and Current Report on Form 8-K filed with the SEC on April 6, 2018;
2. Definitive Proxy Statement on Schedule 14A filed with the SEC on August 3, 2018;
3. Annual Report on Form 10-K for the year ended December 31, 2017, filed with the SEC on March 30, 2018;
4. Quarterly Report on Form 10-Q filed with the SEC on November 14, 2018; Quarterly Report on Form 10-Q filed August 13, 2018 and Quarterly Report on Form 10-Q filed May 11, 2018.
5. the description of Pareteum common stock contained in the Registration Statement on Form 8-A filed with the SEC on November 30, 2011 (File No. 001-35360), including any amendment or report filed for the purpose of updating such description; and
6. all reports and other documents subsequently filed by us pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act after the date of this prospectus and prior to the termination of this offering.

All documents that we filed with the SEC pursuant to Sections 13(a), 13(c), 14, and 15(d) of the Exchange Act subsequent to the date of this registration statement and prior to the filing of a post-effective amendment to this registration statement that indicates that all securities offered under this prospectus have been sold, or that deregisters all securities then remaining unsold, will be deemed to be incorporated in this registration statement by reference and to be a part hereof from the date of filing of such documents.

You may request, orally or in writing, a copy of these documents, which will be provided to you at no cost (other than exhibits, unless such exhibits are specifically incorporate by reference), by contacting Susan Love, c/o Pareteum Corporation., at 1185 Avenue of the Americas, 37th Floor, New Yo rk, New York 10036. Pareteum's telephone number is (212) 984-1096. Information about us is also available at Pareteum's website at   http://www.pareteum.com.  How ever, the information in Pareteum's website is not a part of this prospectus and is not incorporated by reference.

Exhibit 99.4

**LETTER TO CLIENTS**

**Offer by**

**TBR, Inc.**

**a direct wholly owned subsidiary of**

**PARETEUM CORPORATION**

**to exchange each outstanding share of common stock of**

**IPASS INC**

**For**

**1.17 shares of common stock of Pareteum Corporation.**

**(subject to the terms and conditions described in the prospectus/offer to exchange and this letter of transmittal)**

---

**THE OFFER AND THE WITHDRAWAL RIGHTS WILL EXPIRE AT 12:00 MIDNIGHT,
NEW YORK CITY TIME, AT THE END OF JANUARY 3, 2019, UNLESS THE OFFER IS EXTENDED OR EARLIER TERMINATED.
SHARES TENDERED PURSUANT TO THE OFFER MAY BE WITHDRAWN AT ANY TIME PRIOR TO THE EXPIRATION OF THE OFFER.**

---

December 3, 2018

To Our Clients:

Enclosed for your consideration are a prospectus/offer to exchange and related letter of transmittal in connection with the offer by TBR, Inc. (the "Offeror"), a direct wholly owned subsidiary of Pareteum Corporation ("Pareteum"), to exchange, for each issued and outstanding share of common stock, par value $0.001 per share, of iPass Inc. ("iPass"), 1.17 shares of common stock of Pareteum Corporation plus cash in lieu of any fractional shares, without interest and less any applicable withholding taxes (such offer, on the terms and subject to the conditions and procedures described in the prospectus/offer to exchange and this letter of transmittal, together with any amendments or supplements thereto, the "offer").

We (or our nominees) are the holder of record of shares of iPass common stock held by us for your account. A tender of such shares of iPass common stock can be made only by us as the holder of record and pursuant to your instructions. **The enclosed letter of transmittal is furnished to you for your information only and cannot be used by you to tender shares of iPass common stock held by us for your account. Accordingly, we request instructions as to whether you wish us to tender pursuant to the offer any or all of the shares of iPass common stock held by us for your account.**

We urge you to read the enclosed prospectus/offer to exchange and letter of transmittal regarding the offer carefully before instructing us to tender your shares of iPass common stock.

If you wish to have us tender any or all of your shares of iPass common stock held by us for your account, please so instruct us by completing, executing, detaching and returning to us the instruction form set forth on the back page of this letter. You should also complete, sign and return an IRS Form W-9 or an appropriate IRS Form W-8, as applicable, to us. An envelope to return your instructions to us is enclosed. If you authorize tender of your shares of iPass common stock, all such shares of iPass common stock owned by you will be tendered unless otherwise specified in your instructions. YOUR INSTRUCTIONS AND THE IRS FORM W-9 OR IRS FORM W-8, AS APPLICABLE, SHOULD BE FORWARDED TO US IN AMPLE TIME TO PERMIT US TO SUBMIT A TENDER ON YOUR BEHALF PRIOR TO THE EXPIRATION DATE OF THE OFFER.