# EXHIBIT 2

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-228665**

**Offer by**

**TBR, Inc.,**
**a direct wholly owned subsidiary of**

**PARETEUM CORPORATION,**
**to exchange each outstanding share of common stock of**

**IPASS INC.**

**for**

**1.17 shares of common stock of Pareteum Corporation**

**THE OFFER AND THE WITHDRAWAL RIGHTS WILL EXPIRE AT 5:00 P.M., NEW YORK CITY TIME, ON FEBRUARY 12, 2019, UNLESS EXTENDED OR TERMINATED.**

Pareteum Corporation ("Pareteum"), through its direct wholly owned subsidiary TBR, Inc. (the "Offeror"), is offering (the "offer"), upon the terms and subject to the conditions set forth in this prospectus/offer and in the accompanying letter of transmittal, to exchange for each outstanding share of common stock of iPass ("iPass"), par value $0.001 per share, that is validly tendered in the offer and not properly withdrawn, 1.17 shares of Pareteum common stock, par value $0.00001 per share, together with cash in lieu of any fractional shares of Pareteum common stock, without interest and less any applicable withholding taxes.

We refer to the above as the "transaction consideration."

The Offeror's obligation to accept for exchange, and to exchange, shares of iPass common stock for shares of Pareteum common stock in the offer is subject to a number of conditions, including there having been validly tendered and not properly withdrawn at least the number of shares of iPass common stock that, together with any shares of iPass common stock directly or indirectly owned by Pareteum and the Offeror, represents at least a majority of the outstanding shares of iPass common stock. See "Merger Agreement—Conditions to the Offer" for a description of all such conditions.

The offer is being made pursuant to an Agreement and Plan of Merger (the "merger agreement"), dated November 12, 2018, among Pareteum, the Offeror and iPass. A copy of the merger agreement is attached to this document as **Annex A** .

The offer is the first step in Pareteum's plan to acquire control of, and ultimately all of the outstanding equity in, iPass. Accordingly, if the offer is completed, pursuant to the terms and subject to the conditions of the merger agreement, as soon as practicable following the consummation of the offer, Pareteum intends to consummate a merger of the Offeror with and into iPass, with iPass surviving the merger (the "merger" and together with the offer, the "transactions"). The purpose of the merger is for Pareteum to acquire all shares of iPass common stock that it did not acquire in the offer. In the merger, each outstanding share of iPass common stock that was not acquired by Pareteum or the Offeror in the offer (other than certain dissenting, converted and cancelled shares, as described further in this document) will be converted into the right to receive the transaction consideration. After the merger, the iPass business will be held in a direct wholly owned subsidiary of Pareteum, and the former stockholders of iPass will no longer have any direct ownership interest in the surviving corporation. The merger will be governed by Section 251(h) of the General Corporation Law of the State of Delaware (the "DGCL"), and accordingly no stockholder vote will be required to complete the merger.

The board of directors of iPass determined that the terms of the merger agreement and the transactions contemplated by the merger agreement, including the offer and the merger, are fair to, and in the best interests of, iPass and its stockholders. The board of directors of iPass has also resolved to recommend that the stockholders of iPass accept the offer and tender their shares of iPass common stock to the Offeror pursuant to the offer.

The board of directors of Pareteum also determined that the terms of the merger agreement and the transactions contemplated by the merger agreement, including the offer and the merger, are fair to, and in the best interests of, Pareteum and its stockholders.

Pareteum common stock is listed on the Nasdaq Capital Market ("Nasdaq") under the symbol "TEUM." iPass common stock is listed on Nasdaq under the ticker symbol "IPAS." You are encouraged to obtain current market quotations for Pareteum common stock and iPass common stock in connection with your decision whether to tender your shares in the offer.

***For a discussion of certain factors that iPass stockholders should consider in connection with the offer, please read the section of this document titled "Risk Factors" beginning on page 12 .***

You are encouraged to read this entire document and the related letter of transmittal carefully, including the annexes and information referred to or incorporated by reference in this document.

