UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE PARETEUM SECURITIES LITIGATION                    1:19-cv-09767-AKH-GWG

_____


**DEFENDANT SQUAR MILNER LLP'S NOTICE OF MOTION
TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Peter J. Larkin, Esq., with exhibits, dated August 3, 2020, the accompanying Memorandum of Law, dated August 3, 2020, and all the prior proceedings had herein, Defendant Squar Milner LLP ("Squar Milner") by and through its undersigned counsel, will move this Court, before Honorable Alvin K. Hellerstein, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on the date and at the time set by the Court, for an order:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Count VI in Plaintiff's First Amended Consolidated Complaint against Squar Milner, LLP for failure to state a claim, and granting such other and further relief as the Court deems just and proper.

8369498v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and [Proposed] Order, filed on August 3, 2020 pursuant to the Court's June 23, 2020 Order, opposition papers, if any, shall be file by August 27, 2020, and reply papers, if any, shall be filed by September 3, 2020.

Dated: August 3, 2020

                              Respectfully submitted,

                              Wilson Elser Moskowitz Edelman & Dicker LLP

                              By: */s/ Peter J. Larkin*
                                      Peter J. Larkin
                                      Thomas R. Manisero
                                      Rebecca R. Gelozin
                                      *Attorneys for Squar Milner LLP*
                                      1133 Westchester Avenue
                                      White Plains, New York 10604
                                      (914) 323-7000

                                      Madison S. Spach, Jr.
                                      Spach Capaldi & Waggaman LLP
                                      *Attorneys for Squar Milner LLP*
                                      4676 MacArthur Court
                                      Suite 550
                                      Newport Beach, California 92660
                                      (949) 852-0710