**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

IN RE PARETEUM SECURITIES LITIGATION                    1:19-cv-09767-AKH-GWG

_____

**DECLARATION OF PETER J. LARKIN**
**IN SUPPORT OF DEFENDANT SQUAR MILNER LLP'S**
**MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**

Peter J. Larkin, an attorney duly admitted to practice law before the Courts of the State of New York, and the United States District Court for the Southern District of New York, hereby declares, pursuant to 28 U.S.C. §1746, and under penalty of perjury, as follows:

1.      I am a member of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendant Squar Milner LLP ("Squar Milner"). I am familiar with the facts set forth herein. I submit this declaration in support of Squar Milner's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures.

2.      Annexed hereto as **Exhibit A** is a true and complete copy of Plaintiffs' First Amended Consolidated Complaint filed in this matter on July 17, 2020.

3.      Annexed hereto as **Exhibit B** is a true and complete copy of Pareteum 2018 Form 10-K filed with the SEC on March 18, 2019.

4.      Annexed hereto as **Exhibit C** is a true and complete copy of Pareteum's Prospectus Supplement filed with the SEC on September 20, 2019.

8369632v.1

5.      As set forth in the accompanying memorandum of law, and as supported by the annexed exhibits hereto, Count VI in Plaintiffs' First Amended Consolidated Complaint as alleged against Squar Milner must be dismissed in its entirety.

6.      I am not aware of any disputes concerning the authenticity of the documents identified herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2020.

 /s/ Peter J. Larkin
Peter J. Larkin

8369632v.1