UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

### THE PARETEUM DEFENDANTS' NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT

**PLEASE TAKE NOTICE** that, upon accompanying Memorandum of Law, dated August 3, 2020, the accompanying declaration and exhibits annexed thereto, and upon all pleadings and proceedings in this action, Defendant Pareteum Corporation ("Pareteum") shall move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, granting Pareteum's Motion to Dismiss the First Amended Consolidated Complaint, and for such other, further, or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Scheduling Order filed on August 3, 2020, opposition papers, if any, shall be served upon the undersigned by August 27, 2020, and reply papers, if any, shall be filed and served by September 3, 2020.

Dated: New York, New York
August 3, 2020

**MCGUIREWOODS LLP**

*/s/ Stephen G. Foresta*
Stephen G. Foresta
Jeffrey J. Chapman
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor New York, NY 10020
Telephone: (212) 548-7060
Facsimile: (212) 715-6277
Email: sforesta@mcguirewoods.com
jchapman@mcguirewoods.com

*Counsel for the Pareteum Defendants*

To: All counsel of record (Via ECF)