UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                :

IN RE PARETEUM SECURITIES           :
LITIGATION                                  :           Case No. 1:19-cv-09767-AKH-GWG

                                                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                      X

**DECLARATION OF STEPHEN G. FORESTA IN SUPPORT
OF PARETEUM CORPORATION'S MOTION TO DISMISS
<u>THE FIRST AMENDED CONSOLIDATED COMPLAINT</u>**

**STEPHEN G. FORESTA**, an attorney duly admitted to practice in the courts in the State of New York, hereby declares and states as follows pursuant to 28 U.S.C. § 1746:

1.       I am a Partner of the law firm McGuireWoods LLP ("McGuireWoods"), attorneys for Defendant Pareteum Corporation ("Pareteum" or the "Company"). I am fully familiar with the facts and proceedings in this case, as set forth herein, based upon my personal knowledge and a review of the pleadings, documents provided by the Pareteum, and other public sources. This declaration is respectfully submitted in support of the Pareteum's Motion to Dismiss the First Amended Consolidated Complaint.

2.       On March 18, 2019, Pareteum filed a Form 10-K with the Securities Exchange Commission ("SEC"). The Form 10-K disclosed that there were "material weaknesses in [Pareteum's] internal control over financial reporting, [such that its] disclosure controls and procedures were not effective as of December 31, 2018." It also highlighted Pareteum's efforts to remediate the identified material weaknesses. A true and correct copy of the Form 10-K dated March 18, 2019 is attached hereto as **Exhibit A**.

3.       On May 7, 2019, Pareteum hosted an Earnings Call to discuss the Company's Q1 2019 results. During that call, Defendant Robert Turner ("Turner") represented that the Company

anticipated the 36-month contact revenue backlog would convert at different rates during different stages of the agreement's operation. Specifically, Turner set forth the following anticipated backlog conversion schedule: "we expect 15% of each 36-month contract revenue backlog agreement to build in year one. We set 30% in year two and 55% in year three." This statement was memorialized in a transcript of the Earnings Call prepared by the internet publication, Seeking Alpha. A true and correct copy of the transcript prepared by Seeking Alpha is attached hereto as **Exhibit B**.

4.     Press releases issued on September 17 and October 2, 8, 17, and 23, 2018 contain forward-looking cautionary language or contractual backlog definitions and the value and terms of each contract referenced in the Press Releases. True and correct copies of the September and October 2018 press releases are attached hereto as **Exhibit C**.

5.     On August 9, 2019, Pareteum filed a Form 10-Q with the SEC. The Form 10-Q also contained forward-looking statements regarding revenue recognition. A true and correct copy of the Form 10-Q is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the following is true and correct. Executed on August 3, 2020, in Norwalk, Connecticut.

*/s/ Stephen G. Foresta*
Stephen G. Foresta

2