# EXHIBIT C

September 17, 2018

# Pareteum Secures $50 Million in New Contracts During August

*Pareteum Secures $50 Million in New Contracts During August*
*36-Month Contractual Revenue Backlog is $375 Million*

**NEW YORK, NEW YORK – PRNewswire – September 17, 2018 – Pareteum Corporation (NYSE American: TEUM), ("Pareteum" or the "Company")**, the rapidly growing Global Software Defined Cloud company, delivering award winning mobile enablement solutions, announced the signing of contracts totaling an additional $50 Million during the last two weeks of August 2018. These new contracts do not include any previously announced awarded contracts. The 36-Month Contractual Revenue Backlog (36MCRB) totaled $375 million at August 31, 2018.

Pareteum's new customer agreements include the following applications:

- *IoT Security providing home monitoring systems*
- *Wireless Mobile Phone Service provider throughout the US*
- *Mobile Application Developer integrating Mobile services with flexible data packages*
- *Mobile provider for Consumer Mobile Brands*
- *Distributor of mobile brands throughout the UK*
- *UK-Based Full service mobile provider to Consumer, Enterprise and Banking customers*

The following customers are among those recently newly contracted:

- - ACN Europe
  - Wing Tel Communications
  - Secure Watch
  - Eyethu Mobile Network

Hal Turner, Pareteum's Principal Executive Officer commented, "Customers are accelerating new revenues and substantial savings in ever increasing numbers. It is Pareteum's Global Software Defined Cloud, with its SuperAPI that makes this possible, affordably for our customers. We have assembled a first class sales executive organization, led by Rob Mumby and Vic Bozzo, who with their colleagues are empowering Pareteum customers with disruptive and innovative solutions, every day. This is how we deliver new services creation, enabling new revenues, and operational efficiencies. Our customers'

inevitable business growth and competitiveness is why they keep signing new agreements."

**About Pareteum:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Contractual Revenue Backlog Definition:**

Contractual Revenue Backlog, 36MCRB, or just Backlog, a Non-GAAP measure is measured on a forward looking 36 month snapshot view monthly, and, is generated by each of the Company's Managed Services, Global Software Defined Cloud, and Application Exchange & Developer's Platform customers. The Pareteum multi-year Software-as-a-Service agreements include service establishment and implementation fees, guaranteed minimum monthly recurring fees, as well as contractually scheduled subscribers, in some cases including subscriber usage, during the term of the agreement, and, their

resulting monthly contractual revenue. There can be no assurances that we reach the total contract revenue backlog. Timing of revenue recognition may vary from actual results.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

(212) 984-1096

InvestorRelations@pareteum.com

Stephen Hart

Hayden IR

(917) 658-7878

Carrie Howes

Rayleigh Capital

Dubai- London

T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

October 2, 2018

# Pareteum Adds $15 Million in New Contracts

*Pareteum Adds $15 Million in New Contracts*
*Platform as a Service Unleashes Multiple Use Cases*

**NEW YORK, NEW YORK – PRNewswire – October 2, 2018 – Pareteum Corporation (NYSE American TEUM), ("Pareteum" or the "Company"),** today announced that it has signed new contracts with Parallax Health Sciences in the U.S., oneCentral in the Netherlands, and Naledi in South Africa totaling $15 Million over three years. New customers will use Pareteum's cloud platform as a service offering to enable voice, mobile, and device and data-monitoring for their companies. These use cases are made possible through the recently-merged Artilium and Pareteum products.

Parallax Health Sciences is Pareteum's first customer in the healthcare IT industry; it will use Pareteum platform as a service to assist healthcare professionals in diagnosing and tracking health trends with their patients via data and SMS bundling. The technology integration will result in the establishment of Parallax Communications becoming an industry first: a globally-connected, remote patient care, mobile virtual network operator.

oneCentral is a Netherlands-based provider of telecom and cloud services; Pareteum will enable oneCentral to provide mobility bundles to its customers including voice, SMS, and data. Additionally, Pareteum will deliver its full platform as a service to Lesotho, South Africa-based Naledi Telecom, enabling it to launch as the first mobile virtual network operator there.

