UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**DEFENDANT DAWSON JAMES SECURITIES, INC.'S
NOTICE OF JOINDER OF IN MOTIONS TO DISMISS**

PLEASE TAKE NOTICE that defendant Dawson James Securities, Inc. ("Dawson James") joins in the motion to dismiss filed by defendants Pareteum Corporation (ECF No. 180), insofar as it relates to the sole claim asserted against Dawson James (the Sixth Claim). For the reasons stated in Section II of the Pareteum's memorandum of law (ECF No. 181), and Sections I and II of the memorandum of law submitted by Squar Milner LLP (ECF No. 178), including failure to allege a violation of Section 11 of the Securities Act with regard to the Secondary Offering and lack of standing, Dawson James respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the First Amended Consolidated Complaint as against Dawson James for failure to state a claim upon which relief can be granted.

Dated: August 3, 2020

SCHIFF HARDIN LLP

/s/  Kayvan B. Sadeghi
Kayvan B. Sadeghi
1185 Avenue of the Americas, Suite 3000
New York, NY 10036
Phone: 212.753.5000
Fax:  212.753.5044
Email: ksadeghi@schiffhardin.com

*Attorneys for Defendant Dawson James Securities, Inc.*

DC\82220176.1