UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
:
IN RE PARETEUM SECURITIES LITIGATION :
:
:
:
:
:
:
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

19 Civ. 9767 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument on Defendants' motions to dismiss will be held on October 21, 2020, at 4:00 p.m. The Court will determine at a later date whether oral argument will be held in-person or telephonically and will notify the parties accordingly.

SO ORDERED.

Dated:   September 9, 2020
               New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge