**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PARETEUM SECURITIES LITIGATION** | **Case No. 1:19-cv-09767-AKH-GWG** |

**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE that Lead Plaintiff Pareteum Shareholder Investment Group ("Lead Plaintiff") submits the attached recent decision of the United States Court of Appeals for the Second Circuit in *Abramson v. Newlink Genetics Corp.*, 965 F.3d 165 (2d Cir. 2020), which is relevant to the disposition of Defendants' pending Motions to Dismiss the Amended Consolidated Complaint, set for oral argument on October 21, 2020. In *Newlink*, the Second Circuit held the Supreme Court's decision in *Omnicare, Inc. v. Laborers Dist. Council Constr. Indus. Pension Fund*, 575 U.S. 175 (2015) "reduced the significance of district courts' classifications of statements as those of fact or opinion" by "increasing the ability of plaintiffs to plead material omissions with respect to statements of opinion" by either: (1) "alleg[ing] that a statement of opinion contained one or more embedded factual statements that can be proven false"; or (2) "alleg[ing] that a statement of opinion, without providing critical context, implied facts that can be proven false." *Newlink*, 965 F.3d at 175-76. Of course, "plaintiffs alleging the falsity of a statement of fact merely ha[ve] to plead that the statement was incorrect." *Id.* at 174.

DATED:        September 18, 2020        Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
KIM MILLER (KM-6996)
J. RYAN LOPATKA
250 Park Ave., 7th Floor
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: Kim.Miller@ksfcounsel.com
Email: J.Lopatka@ksfcounsel.com

-and-

LEWIS S. KAHN
MELINDA A. NICHOLSON (MN-6251)
MICHAEL J. PALESTINA (admitted *PHV*)

MELISSA H. HARRIS (MH-3553)
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Lewis.Kahn@ksfcounsel.com
Email: Melinda.Nicholson@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com
Email: Melissa.Harris@ksfcounsel.com

*Lead Counsel for Lead Plaintiff Pareteum*
*Shareholder Investor Group and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Kim E. Miller*
Kim E. Miller