UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | Case No. 1:19-cv-09767-AKH-GWG |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | **ANSWER BY DEFENDANT SQUAR MILNER LLP** |

Defendant Squar Milner, LLP ("Squar Milner") by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, hereby Answers the First Amended Complaint, dated July 17, 2020 ("Complaint"), as follows:

## SUMMARY OF CLAIMS

1.      Avers that no response is required to the statements in paragraph 1 of the Complaint and, to the extent a response is required, denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 1 of the Complaint.

## JURISDICTION AND VENUE

2.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 2 of the Complaint.

3.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 3 of the Complaint.

4.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 4 of the Complaint.

258653464v.1
258653464v.1

## EXCHANGE ACT ALLEGATIONS

5.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 5 of the Complaint.

6.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 6 of the Complaint.

7.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 7 of the Complaint.

8.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 8 of the Complaint.

9.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 9 of the Complaint.

10.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 10 of the Complaint.

11.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 11 of the Complaint.

12.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 12 of the Complaint.

13.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 13 of the Complaint.

14.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 14 of the Complaint.

15.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 15 of the Complaint.

258653464v.1
258653464v.1

16.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 16 of the Complaint.

17.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 17 of the Complaint.

18.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 18 of the Complaint.

19.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 19 of the Complaint.

20.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 20 of the Complaint.

21.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 21 of the Complaint.

22.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 22 of the Complaint.

23.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 23 of the Complaint.

24.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 24 of the Complaint.

25.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 25 of the Complaint.

26.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 26 of the Complaint.

27.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 27 of the Complaint.

28.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 28 of the Complaint.

29.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 29 of the Complaint.

30.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 30 of the Complaint.

31.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 31 of the Complaint.

32.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 32 of the Complaint.

33.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 33 of the Complaint.

34.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 34 of the Complaint.

35.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 35 of the Complaint.

36.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 36 of the Complaint.

37.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 37 of the Complaint.

38.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 38 of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 39 of the Complaint.

40.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 40 of the Complaint.

41.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 41 of the Complaint.

42.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 42 of the Complaint.

43.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 43 of the Complaint.

44.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 44 of the Complaint.

45.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 45 of the Complaint.

46.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 46 of the Complaint.

47.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 47 of the Complaint.

48.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 48 of the Complaint.

258653464v.1
258653464v.1

49.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 49 of the Complaint.

50.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 50 of the Complaint.

51.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 51 of the Complaint.

52.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 52 of the Complaint.

53.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 53 of the Complaint.

54.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 54 of the Complaint.

55.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 55 of the Complaint.

56.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 56 of the Complaint.

57.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 57 of the Complaint.

58.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 58 of the Complaint.

59.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 59 of the Complaint.

258653464v.1
258653464v.1

60.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 60 of the Complaint.

61.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 61 of the Complaint.

62.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 62 of the Complaint.

63.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 63 of the Complaint.

64.     Denies the allegations contained in paragraph 64 of the Complaint.

65.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 65 of the Complaint.

66.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 66 of the Complaint.

67.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 67 of the Complaint.

68.     Denies the allegations contained in paragraph 68 of the Complaint.

69.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 69 of the Complaint.

70.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 70 of the Complaint.

71.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 71 of the Complaint.

258653464v.1
258653464v.1

72.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 72 of the Complaint.

73.    Denies knowledge or knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 73 of the Complaint.

74.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 74 of the Complaint.

75.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 75 of the Complaint.

76.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 76 of the Complaint.

77.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 77 of the Complaint.

78.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 78 of the Complaint.

79.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 79 of the Complaint.

80.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 80 of the Complaint.

81.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 81 of the Complaint.

82.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 82 of the Complaint.

258653464v.1
258653464v.1

83.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 83 of the Complaint.

84.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 84 of the Complaint.

85.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 85 of the Complaint.

86.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 86 of the Complaint.

87.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 87 of the Complaint.

88.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 88 of the Complaint.

89.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 89 of the Complaint.

90.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 90 of the Complaint.

91.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 91 of the Complaint.

