**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

1.     I am a member of the firm Kahn Swick & Foti, LLC ("KSF" or "Firm"), Lead Counsel for Lead Plaintiff ALSAR Ltd. Partnership and proposed Class Counsel. I respectfully submit this Declaration in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel in the above-entitled action. I have personal knowledge of the facts and circumstances set forth below.

2.     Attached hereto as Exhibit A is the Expert Report of Chad Coffman, CFA, in Support of Lead Plaintiffs' Motion for Class Certification (and accompanying exhibits and appendices), dated December 1, 2021.

3.     Attached hereto as Exhibit B is a true and accurate copy of the firm resumé of Kahn Swick & Foti, LLC.

4.     Attached hereto as Exhibit C is a true and accurate copy of excerpts of the Poser Declaration from *Cammer v. Bloom*, 711 F.Supp. 1264 (D.N.J. 1989).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2021, at Scarsdale, New York.

/s/ *Kim E. Miller*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I filed the foregoing upon all counsel of record by using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF).

/s/ *Kim E. Miller*
Kim E. Miller