## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

## ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Having considered the Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel filed by Lead Plaintiff the Pareteum Shareholder Investor Group ("PSIG"), comprised of Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr., (the "Motion"), the response, the reply, if any, the authorities cited therein, the evidence, and arguments of counsel, if any, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure.

3. PSIG, comprised of Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr., are hereby appointed as Class Representatives; and

4. Kahn Swick & Foti, LLC is hereby appointed as Class Counsel.

IT IS SO ORDERED.

DATED: January 21, 2022

/s/ Alvin K. Hellerstein
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE