**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Stephen G. Foresta**
Direct: 212.548.7033

sforesta@mcguirewoods.com
Fax: 212.715.6295

# McGUIREWOODS

January 26, 2022

**<u>VIA ECF AND FAX (212) 805-7942</u>**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      **Re:**    *In re Pareteum Securities Litigation*, **No. 1:19-cv-009767-AKH**

Dear Judge Hellerstein:

The firm and the undersigned represent Defendant Pareteum Corporation ("Pareteum") in this matter. We write to request that the Court withdraw its order granting Plaintiff's opposed Motion for Class Certification, ECF No. 234 (Jan. 21, 2022) (the "Certification Order"), because Pareteum and the other defendants have not had an opportunity to respond to that Motion.

Pursuant to the Case Management Plan, so ordered on October 15, 2021, the parties agreed that discovery would be necessary to resolve a collection of issues, including "whether the Class Action is appropriately brought as a class action." ECF No. 222 at 3. Plaintiff and the Defendants further agreed to a discovery and briefing schedule on class certification. *Id.* at 9. That schedule afforded Pareteum and the other defendants an opportunity to: (1) depose any experts retained by Plaintiff in connection with the Class Certification Motion by March 15, 2022; and (2) submit an Opposition to the Motion for Class Certification, along with any supporting expert reports, by April 15, 2022. *Id.*

The Certification Order was thus issued without the benefit of a fully developed record or opposition briefing per the agreement of the parties and terms of the Case Management Plan. Pareteum respectfully requests that the Court withdraw the Certification Order pending completion of the discovery and briefing schedule previously entered by the Court.

January 25, 2022
Page 2


Counsel for Pareteum conferred with Plaintiff's counsel regarding the Certification Order. Plaintiff's counsel declined to join in this request and expressed their belief that Your Honor did not issue the Certification Order erroneously.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Stephen G. Foresta*

Stephen G. Foresta