**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PARETEUM SECURITIES LITIGATION │ **Case No. 1:19-cv-09767-AKH-GWG**

**DEFENDANT PARETEUM CORPORATION'S**
**NOTICE OF UNOPPOSED MOTION TO STAY FURTHER PROCEEDINGS**

**PLEASE TAKE NOTICE** that, upon the accompanying Unopposed Motion to Stay Further Proceedings, dated February 4, 2022, Defendant Pareteum Corporation ("Pareteum") shall move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to this Court's inherent authority and case law, including *Delgado v. NJ Transit Rail Operations, Inc.*, 329 F.R.D. 506, 507-08 (S.D.N.Y. 2019), granting Pareteum's Unopposed Motion to Stay Further Proceedings, including remaining Scheduling Order deadlines and hearings related to the same, but excluding settlement-related motion practice as to Defendant Squar Milner, LLP, and for such other, further, or different relief as the Court deems just and proper.

Dated: February 4, 2022                          **MCGUIREWOODS LLP**

                                                */s/ Stephen G. Foresta*
                                                Stephen G. Foresta
                                                Jeffrey J. Chapman
                                                McGuireWoods LLP
                                                1251 Avenue of the Americas
                                                20th Floor
                                                New York, NY 10020
                                                Telephone: (212) 548-7060
                                                Facsimile: (212) 715-6277
                                                sforesta@mcguirewoods.com
                                                jchapman@mcguirewoods.com

*Attorneys for Defendant Pareteum
Corporation*

TO: Counsel of Record (Via ECF)