UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :   **ORDER REGULATING**
                                                   :   **PROCEEDINGS**

IN RE PARETEUM SECURITIES LITIGATION   :   19 Civ. 9767 (AKH)

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 10, 2022 I granted the unopposed motion to stay proceedings in this case. ECF No. 239. Proceedings are also stayed in related cases. *See* 20 Civ. 6264; 19 Civ. 10460.

        Accordingly, the conference scheduled for May 6, 2022 is adjourned, *sine die*.

        SO ORDERED.

Dated:    May 6, 2022                                      /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                          United States District Judge