UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PARETEUM SECURITIES LITIGATION

Case No. 1:19-cv-09767-AKH-GWG

SUGGESTION OF BANKRUPTCY
AND NOTICE OF OPERATION OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on May 15, 2022 (the "Petition Date"), Defendant

Pareteum Corporation (the "Debtor") filed a voluntary petition under chapter 11 of the United

States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), in the

United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court"), Case No. 22-10615. Attached hereto as Exhibit A is a copy of the Notice of Bankruptcy

Case Filing from the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, all parties were

automatically stayed under 11 U.S.C. § 362(a) from commencing or continuing an action to seek

recovery for damages on any claim against the Debtor that arose prior to the Petition Date.

Accordingly, as a result of the bankruptcy filing, any further action against the Debtor in this

matter is stayed under section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtor or its

property without first obtaining relief from the automatic stay from the Bankruptcy Court may be

subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanctions, as may be appropriate.

Dated: May 18, 2022

Respectfully submitted,

Stephen G. Foresta
Jeffrey J. Chapman
**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Telephone: (212) 548-7060
Facsimile: (212) 715-6277
sforesta@mcguirewoods.com
jchapman@mcguirewoods.com

TO: Counsel of Record (Via ECF)

**Exhibit A**

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/15/2022 at 10:07 PM and filed on 05/15/2022.

**Pareteum Corporation**
1185 Avenue of Americas
2nd Floor
New York, NY 10036
Tax ID / EIN: 95-4557538
*fka* **Elephant Talk Communications Corp**



The case was filed by the debtor's attorney:

**Frank A. Oswald**
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000

The case was assigned case number 22-10615-lgb to Judge Lisa G Beckerman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|:---:|
| **Transaction Receipt** |
| 05/16/2022 09:58:47 |

New York Southern Live System

| PACER Login: | mw0007 | Client Code: | 0000000-0000 |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 22-10615-lgb |
| Billable Pages: | 1 | Cost: | 0.10 |