UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                        :

IN RE PARETEUM SECURITIES LITIGATION    :     **ORDER REGULATING PROCEEDINGS**

                        :

                        :     19 Civ.  9767 (AKH)
--------------------------------------------------------------- :

                        :     19 Civ. 10460 (AKH)

SABBY VOLATILITY WARRANT MASTER    :     20 Civ. 6264 (AKH)
FUND LTD,

                        :

                 Plaintiff,  :

                        :

         -against-         :

                        :

PARETEUM CORPORATION, et al.,      :

                        :

                Defendants. :

--------------------------------------------------------------- :

                        :

                        :

IN RE PARETEUM CORPORATION       :
STOCKHOLDER DERIVATIVE LITIGATION

                        :

--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 17, 2022 I ordered the parties in the three above captioned cases to appear for a joint status conference on May 25, 2022.  However, on May 18, 2022 Defendant Pareteum filed a suggestion of bankruptcy in all three cases.

        The status conference scheduled for May 25, 2022 is adjourned to June 1, 2022 at 2:30 p.m. and will take place in Courtroom 14D, 500 Pearl Street, New York, NY.  No later than May 30, 2022 at 12:00 p.m. the parties shall submit a letter providing a list of all counsel expected to appear on the record.  For purposes of coordination, counsel for Pareteum shall attend the conference.

Lead counsel for Plaintiffs in *In re Pareteum Securities Litigation* shall file a letter providing an update on the status of the case and a proposed agenda for the June 1 status conference going forward against the defendants other than Pareteum. In preparing that letter, counsel shall consult with counsel for the Plaintiff in *Sabby Volatility Warrant Master Fund Ltd v. Pareteum Corporation et al*. That letter shall be filed by May 27, 2022. Separately, lead counsel for Plaintiffs in *In re Pareteum Corporation Stockholder Derivative Litigation* shall file a letter by May 27, 2022 providing a recommendation as to further proceedings in the derivative litigation.

Defendants are also invited to file their recommendations for further proceedings by May 27, 2022.

SO ORDERED.

Dated:          May 20, 2022                              /s/ Alvin K. Hellerstein
                New York, New York                  ALVIN K. HELLERSTEIN
                                                              United States District Judge

2