```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE PARETEUM SECURITIES LITIGATION                          :   ORDER REGULATING
                                                              :   PROCEEDINGS
                                                              :
                                                              :   19 Civ.  9767 (AKH)
------------------------------------------------------------- :
                                                              :   19 Civ. 10460 (AKH)
SABBY VOLATILITY WARRANT MASTER                               :
FUND LTD,                                                     :   20 Civ. 6264 (AKH)
                                                              :
                                                              :
                                              Plaintiff,      :
                                                              :
                 -against-                                    :
                                                              :
PARETEUM CORPORATION, et al.,                                 :
                                                              :
                                              Defendants.     :
                                                              :
------------------------------------------------------------- :
                                                              :
                                                              :
IN RE PARETEUM CORPORATION                                    :
STOCKHOLDER DERIVATIVE LITIGATION                             :
                                                              :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for June 1, 2022 at 2:30 p.m. is rescheduled to June 1, 2022 at 1:30 p.m.  The conference will take place in Courtroom 14D, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated:    May 24, 2022                                             /s/ Alvin K. Hellerstein
            New York, New York                         ALVIN K. HELLERSTEIN
                                                                      United States District Judge