UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE PARETEUM SECURITIES LITIGATION

-------------------------------------------------------------

SABBY VOLATILITY WARRANT MASTER
FUND LTD,

                                                      Plaintiff,

                      -against-

PARETEUM CORPORATION, et al.,

                                                    Defendants.

-------------------------------------------------------------

IN RE PARETEUM CORPORATION
STOCKHOLDER DERIVATIVE LITIGATION

------------------------------------------------------------- X

**POST-CONFERENCE ORDER**

19 Civ. 9767 (AKH)

19 Civ. 10460 (AKH)

20 Civ. 6264 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 1, 2022 I held a status conference will all parties in the three above captioned cases.

        In light of the ongoing bankruptcy proceedings, the proceedings in *In re Pareteum Securities Litigation* (19 Civ. 9767) and *Sabby Volatility Warrant Master Fund Ltd v. Pareteum Corporation, et al.* (19 Civ. 10460) will proceed against all defendants other than Pareteum Corporation. The proceedings in *In re Pareteum Corporation Stockholder Derivative Litigation* (20 Civ. 6264) will remain stayed, subject to the orders of the orders of the bankruptcy judge and of this judge following advice from the Bankruptcy Court.

The following schedule will apply for the proceedings in 19 Civ. 9767 and 19 Civ. 10460:

- June 8, 2022 — Plaintiff in 19 Civ. 10460 to make Rule 33 and Rule 34 requests that are not already covered by the class plaintiffs' requests in 19 Civ. 9767;

- June 17, 2022 — Production by the 19 Civ. 9767 parties related to traceability to be completed;

- July 13, 2022 — All defendants' document production and responses to Rule 33 requests to be completed, with any withheld documents to be identified in a privilege log;

- September 5, 2022 — Fact depositions of at least five deponents to be completed;

- September 13, 2022 at 2:30 p.m. — Status conference with all parties to take place in Courtroom 14D, 500 Pearl Street, New York, NY.

The schedules for class certification and expert discovery will be determined at a later date.

In advance of the September 13, 2022 status conference, counsel for Lead Plaintiff in 19 Civ. 9767 will elicit the views of all other counsel and file, in a single letter, a summary of the status of the cases and a proposed agenda for further proceedings. Counsel for Lead Plaintiff in 19 Civ. 9767 shall also file a separate letter that sets forth a list of all counsel expected to appear on the record for each party. Those letters are due by September 9, 2022.

SO ORDERED.

Dated: June 1, 2022
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge