UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Pareteum Securities Litigation, | Case No.  1:19-cv-09767-AKH-GWG |

## STIPULATION AND ORDER DISMISSING DAWSON JAMES SECURITIES, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs "Lead Plaintiff" and "Pareteum Shareholder Investor Group" ("Plaintiffs") and Defendant Dawson James Securities, Inc. ("Dawson James"), as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), Dawson James is hereby dismissed from the action *without prejudice*.

2. All parties to bear their own attorneys' fees and costs.

Pursuant to the foregoing stipulation and agreement, Plaintiffs hereby request that the Court enter this Stipulation and Proposed Order and **GRANT** Dawson James's stipulated dismissal *without prejudice*.

July 11, 2022                                          Respectfully submitted,


By: */s/ Kim E. Miller*                          By: */s/ Brittany H. Sokoloff*
   KIM E. MILLER                                     Brittany H. Sokoloff
   KAHN SWICK & FOTI, LLC                            ARENTFOX SCHIFF LLP
   250 Park Ave.                                     1301 Avenue of the Americas
   7th Floor                                         42nd Floor
   New York, NY 10177                                New York, NY 10019
   Tel: (212) 696-3730                               Tel: (212) 745-9555
   Fax: (504) 455-1498                               Fax: (212) 753-5044
   kim.miller@ksfcounsel.com                         Email: brittany.sokoloff@afslaw.com


   *Attorneys for Lead Counsel for Lead*               Molly L. Wiltshire (*pro hac vice*)
   *Plaintiff Pareteum Shareholder Investor*           ARENTFOX SCHIFF LLP
   *Group*                                             233 South Wacker Drive, Suite 7100
                                                       Chicago, IL 60606
                                                       Tel: (312) 258-5500
                                                       Fax: (312) 258-5600
                                                       Email: molly.wiltshire@afslaw.com


                                                       *Attorneys for Defendant*
                                                       *Dawson James Securities Inc.*


Pursuant to Stipulation, IT IS **SO ORDERED**.


  July 21, 2022                                   /s/ Alvin K. Hellerstein
       DATE                                    ALVIN K. HELLERSTEIN
                                               UNITED STATES DISTRICT JUDGE