UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
IN RE PARETEUM SECURITIES LITIGATION : **ORDER REGULATING PROCEEDINGS**
:
: 19 Civ. 9767 (AKH)
-------------------------------------------------------------- :
: 19 Civ. 10460 (AKH)
SABBY VOLATILITY WARRANT MASTER :
FUND LTD, : 20 Civ. 6264 (AKH)
:
Plaintiff, :
:
-against- :
:
PARETEUM CORPORATION, et al., :
:
Defendants. :
-------------------------------------------------------------- :
:
:
IN RE PARETEUM CORPORATION :
STOCKHOLDER DERIVATIVE LITIGATION :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of the settlement and the impending motion for preliminary approval of settlement, the status conference scheduled for September 13, 2022 is canceled. A subsequent order will provide for further proceedings after the motion has been filed and reviewed.

      SO ORDERED.

Dated:   September 1, 2022                /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                                    United States District Judge