**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG<br><br>**SUMMARY NOTICE**<br><br>**EXHIBIT A-3** |

TO:   ALL PERSONS AND ENTITIES WHO purchased or otherwise acquired PARETEUM CORPORATION securities between DECEMBER 14, 2017, and OCTOBER 21, 2019, inclusive:

**YOU ARE HEREBY NOTIFIED**, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, at _____, before the Honorable Alvin K. Hellerstein in Courtroom 14D of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, NY 10007, for the purpose of determining: (1) whether the proposed Settlement for the combined sum of $5,650,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether, after the hearing, this Action should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulations and Agreements of Settlement dated as of July 14, 2022 and September 7, 2022; (3) whether the proposed Plan of Allocation is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees and reimbursement of expenses incurred in this Action should be approved.

If you purchased Pareteum Corporation ("Pareteum" or the "Company") securities between December 14, 2017, and October 21, 2019, inclusive, your rights may be affected by the Settlement of this Action. Please visit the website at www.PareteumSecuritiesLitigation.com to obtain copies of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release. You may also obtain copies of these documents by writing to Pareteum Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205,

Media, PA 190603, by calling the Claims Administrator at 1-___-___-____. The Notice contains details about this Action and Settlement, including what you must do to file a Proof of Claim, exclude yourself from the Settlement, or object to the Settlement. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release electronically by, or mail it postmarked no later than, _____, establishing that you are entitled to recovery.

If you desire to be excluded from the Settlement Class, you must submit a Request for Exclusion postmarked by _____, in the manner and form explained in the detailed Notice referred to above. All Members of the Settlement Class who have not timely and validly requested exclusion from the Class will be bound by any judgment entered in the Action pursuant to the terms and conditions of the Stipulation of Settlement. Please note that if you exclude yourself from the Settlement Class and decide to pursue your own action individually, you may not be able to pursue certain claims due to the expiration of certain applicable statutes of repose. Your objection(s) must be mailed on or before _____, to: Lead Counsel Kahn Swick & Foti, LLC, Counsel for the Individual Defendants, and Counsel for Defendant Squar Milner LLP, at the following addresses:

**LEAD COUNSEL:**

Lewis S. Kahn
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163

*Lead Counsel for Lead Plaintiff and the Class*

**FOR THE INDIVIDUAL DEFENDANTS**

If to Individual Defendants:
As to Messrs. Turner, O'Donnell, McCarthy, Bozzo, and Van Sante:

2

4869-1644-4977.3

Douglas W. Greene
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone: (212) 589-4200
Email: dgreene@bakerlaw.com

As to Messrs. Lippert and Jimenez-Tuñon:

James K. Goldfarb
Davis Wright Tremaine LLP
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Telephone: (212) 880-3999
Email: jamesgoldfarb@dwt.com

**FOR DEFENDANT SQUAR MILNER LLP:**

Peter J. Larkin
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604

*Counsel for Defendant Squar Milner LLP*

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: _____

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

3