**Pareteum Securities Litigation**

***COURT-ORDERED LEGAL NOTICE***
*In re Pareteum Securities Litigation*,
Case No. 1:19-cv-9767(S.D.N.Y.)

**Your legal rights may be affected by this securities class action settlement. You may be eligible for a CASH payment. Please read it carefully.**

**For more information, please visit:
www.PareteumSecuritiesLitigation.com;**

**or email: info@PareteumSecuritiesLitigation.com;
or call toll-free 1-\_\_\_-\_\_\_-\_\_\_\_.**

NOTICE NUMBER «NoticeID»
NoticeID

Postal Service: Please Do Not Mark or Cover Barcode

[NAME1]
[ADDR1]
[CITY] [ST] [ZIP]
[COUNTRY]

*THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THIS SETTLEMENT.*
Please visit www.PareteumSecuritiesLitigation.com for more information.

**The Lawsuit:** There has been a proposed Settlement of all claims against certain former officers of Pareteum Corporation ("Pareteum") and Pareteum's former outside auditor, Squar Milner LLP ("Squar Milner" and together with certain former officers of Pareteum and others, the "Settling Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Pareteum and certain Settling Defendants misled investors by making materially false and misleading statements and causing damages to Settlement Class Members. Defendants have denied, and continue to deny, any and all allegations of wrongdoing.

**Who is included in the Settlement?** You may be a Member of the Settlement Class if you purchased or otherwise acquired Pareteum securities between December 14, 2017, and October 21, 2019, inclusive.

**What does the Settlement provide?** The Settlement provides that, in exchange for the dismissal and release of all claims against the Settling Defendants related to the allegations in this lawsuit and *Loskot v. Pareteum Corp.*, No. 20-CIV-02279 (Cal. Super. Ct., San Mateo Cnty.), the Settling Defendants will pay a combined $5,650,000 in cash ("Settlement Fund"). The Settlement Fund, plus accrued interest, after deduction of Court-awarded attorneys' fees and expenses, notice and administration costs, and taxes, will be allocated among Settlement Class Members who submit valid claims. If you are a Settlement Class Member, your *pro rata* share of the Settlement Fund will depend on the number of valid claims submitted, and the number, size, and timing of your transactions.

**What are my rights?** *File a Claim*: To be eligible to receive a payment from the Settlement, you must electronically submit or mail a valid Claim Form by _____. To download a detailed Notice and Claim Form, visit www.PareteumSecuritiesLitigation.com. *Do Nothing*: If you do nothing, you will not receive any benefits, but you will be bound by the decisions of the Court. *Opt Out*: If you do not wish to participate in the Settlement, you may exclude yourself from the Settlement. To exclude yourself, you must do so in writing by _____. If you exclude yourself, you will not receive money from this Settlement. *Object*: You may object to the Settlement by submitting a written objection to the Parties by _____.

**Other Important Dates:** The Court will hold a Final Settlement Hearing in this case on _____, at _____, before the Hon. Alivn K. Hellerstein in Courtroom 14D of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, NY 10007 to consider whether to approve the Settlement and a request for attorneys' fees, costs, and expenses to be paid out of the Settlement Fund. You and/or your attorney may attend the hearing, but you do not have to.

**Where can I get more information?** For more details, including information on objecting or filing an opt-out, or to file a claim, visit the Settlement website at www.PareteumSecuritiesLitigation.com, or call the Claims Administrator at 1-___-___-____.