**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulations of Settlement, and exhibits filed herewith, Lead Plaintiff Pareteum Shareholder Investment Group, on behalf of itself and all others similarly situated, will respectfully move this Court at such date and time as may be designated by the Honorable Alvin K. Hellerstein, Courtroom 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order preliminarily approving the proposed Settlement, Plan of Allocation, and proposed form and manner of notice, and the Settlement Class, and scheduling a Settlement Hearing, as is further delineated in the Memorandum of Law filed herewith.

DATED:  September 7, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kim.Miller@ksfcounsel.com
J.Lopatka@ksfcounsel.com

-and-

1

Melissa H. Harris (MH-3553)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Phone: (504) 455-1400
Facsimile: (504) 455-1498
melissa.harris@ksfcounsel.com

*Lead Counsel for Lead Plaintiff Pareteum*
*Shareholder Investor Group*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I filed the foregoing upon all counsel of record by using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller