**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and twenty-five (525) class action cases since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein.

**MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice of Pendency, dated December 20, 2022 (the "Preliminary Approval Order") (Dkt. No. 275), SCS was appointed as the Claims Administrator in connection with the Settlement[1] of the above-captioned Action.

3.      To provide actual notice to those who purchased or otherwise acquired Pareteum Corporation ("Pareteum") common stock during the period from December 14, 2017 through October 21, 2019, inclusive ("Settlement Class Period") including in connection with Pareteum's

_____

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulations and Agreement of Settlement, dated as of October 25, 2022 (the "Stipulations") (Dkt. Nos. 273 and 274).

tender offer exchange for iPass, Inc. common stock on or about February 12, 2019, or Pareteum's Secondary Offering on or about September 20, 2019, SCS, pursuant to the Preliminary Approval Order, printed and mailed the Postcard Notice to potential members of the Settlement Class.  A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

4. As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 801 banks and brokerage companies ("Nominee Account Holders"), as well as 931 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On January 3, 2023, SCS caused a letter to be mailed or e-mailed to the 1,732 Nominee Account Holders and Institutional Groups contained in the SCS master mailing list.  The letter notified recipients of the Settlement and requested that they, within 10 calendar days from the date of the letter, either mail the Postcard Notice to their customers who may be beneficial purchasers/owners or provide SCS with a list of the email addresses or names and addresses of such beneficial purchasers/owners so that SCS could promptly email the links to the Summary Notice and Claim Form or mail the Postcard Notice directly to them.  A copy of the letter sent to the Nominee Account Holders and Institutional Groups is attached as **Exhibit B.**

5.      Following this mailing, SCS received 3,253[2] additional names and addresses of potential Settlement Class Members from individuals or nominees requesting the Postcard Notice.  SCS promptly responded to each of these notice requests.

6.      Additionally, of the 3,253[3] names and addresses, SCS received notice that two nominees mailed seven Postcard Notices to potential Settlement Class Members.

7.      In total, as of the date of this declaration, 3,260 copies of the Postcard Notice have been mailed to potential Settlement Class Members or nominees.

8.      On January 4, 2023, SCS also sent the Depository Trust Company ("DTC") a Notice and Claim to publish on its Legal Notice System ("LENS").  LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.  **Exhibit C** attached is a copy of the Notice and Claim.

### PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Court's Preliminary Approval Order, the Summary Notice of Pendency of Class Action and Proposed Settlement ("Summary Notice") was transmitted over *GlobeNewswire* and *PR Newswire* on January 10, 2023, as shown in the confirmations of publication attached hereto as **Exhibit D.**

---

[2] Out of the 3,253 names and addresses provided to SCS, 17 also included email addresses; therefore, SCS also emailed a direct link to the Summary Notice and Claim Form to these potential Settlement Class Members.

[3] SCS received one request from a potential Settlement Class Member for the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim ("Claim Form") (collectively, the "Notice and Claim") to be mailed to them.  SCS immediately mailed the Notice and Claim.

**TOLL-FREE PHONE LINE**

10. SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has promptly responded to each telephone inquiry received and will continue to address Settlement Class Member inquiries.

**SETTLEMENT WEBSITE**

11. On January 3, 2023, SCS established a website, www.PareteumSecuritiesLitigation.com. The website is accessible 24 hours a day, 7 days a week. The website contains a home page; an important documents page with the Notice and Claim, the Claim Form, the Summary Notice, the Stipulations, the Class Action Complaint for Violations of the Federal Securities Laws Jury Trial Demanded, the Opinion and Order Denying Motions to Dismiss, and the First Amended Consolidated Complaint; an online claim filing page; a nominees page; and a contact us page.

**REPORT ON EXCLUSIONS AND OBJECTIONS RECEIVED TO DATE**

12. The Postcard Notice, Notice, and Summary Notice informs potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than April 3, 2023. SCS has been monitoring all mail received for this case. To date, SCS has received one email requesting exclusion. SCS emailed a notice to the potential Settlement Class Member whose exclusion request required additional information/documentation explaining what further information/documentation was required and providing an opportunity to cure the deficient request. To date, SCS has not received a response to this notice. A copy of the exclusion request with personal information redacted is attached hereto as **Exhibit E.**

13.     According to the Postcard Notice, Notice, and Summary Notice, Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation, and/or the application by Lead Counsel for an award of fees and expenses are required to submit their objection in writing such that the objection is received by Counsel for Lead Plaintiff and Counsel for the Individual Defendants and Squar Milner LLP, as well as filed with the Clerk of the Court, postmarked no later than April 3, 2023.  As of the date of this declaration, SCS has not been notified of any objections and has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of January 2023, in Media, Pennsylvania.

Margery Craig