<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net          FAX: (610) 565-7985

January 3, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED PARETEUM CORPORATION ("PARETEUM") COMMON STOCK (TICKER SYMBOL "TEUM") BETWEEN DECEMBER 14, 2017 AND OCTOBER 21, 2019, INCLUSIVE, INCLUDING IN CONNECTION WITH PARETEUM'S TENDER OFFER EXCHANGE FOR IPASS, INC. COMMON STOCK ON OR ABOUT FEBRURAY 12, 2019, OR PARETEUM'S SECONDARY OFFERING ON OR ABOUT SEPTEMBER 20, 2019.

Excluded from the Settlement Class are all non-Settling Defendants and all Settling Defendants, their officers and directors at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which the non-Settling Defendants or Settling Defendants has or had a controlling interest, and Sabby Volatility Warrant Master Fund, Ltd. ("Plaintiff Sabby").

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Pareteum Securities Litigation*<br>Case No. 1:19-cv-09767-AKH-GWG<br>Claim Filing Deadline: April 3, 2023<br>Exclusion Deadline: April 3, 2023<br>Objection Deadline: April 3, 2023<br>Settlement Hearing: April 25, 2023 | Cusip Number: 69946T207 |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the Summary Notice https://pareteumsecuritieslitigation.com/wp-content/uploads/2023/01/Summary-Notice.pdf and Claim Form https://pareteumsecuritieslitigation.com/wp-content/uploads/2023/01/Pareteum-Claim-Form.pdf or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per email Summary Notice and Claim Form sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency of Class Action and Proposed Settlement and Proof of Claim and Release Form https://pareteumsecuritieslitigation.com/wp-content/uploads/2023/01/Notice-of-Pendency-of-Class-Action-and-Proposed-Settlement-and-Proof-of-Claim.pdf and important documents are available on our website at www.PareteumSecuritiesLitigation.com. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Pareteum Securities Litigation