**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Tuesday, January 10, 2023 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Kahn Swick & Foti, LLC |



# Release Distribution Confirmation

### Kahn Swick & Foti, LLC Announces Proposed Class Action Settlement on Behalf of Purchasers of Pareteum Corporation Common Stock

*Cross time: **01/10/23 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

## mcraig@strategicclaims.net

| | |
|---|---|
| **From:** | phhubs@prnewswire.com |
| **Sent:** | Tuesday, January 10, 2023 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Subject:** | PR Newswire: Press Release Distribution Confirmation for Kahn Swick & Foti, LLC . ID# 3745470-1-1 |

Hello

Your press release was successfully distributed at: 10-Jan-2023 09:00:00 AM ET

Release headline: Kahn Swick & Foti, LLC Announces Proposed Class Action Settlement on Behalf of Purchasers of Pareteum Corporation Common Stock
Word Count: 742
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 3745470-1-1

View your release:* https://www.prnewswire.com/news-releases/kahn-swick--foti-llc-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-pareteum-corporation-common-stock-301711513.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.