# SUPPORT CENTER
### Support Ticket System

01/16/2023 10:54:45 AM

# Ticket #145849

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 01/14/2023 01:08:07 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | | **Last Response** | 01/16/2023 10:54:11 AM |
| **Due Date** | | **Last Message** | 01/14/2023 01:08:08 PM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Parateum |

## Pareteum Securities Litigation Contact Form - I have a question about the case

| 01/14/2023 01:08:08 PM Pareteum Securities Litigation Contact Form - I have a question about the case | 'Amazon Reply |
|---|---|

| | |
|---|---|
| **First and Last Name** | |
| **Email** | |
| **Phone** | |
| **Mail ID** | |
| **Reason for Contact** | |
| I have a question about the case | |
| **Your Question** | |
| I'm opting out. | |

# SUPPORT CENTER
Support Ticket System

01/16/2023 10:54:45 AM

| 01/16/2023 10:54:10 AM | George Allen |
|---|---|

Good morning,

Please note: **You cannot exclude yourself by telephone or by email.**

Attached, please find a PDF copy of the Notice/Claim Form that includes detailed instructions on p. 5 regarding how to exclude yourself from the Settlement.

To exclude yourself from the Settlement, you must send a signed letter by mail stating that you "request exclusion from the Settlement Class in In re Pareteum Securities Litigation, Civil Action No. 1:19-cv-09767." Your letter should state the date(s), price(s), and number of shares of all your purchases and sales of Pareteum securities during the Settlement Class Period. In addition, be sure to include your name, address, telephone number, and signature. You must mail your exclusion request so that it is received no later than April 3, 2023 to:


Pareteum Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

Thank you.


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final Pareteum Long Form Notice & Claim Form.pdf (268.3 kb)