**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**PLAINTIFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff, Pareteum Shareholder Investor Group ("Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully move this Court for an Order to (1) finally approve a $5,650,000 Settlement that will dispose of all claims in this action against the Settling Defendants; (2) find that the Notice plan it approved at preliminary approval met all applicable requirements; and (3) approve the Plan of Allocation for the disbursement of the proceeds among Settlement Class Members. In support thereof, Plaintiffs file the accompanying Memorandum of Law and Declaration of Kim E. Miller.

A [Proposed] Order with respect to both this Motion and the Motion for an Award of Attorneys' Fees and Expenses will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

DATED: March 24, 2023

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kim.Miller@ksfcounsel.com
J.Lopatka@ksfcounsel.com

-and-

Melissa H. Harris (MH-3553)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Phone: (504) 455-1400
Facsimile: (504) 455-1498
melissa.harris@ksfcounsel.com

*Lead Counsel for Lead Plaintiff Pareteum*
*Shareholder Investor Group and the*
*Settlement Class*

## **CERTIFICATE OF SERVICE**

On March 24, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller