**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES**
**AND EXPENSES**

Lead Counsel Kahn Swick & Foti, LLC ("KSF"), respectfully moves this Court for an Order (1) awarding Lead Counsel attorneys' fees of 30% of the total recovery of $5,650,000 ($1,695,000.00) plus accrued interest; and (2) reimbursing Lead Counsel's reasonable and necessary litigation expenses in the amount of $422,214.12, plus accrued interest. In support thereof, Lead Counsel files the accompanying Memorandum of Law and Declaration of Kim E. Miller.

A [Proposed] Order with respect to both this Motion and the Motion for Final Approval of Class Action Settlement will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

DATED: March 24, 2023                Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kim.Miller@ksfcounsel.com
J.Lopatka@ksfcounsel.com

-and-

Melissa H. Harris (MH-3553)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Phone: (504) 455-1400
Facsimile: (504) 455-1498
melissa.harris@ksfcounsel.com

*Lead Counsel for Lead Plaintiff Pareteum*
*Shareholder Investor Group and the*
*Settlement Class*

## CERTIFICATE OF SERVICE

On March 24, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller