# EXHIBIT A

MACDPARH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

IN RE PARETEUM SECURITIES
LITIGATION,

                                        19 Civ 09767


                                        Conference
-------------------------------x
                                        New York, N.Y.
                                        October 12, 2022
                                        3:00 p.m.

Before:

                  HON. ALVIN K. HELLERSTEIN,

                                        District Judge

                        APPEARANCES

KAHN SWICK & FOTI, LLC
        Attorney for Pareteum Shareholder Investor Group
BY:   KIM ELAINE MILLER

LOWENSTEIN SANDLER, LLP
        Attorney for Pareteum Shareholder Investor Group
BY:   MICHAEL S. ETKIN

LAX & NEVILLE, LLP
        Attorney for Sabby Volatility Warrant Master Fund, Ltd.
BY:   KOUROSH SHAFFY

WILSON ELSER MOSKOWITZ EDELMAN & DOCKET, LLP
        Attorney for Squar Milner, LLP
BY:   PETER J. LARKIN

BAKER & HOSTETLER, LLP
        Attorneys for Victor Bozzo, Denis McCarthy,
        Edward O'Donnell, Robert H. Turner and Yves Van Sante.
BY:   DOUGLAS W. GREENE
        MICHAEL SABELLA
        ERICA BARROW

DAVIS WRIGHT TREMAINE, LLP
        Attorney for Robert Lippert and Luis Jimenez-Tunon
BY:   JAMES K. GOLDFARB

part, going completely to the plaintiffs, the class plaintiffs, so that will be completely empty.

There is a separate side A policy that can only be utilized by the directors and officers, so that has been separate and will continue to stay separate.  And the intention is if and when there are any government investigation costs, that will be utilized in that manner.

THE COURT:  What about the derivative case?

MS. BARROW:  So we have not set aside any funds for any potential claims brought by the trustee.

THE COURT:  Okay.

MS. BARROW:  Your Honor, it could -- the side A policy money could be utilized for defense costs for any of those claims.

THE COURT:  Those claims being?

MS. BARROW:  Any claims brought by the trustee.  But not for settlement, your Honor.

THE COURT:  Well, should the trustee be involved in the settlement?

MS. BARROW:  Well, as of today, there is no trustee yet.

THE COURT:  The Creditors Committee -- Mr. Sabella.

MR. SABELLA:  If I may, your Honor.

There is a Creditors Committee in this case and debtor's counsel.  As part of the discussions regarding the