**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PARETEUM SECURITIES LITIGATION

Case No. 1:19-cv-09767-AKH-GWG

**DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT,**
**PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND**
**APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF LITIGATION EXPENSES**

I, KIM E. MILLER, hereby declare as follows:

1.       I am a partner at Kahn Swick & Foti, LLC ("KSF"), Lead Counsel for Lead Plaintiff Pareteum Shareholder Investor Group ("PSIG"), comprised of Kevin Ivkovich, Stephen Jones, Keith Moore, Nicholas Steffey, and Robert E. Whitley, Jr. ("Plaintiffs") and the Settlement Class.[1] I am an attorney admitted to practice in this Court. Unless otherwise indicated, the statements made in this Declaration are based upon my personal knowledge.

2.       Attached as Exhibit A is a true and correct copy of the *Order Authorizing the Retention of Saccullo Business Consulting, LLC to Provide Anthony M. Saccullo as Wind-Down Officer and Additional Personnel Nunc Pro Tunc to July 5, 2022, and Granting Related Relief*, entered on July 21, 2022, in *In re Pareteum Corp., et al.*, No. 22-10615 (Bankr. S.D.N.Y.) (the "Bankruptcy Proceeding").

3.       Attached as Exhibit B is a true and correct copy of the *Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay*, filed by the Individual Defendants on September 9, 2022, in the Bankruptcy Proceeding.

4.       Attached as Exhibit C is a true and correct copy of the transcript of the October 12, 2022, preliminary approval hearing in this Action.

5.       Attached as Exhibit D is a true and correct copy of the *Objection of the Liquidating Trustee to Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay*, filed by the Liquidating Trustee in the on November 2, 2022, in the Bankruptcy Proceeding.

6.       Attached as Exhibit E is a true and correct copy of the *Reply to Objection of the*

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, ECF No. 282.

*Liquidating Trustee to Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay*, filed by the Individual Defendants on November 7, 2022, in the Bankruptcy Proceeding.

7.      Attached as Exhibit F is a true and correct copy of the *Supplemental Objection of the Liquidating Trustee to Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay*, filed by the Liquidating Trustee on December 7, 2022, in the Bankruptcy Proceeding.

8.      Attached as Exhibit G is a true and correct copy of the *Supplemental Brief in Further Support of Movants' Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay*, filed by the Individual Defendants on December 7, 2022, in the Bankruptcy Proceeding.

9.      Attached as Exhibit H is a true and correct copy of the transcript of the December 12, 2022, evidentiary hearing on the *Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Stay* in the Bankruptcy Proceeding.

10.     Attached as Exhibit I is a true and correct copy of the *Order Granting Motion for Order Confirming and/or Determining That Proceeds of Certain D&O Insurance Policies Are Not Subject to the Automatic Sta*y entered on December 13, 2022, in the Bankruptcy Proceeding.

11.     Attached as Exhibit J is a true and correct copy of XL Insurance Company Policy No. ELU162674-19 (the "Side A Policy").

12.     Attached as Exhibit K is Plaintiffs' January 25, 2023, submission to the Mediator regarding the award of attorneys' fees to Counsel for Loskot (the "Loskot Fee Award").

13.     Attached as Exhibit L is Counsel for Loskot's January 25, 2023, submission to the

Mediator regarding the Loskot Fee Award.

14.    Attached as Exhibit M is Plaintiffs' February 6, 2023, reply submission to the Mediator regarding the Loskot Fee Award.

15.    Attached as Exhibit N is Counsel for Loskot's February 6, 2023, reply submission to the Mediator regarding the Loskot Fee Award.

16.    Attached as Exhibit O is the Mediator's April 11, 2023, decision regarding the Loskot Fee Award.

I declare under penalty of perjury of the laws of the United States of America and the State of Connecticut that the foregoing is true and correct.

Executed this 18th day of April, 2023 at Greenwich, Connecticut.

*/s/ Kim E. Miller*
Kim E. Miller

3