# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PARETEUM CORPORATION, *et al.*, | Case No.: 22-10615 (LGB) |
| Debtors.[1] | (Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION OF SACCULLO BUSINESS CONSULTING, LLC TO PROVIDE ANTHONY M. SACCULLO AS WIND-DOWN OFFICER AND ADDITIONAL PERSONNEL *NUNC PRO TUNC* TO JULY 5, 2022, AND GRANTING RELATED RELIEF

Upon the application (the "Motion")[2] of the debtors and debtors in possession

(collectively, the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases")

for entry of an order (this "Order"), pursuant to sections 105(a) and 363(b) of the Bankruptcy

Code and Bankruptcy Rule 6004, authorizing the retention of Saccullo Business Consulting,

LLC ("SBC") to provide Anthony M. Saccullo as the wind-down officer to the Debtors

(the "Wind-Down Officer") and additional personnel to support the Wind-Down Officer (the

"Additional Personnel") *nunc pro tunc* to July 5, 2022, pursuant to the term set forth in the

Motion and the Engagement Letter; and the Court having reviewed the Saccullo Declaration;

and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant

to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and the Court having found

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pareteum Corporation (7538); Pareteum North America Corp. (f/k/a Elephant Talk North America Corp.) (9623); Devicescape Holdings, Inc. (2909); iPass, Inc. (4598); iPass IP LLC (2550); Pareteum Europe B.V.; Artilium Group Ltd. (f/k/a Artilium PLC); Pareteum Asia Pte. Ltd.; and Pareteum N.V. (f/k/a Artilium N.V.). The Debtors' corporate headquarters is located at 1185 Avenue of the Americas, 2nd Floor, New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may

enter a final order consistent with Article III of the United States Constitution; and the Court

having found that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the

Court being satisfied with the representations made in the Saccullo Declaration that SBC, the

Additional Personnel, and the Wind-Down Officer represent no interest adverse to the Debtors'

estates, that each are a "disinterested person" as that term is defined under section 101(14) of the

Bankruptcy Code, and that their employment is necessary, in the best interests of the Debtors'

estates and a valid exercise of the Debtors' business judgment; and due and sufficient notice of

the Motion has been given under the particular circumstances; and it appearing that no other or

further notice need be provided; and it appearing that the relief requested by the Motion is in the

best interests of the Debtors, their estates, their creditors, and other parties in interest; and after

due deliberation, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Engagement Letter is APPROVED and is incorporated herein by reference as if fully set forth herein.

3. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtors are authorized to retain SBC to provide Anthony M. Saccullo as the Wind-Down Officer and to provide the Additional Personnel for the Debtors and their estates on the terms described in the Motion and the Engagement Letter, effective *nunc pro tunc* to July 5, 2022.

4. The Debtors are authorized to make payments to SBC as set forth in the Motion and the Engagement Letter in the ordinary course of business without further order of this Court except as set forth in paragraph 5 below.

2

5. SBC shall file with the Court (and serve copies to the U.S. Trustee and counsel to the Creditors' Committee contemporaneously with such filings) reports of compensation earned and expenses incurred on a monthly basis (the "Monthly Reports"). The Monthly Reports will contain summary charts that describe the services provided, identify the compensation earned by each executive officer and staff employee provided, and itemize the expenses incurred. Time records for the Additional Personnel shall (i) be appended to the reports, (ii) contained detailed time entries describing the task(s) performed, and (iii) include a project category for each time entry. The time entries shall identify the time spent completing each task in hourly increments. Parties in interest shall have fourteen (14) days after the date each Monthly Report is filed to file a written objection to such Monthly Report with the Court. If no objection is filed to a Monthly Report within fourteen (14) days after the date each Monthly Report is filed, SBC shall be promptly compensated for the amounts set forth in the Monthly Report. If an objection is timely filed to the Monthly Report, the compensation subject to objection will be subject to review by this Court at the next hearing date. Compensation not subject to the objection shall be promptly paid to SBC. SBC is not required to file a final report or final fee application.

6. The indemnification provisions of the Engagement Letter are hereby APPROVED and incorporated herein by reference as if fully set forth herein.

7. Notice of the Motion is be deemed to be good and sufficient notice and the requirements set forth in Bankruptcy Rule 6004(a) are satisfied by such notice.

8. Notwithstanding the applicability of Bankruptcy Rule 6004(h), the terms of and conditions of this Order are immediately effective and enforceable upon its entry.

9.      The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

10.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the Motion as well as the implementation, interpretation, or enforcement of this

Order.

Dated:  New York, New York
        July 21st, 2022

**/s/ Lisa G. Beckerman**
        HONORABLE LISA G. BECKERMAN
        UNITED STATES BANKRUPTCY JUDGE