**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | Case No. 1:19-cv-09767-AKH-GWG |

**NOTICE OF PLAINTIFFS' UNOPPOSED**
**MOTION FOR CLASS DISTRIBUTION ORDER**

Pursuant to the Court's Final Judgment and Order of Dismissal With Prejudice dated May 3, 2023 ("Final Order") (ECF No. 293) and the Amended Stipulation and Agreement of Settlement between Plaintiffs and Individual Defendants effective Oct. 25, 2022 (ECF No. 273) and Amended Stipulation and Agreement of Settlement between Plaintiffs and Squar Milner effective Oct. 25, 2022 (ECF No. 274) (collectively, the "Amended Stipulations"), Pareteum Shareholder Investor Group ("Plaintiffs"), hereby move for an Order:

(i)    approving the administrative determinations of the Claims Administrator, Strategic Claims Services ("SCS"), accepting and rejecting Claims;

(ii)    ordering that no Claims filed after July 20, 2023, and no responses to rejection received after August 23, 2023, may be accepted for any reason whatsoever;

(iii)    authorizing the payment of $20,966.39 out of the Settlement Fund to SCS for its remaining accrued and anticipated fees and expenses incurred in connection with services performed in giving Notice, preparing tax returns for the Net Settlement Fund, processing Proofs of Claim, and administering and distributing the Settlement Fund through the Initial Distribution;

(iv)    authorizing the Initial Distribution of the Net Settlement Fund;

(v)    authorizing subsequent distributions, no earlier than six (6) months from the date of the Initial Distribution, of any unclaimed, residual balance in the Net Settlement Fund, to the extent that Lead Counsel determines that it is economically feasible to distribute said unclaimed balance to Authorized Claimants, after payment of any remaining amounts due to the Claims Administrator;

(vi)    ordering that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are

1

released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Court's order; and

(vii)    granting such other and further relief as this Court deems appropriate.

In support of this motion, Plaintiffs submit herewith the Memorandum of Law in Support of Plaintiffs' Motion for Class Distribution Order and the Declaration of Margery Craig Concerning the Results of the Claims Administration Process. Plaintiffs also rely on the Amended Stipulations and all other pleadings, orders, and matters of record.

Lead Counsel has conferred with counsel for Defendants in this Action, who do not oppose the relief requested in this Motion.

DATED: September 8, 2023

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kim.Miller@ksfcounsel.com
J.Lopatka@ksfcounsel.com

-and-

Melissa H. Harris (MH-3553)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Phone: (504) 455-1400
Facsimile: (504) 455-1498
melissa.harris@ksfcounsel.com

*Lead Counsel for Lead Plaintiff Pareteum Shareholder Investor Group and the Settlement Class*

2

## **CERTIFICATE OF SERVICE**

On September 8, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kim E. Miller
Kim E. Miller

3