# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## PARETEUM SECURITIES ITIGATION

TOTAL # OF CLAIMS…………………………………………………   3,773

TOTAL # OF APPROVED VALID CLAIMS…………………………   1,969

TOTAL # OF INELIGIBLE CLAIMS……………………………….....   1,804

    NO RECOGNIZED CLAIM .......................................1,062
    INADEQUATE DOCUMENTATION ..........................271
    PURCHASED OUTSIDE CLASS PERIOD...................186
    SHARES NOT PURCHASED .....................................126
    SHARES SOLD SHORT..............................................119
    DUPLICATE CLAIMS ..................................................24
    WRONG MARKET.......................................................14
    FRAUDULENT..............................................................2

    TOTAL .....................................................................1,804

TOTAL RECOGNIZED CLAIMS...........................................................$58,276,247.64