**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 2 | 297.00 |
| 3 | 513.81 |
| 4 | 4,158.00 |
| 5 | 476.28 |
| 6 | 22,983.80 |
| 7 | 76,569.28 |
| 8 | 16,639.34 |
| 9 | 46,110.44 |
| 11 | 783.00 |
| 13 | 3,528.00 |
| 14 | 3,483.00 |
| 15 | 216,359.10 |
| 17 | 42,480.00 |
| 18 | 1,521.47 |
| 19 | 3,870.00 |
| 20 | 7,560.00 |
| 21 | 15,680.70 |
| 22 | 75,358.54 |
| 23 | 1,428.84 |
| 24 | 91.03 |
| 25 | 3,096.00 |
| 26 | 472.50 |
| 28 | 256.50 |
| 30 | 2,904.89 |
| 32 | 756.00 |
| 34 | 3,870.00 |
| 37 | 302.40 |
| 38 | 467.10 |
| 39 | 183.60 |
| 40 | 774.00 |
| 42 | 202.50 |
| 43 | 1,528.63 |
| 44 | 5,089.50 |
| 45 | 5,805.00 |
| 46 | 3,892.50 |
| 48 | 7,546.50 |
| 49 | 5,691.96 |
| 50 | 541.80 |
| 51 | 3,386.25 |
| 52 | 1,451.25 |
| 53 | 1,935.00 |
| 54 | 9,495.12 |
| 56 | 1,161.00 |
| 57 | 1,121.40 |
| 60 | 193.50 |
| 61 | 2,902.50 |
| 62 | 10,620.00 |
| 63 | 236.25 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 65 | 202.50 |
| 66 | 5,035.95 |
| 67 | 5,821.20 |
| 68 | 11,098.87 |
| 69 | 1,629.68 |
| 70 | 303.47 |
| 71 | 387.00 |
| 72 | 16,174.67 |
| 74 | 3,285.00 |
| 75 | 96.75 |
| 77 | 75.60 |
| 78 | 1,134.00 |
| 82 | 1,521.47 |
| 83 | 378.00 |
| 84 | 2,800.98 |
| 85 | 1,512.00 |
| 86 | 756.00 |
| 88 | 1,934.91 |
| 89 | 1,521.47 |
| 90 | 5,805.00 |
| 91 | 11,389.05 |
| 92 | 135.45 |
| 93 | 320.99 |
| 94 | 193.50 |
| 95 | 2,378.39 |
| 96 | 835.76 |
| 97 | 1,935.00 |
| 101 | 1,147.50 |
| 103 | 19,967.63 |
| 104 | 10,788.64 |
| 105 | 9,983.75 |
| 111 | 4,271.25 |
| 112 | 15,617.58 |
| 113 | 12,785.40 |
| 114 | 26,636.28 |
| 116 | 3,933.00 |
| 117 | 4,294.89 |
| 118 | 11,685.69 |
| 119 | 1,530.00 |
| 120 | 5,601.96 |
| 121 | 14,281.47 |
| 122 | 8,038.52 |
| 123 | 89,460.01 |
| 124 | 9,814.37 |
| 125 | 209.03 |
| 126 | 1,178.10 |
| 127 | 304.29 |
| 128 | 226.27 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---------|------------------|
| 130 | 32,235.17 |
| 132 | 2,700.00 |
| 133 | 4,626.28 |
| 134 | 4,553.87 |
| 135 | 5,427.00 |
| 136 | 7,722.00 |
| 137 | 3,870.00 |
| 138 | 13,374.00 |
| 139 | 3,267.00 |
| 141 | 340.20 |
| 142 | 2,902.50 |
| 143 | 14,791.50 |
| 144 | 548.33 |
| 145 | 50,774.51 |
| 146 | 642.41 |
| 147 | 2,322.00 |
| 148 | 226.40 |
| 149 | 67.73 |
| 150 | 79,452.17 |
| 153 | 2,862.00 |
| 154 | 1,235.43 |
| 155 | 1,161.00 |
| 156 | 3,870.00 |
| 157 | 611.46 |
| 158 | 4,537.31 |
| 159 | 201.76 |
| 160 | 3,204.00 |
| 161 | 4,725.00 |
| 162 | 1,350.00 |
| 163 | 42,141.08 |
| 164 | 1,215.00 |
| 165 | 2,268.00 |
| 167 | 51,628.43 |
| 168 | 37,211.77 |
| 169 | 26,374.50 |
| 170 | 25,407.00 |
| 171 | 9,164.48 |
| 172 | 3,375.00 |
| 173 | 340.20 |
| 177 | 241.88 |
| 179 | 25,447.50 |
| 180 | 29,025.00 |
| 181 | 19,350.00 |
| 184 | 387.00 |
| 185 | 145.80 |
| 186 | 1,935.00 |
| 187 | 67.50 |
| 188 | 2,947.86 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 189 | 10,258.20 |
| 190 | 58,907.85 |
| 191 | 2,621.70 |
| 192 | 37.13 |
| 194 | 4,212.00 |
| 195 | 3,780.00 |
| 196 | 23,220.00 |
| 198 | 455.14 |
| 199 | 17,763.46 |
| 200 | 75.42 |
| 203 | 7,338.06 |
| 204 | 36,634.14 |
| 205 | 65,903.17 |
| 207 | 3,135.15 |
| 208 | 18,587.15 |
| 209 | 1,247.40 |
| 212 | 12,979.10 |
| 214 | 3,676.50 |
| 215 | 1,456.33 |
| 216 | 1,456.55 |
| 217 | 580.50 |
| 218 | 17,428.50 |
| 225 | 2,268.00 |
| 226 | 1,935.00 |
| 227 | 1,302.08 |
| 228 | 140.44 |
| 229 | 40.50 |
| 230 | 28.61 |
| 231 | 146,614.86 |
| 232 | 967.50 |
| 237 | 4.64 |
| 240 | 99,210.12 |
| 241 | 3,278.40 |
| 242 | 61,251.10 |
| 243 | 53,698.90 |
| 245 | 337.50 |
| 246 | 1,993.69 |
| 247 | 3,104.69 |
| 248 | 150.85 |
| 249 | 10,553.91 |
| 253 | 2,902.50 |
| 254 | 9,180.00 |
| 255 | 37.80 |
| 256 | 104.49 |
| 262 | 4,188.51 |
| 263 | 1,993.69 |
| 264 | 1,908.00 |
| 265 | 967.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                                    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---------|------------------|
| 266 | 120.15 |
| 267 | 2,024.42 |
| 268 | 9,056.53 |
| 269 | 2,068.20 |
| 272 | 2,419.20 |
| 273 | 8,010.00 |
| 274 | 6,855.30 |
| 275 | 13,233.04 |
| 276 | 580.50 |
| 277 | 21,344.36 |
| 278 | 10,029.92 |
| 279 | 2,859.93 |
| 280 | 14,192.77 |
| 281 | 1,264,386.36 |
| 283 | 1,935.00 |
| 284 | 19,350.00 |
| 285 | 19,350.00 |
| 286 | 21,032.10 |
| 288 | 48,737.16 |
| 289 | 675.00 |
| 290 | 1,350.00 |
| 291 | 14,201.40 |
| 293 | 18,963.00 |
| 294 | 9,438.75 |
| 295 | 15,780.60 |
| 297 | 2,084.00 |
| 298 | 2,215.58 |
| 299 | 193.50 |
| 300 | 661.50 |
| 301 | 1,890.00 |
| 302 | 27,700.92 |
| 303 | 63,558.33 |
| 304 | 162,085.63 |
| 305 | 99,137.90 |
| 306 | 86,314.40 |
| 307 | 878.85 |
| 310 | 378.00 |
| 311 | 635.40 |
| 313 | 18,517.35 |
| 314 | 161,233.88 |
| 315 | 52,290.36 |
| 316 | 508,379.91 |
| 317 | 3,703.50 |
| 318 | 378.00 |
| 319 | 6,057.00 |
| 320 | 4,257.00 |
| 321 | 4,269.20 |
| 322 | 14,580.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 325 | 40.07 |
| 326 | 5,162.58 |
| 327 | 3,873.60 |
| 330 | 23,042.88 |
| 331 | 8,146.35 |
| 332 | 24,171.93 |
| 333 | 1,134.00 |
| 334 | 5,382.00 |
| 335 | 6,939.00 |
| 337 | 332.82 |
| 338 | 10,188.00 |
| 339 | 2,664.90 |
| 340 | 16,775.10 |
| 341 | 21,818.10 |
| 342 | 290.25 |
