**LATE, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-2**

| Claim # | Recognized Claim |
|---|---|
| 422 | 72,942.26 |
| 429 | 7,738.42 |
| 433 | 17,228.43 |
| 1269 | 4,003.88 |
| 1270 | 40,378.95 |
| 1271 | 22,456.08 |
| 1308 | 10,932.75 |
| 1320 | 66,564.20 |
| 1326 | 1,935.00 |
| 1329 | 228.33 |
| 1330 | 1,038.37 |
| 1331 | 2,244.15 |
| 1332 | 17,107.20 |
| 1333 | 44,534.47 |
| 1334 | 1,935.00 |
| 1336 | 29,439.47 |
| 1337 | 21,679.29 |
| 1338 | 1,935.00 |
| 1340 | 43,280.91 |
| 1341 | 32,718.60 |
| 1347 | 933.49 |
| 1352 | 1,859.76 |
| 1353 | 355,086.00 |
| 1366 | 5,143.85 |
| **Total 24** | **$ 803,343.86** |