**EXHIBIT C**

Pareteum Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

CONTROL#:    12                                    **May 23, 2023**

AcctNum:

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Please provide proof of your balance of Pareteum Corporation common stock at the close of trading on January 17, 2020. | 26000 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within fourteen (14) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Pareteum Corporation ("Pareteum") common stock between December 14, 2017 and January 17,2020, inclusive; (2) proof of holdings of Pareteum common stock at the close of trading on December 13, 2017; (3) proof of holdings of Pareteum common stock at the close of trading on January 17, 2020; (4) proof of purchases and acquisitions of Pareteum common stock pursuant to its acquisition of iPass, Inc. all-stock tender offer on or about February 12, 2019; and (5) proof of purchases and acquisitions of Pareteum common stock pursuant to its Secondary Offering on or about September 20, 2019.