**INADEQUATELY DOCUMENTED CLAIMS**

**EXHIBIT D**

| Claim # | Reason for Rejection |
|---|---|
| 12 | INADEQUATELY DOCUMENTED CLAIMS |
| 27 | INADEQUATELY DOCUMENTED CLAIMS |
| 36 | INADEQUATELY DOCUMENTED CLAIMS |
| 47 | INADEQUATELY DOCUMENTED CLAIMS |
| 58 | INADEQUATELY DOCUMENTED CLAIMS |
| 73 | INADEQUATELY DOCUMENTED CLAIMS |
| 107 | INADEQUATELY DOCUMENTED CLAIMS |
| 174 | INADEQUATELY DOCUMENTED CLAIMS |
| 176 | INADEQUATELY DOCUMENTED CLAIMS |
| 202 | INADEQUATELY DOCUMENTED CLAIMS |
| 210 | INADEQUATELY DOCUMENTED CLAIMS |
| 211 | INADEQUATELY DOCUMENTED CLAIMS |
| 233 | INADEQUATELY DOCUMENTED CLAIMS |
| 234 | INADEQUATELY DOCUMENTED CLAIMS |
| 235 | INADEQUATELY DOCUMENTED CLAIMS |
| 236 | INADEQUATELY DOCUMENTED CLAIMS |
| 250 | INADEQUATELY DOCUMENTED CLAIMS |
| 251 | INADEQUATELY DOCUMENTED CLAIMS |
| 261 | INADEQUATELY DOCUMENTED CLAIMS |
| 270 | INADEQUATELY DOCUMENTED CLAIMS |
| 287 | INADEQUATELY DOCUMENTED CLAIMS |
| 323 | INADEQUATELY DOCUMENTED CLAIMS |
| 324 | INADEQUATELY DOCUMENTED CLAIMS |
| 336 | INADEQUATELY DOCUMENTED CLAIMS |
| 349 | INADEQUATELY DOCUMENTED CLAIMS |
| 369 | INADEQUATELY DOCUMENTED CLAIMS |
| 390 | INADEQUATELY DOCUMENTED CLAIMS |
| 394 | INADEQUATELY DOCUMENTED CLAIMS |
| 405 | INADEQUATELY DOCUMENTED CLAIMS |
| 416 | INADEQUATELY DOCUMENTED CLAIMS |
| 421 | INADEQUATELY DOCUMENTED CLAIMS |
| 426 | INADEQUATELY DOCUMENTED CLAIMS |
| 434 | INADEQUATELY DOCUMENTED CLAIMS |
| 453 | INADEQUATELY DOCUMENTED CLAIMS |
| 479 | INADEQUATELY DOCUMENTED CLAIMS |
| 487 | INADEQUATELY DOCUMENTED CLAIMS |
| 492 | INADEQUATELY DOCUMENTED CLAIMS |
| 498 | INADEQUATELY DOCUMENTED CLAIMS |
| 509 | INADEQUATELY DOCUMENTED CLAIMS |
| 512 | INADEQUATELY DOCUMENTED CLAIMS |
| 532 | INADEQUATELY DOCUMENTED CLAIMS |
| 536 | INADEQUATELY DOCUMENTED CLAIMS |
| 540 | INADEQUATELY DOCUMENTED CLAIMS |
| 586 | INADEQUATELY DOCUMENTED CLAIMS |
| 592 | INADEQUATELY DOCUMENTED CLAIMS |
| 594 | INADEQUATELY DOCUMENTED CLAIMS |
| 601 | INADEQUATELY DOCUMENTED CLAIMS |

