**EXHIBIT F**

Pareteum Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:   1

**June 19, 2023**

ACCOUNT#:

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| For any shares of Pareteum Corporation ("Pareteum") common stock purchased and sold in the same period, listed in Table 1 of the Plan of Allocation, the recognized claim is $0.00. The inflation was the same on the date of the purchase and sale. | 8500 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than fourteen (14) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.