Neither Pareteum nor the Offeror has authorized any person to provide any information or to make any representation in connection with the offer other than the information contained or incorporated by reference in this document, and if any person provides any information or makes any representation of this kind, that information or representation must not be relied upon as having been authorized by Pareteum or the Offeror.

**Neither the U.S. Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this document. Any representation to the contrary is a criminal offense.**

The date of this prospectus/offer to exchange is February 4, 2019.

**ADDITIONAL INFORMATION**

As permitted by the SEC, this document incorporates by reference important business and financial information about Pareteum, and its subsidiaries from documents filed with the SEC that have not been included in or delivered with this document.

This information is available without charge at the SEC's website at www.sec.gov, as well as from other sources.

You can obtain the documents incorporated by reference in this document, without charge, by requesting them in writing or by telephone at the following address and telephone number.

Pareteum Corporation
Investor Relations
1185 Avenue of the Americas, 37 th Floor
New York, New York 10036
Telephone: (212) 984-1096
http://www.Pareteum.com

If you would like to request documents, in order to receive timely delivery prior to the expiration of the offer, please make your request at least five business days prior to the expiration date of the offer. The offer is scheduled to expire at 5:00 P.M., New York City time, on February 12, 2019, unless earlier extended or terminated.

See also "Where To Obtain Additional Information."

iPass has supplied all information contained in this document relating to iPass, and Pareteum has supplied all information contained or incorporated by reference in this document relating to Pareteum. Both iPass and Pareteum have both contributed information relating to the offer and the merger.

Certain information relating to iPass appears in the Solicitation/Recommendation Statement on Schedule 14D-9 dated as of the date of this document and filed by iPass with the SEC (the "Schedule 14D-9"). The Schedule 14D-9 is being mailed to iPass stockholders.

1

**LEGAL MATTERS**

The validity of the Pareteum common stock offered by this document will be passed upon for Pareteum by Sichenzia Ross Ference, LLP, New York, NY.

**EXPERTS**

The financial statements incorporated in this offering circulate by reference to the Pareteum report on Form 10-K for the years ended December 31, 2017 and 2016, and the effectiveness of Pareteum's internal control over financial reporting, have been audited by Squar Milner LLP, an independent registered public accounting firm, as stated in their reports and incorporated herein by reference. Such consolidated financial statements are incorporated herein by reference in reliance upon such report given on the authority of such firm as experts in accounting and auditing.

The financial statements of Artilium plc as of and for the years ended June 30, 2018, 2017 and 2016, incorporated by reference in this registration statement, have been so incorporated in reliance on the reports of PKF Littlejohn LLP, an independent registered public accounting firm, incorporated by reference, given on the authority of said firm as experts in auditing and accounting.

The financial statements of iPass as of December 31, 2017 and 2016, included in this prospectus and elsewhere in the registration statement have been so included in reliance upon the report of Grant Thornton LLP, independent registered public accountants, upon the authority of said firm as experts in accounting and auditing.

**WHERE TO OBTAIN ADDITIONAL INFORMATION**

Pareteum and iPass file annual, quarterly and current reports, proxy statements and other information with the SEC. iPass stockholders may read and copy any reports, statements or other information that Pareteum or iPass file with the SEC at the SEC's public reference room at 100 F Street, N.E., Washington, D.C. 20549. Please call the SEC at 1-800-SEC-0330 for further information regarding the public reference room. Pareteum's and iPass's public filings also are available to the public from commercial document retrieval services and may be obtained without charge at the SEC's website at www.sec.gov.