"Pareteum's momentum continues to grow as we close on these multimillion dollar contracts," said Vic Bozzo, chief executive officer of Pareteum. "With these new use cases, we are not only building a pipeline for our growing business, but also enabling mobile solutions for companies across industries, including the ever-important healthcare technology space."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "We celebrate every new customer that chooses Pareteum's platform to grow their business. With Parallax, oneCentral, and Naledi Telecom, we are adding mobile enablement solutions for companies that serve people across the world, and many of these people are in markets yet touched by the power of Pareteum's seamless and agile platform solution and SuperAPI."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud

company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

+1 212 984 1096

InvestorRelations@pareteum.com

Stephen Hart

Hayden IR

+1 917 658 7878

Carrie Howes

Case 1:19-cv-09767-AKH　　Document 182-3　　Filed 08/03/20　　Page 7 of 16

Rayleigh Capital

Dubai- London

T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

October 8, 2018

# Pareteum Expands Customer Base in Asia with 3-year $50 Million Contract

*Pareteum Expands Customer Base in Asia with 3-year $50 Million Contract*
*Thailand's One Development Establishes We Connect*
*Makes Mobility and Content Service Solutions Widely Available*

**NEW YORK, NEW YORK – PRNewswire – October 8, 2018 – Pareteum Corporation (NYSE American TEUM)**, a cloud software platform company, today announced a $50 million contract with One Development, Thailand's first mobile virtual network aggregator and enabler, and leader in the country growing mobile virtual network operator market. Pareteum's cloud software platform will power One Development's ability to offer a turnkey solution to the over 50 companies that have obtained a mobile virtual network operator license in Thailand.

Pareteum's Global Software Defined Cloud (GSDC) enables One Development's ability to provide flexible solutions for public and private enterprises in Thailand. Pareteum's suite of options make analytics, billing, and branding tools function seamlessly, and makes them available for One Development's customers. Pareteum's SuperAPI serves up developer opportunities to customize content for consumers.

"Consumers in today's digital economy require personalized and innovative services, while public and private enterprises are looking for complete lifecycle support for their digital models. Pareteum's cloud software platform provides us the ability to deliver on these demands and move Thailand forward," said One Development Chief Executive Officer Allan Rasmussen. "With a mobile penetration of 145 percen the government has introduced Thailand 4.0, and public and private partnerships are subsidizing the Thai market's move from a supply to a demand-driven focus."

Manjot Mann, chief executive officer of Pareteum Asia added, "This contract with One Development moves us quickly and further along our growth path by establishing a market partnership. Pareteum is now on the map in Thailand, a market in Asia yet untapped by our company."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "One Development's slogan is 'We connect Thailand,' and Pareteum is at the ready to help them when our customers succeed, we succeed. With One Development in Thailand, we are literally c      ng to whole new world of customers and chances to make an impact in the global platform as a service space.

## About Pareteum Corporation:

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, São Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

## About One Development:

One Development (Thailand) Company Limited, is the first mobile virtual network aggregator (MVNA), and mobile virtual network enabler (MVNE) in ASEAN. The company provides a flexible turnkey solutic of expertise, connectivity, and technology, to launch and operate successful digital services to end-user Led by highly qualified telco veterans, One Development has the ability to assist public and private enterprises, to build their own mobile virtual network operator (MVNO) service and help them reach their targets quicker an affordable. The company has its headquarter in Bangkok, Thailand. For more information please visit: www.weconnectthailand.com

## Forward Looking Statements:

Certain statements contained herein constitute "forward-looking statements" within the meaning of th Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

+1 212 984 1096

InvestorRelations@pareteum.com

Stephen Hart

Hayden IR

+1 917 658 7878

Carrie Howes

Rayleigh Capital

Dubai- London

T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

October 17, 2018

# Pareteum Announces $8 Million in New Agreements

*Pareteum Announces $8 Million in New Agreements*

*Four Use Cases Revealed during MVNO North America Conference for Internet of Things, Broadband Home, Smart Metering, and Pet Tech*

**NEW YORK, NEW YORK– PRNewswire – October 17, 2018 – Pareteum Corporation (NYSE American: TEUM)**, a global cloud software company, today at the MVNO North America Conference in Miami, Florida announced agreements with four new customers valued at $8 million, including monogoto and Nextelle.

Pareteum's new use cases include the following:

- Global Software Defined Cloud Platform and SuperAPI white label for monogoto, a platform as a service company providing an interface to onboard devices, build out internet of things solutions, and program APIs to scale with existing apps and services.
- Global Software Defined Cloud Platform solutions via real-time connectivity, monitoring, and billing for Nextelle, a mobile virtual network operator offering broadband home services and pre-paid wireless.
- Global Software Defined Cloud Platform and SuperAPI solution to capture water analysis data wirelessly and in real time for an international water technologies company handling smart metering.
- Global Software Defined Cloud Platform and SuperAPI solution for the pet tech industry, enabling a pet device monitoring company to connect its internet of things devices wirelessly, and securely manage massive volumes of data with real-time access for monitoring and billing solutions.