92.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 92 of the Complaint.

93.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 93 of the Complaint.

258653464v.1
258653464v.1

94.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 94 of the Complaint.

95.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 95 of the Complaint.

96.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 96 of the Complaint.

97.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 97 of the Complaint.

98.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 98 of the Complaint.

99.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 99 of the Complaint.

100.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 100 of the Complaint.

101.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 101 of the Complaint.

102.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 102 of the Complaint.

103.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 103 of the Complaint.

104.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 104 of the Complaint.

258653464v.1
258653464v.1

105.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 105 of the Complaint.

106.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 106 of the Complaint.

107.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 107 of the Complaint.

108.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 108 of the Complaint.

109.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 109 of the Complaint.

110.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 110 of the Complaint.

111.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 111 of the Complaint.

112.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 112 of the Complaint.

113.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 113 of the Complaint.

114.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 114 of the Complaint.

115.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 115 of the Complaint.

258653464v.1
258653464v.1

116.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 116 of the Complaint.

117.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 117 of the Complaint.

118.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 118 of the Complaint.

119.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 119 of the Complaint.

120.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 120 of the Complaint.

121.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 121 of the Complaint.

122.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 122 of the Complaint.

123.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 123 of the Complaint.

124.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 124 of the Complaint.

125.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 125 of the Complaint.

126.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 126 of the Complaint.

258653464v.1
258653464v.1

127.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 127 of the Complaint.

128.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 128 of the Complaint.

129.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 129 of the Complaint.

130.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 130 of the Complaint.

131.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 131 of the Complaint.

132.    Denies the allegations contained in paragraph 132 of the Complaint.

133.    Denies the allegations contained in paragraph 133 of the Complaint.

134.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 134 of the Complaint.

135.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 135 of the Complaint.

136.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 136 of the Complaint.

137.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 137 of the Complaint.

138.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 138 of the Complaint.

258653464v.1
258653464v.1

Case 1:19-cv-09767-AKH    Document 202    Filed 09/10/21    Page 14 of 25

139.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 139 of the Complaint.

140.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 140 of the Complaint.

141.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 141 of the Complaint.

142.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 142 of the Complaint.

143.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 143 of the Complaint.

144.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 144 of the Complaint.

145.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 145 of the Complaint.

146.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 146 of the Complaint.

147.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 147 of the Complaint.

148.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 148 of the Complaint.

149.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 149 of the Complaint.

14

258653464v.1
258653464v.1

150.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 150 of the Complaint.

151.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 151 of the Complaint.

152.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 152 of the Complaint.

153.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 153 of the Complaint.

154.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 154 of the Complaint.

155.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 155 of the Complaint.

## COUNT I

156.    Repeats each answer contained in paragraphs 1-155 of this Answer.

157.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 157 of the Complaint.

158.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 158 of the Complaint.

159.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 159 of the Complaint.

160.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 160 of the Complaint.

15

161.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 161 of the Complaint.

162.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 162 of the Complaint.

163.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 163 of the Complaint.

164.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 164 of the Complaint.

165.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 165 of the Complaint.

166.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 166 of the Complaint.

## COUNT II

167.    Repeats the answers in paragraph 1-166 of this Answer.

168.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 168 of the Complaint.

169.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 169 of the Complaint.

## SECURITIES ACT ALLEGATIONS

170.    Repeats the answers contained in paragraphs 1-169 of this Answer.

171.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 171 of the Complaint.

16

258653464v.1
258653464v.1

172.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 172 of the Complaint.

173.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 173 of the Complaint.

174.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 174 of the Complaint.

175.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 175 of the Complaint.

176.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 176 of the Complaint.

177.   Denies the allegations contained in paragraph 177 of the Complaint except admits that a firm formerly known as Squar Milner existed in California from 2014 until its business was combined with Baker Tilly.

178.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 178 of the Complaint.

179.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 179 of the Complaint.

180.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 180 of the Complaint.

181.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 181 of the Complaint.

182.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 182 of the Complaint.

258653464v.1
258653464v.1

183.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 183 of the Complaint.