| 343 | 1,363.50 |
| 344 | 9,001.80 |
| 345 | 5,382.00 |
| 346 | 12,285.00 |
| 347 | 2,902.50 |
| 348 | 4,837.50 |
| 350 | 282,508.86 |
| 351 | 396.90 |
| 352 | 1,534.50 |
| 353 | 1,149.75 |
| 354 | 922.95 |
| 355 | 14,234.67 |
| 356 | 1,741.50 |
| 357 | 1,565.19 |
| 358 | 1,876.50 |
| 359 | 3,870.00 |
| 361 | 4,233.60 |
| 362 | 200.34 |
| 363 | 3,445.02 |
| 364 | 205.11 |
| 365 | 17,944.01 |
| 366 | 8,176.90 |
| 367 | 42,226.77 |
| 371 | 5,901.75 |
| 372 | 206,814.87 |
| 373 | 3,579.75 |
| 374 | 96,873.30 |
| 375 | 286,636.62 |
| 376 | 87,396.86 |
| 377 | 40,251.99 |
| 378 | 55,673.42 |
| 379 | 2,476.80 |
| 380 | 12,644.19 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 381 | 89,465.61 |
| 382 | 5,122.53 |
| 384 | 31,404.35 |
| 388 | 21,850.29 |
| 389 | 5,528.30 |
| 391 | 4,684.50 |
| 392 | 12,518.25 |
| 395 | 1,586.01 |
| 396 | 7,304.36 |
| 397 | 2,457.00 |
| 399 | 2,787.00 |
| 400 | 7,019.56 |
| 401 | 36.95 |
| 402 | 7,386.80 |
| 403 | 7,938.87 |
| 404 | 40,872.91 |
| 406 | 20,461.15 |
| 407 | 154,164.94 |
| 408 | 7,281.00 |
| 409 | 1,207.33 |
| 410 | 1,058.40 |
| 411 | 6,502.00 |
| 412 | 28.61 |
| 415 | 36.41 |
| 417 | 5,067.99 |
| 418 | 2,505.33 |
| 419 | 1,161.00 |
| 420 | 3,791.03 |
| 438 | 13,130.10 |
| 439 | 3,198.15 |
| 440 | 2,706.75 |
| 441 | 898.84 |
| 443 | 2,362.26 |
| 444 | 1,951.06 |
| 445 | 4,295.03 |
| 446 | 2,506.50 |
| 448 | 123,856.16 |
| 449 | 14,531.02 |
| 450 | 10,710.23 |
| 451 | 9,675.00 |
| 452 | 869.40 |
| 455 | 1,418.36 |
| 456 | 4,214.43 |
| 457 | 5.67 |
| 458 | 5,576.04 |
| 459 | 1,935.00 |
| 460 | 6,367.10 |
| 461 | 66,157.57 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 462 | 3,815.10 |
| 463 | 5,197.14 |
| 464 | 54.68 |
| 465 | 12,184.97 |
| 467 | 112,900.10 |
| 468 | 5,805.00 |
| 469 | 73,827.00 |
| 470 | 394.18 |
| 471 | 1,935.00 |
| 472 | 1,935.00 |
| 474 | 13,394.79 |
| 476 | 127.58 |
| 477 | 764.64 |
| 478 | 806.27 |
| 480 | 77,415.75 |
| 481 | 7,587.86 |
| 482 | 16,890.60 |
| 483 | 1,557.00 |
| 484 | 5,376.64 |
| 485 | 32,016.15 |
| 486 | 5,974.38 |
| 488 | 9,094.50 |
| 489 | 406.73 |
| 490 | 920.11 |
| 491 | 1,055.16 |
| 493 | 6,180.39 |
| 494 | 47,474.55 |
| 495 | 100.26 |
| 496 | 193.50 |
| 497 | 29,389.77 |
| 499 | 414.90 |
| 500 | 16,328.25 |
| 501 | 49,425.57 |
| 502 | 675.00 |
| 503 | 17,615.52 |
| 504 | 8,366.77 |
| 505 | 5,562.87 |
| 506 | 9,680.61 |
| 507 | 25,182.09 |
| 508 | 2,902.50 |
| 510 | 1,161.00 |
| 511 | 1,935.00 |
| 513 | 30,303.00 |
| 514 | 113.40 |
| 515 | 793.80 |
| 517 | 1,247.40 |
| 519 | 475.92 |
| 520 | 3,492.31 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 521 | 741.60 |
| 523 | 2,486.30 |
| 524 | 202.50 |
| 525 | 3,870.00 |
| 526 | 309.96 |
| 527 | 512.64 |
| 528 | 1,161.00 |
| 529 | 1,103.78 |
| 530 | 10,002.86 |
| 531 | 11,396.61 |
| 533 | 211.95 |
| 534 | 547.65 |
| 535 | 2,630.66 |
| 537 | 12,649.62 |
| 539 | 4,959.42 |
| 541 | 634.86 |
| 542 | 29,285.05 |
| 543 | 9,240.30 |
| 544 | 12,904.69 |
| 545 | 5,358.15 |
| 546 | 2,029.73 |
| 547 | 1,134.00 |
| 548 | 11,346.02 |
| 549 | 9,741.95 |
| 550 | 34,468.92 |
| 552 | 74,643.75 |
| 553 | 3,823.15 |
| 554 | 42,692.24 |
| 555 | 389.25 |
| 556 | 856.35 |
| 557 | 1,557.00 |
| 558 | 2,406.60 |
| 559 | 94,152.46 |
| 560 | 4,065.75 |
| 561 | 95.67 |
| 562 | 87,032.21 |
| 563 | 608.59 |
| 564 | 20,143.23 |
| 565 | 483.75 |
| 566 | 4,209.75 |
| 567 | 284.58 |
| 568 | 6,905.34 |
| 569 | 145.91 |
| 570 | 30.24 |
| 571 | 16,054.82 |
| 573 | 2,403.00 |
| 574 | 13,573.87 |
| 575 | 20,700.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 576 | 52.65 |
| 578 | 36,671.79 |
| 579 | 16,198.20 |
| 580 | 646.29 |
| 581 | 2,772.23 |
| 582 | 10,576.71 |
| 583 | 5,009.15 |
| 584 | 53,810.78 |
| 585 | 53,061.66 |
| 589 | 492.39 |
| 590 | 193.50 |
| 591 | 16,902.00 |
| 593 | 349.27 |
| 596 | 3,042.94 |
| 597 | 17,251.92 |
| 598 | 10,565.19 |
| 599 | 10,248.38 |
| 600 | 2,335.50 |
| 603 | 32,969.56 |
| 604 | 3,870.00 |
| 605 | 1,381.50 |
| 606 | 9,573.43 |
| 608 | 756.00 |
| 609 | 59,638.37 |
| 611 | 1,080.90 |
| 614 | 12,398.40 |
| 616 | 304.29 |
| 617 | 7,578.00 |
| 619 | 61,720.24 |
| 621 | 5,805.00 |
| 622 | 9,000.00 |
| 623 | 129.91 |
| 624 | 1,485.00 |
| 626 | 40,752.00 |
| 628 | 31,753.35 |
| 629 | 8,320.50 |
| 631 | 13,693.21 |
| 632 | 67,619.90 |
| 636 | 2,963.63 |
| 637 | 1,721.72 |
| 638 | 30,132.00 |
| 639 | 37,890.00 |
| 642 | 21.43 |
| 643 | 55.04 |
| 644 | 31.56 |
| 645 | 1,935.00 |
| 646 | 6,322.54 |
| 647 | 4,470.78 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

| Claim # | Recognized Claim |
|---|---|
| 648 | 58.41 |
| 649 | 241.29 |
| 650 | 265,330.21 |
| 652 | 47,906.55 |
| 653 | 561.51 |
| 655 | 22,306.50 |
| 656 | 96,750.00 |
| 658 | 114,750.00 |
| 661 | 379.51 |
| 662 | 290.25 |
| 664 | 103,068.73 |
| 665 | 814.64 |
| 666 | 337.50 |
| 667 | 6,354.00 |
| 668 | 2,898.00 |
| 669 | 20,670.78 |
| 670 | 44,876.70 |
| 672 | 3,365.73 |
| 673 | 4,701.60 |
| 674 | 673.04 |
| 675 | 399.60 |
| 676 | 3,978.98 |
| 677 | 1,515.06 |
| 678 | 960.75 |
| 679 | 149,071.22 |
| 683 | 376.20 |
| 684 | 4,477.28 |
| 685 | 94.50 |
| 688 | 9,538.16 |
| 692 | 186,885.00 |
| 693 | 4,341.33 |
| 694 | 2,515.50 |