**INADEQUATELY DOCUMENTED CLAIMS**                                        **EXHIBIT D**

| Claim # | Reason for Rejection |
|---|---|
| 602 | INADEQUATELY DOCUMENTED CLAIMS |
| 625 | INADEQUATELY DOCUMENTED CLAIMS |
| 651 | INADEQUATELY DOCUMENTED CLAIMS |
| 654 | INADEQUATELY DOCUMENTED CLAIMS |
| 682 | INADEQUATELY DOCUMENTED CLAIMS |
| 704 | INADEQUATELY DOCUMENTED CLAIMS |
| 722 | INADEQUATELY DOCUMENTED CLAIMS |
| 740 | INADEQUATELY DOCUMENTED CLAIMS |
| 743 | INADEQUATELY DOCUMENTED CLAIMS |
| 746 | INADEQUATELY DOCUMENTED CLAIMS |
| 773 | INADEQUATELY DOCUMENTED CLAIMS |
| 775 | INADEQUATELY DOCUMENTED CLAIMS |
| 784 | INADEQUATELY DOCUMENTED CLAIMS |
| 789 | INADEQUATELY DOCUMENTED CLAIMS |
| 797 | INADEQUATELY DOCUMENTED CLAIMS |
| 799 | INADEQUATELY DOCUMENTED CLAIMS |
| 800 | INADEQUATELY DOCUMENTED CLAIMS |
| 805 | INADEQUATELY DOCUMENTED CLAIMS |
| 812 | INADEQUATELY DOCUMENTED CLAIMS |
| 840 | INADEQUATELY DOCUMENTED CLAIMS |
| 863 | INADEQUATELY DOCUMENTED CLAIMS |
| 891 | INADEQUATELY DOCUMENTED CLAIMS |
| 916 | INADEQUATELY DOCUMENTED CLAIMS |
| 921 | INADEQUATELY DOCUMENTED CLAIMS |
| 929 | INADEQUATELY DOCUMENTED CLAIMS |
| 934 | INADEQUATELY DOCUMENTED CLAIMS |
| 938 | INADEQUATELY DOCUMENTED CLAIMS |
| 939 | INADEQUATELY DOCUMENTED CLAIMS |
| 941 | INADEQUATELY DOCUMENTED CLAIMS |
| 942 | INADEQUATELY DOCUMENTED CLAIMS |
| 945 | INADEQUATELY DOCUMENTED CLAIMS |
| 958 | INADEQUATELY DOCUMENTED CLAIMS |
| 960 | INADEQUATELY DOCUMENTED CLAIMS |
| 962 | INADEQUATELY DOCUMENTED CLAIMS |
| 965 | INADEQUATELY DOCUMENTED CLAIMS |
| 968 | INADEQUATELY DOCUMENTED CLAIMS |
| 971 | INADEQUATELY DOCUMENTED CLAIMS |
| 972 | INADEQUATELY DOCUMENTED CLAIMS |
| 986 | INADEQUATELY DOCUMENTED CLAIMS |
| 991 | INADEQUATELY DOCUMENTED CLAIMS |
| 999 | INADEQUATELY DOCUMENTED CLAIMS |
| 1007 | INADEQUATELY DOCUMENTED CLAIMS |
| 1009 | INADEQUATELY DOCUMENTED CLAIMS |
| 1026 | INADEQUATELY DOCUMENTED CLAIMS |
| 1040 | INADEQUATELY DOCUMENTED CLAIMS |
| 1042 | INADEQUATELY DOCUMENTED CLAIMS |