Pareteum has filed a registration statement on Form S-4 with the SEC to register the offer and sale of shares of Pareteum common stock to be issued in the offer and the merger. This document is a part of that registration statement. Pareteum may also file amendments to such registration statement. In addition, on the date of the initial filing of the registration statement on Form S-4 of which this document is a part, Pareteum and the Offeror filed with the SEC a Tender Offer Statement on Schedule TO under the Exchange Act, together with exhibits, to furnish certain information about the offer. Pareteum and the Offeror may file amendments to the Schedule TO. As allowed by SEC rules, this document does not contain all of the information in the registration statement or the Schedule TO, or the exhibits to the registration statement or the Schedule TO. You may obtain copies of the Form S-4 and Schedule TO (and any amendments to those documents) by contacting the information agent as directed elsewhere in this document.

The SEC allows Pareteum to incorporate information into this document "by reference," which means that Pareteum and the Offeror can disclose important information to iPass stockholders by referring to another document or information filed separately with the SEC. The information incorporated by reference is deemed to be part of this document, except for any information amended or superseded by information contained in, or incorporated by reference into, this document. This document incorporates by reference the documents and information set forth below that Pareteum has previously filed with the SEC. These documents contain important information about Pareteum and its financial conditions, businesses, operations and results.

**Pareteum Corporation Filings:**

1. Current Report on Form 8-K filed with the SEC on November 30, 2018, Current Report on Form 8-K filed with the SEC on November 21, 2018; Current Report on Form 8-K filed with the SEC on November 13, 2018; Current Report on Form 8-K/A filed with the SEC on November 9, 2018; Current Report on Form 8-K filed with the SEC on October 11, 2018; Current Report on Form 8-K/A filed with the SEC on October 11, 2018; Current Report on Form 8-K filed with the SEC on October 5, 2018; Current Report filed with the SEC on October 2, 2018; Current Report on Form 8-K filed with the SEC on October 1, 2018; Current Report on Form 8-K filed with the SEC on September 14, 2018; Current Report on Form 8-K filed with the SEC on September 13, 2018; Current Report on Form 8-K filed with the SEC on August 10, 2018; Current Report on Form 8-K filed with the SEC on July 27, 2018; Current Report on Form 8-K filed with the SEC on June 13, 2018; Current Report on Form 8-K filed with the SEC on June 8, 2018; Current Report on Form 8-K filed with the SEC on June 7, 2018; Current Report Filed with the SEC on May 9, 2018 and Current Report on Form 8-K filed with the SEC on April 6, 2018;

2. Definitive Proxy Statement on Schedule 14A filed with the SEC on August 3, 2018;

3. Annual Report on Form 10-K for the year ended December 31, 2017, filed with the SEC on March 30, 2018;

4. Quarterly Report on Form 10-Q filed with the SEC on November 14, 2018; Quarterly Report on Form 10-Q filed August 13, 2018 and Quarterly Report on Form 10-Q filed May 11, 2018.

5. the description of Pareteum common stock contained in the Registration Statement on Form 8-A filed with the SEC on November 30, 2011 (File No. 001-35360), including any amendment or report filed for the purpose of updating such description; and

6. all reports and other documents subsequently filed by us pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act after the date of this prospectus and prior to the termination of this offering.

All documents that we filed with the SEC pursuant to Sections 13(a), 13(c), 14 (other than Section 14(d)), and 15(d) of the Exchange Act subsequent to the date of this registration statement and prior to the filing of a post-effective amendment to this registration statement that indicates that all securities offered under this prospectus have been sold, or that deregisters all securities then remaining unsold, will be deemed to be incorporated in this registration statement by reference and to be a part hereof from the date of filing of such documents.

You may request, orally or in writing, a copy of these documents, which will be provided to you at no cost (other than exhibits, unless such exhibits are specifically incorporate by reference), by contacting Susan Love, c/o Pareteum Corporation., at 1185 Avenue of the Americas, 37 th Floor, New York, New York 10036. Pareteum's telephone number is (212) 984-1096. Information about us is also available at Pareteum's website at *http://www.pareteum.com* . However, the information in Pareteum's website is not a part of this prospectus and is not incorporated by reference.