"Pareteum is excited to be at MVNO North America, where we look forward to meeting new customers like monogoto and Nextelle. Our customers are the reason Pareteum's momentum continues to grow," said Rob Mumby, chief revenue officer of Pareteum. "With these new use cases, we are not only building a pipeline for our growing business, but also showing potential customers the broad reach of our platform as a service, including smart metering and pet tech."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "I have said it before: We celebrate every new customer that chooses Pareteum's solutions to grow their business. With these new agreements, we are adding cloud platform and mobility options for companies that are

changing the world through technology."

**About Pareteum Corporation:**

Pareteum Corporation (NYSE American: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to energize their growth and profitability through our Global Software Defined Cloud and complete turnkey solutions featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell

Chief Financial Officer

+1 212 984 1096

InvestorRelations@pareteum.com

Stephen Hart

Hayden IR

+1 917 658 7878

Carrie Howes

Rayleigh Capital

Dubai- London

T UAE: +971 (0) 55 997 0427 | T UK: +44 (0) 870 490 5443 | T CAN: +1 416 900 3634

Case 1:19-cv-09767-AKH      Document 182-3      Filed 08/03/20      Page 14 of 16

October 23, 2018

# Pareteum Adds $11 Million in New Business

*Pareteum Adds $11 Million in New Business*
*Three-Year Contracts with Five New Brands*
*Represents 800,000 Connections*

**NEW YORK, NEW YORK – PRNewswire – October 23, 2018 – Pareteum Corporation (**Nasdaq: TEUM**)**, a cloud software platform company, today announced that it has signed three-year mobility as a service agreements totaling $11 million and 800,000 in connections with five new brands, including Global Connect and Moby.

New business sales summaries include the following:

- Connectivity, monitoring, and billing for Global Connect, a communication services internet of things company with multinational clients focused on home automated solutions.
- Connectivity solutions for customers in India, an international travel mobility offering an international SIM card for travel.
- Mobility platform solutions via connectivity, monitoring, and billing for Moby, a mobile virtual network operator offering pre-paid wireless.

"Pareteum continues to sign on new mobility as a service customers," said Rob Mumby, chief revenue officer of Pareteum. "As we grow our customer relationships, we are helping to provide innovative connectivity solutions for consumers in new and rapidly-developing markets."

Pareteum Executive Chairman and Principal Executive Officer Hal Turner commented, "Our mobility as a service offering is positively changing the business models of our customers, as well as the market reach available to them via our Global Software Defined Cloud platform. These new customers further our mission and facilitate our view that software and communications are converging through Pareteum's Super API for extraordinary new services and applications."

**About Pareteum Corporation:**
Pareteum Corporation (Nasdaq: TEUM) is a rapidly growing Global Software Defined Cloud company with a mission to connect "every person and everything." Organizations use Pareteum to e[...]their growth and profitability through our Global Software Defined Cloud and complete turnke[...]ons featuring relevant content, applications, and connectivity worldwide. Our Cloud platform services

Case 1:19-cv-09767-AKH     Document 182-3     Filed 08/03/20     Page 15 of 16

partners (technologies integrated into our cloud) include: HPE, IBM, Ribbon Communications (Sonus+GenBand), NetNumber, Oracle, Microsoft, and other world class technology providers. All of the relevant customer acquired value is derived from Pareteum's leading Global Software Defined Cloud, delivering award-winning mobile enablement, regardless of the user's location or network. By harnessing the value of communications, Pareteum serves retail, enterprise and IoT customers. Pareteum currently has offices in New York, Sao Paulo, Madrid, Barcelona, Bahrain, Singapore, and the Netherlands. For more information please visit: www.pareteum.com.

**Forward Looking Statements:**

Certain statements contained herein constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements may include, without limitation, statements with respect to Pareteum's plans and objectives, projections, expectations and intentions. These forward-looking statements are based on current expectations, estimates and projections about Pareteum's industry, management's beliefs and certain assumptions made by management. Readers are cautioned that any such forward-looking statements are not guarantees of future performance and are subject to certain risks, uncertainties and assumptions that are difficult to predict. Because such statements involve risks and uncertainties, the actual results and performance of Pareteum may differ materially from the results expressed or implied by such forward-looking statements. Given these uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Unless otherwise required by law, Pareteum also disclaims any obligation to update its view of any such risks or uncertainties or to announce publicly the result of any revisions to the forward-looking statements made here. Additional information concerning certain risks and uncertainties that could cause actual results to differ materially from those projected or suggested in Pareteum's filings with the Securities and Exchange Commission, copies of which are available from the SEC or may be obtained upon request from Pareteum Corporation.

**Pareteum Investor Relations Contacts:**

Ted O'Donnell
Chief Financial Officer
+1 212 984 1096
InvestorRelations@pareteum.com

Stephen Hart
Hayden IR
+1 917 658 7878

Carrie Howes
Rayleigh Capital
European- Global IR
+1 416 837 0075