184.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 184 of the Complaint.

185.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 185 of the Complaint.

186.    Denies the allegations contained in paragraph 186 of the Complaint.

187.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 187 of the Complaint.

188.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 188 of the Complaint.

189.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 189 of the Complaint.

190.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 190 of the Complaint.

191.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 191 of the Complaint.

192.    Denies the allegations contained in paragraph 192 of the Complaint.

193.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 193 of the Complaint.

194.    Denies the allegations contained in paragraph 194 of the Complaint.

195.    Denies the allegations contained in paragraph 195 of the Complaint.

196.    Denies the allegations contained in paragraph 196 of the Complaint.

258653464v.1
258653464v.1

197.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 197 of the Complaint.

## COUNT III

198.    Repeats the answers in paragraphs 1-4, 171-175, 178-183, 196-197 and 216-221 of this Answer.

199.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 199 of the Complaint.

200.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 200 of the Complaint.

## COUNT IV

201.    Repeats the answers in paragraphs 1-4, 171-175, 178-183, 196-197 and 216-221 of this Answer.

202.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 202 of the Complaint.

203.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 203 of the Complaint.

## COUNT V

204.    Repeats the answers in paragraphs 1-4, 171-175, 178-183, 196-197 and 216-221 of this Answer.

205.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 205 of the Complaint.

206.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 206 of the Complaint.

258653464v.1
258653464v.1

## COUNT VI

207.   Repeats the answers in paragraphs 1-4, 171-175, 178-183, 196-197 and 216-221 of this Answer.

208.   Denies the allegations contained in paragraph 208 of the Complaint.

209.   Denies the allegations contained in paragraph 209 of the Complaint.

210.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 210 of the Complaint.

211.   Denies the allegations contained in paragraph 211 of the Complaint.

212.   Denies the allegations contained in paragraph 212 of the Complaint.

## COUNT VII

213.   Repeats the answers in paragraphs 1-4, 171-177, 184-197 and 216-221 of this Answer.

214.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 214 of the Complaint.

215.   Denies the allegations contained in paragraph 215 of the Complaint.

## CLASS ACTION ALLEGATIONS

216.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 216 of the Complaint.

217.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 217 of the Complaint.

218.   Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 218 of the Complaint.

20

219.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 219 of the Complaint.

220.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 220 of the Complaint.

221.    Denies knowledge or information sufficient to form a belief as to the truth or falsity of the statements contained in paragraph 221 of the Complaint.

## AFFIRMATIVE DEFENSES

### As and For the First Affirmative Defense

222.    Squar Milner did not make any false statements or omissions of material fact concerning Parateum's financial statements or Squar Milner's audits.

### As and For the Second Affirmative Defense

223.    Squar Milner is not liable to Plaintiffs because any alleged misrepresentations or omissions for which Squar Milner is allegedly responsible were pure statements of opinion and were not material.

### As and For the Third Affirmative Defense

224.    Under section 11, a defendant can only be liable for material misstatements or omissions in a registration that exist when the registration statement becomes effective and there are no such misstatements or omissions as to Squar Milner.

### As and For the Fourth Affirmative Defense

225.    Squar Milner's audits were conducted in accordance with PCAOB and generally accepted auditing standards, any reviews were conducted in accordance with applicable professional standards, and Squar Milner in all other respects acted in accordance with applicable professional standards.

258653464v.1
258653464v.1

### As and For the Fifth Affirmative Defense

226.    If any alleged representation by Squar Milner contained any untrue statement of material fact, or omitted to state a material fact, which Squar Milner denies, Squar Milner did not know, and in exercise of reasonable care could not have known, of such untruth or omission, and did not act in a negligent or recklessness manner.

### As and For the Sixth Affirmative Defense

227.    Plaintiffs challenge Squar Milner's audit report in this case, but that report contains only opinions and there can be liability for an opinion only if the plaintiffs plead and prove (a) subjective falsity, (b) a false embedded statement of fact, or (c) failure to disclose information known to Square Milner necessary to avoid the statement of opinion being misleading, none of which are pleaded or can be proven here.