| 699 | 161,302.50 |
| 700 | 1,935.00 |
| 701 | 39,443.40 |
| 708 | 1,110.54 |
| 709 | 385.20 |
| 713 | 141.53 |
| 716 | 4,171.50 |
| 717 | 7,607.34 |
| 718 | 11,031.55 |
| 719 | 4,210.56 |
| 720 | 22,950.00 |
| 721 | 680.91 |
| 723 | 96.12 |
| 724 | 61,650.00 |
| 725 | 20,340.00 |
| 726 | 6,083.37 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**   **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 727 | 15,327.00 |
| 728 | 11,239.30 |
| 729 | 1,799.55 |
| 731 | 2,446.07 |
| 732 | 5,605.31 |
| 733 | 7,476.30 |
| 735 | 8,999.69 |
| 736 | 16.88 |
| 737 | 4,201.77 |
| 738 | 58.05 |
| 739 | 43,054.88 |
| 741 | 18,427.95 |
| 747 | 6,114.78 |
| 748 | 113.40 |
| 749 | 1,020.60 |
| 750 | 8,043.75 |
| 751 | 483.84 |
| 752 | 10,023.29 |
| 753 | 4,671.00 |
| 755 | 3,114.00 |
| 757 | 1,457.82 |
| 758 | 2,007.23 |
| 760 | 10,430.69 |
| 761 | 116.10 |
| 762 | 1,935.00 |
| 763 | 24,079.22 |
| 766 | 351.11 |
| 767 | 6,356.48 |
| 768 | 957.56 |
| 769 | 24,534.00 |
| 770 | 5,685.84 |
| 771 | 26,620.09 |
| 774 | 465.32 |
| 776 | 378.00 |
| 777 | 960.75 |
| 779 | 232.20 |
| 781 | 116.10 |
| 782 | 7,573.59 |
| 783 | 937.76 |
| 791 | 2,335.50 |
| 792 | 819.13 |
| 793 | 675.00 |
| 796 | 75.60 |
| 798 | 69,720.96 |
| 801 | 1,712.42 |
| 802 | 6,754.28 |
| 803 | 12,699.00 |
| 804 | 141.46 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 806 | 14,512.50 |
| 808 | 4.05 |
| 809 | 225.45 |
| 810 | 387.00 |
| 813 | 2,031.75 |
| 815 | 271.03 |
| 816 | 3,618.00 |
| 817 | 2,907.00 |
| 819 | 18,360.00 |
| 820 | 6,306.17 |
| 821 | 630.00 |
| 822 | 297.00 |
| 823 | 1,210.50 |
| 825 | 1,364.40 |
| 826 | 378.00 |
| 828 | 3,441.92 |
| 829 | 387.00 |
| 834 | 168.94 |
| 836 | 24,845.40 |
| 838 | 107.45 |
| 839 | 21,816.41 |
| 841 | 11,536.20 |
| 843 | 23,111.27 |
| 844 | 227.56 |
| 845 | 2,795.49 |
| 846 | 1,881.55 |
| 847 | 3.38 |
| 848 | 697.28 |
| 849 | 4,119.98 |
| 850 | 489.89 |
| 851 | 1,190.03 |
| 854 | 1,890.00 |
| 857 | 6,939.00 |
| 859 | 7,556.95 |
| 860 | 22,828.32 |
| 861 | 2,709.00 |
| 864 | 3,186.00 |
| 865 | 4,257.00 |
| 867 | 15,952.14 |
| 868 | 44,789.45 |
| 869 | 4,989.34 |
| 872 | 163.67 |
| 874 | 33,361.34 |
| 876 | 48.38 |
| 877 | 58,630.50 |
| 878 | 967.50 |
| 879 | 957.83 |
| 880 | 3,870.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 881 | 5,812.41 |
| 882 | 45,720.90 |
| 883 | 2,902.50 |
| 884 | 156,088.98 |
| 887 | 4,837.50 |
| 888 | 1,602.00 |
| 889 | 23,510.25 |
| 890 | 2,396.02 |
| 892 | 60.48 |
| 893 | 641.09 |
| 894 | 669.06 |
| 895 | 4,721.40 |
| 896 | 3,554.10 |
| 898 | 1,382.11 |
| 900 | 132.30 |
| 901 | 68.18 |
| 902 | 330.80 |
| 903 | 1,451.25 |
| 905 | 20.24 |
| 906 | 207.90 |
| 907 | 9,359.55 |
| 908 | 48,937.54 |
| 909 | 678.56 |
| 913 | 129.65 |
| 914 | 580.50 |
| 915 | 16,229.69 |
| 917 | 182.03 |
| 919 | 5,155.31 |
| 920 | 28,755.00 |
| 923 | 38.70 |
| 924 | 1,511.33 |
| 925 | 31.95 |
| 926 | 623.70 |
| 927 | 7,785.00 |
| 928 | 29,025.00 |
| 930 | 1,598.40 |
| 931 | 14,841.38 |
| 932 | 756.00 |
| 940 | 2,263.87 |
| 944 | 23,220.00 |
| 946 | 1,935.00 |
| 947 | 1,935.00 |
| 949 | 501.76 |
| 950 | 450.90 |
| 951 | 3,870.00 |
| 952 | 154.80 |
| 953 | 3.78 |
| 954 | 774.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 956 | 18.90 |
| 957 | 6,896.81 |
| 959 | 759.43 |
| 961 | 387.00 |
| 963 | 400.50 |
| 966 | 1,489.32 |
| 969 | 6,462.00 |
| 973 | 500.63 |
| 975 | 378.00 |
| 976 | 180.90 |
| 977 | 1,284.53 |
| 979 | 5,170.50 |
| 980 | 6,453.54 |
| 981 | 2,515.50 |
| 982 | 24,018.93 |
| 983 | 808.83 |
| 984 | 6,376.50 |
| 985 | 23,189.04 |
| 988 | 803.67 |
| 989 | 1,439.51 |
| 990 | 1,257.75 |
| 993 | 5,382.00 |
| 994 | 9,529.88 |
| 995 | 2,733.80 |
| 996 | 7,317.00 |
| 997 | 344.03 |
| 998 | 7,785.00 |
| 1001 | 18,258.42 |
| 1002 | 780.98 |
| 1003 | 792.99 |
| 1004 | 58.05 |
| 1005 | 585.14 |
| 1008 | 2,902.50 |
| 1010 | 1,425.60 |
| 1011 | 99.68 |
| 1013 | 22,275.00 |
| 1015 | 9,677.79 |
| 1016 | 122,969.25 |
| 1018 | 10.83 |
| 1019 | 936.00 |
| 1020 | 37,100.03 |
| 1021 | 126.00 |
| 1022 | 387.00 |
| 1023 | 38,700.00 |
| 1024 | 96.75 |
| 1025 | 1,201.50 |
| 1027 | 15,120.00 |
| 1028 | 171.99 |

## TIMELY, PROPERLY DOCUMENTED CLAIMS

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---------|------------------|
| 1029 | 4,182.57 |
| 1031 | 814.59 |
| 1035 | 56.70 |
| 1036 | 3,213.00 |
| 1038 | 415.80 |
| 1041 | 28.80 |
| 1043 | 5,805.00 |
| 1044 | 497.30 |
| 1046 | 305.78 |
| 1047 | 1,922.27 |
| 1048 | 29.70 |
| 1050 | 305.37 |
| 1054 | 4,759.09 |
| 1055 | 29.70 |
| 1057 | 13,750.20 |
| 1058 | 3,820.50 |
| 1060 | 15,977.25 |
| 1061 | 1,935.00 |
| 1062 | 967.50 |
| 1065 | 3,263.40 |
| 1066 | 8,217.68 |
| 1067 | 1,940.81 |
| 1068 | 6,786.00 |
| 1069 | 3,505.50 |
| 1070 | 4,329.00 |
| 1071 | 8,109.00 |
| 1073 | 1,080.90 |
| 1074 | 84.29 |
| 1075 | 11,295.00 |
| 1077 | 19,491.26 |
| 1078 | 20,317.50 |
| 1079 | 229.86 |
| 1080 | 828.00 |
| 1081 | 91.69 |
| 1083 | 40.82 |
| 1084 | 1,557.00 |
| 1086 | 54.18 |
| 1087 | 799.20 |
| 1088 | 113.40 |
| 1089 | 283.50 |
| 1090 | 304.29 |
| 1092 | 7,345.54 |
| 1093 | 387.00 |
| 1098 | 26,543.70 |
| 1099 | 284.40 |
| 1103 | 74.25 |
| 1108 | 2,452.14 |