| 1052 | INADEQUATELY DOCUMENTED CLAIMS |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Reason for Rejection |
|---|---|
| 1053 | INADEQUATELY DOCUMENTED CLAIMS |
| 1091 | INADEQUATELY DOCUMENTED CLAIMS |
| 1100 | INADEQUATELY DOCUMENTED CLAIMS |
| 1105 | INADEQUATELY DOCUMENTED CLAIMS |
| 1106 | INADEQUATELY DOCUMENTED CLAIMS |
| 1110 | INADEQUATELY DOCUMENTED CLAIMS |
| 1111 | INADEQUATELY DOCUMENTED CLAIMS |
| 1116 | INADEQUATELY DOCUMENTED CLAIMS |
| 1127 | INADEQUATELY DOCUMENTED CLAIMS |
| 1148 | INADEQUATELY DOCUMENTED CLAIMS |
| 1165 | INADEQUATELY DOCUMENTED CLAIMS |
| 1174 | INADEQUATELY DOCUMENTED CLAIMS |
| 1227 | INADEQUATELY DOCUMENTED CLAIMS |
| 1262 | INADEQUATELY DOCUMENTED CLAIMS |
| 1263 | INADEQUATELY DOCUMENTED CLAIMS |
| 1264 | INADEQUATELY DOCUMENTED CLAIMS |
| 1268 | INADEQUATELY DOCUMENTED CLAIMS |
| 1274 | INADEQUATELY DOCUMENTED CLAIMS |
| 1279 | INADEQUATELY DOCUMENTED CLAIMS |
| 1293 | INADEQUATELY DOCUMENTED CLAIMS |
| 1309 | INADEQUATELY DOCUMENTED CLAIMS |
| 1310 | INADEQUATELY DOCUMENTED CLAIMS |
| 1311 | INADEQUATELY DOCUMENTED CLAIMS |
| 1313 | INADEQUATELY DOCUMENTED CLAIMS |
| 1328 | INADEQUATELY DOCUMENTED CLAIMS |
| 1335 | INADEQUATELY DOCUMENTED CLAIMS |
| 1342 | INADEQUATELY DOCUMENTED CLAIMS |
| 1348 | INADEQUATELY DOCUMENTED CLAIMS |
| 1350 | INADEQUATELY DOCUMENTED CLAIMS |
| 1354 | INADEQUATELY DOCUMENTED CLAIMS |
| 1357 | INADEQUATELY DOCUMENTED CLAIMS |
| 50753 | INADEQUATELY DOCUMENTED CLAIMS |
| 50851 | INADEQUATELY DOCUMENTED CLAIMS |
| 50852 | INADEQUATELY DOCUMENTED CLAIMS |
| 50853 | INADEQUATELY DOCUMENTED CLAIMS |
| 50854 | INADEQUATELY DOCUMENTED CLAIMS |
| 50855 | INADEQUATELY DOCUMENTED CLAIMS |
| 50856 | INADEQUATELY DOCUMENTED CLAIMS |
| 50857 | INADEQUATELY DOCUMENTED CLAIMS |
| 50858 | INADEQUATELY DOCUMENTED CLAIMS |
| 50859 | INADEQUATELY DOCUMENTED CLAIMS |
| 50860 | INADEQUATELY DOCUMENTED CLAIMS |
| 50861 | INADEQUATELY DOCUMENTED CLAIMS |
| 50862 | INADEQUATELY DOCUMENTED CLAIMS |
| 50863 | INADEQUATELY DOCUMENTED CLAIMS |
| 50864 | INADEQUATELY DOCUMENTED CLAIMS |
| 50865 | INADEQUATELY DOCUMENTED CLAIMS |