### As and For the Seventh Affirmative Defense

228.    Persons or entities other than Squar Milner, including Parateum, other defendants, and/or third parties, are wholly or partly responsible for the purported damages, if any, Plaintiffs may have sustained.

### As and For the Eighth Affirmative Defense

229.    Plaintiffs lack standing to pursue their claims.

### As for the Ninth Affirmative Defense

230.    Plaintiffs cannot trace their securities purchases to the Secondary Offering.

### As for the Tenth Affirmative Defense

231.    Squar Milner had, after reasonable investigation, reasonable ground to believe and did believe at the time the registration statement became effective that any statements which it

22

258653464v.1
258653464v.1

made were true and that there was no omission to state a material fact required to be stated therein or necessary to make the statements therein not misleading.

## As for the Eleventh Affirmative Defense

232.    If the allegations of the Complaint are true, which Squar Milner denies, Squar Milner was the victim of fraud, deceit, misrepresentations, concealment, negligence and/or breach of contract perpetrated by others, including Parateum, in that the information relating to Parateum and related entities was not provided to Squar Milner and/or was knowingly concealed from Squar Milner while Squar Milner was rendering it's professional services.

## As for the Twelfth Affirmative Defense

233.    Some or all of the plaintiffs and the members of the purported class, as alleged in the Complaint, did not purchase or sell any securities in reasonable or justifiable reliance on any representation, act or omission by Squar Milner.

## As for the Thirteenth Affirmative Defense

234.    Neither the plaintiffs nor any members of the purported class, as alleged in the Complaint, suffered any damage or injury caused by any representation, act, or omission of Squar Milner.

## As for the Fourteenth Affirmative Defense

235.    Any damages sustained by any plaintiff and/or member of the purported class, to the extent they exist, were caused by factors other than the acts of Squar Milner, including by the acts of parties other than Squar Milner.

## As for the Fifteenth Affirmative Defense

258653464v.1
258653464v.1

236.     Some or all of the plaintiffs and the members of the purported class, as alleged in the Complaint, have no damages because they sold their securities at a price higher than the price at which they purchased or acquired their securities.

## As for the Sixteenth Affirmative Defense

237.     To the extent that Squar Milner is determined to be liable in any way to plaintiffs or members of the purported class, under the proportionate liability provisions of the Private Securities Litigation Reform Act of 1995, Squar Milner is only responsible for its percentage of responsibility considering all named defendants and other non-parties.

## As for the Seventeenth Affirmative Defense

238.     Squar Milner hereby adopts and incorporates by reference any and all other defenses asserted, or that may hereafter be asserted, by any other defendant to the extent such defense may be applicable to Squar Milner. Squar Milner reserves the right to assert all applicable defenses once the precise nature of the relevant circumstances or events is determined through discovery.

## RESERVATION OF RIGHTS TO BRING COUNTERCLAIMS, CROSS CLAIMS, AND THIRD-PARTY CLAIMS

239.     Squar Milner hereby reserves all rights to bring in any amended pleading or otherwise, any and all counterclaims against Plaintiffs, cross-claims against any or all Defendants, and any or all third-party claims that it may elect to pursue in the future. Failure to include such claims in this Answer shall not serve to waive any right to bring such claims in future pleadings.

WHEREFORE, Squar Milner seeks judgment as follows:

A.     That the Complaint and claims for relief directed at Squar Milner be dismissed with prejudice and the relief sought be denied;

B.      That Plaintiffs take nothing by virtue of their Complaint;

C.      That Squar Milner be awarded the costs of defending this action, including reasonable

attorneys' fees, costs, and disbursements; and

D.      For such other and further relief as this Court may deem just and proper.


Dated:  White Plains, New York
          September 10, 2021

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

By: */s/ Rebecca R. Gelozin*
      Peter J. Larkin
      Rebecca R. Gelozin
      1133 Westchester Avenue
      White Plains, New York 10604
      (914) 323-7000
      *Attorneys for Defendant Squar Milner, LLP*

25