| 1109 | 2.60 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 1113 | 880.43 |
| 1114 | 4,603.50 |
| 1115 | 210.66 |
| 1117 | 1,343.70 |
| 1118 | 4,894.20 |
| 1122 | 1,073.71 |
| 1123 | 34.02 |
| 1125 | 675.00 |
| 1126 | 1,602.00 |
| 1129 | 164.30 |
| 1131 | 63.86 |
| 1132 | 2,011.50 |
| 1133 | 4,620.67 |
| 1134 | 6,654.48 |
| 1136 | 33.75 |
| 1137 | 5,191.78 |
| 1138 | 1,602.00 |
| 1139 | 7,785.00 |
| 1142 | 6,575.04 |
| 1143 | 8,585.36 |
| 1144 | 130,050.00 |
| 1146 | 967.50 |
| 1147 | 378.00 |
| 1149 | 637.20 |
| 1151 | 589,505.08 |
| 1152 | 19,594.21 |
| 1153 | 226.40 |
| 1155 | 48,375.00 |
| 1156 | 21,285.00 |
| 1157 | 967.50 |
| 1158 | 8,315.24 |
| 1160 | 11,610.00 |
| 1161 | 801.00 |
| 1166 | 68,419.13 |
| 1167 | 13,437.00 |
| 1169 | 35,604.00 |
| 1170 | 193.50 |
| 1171 | 59.99 |
| 1172 | 10,129.50 |
| 1175 | 447.98 |
| 1176 | 151.29 |
| 1177 | 1,451.25 |
| 1179 | 488.81 |
| 1181 | 445.05 |
| 1182 | 1,485.00 |
| 1183 | 22,231.53 |
| 1184 | 8,003.67 |
| 1185 | 3,049.52 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 1186 | 26.00 |
| 1187 | 133.52 |
| 1188 | 4,633.20 |
| 1189 | 2,488.50 |
| 1190 | 2,488.50 |
| 1191 | 1,969.07 |
| 1192 | 2,090.61 |
| 1193 | 5,487.72 |
| 1194 | 3,668.14 |
| 1195 | 25,803.90 |
| 1196 | 3,488.76 |
| 1197 | 3,213.40 |
| 1198 | 12,901.95 |
| 1199 | 2,683.68 |
| 1200 | 15,714.00 |
| 1201 | 1,045.31 |
| 1202 | 7,762.05 |
| 1203 | 33,386.02 |
| 1204 | 7,353.90 |
| 1205 | 6,345.36 |
| 1206 | 3,104.82 |
| 1207 | 2,787.48 |
| 1208 | 3,881.03 |
| 1209 | 18,353.36 |
| 1211 | 10,321.56 |
| 1212 | 1,742.18 |
| 1213 | 6,057.09 |
| 1214 | 6,598.09 |
| 1215 | 4,437.45 |
| 1216 | 3,550.68 |
| 1217 | 11,355.75 |
| 1218 | 59,166.00 |
| 1219 | 12,797.19 |
| 1220 | 7,353.90 |
| 1221 | 73,957.50 |
| 1222 | 3,881.03 |
| 1223 | 8,824.68 |
| 1224 | 45,393.75 |
| 1225 | 1,514.27 |
| 1226 | 2,787.48 |
| 1228 | 24,187.50 |
| 1229 | 210,805.43 |
| 1230 | 18,628.92 |
| 1231 | 17,749.80 |
| 1232 | 4,542.82 |
| 1233 | 4,542.82 |
| 1234 | 22,187.25 |
| 1235 | 3,818.80 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 1236 | 2,351.52 |
| 1237 | 2,043.81 |
| 1238 | 7,831.36 |
| 1239 | 3,650.58 |
| 1240 | 24,187.50 |
| 1241 | 287.24 |
| 1242 | 4,437.45 |
| 1243 | 22,187.25 |
| 1244 | 7,008.12 |
| 1245 | 41,359.50 |
| 1246 | 4,365.00 |
| 1247 | 18,072.92 |
| 1248 | 49,093.92 |
| 1249 | 14,584.56 |
| 1250 | 2,970.00 |
| 1251 | 4,534.24 |
| 1253 | 3,301.20 |
| 1254 | 3,492.92 |
| 1255 | 28,155.60 |
| 1256 | 80,504.10 |
| 1257 | 967.50 |
| 1258 | 1,268.96 |
| 1259 | 4,827.85 |
| 1260 | 2,090.61 |
| 1261 | 15,345.00 |
| 1265 | 855.00 |
| 1266 | 467.10 |
| 1267 | 6,350.47 |
| 1272 | 1,064.25 |
| 1273 | 344.43 |
| 1275 | 583.88 |
| 1276 | 159.53 |
| 1277 | 16,411.50 |
| 1278 | 21,503.25 |
| 1280 | 675.18 |
| 1281 | 774.00 |
| 1282 | 331.20 |
| 1283 | 9,481.40 |
| 1284 | 2,747.70 |
| 1285 | 19,350.00 |
| 1288 | 9,517.38 |
| 1289 | 37,794.77 |
| 1290 | 7,740.00 |
| 1295 | 1,350.00 |
| 1296 | 5,309.16 |
| 1299 | 7,717.05 |
| 1300 | 117.18 |
| 1301 | 15,835.82 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**　　　**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 1302 | 969.01 |
| 1303 | 232.47 |
| 1304 | 1,821.60 |
| 1305 | 397.11 |
| 1306 | 29,700.00 |
| 1307 | 18,231.30 |
| 1314 | 967.50 |
| 1315 | 196.65 |
| 1316 | 13.50 |
| 1317 | 5,196.05 |
| 1319 | 13,161.26 |
| 1322 | 1,100.72 |
| 1323 | 25,197.57 |
| 1324 | 94,294.29 |
| 1343 | 884.25 |
| 1344 | 38,383.38 |
| 1345 | 24,480.00 |
| 1346 | 967.50 |
| 1349 | 13,515.35 |
| 1351 | 15,040.79 |
| 1355 | 1,376.91 |
| 1356 | 5,004.00 |
| 1358 | 187,338.14 |
| 1359 | 80,706.96 |
| 1360 | 202,039.35 |
| 1361 | 203,300.67 |
| 1362 | 4,348.78 |
| 1363 | 5,972.86 |
| 1365 | 7,488.82 |
| 1367 | 1,935.00 |
| 50000 | 1,521.47 |
| 50002 | 945.00 |
| 50003 | 3,288.60 |
| 50004 | 2,828.93 |
| 50005 | 535.95 |
| 50007 | 5,166.45 |
| 50008 | 69.53 |
| 50009 | 3,444.30 |
| 50013 | 336.42 |
| 50016 | 368.46 |
| 50017 | 724.01 |
| 50019 | 400.50 |
| 50022 | 328.41 |
| 50024 | 831.44 |
| 50025 | 344.43 |
| 50027 | 400.50 |
| 50030 | 4,027.50 |
| 50031 | 1,065.33 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50035 | 33,708.38 |
| 50036 | 332.90 |
| 50037 | 332.90 |
| 50038 | 2,158.66 |
| 50039 | 608.59 |
| 50040 | 332.90 |
| 50043 | 2,303.10 |
| 50044 | 43,785.02 |
| 50048 | 37.80 |
| 50050 | 8,523.90 |
| 50051 | 3.85 |
| 50053 | 338.63 |
| 50054 | 135.00 |
| 50055 | 1,577.82 |
| 50056 | 7,760.38 |
| 50057 | 18,331.43 |
| 50061 | 17,415.00 |
| 50072 | 308.29 |
| 50080 | 288.48 |
| 50083 | 11,990.29 |
| 50084 | 179,591.48 |
| 50085 | 9,062.28 |
| 50086 | 34,000.20 |
| 50087 | 912.88 |
| 50088 | 6,085.87 |
| 50089 | 485.30 |
| 50090 | 485.30 |
| 50091 | 485.30 |
| 50092 | 485.30 |
| 50093 | 485.30 |
| 50094 | 485.30 |
| 50095 | 485.30 |
| 50096 | 485.30 |
| 50097 | 485.30 |
| 50098 | 232.25 |
| 50099 | 3,547.49 |
| 50101 | 1,521.47 |
| 50105 | 290.14 |
| 50106 | 1,450.68 |
| 50107 | 272.18 |
| 50108 | 1,450.68 |
| 50110 | 5,351.85 |
| 50114 | 217.75 |
| 50115 | 217.75 |
| 50116 | 544.37 |
| 50118 | 2,901.37 |
| 50119 | 217.75 |
| 50121 | 604.64 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**   **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50124 | 143.83 |