**INADEQUATELY DOCUMENTED CLAIMS**                                **EXHIBIT D**

**Claim #**          **Reason for Rejection**
50866  INADEQUATELY DOCUMENTED CLAIMS
50867  INADEQUATELY DOCUMENTED CLAIMS
50868  INADEQUATELY DOCUMENTED CLAIMS
50869  INADEQUATELY DOCUMENTED CLAIMS
50870  INADEQUATELY DOCUMENTED CLAIMS
50871  INADEQUATELY DOCUMENTED CLAIMS
50872  INADEQUATELY DOCUMENTED CLAIMS
50873  INADEQUATELY DOCUMENTED CLAIMS
50874  INADEQUATELY DOCUMENTED CLAIMS
50875  INADEQUATELY DOCUMENTED CLAIMS
50876  INADEQUATELY DOCUMENTED CLAIMS
50877  INADEQUATELY DOCUMENTED CLAIMS
50878  INADEQUATELY DOCUMENTED CLAIMS
50879  INADEQUATELY DOCUMENTED CLAIMS
50880  INADEQUATELY DOCUMENTED CLAIMS
50881  INADEQUATELY DOCUMENTED CLAIMS
50882  INADEQUATELY DOCUMENTED CLAIMS
50883  INADEQUATELY DOCUMENTED CLAIMS
50884  INADEQUATELY DOCUMENTED CLAIMS
50885  INADEQUATELY DOCUMENTED CLAIMS
50886  INADEQUATELY DOCUMENTED CLAIMS
50887  INADEQUATELY DOCUMENTED CLAIMS
50888  INADEQUATELY DOCUMENTED CLAIMS
50889  INADEQUATELY DOCUMENTED CLAIMS
50890  INADEQUATELY DOCUMENTED CLAIMS
50891  INADEQUATELY DOCUMENTED CLAIMS
50892  INADEQUATELY DOCUMENTED CLAIMS
50893  INADEQUATELY DOCUMENTED CLAIMS
50894  INADEQUATELY DOCUMENTED CLAIMS
50895  INADEQUATELY DOCUMENTED CLAIMS
50896  INADEQUATELY DOCUMENTED CLAIMS
50897  INADEQUATELY DOCUMENTED CLAIMS
50898  INADEQUATELY DOCUMENTED CLAIMS
50899  INADEQUATELY DOCUMENTED CLAIMS
50900  INADEQUATELY DOCUMENTED CLAIMS
50901  INADEQUATELY DOCUMENTED CLAIMS
50902  INADEQUATELY DOCUMENTED CLAIMS
50903  INADEQUATELY DOCUMENTED CLAIMS
50904  INADEQUATELY DOCUMENTED CLAIMS
50905  INADEQUATELY DOCUMENTED CLAIMS
50906  INADEQUATELY DOCUMENTED CLAIMS
50907  INADEQUATELY DOCUMENTED CLAIMS
50908  INADEQUATELY DOCUMENTED CLAIMS
50909  INADEQUATELY DOCUMENTED CLAIMS
50910  INADEQUATELY DOCUMENTED CLAIMS
50911  INADEQUATELY DOCUMENTED CLAIMS
50912  INADEQUATELY DOCUMENTED CLAIMS

**INADEQUATELY DOCUMENTED CLAIMS**                    **EXHIBIT D**

| Claim # | Reason for Rejection |
|---|---|
| 50913 | INADEQUATELY DOCUMENTED CLAIMS |
| 50914 | INADEQUATELY DOCUMENTED CLAIMS |
| 50915 | INADEQUATELY DOCUMENTED CLAIMS |
| 50916 | INADEQUATELY DOCUMENTED CLAIMS |
| 50917 | INADEQUATELY DOCUMENTED CLAIMS |
| 50918 | INADEQUATELY DOCUMENTED CLAIMS |
| 50919 | INADEQUATELY DOCUMENTED CLAIMS |
| 50920 | INADEQUATELY DOCUMENTED CLAIMS |
| 50921 | INADEQUATELY DOCUMENTED CLAIMS |
| 50922 | INADEQUATELY DOCUMENTED CLAIMS |
| 50923 | INADEQUATELY DOCUMENTED CLAIMS |
| 50924 | INADEQUATELY DOCUMENTED CLAIMS |
| 50925 | INADEQUATELY DOCUMENTED CLAIMS |
| 50926 | INADEQUATELY DOCUMENTED CLAIMS |
| 50927 | INADEQUATELY DOCUMENTED CLAIMS |
| 50928 | INADEQUATELY DOCUMENTED CLAIMS |
| 50929 | INADEQUATELY DOCUMENTED CLAIMS |
| 50930 | INADEQUATELY DOCUMENTED CLAIMS |
| 50931 | INADEQUATELY DOCUMENTED CLAIMS |
| 50932 | INADEQUATELY DOCUMENTED CLAIMS |
| 50933 | INADEQUATELY DOCUMENTED CLAIMS |
| 50934 | INADEQUATELY DOCUMENTED CLAIMS |
| 50935 | INADEQUATELY DOCUMENTED CLAIMS |
| 50936 | INADEQUATELY DOCUMENTED CLAIMS |
| 50937 | INADEQUATELY DOCUMENTED CLAIMS |
| 50938 | INADEQUATELY DOCUMENTED CLAIMS |
| 50939 | INADEQUATELY DOCUMENTED CLAIMS |
| 50940 | INADEQUATELY DOCUMENTED CLAIMS |
| 50941 | INADEQUATELY DOCUMENTED CLAIMS |
| 50942 | INADEQUATELY DOCUMENTED CLAIMS |
| 50943 | INADEQUATELY DOCUMENTED CLAIMS |
| 50944 | INADEQUATELY DOCUMENTED CLAIMS |
| 50945 | INADEQUATELY DOCUMENTED CLAIMS |
| 50946 | INADEQUATELY DOCUMENTED CLAIMS |
| 50947 | INADEQUATELY DOCUMENTED CLAIMS |
| 50948 | INADEQUATELY DOCUMENTED CLAIMS |
| 50949 | INADEQUATELY DOCUMENTED CLAIMS |
| 50950 | INADEQUATELY DOCUMENTED CLAIMS |
| 50951 | INADEQUATELY DOCUMENTED CLAIMS |
| 50952 | INADEQUATELY DOCUMENTED CLAIMS |
| 50953 | INADEQUATELY DOCUMENTED CLAIMS |
| 50954 | INADEQUATELY DOCUMENTED CLAIMS |
| 50955 | INADEQUATELY DOCUMENTED CLAIMS |
| 50956 | INADEQUATELY DOCUMENTED CLAIMS |
| 50957 | INADEQUATELY DOCUMENTED CLAIMS |
| 50958 | INADEQUATELY DOCUMENTED CLAIMS |
| 50959 | INADEQUATELY DOCUMENTED CLAIMS |