| 50125 | 114.07 |
| 50126 | 114.07 |
| 50127 | 272.18 |
| 50128 | 917.46 |
| 50130 | 544.37 |
| 50131 | 1,450.68 |
| 50132 | 29,774.16 |
| 50135 | 15,061.47 |
| 50136 | 503.87 |
| 50139 | 7,439.40 |
| 50140 | 460.34 |
| 50141 | 6,383.01 |
| 50143 | 3,554.80 |
| 50144 | 3,719.70 |
| 50145 | 3,719.70 |
| 50146 | 1,450.68 |
| 50147 | 433.97 |
| 50148 | 1,869.43 |
| 50149 | 1,088.73 |
| 50150 | 6,759.60 |
| 50151 | 724.10 |
| 50152 | 5,802.73 |
| 50153 | 4,352.05 |
| 50154 | 433.97 |
| 50155 | 433.97 |
| 50156 | 608.59 |
| 50157 | 3,266.19 |
| 50158 | 724.10 |
| 50159 | 230.62 |
| 50160 | 1,521.47 |
| 50162 | 991.92 |
| 50163 | 957.20 |
| 50164 | 1,450.68 |
| 50165 | 724.10 |
| 50166 | 3,191.50 |
| 50167 | 2,901.37 |
| 50168 | 991.92 |
| 50169 | 724.10 |
| 50170 | 724.10 |
| 50174 | 3,481.64 |
| 50176 | 6,617.11 |
| 50177 | 8,413.96 |
| 50178 | 5,802.73 |
| 50179 | 189.53 |
| 50180 | 2,901.37 |
| 50181 | 7,253.42 |
| 50182 | 580.27 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50183 | 2,174.78 |
| 50187 | 1,450.68 |
| 50188 | 580.27 |
| 50189 | 1,884.65 |
| 50190 | 1,450.68 |
| 50191 | 16,855.78 |
| 50193 | 4,352.05 |
| 50194 | 580.27 |
| 50195 | 12,475.87 |
| 50197 | 4,352.05 |
| 50198 | 870.41 |
| 50199 | 870.41 |
| 50200 | 2,174.78 |
| 50202 | 1,450.68 |
| 50203 | 3,191.50 |
| 50204 | 4,352.05 |
| 50205 | 870.41 |
| 50207 | 2,901.37 |
| 50208 | 912.88 |
| 50209 | 433.97 |
| 50210 | 1,450.68 |
| 50211 | 2,901.37 |
| 50212 | 724.10 |
| 50213 | 3,481.64 |
| 50214 | 1,740.82 |
| 50215 | 1,450.68 |
| 50216 | 1,160.55 |
| 50217 | 1,160.55 |
| 50219 | 29,013.66 |
| 50220 | 550.52 |
| 50221 | 580.27 |
| 50222 | 491.00 |
| 50223 | 433.97 |
| 50224 | 5,802.73 |
| 50225 | 724.10 |
| 50226 | 580.27 |
| 50229 | 1,569.75 |
| 50231 | 1,429.59 |
| 50232 | 912.88 |
| 50234 | 37,197.00 |
| 50235 | 4,352.05 |
| 50238 | 188.46 |
| 50239 | 2,030.96 |
| 50240 | 1,740.82 |
| 50241 | 580.27 |
| 50242 | 1,450.68 |
| 50243 | 2,901.37 |
| 50247 | 433.97 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                              **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---------|------------------|
| 50248 | 1,160.55 |
| 50249 | 1,740.82 |
| 50250 | 1,450.68 |
| 50251 | 433.97 |
| 50252 | 11,371.70 |
| 50253 | 1,079.73 |
| 50254 | 2,077.92 |
| 50255 | 2,174.78 |
| 50256 | 2,564.33 |
| 50257 | 4,352.05 |
| 50259 | 15,160.39 |
| 50260 | 1,450.68 |
| 50261 | 4,642.19 |
| 50262 | 435.49 |
| 50263 | 724.10 |
| 50265 | 520.76 |
| 50275 | 239.88 |
| 50277 | 2,604.00 |
| 50278 | 588.81 |
| 50281 | 2,438.10 |
| 50300 | 13.25 |
| 50307 | 11.17 |
| 50313 | 2,318.40 |
| 50314 | 2,532.60 |
| 50320 | 1,017,254.32 |
| 50322 | 330.00 |
| 50323 | 165,921.30 |
| 50324 | 210,806.06 |
| 50325 | 8,704.11 |
| 50327 | 2,269.80 |
| 50328 | 6,973.48 |
| 50329 | 7,777.01 |
| 50330 | 6,973.48 |
| 50331 | 97,808.82 |
| 50332 | 48,375.00 |
| 50333 | 56,946.51 |
| 50334 | 297.00 |
| 50336 | 580.50 |
| 50338 | 297.00 |
| 50339 | 594.00 |
| 50340 | 891.00 |
| 50341 | 12,676.59 |
| 50342 | 1,557.00 |
| 50343 | 863.82 |
| 50344 | 675.00 |
| 50345 | 445.50 |
| 50350 | 1,935.00 |
| 50357 | 677.25 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50359 | 378.00 |
| 50361 | 18,648.34 |
| 50364 | 1,518.67 |
| 50374 | 675.00 |
| 50375 | 378.00 |
| 50376 | 491.40 |
| 50380 | 2,305.80 |
| 50381 | 4,819.50 |
| 50382 | 3,060.00 |
| 50385 | 1,802.25 |
| 50409 | 5,461.68 |
| 50410 | 7,282.24 |
| 50411 | 4,421.36 |
| 50412 | 1,118.34 |
| 50413 | 5,201.60 |
| 50414 | 1,040.32 |
| 50415 | 260.08 |
| 50416 | 682,899.86 |
| 50418 | 4,552.71 |
| 50419 | 18,135.47 |
| 50420 | 37,629.79 |
| 50421 | 7,538.62 |
| 50422 | 6,871.91 |
| 50423 | 27,090.45 |
| 50424 | 1,465.70 |
| 50427 | 9,314.81 |
| 50428 | 1,771.20 |
| 50429 | 13,460.20 |
| 50430 | 10,324.94 |
| 50431 | 1,505.20 |
| 50432 | 64,917.05 |
| 50433 | 1,814.40 |
| 50434 | 2,246.40 |
| 50435 | 23,670.23 |
| 50436 | 4,879.58 |
| 50437 | 33,100.57 |
| 50438 | 99,719.69 |
| 50439 | 806.22 |
| 50440 | 7,575.12 |
| 50443 | 2,336.12 |
| 50444 | 2,130.06 |
| 50445 | 7,607.34 |
| 50476 | 125,207.03 |
| 50478 | 6,502.00 |
| 50479 | 13,391.33 |
| 50480 | 2,835.00 |
| 50484 | 30,672.09 |
| 50485 | 19.36 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50486 | 17,347.94 |
| 50487 | 17,233.18 |
| 50488 | 177,145.68 |
| 50489 | 346,425.84 |
| 50490 | 344,509.11 |
| 50491 | 23,725.80 |
| 50492 | 28,265.58 |
| 50493 | 13,577.76 |
| 50494 | 17,544.24 |
| 50495 | 4,960.62 |
| 50496 | 2,183.53 |
| 50497 | 17,090.94 |
| 50498 | 599.15 |
| 50499 | 748.13 |
| 50500 | 1,960.05 |
| 50501 | 5,302.62 |
| 50502 | 2,185.93 |
| 50503 | 125.70 |
| 50504 | 81,343.15 |
| 50505 | 728.68 |
| 50507 | 297,015.98 |
| 50508 | 73,889.72 |
| 50513 | 56.70 |
| 50517 | 3,641.35 |
| 50518 | 2,031.48 |
| 50519 | 303.75 |
| 50520 | 6,129.90 |
| 50521 | 74,208.83 |
| 50522 | 133,398.23 |
| 50523 | 2,151.90 |
| 50524 | 2,689.88 |
| 50525 | 127,546.65 |
| 50527 | 4,584.50 |
| 50528 | 249,120.00 |
| 50534 | 225,241.67 |
| 50546 | 17,373.79 |
| 50547 | 1.49 |
| 50549 | 242.33 |
| 50550 | 1,636.20 |
| 50555 | 135.13 |
| 50558 | 148,071.42 |