**INADEQUATELY DOCUMENTED CLAIMS**                    **EXHIBIT D**

| Claim # | Reason for Rejection |
|---|---|
| 50960 | INADEQUATELY DOCUMENTED CLAIMS |
| 50961 | INADEQUATELY DOCUMENTED CLAIMS |
| 50962 | INADEQUATELY DOCUMENTED CLAIMS |
| 50963 | INADEQUATELY DOCUMENTED CLAIMS |
| 50964 | INADEQUATELY DOCUMENTED CLAIMS |
| 50965 | INADEQUATELY DOCUMENTED CLAIMS |
| 50966 | INADEQUATELY DOCUMENTED CLAIMS |
| 50967 | INADEQUATELY DOCUMENTED CLAIMS |
| 50968 | INADEQUATELY DOCUMENTED CLAIMS |
| 50969 | INADEQUATELY DOCUMENTED CLAIMS |
| 50970 | INADEQUATELY DOCUMENTED CLAIMS |
| 50995 | INADEQUATELY DOCUMENTED CLAIMS |
| 50997 | INADEQUATELY DOCUMENTED CLAIMS |
| 50998 | INADEQUATELY DOCUMENTED CLAIMS |
| 50999 | INADEQUATELY DOCUMENTED CLAIMS |
| 51000 | INADEQUATELY DOCUMENTED CLAIMS |
| 51001 | INADEQUATELY DOCUMENTED CLAIMS |
| 51002 | INADEQUATELY DOCUMENTED CLAIMS |
| 51003 | INADEQUATELY DOCUMENTED CLAIMS |
| 51004 | INADEQUATELY DOCUMENTED CLAIMS |
| 51005 | INADEQUATELY DOCUMENTED CLAIMS |
| 51006 | INADEQUATELY DOCUMENTED CLAIMS |
| 51007 | INADEQUATELY DOCUMENTED CLAIMS |
| 51008 | INADEQUATELY DOCUMENTED CLAIMS |
| 51009 | INADEQUATELY DOCUMENTED CLAIMS |
| 51010 | INADEQUATELY DOCUMENTED CLAIMS |
| 51011 | INADEQUATELY DOCUMENTED CLAIMS |
| 51012 | INADEQUATELY DOCUMENTED CLAIMS |
| 51144 | INADEQUATELY DOCUMENTED CLAIMS |
| 51145 | INADEQUATELY DOCUMENTED CLAIMS |
| 51279 | INADEQUATELY DOCUMENTED CLAIMS |
| 51311 | INADEQUATELY DOCUMENTED CLAIMS |
| 51312 | INADEQUATELY DOCUMENTED CLAIMS |
| 51313 | INADEQUATELY DOCUMENTED CLAIMS |
| 51314 | INADEQUATELY DOCUMENTED CLAIMS |
| 52378 | INADEQUATELY DOCUMENTED CLAIMS |

**Total**                                              **271**