| 50570 | 10.96 |
| 50572 | 461.38 |
| 50576 | 263.16 |
| 50577 | 6,396.30 |
| 50578 | 87,007.50 |
| 50580 | 115,669.53 |
| 50581 | 928.80 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50582 | 25,052.88 |
| 50585 | 349,318.04 |
| 50586 | 65,691.00 |
| 50587 | 3,017,287.04 |
| 50588 | 242,100.00 |
| 50589 | 6,987.12 |
| 50590 | 116,100.00 |
| 50591 | 716.85 |
| 50593 | 574.18 |
| 50594 | 2,689.20 |
| 50595 | 777.60 |
| 50596 | 1,154.25 |
| 50597 | 101,617.20 |
| 50598 | 115,428.38 |
| 50599 | 3,377.70 |
| 50600 | 2,365.20 |
| 50601 | 3,330.45 |
| 50602 | 29,483.33 |
| 50603 | 42,509.48 |
| 50605 | 182.06 |
| 50606 | 12,253.95 |
| 50607 | 253.13 |
| 50608 | 1,711.83 |
| 50609 | 8,500.46 |
| 50610 | 157.41 |
| 50611 | 202.50 |
| 50612 | 53.76 |
| 50613 | 220.08 |
| 50615 | 1,582.88 |
| 50616 | 239.38 |
| 50617 | 7,242.64 |
| 50618 | 4,471.88 |
| 50620 | 9,534.38 |
| 50621 | 183,117.62 |
| 50622 | 140,129.33 |
| 50623 | 1,430.44 |
| 50624 | 113,668.21 |
| 50625 | 20,156.77 |
| 50626 | 1,154.42 |
| 50627 | 1,430.44 |
| 50628 | 143,002.53 |
| 50630 | 6,998.08 |
| 50631 | 119,281.88 |
| 50632 | 17,880.00 |
| 50633 | 795.84 |
| 50634 | 971.54 |
| 50635 | 72.23 |
| 50636 | 109.35 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50637 | 46.58 |
| 50638 | 4,566.50 |
| 50639 | 3,114.00 |
| 50640 | 455.63 |
| 50641 | 1,670.63 |
| 50642 | 15,829.36 |
| 50645 | 982.80 |
| 50646 | 2,490.26 |
| 50647 | 513,146.69 |
| 50649 | 10,750.73 |
| 50650 | 32,285.25 |
| 50651 | 318,018.63 |
| 50652 | 29,767.50 |
| 50653 | 715.50 |
| 50654 | 3,272.40 |
| 50655 | 37,665.00 |
| 50656 | 326,313.90 |
| 50657 | 1,611.23 |
| 50658 | 17,415.00 |
| 50659 | 25,785.00 |
| 50660 | 19,440.00 |
| 50661 | 4,387.50 |
| 50662 | 4,252.50 |
| 50663 | 2,932.88 |
| 50664 | 77,730.81 |
| 50665 | 293,422.50 |
| 50666 | 16,267.50 |
| 50667 | 3,676.50 |
| 50668 | 21,388.73 |
| 50669 | 214.65 |
| 50670 | 11,023.43 |
| 50671 | 83,740.15 |
| 50672 | 11,272.50 |
| 50673 | 12,176.33 |
| 50674 | 7,802.33 |
| 50675 | 26,218.35 |
| 50676 | 8,947.80 |
| 50677 | 1,615.28 |
| 50678 | 10,000.80 |
| 50679 | 5,380.43 |
| 50680 | 125,018.48 |
| 50681 | 2,959.63 |
| 50682 | 3,366.09 |
| 50683 | 114,016.66 |
| 50684 | 23,934.37 |
| 50685 | 22,447.53 |
| 50686 | 19,710.00 |
| 50687 | 2,902.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50695 | 178,728.02 |
| 50697 | 6.75 |
| 50709 | 1,123.98 |
| 50722 | 123,994.39 |
| 50749 | 604.80 |
| 50751 | 190.35 |
| 50752 | 1,551.80 |
| 50754 | 2,171.66 |
| 50757 | 9,315.00 |
| 50760 | 1.77 |
| 50772 | 2,171.66 |
| 50773 | 11,416.28 |
| 50774 | 24,336.45 |
| 50775 | 5,108.40 |
| 50776 | 6,826.16 |
| 50786 | 9,045.00 |
| 50787 | 8,178.30 |
| 50790 | 2,563.65 |
| 50792 | 1,065.93 |
| 50793 | 1,366.88 |
| 50796 | 3,931.88 |
| 50797 | 2,683.13 |
| 50798 | 84,280.86 |
| 50799 | 58,498.88 |
| 50800 | 3,167.78 |
| 50801 | 1,547.78 |
| 50802 | 291.60 |
| 50803 | 38,994.28 |
| 50805 | 760.73 |
| 50806 | 13,729.23 |
| 50807 | 12,262.73 |
| 50808 | 130,373.23 |
| 50809 | 49,381.65 |
| 50810 | 758.03 |
| 50811 | 2,753.24 |
| 50812 | 273,862.10 |
| 50813 | 421.88 |
| 50814 | 5,418.07 |
| 50815 | 232,001.28 |
| 50816 | 560.70 |
| 50817 | 1,499.47 |
| 50818 | 938.77 |
| 50821 | 9,296.91 |
| 50822 | 1,330.46 |
| 50828 | 626.67 |
| 50829 | 857.25 |
| 50832 | 11,947.72 |
| 50833 | 1,780.62 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 50834 | 28,906.49 |
| 50835 | 44,212.50 |
| 50836 | 30,533.84 |
| 50837 | 5,262.30 |
| 50838 | 5,753.70 |
| 50839 | 44,212.50 |
| 50840 | 1,678.05 |
| 50841 | 1,324.35 |
| 50842 | 4,164.08 |
| 50843 | 118,675.02 |
| 50844 | 26,760.67 |
| 50845 | 27,337.50 |
| 50847 | 19,588.50 |
| 50848 | 3,784.05 |
| 50849 | 1,989.71 |
| 50850 | 3,927.31 |
| 50971 | 16,538.88 |
| 50972 | 9,223.00 |
| 50974 | 10,299.04 |
| 50975 | 1,046.93 |
| 50976 | 397.66 |
| 50977 | 7,359.31 |
| 50978 | 2,997.76 |
| 50979 | 37,310.30 |
| 50980 | 12,115.79 |
| 50981 | 19,288.30 |
| 50983 | 4,920.75 |
| 50984 | 44.30 |
| 50996 | 250,731.18 |
| 51014 | 288.69 |
| 51015 | 5,240.61 |
| 51018 | 4,564.40 |
| 51019 | 119.64 |
| 51020 | 13,971.50 |
| 51022 | 236.67 |
| 51035 | 25.97 |
| 51046 | 15.48 |
| 51109 | 75.42 |
| 51110 | 91.03 |
| 51111 | 119.64 |
| 51112 | 91.03 |
| 51114 | 132.64 |
| 51116 | 912.88 |
| 51117 | 28.61 |
| 51118 | 150.85 |
| 51119 | 1,882.09 |
| 51122 | 60,850.92 |
| 51124 | 17,802.48 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51125 | 2,795.86 |
| 51127 | 78,403.72 |
| 51128 | 90,239.96 |
| 51129 | 5,537.10 |
| 51158 | 3,442.50 |
| 51175 | 193.50 |
| 51192 | 75.42 |
| 51193 | 88.43 |
| 51200 | 58,866.51 |
| 51201 | 16,528.08 |
| 51202 | 36,468.42 |
| 51203 | 28,900.09 |
| 51204 | 43,274.71 |
| 51205 | 22,027.50 |
| 51206 | 20,136.80 |
| 51246 | 184,371.11 |
| 51247 | 125,185.04 |
| 51249 | 1,548.00 |
| 51254 | 8,637.18 |
| 51258 | 27,651.71 |
| 51262 | 18,910.28 |
| 51266 | 22,640.15 |
| 51277 | 11,137.65 |
| 51283 | 6,930.82 |
| 51284 | 2.75 |
| 51285 | 26.22 |
| 51286 | 212.98 |
| 51287 | 244.00 |
| 51302 | 71.94 |
| 51303 | 69.80 |
| 51317 | 5,178.60 |
| 51318 | 12,083.53 |
| 51319 | 1,935.00 |
| 51320 | 1,799.96 |
| 51321 | 2,902.50 |
| 51333 | 1,935.00 |
| 51337 | 4,957.20 |
| 51341 | 756.00 |
| 51344 | 1,638.00 |
| 51345 | 2,703.60 |
| 51346 | 778.50 |
| 51350 | 19,350.00 |
| 51351 | 19,350.00 |
| 51353 | 338.63 |
| 51355 | 71.63 |
| 51356 | 3,492.00 |
| 51357 | 550.37 |
| 51359 | 96.75 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51363 | 859.50 |
| 51364 | 550.37 |
| 51365 | 6,085.17 |
| 51367 | 387.00 |
| 51368 | 26,431.02 |
| 51370 | 2,016.00 |
| 51373 | 1,557.00 |
| 51377 | 145.13 |
| 51378 | 675.00 |
| 51380 | 311.40 |
| 51381 | 18,291.60 |
| 51382 | 885.02 |
| 51385 | 8,874.90 |
| 51389 | 11,987.78 |
| 51390 | 12,002.40 |
| 51391 | 1,548.00 |
| 51393 | 5,670.00 |
| 51394 | 3,937.50 |
| 51395 | 114,997.50 |
| 51396 | 137,272.50 |
| 51398 | 70.88 |
| 51399 | 387.00 |
| 51401 | 13,400.91 |
| 51403 | 1,350.00 |
| 51405 | 12,577.50 |
| 51407 | 638.01 |
| 51408 | 967.50 |
| 51411 | 3,820.50 |
| 51415 | 3,250.66 |
| 51416 | 997.25 |
| 51417 | 1,784.63 |
| 51418 | 801.00 |
| 51419 | 600.75 |
| 51420 | 13,250.25 |
| 51421 | 1,021.28 |
| 51423 | 1,201.50 |
| 51424 | 1,775.09 |
| 51425 | 2,520.00 |
| 51428 | 16,389.54 |
| 51431 | 3,870.00 |
| 51433 | 1,602.00 |
| 51434 | 1,064.25 |
| 51440 | 16.34 |
| 51441 | 21.68 |
| 51442 | 59.70 |
| 51445 | 387.00 |
| 51446 | 1,935.00 |
| 51447 | 116.78 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51448 | 297.00 |
| 51449 | 43.09 |
| 51450 | 148.50 |
| 51451 | 594.00 |
| 51452 | 89.96 |
| 51453 | 226.80 |
| 51454 | 89.10 |
| 51455 | 12.85 |
| 51456 | 201.85 |
| 51457 | 83.92 |
| 51458 | 28.65 |
| 51459 | 31.45 |
| 51460 | 293.14 |
| 51461 | 38.56 |
| 51462 | 117.32 |
| 51464 | 594.00 |
| 51465 | 102.82 |
| 51466 | 337.50 |
| 51467 | 297.00 |
| 51469 | 24.95 |
| 51470 | 1,161.00 |
| 51471 | 6.05 |
| 51472 | 0.76 |
| 51473 | 37.04 |
| 51474 | 59.72 |
| 51475 | 6.80 |
| 51476 | 57.46 |
| 51477 | 199.58 |
| 51478 | 218.48 |
| 51479 | 114.16 |
| 51480 | 123.98 |
| 51481 | 154.98 |
| 51482 | 58.21 |
| 51484 | 131.54 |
| 51485 | 20.41 |
| 51487 | 387.00 |
| 51488 | 28,478.70 |
| 51489 | 96,750.00 |
| 51492 | 967.50 |
| 51499 | 18,496.80 |
| 51500 | 22,479.30 |
| 51503 | 967.50 |
| 51504 | 5,670.00 |
| 51517 | 6,269.85 |
| 51565 | 369.59 |
| 51566 | 1,556.10 |
| 51567 | 120.15 |
| 51569 | 4,167.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51575 | 630.00 |
| 51578 | 18,261.00 |
| 51579 | 6,939.00 |
| 51580 | 2,932.74 |
| 51581 | 2,322.00 |
| 51582 | 4,361.22 |
| 51583 | 6,867.00 |
| 51584 | 1,012.05 |
| 51585 | 9,811.36 |
| 51586 | 1,890.00 |
| 51589 | 1,868.40 |
| 51590 | 387.00 |
| 51591 | 967.50 |
| 51592 | 967.50 |
| 51593 | 8,514.00 |
| 51594 | 5,805.00 |
| 51595 | 580.50 |
| 51597 | 2,999.25 |
| 51598 | 1,757.52 |
| 51600 | 1,935.00 |
| 51602 | 1,935.00 |
| 51603 | 1,890.00 |
| 51604 | 9,138.42 |
| 51605 | 5,752.37 |
| 51606 | 16,262.45 |
| 51607 | 14,266.80 |
| 51608 | 14,662.35 |
| 51610 | 250.02 |
| 51612 | 1,935.00 |
| 51614 | 24,187.50 |
| 51615 | 12,577.50 |
| 51616 | 5,940.00 |
| 51617 | 37,732.50 |
| 51618 | 1,347.98 |
| 51619 | 736.70 |
| 51620 | 12,964.50 |
| 51621 | 290.25 |
| 51622 | 10,642.50 |
| 51623 | 60,952.50 |
| 51628 | 3,892.50 |
| 51630 | 17,076.56 |
| 51631 | 106.43 |
| 51634 | 2,403.00 |
| 51635 | 3,870.00 |
| 51638 | 200.25 |
| 51639 | 8,613.00 |
| 51640 | 5,262.30 |
| 51641 | 47,006.54 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51642 | 9,989.93 |
| 51643 | 6,324.75 |
| 51644 | 774.00 |
| 51645 | 290.25 |
| 51646 | 5,500.80 |
| 51647 | 8,707.50 |
| 51648 | 3,870.00 |
| 51649 | 967.50 |
| 51650 | 3,870.00 |
| 51651 | 7,304.94 |
| 51652 | 378.00 |
| 51653 | 9,576.82 |
| 51654 | 2,902.50 |
| 51655 | 5,805.00 |
| 51656 | 13,160.52 |
| 51657 | 3,241.13 |
| 51658 | 6,405.61 |
| 51659 | 5,413.50 |
| 51660 | 4,668.53 |
| 51661 | 3,350.16 |
| 51662 | 2,902.50 |
| 51663 | 596.75 |
| 51664 | 11,025.00 |
| 51665 | 1,080.00 |
| 51668 | 187.65 |
| 51669 | 946.35 |
| 51670 | 580.50 |
| 51671 | 1,935.00 |
| 51673 | 1,935.00 |
| 51676 | 9,094.50 |
| 51682 | 5,805.00 |
| 51683 | 387.00 |
| 51686 | 52,380.00 |
| 51687 | 1,012.50 |
| 51688 | 1,350.00 |
| 51689 | 1,012.50 |
| 51693 | 1,012.50 |
| 51694 | 1,012.50 |
| 51695 | 449.55 |
| 51696 | 2,571.53 |
| 51697 | 1,012.50 |
| 51698 | 741.11 |
| 51699 | 1,687.50 |
| 51700 | 675.00 |
| 51701 | 1,687.50 |
| 51702 | 1,687.50 |
| 51703 | 1,687.50 |
| 51705 | 1,326.02 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51706 | 3,370.77 |
| 51708 | 3,870.00 |
| 51715 | 3.38 |
| 51716 | 75.60 |
| 51717 | 22,185.00 |
| 51719 | 580.50 |
| 51720 | 12,410.35 |
| 51730 | 603.81 |
| 51731 | 2,834.78 |
| 51742 | 597.92 |
| 51743 | 1,103.16 |
| 51745 | 348.30 |
| 51748 | 1,935.00 |
| 51749 | 56.12 |
| 51750 | 145.13 |
| 51751 | 73.53 |
| 51752 | 56.12 |
| 51753 | 241.88 |
| 51754 | 387.00 |
| 51755 | 58.05 |
| 51756 | 135.45 |
| 51757 | 125.78 |
| 51758 | 222.53 |
| 51759 | 96.75 |
| 51760 | 387.00 |
| 51761 | 387.00 |
| 51762 | 514.71 |
| 51763 | 3.87 |
| 51764 | 445.05 |
| 51765 | 677.25 |
| 51766 | 483.75 |
| 51767 | 290.25 |
| 51768 | 135.45 |
| 51769 | 127.71 |
| 51770 | 27.09 |
| 51771 | 387.00 |
| 51772 | 22.28 |
| 51775 | 1,602.00 |
| 51776 | 8,060.57 |
| 51784 | 6,928.50 |
| 51785 | 2,820.15 |
| 51787 | 2,136.46 |
| 51788 | 20,012.31 |
| 51793 | 578.49 |
| 51794 | 20,029.42 |
| 51795 | 36.45 |
| 51801 | 119.69 |
| 51803 | 395,857.16 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---------|------------------|
| 51805 | 1,235,704.34 |
| 51811 | 66,968.31 |
| 51813 | 207,536.05 |
| 51820 | 82,324.45 |
| 51826 | 45,883.10 |
| 51827 | 150,981.98 |
| 51830 | 197,265.47 |
| 51831 | 52,792.31 |
| 51832 | 53,548.45 |
| 51833 | 21,705.50 |
| 51834 | 98,523.00 |
| 51835 | 57,142.54 |
| 51836 | 7,950.73 |
| 51837 | 9,719.33 |
| 51838 | 949.73 |
| 51839 | 628.79 |
| 51840 | 260.33 |
| 51841 | 632.79 |
| 51842 | 4,453.60 |
| 51843 | 1,495.99 |
| 51845 | 17,469.81 |
| 51846 | 422.93 |
| 51847 | 30,937.02 |
| 51849 | 103.36 |
| 51850 | 273.11 |
| 51855 | 599.95 |
| 51862 | 54,929.66 |
| 51865 | 414.34 |
| 51869 | 3,026.70 |
| 51876 | 994.14 |
| 51877 | 1,048.28 |
| 51878 | 1,127.25 |
| 51879 | 193.05 |
| 51881 | 1,880.38 |
| 51882 | 120,469.32 |
| 51883 | 43,110.23 |
| 51884 | 20,681.33 |
| 51885 | 105,944.63 |
| 51886 | 13,303.28 |
| 51887 | 10,943.10 |
| 51889 | 304,029.14 |
| 51891 | 152,901.68 |
| 51892 | 37,705.50 |
| 51893 | 927,547.07 |
| 51895 | 9,782.10 |
| 51897 | 1,005.35 |
| 51898 | 11,888.78 |
| 51899 | 6,995.03 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 51900 | 115,965.72 |
| 51901 | 364,950.72 |
| 51902 | 31,439.48 |
| 51903 | 362,654.55 |
| 51904 | 292,167.68 |
| 51905 | 1,634,559.37 |
| 51906 | 66,010.90 |
| 51913 | 12,688.76 |
| 51914 | 11,499.98 |
| 51916 | 23,118.48 |
| 51935 | 1,881.00 |
| 51953 | 557,458.07 |
| 51956 | 445,447.39 |
| 51957 | 104,764.64 |
| 51958 | 8,654.47 |
| 51960 | 13,707.06 |
| 51962 | 60,650.66 |
| 51963 | 37,717.89 |
| 51964 | 32,380.65 |
| 51965 | 183.60 |
| 51968 | 14,168.67 |
| 51974 | 22,881.37 |
| 51975 | 30,656.48 |
| 51977 | 967.50 |
| 51985 | 2,322.00 |
| 51986 | 1,806.12 |
| 51987 | 3,261.15 |
| 51995 | 2,688.08 |
| 52014 | 14,060.14 |
| 52029 | 25.95 |
| 52032 | 4,195.11 |
| 52034 | 65.79 |
| 52044 | 193.50 |
| 52056 | 4,177.57 |
| 52058 | 1,577.70 |
| 52065 | 2,515.50 |
| 52088 | 1,772.93 |
| 52089 | 62,351.45 |
| 52103 | 1,548.00 |
| 52123 | 32,175.00 |
| 52126 | 1,487.38 |
| 52135 | 387.00 |
| 52144 | 226.80 |
| 52147 | 726.07 |
| 52155 | 59,658.57 |
| 52159 | 2,942.07 |
| 52160 | 1,701.00 |
| 52166 | 3,870.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 52169 | 1,628.06 |
| 52170 | 778.50 |
| 52172 | 3,204.00 |
| 52177 | 853.20 |
| 52178 | 967.50 |
| 52180 | 8,676.00 |
| 52183 | 2,346.30 |
| 52184 | 343.80 |
| 52186 | 8,027.82 |
| 52188 | 2,197.80 |
| 52189 | 3,870.00 |
| 52191 | 1,935.00 |
| 52193 | 9,675.00 |
| 52195 | 405.00 |
| 52196 | 1,890.00 |
| 52206 | 4,230.00 |
| 52208 | 39,363.30 |
| 52211 | 7,694.82 |
| 52216 | 4,102.20 |
| 52225 | 5,418.00 |
| 52227 | 338.38 |
| 52232 | 232.20 |
| 52234 | 1,156.50 |
| 52245 | 3,708.00 |
| 52254 | 160.20 |
| 52264 | 5,759.82 |
| 52265 | 9,349.88 |
| 52266 | 1,765.94 |
| 52267 | 14,892.18 |
| 52272 | 148,318.33 |
| 52273 | 79,436.38 |
| 52274 | 2,003,547.61 |
| 52275 | 3,788.69 |
| 52276 | 1,102,226.59 |
| 52282 | 6,347.97 |
| 52283 | 60,281.15 |
| 52284 | 243,170.06 |
| 52287 | 1,924.59 |
| 52288 | 3,277.01 |
| 52290 | 312,210.44 |
| 52293 | 18,061.20 |
| 52294 | 28,891.46 |
| 52295 | 741,228.00 |
| 52296 | 148,245.60 |
| 52298 | 2,560.56 |
| 52299 | 398,970.46 |
| 52301 | 25,561.51 |
| 52305 | 29,835.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 52306 | 9,760.14 |
| 52311 | 9,229.12 |
| 52312 | 25,402.91 |
| 52313 | 28,320.16 |
| 52314 | 96,168.86 |
| 52315 | 20,697.84 |
| 52316 | 12,400.61 |
| 52317 | 322.50 |
| 52318 | 13,284.89 |
| 52321 | 305.26 |
| 52322 | 43,785.01 |
| 52323 | 131,033.51 |
| 52325 | 2,160.00 |
| 52326 | 935.55 |
| 52327 | 35,604.00 |
| 52328 | 6,867.63 |
| 52331 | 9,045.00 |
| 52332 | 3,780.00 |
| 52333 | 3,377.82 |
| 52334 | 1,831.09 |
| 52335 | 1,533.92 |
| 52336 | 1,553.14 |
| 52337 | 808.21 |
| 52338 | 10,077.38 |
| 52339 | 667.23 |
| 52340 | 5,267.38 |
| 52341 | 540.68 |
| 52342 | 1,515.49 |
| 52344 | 3,091.06 |
| 52345 | 2,083.40 |
| 52346 | 981.23 |
| 52347 | 744.13 |
| 52348 | 1,375.32 |
| 52349 | 2,749.83 |
| 52350 | 2,260.42 |
| 52351 | 29,227.50 |
| 52354 | 21,783.33 |
| 52355 | 26,291.25 |
| 52356 | 59,896.13 |
| 52358 | 3,861.30 |
| 52359 | 157,416.62 |
| 52360 | 88,200.44 |
| 52361 | 16,493.76 |
| 52362 | 25,051.71 |
| 52363 | 2,824.88 |
| 52364 | 258,041.56 |
| 52366 | 1,963,736.96 |
| 52367 | 4,146,178.43 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Claim |
|---|---|
| 52368 | 39,087.42 |
| 52369 | 217,335.33 |
| 52370 | 39,631.40 |
| 52372 | 5,081.83 |
| 52373 | 2,797.96 |
| 52375 | 7,120.21 |
| 52376 | 2,368.41 |
| 52377 | 31,473.69 |
| 52379 | 273,272.80 |
| 52380 | 715,615.98 |
| 52381 | 92,648.66 |
| 52382 | 254,861.38 |
| 52383 | 59,448.82 |
| 52385 | 356,705.78 |
| 52386 | 3,015.90 |
| 52387 | 1,294.52 |
| 52388 | 605.66 |
| 52389 | 11,564.87 |
| 52390 | 10,170.50 |
| 52391 | 340.47 |
| 52392 | 706.51 |
| 52393 | 687.96 |
| 52394 | 1,176.34 |
| 52395 | 886.79 |
| 52396 | 793.80 |
| **Total** | **1945 $  57,472,903.78** |